Geoffrey M. Green, D.C. Bar No. 428392
Mark J. Woodward, D.C. Bar. No. 479537
J. Alexander Ansaldo, Va. Bar No. 75870
Dana F. Abrahamsen, D.C. Bar No. 357934
Joseph R. Baker, D.C. Bar No. 490802
Wesley G. Carson, D.C. Bar No. 1009899
Kent E. Cox, Ill. Bar No. 6188944
Rajesh S. James, N.Y. Bar No. 4209367
Philip J. Kehl, D.C. Bar No. 1010284
Jennifer Milici, D.C. Bar No. 987096
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-3695; (202) 326-3496 (fax)
*jansaldo@ftc.gov*; *dabrahamsen@ftc.gov;*
*jbaker1@ftc.gov; wcarson@ftc.gov;*
*ggreen@ftc.gov; kcox@ftc.gov;*
*rjames@ftc.gov; pkehl@ftc.gov;*
*jmilici@ftc.gov; mwoodward@ftc.gov*

Lin W. Kahn, Cal. Bar No. 261387
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
(415) 848-5115; (415) 848-5184 (fax)
*lkahn@ftc.gov*

Attorneys for Plaintiff Federal Trade Commission

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. _____<br><br>**FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS COMPLAINT FOR EQUITABLE RELIEF** |

Pursuant to Civil Local Rules 7-11 and 79-5(d) and (e), Plaintiff Federal Trade Commission ("FTC") hereby moves the Court to issue an administrative order authorizing the filing under seal of certain portions of the FTC's Complaint for Equitable Relief. In accordance with this Court's Local Rules, a public redacted version of the complaint has been filed using the ECF system for the Northern District of California.

The FTC's Complaint for Equitable Relief contains information obtained from Qualcomm Incorporated ("Qualcomm") during the course of the FTC's non-public investigation of Qualcomm. Qualcomm designated certain of this information as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2. The following portions of the complaint contain information designated confidential by Qualcomm:

- Paragraphs 3(b), 5, 33, 36, 42, 43, 44, 46, 58, 60, 62, 82, 85, 92, 96, 97, 98, 100, 102, 103, 104, 105, 106, 112, 127, 133, and 147; and

- Headings VI.F and VI.G.

Subsection (e) of Local Rule 79-5 sets forth procedures that apply when a party seeks to file information designated as confidential by the opposing party. Under subsection (e), the submitting party's "declaration in support of the Administrative Motion to File Under Seal must identify the document or portions thereof which contain the designated confidential material and identify the party that has designated the material as confidential ('the Designating Party')." Pursuant to subsection (e)(1) of Local Rule 79-5, the Designating Party then has 4 days to file a declaration establishing that all of the designated material is "sealable" (as defined in Local Rule 79-5(b)).

Designating Party Qualcomm bears the burden of establishing that the redacted portions of the FTC's Complaint for Equitable Relief are "sealable." *See* Local Rule 79-5(e); *see also Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). The FTC takes no position at this time as to whether this information is sealable.

The declaration of undersigned FTC counsel and a proposed order granting the FTC's Administrative Motion to File Under Seal are submitted herewith.

Dated:    January 17, 2017                          Respectfully Submitted,


                                                    /s/ Joseph R. Baker

                                                    Geoffrey M. Green
                                                    Mark J. Woodward
                                                    J. Alexander Ansaldo
                                                    Dana F. Abrahamsen
                                                    Wesley G. Carson
                                                    Kent E. Cox
                                                    Rajesh S. James
                                                    Lin W. Kahn
                                                    Philip J. Kehl
                                                    Jennifer Milici

                                                    Attorneys for Plaintiff
                                                    Federal Trade Commission

FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS COMPLAINT FOR EQUITABLE RELIEF