| | |
|---|---|
| 1 | Geoffrey M. Green, D.C. Bar No. 428392 |
| | Mark J. Woodward, D.C. Bar. No. 479537 |
| 2 | J. Alexander Ansaldo, Va. Bar No. 75870 |
| | Dana F. Abrahamsen, D.C. Bar No. 357934 |
| 3 | Joseph R. Baker, D.C. Bar No. 490802 |
| | Wesley G. Carson, D.C. Bar No. 1009899 |
| 4 | Kent E. Cox, Ill. Bar No. 6188944 |
| | Rajesh S. James, N.Y. Bar No. 4209367 |
| 5 | Philip J. Kehl, D.C. Bar No. 1010284 |
| | Jennifer Milici, D.C. Bar No. 987096 |
| 6 | Federal Trade Commission |
| | 600 Pennsylvania Avenue, N.W. |
| 7 | Washington, D.C. 20580 |
| | (202) 326-3695; (202) 326-3496 (fax) |
| 8 | *jansaldo@ftc.gov*; *dabrahamsen@ftc.gov;* |
| | *jbaker1@ftc.gov; wcarson@ftc.gov;* |
| 9 | *ggreen@ftc.gov; kcox@ftc.gov;* |
| | *rjames@ftc.gov; pkehl@ftc.gov;* |
| 10 | *jmilici@ftc.gov; mwoodward@ftc.gov* |
| 11 | Lin W. Kahn, Cal. Bar No. 261387 |
| | Federal Trade Commission |
| 12 | 901 Market Street, Suite 570 |
| | San Francisco, CA 94103 |
| 13 | (415) 848-5115; (415) 848-5184 (fax) |
| | *lkahn@ftc.gov* |
| 14 | |
| | Attorneys for Plaintiff Federal Trade Commission |
| 15 | |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 5:17-cv-0220 |
| Plaintiff, | **NOTICE OF APPEARANCE OF WESLEY G. CARSON AS COUNSEL FOR PLAINTIFF FEDERAL TRADE COMMISSION** |
| v. | |
| QUALCOMM INCORPORATED, a Delaware corporation, | |
| Defendant. | |

NOTICE OF APPEARANCE OF WESLEY G. CARSON AS COUNSEL FOR PLAINTIFF FEDERAL TRADE COMMISSION

CASE NO. 5:17-CV-0220

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, Wesley G. Carson, of the Federal Trade Commission, hereby enter my appearance as counsel for Plaintiff Federal Trade Commission in this matter.  I am a member of the Bar of the District of Columbia and am employed by the United States government.  My address, telephone number, and email address are as follows:

> Federal Trade Commission
> 600 Pennsylvania Avenue, N.W.
> Washington, DC 20580
> Phone:  (202) 326-3743
> Fax:  (202) 326-3496
> Email:  wcarson@ftc.gov

Please serve said counsel with all pleadings and notices in this action.

DATED:  January 18, 2017        */s/ Wesley G. Carson*
                                Wesley G. Carson
                                Attorney
                                Federal Trade Commission