Lesley E. Weaver (SBN 191305)
Mili Desai (SBN 308858)
Britt Cibulka (SBN 220957)
BLEICHMAR FONTI & AULD, LLP
1999 Harrison Street, Suite 670
Oakland, California 94612
Tel:  (415) 445-4003
Fax:   (415) 445-4020
lweaver@bfalaw.com
mdesai@bfalaw.com
bcibulka@bfalaw.com

Robyn R. English, *pro hac vice forthcoming*
BLEICHMAR FONTI & AULD, LLP
7 Times Square, 27th Floor
New York, NY 10036
Tel: (212) 789-1359
Fax: (212) 205-3970
renglish@bfalaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Boardsports School Inc., individually and all others similarly situated,<br><br>        Plaintiff,<br><br>     vs.<br><br>Qualcomm Incorporated<br><br>        Defendant. | Case No. 17-cv-00398-HRL<br><br>**DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**Related Case Nos.**<br>• 17-cv-220-LHK<br>• 17-cv-234-NC<br>• 17-cv-304-NC<br>• 17-cv-372-HRL |

1    I, Lesley E. Weaver, pursuant to 28 U.S.C. § 1746, declare as follows:

2    1.    I am a partner of the law firm of Bleichmar Fonti & Auld LLP ("BFA").  I am

3    counsel and attorney of record for the Boardsports School Inc (the "Plaintiff") in the action

4    *Boardsports School Inc. v. Qualcomm Incorporated*, Case No. 5:17-cv-00398 (N.D. Cal.,

5    filed Jan. 25, 2017) (the "*Boardsports* Action").  I am a member in good standing of the bar of

6    the State of California and of this Court.  I submit this declaration in support of Plaintiff's

7    Administrative Motion to Consider Whether Cases Should Be Related (the "Administrative

8    Motion").  I have personal knowledge of the facts stated herein, and if called as a witness, I

9    could and would competently testify thereto.

10    2.    Civil Local Rule ("Local Rule") 3-12(b) requires that "[w]henever a party

11    knows or learns that an action, filed in or removed to this district is (or the party believes that

12    the action may be) related to an action which is or was pending in this District as defined in

13    Civil L.R. 3-12(a), the party must promptly file in the lowest-numbered case an

14    Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R.

15    7-11."

16    3.    Local Rule 7-11(a) requires that an Administrative Motion "be accompanied

17    by a proposed order and by either  a stipulation under Civil L.R. 7-12 or by a declaration that

18    explains why a stipulation could not be obtained."  As of today's date, Plaintiff has been

19    unable to stipulate pursuant to Local Rule 7-11 to relating the Actions that are the subject of

20    this Administrative Motion.  Defendant Qualcomm has not yet entered a formal notice of

21    appearance of counsel in the *Boardsports* Action.  Thus, obtaining Qualcomm's consent to

22    relate the cases at issue in this Administrative Motion is not yet possible.  Plaintiff's counsel

23    will contact Qualcomm's counsel once a formal notice of appearance has been made in the

24    *Boardsports* Action.

25    4.    Attached as Exhibit A is a true and correct copy of the complaint in

26    *Boardsports School Inc. v. Qualcomm Incorporated*, Case No. 5:17-cv-00398 (N.D. Cal.,

27    filed Jan. 25, 2017).

28

DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED

1    5.    Attached as Exhibit B is a true and correct copy of the complaint in *Federal*

2   *Trade Commission v. Qualcomm Incorporated*, Case No. 17-cv-220-HRL (N.D. Cal., filed

3   Jan. 17, 2017).

4    6.    Attached as Exhibit C is a true and correct copy of the complaint in *Bornstein*

5   *et al. v. Qualcomm Incorporated*, Case No. 17-cv-234-NC (N.D. Cal., filed Jan. 18,2017).

6    7.    Attached as Exhibit D is a true and correct copy of the complaint in *Stromberg*

7   *et al. v. Qualcomm Incorporated*, Case No. 17-cv-304-NC (N.D. Cal., filed Jan. 20, 2017).

8    8.    Attached as Exhibit E is a true and correct copy of the complaint in *McMahon*

9   *v. Qualcomm Incorporated*, Case No. 17-cv-372 (N.D. Cal., filed Jan. 24, 2017).

10   I declare under the penalty of perjury that the foregoing is true and correct.

11   Executed this 26th day of January, 2017

12

13                    */s/ Lesley E. Weaver*

14           _____

15             Lesley E. Weaver

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED