Lesley E. Weaver (SBN 191305)
Mili Desai (SBN 308858)
Britt Cibulka (SBN 220957)
BLEICHMAR FONTI & AULD, LLP
1999 Harrison Street, Suite 670
Oakland, California 94612
Tel:  (415) 445-4003
Fax:   (415) 445-4020
lweaver@bfalaw.com
mdesai@bfalaw.com
bcibulka@bfalaw.com

Robyn R. English, *pro hac vice forthcoming*
BLEICHMAR FONTI & AULD, LLP
7 Times Square, 27th Floor
New York, NY 10036
Tel: (212) 789-1359
Fax: (212) 205-3970
renglish@bfalaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Boardsports School Inc., individually and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Qualcomm Incorporated<br><br>Defendant. | Case No. 17-cv-00398-HRL<br><br>**PROPOSED ORDER**<br><br>**Related Case Nos.**<br>• 17-cv-220-LHK<br>• 17-cv-234-NC<br>• 17-cv-304-NC<br>• 17-cv-372-HRL |

CLASS ACTION COMPLAINT

Plaintiff Boardsports School Inc. (the "Plaintiff") filed an action in the Northern District Court of California on January 25, 2017, *Boardsports School Inc. v. Qualcomm Incorporated*, Case No. 5:17-cv-00398 (N.D. Cal., filed Jan. 25, 2017). Thereafter, Plaintiff promptly filed an Administrative Motion to Consider Whether Cases Should Be Related in this Court in accordance with Civil Local Rule 3-12. The Plaintiff's motion contended that the cases considered should be related as they met the criteria for related cases under Civil Local Rule 3-12(a).

The Court having considered the papers and pleadings hereby GRANTS the Plaintiff's Motion and Orders that the following cases be related:

- *Boardsports School Inc. v. Qualcomm Incorporated*, Case No. 5:17-cv-00398 (N.D. Cal., filed Jan. 25, 2017)
- *Federal Trade Commission v. Qualcomm Incorporated*, Case No. 17-cv-220-HRL (N.D. Cal., filed Jan. 17, 2017) ("*FTC* Action");
- *Bornstein et al. v. Qualcomm Incorporated*, Case No. 17-cv-234-NC (N.D. Cal., filed Jan. 18, 2017) ("*Bornstein* Action");
- *Stromberg et al. v. Qualcomm Incorporated*, Case No. 17-cv-304-NC (N.D. Cal., filed Jan. 20, 2017) ("*Stromberg* Action"); and
- *McMahon v. Qualcomm Incorporated*, Case No. 17-cv-372 (N.D. Cal., filed Jan. 24, 2017) ("*McMahon* Action")

SO ORDERED.

Dated:_____, 2017

_____
Hon. Lucy H. Koh