| | |
|---|---|
| Jennifer Milici, D.C. Bar No. 987096<br>Federal Trade Commission<br>600 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20580<br>(202) 326-2912; (202) 326-3496 (fax)<br>jmilici@ftc.gov<br><br>Attorney for Plaintiff<br>FEDERAL TRADE COMMISSION | CRAVATH, SWAINE & MOORE LLP<br>Gary A. Bornstein (*pro hac vice*)<br>gbornstein@cravath.com<br>Yonatan Even (*pro hac vice*)<br>yeven@cravath.com<br>825 Eighth Avenue<br>New York, New York 10019-7475<br>Telephone:  (212) 474-1000<br>Facsimile:  (212) 474-3700<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Richard S. Taffet (*pro hac vice*)<br>richard.taffet@morganlewis.com<br>Willard K. Tom (*pro hac vice*)<br>willard.tom@morganlewis.com<br>Donn P. Pickett (SBN 72257)<br>donn.pickett@morganlewis.com<br>Geoffrey T. Holtz (SBN 191370)<br>geoffrey.holtz@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1126<br>Telephone:  (415) 442-1000<br>Facsimile:  (415) 442-1001<br><br>Attorneys for Defendant<br>QUALCOMM INCORPORATED |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>   Defendant. | Case No. 5:17-cv-0220-LHK<br><br>**STIPULATED REQUEST AND ~~PROPOSED~~ ORDER FOR EXTENSION OF FILING DEADLINES GOVERNING QUALCOMM'S RESPONSE TO THE COMPLAINT AND BRIEFING ON A MOTION TO DISMISS, IF ONE IS FILED** |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, defendant Qualcomm Incorporated ("Qualcomm") and plaintiff Federal Trade Commission ("FTC") (collectively, the "Parties") hereby stipulate to an extension of the time for Qualcomm to respond to the complaint and jointly request that the Court grant an extension of the filing deadlines for opposition and reply papers for a Rule 12(b) motion to dismiss, should Qualcomm file one. The requested modifications extend by one week the dates scheduled pursuant to the Stipulation and Order, dated February 2, 2017, with the following new proposed deadlines:

| Filing | Scheduled Due Date | Stipulated Due Date |
|---|---|---|
| Response to Plaintiff's Complaint | March 27, 2017, per Stipulation and Order, dated February 2, 2017. | **April 3, 2017** |
| Opposition to Rule 12(b) Motion | May 5, 2017, per Stipulation and Order, dated February 2, 2017. | **May 12, 2017** |
| Reply in Support of Rule 12(b) Motion | May 26, per Stipulation and Order, dated February 2, 2017. | **June 2, 2017** |

Pursuant to Civil Local Rule 6-2, the reasons for the requested modification are set forth in a supporting declaration accompanying this request. The requested modifications will not affect any other previously scheduled dates.

Pursuant to Civil Local Rule 5-1(i), I hereby attest that I have obtained concurrence in the filing of this document from all other signatories.

1

2

3   Dated: March 24, 2017

4

5

6

7

8

9

10  Dated: March 24, 2017

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

  /s/ *Geoffrey T. Holtz*
GARY A. BORNSTEIN (*pro hac vice*)
YONATAN EVEN (*pro hac vice*)
Cravath, Swaine & Moore LLP

WILLARD K. TOM (*pro hac vice*)
RICHARD S. TAFFET (*pro hac vice*)
DONN P. PICKETT (SBN 72257)
GEOFFREY T. HOLTZ (SBN 191370)
Morgan, Lewis & Bockius LLP

*Attorneys for Defendant Qualcomm Incorporated*

  /s/ *Jennifer Milici*
JENNIFER MILICI
Bureau of Competition
*Attorney for Plaintiff Federal Trade Commission*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____March 27_____, 2017

_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE