UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>QUALCOMM INCORPORATED,<br><br>    Defendant. | Case No. 17-CV-00220-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorneys: Jennifer Milici, Joseph Baker
Defendant's Attorneys: Gary Andrew Bornstein, Nicole Peles, Yonatan Even, Geoffrey Holtz, Richard Taffet

     An initial case management conference was held on April 19, 2017. A further case management conference is set for July 19, 2017, at 2:00 p.m. The parties shall file their joint case management statement by July 12, 2017.

     The parties shall serve on named parties no more than 20 interrogatories. The discovery limitations in the Federal Rules of Civil Procedure otherwise govern this case.

     Judge Nathanael Cousins shall be the discovery judge for both this case and the consumer Multi-District Litigation.

     Qualcomm shall respond by April 21, 2017 to the FTC's April 6, 217 draft Protective Order. The parties shall file a stipulated protective order for Judge Cousins's signature, or a protective order dispute, by April 27, 2017.

1

Case No. 17-CV-00220-LHK
CASE MANAGEMENT ORDER

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Deadline to File Protective Order | April 27, 2017 |
| Plaintiff's Opposition to Defendant's Motion to Dismiss | May 12, 2017 |
| Defendant's Reply in Support of Motion to Dismiss | June 2, 2017 |
| Motion to Dismiss Hearing | June 15, 2017, at 1:30 p.m. |
| Further CMC | July 19, 2017, at 2:00 p.m. |
| Close of Fact Discovery | March 30, 2018 |
| Plaintiff's Opening Expert Reports | April 20, 2018 |
| Defendant's Expert Reports | May 25, 2018 |
| Plaintiff's Rebuttal Expert Reports | June 22, 2018 |
| Close of Expert Discovery | July 20, 2018 |
| Last Day to File Dispositive Motions and *Daubert* Motions (one per side in the entire case) | August 10, 2018 |
| Summary Judgment and *Daubert* Oppositions | September 10, 2018 |
| Summary Judgement and *Daubert* Replies | September 28, 2018 |
| Hearing on Dispositive Motions | October 18, 2018, at 1:30 p.m. |
| Final Pretrial Conference | December 13, 2018, at 1:30 p.m. |
| Bench Trial | January 4, 2019, at 9:00 a.m. |
| Length of Trial | 8 days |

**IT IS SO ORDERED.**

Dated: April 19, 2017

_____
LUCY H. KOH
United States District Judge

2

Case No. 17-CV-00220-LHK
CASE MANAGEMENT ORDER