**Rahul R. Hari, SBN 313528**
**rhari@sidley.com**
**SIDLEY AUSTIN LLP**
**555 West Fifth Street, Suite 4000**
**Los Angeles, California  90013**
**Telephone:  +1 213 896-6000**
**Facsimile:  +1 213 896-6600**

**Attorney for *Amicus Curiae* ACT | The App Association**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>              Plaintiff,<br><br>  v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>              Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**NOTICE OF APPEARANCE**<br><br><br>Date:  June 15, 2017<br>Time:  1:30 p.m.<br>Place:  Courtroom 8<br>Judge: The Hon. Lucy Koh |

PLEASE TAKE NOTICE that Rahul R. Hari of the law firm of Sidley Austin LLP hereby appears as counsel for *amicus curiae* ACT | The App Association, identified below:

        Rahul R. Hari
        rhari@sidley.com
        SIDLEY AUSTIN LLP
        555 West Fifth Street, Suite 4000
        Los Angeles CA 90013
        Telephone: (213) 896-6045
        Facsimile: (213) 896-6600

Dated:  May 12, 2016        SIDLEY AUSTIN LLP
                                        Rahul R. Hari


                                        By: */s/ Rahul R. Hari*
                                        Rahul R. Hari
                                        Attorney for *Amicus Curiae*
                                        ACT | The App Association