Eric B. Fastiff (State Bar No. 182260)
efastiff@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Counsel for Proposed Amicus Curiae
The American Antitrust Institute

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 5:17-cv-00220-LHK |
| Plaintiff, | **DECLARATION OF RICHARD M. BRUNELL IN SUPPORT OF ADMINISTRATIVE MOTION OF THE AMERICAN ANTITRUST INSTITUTE TO FILE MEMORANDUM AS AMICUS CURIAE (LOCAL RULE 7-11)** |
| v. | |
| QUALCOMM, INCORPORATED, a Delaware Corporation, | |
| Defendant. | Judge: The Hon. Lucy H. Koh |

I, Richard M. Brunell, declare:

1. I am Vice President and General Counsel of the American Antitrust Institute ("AAI"). I have personal knowledge of each of the facts stated below and if called upon to do so, I could testify competently to them.

2. Attached hereto as Exhibit A is a true and correct copy of AAI's proposed amicus curiae memorandum in connection with Defendant Qualcomm's Motion to Dismiss Plaintiff's claims.

3. Counsel for the Federal Trade Commission (FTC) has advised that the FTC does not oppose the filing of an AAI amicus brief.

4. Counsel for Qualcomm has informed me that I may advise the court as follows: "Qualcomm will defer to the Court's discretion on AAI's motion for leave to file an amicus brief but requests that, if the Court grants the motion, Qualcomm be given two additional pages in its reply brief on the motion to dismiss, to be used only if and as necessary to respond to statements or arguments made by AAI."

I declare under penalty of perjury under the United States of America that the foregoing is true and correct and was executed on May 12, 2017, in Newton, MA.


                             /s/ *Richard M. Brunell*
                             Richard M. Brunell

### **ATTESTATION**

I, Eric B. Fastiff, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that concurrence to the filing of this document has been obtained from the signatory hereto.

                       By:   */s/ Eric B. Fastiff*
                               Eric B. Fastiff