UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>QUALCOMM, INCORPORATED, a Delaware Corporation,<br><br>　　　　　Defendant. | Case No.  5:17-cv-00220-LHK<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF THE AMERICAN ANTITRUST INSTITUTE TO FILE MEMORANDUM AS AMICUS CURIAE (LOCAL RULE 7-11)**<br><br>Judge:　　The Hon. Lucy H. Koh |

**[PROPOSED] ORDER**

On May 12, 2017, the American Antitrust Institute filed an administrative motion for leave to file an Amicus Brief in Support of the Federal Trade Commission. Having considered the papers and pleadings on file, the Court hereby GRANTS the administrative motion and ORDERS the amicus brief filed.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Lucy H. Koh
United States District Judge