KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
ASIM M. BHANSALI - # 194925
abhansali@keker.com
EUGENE M. PAIGE - # 202849
epaige@keker.com
JUSTINA SESSIONS - # 270914
jsessions@keker.com
DAVID W. RIZK - # 284376
drizk@keker.com
ALEXANDER DRYER - # 291625
adryer@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALCOMM INCORPORATED, a Delaware Corporation,<br><br>    Defendant. | Case No. 17-cv-00220-LHK<br><br>**NOTICE OF APPEARANCE**<br><br>Dept:     Courtroom 8, 4th Floor<br>Judge:    Hon. Lucy H. Koh<br><br>Date Filed: January 17, 2017<br><br>Trial Date: None Set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Eugene M. Paige of Keker, Van Nest & Peters LLP hereby appears as counsel for Defendant Qualcomm Incorporated in the above-captioned matter. He is admitted to practice in the State of California and before this Court. His address, telephone, facsimile, and email are as follows:

> Eugene M. Paige - # 202849
> KEKER, VAN NEST & PETERS LLP
> 633 Battery Street
> San Francisco, CA 94111
> Telephone: (415) 391-5400
> Facsimile: (415) 397-7188
> Email: epaige@keker.com

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Dated: May 31, 2017                                        KEKER, VAN NEST & PETERS LLP

By: /s/ *Eugene M. Paige*
ROBERT A. VAN NEST
ASIM M. BHANSALI
EUGENE M. PAIGE
JUSTINA SESSIONS
DAVID W. RIZK
ALEXANDER DRYER

Attorneys for Defendant
QUALCOMM INCORPORATED