1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Stephen A. Swedlow (*pro hac vice* pending)
2  stephenswedlow@quinnemanuel.com
   500 West Madison Street, Suite 2450
3  Chicago, IL 60661
   Telephone: (312) 705-7400
4  Facsimile: (312) 705-7401

5  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Joseph C. Sarles (Bar. No. 254750)
6  josephsarles@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
7  Los Angeles, CA 90017
   Telephone: (213) 443-3000
8  Facsimile: (213) 443-3100

9
   Attorneys for Defendant Qualcomm Incorporated
10

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 5:17-cv-00220-LHK-NMC |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| vs. | |
| QUALCOMM INCORPORATED, a Delaware Corporation, | Dept:   Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |
| Defendant. | Date Filed: Jan. 17, 2017 |
| | Trial Date: |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE THAT Joseph C. Sarles, of the law firm Quinn Emanuel Urquhart & Sullivan, LLP and an attorney admitted to practice in the State of California and before this Court, hereby appears in this action as counsel on behalf of Defendant Qualcomm Incorporated ("Qualcomm"). All pleadings, discovery, correspondence, and other material should be served upon counsel using the following contact information:

> Joseph C. Sarles
> Quinn Emanuel Urquhart & Sullivan, LLP
> 865 South Figueroa Street, 10th Floor
> Los Angeles, CA 90017
> Telephone: (213) 443-3000
> Facsimile: (213) 443-3100
> Email: josephsarles@quinnemanuel.com

DATED: July 11, 2017

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   /s/ Joseph C. Sarles
     Joseph C. Sarles
     Attorneys for Defendant
     Qualcomm Incorporated