| | |
|---|---|
| Jennifer Milici, D.C. Bar No. 987096<br>J. Alexander Ansaldo, Va. Bar No. 75870<br>Joseph R. Baker, D.C. Bar No. 490802<br>Wesley G. Carson, D.C. Bar No. 1009899<br>Elizabeth A. Gillen, Cal. Bar No. 260667<br>Federal Trade Commission<br>600 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20580<br>(202) 326-2912; (202) 326-3496 (fax)<br>*jmilici@ftc.gov* | Lin W. Kahn, Cal. Bar No. 261387<br>Federal Trade Commission<br>901 Market Street, Suite 570<br>San Francisco, CA 94103<br>(415) 848-5115; (415) 848-5184 (fax)<br>*lkahn@ftc.gov* |

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

| | |
|---|---|
| CRAVATH, SWAINE & MOORE LLP<br>Gary A. Bornstein (*pro hac vice*)<br>gbornstein@cravath.com<br>Yonatan Even (*pro hac vice*)<br>yeven@cravath.com<br>825 Eighth Avenue<br>New York, New York 10019-7475<br>Telephone:  (212) 474-1000<br>Facsimile:   (212) 474-3700<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Richard S. Taffet (*pro hac vice*)<br>richard.taffet@morganlewis.com<br>101 Park Avenue<br>New York, NY 10022-4689<br>Telephone:  (212) 705-7000<br>Facsimile:   (212) 752-5378 | MORGAN, LEWIS & BOCKIUS LLP<br>Willard K. Tom (*pro hac vice*)<br>willard.tom@morganlewis.com<br>1111 Pennsylvania Avenue NW<br>Washington, DC 20004-2541<br>Telephone:  (202) 739-3000<br>Facsimile:   (202) 739 3001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Donn P. Pickett (SBN 72257)<br>Geoffrey T. Holtz (SBN 191370)<br>geoffrey.holtz@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone:  (415) 442-1000<br>Facsimile:   (415) 442-1001 |

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                  Plaintiff,<br><br>          vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>                  Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

## STIPULATION

Plaintiff FEDERAL TRADE COMMISSION ("FTC") and Defendant QUALCOMM INCORPORATED ("Qualcomm") through their counsel of record, stipulate as follows and submit the accompanying Proposed Order in accord:

WHEREAS, at the Initial Case Management Conference on April 19, 2017, and in its Case Management Order of the same date, the Court scheduled a further case management conference for July 19, 2017 at 2:00 p.m. (ECF No. No. 75);

WHEREAS, as described in greater detail in a Joint Case Management Statement being filed concurrently herewith, the parties are currently reviewing document productions that have been made, meeting and conferring with each other on certain discovery matters, and meeting and conferring with third parties on which subpoenas have been served;

WHEREAS, the parties have met and conferred and agree that there are no material issues that need to be presented to the Court at the present time, and that a continuance of the scheduled further case management conference for approximately six weeks would be appropriate as, by that time, the discovery process will have progressed such that the parties will be able to more comprehensively apprise the Court of issues that may have arisen and remain unresolved at that time;

WHEREAS, the parties are making this request in good faith and not for purposes of delay, and the parties agree that no prejudice will result if the Court enters an Order on this Stipulation; and

WHEREAS, the parties do not anticipate that the requested continuance will affect any other scheduled date in this matter;

THEREFORE, the parties jointly stipulate and request that the Court continue the July 19, 2017 case management conference to September 6, 2017, or as soon thereafter as the Court's calendar permits.

IT IS SO STIPULATED.

Dated: July 12, 2017

Respectfully submitted,

FEDERAL TRADE COMMISSION,

_/s/ Jennifer Milici_
Jennifer Milici
J. Alexander Ansaldo
Joseph R. Baker
Wesley G. Carson
Elizabeth A. Gillen
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov

*Attorneys for Federal Trade Commission*

CRAVATH, SWAINE & MOORE LLP,

_/s/ Gary A. Bornstein_
Gary A. Bornstein
Yonatan Even

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
gbornstein@cravath.com
yeven@cravath.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel: (212) 309-6000
Fax: (212) 309-6001
richard.taffet@morganlewis.com

Willard K. Tom
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541

2  JOINT STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 5:17-cv-00220-LHK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Tel: (202) 739-3000
Fax: (202) 739 3001
willard.tom@morganlewis.com

Donn P. Pickett
Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415) 442-1001
donn.pickett@morganlewis.com
geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*

**[PROPOSED] ORDER**

The parties having so stipulated, and GOOD CAUSE APPEARING, the Court hereby continues the Further Case Management Conference in this matter to _____ at _____ \_\_.m.

It is SO ORDERED.

Dated: _____, 2017    Hon. Lucy H. Koh
United States District Court Judge

**FILER'S ATTESTATION**

I, Jennifer Milici, am the ECF user whose identification and password are being used to file this Joint Case Management Conference Statement. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories on this document have concurred in this filing.

                            */s/ Jennifer Milici*