# Exhibit 1



UNITED STATES OF AMERICA
## Federal Trade Commission
WASHINGTON, D.C. 20580

Jennifer Milici
Senior Trial Counsel
Bureau of Competion
(202) 326-2912
jmilici@ftc.gov

<u>**HIGHLY CONFIDENTIAL**</u>

April 27, 2017

<u>**VIA EMAIL**</u>

Gary A. Bornstein, Esq., gbornstein@cravath.com
Yonatan Even, Esq., yeven@cravath.com
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475

<u>Re:</u>   *FTC v. Qualcomm Incorporated*, No. 17-cv-00220-LHK (N.D. Cal.)

Dear Gary and Yonatan:

You have requested certain information regarding the Commission's investigation of Qualcomm, Inc., File No. 141-0199, to facilitate planning for discovery in the captioned proceeding.  By letter dated April 26, 2017, you agreed to abide by the following restrictions on your use and disclosure of any such information, pending entry of a protective order by the Court:

(1) You will not disclose any such information to any Qualcomm employees, including Qualcomm in-house counsel.

(2) You will disclose any such information only to outside counsel of record for Qualcomm in the captioned proceeding.

(3) You will use such information only for the purposes of your preparation in the captioned proceeding, and for no other purpose whatsoever.

Subject to that agreement, I am providing the following information regarding the Commission's investigation:

Gary A. Bornstein, Esq.
Yonatan Even, Esq.
April 27, 2017

**HIGHLY CONFIDENTIAL**

- The Commission conducted eighteen (18) investigational hearings with witnesses that were not represented by counsel for Qualcomm.

- The Commission received approximately 370,000 documents from third parties.

- The Commission served process on the following corporate entities and/or their relevant affiliates:



We have prepared this letter based upon a review by Commission staff of our investigative records, and we reserve the right to alter or supplement the contents of this letter if additional or different information comes to our attention.

Sincerely,

/s/ Jennifer Milici

Jennifer Milici
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2912
jmilici@ftc.gov
*Counsel for Plaintiff Federal Trade Commission*