# Exhibit 1

| ID | Author/From | To/Recipient | CC/BCC | DATE | Description |
|----|-------------|--------------|--------|------|-------------|
| 1 | [redacted] | FTC | | 12/22/2016 | Voluntary written submission prepared by counsel for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 2 | [redacted] | FTC | | 12/14/2016 | Voluntary written submission prepared by counsel for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 3 | [redacted] | FTC | | 12/21/2016 | Voluntary written submission prepared by outside counsel for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 4 | [redacted] | FTC | | 12/12/2016 | Voluntary written submission prepared by consulting economist for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices have likely anticompetitive effects. |
| 5 | [redacted] | FTC | | 12/22/2016 | Voluntary written submission prepared by counsel for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 6 | [redacted] | FTC | | 12/22/2016 | Voluntary written submission prepared by outside counsel for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |

| ID | Author/From | To/Recipient | CC/BCC | DATE | Description |
|---|---|---|---|---|---|
| 7 | [redacted] | FTC | | 12/12/2016 | Voluntary written submission prepared by outside counsel for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 8 | [redacted] | FTC | | 12/12/2016 | Voluntary written submission prepared by counsel for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 9 | [redacted] | FTC | | 12/12/2016 | Voluntary written submission prepared by consulting economist for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices have likely anticompetitive effects. |
| 10 | [redacted] | FTC | | 2/19/2016 | Voluntary written submission prepared by counsel for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 11 | [redacted] | FTC | | 12/14/2016 | Voluntary written submission prepared by counsel for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 12 | [redacted] | FTC | | 1/15/2017 | Voluntary written submission prepared by outside counsel for a third party, the contents of which disclose the identity of the third party, expressing its views regarding appropriate measures to remediate the competitive harm caused by Qualcomm's unlawful sales and licensing practices. |

| ID | Author/From | To/Recipient | CC/BCC | DATE | Description |
|---|---|---|---|---|---|
| 13 | [redacted] | FTC | | 10/24/2016 | Voluntary written submission prepared by outside counsel for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 14 | [redacted] | FTC | | 10/25/2016 | Voluntary written submission prepared by outside counsel for a third party, the contents of which disclose the identity of the third party, providing background material in support of its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 15 | [redacted] | FTC | | 10/25/2016 | Voluntary written submission prepared by outside counsel for a third party, the contents of which disclose the identity of the third party, providing background material in support of its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 16 | [redacted] | FTC | | 10/25/2016 | Voluntary written submission prepared by outside counsel for a third party, the contents of which disclose the identity of the third party, providing background material in support of its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 17 | [redacted] | FTC | | 10/25/2016 | Voluntary written submission prepared by outside counsel for a third party, the contents of which disclose the identity of the third party, providing background material in support of its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 18 | [redacted] | FTC | | 2/24/2015 | Voluntary written submission prepared by outside counsel for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |

| ID | Author/From | To/Recipient | CC/BCC | DATE | Description |
|---|---|---|---|---|---|
| 19 | [redacted] | FTC | | 1/15/2017 | Voluntary written submission prepared by outside counsel for a third party, the contents of which disclose the identity of the third party, expressing its views regarding appropriate measures to remediate the competitive harm caused by Qualcomm's unlawful sales and licensing practices. |
| 20 | [redacted] | FTC | | 12/21/2016 | Voluntary written submission prepared by outside counsel for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 21 | [redacted] | FTC | | 7/17/2015 | Copy of draft agreement between Qualcomm and a third party, attached to voluntary written submission prepared by outside counsel for the third party, the production of which cannot be accomplished without identifying the third party as an entity that voluntarily expressed its view that Qualcomm's licensing and sales practices violate the antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 22 | [redacted] | FTC | | 7/17/2015 | Voluntary written submission prepared by outside counsel for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 23 | [redacted] | Feinstein, Deborah | | 7/24/2014 | Voluntary written submission prepared by consulting economist for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices have likely anticompetitive effects. |
| 24 | [redacted] | FTC | | 9/27/2016 | Voluntary written submission prepared by consulting economist for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices have likely anticompetitive effects. |

| ID | Author/From | To/Recipient | CC/BCC | DATE | Description |
|---|---|---|---|---|---|
| 25 | [redacted] | FTC | | 9/27/2016 | Voluntary written submission prepared by counsel for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 26 | [redacted] | FTC | | 12/12/2016 | Voluntary written submission prepared by outside counsel for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 27 | [redacted] | FTC | | 2/25/2015 | Voluntary written submission prepared by outside counsel for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 28 | [redacted] | Cox, Kent E. <KCOX@ftc.gov> | Abrahamsen, Dana <DABRAHAMSEN @ftc.gov>; Sherwood, Kyle <ksherwood@ftc.gov>; [redacted]; [redacted] | 5/27/2016 | Email from outside counsel for a third party, the contents of which disclose the identity of the third party, attaching voluntary written submission supporting its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 29 | attachment to 28 | | | | Voluntary written submission, prepared by outside counsel for a third party, the contents of which disclose the identity of the third party, in support of its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |

| ID | Author/From | To/Recipient | CC/BCC | DATE | Description |
|---|---|---|---|---|---|
| 30 | Blank, Barbara <bblank@ftc.gov> | Ansaldo, Alexander <jansaldo@ftc.gov>; Green, Geoffrey <GGREEN@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hannan, Neal C. <nhannan@ftc.gov>; Carlson, Julie A. <jdecourcycarlson@ftc.gov>; Ikeda, Mika <mikeda@ftc.gov> |  | 7/24/2014 | Internal FTC email forwarding voluntary written submission, prepared by consulting economist for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 31 | attachment to 30 |  |  |  | Voluntary written submission prepared by consulting economist for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices have likely anticompetitive effects. |
| 32 | attachment to 30 |  |  |  | Voluntary written submission prepared by consulting economist for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices have likely anticompetitive effects. |
| 33 | [redacted] | Ansaldo, Alexander <jansaldo@ftc.gov> |  | 8/11/2014 | Email from outside counsel, the contents of which disclose the identity of the third party, attaching voluntary written submission in support of its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 34 | [redacted] | Ansaldo, Alexander <jansaldo@ftc.gov> |  | 8/13/2014 | Email from outside counsel for a third party, the contents of which disclose the identity of the third party, voluntarily providing publically available background material in support of the view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |

| ID | Author/From | To/Recipient | CC/BCC | DATE | Description |
|---|---|---|---|---|---|
| 35 | [redacted] | Green, Geoffrey <GGREEN@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov> | Baker, Joseph <jbaker1@ftc.gov>; Ansaldo, Alexander <jansaldo@ftc.gov> | 1/15/2017 | Email from outside counsel for a third party, the contents of which disclose the identity of the third party, attaching voluntary written submission expressing its views regarding appropriate measures to remediate the competitive harm caused by Qualcomm's unlawful sales and licensing practices. ` |
| 36 | attachment to 35 | | | | Voluntary written submission prepared by outside counsel for a third party, the contents of which disclose the identity of the third party, expressing its views regarding appropriate measures to remediate the competitive harm caused by Qualcomm's unlawful sales and licensing practices. |
| 37 | Cox, Kent E. <KCOX@ftc.gov> | Sherwood, Kyle <ksherwood@ftc.gov>; Langley, Stephanie <SLANGLEY@ftc.gov>; Ansaldo, Alexander <jansaldo@ftc.gov> | | 3/9/2016 | Internal FTC email forwarding email from outside counsel for a third party, the contents of which disclose the identity of the third party, attaching voluntary written submission expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission and providing supporting background materials for its views. |
| 38 | attachment to 37 | | | | Copy of agreement between Qualcomm and a third party, the contents of which identify the third party, voluntarily submitted by the third party in support of its view that Qualcomm's sales and licensing practices violate the antitrust laws, warranting enforcement action by the Federal Trade Commission. |
| 39 | [redacted] | Ansaldo, Alexander <jansaldo@ftc.gov>; Clopper, Keitha <kclopper@ftc.gov> | [redacted] | 8/2/2016 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its view that Qualcomm's sales and licensing practices violate the antitrust laws, thereby warranting enforcement action by the Federal Trade Commission. |
| 40 | [redacted] | Ansaldo, Alexander <jansaldo@ftc.gov> | | 10/29/2014 | Email from outside counsel for a third party, the contents of which disclose the identity of the third party, voluntarily providing publically available background material in support of the view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |

| ID | Author/From | To/Recipient | CC/BCC | DATE | Description |
|---|---|---|---|---|---|
| 41 | [redacted] | Ansaldo, Alexander <jansaldo@ftc.gov> | | 8/14/2014 | Email from outside counsel for a third party, the contents of which disclose the identity of the third party, voluntarily providing publically available background material in support of the view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 42 | [redacted] | Ansaldo, Alexander <jansaldo@ftc.gov> | | 8/13/2014 | Email from outside counsel for a third party, the contents of which disclose the identity of the third party, voluntarily providing publically available background material in support of the view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 43 | [redacted] | Ansaldo, Alexander <jansaldo@ftc.gov> | | 6/3/2014 | Email from outside counsel for a third party, the contents of which disclose the identity of the third party, voluntarily providing publically available background material in support of the view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 44 | [redacted] | Ansaldo, Alexander <jansaldo@ftc.gov> | | 6/2/2014 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its view that Qualcomm's sales and licensing practices violate the antitrust laws, thereby warranting enforcement action by the Federal Trade Commission. |
| 45 | [redacted] | Ansaldo, Alexander <jansaldo@ftc.gov> | | 5/20/2014 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its view that Qualcomm's sales and licensing practices violate the antitrust laws, thereby warranting enforcement action by the Federal Trade Commission. |
| 46 | [redacted] | Green, Geoffrey <GGREEN@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov> | Baker, Joseph <jbaker1@ftc.gov>; Ansaldo, Alexander <jansaldo@ftc.gov> | 1/15/2017 | Email from outside counsel for a third party, the contents of which disclose the identity of the third party, attaching voluntary written submission expressing its views regarding appropriate measures to remediate the competitive harm caused by Qualcomm's unlawful sales and licensing practices. |

| ID | Author/From | To/Recipient | CC/BCC | DATE | Description |
|---|---|---|---|---|---|
| 47 | attachment to 46 | | | | Voluntary written submission prepared by outside counsel for a third party, the contents of which disclose the identity of the third party, expressing its views regarding appropriate measures to remediate the competitive harm caused by Qualcomm's unlawful sales and licensing practices. |
| 48 | Baker, Joseph </O=FTCEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JBAKER1> | [redacted] | | | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its view that Qualcomm's sales and licensing practices violate the antitrust laws, thereby warranting enforcement action by the Federal Trade Commission. |
| 49 | [redacted] | Clopper, Keitha <kclopper@ftc.gov> | | 4/4/2016 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its view that Qualcomm's sales and licensing practices violate the antitrust laws, thereby warranting enforcement action by the Federal Trade Commission. |
| 50 | [redacted] | Ansaldo, Alexander <jansaldo@ftc.gov>; Clopper, Keitha <kclopper@ftc.gov> | | 11/18/2015 | Email from outside counsel for a third party, the contents of which disclose the identity of the third party, voluntarily providing publically available background material in support of the view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 51 | [redacted] | Clopper, Keitha <kclopper@ftc.gov> | Ansaldo, Alexander <jansaldo@ftc.gov> | 4/7/2015 | Email from outside counsel for a third party, the contents of which disclose the identity of the third party, voluntarily providing legal materials in support of the view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |

| ID | Author/From | To/Recipient | CC/BCC | DATE | Description |
|---|---|---|---|---|---|
| 52 | [redacted] | Woodward, Mark <mwoodward@ftc.gov>; Clopper, Keitha <kclopper@ftc.gov> | | 9/14/2016 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its view that Qualcomm's sales and licensing practices violate the antitrust laws, thereby warranting enforcement action by the Federal Trade Commission. |
| 53 | [redacted] | [redacted]; Clopper, Keitha <kclopper@ftc.gov> | Woodward, Mark <mwoodward@ftc.gov>; Ansaldo, Alexander <jansaldo@ftc.gov> | 9/12/2016 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its view that Qualcomm's sales and licensing practices violate the antitrust laws, thereby warranting enforcement action by the Federal Trade Commission. |
| 54 | [redacted] | Woodward, Mark <mwoodward@ftc.gov>; Ansaldo, Alexander <jansaldo@ftc.gov>; Clopper, Keitha <kclopper@ftc.gov> | | 9/26/2016 | Email from outside counsel for a third party, the contents of which disclose the identity of the third party, attaching voluntary written submission expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 55 | attachment to 54 | | | | Voluntary written submission prepared by counsel for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 56 | [redacted] | Woodward, Mark <mwoodward@ftc.gov>; Ansaldo, Alexander <jansaldo@ftc.gov>; Clopper, Keitha <kclopper@ftc.gov> | | 9/26/2016 | Email from outside counsel for a third party, the contents of which disclose the identity of the third party, attaching voluntary written submissions expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |

| ID | Author/From | To/Recipient | CC/BCC | DATE | Description |
|---|---|---|---|---|---|
| 57 | attachment to 56 | | | | Voluntary written submission prepared by counsel for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 58 | attachment to 56 | | | | Voluntary written submission prepared by consulting economist for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices have likely anticompetitive effects. |
| 59 | Clopper, Keitha </O=FTCEXCHANGE/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=KCLOPPER> | [redacted]; [redacted] | Ansaldo, Alexander <jansaldo@ftc.gov> | 3/24/2016 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its views that Qualcomm's sales and licensing practices violate the antitrust laws, thereby warranting enforcement action by the Federal Trade Commission. |
| 60 | [redacted] | Green, Geoffrey <GGREEN@ftc.gov> | | 1/13/2017 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its views that Qualcomm's sales and licensing practices violate the antitrust laws, thereby warranting enforcement action by the Federal Trade Commission. |
| 61 | [redacted] | Green, Geoffrey <GGREEN@ftc.gov> | | 1/13/2017 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its views regarding appropriate measures to remediate the competitive harm caused by Qualcomm's unlawful sales and licensing practices |
| 62 | [redacted] | Green, Geoffrey <GGREEN@ftc.gov> | [redacted] | 1/15/2017 | Email from outside counsel for a third party, the contents of which disclose the identity of the third party, attaching voluntary written submission expressing its views regarding appropriate measures to remediate the competitive harm caused by Qualcomm's unlawful sales and licensing practices. |

| ID | Author/From | To/Recipient | CC/BCC | DATE | Description |
|---|---|---|---|---|---|
| 63 | attachment to 62 | | | | Voluntary written submission prepared by outside counsel for a third party, the contents of which disclose the identity of the third party, expressing its views regarding appropriate measures to remediate the competitive harm caused by Qualcomm's unlawful sales and licensing practices. |
| 64 | [redacted] | Green, Geoffrey <GGREEN@ftc.gov> | [redacted] | 1/16/2017 | Email from outside counsel for a third party, the contents of which disclose the identity of the third party, attaching voluntary written submission expressing its views regarding appropriate measures to remediate the competitive harm caused by Qualcomm's unlawful sales and licensing practices. |
| 65 | attachment to 64 | | | | Voluntary written submission prepared by outside counsel for a third party, the contents of which disclose the identity of the third party, expressing its views regarding appropriate measures to remediate the competitive harm caused by Qualcomm's unlawful sales and licensing practices. |
| 66 | Green, Geoffrey <GGREEN@ftc.gov> | [redacted] | | 12/16/2016 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its views regarding appropriate measures to remediate the competitive harm caused by Qualcomm's unlawful sales and licensing practices. |
| 67 | Green, Geoffrey <GGREEN@ftc.gov> | [redacted] | | 12/23/2016 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its view that Qualcomm's sales and licensing practices violate the antitrust laws, thereby warranting enforcement action by the Federal Trade Commission. |
| 68 | Green, Geoffrey <GGREEN@ftc.gov> | [redacted] | Woodward, Mark <mwoodward@ftc.gov> | 1/13/2017 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its views regarding appropriate measures to remediate the competitive harm caused by Qualcomm's unlawful sales and licensing practices. |

| ID | Author/From | To/Recipient | CC/BCC | DATE | Description |
|---|---|---|---|---|---|
| 69 | Green, Geoffrey <GGREEN@ftc.gov> | [redacted] | Green, Geoffrey <GGREEN@ftc.gov> | 1/13/2017 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its views regarding appropriate measures to remediate the competitive harm caused by Qualcomm's unlawful sales and licensing practices. |
| 70 | [redacted] | James, Rajesh <rjames@ftc.gov> | | 12/13/2016 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its view that Qualcomm's sales and licensing practices violate the antitrust laws, thereby warranting enforcement action by the Federal Trade Commission. |
| 71 | [redacted] | James, Rajesh <rjames@ftc.gov> | [redacted] | 6/12/2015 | Email from outside counsel for a third party, the contents of which disclose the identity of the third party, voluntarily providing legal materials in support of the view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 72 | [redacted] | Ansaldo, Alexander <jansaldo@ftc.gov> | Kehl, Philip <pkehl@ftc.gov> | 2/23/2015 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its view that Qualcomm's sales and licensing practices violate the antitrust laws, thereby warranting enforcement action by the Federal Trade Commission. |
| 73 | Woodward, Mark </O=FTCEXCHANGE/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MWOODWARD> | [redacted] | Ansaldo, Alexander <jansaldo@ftc.gov>; Clopper, Keitha <kclopper@ftc.gov>; [redacted] | 8/24/2016 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its view that Qualcomm's sales and licensing practices violate the antitrust laws, thereby warranting enforcement action by the Federal Trade Commission. |

| ID | Author/From | To/Recipient | CC/BCC | DATE | Description |
|---|---|---|---|---|---|
| 74 | Woodward, Mark </O=FTCEXCHANGE/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MWOODWARD> | [redacted] | | 9/26/2016 | Email confirming receipt of voluntary written submission prepared by consulting economist for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 75 | Woodward, Mark </O=FTCEXCHANGE/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MWOODWARD> | [redacted] | Ansaldo, Alexander <jansaldo@ftc.gov>; Clopper, Keitha <kclopper@ftc.gov> | 9/20/2016 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its view that Qualcomm's sales and licensing practices violate the antitrust laws, thereby warranting enforcement action by the Federal Trade Commission. |
| 76 | Woodward, Mark </O=FTCEXCHANGE/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MWOODWARD> | [redacted] | | 12/7/2016 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its view that Qualcomm's sales and licensing practices violate the antitrust laws, thereby warranting enforcement action by the Federal Trade Commission. |
| 77 | Woodward, Mark </O=FTCEXCHANGE/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MWOODWARD> | [redacted] | | 12/8/2016 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its view that Qualcomm's sales and licensing practices violate the antitrust laws, thereby warranting enforcement action by the Federal Trade Commission. |

| ID | Author/From | To/Recipient | CC/BCC | DATE | Description |
|---|---|---|---|---|---|
| 78 | Woodward, Mark </O=FTCEXCHANGE/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MWOODWARD> | [redacted] | | 12/9/2016 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its view that Qualcomm's sales and licensing practices violate the antitrust laws, thereby warranting enforcement action by the Federal Trade Commission. |
| 79 | Woodward, Mark </O=FTCEXCHANGE/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MWOODWARD> | [redacted] | | 12/9/2016 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its view that Qualcomm's sales and licensing practices violate the antitrust laws, thereby warranting enforcement action by the Federal Trade Commission. |
| 80 | Woodward, Mark </O=FTCEXCHANGE/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MWOODWARD> | [redacted] | | 11/19/2016 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its view that Qualcomm's sales and licensing practices violate the antitrust laws, thereby warranting enforcement action by the Federal Trade Commission. |
| 81 | Woodward, Mark </O=FTCEXCHANGE/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MWOODWARD> | [redacted] | Green, Geoffrey <GGREEN@ftc.gov> | 12/20/2016 | Email confirming receipt of written materials prepared by counsel and consulting economist for a third party, the contents of which disclose the identity of the third party, voluntarily submitted in advance of a meeting and expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |

| ID | Author/From | To/Recipient | CC/BCC | DATE | Description |
|---|---|---|---|---|---|
| 82 | Woodward, Mark </O=FTCEXCHANGE/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MWOODWARD> | [redacted] | | 1/13/2017 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its views regarding appropriate measures to remediate the competitive harm caused by Qualcomm's unlawful sales and licensing practices. |
| 83 | Woodward, Mark </O=FTCEXCHANGE/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MWOODWARD> | [redacted] | | 1/12/2017 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its views regarding appropriate measures to remediate the competitive harm caused by Qualcomm's unlawful sales and licensing practices. |
| 84 | [redacted] | Green, Geoffrey <GGREEN@ftc.gov> | Woodward, Mark <mwoodward@ftc.gov> | 1/13/2017 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its views regarding appropriate measures to remediate the competitive harm caused by Qualcomm's unlawful sales and licensing practices. |
| 85 | [redacted] | Green, Geoffrey <GGREEN@ftc.gov> | Woodward, Mark <mwoodward@ftc.gov> | 1/13/2017 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its views regarding appropriate measures to remediate the competitive harm caused by Qualcomm's unlawful sales and licensing practices. |
| 86 | [redacted] | Green, Geoffrey <GGREEN@ftc.gov> | Woodward, Mark <mwoodward@ftc.gov> | 1/13/2017 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its views regarding appropriate measures to remediate the competitive harm caused by Qualcomm's unlawful sales and licensing practices. |

| ID | Author/From | To/Recipient | CC/BCC | DATE | Description |
|---|---|---|---|---|---|
| 87 | [redacted] | Green, Geoffrey <GGREEN@ftc.gov> | Woodward, Mark <mwoodward@ftc.gov> | 1/13/2017 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its views regarding appropriate measures to remediate the competitive harm caused by Qualcomm's unlawful sales and licensing practices. |
| 88 | [redacted] | Woodward, Mark <mwoodward@ftc.gov> | | 11/19/2016 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its view that Qualcomm's sales and licensing practices violate the antitrust laws, thereby warranting enforcement action by the Federal Trade Commission. |
| 89 | [redacted] | Woodward, Mark <mwoodward@ftc.gov> | | 11/21/2016 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its view that Qualcomm's sales and licensing practices violate the antitrust laws, thereby warranting enforcement action by the Federal Trade Commission. |
| 90 | [redacted] | Woodward, Mark <mwoodward@ftc.gov> | | 12/7/2016 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its view that Qualcomm's sales and licensing practices violate the antitrust laws, thereby warranting enforcement action by the Federal Trade Commission. |
| 91 | [redacted] | Woodward, Mark <mwoodward@ftc.gov> | | 12/7/2016 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its view that Qualcomm's sales and licensing practices violate the antitrust laws, thereby warranting enforcement action by the Federal Trade Commission. |
| 92 | [redacted] | Woodward, Mark <mwoodward@ftc.gov> | | 12/8/2016 | Email from outside counsel for a third party, the contents of which disclose the identity of the third party, attaching voluntary written submission expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |

| ID | Author/From | To/Recipient | CC/BCC | DATE | Description |
|---|---|---|---|---|---|
| 93 | attachment to 92 | | | | Voluntary written submission prepared by outside counsel for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 94 | [redacted] | Woodward, Mark <mwoodward@ftc.gov> | | 12/8/2016 | Email from outside counsel for a third party, the contents of which disclose the identity of the third party, attaching voluntary written submission expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 95 | attachment to 94 | | | | Voluntary written submission prepared by consulting economist for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices have likely anticompetitive effects. |
| 96 | attachment to 94 | | | | Voluntary written submission prepared by consulting economist for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices have likely anticompetitive effects. |
| 97 | [redacted] | Woodward, Mark <mwoodward@ftc.gov> | | 12/9/2016 | Email from outside counsel for a third party, the contents of which disclose the identity of the third party, attaching voluntary written submission expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 98 | attachment to 97 | | | | Voluntary written submission prepared by counsel for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |

| ID | Author/From | To/Recipient | CC/BCC | DATE | Description |
|---|---|---|---|---|---|
| 99 | [redacted] | Woodward, Mark <mwoodward@ftc.gov> | | 12/9/2016 | Email from outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its view that Qualcomm's sales and licensing practices violate the antitrust laws, thereby warranting enforcement action by the Federal Trade Commission and requesting confirmation of receipt of voluntary submissions expressing the views of the third party. |
| 100 | [redacted] | Woodward, Mark <mwoodward@ftc.gov> | | 12/9/2016 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its view that Qualcomm's sales and licensing practices violate the antitrust laws, thereby warranting enforcement action by the Federal Trade Commission. |
| 101 | [redacted] | Green, Geoffrey <GGREEN@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov> | | 12/20/2016 | Email from outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its view that Qualcomm's sales and licensing practices violate the antitrust laws, thereby warranting enforcement action by the Federal Trade Commission and attaching voluntary written submissions expressing its views. |
| 102 | attachment to 101 | | | | Voluntary written submission prepared by counsel for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 103 | attachment to 101 | | | | Voluntary written submission prepared by consulting economist for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices have likely anticompetitive effects. |
| 104 | attachment to 101 | | | | Voluntary written submission prepared by consulting economist for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices have likely anticompetitive effects. |

| ID | Author/From | To/Recipient | CC/BCC | DATE | Description |
|---|---|---|---|---|---|
| 105 | attachment to 101 | | | | Voluntary written submission prepared by outside counsel for a third party, the contents of which disclose the identity of the third party, expressing its view that Qualcomm's licensing and sales practices are exclusionary, harm competition, and violate antitrust law, thereby warranting enforcement action by the Federal Trade Commission. |
| 106 | [redacted] | Woodward, Mark <mwoodward@ftc.gov> | | 1/13/2017 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its views regarding appropriate measures to remediate the competitive harm caused by Qualcomm's unlawful sales and licensing practices |
| 107 | [redacted] | Woodward, Mark <mwoodward@ftc.gov> | | 1/12/2017 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its views regarding appropriate measures to remediate the competitive harm caused by Qualcomm's unlawful sales and licensing practices |
| 108 | [redacted] | Woodward, Mark <mwoodward@ftc.gov> | | 1/17/2017 | Email from outside counsel for a third party, the contents of which disclose the identity of the third party, attaching voluntary written submission expressing its views regarding appropriate measures to remediate the competitive harm caused by Qualcomm's unlawful sales and licensing practices.` |
| 109 | attachment to 108 | | | | Voluntary written submission prepared by outside counsel for a third party, the contents of which disclose the identity of the third party, expressing its views regarding appropriate measures to remediate the competitive harm caused by Qualcomm's unlawful sales and licensing practices. |
| 110 | [redacted] | Woodward, Mark <mwoodward@ftc.gov> | Green, Geoffrey <GGREEN@ftc.gov> | 1/13/2017 | Email exchange with outside counsel for a third party, the contents of which disclose the identity of the third party, regarding logistics for a meeting to voluntarily express its views regarding appropriate measures to remediate the competitive harm caused by Qualcomm's unlawful sales and licensing practices |