| | |
|---|---|
| CRAVATH, SWAINE & MOORE LLP<br>Gary A. Bornstein (*pro hac vice*)<br>gbornstein@cravath.com<br>Yonatan Even (*pro hac vice*)<br>yeven@cravath.com<br>825 Eighth Avenue<br>New York, New York 10019-7475<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Richard S. Taffet (*pro hac vice*)<br>richard.taffet@morganlewis.com<br>101 Park Avenue<br>New York, NY 10178-0060<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001 | MORGAN, LEWIS & BOCKIUS LLP<br>Willard K. Tom (*pro hac vice*)<br>willard.tom@morganlewis.com<br>1111 Pennsylvania Avenue NW<br>Washington, DC 20004-2541<br>Telephone: (202) 739-3000<br>Facsimile: (202) 739 3001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Donn P. Pickett (SBN 72257)<br>donn.pickett@morganlewis.com<br>Geoffrey T. Holtz (SBN 191370)<br>geoffrey.holtz@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001 |

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 17-cv-00220-LHK<br><br>**NOTICE OF APPEARANCE OF DONN P. PICKETT** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Donn Pickett of the law firm of Morgan Lewis & Bockius LLP hereby appears in this action as counsel on behalf of Defendant Qualcomm Incorporated ("Qualcomm"). Qualcomm respectfully requests that all pleadings and other documents be addressed to and served upon Donn Pickett using the contact information set forth below.

    Donn P. Pickett
    Morgan Lewis & Bockius, LLP
    One Market, Spear Street Tower
    San Francisco, CA 94105
    Telephone:   (415) 442-1000
    Facsimile:    (415) 442-1001
    Email:        donn.pickett@morganlewis.com

Dated: August 23, 2017                        MORGAN, LEWIS & BOCKIUS LLP

                                                        By: */s/ Donn P. Pickett*

                                                     Donn P. Pickett (SBN 72257)
                                                     Attorneys for Defendant
                                                   QUALCOMM INCORPORATED

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO