Jennifer Milici, D.C. Bar No. 987096
J. Alexander Ansaldo, Va. Bar No. 75870
Joseph R. Baker, D.C. Bar No. 490802
Rajesh S. James, N.Y. Bar No. 4209367
Kenneth H. Merber, D.C. Bar No. 985703
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-3695; (202) 326-3496 (fax)
*jmilici@ftc.gov*

Lin W. Kahn, Cal. Bar No. 261387
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
(415) 848-5115; (415) 848-5184 (fax)
*lkahn@ftc.gov*

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

Kalpana Srinivasan (237460)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: ksrinivasan@susmangodfrey.com

Steven N. Williams (175481)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: swilliams@cpmlegal.com

MDL Plaintiffs' Interim Co-Lead Counsel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant.<br><br>IN RE: QUALCOMM ANTITRUST LITIGATION<br><br>ALL ACTIONS | Case No. 5:17-cv-00220-LHK-NMC<br><br>Case No. 5:17-md-02773-LHK-NMC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO APPROVE REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE IN PROCURING EVIDENCE FROM KOREAN NON-PARTIES |

1    The Unopposed Motion of Plaintiffs Federal Trade Commission (Case No. 5:17-cv-00220) and MDL plaintiffs (Case No. 5:17-md-02773) to Approve Requests for International Judicial Assistance in Procuring Evidence from Korean Non-Parties ("Motion") is before this Court.

    Having considered all papers filed in support of the Motion and Defendant's non-opposition, and good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED as set forth below. The Court will:

    1.    Sign and affix its seal to the Letters of Request to the appropriate Judicial Authority in Korea for Samsung and LGE, attached to the Declaration of Rajesh James submitted in support of the Motion; and

    2.    Return the same with original signatures and seals to Plaintiffs' counsel for forwarding to the appropriate Judicial Authority of Korea.

**IT IS SO ORDERED.**

Dated: _____August 24, 2017_____



Hon. Nathanael M. Cousins
GRANTED
Judge Nathanael M. Cousins