UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-cv-00220 LHK (NC)<br><br>**ORDER INSTRUCTING QUALCOMM TO FILE DECLARATION**<br><br>Re: Dkt. No. 249 |

Qualcomm is ORDERED to file the declaration referred to in footnote 9 to the parties' joint discovery letter regarding document number Q2014FTC02856622. This declaration must be filed by November 7, 2017, at noon.

**IT IS SO ORDERED.**

Dated: November 6, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 17-cv-00220 LHK (NC)