UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 17-CV-00220-LHK |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| QUALCOMM INCORPORATED, | |
| Defendant. | |

Plaintiff's Attorneys:  Jennifer Milici, Elizabeth Gillen
Defendant's Attorneys:  Gary Bornstein, Yonatan Even, Robert Van Nest

    A further case management conference was held on November 15, 2017.  A further case management conference is set for January 24, 2018, at 2:00 p.m.  The parties shall file their joint case management statement by January 17, 2018.

    The parties shall file a joint case management statement providing an update on Qualcomm's production by December 8, 2017.

1

Case No. 17-CV-00220-LHK
CASE MANAGEMENT ORDER

The Court amended the case schedule as follows:

| Scheduled Event | Date |
| --- | --- |
| Deadline to Conclude Third-Party Negotiations | November 29, 2017 |
| Deadline to Brief Disputes Regarding Third-Party Discovery | December 15, 2017 |
| Deadline to Exchange Privilege Logs | December 19, 2017 |
| Deadline to Complete Third-Party Production | January 5, 2018 |
| Further Case Management Conference | January 24, 2018, at 2:00 p.m. |
| Close of Fact Discovery | March 30, 2018 |
| Plaintiff's Opening Expert Reports | April 20, 2018 |
| Defendant's Expert Reports | May 25, 2018 |
| Plaintiff's Rebuttal Expert Reports | June 22, 2018 |
| Close of Expert Discovery | July 20, 2018 |
| Last Day to File Dispositive Motions and *Daubert* Motions (one per side in the entire case) | August 10, 2018 |
| Summary Judgment and *Daubert* Oppositions | September 10, 2018 |
| Summary Judgment and *Daubert* Replies | September 28, 2018 |
| Hearing on Dispositive Motions | October 18, 2018, at 1:30 p.m. |
| Final Pretrial Conference | December 13, 2018, at 1:30 p.m. |
| Bench Trial | January 4, 2019, at 9:00 a.m. |
| Length of Trial | 10 days |

**IT IS SO ORDERED.**

Dated: November 15, 2017

_Lucy H. Koh_
LUCY H. KOH
United States District Judge