```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                       SAN JOSE DIVISION

 4

 5

      FEDERAL TRADE COMMISSION,        )  CV-17-00220-LHK
 6                                      )
                         PLAINTIFF,     )  SAN JOSE, CALIFORNIA
 7                                      )
                   VS.                  )  NOVEMBER 15, 2017
 8                                      )
      QUALCOMM INCORPORATED,            )  PAGES 1-30
 9                                      )
                         DEFENDANT.     )
10                                      )
                                        )
11    _____   )

12                  TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE LUCY H. KOH
13                 UNITED STATES DISTRICT JUDGE

14

15       A P P E A R A N C E S:

16       FOR THE PLAINTIFF:     BY:  JENNIFER MILICI
                                FEDERAL TRADE COMMISSION
17                              600 PENNSYLVANIA AVENUE, N.W.
                                WASHINGTON, DC 20580
18
         FOR THE DEFENDANT:     BY:  GARY ANDREW BORNSTEIN
19       QUALCOMM               CRAVATH, SWAINE AND MOORE
                                WORLDWIDE PLAZA
20                              825 EIGHTH AVE.
                                NEW YORK, NY 10019
21

22            APPEARANCES CONTINUED ON THE NEXT PAGE

23    OFFICIAL COURT REPORTER:      SUMMER FISHER, CSR, CRR
                                    CERTIFICATE NUMBER 13185
24

25       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER
```

|   |   |
|---|---|
| | 1 | SAN JOSE, CALIFORNIA                    NOVEMBER 15, 2017 |
| | 2 | P R O C E E D I N G S |
| | 3 | (COURT CONVENED AT 2:26 P.M.) |
| 02:26:55 | 4 | THE CLERK:  YOUR HONOR, CALLING CASE 17-CV-00220. |
| 02:27:00 | 5 | FEDERAL TRADE COMMISSION VERSUS QUALCOMM INCORPORATED. |
| 02:27:03 | 6 | COUNSEL, PLEASE COME FORWARD AND STATE YOUR APPEARANCES. |
| 02:27:13 | 7 | MS. MILICI:  JENNIFER MILICI FOR THE FEDERAL TRADE |
| 02:27:16 | 8 | COMMISSION, WITH MY COLLEAGUE ELIZABETH GILLEN. |
| 02:27:24 | 9 | MR. BORNSTEIN:  GOOD AFTERNOON, YOUR HONOR. |
| 02:27:26 | 10 | GARY BORNSTEIN FOR QUALCOMM, AND I'M JOINED BY BOB VAN |
| 02:27:30 | 11 | NEST AND YONATAN EVEN. |
| 02:27:33 | 12 | MR. VAN NEST:  GOOD AFTERNOON, YOUR HONOR. |
| 02:27:36 | 13 | THE COURT:  OKAY.  GREAT.  NOW I HAVE EVERYBODY. |
| 02:27:39 | 14 | ALL RIGHT.  GOOD AFTERNOON. |
| 02:27:41 | 15 | OKAY.  WELCOME TO EVERYBODY.  IT LOOKS LIKE THERE ARE JUST |
| 02:27:43 | 16 | THREE ISSUES, SOME OF THEM I'M NOT FULLY CLEAR ON. |
| 02:27:50 | 17 | SO THE PARTIES PREVIOUSLY AGREED TO EXCHANGE PRIVILEGE |
| 02:27:54 | 18 | LOGS ON DECEMBER 19TH.  SO I WASN'T SURE WHY QUALCOMM WANTS THE |
| 02:28:00 | 19 | FEDERAL TRADE COMMISSION TO PRODUCE ITS PRIVILEGE LOGS BY |
| 02:28:03 | 20 | NOVEMBER 22ND.  AND DOES THAT ALSO APPLY TO QUALCOMM?  OR YOU |
| 02:28:07 | 21 | WANT IT TO BE UNILATERAL? |
| 02:28:08 | 22 | MR. BORNSTEIN:  WELL, YOUR HONOR, WE HAD NOT AGREED |
| 02:28:10 | 23 | ON A SPECIFIC DATE FOR EACH PARTY'S LOG.  WE HAD AGREED TO A |
| 02:28:16 | 24 | DECEMBER 19TH DATE FOR THE PRODUCTION OF QUALCOMM'S LOG.  THE |
| 02:28:21 | 25 | FTC PRODUCTION, ITSELF, IS ONLY ABOUT 3500 DOCUMENTS OR SO. |

02:28:27   1      AND SO WE THOUGHT IT WAS REASONABLE FOR -- AND THEY HAVE

02:28:30   2   COMPLETED, SUBSTANTIALLY COMPLETED, THE PRODUCTION OF THEIR

02:28:33   3   DOCUMENTS.

02:28:33   4      SO WE THOUGHT IT WAS REASONABLE FOR THEM TO NOT SIT AND

02:28:36   5   WAIT TO GIVE US THE LOG.  SO WE REQUESTED THE NOVEMBER 22ND

02:28:42   6   DATE.

02:28:46   7           THE COURT:  I DON'T KNOW, NORMALLY THOSE ARE MUTUALLY

02:28:48   8   EXCHANGED SO IT JUST SEEMS -- ANYWAY, DID YOU HAVE A RESPONSE?

02:28:53   9           MS. MILICI:  I DID.  THANK YOU, YOUR HONOR.

02:28:55  10      THAT WAS NOT OUR UNDERSTANDING OF THE AGREEMENT.  AND I

02:28:57  11   BELIEVE IN OUR LAST CASE MANAGEMENT STATEMENT WE EVEN

02:28:59  12   REFERENCED AN AGREEMENT TO EXCHANGE PRIVILEGE LOGS.

02:29:04  13      SO THAT WAS OUR REACTION AS WELL IS THAT WE HAD AN

02:29:07  14   AGREEMENT FOR MUTUAL EXCHANGE ON DECEMBER 19TH, AND WE HAVE NOT

02:29:11  15   BEEN TOLD ANY REASON BY QUALCOMM FOR WHY IT NEEDS TO MODIFY

02:29:15  16   THAT AGREEMENT OR ANY JUSTIFICATION TO MODIFY.

02:29:24  17           THE COURT:  GIVE ME JUST A MOMENT, PLEASE.  WHERE IS

02:29:45  18   THAT?  I'M LOOKING AT THE SEPTEMBER 6, 2017, JOINT CASE

02:29:49  19   MANAGEMENT STATEMENT.  I WAS UNDER THE IMPRESSION THAT IT WAS A

02:29:52  20   MUTUAL EXCHANGE.

02:30:10  21           MS. MILICI:  SORRY, I CAN'T FIND IT RIGHT THIS

02:30:12  22   SECOND, BUT THERE WAS A REFERENCE THAT THE PARTIES HAD AGREED

02:30:16  23   TO DISCUSS A MUTUAL DATE FOR THE EXCHANGE OF PRIVILEGE LOGS.

02:30:19  24   AND WE SUBSEQUENTLY DID AGREE TO DECEMBER 19TH.

02:30:23  25           THE COURT:  OKAY.  WELL, I DON'T SEE ANY REASON FOR

| | |
|---|---|
| 02:30:24 | 1 |
| 02:30:28 | 2 |
| 02:30:29 | 3 |
| 02:30:36 | 4 |
| 02:30:40 | 5 |
| 02:30:43 | 6 |
| 02:30:47 | 7 |
| 02:30:50 | 8 |
| 02:30:55 | 9 |
| 02:30:59 | 10 |
| 02:31:01 | 11 |
| 02:31:05 | 12 |
| 02:31:08 | 13 |
| 02:31:11 | 14 |
| 02:31:13 | 15 |
| 02:31:15 | 16 |
| 02:31:18 | 17 |
| 02:31:20 | 18 |
| 02:31:23 | 19 |
| 02:31:27 | 20 |
| 02:31:27 | 21 |
| 02:31:30 | 22 |
| 02:31:35 | 23 |
| 02:31:38 | 24 |
| 02:31:41 | 25 |

1   THAT NOT TO BE A MUTUAL EXCHANGE.  SO THEY WILL BE EXCHANGED ON

2   THE 19TH OF DECEMBER.

3        LET'S GO TO THE OTHER ISSUES, PLEASE.

4        OKAY.  I GUESS THE EASIER ONE WOULD BE THE TRIAL ISSUE.

5   THERE'S NO BIFURCATION OF ISSUES.  I'M GOING TO EXTEND THE

6   LENGTH OF TRIAL TO TEN DAYS, AND WE CAN REVISIT LATER WHETHER

7   IT NEEDS TO GO BEYOND THAT.  SOUNDS LIKE IT'S STILL FAIRLY

8   EARLY.

9        MR. BORNSTEIN:  SO, YOUR HONOR, I APPRECIATE THE

10   EXTRA TIME.

11        I WOULD JUST LIKE TO MAKE SURE, AND IT SOUNDS LIKE WHAT

12   YOUR HONOR IS SAYING IS THAT THERE WILL BE AN OPPORTUNITY FOR

13   US TO HAVE FURTHER DISCUSSION WITH THE COURT AT SOME POINT,

14   SHOULD WE THINK IT IS NECESSARY.

15        I'M VERY MINDFUL THAT YOUR HONOR IS VERY CAREFUL WITH YOUR

16   SCHEDULE, AND I JUST WOULD LIKE TO AVOID US GETTING INTO A

17   POSITION WHERE THE PARTIES AGREE AND WANT TO MAKE A

18   PRESENTATION TO THE COURT ABOUT EXTRA TIME AND THE COURT JUST

19   DOESN'T HAVE ANYTHING AVAILABLE, WHICH IS WHY WE RAISED IT THIS

20   EARLY.

21        THE COURT:  WELL, I'M NOT GOING TO BIFURCATE, I'VE

22   NEVER BIFURCATED EVER.  I'M NOT GOING TO MAKE AN EXCEPTION TO

23   THAT FOR THIS CASE.

24        I MEAN, IT SOUNDS LIKE YOU WANT 15 DAYS FOR LIABILITY AND

25   THEN YOU ARE GOING TO WANT, I DON'T KNOW HOW MANY DAYS FOR

02:31:45  1    DAMAGES AND WHAT NOT, AND I'M NOT GOING TO AGREE TO THAT.

02:31:49  2             MR. BORNSTEIN:  I UNDERSTAND THE COURT'S RULING ON

02:31:50  3    THE BIFURCATION ISSUE.

02:31:53  4        WE DO HAVE, THOUGH, OBVIOUSLY A VERY SIGNIFICANT AMOUNT OF

02:31:57  5    EVIDENCE THAT IS GOING TO NEED TO BE PRESENTED, AND I JUST WANT

02:32:00  6    TO MAKE SURE, YOUR HONOR, THAT WE HAVE ADEQUATE TIME TO PRESENT

02:32:04  7    OUR DEFENSE.

02:32:06  8        IF WE HAVE A TEN-DAY TRIAL, THAT'S FIVE DAYS FOR US AND

02:32:10  9    SOME PORTION OF THAT, MAYBE TWO DAYS IS DEVOTED TO

02:32:13 10    CROSS-EXAMINATION OF THE FTC'S WITNESSES, AND OPENINGS AND

02:32:17 11    CLOSINGS, IF YOUR HONOR WANTS THEM.

02:32:19 12        SO THAT LEAVES US THREE DAYS TO PUT ON OUR QUALCOMM FACT

02:32:24 13    WITNESSES, ANY THIRD PARTY FACT WITNESSES AND EXPERTS.  IT

02:32:28 14    STRIKES ME THAT THAT WOULD BE A VERY TIGHT TIME FRAME FOR US TO

02:32:32 15    BE ABLE TO PRESENT AN ADEQUATE DEFENSE, BUT I APPRECIATE THE

02:32:34 16    EXTRA TIME THE COURT HAS ARTICULATED JUST NOW.  AND AS LONG AS

02:32:40 17    THE COURT IS WILLING FOR US TO COME BACK AND REVISIT THIS AT

02:32:46 18    SOME POINT IN THE FUTURE, I DON'T SEE ANY NEED TO PRESS THE

02:32:48 19    ISSUE CURRENTLY, IF THE COURT IS NOT PREPARED TO GO FURTHER.

02:32:52 20             THE COURT:  WELL, THERE ARE GOING TO BE VERY TIGHT

02:32:54 21    TIME LIMITS ON OPENING AND CLOSING, IF IT'S NECESSARY, OR YOU

02:32:59 22    MAY DECIDE YOU JUST WANT TO SUBMIT BRIEFING IN LIEU OF ACTUAL

02:33:03 23    ORAL ARGUMENT, AND YOU MAY WANT TO DO THAT AS WELL FOR OPENING,

02:33:06 24    I'M NOT SURE, THAT ACTUALLY MAY BE MORE HELPFUL TOO.

02:33:10 25        SO FOR TEN DAYS, THAT'S ABOUT ALMOST 55 HOURS OF

02:33:15 1     TRANSCRIPT TIME, WHICH I CONSIDER THAT TO BE A LOT.  AND WHAT I

02:33:23 2     WOULD DO IS IMPOSE VERY TIGHT TIME LIMITS.  ANY TIME YOU ARE

02:33:26 3     TALKING, THE TIME IS COUNTING TOWARDS YOUR ALLOTMENT OF TIME.

02:33:32 4     50 HOURS, I DON'T EVEN KNOW IF I HAVE ENOUGH BRAIN CELLS FOR

02:33:35 5     MORE THAN 50 HOURS OF VERY COMPLICATED INFORMATION.

02:33:40 6         SO I WOULD HOPE THAT TEN DAYS WOULD BE SUFFICIENT.  I MEAN

02:33:48 7     AS THE CASE DEVELOPS, IF YOU THINK 11 DAYS MIGHT BE NECESSARY,

02:33:52 8     BUT THIS IS A BENCH TRIAL, SO WE ARE NOT GOING TO HAVE ANY JURY

02:33:57 9     SELECTION, WE'RE NOT GOING TO BE GIVING PRELIMINARY JURY

02:34:01 10    INSTRUCTIONS OUT LOUD, READING THEM TO THE JURY.  THERE WON'T

02:34:03 11    BE ANY FINAL JURY INSTRUCTIONS READ TO THE JURY.  THERE WILL BE

02:34:06 12    A LOT OF TIME THAT WE DON'T HAVE TO ALOT FOR A BENCH TRIAL.

02:34:09 13         MR. BORNSTEIN:  I HEAR WHERE YOUR HONOR IS.

02:34:11 14         AND WE WILL CONTINUE TO MEET AND CONFER WITH THE FTC ON

02:34:16 15    THE ISSUE, IN THE EVENT THAT WE FEEL LIKE THE TIME THAT

02:34:20 16    YOUR HONOR HAS ALLOTTED NOW, THE TEN DAYS, CONTINUES TO BE --

02:34:24 17    POSE A PROBLEM FOR US, WE WILL FIND AN OPPORTUNITY TO RAISE IT

02:34:27 18    TO THE COURT IN THE FUTURE FOR YOUR HONOR'S CONSIDERATIONS

02:34:32 19    BASED ON THE FACTS AT THE TIME.

02:34:33 20         THE COURT:  THAT'S FINE.  IF YOU THINK THAT TEN DAYS

02:34:35 21    IS NOT ENOUGH AS WE GET CLOSER, THEN PLEASE RE-RAISE IT.  BUT I

02:34:42 22    WOULD HOPE, I MEAN, THAT REALLY WILL BE ABOUT 55 HOURS OF TRIAL

02:34:48 23    TIME.  I REALLY HOPE THAT THAT WOULD BE SUFFICIENT.

02:34:53 24         MR. BORNSTEIN:  MESSAGE RECEIVED, YOUR HONOR.

02:34:55 25         THE COURT:  SO, OKAY.  ALL RIGHT.  OKAY.  THANK YOU

7

| | | |
|---|---|---|
| 02:35:01 | 1 | FOR THAT. |
| 02:35:01 | 2 | NOW, LET'S -- I JUST DIDN'T UNDERSTAND THE THIRD PARTY |
| 02:35:05 | 3 | ISSUE.  YOU KNOW, I DON'T UNDERSTAND THE NEGOTIATIONS, I DON'T |
| 02:35:11 | 4 | UNDERSTAND -- I'M NOT REALLY CLEAR ON WHAT THIS DISPUTE IS.  IS |
| 02:35:19 | 5 | IT THAT YOU ARE WAITING TO HEAR FROM THIRD PARTIES?  WHAT'S |
| 02:35:21 | 6 | BEING NEGOTIATED?  NOW I KNOW THE FTC, YOU WANT A CONCLUSION OF |
| 02:35:35 | 7 | NEGOTIATIONS BY NOVEMBER 22ND, WHICH WOULD BE, WHAT, NEXT |
| 02:35:39 | 8 | WEDNESDAY, IS THAT RIGHT? |
| 02:35:44 | 9 | WHAT DOES THAT MEAN?  WHAT'S BEING NEGOTIATED?  WHO IS |
| 02:35:47 | 10 | NEGOTIATING? |
| 02:35:48 | 11 | MS. MILICI:  SURE. |
| 02:35:49 | 12 | YOUR HONOR, AT THIS POINT I BELIEVE MORE THAN 50 THIRD |
| 02:35:52 | 13 | PARTIES HAVE RECEIVED SUBPOENAS.  A LARGE NUMBER OF THOSE WENT |
| 02:35:55 | 14 | OUT IN JUNE AND EARLY JULY. |
| 02:35:57 | 15 | THE COURT:  OKAY. |
| 02:35:58 | 16 | MS. MILICI:  IN OCTOBER, WHEN WE WERE TRYING TO |
| 02:36:02 | 17 | FIGURE OUT FROM THIRD PARTIES WHEN THEY WOULD BE COMPLETING |
| 02:36:05 | 18 | THEIR PRODUCTIONS OF DOCUMENTS, WE WERE HEARING FROM THIRD |
| 02:36:08 | 19 | PARTIES THAT THEY COULDN'T COMMIT TO A DATE BECAUSE THEY WERE |
| 02:36:12 | 20 | STILL NEGOTIATING CUSTODIANS AND SEARCH TERMS WITH QUALCOMM. |
| 02:36:15 | 21 | SO AT THAT STAGE WE ASKED QUALCOMM TO AGREE WITH US THAT |
| 02:36:21 | 22 | BOTH SIDES WOULD AIM TO COMPLETE ALL THEIR NEGOTIATIONS BY |
| 02:36:24 | 23 | NOVEMBER 6TH, AND SUBMIT ANY OUTSTANDING ISSUES TO THE COURT, |
| 02:36:28 | 24 | WITH THE AIM OF MAKING SURE THE THIRD PARTIES HAVE ENOUGH TIME |
| 02:36:31 | 25 | TO SUBSTANTIALLY COMPLY WITH THEIR SUBPOENAS BY THE END OF |

02:36:35   1    DECEMBER.

02:36:37   2         AND THE REASON THE END OF DECEMBER IS IMPORTANT TO US IS

02:36:40   3    THAT WE HAVE FACT DISCOVERY CUTOFF AT THE END OF MARCH, AND ESI

02:36:47   4    STIPULATION THAT SAYS THAT THE PARTIES GET 30 DAYS AFTER THE

02:36:49   5    NONPARTY FINISHES PRODUCING DOCUMENTS BEFORE THE DEPOSITIONS

02:36:54   6    CAN START.

02:36:55   7         SO WORKING BACKWARDS, WE NEED THIRD PARTIES TO COMPLETE

02:36:59   8    PRODUCTIONS BY THE END OF THE YEAR, AND THE ONLY WAY WE COULD

02:37:01   9    SEE TO HAVE THAT HAPPEN WAS FOR THE PARTIES TO CONCLUDE THEIR

02:37:05   10   NEGOTIATIONS.

02:37:05   11        QUALCOMM REFUSED THAT REQUEST, AND SO WE ARE PUTTING IT TO

02:37:09   12   THE COURT THAT, YOU KNOW, AT SOME POINT THIS PROCESS HAS TO END

02:37:12   13   SO THAT WE CAN MEET OUR OBLIGATIONS UNDER THE SCHEDULE.

02:37:16   14        THE COURT:  OKAY.  OF THE 50 THIRD-PARTIES, HOW MANY

02:37:19   15    HAVE PRODUCED DOCUMENTS?

02:37:21   16        MS. MILICI:  I DON'T HAVE THAT NUMBER IN FRONT OF ME.

02:37:23   17    AND IN ADDITION, I WOULD SAY THAT AS TO THE NEGOTIATIONS,

02:37:27   18    QUALCOMM IS NEGOTIATING WITH THE THIRD PARTIES SEPARATELY.  SO

02:37:30   19    I DON'T NECESSARILY KNOW ALL OF THE DETAILS OF THEIR

02:37:33   20    NEGOTIATIONS.

02:37:33   21        CERTAINLY, SOME THIRD PARTIES HAVE STARTED PRODUCING

02:37:36   22   DOCUMENTS, BUT -- AND I'M HAPPY TO PROVIDE A REPORT IF THAT'S

02:37:41   23   SOMETHING THAT WOULD BE HELPFUL TO THE COURT.

02:37:42   24        THE COURT:  AND HOW DOES THAT WORK?  THEY ARE

02:37:45   25    PRODUCING DOCUMENTS TO QUALCOMM AND QUALCOMM IS PRODUCING THEM

02:37:48  1      TO THE FTC?  OR THIRD PARTIES ARE PRODUCING THEM TO BOTH SIDES

02:37:51  2      OR WHAT'S THE SITUATION?

02:37:52  3              MS. MILICI:  I THINK, GENERALLY, THEY ARE PRODUCING

02:37:54  4      THEM TO BOTH SIDES.  IN THE RARE INSTANCE THAT THEY AREN'T, WE

02:37:58  5      ARE THEN PRODUCING THEM TO EACH OTHER.

02:37:59  6              THE COURT:  OKAY.

02:38:02  7              MR. BORNSTEIN:  AND IF IT'S HELPFUL, YOUR HONOR --

02:38:03  8              THE COURT:  I'M SORRY TO INTERRUPT YOU.  WHOSE

02:38:05  9      SUBPOENAS ARE THESE, BOTH SIDES?

02:38:07 10              MS. MILICI:  YES, YOUR HONOR.

02:38:08 11              THE COURT:  I SEE.

02:38:08 12          AND ARE YOU STILL NEGOTIATING WITH YOUR SUBPOENAED PARTIES

02:38:11 13      OR NOT?  YOU COMPLIED WITH YOUR OWN DEADLINES?

02:38:15 14              MS. MILICI:  I THINK FOR THE MOST PART OUR

02:38:17 15      NEGOTIATIONS HAVE COMPLETED.  I DON'T BELIEVE THERE'S ANY THIRD

02:38:22 16      PARTIES WAITING FOR INFORMATION FROM US TO START REVIEW AND

02:38:25 17      PRODUCTION.

02:38:25 18              THE COURT:  I SEE.

02:38:26 19          AND THEN -- BUT YOU DON'T KNOW HOW MANY OF YOUR SUBPOENAED

02:38:30 20      THIRD PARTIES HAVE PRODUCED TO YOU AT THIS POINT.

02:38:32 21              MS. MILICI:  NO, IT WOULD BE THE SAME NUMBER AS I

02:38:34 22      PRODUCED TO QUALCOMM BECAUSE THEY ARE BEING PRODUCED TO BOTH

02:38:37 23      PARTIES, BUT I DON'T HAVE THOSE NUMBERS IN FRONT OF ME.

02:38:40 24              THE COURT:  SO THE 50 SUBPOENAS IS TOTAL BOTH SIDES;

02:38:43 25      IS THAT RIGHT?

02:38:43  1          MS. MILICI:  YES.

02:38:44  2          THE COURT:  I SEE.  OKAY.  BUT YOU HAVE GOTTEN SOME

02:38:47  3   DOCUMENT PRODUCTIONS FROM PARTIES YOU'VE SUBPOENAED.

02:38:50  4          MS. MILICI:  YES.

02:38:51  5          THE COURT:  OKAY.  ALL RIGHT.

02:38:55  6      OKAY.  THEN LET ME HEAR FROM QUALCOMM.  I AM CONCERNED, I

02:39:00  7   HAVE THIS PROBLEM IN OTHER CASES WHERE, YOU KNOW, YOU HAVE TO

02:39:04  8   GET THE SEARCH TERMS AGREED TO AND THE CUSTODIANS, OTHERWISE

02:39:09  9   THIS LONG PROCESS OF COLLECTION AND REVIEW AND PRODUCTION WILL

02:39:13  10  GET DELAYED.

02:39:15  11         MR. BORNSTEIN:  RIGHT.

02:39:16  12     SO YOUR HONOR, WE HAVE BEEN WORKING EXTREMELY HARD WITH

02:39:20  13  THE THIRD PARTIES.  WE HAVE BEEN BEFORE JUDGE COUSINS A NUMBER

02:39:24  14  OF TIMES, INCLUDING AS RECENTLY AS THIS AFTERNOON --

02:39:27  15         THE COURT:  OKAY.

02:39:27  16         MR. BORNSTEIN:  -- ON ISSUES WHERE WE HAVE BEEN

02:39:29  17  ATTEMPTING TO GET THIRD PARTIES TO COMPLY WITH OUR SUBPOENAS.

02:39:32  18         THE COURT:  OKAY.

02:39:33  19         MR. BORNSTEIN:  AND THERE IS A TREMENDOUS NUMBER OF

02:39:35  20  PEOPLE SPENDING A TREMENDOUS NUMBER OF HOURS TRYING TO MAKE

02:39:39  21  THAT HAPPEN.  WE HAVE BEEN ENCOUNTERING RESISTANCE FROM SOME OF

02:39:42  22  THESE THIRD PARTIES, SOME OF WHOM ARE ACTIVELY IN COORDINATING

02:39:47  23  LITIGATION STRATEGY WITH THE FTC PURSUANT TO COMMON INTEREST

02:39:50  24  AGREEMENTS.

02:39:51  25     WE HAVE BEEN NEGOTIATING, I THINK PRETTY SUCCESSFULLY WITH

02:39:54   1    ALL OF THESE FOLKS, AND INCIDENTALLY THERE ARE 50 OR SO

02:40:01   2    PARTIES, AS COUNSEL SAID, SOME OF WHOM WERE SUBPOENAED BY US,

02:40:05   3    SOME BY THEM, MOST BOTH PARTIES HAVE SUBPOENAED.

02:40:09   4            THE COURT:  OH, YOU BOTH HAVE SUBPOENAED THE SAME

02:40:11   5    PARTIES.

02:40:11   6            MR. BORNSTEIN:  YES.  IN MOST INSTANCES, WE SERVED

02:40:13   7    THE SAME PARTY WITH NONIDENTICAL REQUESTS.

02:40:15   8            THE COURT:  I WAS GOING TO ASK HOW MUCH OVERLAP THERE

02:40:18   9    IS.

02:40:18   10           MR. BORNSTEIN:  THERE IS SOME OVERLAP, BUT NOT

02:40:20   11    COMPLETE.

02:40:20   12        AND SO WE'VE GOTTEN, IN RESPONSE TO YOUR HONOR'S QUESTION,

02:40:24   13    THERE ARE 24 OF THE THIRD PARTIES WHO HAVE BEGUN PRODUCTION.

02:40:27   14    WE'VE GOTTEN OVER 230,000 OR SO DOCUMENTS.  ANOTHER 20 OR SO

02:40:34   15    HAVE PROMISED TO BEGIN PRODUCTION IN THE VERY NEAR FUTURE.

02:40:37   16        AND ONE OF THE THINGS THAT WE HAVE BEEN DOING VERY

02:40:40   17    AGGRESSIVELY IS TRYING TO GET THE KIND OF SUBSTANTIAL

02:40:42   18    COMPLETION DATE THAT COUNSEL IS TALKING ABOUT.

02:40:44   19        AND WE HAVE BEEN IN FRONT OF JUDGE COUSINS WHO, BY THE WAY

02:40:48   20    HAS BEEN VERY RESPONSIVE ON THESE MOTIONS, HE'S BEEN VERY QUICK

02:40:51   21    TO GET TO US AND VERY QUICK TO RULE.

02:40:53   22        SO WE HAVE BEEN TAKING ADVANTAGE OF THAT VERY HELPFUL

02:40:56   23    RESOURCE TO GET THE THIRD PARTIES TO PRODUCE AND TO COMPLY AND

02:41:01   24    AS I SAID WE WERE JUST THERE WITH APPLE THIS AFTERNOON.

02:41:05   25           SO OUR OVERALL DESIRE IS ABSOLUTELY TO GET THESE THIRD

| 02:41:12 | 1 | PARTIES MOVING AS QUICKLY AS THEY CAN AND TO GET THE DOCUMENTS |
|---|---|---|

02:41:12  1    PARTIES MOVING AS QUICKLY AS THEY CAN AND TO GET THE DOCUMENTS

02:41:15  2    PRODUCED.  WE THINK SEE EYE TO EYE WITH THE FTC ON THAT.  OUR

02:41:21  3    CONCERN IS THAT SETTING AN ARTIFICIAL DEADLINE FOR ENDING THE

02:41:25  4    NEGOTIATIONS AND AN ARTIFICIAL DEADLINE FOR BRIEFING ANYTHING

02:41:28  5    THAT REMAINS OUTSTANDING WITH JUDGE COUSINS, IS GOING TO SHUT

02:41:31  6    DOWN THE SUCCESS THAT WE'VE HAD IN NEGOTIATING WITH PEOPLE AND

02:41:34  7    IS GOING TO HAVE THE THIRD PARTIES CLAM UP, BE MORE RESISTANT

02:41:38  8    TO THE DISCOVERY THAT THEY HAVE BEEN WILLING TO GIVE US.

02:41:41  9         THEY ARE GOING TO SAY, LOOK, WE'VE GOT AN ARTIFICIAL END

02:41:45  10   DATE, LET'S JUST BRIEF IT ALL INSTEAD OF ALLOWING THE

02:41:49  11   NEGOTIATION PROCESS TO CONTINUE.  AND WE ARE NOT IN A

02:41:51  12   SITUATION, AND WE WOULD SHARE THE CONCERN IF WE HAD 50 THIRD

02:41:55  13   PARTIES WHO WERE GOING TO BE PRODUCING DOCUMENTS IN LATE

02:41:57  14   DECEMBER AND INTO JANUARY.  THAT'S JUST NOT WHERE WE ARE.

02:42:01  15        MOST OF THE THIRD PARTIES HAVE EITHER BEEN ORDERED BY

02:42:03  16   JUDGE COUSINS OR HAVE STIPULATED OR OTHERWISE INDICATED TO US

02:42:06  17   THAT THEY WOULD BE COMPLETING PRODUCTION IN THIS CALENDAR YEAR.

02:42:11  18   AND SOME OF THEM BY DECEMBER 1ST OR DECEMBER 15TH.

02:42:14  19        SO THERE'S REALLY, I THINK, JUST A SMALL NUMBER THAT ARE

02:42:17  20   OUTSTANDING.  AND FRANKLY, WE HAVE NOT DESPITE SEVERAL REQUESTS

02:42:22  21   TO THE FTC, BEEN TOLD WHO IT IS WHO HAS BEEN COMPLAINING ABOUT

02:42:26  22   QUALCOMM NOT BEING SUFFICIENTLY DILIGENT OR AGGRESSIVE IN THIS.

02:42:30  23   IT'S NOT CERTAINLY OUR EXPERIENCE THAT WE HAVE BEEN LETTING THE

02:42:33  24   THIRD PARTIES LIE FALLOW.

02:42:35  25        WE HAVE BEEN EXTREMELY ACTIVE IN PURSUING THE THIRD

| | | |
|---|---|---|
| 02:42:37 | 1 | PARTIES AND AS NECESSARY BRINGING THEM FOR JUDGE COUSINS'S |
| 02:42:41 | 2 | CONSIDERATION. |
| 02:42:41 | 3 | SO WE THINK IT WOULD BE A DISRUPTION TO THE PROCESS TO |
| 02:42:45 | 4 | HAVE AN ARTIFICIAL DEADLINE SET TO GET ALL OF THIS WORKED OUT |
| 02:42:51 | 5 | BECAUSE WE THINK WE ARE GOING THERE ON OUR OWN AND WE THINK WE |
| 02:42:54 | 6 | CAN GET THERE THROUGH NEGOTIATIONS AND WITH THE ABLE ASSISTANCE |
| 02:42:56 | 7 | OF JUDGE COUSINS ON INDIVIDUAL CIRCUMSTANCES, AS WE HAVE BEEN |
| 02:42:59 | 8 | SO FAR. |
| 02:43:00 | 9 | MS. MILICI:  YOUR HONOR, IF I COULD RESPOND TO ONE |
| 02:43:03 | 10 | ARGUMENT THAT COUNSEL IS MAKING. |
| 02:43:05 | 11 | THE COURT:  OKAY. |
| 02:43:06 | 12 | MS. MILICI:  JUST TO BE CLEAR, QUALCOMM HAS BROUGHT |
| 02:43:09 | 13 | DISPUTES TO JUDGE COUSINS ONLY ABOUT APPLE AND INTEL, THE REST |
| 02:43:15 | 14 | OF THE THIRD PARTIES IN THIS CASE, THE NEGOTIATIONS HAVE NOT |
| 02:43:19 | 15 | INVOLVED ANY, THE COURT IN ANY WAY. |
| 02:43:24 | 16 | AND AS FAR AS STIPULATIONS TO COMPLETE PRODUCTION, WE |
| 02:43:28 | 17 | HAVEN'T SEEN THEM. |
| 02:43:30 | 18 | SO AS FAR AS I KNOW, THERE ARE A SUBSTANTIAL NUMBER OF |
| 02:43:34 | 19 | THIRD PARTIES WHO HAVEN'T MADE ANY FIRM COMMITMENT FOR WHEN |
| 02:43:37 | 20 | THEY ARE GOING TO COMPLETE PRODUCTIONS. |
| 02:43:38 | 21 | AND YOU KNOW, JUST TO GIVE A COUPLE OF EXAMPLES, WE |
| 02:43:42 | 22 | UNDERSTAND FROM BLACKBERRY THAT BLACKBERRY HADN'T HEARD FROM |
| 02:43:47 | 23 | QUALCOMM SINCE AUGUST, AND THEN JUST TEN DAYS AGO, QUALCOMM |
| 02:43:55 | 24 | CALLED THEM UP AND GAVE THEM A LARGE NUMBER OF REQUESTS. |
| 02:43:58 | 25 | SO I THINK IT'S NOT TRUE THAT QUALCOMM HAS BEEN COMPLETELY |

02:44:02  1    DILIGENT.  AND I ALSO THINK THAT IT'S NOT NECESSARILY THE

02:44:05  2    POINT.  WHETHER QUALCOMM HAS BEEN COMPLETELY DILIGENT IN THE

02:44:08  3    PAST OR NOT, THIS IS A PROCESS THAT HAS TO COME TO AN END.

02:44:11  4        WE HAVE A LOGISTICAL ISSUE OF THE THIRD PARTIES HAVE TO

02:44:15  5    FINISH PRODUCING DOCUMENTS SO THAT WE CAN TAKE THEIR

02:44:17  6    DEPOSITIONS.

02:44:18  7        AND FROM OUR PERSPECTIVE, HAVING A DEADLINE ARBITRARY OR

02:44:21  8    NOT, HELPS THAT PROCESS ALONG.  IF THIS IS A DEADLINE FOR

02:44:26  9    SUBMITTING THINGS TO THE COURT, IT WILL CAUSE THOSE

02:44:29 10    NEGOTIATIONS TO REACH AN END.

02:44:34 11            THE COURT:  OKAY.  WELL, I AM GOING TO IMPOSE A

02:44:36 12    DEADLINE.  WE HAVE A FACT DISCOVERY CUTOFF OF MARCH 30TH, AND

02:44:39 13    MY CONCERN IS THAT WE HAVE THE HOLIDAYS COMING UP AND THEN THEY

02:44:42 14    WILL HAVE TO DO THE COLLECTION.

02:44:44 15        I MEAN, SEARCH TERMS HAVEN'T EVEN BEEN AGREED UPON OR

02:44:49 16    CUSTODIANS, THEN WE ARE EARLY IN THE PROCESS.  THEY WILL HAVE

02:44:52 17    TO DO THE COLLECTION, THEY WILL HAVE TO DO THE REVIEW, THEY

02:44:55 18    WILL HAVE TO DO THE PRODUCTION AND DO THE REVIEW, THEN THERE

02:44:58 19    WILL HAVE TO BE DEPOSITIONS.

02:44:59 20        AND MY CONCERN IS WE ARE APPROACHING THANKSGIVING AND THIS

02:45:02 21    IS A MARCH 30TH CUTOFF.  SO I'M GOING TO MAKE A PROPOSAL, AND I

02:45:06 22    WILL ALLOW EVERYONE TO BE HEARD.

02:45:07 23        I WOULD PROPOSE A DEADLINE TO CONCLUDE THIRD PARTY

02:45:11 24    NEGOTIATIONS OF NOVEMBER 29TH RATHER THAN THE WEDNESDAY

02:45:13 25    THEREFORE THANKSGIVING.

02:45:14  1    DEADLINE TO BRIEF DISPUTES, DECEMBER 15TH.  DEADLINE TO

02:45:17  2  PRODUCE PRIVILEGE LOGS, WE'VE ALREADY DEALT WITH THAT ISSUE, IS

02:45:20  3  DECEMBER 19TH.

02:45:21  4    AND I WILL SET A FURTHER CMC FOR, ONE MINUTE, PLEASE.

02:45:34  5  WELL, THE DEADLINE TO COMPLETE THIRD PARTY PRODUCTION OF

02:45:43  6  JANUARY 7TH.  AND I WOULD WANT THE CMC AFTER THAT DATE SO THAT

02:45:47  7  YOU CAN REPORT BACK TO ME AS TO WHAT HAPPENED.

02:45:49  8    SO I WOULD PROBABLY SUGGEST MAYBE MID-JANUARY FOR THE

02:45:52  9  FURTHER CMC.

02:45:57  10    LET ME ASK MS. MASON.  I KNOW THAT THERE IS A CMC IN THE

02:46:02  11  MDL ON JANUARY 3RD, BUT I DON'T THINK THERE'S A NEED TO HAVE

02:46:07  12  THESE CASES ON THE SAME DAY.  AND I THINK IT'S MORE IMPORTANT

02:46:10  13  FOR ME TO FIND OUT WHETHER THESE DEADLINES HAVE BEEN COMPLIED

02:46:14  14  WITH.

02:46:14  15    SO I THINK MAYBE THE 17TH, I DON'T KNOW, I KNOW OUR DAYS

02:46:21  16  ARE ALL IMPACTED.

02:46:22  17      THE CLERK:  YOUR HONOR, UNFORTUNATELY THE 17TH IS

02:46:24  18   PROBABLY THE WORST DATE.

02:46:27  19      THE COURT:  OH, OKAY.  WELL, JANUARY 7TH IS ACTUALLY

02:46:30  20  A SUNDAY, SO THAT'S ACTUALLY A BAD DAY ANYWAY.

02:46:34  21    IF I SET IT ON JANUARY 12TH FOR THE PRODUCTION, DOES THAT

02:46:51  22  GIVE ENOUGH TIME FOR DIGESTION AND REVIEW OF THE THIRD PARTY

02:46:55  23  DOCUMENTS AND DEPOSITIONS?

02:46:57  24    MY CONCERN IS THAT IF THERE ARE 50, TRYING TO DO 50

02:47:00  25  DEPOSITIONS IN MARCH IS GOING TO BE EXTREMELY DIFFICULT.

02:47:03  1        MR. BORNSTEIN:  AS I NOTED, YOUR HONOR, MOST OF THE

02:47:05  2   THIRD PARTIES ARE GOING TO FINISH IN DECEMBER, BASED ON EITHER

02:47:09  3   REPRESENTATIONS THAT THEY HAVE MADE TO US OR ORDERS OR

02:47:12  4   STIPULATIONS THAT HAVE BEEN BEFORE JUDGE COUSINS.

02:47:15  5        SO I DON'T THINK WE ARE GOING TO BE IN A WORLD WHERE WE

02:47:18  6   HAVE 50 THIRD PARTIES WHO -- I HOPE ARE NOT IN THE WORLD WHERE

02:47:21  7   WE HAVE 50 THIRD PARTIES WHO ARE COMPLETING ON JANUARY 12TH.

02:47:25  8        I THINK THERE'S GOING TO BE A SMALL NUMBER WHO ARE LEFT AT

02:47:30  9   THAT POINT.  I CERTAINLY HOPE THAT TO BE THE CASE.

02:47:32  10        AND IF --

02:47:34  11        THE COURT:  I WILL SAY JANUARY 5TH THEN.  IF IT'S

02:47:37  12   ONLY A FEW PARTIES, THEN IT'S NOT GOING TO MATTER MUCH.

02:47:40  13        LET'S DO NOVEMBER 29TH TO CONCLUDE THIRD PARTY

02:47:43  14   NEGOTIATIONS.

02:47:44  15        DECEMBER 15TH TO BRIEF ANY DISPUTES.

02:47:46  16        JANUARY 5TH TO COMPLETE PRODUCTION.

02:47:49  17        MR. BORNSTEIN:  YOUR HONOR, MAY I MAKE ONE

02:47:51  18   OBSERVATION ON THE SCHEDULE?

02:47:52  19        THE COURT:  YES.

02:47:53  20        MR. BORNSTEIN:  SO IF WE HAVE A DECEMBER 15TH DAY FOR

02:47:56  21   BRIEFING --

02:47:56  22        THE COURT:  YES.

02:47:57  23        MR. BORNSTEIN:  -- I WOULD SUGGEST WE MAY NOT NEED

02:48:00  24   THE CONCLUSION OF NEGOTIATION DATE.  WE WILL CERTAINLY ENDEAVOR

02:48:04  25   TO BE DONE BY THE 29TH.

02:48:06  1    MY WHOLE CONCERN HERE HAS BEEN HAVING A DATE THAT WOULD

02:48:09  2    ARTIFICIALLY CUT OFF OUR OPPORTUNITY TO NEGOTIATE AND REACH

02:48:14  3    AGREEMENT WITH PEOPLE AND AVOID HAVING TO BRING IT TO COURT.

02:48:18  4    SO IF WE HAVE A DATE WHERE WE MUST BRIEF, IF THE

02:48:18  5    DISCUSSIONS HAPPEN TO GO INTO THE FIRST WEEK OF DECEMBER OR THE

02:48:21  6    SECOND WEEK OF DECEMBER --

02:48:22  7    THE COURT:  WELL, THEN YOU JUST DON'T FILE YOUR

02:48:24  8    MOTION.

02:48:24  9    I MEAN, I THINK IT'S HELPFUL, I'VE HAD THIS PROBLEM IN

02:48:29  10   OTHER CASES TO BE EQUALLY DISAPPOINTED TO FIND OUT PEOPLE ARE

02:48:33  11   STILL NEGOTIATING SEARCH TERMS TEN MONTHS LATER AND THE

02:48:37  12   COLLECTION HASN'T EVEN BEEN DONE YET.  EVEN IF THE COLLECTION

02:48:40  13   HAS BEEN DONE, THEY HAVEN'T RUN THE SEARCH TERMS ON WHAT'S BEEN

02:48:43  14   COLLECTED, AND IT IS A PROBLEM.

02:48:44  15   MR. BORNSTEIN:  TO BE CLEAR, YOUR HONOR, WE HAVE FOR,

02:48:48  16   AGAIN, MOST -- WITH THE EXCEPTION OF ONE SET OF THIRD PARTIES

02:48:51  17   THAT I CAN THINK OF WHO ARE NEGOTIATING WITH US JOINTLY, WE

02:48:56  18   HAVE REACHED CUSTODIAN SEARCH TERM AGREEMENTS WITH VIRTUALLY

02:49:00  19   EVERYBODY.  SO THAT, TOO, IS NOT --

02:49:02  20   THE COURT:  WELL THEN, I COULD SET THE DEADLINE ON

02:49:05  21   NOVEMBER 22ND THEN, IF YOU ONLY HAVE A FEW YOU NEED TO AGREE

02:49:07  22   WITH, RIGHT?  BECAUSE YOU'VE ALREADY DONE IT WITH VIRTUALLY

02:49:10  23   EVERYBODY ELSE.

02:49:11  24   THEN I WILL ADVANCE IT TO NOVEMBER 22ND IF IT'S REALLY

02:49:13  25   THAT SMALL IN NUMBER.

02:49:15  1        MR. BORNSTEIN:  WELL AGAIN, THE PROBLEM YOUR HONOR,

02:49:16  2   ISN'T HOW MANY WE ARE NEGOTIATING WITH, IT'S ARTIFICIALLY

02:49:19  3   CUTTING IT OFF.  THAT'S REALLY OUR CONCERN.

02:49:21  4        IF WE HAVE THE BRIEFING DATE, I THINK THAT WILL ACCOMPLISH

02:49:24  5   GETTING EVERYTHING RESOLVED.  I HATE THE PROSPECT OF NOT BEING

02:49:27  6   ABLE TO CONTINUE TALKING TO PEOPLE AND HAVE HAVING THEM SAY

02:49:30  7   LOOK, WE ARE DONE, WE ARE NOT WILLING TO TALK TO YOU BECAUSE

02:49:33  8   THE COURT SAID THIS IS THE DATE WE HAVE TO BE FINISHED, THAT'S

02:49:37  9   ALL.

02:49:37 10        AND I DON'T WANT TO LEAVE THE MISIMPRESSION THAT WE HAVE

02:49:40 11   20, 30 PARTIES WHO HAVEN'T COME UP WITH CUSTODIANS.

02:49:46 12        BUT WE ARE HAPPY TO OBVIOUSLY TAKE THE COURT'S DIRECTION

02:49:49 13   ON THE 29TH AND 15TH, IF THAT'S THE COURT'S PREFERENCE.  AND IF

02:49:53 14   WE ARE ABLE TO CONTINUE TALKING TO PEOPLE AFTER THE 29TH AND

02:49:57 15   COME TO AGREEMENT, THEN AS YOU SAID WE WON'T FILE OUR MOTION.

02:50:01 16        THE COURT:  THEN YOU WON'T FILE YOUR MOTION.

02:50:02 17        I WOULD PREFER TO SET SOME DEADLINES.

02:50:05 18        SO LET'S HAVE THE DEADLINE TO CONCLUDE THIRD PARTY

02:50:07 19   NEGOTIATIONS BE NOVEMBER 29TH.

02:50:09 20        THE DEADLINE TO BRIEF DISPUTES REGARDING THIRD PARTY

02:50:12 21   DISCOVERY BE DECEMBER 15TH.

02:50:14 22        AND THE DEADLINE TO COMPLETE THIRD PARTY PRODUCTION BE

02:50:17 23   JANUARY 5TH.

02:50:18 24        I AM FULLY INTENT ON STAYING ON SCHEDULE AND HAVING THIS

02:50:22 25   FACT DISCOVERY CUTOFF REMAIN MARCH 30TH.

02:50:25   1          AS FAR AS THE CMC THEN, IT SOUNDS LIKE WHAT DATE LOOKED

02:50:30   2     BETTER?  YOU SAID THE 17TH IS WORSE?

02:50:33   3               THE CLERK:  YES, YOUR HONOR.  THE 24TH IS AVAILABLE.

02:50:35   4               THE COURT:  ARE YOU AVAILABLE THAT DAY?

02:50:38   5               MS. MILICI:  YES, YOUR HONOR.

02:50:39   6               MR. BORNSTEIN:  I AM YOUR HONOR.

02:50:39   7               THE COURT:  OKAY.  ALL RIGHT.  THEN LET'S SET THE

02:50:41   8     FURTHER CMC, PLEASE, FOR JANUARY 24TH.

02:50:49   9          OKAY.  WHAT ELSE?  ANYTHING -- THOSE WERE THE ONLY ISSUES

02:50:53  10     I SAW IN YOUR STATEMENT.  AND OBVIOUSLY, IF THERE'S NO ISSUE

02:50:55  11     THAT WE NEED TO DISCUSS ON THE 24TH, I WILL JUST CONTINUE IT

02:50:58  12     OUT TO ANOTHER LATER DATE.

02:51:01  13               MS. MILICI:  YOUR HONOR, WE HAVE TWO MORE ISSUES THAT

02:51:03  14     RELATE TO THE SCHEDULE.

02:51:05  15          AND THE FIRST IS THAT AS I MENTIONED THE ESI STIPULATION

02:51:08  16     HAS A 30-DAY WAITING PERIOD FROM THE CLOSE OF THE THIRD

02:51:13  17     PARTY'S -- FROM THE COMPLETION OF THEIR PRODUCTION TO THE

02:51:15  18     DEPOSITION.

02:51:16  19          AND AGAIN, WE ARE KIND OF IN A LOGISTICAL ISSUE HERE.  SO

02:51:19  20     WE HAVE ASKED TO MODIFY THAT TO CHANGE THAT TO TWO WEEKS.  AND

02:51:25  21     QUALCOMM HAS DISAGREES WITH THAT.

02:51:28  22          BUT WE DO THINK THAT IT WILL HELP US MEET THE MARCH 30TH

02:51:33  23     DEADLINE IF IT'S 14 DAYS FROM THE COMPLETION OF PRODUCTION TO

02:51:38  24     THE DEPOSITION.

02:51:39  25               THE COURT:  BUT WHO SIGNED THAT ESI ORDER?  WAS THAT

02:51:42  1    JUDGE COUSINS?  WOULD HE BE THE MORE APPROPRIATE TO MAKE THAT

02:51:45  2    REQUEST TO?  IF HE'S HANDLING SOMETHING, I DON'T WANT TO STEP

02:51:50  3    IN.

02:51:51  4        MS. MILICI:  SURE.

02:51:52  5        THE COURT:  UNLESS THERE'S AN OBJECTION TO A RULING

02:51:54  6    THAT HE'S MADE.  WAS HE THE ONE?  I PROBABLY HAVE IT IN MY

02:52:00  7    FILE.

02:52:00  8        MS. MILICI:  I BELIEVE THAT'S CORRECT, YOUR HONOR.

02:52:04  9    AND WE ARE HAPPY TO BRING IT TO JUDGE COUSINS.

02:52:06  10       THE COURT:  I THINK THAT PROBABLY WOULD BE BEST.

02:52:08  11      OKAY.  WHAT ELSE?  ANYTHING ELSE?

02:52:10  12       MS. MILICI:  YOUR HONOR, ONE OTHER ISSUE RELATING TO

02:52:12  13   THE SCHEDULE, WHICH IS THAT QUALCOMM HAS RECENTLY TOLD THE FTC

02:52:19  14   THAT IT INTENDS TO PRODUCE DOCUMENTS AFTER THE DATE THAT WE

02:52:23  15   AGREED ON FOR SUBSTANTIAL COMPLETION OF THEIR OWN PRODUCTION.

02:52:26  16       THEY'VE PROPOSED, OR NOT PROPOSED, THEY'VE SAID THAT THEY

02:52:31  17   ARE GOING TO PRODUCE ADDITIONAL DOCUMENTS FROM TWO CUSTODIANS

02:52:34  18   FOR A PERIOD UP THROUGH THE END OF SEPTEMBER, AND THAT THEY

02:52:37  19   WOULD TRY TO FINISH THOSE PRODUCTIONS BY THE END OF THE YEAR.

02:52:44  20       AGAIN, WE HAVE MULTIPLE CONCERNS WITH THIS AND IT MIGHT BE

02:52:47  21   APPROPRIATE TO BRING THOSE TO JUDGE COUSINS IN THE FIRST PLACE,

02:52:49  22   BUT I WANTED TO FLAG IT FOR YOUR HONOR.

02:52:51  23       THE COURT:  WHAT WAS THE SUBSTANTIAL COMPLETION

02:52:53  24   DEADLINE, YOU SAID SEPTEMBER?

02:52:54  25       MS. MILICI:  NOVEMBER 28TH.

| | | |
|---|---|---|
| 02:52:56 | 1 | THE COURT:  OH, SO THEY JUST WANT ONE MORE MONTH. |
| 02:52:58 | 2 | MS. MILICI:  THEY WANT ONE MORE MONTH.  BUT AGAIN, |
| 02:53:00 | 3 | THIS IS A LOGISTICAL ISSUE WITH DEPOSITIONS, YOU KNOW, WE WERE |
| 02:53:06 | 4 | HOPING TO AT LEAST START QUALCOMM DEPOSITIONS IN DECEMBER, |
| 02:53:09 | 5 | GIVEN THE SCHEDULING THAT WE WILL HAVE TO DEAL WITH. |
| 02:53:13 | 6 | THE COURT:  I'M SORRY TO INTERRUPT YOU, WHAT WAS THE |
| 02:53:15 | 7 | SUBSTANTIAL COMPLETION DATE? |
| 02:53:16 | 8 | MS. MILICI:  NOVEMBER 28TH IS THE AGREED DATE. |
| 02:53:18 | 9 | THE COURT:  SO NEXT TUESDAY.  SO WHEN ARE YOU GOING |
| 02:53:21 | 10 | TO -- WHY CAN'T YOU MEET YOUR AGREED UPON SUBSTANTIAL |
| 02:53:24 | 11 | COMPLETION DATE? |
| 02:53:25 | 12 | MR. BORNSTEIN:  WE ABSOLUTELY CAN AND WILL, |
| 02:53:26 | 13 | YOUR HONOR.  WE ARE MEETING THE NOVEMBER 28TH DEADLINE FOR THE |
| 02:53:29 | 14 | DOCUMENTS WE AGREED TO PRODUCE BY NOVEMBER 28TH. |
| 02:53:32 | 15 | WE HAD A DISCUSSION AND AN AGREEMENT WHICH APPEARS IN THE |
| 02:53:35 | 16 | SEPTEMBER 6TH CASE MANAGEMENT CONFERENCE, IT'S ON PAGE 7, |
| 02:53:41 | 17 | YOUR HONOR, WHICH RELATES TO DOCUMENTS THAT ARE OUTSIDE OF THE |
| 02:53:45 | 18 | TIME FRAME THAT WE AGREED TO COMPLETE PRODUCTION BY |
| 02:53:50 | 19 | NOVEMBER 28TH. |
| 02:53:51 | 20 | WHAT THIS IS, YOUR HONOR, IS WE THINK IT'S NECESSARY AND |
| 02:53:53 | 21 | APPROPRIATE TO UPDATE THE PRODUCTION PAST THE CUTOFF DATE FOR |
| 02:53:59 | 22 | DOCUMENTS THAT WE'VE PRODUCED SO FAR, GIVEN THE FTC IS |
| 02:54:03 | 23 | REQUESTING INJUNCTIVE RELIEF. |
| 02:54:05 | 24 | WE THINK IT'S IMPORTANT FOR THE COURT TO HAVE ADDITIONAL |
| 02:54:08 | 25 | INFORMATION ABOUT THE CURRENT STATE OF THE COMPETITION IN THE |

02:54:11  1    MARKET.  AND SO WE'VE IDENTIFIED CUSTODIANS WHO WE BELIEVE ARE

02:54:15  2    MOST RELEVANT TO ISSUES AROUND THE STATE OF COMPETITION IN THE

02:54:18  3    MARKETS THAT THE FTC HAS ALLEGED.

02:54:20  4         AND SO OUR INTENTION WAS TO PROVIDE ADDITIONAL DOCUMENTS

02:54:25  5    OVER AND ABOVE THOSE THAT WE HAD AGREED TO PRODUCE BY

02:54:29  6    NOVEMBER 28TH, AND TO DO THAT AS QUICKLY AS WE CAN.

02:54:31  7              THE COURT:  I WANT A DEADLINE WHEN ARE YOU GOING TO

02:54:34  8     PRODUCE THAT.

02:54:34  9              MR. BORNSTEIN:  SURE.

02:54:34 10         THE DATE I HAD SUGGESTED TO COUNSEL WAS DECEMBER 31ST, AND

02:54:37 11    WE WILL DO OUR VERY BEST TO STICK TO THAT.

02:54:39 12              THE COURT:  I THINK THAT'S TOO LATE.  THAT'S TOO

02:54:42 13    LATE.  I WANT TO KEEP THE MARCH 30TH DISCOVERY CUTOFF.

02:54:44 14              MR. BORNSTEIN:  I UNDERSTAND THAT, YOUR HONOR.

02:54:45 15              THE COURT:  AND IF THEY ARE GOING TO GET A DOCUMENT

02:54:47 16    DUMP ON NEW YEARS EVE THAT THEY ARE GOING TO HAVE TO DIGEST AND

02:54:51 17    ANALYZE AND PREPARE FOR DEPOSITIONS, AND THERE MAY BE UP TO 50

02:54:54 18    THIRD PARTY DEPOSITIONS, THAT'S TOO LATE, I WANT THAT PRODUCED

02:54:59 19    BY THE 14TH OF DECEMBER.

02:55:00 20              MR. BORNSTEIN:  WE WILL INVESTIGATE THAT, YOUR HONOR.

02:55:01 21         THE GIST OF IT'S CLEAR.  WE ARE TALKING ABOUT TWO

02:55:04 22    CUSTODIANS, NOT A BIG DOCUMENT DUMP, AND ONLY FOR A FEW MONTHS

02:55:08 23    OF TIME.  SO IT SHOULD BE A RELATIVELY --

02:55:10 24              THE COURT:  SO THEN WHY DO YOU NEED 31 PLUS TWO

02:55:13 25    WEEKS?

02:55:14  1        MR. BORNSTEIN:  BECAUSE WE ARE WORKING ON GETTING THE

02:55:16  2    PRIVILEGE LOG, WE HAVE TO COLLECT THE DOCUMENTS, WE HAVE TO GO

02:55:19  3    THROUGH THEM.  BUT WE WILL MAKE EVERY EFFORT TO GET THEM BY THE

02:55:24  4    DATES YOUR HONOR SUGGESTED.

02:55:25  5        THE COURT:  THERE ARE FOUR LAW FIRMS, FIVE LAW FIRMS

02:55:28  6    WORKING ON THIS.  MORGAN LEWIS, QUINN EMANUEL, KECKER VAN NEST,

02:55:33  7    CRAVATH SWAINE, BINGHAM MCCUTCHEN -- I DON'T KNOW IF THEY ARE

02:55:35  8    STILL INVOLVED OR NOT.

02:55:37  9        MR. BORNSTEIN:  THEY ARE MORGAN LEWIS NOW.

02:55:39  10        THE COURT:  THEY ARE MORGAN LEWIS.

02:55:40  11    ALL RIGHT.  WELL, MORGAN LEWIS, QUINN EMANUEL, KEKER VAN

02:55:43  12    NEST, YOU HAVE FOUR LAW FIRMS ON THIS, I THINK SOMEONE CAN DO

02:55:47  13    THE PRIVILEGE LOG AND SOMEONE CAN DO THE COLLECTION AND

02:55:50  14    PRODUCTION.

02:55:51  15    SO I WANT TO -- YOU KNOW, I JUST REALLY WANT TO KEEP OUR

02:55:54  16    CASE SCHEDULE.  AND SO, UNFORTUNATELY, I THINK I'M GOING TO

02:55:57  17    HAVE TO IMPOSE SOME DEADLINES JUST TO MAKE SURE THAT WE CAN

02:56:01  18    STAY ON TRACK.

02:56:01  19        MR. BORNSTEIN:  WE WILL GET THOSE TWO CUSTODIANS

02:56:04  20    PRODUCED BY THAT DATE.

02:56:05  21        THE COURT:  ALL RIGHT.  THANK YOU.

02:56:06  22        MS. MILICI:  AND YOUR HONOR, TO BE CLEAR, WHAT'S

02:56:08  23    HAPPENED HERE IS THAT QUALCOMM, IN A LETTER TO INTEL,

02:56:12  24    REPRESENTED THAT INTEL SHOULD BE PRODUCING DOCUMENTS FOR A

02:56:15  25    PERIOD UP THROUGH THE END OF SEPTEMBER, BECAUSE THAT'S HIGHLY

```
02:56:19   1      RELEVANT TO THEIR DEFENSES BECAUSE THAT PERIOD OF TIME IS
02:56:21   2      HIGHLY RELEVANT TO QUALCOMM'S DEFENSES.
02:56:23   3            THAT IS THE FIRST WE'VE HEARD ABOUT THAT.  UP UNTIL WHEN
02:56:26   4      WE SAW THAT LETTER, WHICH WAS SOME TIME IN MID-OCTOBER,
02:56:29   5      QUALCOMM WAS TAKING THE POSITION THAT IT DOES NOT HAVE TO
02:56:33   6      REFRESH ANY OF ITS CUSTODIANS AND THE COLLECTION LAST, WHATEVER
02:56:36   7      IT WAS, APRIL OR MAY, WAS SUFFICIENT.
02:56:38   8            THEY HAVE NOW COME BACK TO US AND SAID, WELL, WE ARE GOING
02:56:41   9      TO REFRESH, BUT ONLY FOR THESE TWO CUSTODIANS BECAUSE THESE
02:56:45  10      DOCUMENTS ARE RELEVANT TO OUR DEFENSE.
02:56:46  11            THEY HAVEN'T TOLD US WHAT THAT DEFENSE IS, THEY HAVEN'T
02:56:50  12      ARTICULATED IT.  WE DON'T HAVE ANY WAY OF KNOWING WHETHER THAT
02:56:53  13      ADDITIONAL PRODUCTION IS SUFFICIENT TO GIVE US DISCOVERY ABOUT
02:56:57  14      THAT DEFENSE.
02:56:59  15            SO WE ARE CONCERNED ABOUT THEM PRODUCING ANYTHING OUTSIDE
02:57:03  16      OF THE PERIOD THAT WE AGREED ON.  BUT WE ARE ALSO CONCERNED
02:57:05  17      ABOUT THE SCOPE OF THIS PRODUCTION.  AND IN ADDITION, WHETHER
02:57:08  18      THEY ARE GOING TO DO IT AGAIN.  ARE THEY GOING TO COME BACK IN
02:57:13  19      JANUARY AND SAY WELL, SOMETHING HAPPENED IN DECEMBER THAT'S
02:57:14  20      RELEVANT TO OUR DEFENSES, WE ARE GOING TO PRODUCE MORE
02:57:15  21      DOCUMENTS FROM MORE CUSTODIANS.  THERE HAS TO BE AN END.
02:57:18  22            MR. BORNSTEIN:  WELL, YOUR HONOR, WE HAD --
02:57:20  23            THE COURT:  I'M SORRY, I'M SORRY TO INTERRUPT YOU.
02:57:23  24            MR. BORNSTEIN:  NO, PLEASE.
02:57:24  25            THE COURT:  I GUESS I DON'T UNDERSTAND.
```

02:57:25   1        YOU DON'T WANT DOCUMENTS BEYOND APRIL OF 2017?  OR YOU

02:57:36   2   WANT ALL DOCUMENTS BEYOND 2017 SO IT'S NOT CHERRY PICKING,

02:57:36   3   JUST A FEW CUSTODIANS THAT MAY BE FAVORABLE AND THEN NOT

02:57:41   4   PRODUCE ANYTHING BEYOND APRIL THAT WOULD BE UNFAVORABLE TO

02:57:42   5   QUALCOMM.

02:57:42   6        MS. MILICI:  EXACTLY, YOUR HONOR.

02:57:44   7        AND FRANKLY, WE DON'T HAVE ENOUGH INFORMATION ABOUT WHAT

02:57:47   8   IT IS THEY ARE TRYING TO SHOW WITH THESE REFRESHED CUSTODIANS,

02:57:52   9   BUT IT SEEMS TO ME THAT THEY HAVE BEEN REFUSING TO REFRESH

02:57:54  10   ANYBODY ELSE, AND THEY COME TO US AND SAY, WE ARE GOING TO

02:57:58  11   REFRESH THESE TWO AND NOT ANYBODY ELSE, AND THAT STRIKES ME AS

02:58:01  12   CHERRY PICKING, AS YOUR HONOR SAID.

02:58:02  13        MR. BORNSTEIN:  YOUR HONOR, THIS IS NOT AN ACCURATE

02:58:05  14   REFLECTION OF THE CONVERSATIONS THAT WE HAVE BEEN HAVING.  WE

02:58:06  15   NEVER SAID WE WOULDN'T DISCUSS ANYBODY ELSE.

02:58:09  16        WE RECEIVED A LETTER THIS MORNING FROM THE FTC ASKING US

02:58:13  17   FURTHER QUESTIONS ABOUT THIS ISSUE.

02:58:14  18        IN THE CMC STATEMENT WE FILED WITH YOUR HONOR FOR THIS

02:58:17  19   CONFERENCE, WE INDICATED WE WERE MEETING AND CONFERRING ON THIS

02:58:19  20   ISSUE.  AND WE ARE HAPPY TO CONTINUE DOING THAT, WE THINK WE

02:58:22  21   SHOULD CONTINUE DOING IS THAT BEFORE REACHING A PREMATURE

02:58:24  22   CONCLUSION ON WHAT'S GOING TO HAPPEN.

02:58:26  23        THE COURT:  I'M SORRY TO INTERRUPT YOU.

02:58:26  24        SO FOR THIRD PARTIES, ARE YOU ASKING FOR DOCUMENTS THROUGH

02:58:30  25   SEPTEMBER 2017, BUT YOUR PRODUCTION IS LIMITED TO APRIL OF

02:58:34   1      2017?

02:58:35   2              MR. BORNSTEIN:  WE'VE BEEN NEGOTIATING THAT WITH THE

02:58:38   3      THIRD PARTIES.

02:58:38   4          TYPICALLY, THE THIRD PARTIES HAVE TAKEN THE POSITION THAT

02:58:41   5      THEY WILL PRODUCE ONLY THROUGH THE DATE OF THE SUBPOENA THAT

02:58:43   6      THEY RECEIVED.

02:58:44   7          AND FOR INTEL, THAT WAS A SUBSEQUENT SUBPOENA, SO THAT IS

02:58:51   8      THE REASON WE WERE SEEKING DOCUMENTS, AND THEY ULTIMATELY

02:58:54   9      AGREED TO PRODUCE DOCUMENTS THROUGH THE SEPTEMBER TIME PERIOD.

02:58:57  10          FOR OUR OWN PRODUCTION, WE HAD AGREED WITH THE FTC TO

02:59:00  11      PRODUCE THROUGH THE CUTOFF DATE ON WHICH WE HAD COLLECTED.  AND

02:59:04  12      IT IS OUR VIEW THAT IT'S GOING TO BE IMPORTANT TO THE COURT TO

02:59:06  13      HAVE ADDITIONAL INFORMATION ABOUT HOW THE MARKET HAS DEVELOPED

02:59:10  14      BETWEEN THE TIME OF THAT CUTOFF DATE AND THE TIME OF THE TRIAL.

02:59:13  15      SO THE COURT CAN CONSIDER THE ISSUES AND FASHION ANY RELIEF THE

02:59:19  16      COURT MAY ULTIMATELY DEEM TO BE WARRANTED.  WE HOPE WE WILL GET

02:59:22  17      THERE.

02:59:22  18              THE COURT:  I DON'T WANT CHERRY PICKED DATA OR CHERRY

02:59:25  19      PICKED DISCOVERY.  WHAT'S THE CUTOFF DATE?  APRIL?

02:59:29  20              MS. MILICI:  I'M NOT SURE THAT QUALCOMM EVER TOLD US

02:59:31  21      WHAT THEIR COLLECTION DATES WERE.

02:59:33  22          AND JUST TO BE CLEAR, THE FTC NEVER AGREED THAT THAT WAS

02:59:36  23      THE END OF THEIR OBLIGATIONS, WAS THROUGH THE DATE OF THEIR

02:59:39  24      LAST COLLECTION.

02:59:40  25          WE HAVE CONSISTENTLY SAID WE EITHER -- IF YOU ARE GOING TO

02:59:43  1    PRESENT EVIDENCE FROM AN ADDITIONAL TIME FRAME, THEN THE

02:59:47  2    COLLECTION THAT YOU'VE DONE WOULDN'T BE SUFFICIENT.

02:59:49  3            MR. BORNSTEIN:  AND WE HAVE A PROCESS FOR DEALING

02:59:51  4    THAT, YOUR HONOR.

02:59:51  5            THE COURT:  WHAT'S YOUR COLLECTION CUTOFF?  WHEN WAS

02:59:54  6    YOUR COLLECTION --

02:59:56  7            MR. BORNSTEIN:  I DON'T HAVE THE SPECIFIC DATE, I

02:59:57  8    THINK IT'S ACTUALLY SOMEWHAT VARYING BY CUSTODIAN.

03:00:00  9        WE CAN CERTAINLY GET THAT TO THE COURT, BUT IT'S, ROUGHLY

03:00:03  10   SPEAKING, IT WAS IN LATE SPRING, EARLY SUMMER, I BELIEVE.

03:00:07  11       AND SO WE DO THINK, THOUGH, THAT IT WILL BE APPROPRIATE TO

03:00:12  12   PRESENT EVIDENCE TO THE COURT AT TRIAL ON THINGS THAT HAPPENED

03:00:16  13   AFTER THE MIDDLE OF 2017.  WE ARE GOING TO HAVE AN IPHONE 11 OR

03:00:21  14   WHATEVER THEY MAY CALL IT, SOME TIME NEXT YEAR, AND IT WOULD BE

03:00:25  15   VERY STRANGE --

03:00:26  16           THE COURT:  BUT THEN I WANT THE FULL DISCOVERY, I

03:00:28  17   DON'T WANT TWO CHERRY PICKED CUSTODIANS.

03:00:30  18           MR. BORNSTEIN:  WELL, I THINK YOUR HONOR, WE OUGHT TO

03:00:32  19   NEGOTIATE THE SCOPE, THAT'S WHAT I WANT TO DO WITH COUNSEL,

03:00:35  20   THAT'S WHAT WE WERE PLANNING ON DOING, AND NOW I'M SORT OF

03:00:37  21   BEING SANDBAGGED HERE WITH AN EFFORT TO GET A RULING FROM THE

03:00:41  22   COURT BEFORE WE'VE HAD AN OPPORTUNITY TO MEET AND CONFER AND

03:00:44  23   BEFORE I'VE EVEN GOTTEN A PROPOSAL FROM COUNSEL ON WHAT THEY

03:00:48  24   THINK IS APPROPRIATE TO DO.

03:00:50  25           THE COURT:  ALL RIGHT.  LET'S SET A DATE BY WHICH YOU

```
03:00:52   1    ARE GOING TO FILE A CASE MANAGEMENT STATEMENT TO GIVE ME AN
03:00:55   2    UPDATE ON THIS ISSUE.  I THINK THAT'S FAIR.
03:00:59   3            MR. BORNSTEIN:  THANK YOU, YOUR HONOR.
03:01:02   4            THE COURT:  WHEN IS THAT GOING TO BE?
03:01:04   5            MR. BORNSTEIN:  SO I THINK WE CAN DO THAT FIRST WEEK
03:01:06   6    OF DECEMBER.
03:01:08   7            MS. MILICI:  I THINK WE COULD DO IT SOONER THAN THAT,
03:01:10   8    AND I DO THINK THAT THIS IS AN ISSUE THAT NEEDS TO BE RESOLVED
03:01:13   9    BECAUSE IT POTENTIALLY HAS AN IMPACT ON THE SCHEDULE.  AND AS
03:01:17  10    YOUR HONOR SAID, WE ARE WORKING VERY HARD TO KEEP THE
03:01:20  11    MARCH 30TH DEADLINE.
03:01:22  12            THE COURT:  I THINK DECEMBER 8TH IS FINE.
03:01:25  13        SO PLEASE FILE A SUPPLEMENTAL JOINT CASE MANAGEMENT
03:01:29  14    STATEMENT BY DECEMBER 8TH.  JUST LET ME KNOW WHAT THE STATUS OF
03:01:33  15    THIS ISSUE.
03:01:36  16        I DON'T WANT THE PLAINTIFF TO BE SANDBAGGING AND
03:01:39  17    EXPLOITING THE CMC'S TO GET A LOT OF THINGS THAT YOU HAVEN'T
03:01:43  18    ALREADY MET AND CONFERRED ABOUT OR THAT ARE NOT RIPE.
03:01:46  19            MS. MILICI:  YOUR HONOR, WE HAVE MET AND CONFERRED
03:01:48  20    ABOUT THIS.  WE DID JUST RECEIVE THIS PROPOSAL FROM THEM, A
03:01:53  21    SPECIFIC PROPOSAL.  AND YOU KNOW, MY ISSUE IS REALLY TRYING TO
03:01:56  22    KEEP THE SCHEDULE.
03:01:57  23            THE COURT:  ALL RIGHT.  WELL, FILE A DECEMBER 8,
03:02:01  24    2017, A JOINT CASE MANAGEMENT STATEMENT, PLEASE, THAT GIVES ME
03:02:03  25    AN UPDATE ON QUALCOMM'S PRODUCTION.
```

03:02:06   1          WHAT ELSE, ANYTHING ELSE?

03:02:08   2              MR. BORNSTEIN:  NOT FROM QUALCOMM, YOUR HONOR.

03:02:10   3              MS. MILICI:  NOT FROM PLAINTIFFS.

03:02:11   4              THE COURT:  ALL RIGHT.  THANK YOU ALL VERY MUCH.

03:02:13   5      THANK YOU.

03:02:13   6              MR. BORNSTEIN:  THANK YOU, YOUR HONOR.

03:02:14   7          (THE PROCEEDINGS WERE CONCLUDED AT 3:02 P.M.)

           8

           9

          10

          11

          12

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25

1

2

3

4                           **<u>CERTIFICATE OF REPORTER</u>**

5

6

7

8               I, THE UNDERSIGNED OFFICIAL COURT

9      REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10     THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11     FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12     CERTIFY:

13               THAT THE FOREGOING TRANSCRIPT,

14     CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15     CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16     SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17     HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18     TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23

24     _____

25     SUMMER A. FISHER, CSR, CRR
       CERTIFICATE NUMBER 13185              DATED: 11/16/17