UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER AMENDING CASE SCHEDULE** |

In their December 8, 2017 Supplemental Joint Case Management Statement, ECF No. 378, the parties propose competing deadlines related to a refresh document collection and production through September 2017. In light of the March 30, 2018 close of fact discovery, the Court sets the following deadlines: (1) the deadline for Qualcomm to produce additional documents from Messrs. Amon and Kressin is December 14, 2017; (2) the deadline for Qualcomm to produce additional documents from Messrs. Jacobs, Mollenkopf, Aberle, and Rogers is December 18, 2017; and (3) the deadline for Qualcomm to provide privilege logs for all refreshed custodial productions is December 21, 2017.

Accordingly, the Court sets the following amended case schedule:

| Scheduled Event | Date |
| --- | --- |
| Qualcomm Deadline to Produce Additional Documents from Messrs. Amon and Kressin | December 14, 2017 |
| Deadline to Brief Disputes Regarding Third-Party Discovery | December 15, 2017 |
| Qualcomm Deadline to Produce Additional Documents from Messrs. Jacobs, Mollenkopf, Aberle, and Rogers | December 18, 2017 |
| Deadline to Exchange Privilege Logs | December 19, 2017 |
| Qualcomm Deadline to Provide Privilege Logs for Refreshed Custodial Productions | December 21, 2017 |
| Deadline to Complete Third-Party Production | January 5, 2018 |
| Further Case Management Conference | January 24, 2018, at 2:00 p.m. |
| Close of Fact Discovery | March 30, 2018 |
| Plaintiff's Opening Expert Reports | April 20, 2018 |
| Defendant's Expert Reports | May 25, 2018 |
| Plaintiff's Rebuttal Expert Reports | June 22, 2018 |
| Close of Expert Discovery | July 20, 2018 |
| Last Day to File Dispositive Motions and *Daubert* Motions (one per side in the entire case) | August 10, 2018 |
| Summary Judgment and *Daubert* Oppositions | September 10, 2018 |
| Summary Judgment and *Daubert* Replies | September 28, 2018 |
| Hearing on Dispositive Motions | October 18, 2018, at 1:30 p.m. |
| Final Pretrial Conference | December 13, 2018, at 1:30 p.m. |
| Bench Trial | January 4, 2019, at 9:00 a.m. |
| Length of Trial | 10 days |

**IT IS SO ORDERED.**

Dated: December 13, 2017

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2
Case No. 17-CV-00220-LHK
ORDER AMENDING CASE SCHEDULE