1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11   FEDERAL TRADE COMMISSION,          Case No. 17-cv-00220 LHK (NC)

12              Plaintiff,              **DISCOVERY ORDER RE:**
                                        **QUALCOMM INTERROGATORIES**
13         v.
                                        Re: Dkt. No. 434
14   QUALCOMM INC.,

15              Defendant.

16          To close out the year, the FTC and Qualcomm present a discovery dispute

17   concerning how many interrogatories the FTC should be required to answer. Dkt. No. 434.

18   The specific interrogatories are attached to the letter brief.  Federal Rule of Civil Procedure

19   33(a) imposes limits on the number of interrogatories "including all discrete subparts" that

20   may be asked absent court order.  Here, the parties disagree in their counting of

21   Qualcomm's interrogatories.  Are the subparts of Qualcomm's interrogatories subsumed

22   within the primary question (as Qualcomm asserts), or discrete questions (as the FTC

23   asserts)?

24          If the Court were focused on the technical question only, it would find that

25   Qualcomm has the better argument, but that reasonable minds could differ.  But the Court

26   has a broader interest.  The Court may grant additional interrogatories in the interest of

27   justice.  Here, in weighing the usefulness of these interrogatories against the burden of

28

United States District Court
Northern District of California

responding to them, the Court finds that there is good cause for the FTC to respond to all 13 interrogatories and their subparts.  Accordingly, the FTC is ordered to answer all the interrogatories by January 8, 2018.  In reaching this conclusion, the Court rejects the notion that Qualcomm's interrogatories are premature.

**IT IS SO ORDERED.**

Dated:  December 31, 2017

_____

NATHANAEL M. COUSINS
United States Magistrate Judge