# OFFICE OF THE CLERK

## UNITED STATES DISTRICT COURT

### Northern District of California

### CIVIL MINUTES

**Date:** January 2, 2018   **Time:** 27 minutes   **Judge:** NATHANAEL M. COUSINS

**Case No.** 17-cv-00220-LHK   **Case Name:** Federal Trade Commission v. Qualcomm Incorporated

**Attorney for Qualcomm:** Richard Stark

**Attorney for Non-Party Contract Manufacturers:** Jason Lo

**Deputy Clerk:** Lili Harrell        **FTR Time:** 1:04pm – 1:31pm

## PROCEEDINGS

**Hearing re Discovery Letter Brief [433]:**

The Court granted in part and denied in part the disputed document discovery requested by Qualcomm from third party Contract Manufacturers (CMs) as follows.

1. By 3:00 p.m. today, Qualcomm to identify one witness (choosing either Clark Chung or Kevin Huang) to withdraw as a document custodian. Qualcomm must communicate this selection to CM counsel.
2. Search strings 117, 118, and 125 DENIED.
3. Search strings 66 and 154 each GRANTED with 12/26 edits.
4. Search strings 80, 81, 82, 83, 84, and 107 each GRANTED with CMs' 10/31 proposed string.
5. Qualcomms' "go-get" specific demands from December 14 letter DENIED as tardy.