UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>                    Plaintiffs,<br><br>       v.<br><br>QUALCOMM INCORPORATED, et al.,<br><br>                    Defendants. | Case No. 17-CV-00220-LHK<br><br>**ORDER DEEMING DENIED MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER**<br><br>Re: Dkt. No. 334 |

On November 27, 2017, FTC filed a Motion for Relief from Magistrate Judge's Nondispositive Pretrial Order Regarding Qualcomm's Privilege Assertion. ECF No. 334. Pursuant to Civil Local Rule 72-2, "[i]f no order denying the motion or setting a briefing schedule is made within 14 days of filing the motion, the motion shall be deemed denied." The parties are hereby notified that FTC's motion is deemed denied.

**IT IS SO ORDERED.**

Dated: January 8, 2018

_____
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-00220-LHK
ORDER DEEMING DENIED MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER