UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, et al., Plaintiffs, v. QUALCOMM INCORPORATED, et al., Defendants. | Case No. 17-CV-00220-LHK<br><br>**ORDER SETTING SCHEDULE FOR APPLE INC.'S MOTION FOR RELIEF FROM MAGISTRATE JUDGE'S NONDISPOSITIVE PRETRIAL ORDER** |
|---|---|

On January 3, 2018, non-party Apple Inc. filed a Motion for Relief from Magistrate Judge's Nondispositive Pretrial Order Imposing Sanctions. ECF No. 445.

The Court sets the following briefing and hearing schedule:

| Scheduled Event | Date |
|---|---|
| Briefing on Apple's Motion | Qualcomm Response (if any): January 26, 2018 |
| | Apple Reply: February 2, 2018 |
| Hearing on Apple's Motion | February 15, 2018 at 1:30 p.m. |

1

Case No. 17-CV-00220-LHK
ORDER SETTING SCHEDULE FOR APPLE INC.'S MOTION FOR RELIEF FROM MAGISTRATE JUDGE'S NONDISPOSITIVE PRETRIAL ORDER

**IT IS SO ORDERED.**

Dated: January 12, 2018

_____
LUCY H. KOH
United States District Judge