Kalpana Srinivasan (SBN 237460)
Krysta Kauble Pachman (SBN 280951)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150
Email: ksrinivasan@susmangodfrey.com
Email: kpachman@susmangodfrey.com

*Plaintiffs' Interim Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALCOMM INCORPORATED, a Delaware Corporation,<br><br>    Defendant. | Case No. 5:17-cv-00220-LHK<br><br>Assigned to the Honorable Lucy H. Koh<br><br>**NOTICE OF APPEARANCE BY KRYSTA KAUBLE PACHMAN AS INTERIM CO-LEAD COUNSEL FOR NON-PARTY PLAINTIFFS** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Krysta Kauble Pachman of the law firm of Susman Godfrey L.L.P. hereby enters her appearance in the above-captioned action as Interim Co-Lead Counsel for Non-Party Plaintiffs in the matter of *In re Qualcomm Antitrust Litigation*, Case No. 17-md-02773-LHK.

Dated: January 16, 2018

By: /s/ *Krysta Kauble Pachman*
Kalpana Srinivasan
Krysta Kauble Pachman
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150
Email: ksrinivasan@susmangodfrey.com
Email: kpachman@susmangodfrey.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2018, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

By: /s/ *Krysta Kauble Pachman*
Krysta Kauble Pachman

1