# OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

# Northern District of California

# CIVIL MINUTES

**Date:** January 17, 2018  **Time:** 22 minutes  **Judge:** NATHANAEL M. COUSINS

**Case No.** 17-cv-00220-LHK  **Case Name:** Federal Trade Commission v. Qualcomm Incorporated

**Attorney for Qualcomm:** Richard Stark

**Attorney for Non-Party Contract Manufacturers:** Jason Lo

**Attorney for Non-Party Plaintiffs:** Krysta Pachman

**Deputy Clerk:** Lili Harrell  **FTR Time: 10:52am – 11:14am**

# PROCEEDINGS

**Telephonic Discovery Hearing held:**

**Re: Dkt. [485**] Court (1) set new deadline for completion of Contract Manufacturer document production to Qualcomm: Jan. 26, 2018, with privilege log due Feb. 2; (2) joint discovery update due Jan. 26; (3) Qualcomm motion for sanctions due Feb. 2, CM opposition due Feb. 9, and hearing Feb. 14 1:00 pm in San Jose Courtroom 7; no reply without further leave of court.

**Re: Dkt [484]** (motion to extend time for production)
Court RECOMMENDS to trial judge, Hon. Lucy Koh, that she grant in part (extending deadline for production to 1/26) and otherwise DENY Contract Manufacturer's motion to extend time for production, for the reasons stated on the record.