UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br>Plaintiffs, <br><br>v. <br><br>QUALCOMM INCORPORATED, et al., <br><br>Defendants. | Case No. 17-CV-00220-LHK <br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO EXTEND TIME TO PRODUCE DOCUMENTS** <br><br>Re: Dkt. No. 484 |

Non-Parties Contract Manufacturers' Motion to Extend Time to Produce Documents is GRANTED IN PART to extend the deadline for Contract Manufacturers' production to January 26, 2018, but is otherwise DENIED.

**IT IS SO ORDERED.**

Dated: January 18, 2018

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART MOTION TO EXTEND TIME TO PRODUCE DOCUMENTS