| | |
|---|---|
| CRAVATH, SWAINE & MOORE LLP<br>Gary A. Bornstein (*pro hac vice*)<br>Yonatan Even (*pro hac vice*)<br>825 Eighth Avenue<br>New York, New York 10019-7475<br>Telephone:  (212) 474-1000<br>Facsimile:   (212) 474-3700<br><br>KEKER, VAN NEST & PETERS LLP<br>Robert A. Van Nest (SBN 84065)<br>Asim M. Bhansali (SBN 194925)<br>Eugene M. Paige (SBN 202849)<br>633 Battery Street<br>San Francisco, Ca 94111-1809<br>Telephone:  (415) 391-5400<br>Facsimile:   (415) 397-7188<br><br>Attorneys for Defendant,<br>QUALCOMM INCORPORATED | MORGAN, LEWIS & BOCKIUS LLP<br>Richard S. Taffet (*pro hac vice*)<br>101 Park Avenue<br>New York, New York 10178-0060<br>Telephone:  (212) 309-6000<br>Facsimile:   (212) 309-6001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Willard K. Tom (*pro hac vice*)<br>1111 Pennsylvania Avenue NW<br>Washington, DC 20004-2541<br>Telephone:  (202) 739-3000<br>Facsimile:   (202) 739 3001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Donn P. Pickett (SBN 72257)<br>Geoffrey T. Holtz (SBN 191370)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone:  (415) 442-1000<br>Facsimile:   (415) 442-1001 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant.<br><br><br>IN RE: QUALCOMM ANTITRUST LITIGATION<br><br>ALL ACTIONS | Case No. 5:17-cv-00220-LHK-NMC<br><br>Case No. 5:17-md-02773-LHK-NMC<br><br>**DECLARATION OF YONATAN EVEN IN SUPPORT OF QUALCOMM INCORPORATED'S MOTION FOR LETTERS ROGATORY FOR LG ELECTRONICS, INC.** |

**DECLARATION OF YONATAN EVEN**

I, Yonatan Even, hereby declare as follows:

1. I am a partner at Cravath, Swaine & Moore LLP, counsel of record for Defendant Qualcomm Incorporated.

2. Pursuant to N.D. Cal. Local Rules 7-11 (a) and 79-5 (d)(1)(A), I submit this declaration in support of Defendant Qualcomm's Notice of Unopposed Motion and Unopposed Motion to Approve Request for International Judicial Assistance in Procuring Evidence from Korean Third Parties ("Motion") for Case No. 5:17-cv-00220-LHK-NMC (the "FTC Action") and Case No. 5:17-md-02773-LHK-NMC (the "Class Action") (collectively, the "actions").

3. I have personal knowledge of the facts set forth herein, or my knowledge is based upon my review of records of this case. If called upon as a witness in this action, I could and would testify competently thereto.

4. Attached to this declaration are proposed Letters of Request to the Appropriate Judicial Authority (Competent Authority) in the Republic of Korea ("Korea") for third-party entity LG Electronics Inc. ("LG") based in Korea that the FTC and/or the putative class plaintiffs have identified in their respective Initial Disclosures as having evidence relevant to their respective claims, and that Qualcomm believes possess evidence relevant to its defenses in the above-titled actions. Relevant excerpts of the FTC's initial disclosures are attached hereto as **Exhibit A**. A true and correct copy of the putative class plaintiffs' initial disclosures is attached as **Exhibit B**.

5. Attached to this declaration as **Exhibit C** are letters dated September 27, 2017 from the National Court Administration of the Republic of Korea returning the original Hague requests signed August 30, 2017.

6. Attached to this declaration as **Exhibit D** is a proposed Letter of Request to the Appropriate Judicial Authority in Korea for LG for the FTC Action.

7. Attached to this declaration as **Exhibit E** is a proposed Letter of Request to the Appropriate Judicial Authority in Korea for LG for the Class Action.

8. I have conferred with counsel for the Federal Trade Commission and counsel for the asserted Class, and they do not oppose this request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of January, 2018.

                         */s/ Yonatan Even*
                         Yonatan Even