# Exhibit A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>    Plaintiff,<br>    v.<br>QUALCOMM INCORPORATED, a Delaware corporation,<br>    Defendant. | Case No. 5:17-cv-00220-LHK |

**PLAINTIFF FEDERAL TRADE COMMISSION'S INITIAL DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, the Federal Trade Commission ("FTC") hereby provides its initial disclosures. The following disclosures are based on the FTC's current information, and will be supplemented or amended, as appropriate and to the extent required under Rule 26(e).

1.  Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), the names, addresses and telephone numbers of those individuals and entities likely to have discoverable information that the FTC may use to support its claims (other than use solely for impeachment) are set forth in Attachment A. In addition to the individuals and entities identified in Attachment A, other persons whose names appear in the documents described in paragraph 2 below may have discoverable information that the FTC may use to support its claims.

2.  Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), documents, data compilations, and tangible things within the FTC's possession, custody, or control that the FTC may use to support its claims (other than use solely for impeachment) fall into the following categories: (A) documents and data compilations produced by Qualcomm and third parties during the FTC's