# Exhibit B

Steven N. Williams (175489)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
swilliams@cpmlegal.com

Kalpana Srinivasan (237460)
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3106
ksrinivasan@susmangodfrey.com

*Plaintiffs' Interim Co-Lead Class Counsel*

Additional Counsel Listed on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **IN RE: QUALCOMM ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | **CASE NO. 5:17-md-02773-LHK**<br><br>**PLAINTIFFS' INITIAL DISCLOSURES** |

**PLAINTIFFS' INITIAL DISCLOSURES; Case No. 5:17-md-02773-LHK**

Plaintiffs' make the following initial disclosures per Federal Rule of Civil Procedure 26(a)(1).

## I. NAMES AND ADDRESSES OF INDIVIDUALS LIKELY TO POSSESS DISCOVERABLE INFORMATION

The following individuals and/or entities may possess discoverable information that Plaintiffs may use to support their claims. Documents and information identifying additional witnesses are in the possession and control of Defendant[1] and non-parties to this litigation. Plaintiffs reserve the right to supplement or amend these lists as discovery proceeds.

### A. Plaintiffs

| 1 | All Plaintiffs to be named in Consolidated Amended Complaint *c/o Class Counsel for Plaintiffs* |
|---|---|

### B. Current or Former Employees of Defendant and Non-Parties

The following witnesses are non-parties or current or former employees of Defendant who Plaintiffs believe are likely to have information that Plaintiffs may use to support their claims.

|   | **Name** | **Contact Information (if known)** | **Subject Matter** |
|---|---|---|---|
| 1 | Via Technologies | c/o Counsel for Via Technologies | Knowledge of and/or participation in Qualcomm's practices at issue in the action. |
| 2 | MediaTek, Inc. | c/o Counsel for MediaTek, Inc. | Knowledge of and/or participation in Qualcomm's practices at issue in the action. |
| 3 | Intel | c/o Counsel for Intel | Knowledge of and/or participation in Qualcomm's practices at issue in the action. |
| 4 | Samsung Electronics Co. Ltd. | c/o Counsel for Samsung Electronics Co. Ltd. | Knowledge of and/or participation in Qualcomm's practices at issue in the action. |

---

[1] "Defendant" refers to Qualcomm Incorporated.

**PLAINTIFFS' INITIAL DISCLOSURES; Case No. 5:17-md-02773-LHK**     **1**

|   | Name | Contact Information (if known) | Subject Matter |
|---|---|---|---|
| 5 | Samsung Semiconductor, Inc. | c/o Counsel for Samsung Semiconductor, Inc. | Knowledge of and/or participation in Qualcomm's practices at issue in the action. |
| 6 | Broadcom | c/o Counsel for Broadcom | Knowledge of and/or participation in Qualcomm's practices at issue in the action. |
| 7 | Compal Electronics, Inc. | c/o Counsel for Compal Electronics, Inc. | Knowledge of and/or participation in Qualcomm's practices at issue in the action. |
| 8 | FIH Mobile Ltd. | c/o Counsel for FIH Mobile Ltd. | Knowledge of and/or participation in Qualcomm's practices at issue in the action. |
| 9 | Hon Hai Precision Industry Co., Ltd. | c/o Counsel for Hon Hai Precision Industry Co., Ltd. | Knowledge of and/or participation in Qualcomm's practices at issue in the action. |
| 10 | Pegatron Corporation | c/o Counsel for Pegatron Corporation | Knowledge of and/or participation in Qualcomm's practices at issue in the action. |
| 11 | Wistron Corporation | c/o Counsel for Wistron Corporation | Knowledge of and/or participation in Qualcomm's practices at issue in the action. |
| 12 | Other Qualcomm Licensees | Tbd | Knowledge of and/or participation in Qualcomm's practices at issue in the action. |
| 13 | Dr. Paul E. Jacobs | c/o Counsel for Qualcomm Incorporated | Knowledge of and/or participation in Qualcomm's practices at issue in the action. |
| 14 | Steve Mollenkopf | c/o Counsel for Qualcomm Incorporated | Knowledge of and/or participation in Qualcomm's practices at issue in the action. |
| 15 | Derek K. Aberle | c/o Counsel for Qualcomm Incorporated | Knowledge of and/or participation in Qualcomm's practices at issue in the action. |

|    | Name | Contact Information (if known) | Subject Matter |
|----|------|-------------------------------|----------------|
| 16 | Cristiano R. Amon | c/o Counsel for Qualcomm Incorporated | Knowledge of and/or participation in Qualcomm's practices at issue in the action. |
| 17 | George S. Davis | c/o Counsel for Qualcomm Incorporated | Knowledge of and/or participation in Qualcomm's practices at issue in the action. |
| 18 | Matthew S. Grob | c/o Counsel for Qualcomm Incorporated | Knowledge of and/or participation in Qualcomm's practices at issue in the action. |
| 19 | Brian Modoff | c/o Counsel for Qualcomm Incorporated | Knowledge of and/or participation in Qualcomm's practices at issue in the action. |
| 20 | Alex Rogers | c/o Counsel for Qualcomm Incorporated | Knowledge of and/or participation in Qualcomm's practices at issue in the action. |
| 21 | Donald J. Rosenberg | c/o Counsel for Qualcomm Incorporated | Knowledge of and/or participation in Qualcomm's practices at issue in the action. |
| 22 | Michelle Sterling | c/o Counsel for Qualcomm Incorporated | Knowledge of and/or participation in Qualcomm's practices at issue in the action. |
| 23 | Dr. James H. Thompson | c/o Counsel for Qualcomm Incorporated | Knowledge of and/or participation in Qualcomm's practices at issue in the action. |

## II.   DESCRIPTION OF ALL RELEVANT DOCUMENTS IN PLAINTIFFS' POSSESSION

Certain Plaintiffs possess documents relating to their CDMA- and/or premium LTE cellular device purchases within the United States, its territories and the District of Columbia, including their purchases of the product(s) during the relevant time. In addition, Plaintiffs may use certain publicly available documents, such as Defendant's press releases, marketing materials, statements on Defendant's website(s), trade association minutes, licensing agreements, and industry reports.

Plaintiffs are not yet able to identify additional documents they may use to support their claims because most of the relevant documents and information regarding this action are in the possession, custody, and control of Defendant or non-parties from whom discovery has just begun.

### III. DAMAGES

Plaintiffs seek damages, trebling of damages, restitution, disgorgement, pre-judgment interest, post-judgment interest, reasonable attorneys' fees, expert witness fees and other costs, and any other further relief as the Court deems just and proper, including equitable and/or injunctive relief as permitted by law.

Plaintiffs' calculation of relief is highly dependent on information to be obtained through discovery during the course of this action, including Defendant's and third-party sales data and economic analyses of said data. Therefore, Plaintiffs have not yet computed the relief claimed in this action.

### IV. INSURANCE AGREEMENT

Plaintiffs possess no such agreement.

Dated: June 26, 2017

*/s/ Steven N. Williams*
Steven N. Williams
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
swilliams@cpmlegal.com

*/s/ Kalpana Srinivasan*
Kalpana Srinivasan
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3106
ksrinivasan@susmangodfrey.com

*Plaintiffs' Interim Co-Lead Class Counsel*

Jeff D. Friedman (173886)
Rio Pierce (298297)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

1                                           jefff@hbsslaw.com
                                          riop@hbsslaw.com

2

3 Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

6 *Plaintiffs' Steering Committee*

**PLAINTIFFS' INITIAL DISCLOSURES; Case No. 5:17-md-02773-LHK**      **5**