# Exhibit C



# NATIONAL COURT ADMINISTRATION
# REPUBLIC OF KOREA

219 SEOCHO-DAERO, SEOCHO-GU, SEOUL, KOREA, 06590
Tel: 82-2-3480-1734, Fax: 82-2-533-2824

---

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION

Case No. 5:17-cv-00220-LHK-NMC

Dear Honorable Nathanael M. Cousins :

Re. : The Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters

The National Court Administration(NCA) of the Republic of Korea responds in the following way regarding the Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters (hereinafter "the Convention") regarding Civil Case No. 5:17-cv-00220-LHK-NMC, signed Aug 30, 2017.

Pursuant to the Letter of Request calls for the production of documents and testimony, inspection. However, the Government of the Republic of Korea has declared that it will not execute Letters of Request issued for the purpose of obtaining **pre-trial discovery** of documents. The relevant declarations section of the Reservations and Declarations listed under Chapter III General Clauses pursuant to the Convention states :

---

Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters
Declarations

2. In accordance with **Article 23**, the Government of the Republic of Korea declares that it will not execute Letters of Request issued for the purpose of obtaining pretrial discovery of documents. The Government of the Republic of Korea further declares that it understands "Letters of Request issued for the purposes of obtaining pre-trial discovery of documents" for the purposes of the foregoing Declaration as including any Letter of Request which requires a person:

a. to state what documents relevant to the proceedings to which the Letter of Request relates are, or have been, in his or her possession, custody or power; or

b. to produce any documents other than particular document specified in the Letter of Request as being documents appearing to the requested court to be, or to be likely to be, in his or her possession, custody or power.

Thus, the above request is against the declaration 2, b.

Though the reasons stated above compel NCA to return the Letter of Request by your court pursuant to Article 5 of the Convention. NCA will fully cooperate with your court in case of receiving the Letter of Request pursuant to the convention.

Sep 27, 2017

Hwnag Insung
National Court Administration
Director of International Affairs

697



## NATIONAL COURT ADMINISTRATION
## REPUBLIC OF KOREA

219 SEOCHO-DAERO, SEOCHO-GU, SEOUL, KOREA, 06590
Tel: 82-2-3480-1734, Fax: 82-2-533-2824

---

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION

Case No. 5:17-md-02773-LHK-NMC

Dear Honorable Nathanael M. Cousins :

Re. : The Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters

The National Court Administration(NCA) of the Republic of Korea responds in the following way regarding the Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters (hereinafter "the Convention") regarding Civil Case No. 5:17-md-02773-LHK-NMC, signed Aug 30, 2017.

Pursuant to the Letter of Request calls for the production of documents and testimony, inspection. However, the Government of the Republic of Korea has declared that it will not execute Letters of Request issued for the purpose of obtaining **pre-trial discovery** of documents. The relevant declarations section of the Reservations and Declarations listed under Chapter III General Clauses pursuant to the Convention states :

---

Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters
Declarations

2. In accordance with **Article 23**, the Government of the Republic of Korea declares that it will not execute Letters of Request issued for the purpose of obtaining pretrial discovery of documents. The Government of the Republic of Korea further declares that it understands "Letters of Request issued for the purposes of obtaining pre-trial discovery of documents" for the purposes of the foregoing Declaration as including any Letter of Request which requires a person:

a. to state what documents relevant to the proceedings to which the Letter of Request relates are, or have been, in his or her possession, custody or power; or

b. to produce any documents other than particular document specified in the Letter of Request as being documents appearing to the requested court to be, or to be likely to be, in his or her possession, custody or power.

Thus, the above request is against the declaration 2, b.

Though the reasons stated above compel NCA to return the Letter of Request by your court pursuant to Article 5 of the Convention. NCA will fully cooperate with your court in case of receiving the Letter of Request pursuant to the convention.

Sep 27, 2017

Hwang Insung
National Court Administration
Director of International Affairs