CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein (*pro hac vice*)
Yonatan Even (*pro hac vice*)
825 Eighth Avenue
New York, New York  10019-7475
Telephone:   (212) 474-1000
Facsimile:   (212) 474-3700

KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest (SBN 84065)
Asim M. Bhansali (SBN 194925)
Eugene M. Paige (SBN 202849)
633 Battery Street
San Francisco, Ca 94111-1809
Telephone:   (415) 391-5400
Facsimile:   (415) 397-7188

Attorneys for Defendant,
QUALCOMM INCORPORATED

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet (*pro hac vice*)
101 Park Avenue
New York, New York  10178-0060
Telephone:   (212) 309-6000
Facsimile:   (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Willard K. Tom (*pro hac vice*)
1111 Pennsylvania Avenue NW
Washington, DC  20004-2541
Telephone:   (202) 739-3000
Facsimile:   (202) 739 3001

MORGAN, LEWIS & BOCKIUS LLP
Donn P. Pickett (SBN 72257)
Geoffrey T. Holtz (SBN 191370)
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Telephone:   (415) 442-1000
Facsimile:   (415) 442-1001

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br>a Delaware corporation,<br><br>Defendant.<br><br><br>IN RE: QUALCOMM ANTITRUST LITIGATION<br><br>ALL ACTIONS | Case No. 5:17-cv-00220-LHK-NMC<br><br>Case No. 5:17-md-02773-LHK-NMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO APPROVE REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE IN PROCURING EVIDENCE FROM LG ELECTRONICS, INC.** |

1  Defendant Qualcomm Incorporated's ("Qualcomm") Unopposed Motion to Approve
2  Request for International Judicial Assistance in Procuring Evidence from LG Electronics, Inc.
3  ("Motion") came on regularly for hearing before this Court.
4  Having considered all papers filed in support of and in opposition to the Motion, and
5  having entertained arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED
6  that the Motion is GRANTED as set forth below.  The Court will:

1. Sign and affix its seal to the Letters of Request attached as follows to the Declaration of Yonatan Even submitted in support of the Motion:

    - Exhibit D:  Letter of Request to the Appropriate Judicial Authority in Korea for LG Electronics, Inc.;
    - Exhibit E:  Letter of Request to the Appropriate Judicial Authority in Korea for LG Electronics, Inc.

2. Return the same with original signatures and seals to Qualcomm's counsel for forwarding to the appropriate Judicial Authority of Korea.

**IT IS SO ORDERED.**

Dated:  _____         _____
                                       Hon. Nathanael M. Cousins
                                       United States Magistrate Judge

Case No. 5:17-cv-00220-LHK-NMC
Case No. 5:17-md-02773-LHK-NMC

1

[PROPOSED] ORDER GRANTING DEFENDANT'S MO. TO APPROVE REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE IN PROCURING EVIDENCE FROM LG ELECTRONICS, INC.