Jennifer Milici, D.C. Bar No. 987096
J. Alexander Ansaldo, Va. Bar No. 75870
Joseph R. Baker, D.C. Bar No. 490802
Elizabeth A. Gillen, Cal. Bar No. 260667
Daniel Matheson, D.C. Bar No. 502490
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
*jmilici@ftc.gov*

Lin W. Kahn, Cal. Bar No. 261387
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
(415) 848-5115; (415) 848-5184 (fax)
*lkahn@ftc.gov*

Attorneys for Plaintiff Federal Trade Commission

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**FEDERAL TRADE COMMISSION'S MOTION FOR STAY IN LIGHT OF UNITED STATES GOVERNMENT CESSATION** |

1    Plaintiff Federal Trade Commission ("FTC" or "Commission") hereby moves for a stay

2  of all proceedings in the above-captioned case.

3    1.  At 11:59 p.m. on January 19, 2018 the continuing resolution that had been

4        funding the FTC expired and appropriations to the Commission lapsed. The

5        Commission does not know when funding will be restored by Congress.

6    2.  Absent an appropriation, FTC attorneys are prohibited from working, even on a

7        voluntary basis, "except for emergencies involving the safety of human life or the

8        protection of property." 31 U.S.C. § 1342. Accordingly, the Commission's policy

9        is to seek a stay of all pending litigation.

10   3.  Undersigned counsel for the FTC therefore respectfully requests this Court stay

11       all proceedings in this case until Congress has restored appropriations to the FTC.

12   4.  If this motion for a stay is granted, undersigned counsel will notify the Defendant

13       and the Court as soon as Congress has appropriated funds for the Commission.

14       The Commission requests that, at that point, the parties promptly meet and confer

15       to propose new deadlines as appropriate based on the duration of the lapse in

16       appropriations. If the Court denies this motion, the FTC will comply with the

17       Court's order, which would constitute express legal authorization for the activity

18       to continue.

19   5.  Opposing counsel has authorized counsel for the FTC to state that the Defendant

20       takes no position on this motion.

21

22    Therefore, although we greatly regret any disruption caused to the Court and the other

23  litigants, the FTC hereby moves for a stay of all proceedings until FTC attorneys are permitted to

24  resume their usual civil litigation functions.

25

26

27

28

2

1

Dated:    January 22, 2018                             Respectfully Submitted,

2

3                                                        /s/ Jennifer Milici
                                                       Jennifer Milici

4                                                      J. Alexander Ansaldo
                                                       Joseph R. Baker

5                                                      Elizabeth A. Gillen
                                                       Daniel Matheson

6                                                      Federal Trade Commission
                                                       600 Pennsylvania Avenue, N.W.

7                                                      Washington, D.C. 20580

8

9                                                      Lin W. Kahn
                                                       Federal Trade Commission

10                                                     901 Market Street, Suite 570
                                                       San Francisco, CA 94103

11

12                                                     Attorneys for Plaintiff
                                                       Federal Trade Commission

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3