UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> QUALCOMM INCORPORATED, et al., <br><br> Defendants. | Case No. 17-CV-00220-LHK <br><br> **ORDER DENYING MOTION FOR STAY** <br><br> Re: Dkt. No. 509 |

FTC's Motion for Stay in Light of United States Government Cessation is DENIED.

**IT IS SO ORDERED.**

Dated: January 22, 2018

_Lucy H. Koh_
LUCY H. KOH
United States District Judge