| | |
|---|---|
| CRAVATH, SWAINE & MOORE LLP<br>Gary A. Bornstein (*pro hac vice*)<br>gbornstein@cravath.com<br>Richard J. Stark (*pro hac vice*)<br>rstark@cravath.com<br>825 Eighth Avenue<br>New York, New York 10019-7475<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>KEKER, VAN NEST & PETERS LLP<br>Robert A. Van Nest<br>rvannest@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 676-2289<br>Facsimile: (415) 397-7188<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Richard S. Taffet (*pro hac vice*)<br>richard.taffet@morganlewis.com<br>101 Park Avenue<br>New York, NY 10178-0060<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br><br>Attorneys for Defendant<br>QUALCOMM INCORPORATED | THEODORE J. BOUTROUS, JR. (SBN 132099)<br>tboutrous@gibsondunn.com<br>DANIEL G. SWANSON (SBN 116556)<br>dswanson@gibsondunn.com<br>JASON C. LO (SBN 219030)<br>jlo@gibsondunn.com<br>JENNIFER J. RHO (SBN 254312)<br>jrho@gibsondunn.com<br>MELISSA PHAN (SBN 266880)<br>mphan@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Tel: (213) 229-7000<br>Fax: (213) 229-7520<br><br>Attorneys for Non-Parties COMPAL ELECTRONICS INC., FIH MOBILE LTD., HON HAI PRECISION INDUSTRY CO., LTD., PEGATRON CORPORATION, AND WISTRON CORPORATION |

*Additional counsel listed in the signature block*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant.<br><br>IN RE QUALCOMM ANTITRUST LITIGATION | Case No. 5:17-CV-00220-LHK-NMC<br><br>**QUALCOMM INCORPORATED AND NON-PARTY CONTRACT MANUFACTURERS' JOINT STATUS REPORT REGARDING DOCUMENT PRODUCTION**<br><br>Courtroom: 7, 4th Floor<br><br>Judge: Hon. Nathanael M. Cousins<br><br>Case No. 5:17-MD-02773-LHK-NMC |

Pursuant to the Court's January 17, 2018 Order (ECF No. 493), Defendant Qualcomm Incorporated ("Qualcomm") and non-parties Compal Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron Corporation, and Wistron Corporation (collectively, the "CMs") submit the following joint status report regarding the CMs' document production in the above-captioned cases.

The Court previously ordered third parties to complete document production by January 5, 2018. (ECF No. 308.) On January 17, 2018, Magistrate Judge Cousins ordered the CMs to complete document production to Qualcomm by January 26, 2018 and to produce a privilege log by February 2, 2018. (ECF No. 493.) On January 18, 2018, Judge Koh extended the CMs' deadline to produce documents to January 26, 2018. (ECF No. 495.)

As of January 25, 2018, the CMs had produced 337,315 total documents in the above-captioned actions. Compal had produced 83,070 documents. Foxconn had produced 107,656 documents. Pegatron had produced 89,629 documents. Wistron had produced 56,960 documents. With their productions dated January 26, 2018, the CMs have completed their production of responsive, non-privileged documents as follows. The CMs have produced over 740,000 documents in response to Qualcomm's subpoenas, including documents from 33 custodians and non-custodial sources. The CMs have completed the review of and have produced all responsive, non-privileged custodial documents returned from the application of the 111 search terms agreed upon by Qualcomm and the CMs and the eight additional search terms that the Court ordered the CMs to apply on January 2, 2018 (including Search Term 154), as well as non-custodial data comprising documents sufficient to show the sales prices of the cellular devices they sell as well as purchases of 3G and 4G baseband chips and modules used in such cellular devices. Certain of the CMs continue to investigate whether additional data regarding the

1  purchase of chips or sales of devices using older technology (*i.e.*, non-3G or 4G
2  technology) and/or sales of devices to Qualcomm licensees (and purchase of chips used
3  therein) can be obtained and, if so, will produce such data.  Qualcomm acknowledges
4  receiving a production of documents from the CMs on January 26, 2018, but it does not
5  have sufficient information to form a view, one way or the other, on whether that
6  production completed the CMs' production of documents.
7           The CMs represent that they are actively engaged in a good faith effort to
8  compile their privilege logs and anticipate that these will be produced in accordance with
9  the Federal Rules of Civil Procedure and any applicable Local Rules or Court Orders by
10 February 2, 2018 (subject to producing any documents currently believed to be subject to
11 a good faith claim of privilege but later found not to be privileged).  (*See* ECF No. 493.)

Dated:  January 26, 2018           Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP,

*/s/ Richard J. Stark*
Richard J. Stark

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
rstark@cravath.com

Robert A. Van Nest
Asim M. Bhansali
Eugene M. Paige
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Tel: (415) 676-2289
Fax: (415) 397-7188
rvannest@keker.com
abhansali@keker.com
epaige@keker.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel: (212) 309-6000
Fax: (212) 309-6001
richard.taffet@morganlewis.com

Willard K. Tom
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Tel: (202) 739-3000
Fax: (202) 739 3001

willard.tom@morganlewis.com

Donn P. Pickett
Geoffrey T. Holtz
   MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415) 442-1001
donn.pickett@morganlewis.com
geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*


                */s/ Jason C. Lo*
_____


THEODORE J. BOUTROUS, JR. (SBN 132099)
tboutrous@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
JASON C. LO (SBN 219030)
jlo@gibsondunn.com
JENNIFER J. RHO (SBN 254312)
jrho@gibsondunn.com
MELISSA PHAN (SBN 266880)
mphan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel:  (213) 229-7000; Fax:  (213) 229-7520

CYNTHIA RICHMAN (DC Bar No. 492089, *Pro Hac Vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 955-8500; Fax: (202) 467-0539

*Attorneys for Non-Parties Compal Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron Corporation, and Wistron Corporation*

4
JOINT STATUS REPORT RE:  CONTRACT MANUFACTURERS' DOCUMENT PRODUCTION
CASE NOS. 17-CV-00220-LHK-NMC & 17-MD-02773-LHK-NMC

HUGH F. BANGASSER (*Pro Hac Vice*)
hugh.bangasser@klgates.com
CHRISTOPHER M. WYANT (*Pro Hac Vice*)
chris.wyant@klgates.com
J. TIMOTHY HOBBS (*Pro Hac Vice*)
tim.hobbs@klgates.com
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Telephone: +1 206 623 7580
Facsimile: +1 206 370 6371

CAITLIN C. BLANCHE (SBN 254109)
caitlin.blanche@klgates.com
K&L GATES LLP
1 Park Plaza Twelfth Floor
Irvine, CA 92614
Telephone: +1 949 253 0900
Facsimile: +1 949 253 0902

*Attorneys for Non-Party Wistron Corporation*

**FILER'S ATTESTATION**

I, Jason C. Lo, am the ECF user whose identification and password are being used to file this Joint Discovery Statement.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories on this document have concurred in this filing.

*/s/ Jason C. Lo*
Jason C. Lo

**CERTIFICATE OF SERVICE**

I, Jason C. Lo, hereby certify that on January 26, 2018, I electronically filed the above document with the Clerk of the Court using CM/ECF.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system

Dated:  January 26, 2018                                    By: */s/ Jason C. Lo*
                                                                                Jason  C. Lo