UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>QUALCOMM INCORPORATED, et al.,<br><br>Defendants. | Case No. 17-CV-00220-LHK<br><br>**ORDER DEEMING DENIED MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER**<br><br>Re: Dkt. No. 489 |

On January 16, 2018, non-parties Contract Manufacturers filed a Motion for Relief from Magistrate Judge's Nondispositive Pretrial Order Compelling Review of Documents. ECF No. 489. Pursuant to Civil Local Rule 72-2, "[i]f no order denying the motion or setting a briefing schedule is made within 14 days of filing the motion, the motion shall be deemed denied." The parties are hereby notified that Contract Manufacturers' motion is deemed denied.

**IT IS SO ORDERED.**

Dated: February 1, 2018

_____
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-00220-LHK
ORDER DEEMING DENIED MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER