UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALCOMM INCORPORATED,<br><br>    Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE BRIEF AS AMICUS CURIAE AND ORDERING QUALCOMM RESPONSE**<br><br>Re: Dkt. No. 526 |

The Administrative Motion of Lawyers for Civil Justice to File Brief as Amicus Curiae is GRANTED. Qualcomm shall file a response by February 7, 2018.

**IT IS SO ORDERED.**

Dated: February 2, 2018

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No. 17-CV-00220-LHK
ORDER GRANTING ADMINISTRATIVE MOTION TO FILE BRIEF AS AMICUS CURIAE AND ORDERING QUALCOMM RESPONSE