BOIES SCHILLER FLEXNER LLP
William A. Isaacson (*Pro Hac Vice App.* to be filed)
DC Bar No. 414788, wisaacson@bsfllp.com
Karen L. Dunn (*Pro Hac Vice App.* to be filed)
DC Bar No. 1002520, kdunn@bsfllp.com
Amy J. Mauser (*Pro Hac Vice App.* to be filed)
DC Bar No. 424065, amauser@bsfllp.com
1401 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

BOIES SCHILLER FLEXNER LLP
Edward H. Takashima, SBN 270945
etakashima@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Telephone:  (310) 752-2400
Facsimile:  (310) 752-2490

Attorneys for Non-Party APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br>     Plaintiff,<br><br>v.<br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>     Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**NON-PARTY APPLE INC.'S STATUS REPORT REGARDING DOCUMENT PRODUCTION**<br><br>Courtroom:  7, 4th Floor<br><br>Judge:   Hon. Nathanael M. Cousins |
| IN RE QUALCOMM ANTITRUST LITIGATION | Case No. 5:17-md-02773-LHK-NMC |

Pursuant to the Court's order at the February 15, 2018 discovery hearing, Non-Party Apple Inc. ("Apple") submits the following status report regarding documents it withheld from production due to potential third party notice or consent issues (ECF 562 at 1).

1. Apple has resolved notice and consent issues for all responsive non-privileged documents it was withholding due to potential notice or consent issues as of the February 15, 2018 hearing. Apple will produce those documents as soon as possible, and anticipates completing production no later than February 23, 2018.

2. Apple continued to downgrade documents from its privilege log after the February 15, 2018 hearing, and will produce downgraded documents as soon as possible. If Apple identifies any documents among those downgrades that have potential third party notice or consent issues, it will address those issues in its February 23, 2018 joint status report.

Dated: February 20, 2018

Respectfully submitted,

By:  /s/ Edward H. Takashima

William A. Isaacson
wisaacson@bsfllp.com
Karen L. Dunn
kdunn@bsfllp.com
Amy J. Mauser
amauser@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131

Edward H. Takashima
etakashima@bsfllp.com
BOIES SCHILLER FLEXNER LLP
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Telephone: (310) 752-2400
Facsimile: (310) 752-2490

Attorneys for Non-Party APPLE INC.