BOIES SCHILLER FLEXNER LLP
William A. Isaacson (*Pro Hac Vice App.* to be filed)
DC Bar No. 414788, wisaacson@bsfllp.com
Karen L. Dunn (*Pro Hac Vice App.* to be filed)
DC Bar No. 1002520, kdunn@bsfllp.com
Amy J. Mauser (*Pro Hac Vice App.* to be filed)
DC Bar No. 424065, amauser@bsfllp.com
1401 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

BOIES SCHILLER FLEXNER LLP
Edward H. Takashima, SBN 270945
etakashima@bsfllp.com
401 Wilshire Blvd, Suite 850
Santa Monica, CA 90401
Telephone: (310) 752-2400
Facsimile: (310) 752-2490

Attorneys for Non-Party APPLE INC.

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest, SBN 84065
rvannest@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 676-2289
Facsimile: (415) 397-7188

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet (*pro hac vice*)
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

Attorneys for Defendant
QUALCOMM INCORPORATED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>                    Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>                    Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**NON-PARTY APPLE INC. AND DEFENDANT QUALCOMM INCORPORATED'S JOINT STATUS REPORT**<br><br>Courtroom: 7, 4th Floor<br>Judge:   Hon. Nathanael M. Cousins |
| IN RE QUALCOMM ANTITRUST LITIGATION | Case No. 5:17-md-02773-LHK-NMC |

Pursuant to the Court's February 15, 2018 Order, Non-Party Apple Inc. ("Apple") and Defendant Qualcomm Incorporated ("Qualcomm") submit this Joint Status Report to address discovery issues identified by the Court.

## I.     Apple's Document Production

### A.     *Apple's Position*

To date, Apple has produced more than 4 million documents totaling over 37 million pages. Apple's anticipated document production is complete, with the following exceptions:

(1)     One written common interest agreement has not been produced pursuant to an objection from the other party to the agreement. That agreement is the subject of a joint discovery statement and has been submitted for *in camera* review. (ECF 536).

(2)     Apple is finalizing a production of documents it has downgraded from its privilege logs, and anticipates completing that production no later than February 26, 2018.

(3)     Apple is reviewing certain privilege log entries identified by Qualcomm as part of the meet and confer process, and may downgrade some of those documents from its privilege logs. If so, Apple will produce any such downgrades that are responsive and non-privileged on a rolling basis.

Qualcomm has asked Apple to produce privilege downgrades from the custodial files of Messrs. Schafer and Schell—including any downgrades from certain privilege log entries Qualcomm identified on February 22—by February 25. Apple has advised Qualcomm that Apple anticipates it will complete its production of downgrades from Apple's self-initiated privilege log review by February 26, and will attempt to complete that production by February 25. Apple will attempt to produce any documents Qualcomm identified in its February 22 correspondence that Apple agrees are non-privileged and responsive by February 26.

### B.     *Qualcomm's Position*

Since the February 15, 2018 hearing, Qualcomm has received one production, totaling 30,242 documents. The production, which arrived on February 21, 2018, included over 2,300

documents from the custodial files of Messrs. Schafer and Schell, whose depositions are

scheduled to begin on February 28, 2018.  Qualcomm has requested that, if Apple has any more

documents pending in its production from the custodial files of either of these individuals, Apple

produce them no later than February 25, 2018, in order for the documents to be processed and

reviewed in advance of the depositions.[1]

Apple has also informed Qualcomm that some of the "documents it has downgraded from

its privilege log" mentioned in sub-paragraph (2) above may be subject to third-party notice

and/or consent requirements, and that Apple will inform Qualcomm by February 25 or 26, 2018,

whether any of those documents need to be withheld.

As discussed in more detail below, Qualcomm continues to believe that Apple has not yet

produced a large number of responsive, non-privileged documents because of unjustified claims

of privilege or other protection from discovery.

## II.    Apple's Privilege Log

### A.    *Apple's Position*

Apple completed its service of its Amended Privilege Log on February 19, 2018.

Qualcomm has asked Apple to re-examine certain privilege log entries as part of the meet

and confer process.  In response, Apple has downgraded some documents, and is producing

responsive non-privileged downgrades on a rolling basis.  Apple and Qualcomm are continuing to

meet and confer regarding privilege log entries identified by Qualcomm.  Apple and Qualcomm

are next scheduled to meet and confer on February 26, 2018.  Qualcomm has not raised any issues

concerning Apple's privilege determinations other than with respect to a discrete set of privilege

log entries reflecting communications with third parties.  If Qualcomm raises any such issues,

Apple will meet and confer with Qualcomm.

---

[1] Qualcomm disputes Apple's assertion that it has engaged in a "self-initiated privilege log review".  Apple materially revised the entirety of its privilege log following questions and concerns Qualcomm raised about the original December 29, 2017 log, as reflected in the January 12, 2018 status report.

1

    **B.**    *Qualcomm's Position*

2

    Apple's revised privilege log continues to have hundreds of entries that appear, based on

3

the information on the log, not to be privileged or otherwise protected from discovery, such as

4

communications between Apple and third parties.  On February 16, 2018, Qualcomm sent to

5

Apple a list of 1,145 such log entries from the first two tranches of Apple's revised log, dated

6

February 9 and 15, 2018, and requested that Apple review its privilege claims as to those entries.

7

During a meet and confer on February 21, 2018, Apple reversed its privilege calls for *all* of those

8

entries except for (i) communications with one set of third parties affiliated with a trade

9

association, on the basis of a joint representation by counsel, and (ii) communications with Intel

10

and Samsung, on the basis of Apple's purported common interest agreements with those

11

companies.  Apple has not yet identified the Intel and Samsung communications that it continues

12

to withhold on that basis, but based on the identities of the third parties over which Apple is not

13

standing on its privilege claims, it is downgrading at least 1,069 entries, representing 93% of the

14

documents Qualcomm identified as unwarranted assertions of privilege.

15

    On February 22, 2018, Qualcomm sent to Apple a list of 732 log entries from the third

16

tranche of its revised log, dated February 19, 2018.  Apple is currently reviewing those 732

17

entries.  Qualcomm and Apple have scheduled a meet and confer regarding these entries for

18

February 26, 2018.

19

    As noted above, Apple is continuing to withhold communications pursuant to its purported

20

common interest agreements, including those withheld under the written agreement with Samsung

21

that was submitted to the Court for *in camera* review.  Qualcomm is still assessing the

22

appropriateness and validity of the common interests that Apple has asserted.  Qualcomm is also

23

continuing its more general assessment of the more than 165,000 entries on Apple's revised

24

privilege log.  That analysis includes Qualcomm's assessment of Apple's practice of

25

"downgrading" documents from its initial privilege log but not producing the downgraded

26

documents, apparently based on a decision that the document was not responsive—even though

27

Apple previously deemed the document responsive and took the time to put it on the privilege log.

28

1  Qualcomm is of the view that any re-review of documents over which Apple previously asserted

2  privilege should be limited to a re-review of that privilege assertion, and not a re-review of

3  responsiveness.  Accordingly, on February 23, Qualcomm requested further information from

4  Apple to evaluate which documents Apple had withheld on the basis of a purported "downgrade"

5  to non-responsive through its re-review process.  Qualcomm intends to continue to meet and

6  confer with Apple regarding its revised privilege log.

7  **III.    Deposition Scheduling**

8          Apple and the parties have scheduled all depositions of Apple employees and former

9  employees that Qualcomm seeks to depose in connection with the above-captioned cases,

10  including the deposition of Bruce Sewell.

11

12  Dated: February 23, 2018                    Respectfully submitted,

13                                              By:   */s/ Edward H. Takashima*

14                                                    William A. Isaacson

15                                                    wisaacson@bsfllp.com
                                                      Karen L. Dunn

16                                                    kdunn@bsfllp.com
                                                      Amy J. Mauser

17                                                    amauser@bsfllp.com

18                                                    BOIES SCHILLER FLEXNER LLP
                                                      1401 New York Avenue, N.W.

19                                                    Washington, DC 20005

20                                                    Telephone:     (202) 237-2727
                                                      Facsimile:     (202) 237-6131

21
                                                      Edward H. Takashima

22                                                    etakashima@bsfllp.com

23                                                    BOIES SCHILLER FLEXNER LLP
                                                      401 Wilshire Blvd, Suite 850

24                                                    Santa Monica, CA 90401
                                                      Telephone:  (310) 752-2400

25                                                    Facsimile:  (310) 752-2490

26                                                    Attorneys for Non-Party APPLE INC.

27

28

1

By:  */s/ Gary A. Bornstein*

2

3      Gary A. Bornstein
       Yonatan Even

4      CRAVATH, SWAINE & MOORE LLP
       Worldwide Plaza

5      825 Eighth Avenue
       New York, NY 10019-7475

6      Tel:  (212) 474-1000
       Fax:  (212) 474-3700

7      gbornstein@cravath.com
       yeven@cravath.com

8

9      Robert A. Van Nest
       Asim M. Bhansali

10     Eugene M. Paige
       KEKER, VAN NEST & PETERS LLP

11     633 Battery Street
       San Francisco, CA 94111-1809

12     Tel: (415) 676-2289
       Fax: (415) 397-7188

13     rvannest@keker.com
       abhansali@keker.com

14     epaige@keker.com

15     Richard S. Taffet

16     MORGAN, LEWIS & BOCKIUS LLP
       101 Park Avenue

17     New York, NY 10178-0060
       Tel: (212) 309-6000

18     Fax: (212) 309-6001
       richard.taffet@morganlewis.com

19

20     Willard K. Tom
       MORGAN, LEWIS & BOCKIUS LLP

21     1111 Pennsylvania Ave. NW
       Washington, DC 20004-2541

22     Tel: (202) 739-3000
       Fax: (202) 739 3001

23     willard.tom@morganlewis.com

24

25     Donn P. Pickett
       Geoffrey T. Holtz

26     MORGAN, LEWIS & BOCKIUS LLP
       One Market, Spear Street Tower

27     San Francisco, CA 94105-1126

28

Tel: (415) 442-1000
Fax: (415) 442-1001
donn.pickett@morganlewis.com
geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*

6

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### **FILER'S ATTESTATION**

I, Edward H. Takashima, am the ECF user whose identification and password are being used to file this Joint Discovery Statement.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories on this document have concurred in this filing.

*/s/ Edward H. Takashima*

Edward H. Takashima