UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>QUALCOMM INCORPORATED, et al.,<br><br>Defendants. | Case No. 17-cv-00220 LHK (NC)<br><br>**ORDER DIRECTING PUBLIC REFILING OF DISCOVERY LETTER BRIEF FILED UNDER SEAL**<br><br>Re: Dkt. Nos. 545, 581, 586 |

On February 7, 2018, Qualcomm filed an administrative motion to seal portions of a discovery letter brief on the basis that the FTC designated certain information as confidential. Dkt. No. 545. The FTC filed a declaration regarding why that information should be sealed. Dkt. No. 572. The Court denied the motion to seal without prejudice for lack of good cause. Dkt. No. 581. The Court directed the FTC to file a supplemental declaration in support of the motion. On February 22, 2018, the FTC filed the declaration. The FTC stated that given the generality of the letter brief, and Apple's unusual, but well-known position in the cases against Qualcomm, it no longer objected to the letter brief being filed publicly. Dkt. No. 586. Thus, by February 28, 2018, the Court ORDERS that Qualcomm refile the unredacted discovery letter brief located at docket no. 545.

**IT IS SO ORDERED.**

Dated: February 27, 2018

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 17-cv-00220 LHK (NC)