| | |
|---|---|
| CRAVATH, SWAINE & MOORE LLP<br>Gary A. Bornstein (*pro hac vice*)<br>gbornstein@cravath.com<br>Yonatan Even (*pro hac vice*)<br>yeven@cravath.com<br>825 Eighth Avenue<br>New York, New York 10019-7475<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700 | MORGAN, LEWIS & BOCKIUS LLP<br>Willard K. Tom (*pro hac vice*)<br>willard.tom@morganlewis.com<br>1111 Pennsylvania Avenue NW<br>Washington, DC 20004-2541<br>Telephone: (202) 739-3000<br>Facsimile: (202) 739 3001 |
| MORGAN, LEWIS & BOCKIUS LLP<br>Richard S. Taffet (*pro hac vice*)<br>richard.taffet@morganlewis.com<br>101 Park Avenue<br>New York, NY 10178-0060<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001 | MORGAN, LEWIS & BOCKIUS LLP<br>Donn P. Pickett (SBN 72257)<br>donn.pickett@morganlewis.com<br>Geoffrey T. Holtz (SBN 191370)<br>geoffrey.holtz@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001 |

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**STIPULATION TO FILE UNDER SEAL PORTIONS OF QUALCOMM AND FTC'S JOINT DISCOVERY STATEMENT REGARDING FTC'S INTERROGATORY RESPONSES** |

Stipulation re Admin. Motion to Seal
Case No. 5:17-cv-00220-LHK

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Pursuant to Civil Local Rules 7-11, 7-12 and 79-5, Defendant Qualcomm Incorporated ("Qualcomm") and Plaintiff Federal Trade Commission ("FTC," and together with Qualcomm, the "Parties") jointly submit this Stipulation to permit Qualcomm to file under seal portions of FTC's and Qualcomm's Interrogatory Responses attached as exhibits to Qualcomm and the FTC's Joint Discovery Statement Regarding FTC's Interrogatory Responses ("Joint Discovery Statement").

WHEREAS Qualcomm intends to file the Joint Discovery Statement;

WHEREAS Qualcomm intends to file an administrative motion to file under seal portions of the FTC's and Qualcomm's Interrogatory Responses attached as exhibits to the Joint Discovery Statement;

WHEREAS Qualcomm has submitted and will submit declarations establishing that portions of the FTC's and Qualcomm's Interrogatory Responses are sealable pursuant to Local Rule 79-5(c) and (d);

WHEREAS the requested relief is necessary and narrowly tailored to protect the confidentiality of the materials referenced in the FTC's and Qualcomm's Interrogatory Responses;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their respective counsel of record, and subject to the approval of the Court, that Qualcomm be permitted to file under seal portions of the FTC's and Qualcomm's Interrogatory Responses.

Pursuant to Civil Local Rule 5-1(i), I hereby attest that I have obtained concurrence in the filing of this document from all other signatories.

**IT IS SO STIPULATED.**

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   Stipulation re Admin. Motion to Seal
Case No. 5:17-cv-00220-LHK

| | |
|---|---|
| Dated:  March 16, 2018 | MORGAN LEWIS & BOCKIUS LLP |
| | By: _____*/s/ Geoffrey T. Holtz*_____<br>Geoffrey T. Holtz<br>Attorney for Defendant<br>QUALCOMM INCORPORATED |
| Dated:  March 16, 2018 | FEDERAL TRADE COMMISSION |
| | By: _____*/s/ Jennifer Milici*_____<br>Jennifer Milici<br>Attorney for Plaintiff<br>Federal Trade Commission |