UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>QUALCOMM INCORPORATED,<br><br>　　　　Defendant. | Case No. 17-CV-00220-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorneys: Elizabeth Gillen, Joseph Baker
Defendant's Attorneys: Gary Bornstein, Robert Van Nest, Justina Sessions

　　　A further case management conference was held on March 22, 2018. A further case management conference is set for April 6, 2018, at 11:00 a.m. The parties shall file their joint case management statement by April 3, 2018.

　　　The Court approved the proposed modifications to the deposition schedule set forth in the parties' Supplemental Joint Case Management Statement. ECF No. 633 at 1. Accordingly, Qualcomm's administrative motion to take Nokia Corp. depositions in Finland April 16 and 17, ECF No. 615, is moot.

　　　The parties and the Court discussed the FTC's February 28, 2018 notice of Rule 30(b)(6) deposition of Qualcomm. FTC represented that it has withdrawn topics 1 and 9. Qualcomm represented that a witness has already been deposed for topics 2, 3, 4, and 5. The parties are ordered to meet and confer to resolve any remaining disputes as to topic 11. The Court ordered Qualcomm to produce a live witness as to topics 6, 7, 8, and 10.

1

Case No. 17-CV-00220-LHK
CASE MANAGEMENT ORDER

The Court amended the case schedule as follows:

| Scheduled Event | Date |
| --- | --- |
| Close of Fact Discovery | March 30, 2018 |
| Plaintiff's Opening Expert Reports | April 30, 2018 |
| Defendant's Expert Reports | June 4, 2018 |
| Plaintiff's Rebuttal Expert Reports | July 2, 2018 |
| Close of Expert Discovery | July 27, 2018 |
| Last Day to File Dispositive Motions and *Daubert* Motions (one per side in the entire case) | August 10, 2018 |
| Summary Judgment and *Daubert* Oppositions | September 10, 2018 |
| Summary Judgment and *Daubert* Replies | September 28, 2018 |
| Hearing on Dispositive Motions | October 18, 2018, at 1:30 p.m. |
| Final Pretrial Conference | December 13, 2018, at 1:30 p.m. |
| Bench Trial | January 4, 2019, at 9:00 a.m. |
| Length of Trial | 10 days |

**IT IS SO ORDERED.**

Dated: March 23, 2018

_Lucy H. Koh_
LUCY H. KOH
United States District Judge