1

2                IN THE UNITED STATES DISTRICT COURT

3              FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                         SAN JOSE DIVISION

5

6    IN RE QUALCOMM ANTITRUST        )   17-MD-02773-LHK
     LITIGATION                      )   17-CV-00220-LHK
                                     )
7                                    )   SAN JOSE, CALIFORNIA
                                     )
8                                    )   MARCH 22, 2018
                                     )
9                                    )   PAGES 1-82
                                     )
10   _____  )
                                     )

11                    TRANSCRIPT OF PROCEEDINGS
12             BEFORE THE HONORABLE LUCY H. KOH
                   UNITED STATES DISTRICT JUDGE
13
                      A P P E A R A N C E S
14

15      FOR THE PLAINTIFF:      SUSMAN GODFREY, LLP
                                1900 AVENUE OF THE STARS
16                              SUITE 1400
                                LOS ANGELES, CA 90067
17                              BY:  **AMANDA K. BONN**

18

19      FOR THE PLAINTIFF:      HAGENS BERMAN SOBOL SHAPIRO LLP
                                715 HEARST AVENUE, SUITE 202
20                              BERKELEY, CA 94710
                                BY:  **RIO SHAYE PIERCE**
21

22           APPEARANCES CONTINUED ON THE NEXT PAGE

23   OFFICIAL COURT REPORTER:       SUMMER FISHER, CSR, CRR
                                    CERTIFICATE NUMBER 13185
24

25        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER

```
 1          APPEARANCES CONTINUED:

 2          FOR THE PLAINTIFF:      FEDERAL TRADE COMMISSION
            FTC                     600 PENNSYLVANIA AVENUE, N.W.
 3                                  WASHINGTON, D.C. 20580
                                    BY:  ELIZABETH GILLEN
 4                                       JOSEPH BAKER

 5          FOR THE DEFENDANT:      KEKER, VAN NEST & PETERS LLP
            QUALCOMM                633 BATTERY STREET
 6                                  SAN FRANCISCO, CA 94111
                                    BY:  ROBERT ADDY VAN NEST
 7                                       JUSTINA SESSIONS

 8          FOR THE DEFENDANT:      CRAVATH, SWAINE AND MOORE
            QUALCOMM                WORLDWIDE PLAZA
 9                                  825 EIGHTH AVE.
                                    NEW YORK, NY 10019
10                                  BY:  GARY ANDREW BORNSTEIN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

|   |   |   |
|---|---|---|
| | 1 | SAN JOSE, CALIFORNIA            MARCH 22, 2018 |
| | 2 | P R O C E E D I N G S |
| | 3 | (COURT CONVENED AT 1:46 P.M.) |
| 01:46:39 | 4 | THE CLERK:  YOUR HONOR, CALLING CASE 17-CV-00220. |
| 01:46:43 | 5 | FEDERAL TRADE COMMISSION VERSUS QUALCOMM, INCORPORATED, |
| 01:46:46 | 6 | AND THE RELATED MATTER OF 17-MD-2773, IN RE QUALCOMM ANTITRUST |
| 01:46:54 | 7 | LITIGATION. |
| 01:46:55 | 8 | COUNSEL, PLEASE COME FORWARD AND STATE YOUR APPEARANCES. |
| 01:46:56 | 9 | MS. BONN:  GOOD AFTERNOON, YOUR HONOR. |
| 01:46:58 | 10 | AMANDA BONN FOR THE MDL PLAINTIFFS. |
| 01:47:00 | 11 | MR. VAN NEST:  GOOD AFTERNOON, YOUR HONOR. |
| 01:47:01 | 12 | BOB VAN NEST, TOGETHER WITH JUSTINA SESSIONS FROM KEKER, |
| 01:47:05 | 13 | VAN NEST & PETERS FOR QUALCOMM. |
| 01:47:09 | 14 | MR. BORNSTEIN:  AND GOOD AFTERNOON, YOUR HONOR. |
| 01:47:12 | 15 | GARY BORNSTEIN FROM CRAVATH FOR QUALCOMM AS WELL. |
| 01:47:15 | 16 | THE COURT:  OKAY.  GOOD AFTERNOON AND WELCOME TO |
| 01:47:18 | 17 | EVERYONE. |
| 01:47:21 | 18 | THE CLERK:  YOUR HONOR, I BELIEVE WE ALSO HAVE |
| 01:47:23 | 19 | COUNSEL ON THE PHONE. |
| 01:47:24 | 20 | THE COURT:  OKAY.  GO AHEAD, PLEASE.  SORRY I DIDN'T |
| 01:47:26 | 21 | MEAN TO OMIT ANYONE. |
| 01:47:29 | 22 | MS. GILLEN:  IT'S ELIZABETH GILLEN FOR THE FEDERAL |
| 01:47:32 | 23 | TRADE COMMISSION. |
| 01:47:33 | 24 | MR. BAKER:  AND JOSEPH BAKER FOR THE FEDERAL TRADE |
| 01:47:36 | 25 | COMMISSION AS WELL.  GOOD AFTERNOON. |

```
01:47:37   1            THE COURT:  OKAY.  GIVE ME JUST ONE MINUTE, PLEASE.
01:47:52   2         SO JOSEPH BAKER, AND WHO WAS THE OTHER PERSON, ELIZABETH
01:47:55   3    GILLEN?
01:47:56   4            MS. GILLEN:  YES, THAT'S RIGHT.
01:47:58   5            THE COURT:  ALL RIGHT.  THANK YOU.
01:48:00   6         OKAY.  THE MARCH 9TH JOINT CASE MANAGEMENT STATEMENT ON
01:48:13   7    PAGE 6 SAID THAT QUALCOMM WAS SUBSTANTIALLY COMPLETE WITH ITS
01:48:18   8    PRODUCTION TO THE FTC AND THE MDL PLAINTIFFS.
01:48:22   9            WHAT IS STILL OUTSTANDING TO BE PRODUCED?
01:48:28  10            MR. BORNSTEIN:  YOUR HONOR, THE ONLY THINGS THAT
01:48:33  11    REMAIN OUTSTANDING TO BE PRODUCED ARE DOCUMENTS THAT ARE
01:48:36  12    RESPONSIVE TO SUBSEQUENTLY SERVED RFP'S THAT WE RECEIVED FROM
01:48:40  13    THE FEDERAL TRADE COMMISSION.
01:48:42  14            AND WE ARE -- WE HAVE PRODUCED A NUMBER OF THOSE.  THE
01:48:48  15    ONLY ONES OUTSTANDING ARE MATTERS IN WHICH WE CONTINUE TO MEET
01:48:52  16    AND CONFER.  BUT IT'S A SMALL VOLUME RELATING TO ISSUES THAT
01:48:56  17    THE FEDERAL TRADE COMMISSION RAISED MUCH LATER IN THE DISCOVERY
01:49:01  18    PROCESS.
01:49:02  19            THE COURT:  WHAT WAS THE DATE OF THAT DISCOVERY
01:49:03  20    REQUEST?
01:49:04  21            MR. BORNSTEIN:  THERE WERE MORE THAN ONE, YOUR HONOR.
01:49:06  22    AND THEY CAME IN, I BELIEVE, FEBRUARY 26TH AND FEBRUARY 28TH.
01:49:10  23    I WOULD HAVE TO LOOK TO BE PRECISE, BUT FEBRUARY 28TH WAS THE
01:49:13  24    LAST DAY ON WHICH REQUESTS COULD BE SERVED IN A TIMELY WAY, AND
01:49:18  25    I BELIEVE THAT'S WHEN THEY CAME IN.
```

| | |
|---|---|
| 01:49:21 | 1 |

THE COURT:  ALL RIGHT.  LET ME HEAR FROM THE FTC.

DO YOU AGREE WITH THAT CHARACTERIZATION?

MS. GILLEN:  YOUR HONOR, THIS IS ELIZABETH GILLEN.

WE AGREE WITH MR. BORNSTEIN'S CHARACTERIZATION OF THE

REQUEST, AND THE PARTIES ARE STILL MEETING AND CONFERRING ABOUT

THOSE REQUESTS AND THE DOCUMENTS TO BE PRODUCED.

HOWEVER, AS WE NOTED IN THE CASE MANAGEMENT STATEMENT, THE

PLAINTIFFS ARE ALSO RECEIVING A NUMBER OF ADDITIONAL DOCUMENTS,

BOTH AS A RESULT OF THE PRIVILEGE RE-REVIEW PROCESS THAT IS

BEING MANAGED BY MAGISTRATE JUDGE COUSINS, AND ALSO DOCUMENTS

PRODUCED IN THE SOUTHERN DISTRICT OF CALIFORNIA ACTION WHICH

ARE BEING PRODUCED TO THE FTC AND THE MDL PLAINTIFF, AS A

RESULT OF THE COORDINATION ORDER.

THE COURT:  RIGHT.

I THINK THE WAY TO REMEDY THAT IS TO GIVE AN ADDITIONAL

AMOUNT OF DEPOSITION TIME THAT'S TARGETED FOR DOCUMENTS THAT

ARE PRODUCED AFTER A RELEVANT WITNESS HAS BEEN DEPOSED.

SO I TALKED TO JUDGE COUSINS ABOUT THAT, WE ARE IN

AGREEMENT THAT THAT'S THE RIGHT WAY TO DEAL WITH THIS.  BECAUSE

I DON'T THINK IT'S FAIR TO MAKE PEOPLE TAKE DEPOSITIONS WHEN

THEY DON'T HAVE THE DOCUMENTS FOR THAT WITNESS.

MR. BORNSTEIN:  YOUR HONOR, MAY I ADDRESS THAT

BRIEFLY, UNDERSTANDING THAT YOU HAVE DISCUSSED THAT WITH

JUDGE COUSINS, JUST TO BE HEARD VERY BRIEFLY ON THAT?

THE COURT:  GO AHEAD.

01:50:46  1    MR. BORNSTEIN:  WE HAVE RESPONDED COMPLETELY TO THE

01:50:49  2    NORTHERN DISTRICT OF CALIFORNIA REQUESTS FROM THE FTC AND THE

01:50:51  3    MDL PLAINTIFFS.  THE DOCUMENTS THAT ARE BEING PRODUCED IN THE

01:50:53  4    SOUTHERN DISTRICT --

01:50:53  5    THE COURT:  NO, NOT THE PRIVILEGE RE-REVIEW.

01:50:55  6    I'M DEEPLY DISTURBED BY THE HIGH RATES OF DOCUMENTS THAT

01:50:59  7    YOU ARE ALL ARE PUTTING ON YOUR PRIVILEGE LOG THAT ARE NOT

01:51:02  8    PRIVILEGED.

01:51:03  9    YOU KNOW, I WOULD HAVE APPOINTED A SPECIAL MASTER, OKAY.

01:51:06  10   I HAVE DEFERRED TO JUDGE COUSINS ON THIS.  I WOULD HAVE

01:51:09  11   APPOINTED A SPECIAL MASTER, BUT I'M DEFERRING TO HIM ON THIS.

01:51:12  12   BUT IF THERE'S A SIGNIFICANT AMOUNT OF DOCUMENTS THAT ARE BEING

01:51:15  13   RE-REVIEWED BECAUSE THEY SHOULD NOT HAVE BEEN DESIGNATED AS

01:51:18  14   PRIVILEGED, THEN I THINK THE WITNESSES WHO WERE DEPOSED FOR

01:51:21  15   WHOM THOSE ARE RELEVANT DOCUMENTS, SHOULD BE RE-DEPOSED.

01:51:25  16   MR. BORNSTEIN:  WITH RESPECT --

01:51:26  17   THE COURT:  FOR A TARGETED LIMITED AMOUNT OF TIME.

01:51:29  18   THIS IS NOT A DO-OVER, IT WILL NOT BE UNLIMITED, BUT I

01:51:34  19   THINK THAT'S ONLY FAIR.  IT'S NOT RIGHT TO HAVE WITNESSES BEING

01:51:36  20   DEPOSED WITHOUT THEIR DOCUMENTS.

01:51:38  21   MR. BORNSTEIN:  YOUR HONOR, WITH RESPECT TO THE

01:51:40  22   PRIVILEGE RE-REVIEW, I'M PERFECTLY HAPPY TO DISCUSS WITH THE

01:51:43  23   FEDERAL TRADE COMMISSION AND WITH THE MDL PLAINTIFFS, WHAT AN

01:51:47  24   APPROPRIATE SCOPE WOULD BE, BASED ON THE PARTICULAR DOCUMENTS

01:51:49  25   THAT WERE PRODUCED.

01:51:50  1          THE COURT:  WELL, IT WOULD ALSO BE THE TOPICS RAISED

01:51:53  2     IN THOSE DOCUMENTS.

01:51:54  3          MR. BORNSTEIN:  SURE.

01:51:54  4          THE COURT:  RIGHT.  THAT'S FAIR GAME.

01:51:56  5          MR. BORNSTEIN:  WITHIN A REASONABLE SCOPE YOUR HONOR.

01:51:57  6      I'M SURE WE CAN WORK OUT APPROPRIATE ADDITIONAL TIME FOR

01:52:03  7     WITNESSES WHO WERE AFFECTED BY THAT ON MATERIAL ISSUES.  THAT

01:52:08  8     WAS NOT WHAT I WAS INTENDING TO ADDRESS WHEN I WAS RESPONDING

01:52:10  9     TO YOUR HONOR.

01:52:11  10          THE COURT:  WELL, I'M GLAD YOU AGREE WITH ME, BECAUSE

01:52:13  11     I DON'T WANT TO SEE A LOT OF DISPUTES OVER WHETHER PEOPLE

01:52:17  12     SHOULD BE RE-DEPOSED OR NOT.

01:52:20  13          MR. BORNSTEIN:  I HOPE THERE WOULD BE AT LEAST SOME

01:52:22  14     SHOWING, YOUR HONOR, THAT THERE ARE MATERIAL DOCUMENTS THAT ARE

01:52:24  15     RELEVANT.

01:52:24  16      IT CAN'T JUST BE, IN OUR VIEW, A COMPLETE -- WE HAVE 30 OR

01:52:27  17     40 WITNESSES WHO HAVE BEEN DEPOSED.  I WOULDN'T WANT TO SEE

01:52:31  18     EACH AND EVERY ONE RE-DEPOSED WITHOUT A BASIS SHOWING THAT

01:52:35  19     THERE WERE DOCUMENTS BEING PRODUCED SUBSEQUENT TO THEIR

01:52:37  20     DEPOSITION THAT ARE IN SOME WAY RELEVANT OR MATERIAL TO THE

01:52:40  21     ISSUES IN THE CASE.

01:52:41  22          THE COURT:  AND SO WHAT DO YOU THINK THAT'S GOING TO

01:52:43  23     BE?

01:52:44  24      IF YOU ARE SAYING THEY NEED TO JUST SAY, THESE DOCUMENTS

01:52:47  25     WERE PRODUCED ON X DATE, THE DEPOSITION TOOK PLACE 30 DAYS

01:52:51  1    BEFORE X DATE?  AND THEN YOU ARE SAYING THEY ARE GOING TO HAVE

01:52:55  2    TO BRIEF IT AS TO WHY THOSE DOCUMENTS ARE RELEVANT TO A

01:52:58  3    MATERIAL ISSUE?

01:52:58  4         BECAUSE I DON'T WANT TO CREATE TOO MUCH OF A BURDEN.  WE

01:53:02  5    ARE GETTING CLOSE TO THE END OF -- I MEAN, FACT DISCOVERY IS

01:53:02  6    SUPPOSED TO END NEXT WEEK.  SO I'M NOT GOING TO CREATE A HIGH

01:53:07  7    BURDEN.

01:53:08  8         I AGREE WITH YOU, THEY NEED TO SHOW THAT SOMETHING WAS

01:53:10  9    PRODUCED AFTER THAT RELEVANT WITNESS WAS DEPOSED, BUT I'M NOT

01:53:13  10   GOING TO REQUIRE THEM TO BRIEF WHY THAT IS RELEVANT, WHY THIS

01:53:17  11   IS MATERIAL, WHAT ELEMENT IS THIS MATERIAL TO, NO.

01:53:21  12        I'M NOT GOING TO CREATE A LOT OF UNNECESSARY SATELLITE

01:53:24  13   LITIGATION.  IT'S ONLY FAIR IF A WITNESS IS BEING DEPOSED

01:53:28  14   WITHOUT THAT WITNESS'S DOCUMENTS, THEN THEY NEED TO BE

01:53:31  15   RE-DEPOSED FOR A LIMITED TARGETED DEPOSITION.

01:53:35  16        MR. BORNSTEIN:  I WAS NOT SUGGESTING WE GO THROUGH A

01:53:37  17   BRIEFING PROCESS, YOUR HONOR, YOUR GUIDANCE IS VERY CLEAR, BUT

01:53:40  18   I DO THINK THAT WE CAN AND SHOULD HAVE A DISCUSSION ON A

01:53:45  19   WITNESS-BY-WITNESS BASIS WITH THE FTC AND THE MDL PLAINTIFFS.

01:53:49  20        I'M SURE WE CAN BE GROWNUPS ABOUT IT AND JUST MAKE SURE

01:53:52  21   THAT WE ARE NOT BRINGING PEOPLE BACK FOR DOCUMENTS THAT REALLY

01:53:55  22   ARE TANGENTIAL.

01:53:57  23        AND SO I WOULD JUST LIKE TO HAVE THE OPPORTUNITY TO HAVE

01:53:59  24   THOSE CONVERSATIONS WITH THE FTC AND THE MDL PLAINTIFFS.  I'M

01:54:04  25   SURE THEY DON'T WANT TO WASTE THEIR TIME EITHER, AND COME TO

```
01:54:06   1        GROUNDS ON WHO THE RIGHT PEOPLE ARE.
01:54:08   2            I DON'T EXPECT, GIVEN YOUR HONOR'S GUIDANCE, THAT WE WILL
01:54:11   3        HAVE A LOT OF DISAGREEMENTS --
01:54:12   4            THE COURT:   THERE SHOULDN'T BE, OTHERWISE YOU ARE
01:54:15   5        GOING TO HAVE TO SIT DOWN WITH ME, AND WE WILL GO INTO MY JURY
01:54:18   6        ROOM AND WE WILL HAVE TO HASH IT OUT, AND I WILL BE RIGHT THERE
01:54:18   7        BREATHING DOWN YOUR NECKS, BECAUSE I THINK THAT IT'S ONLY FAIR
01:54:20   8        THAT IF DOCUMENTS HAVE NOT BEEN PRODUCED UNTIL AFTER A WITNESS
01:54:23   9        HAS BEEN DEPOSED, THAT PERSON SHOULD BE DEPOSED.
01:54:26  10            AND I DON'T WANT A LOT OF SATELLITE LITIGATION, OH, THIS
01:54:28  11        IS A TANGENTIAL DOCUMENT, THAT'S NOT MATERIAL TO YOUR ELEMENTS.
01:54:33  12        BRIEF WHY IT'S MATERIAL.   I'M NOT GOING TO HAVE -- THAT IS A
01:54:34  13        BUNCH OF BUSY WORK THAT'S UNNECESSARY.
01:54:38  14            I'M REALLY DISTURBED BY THE VERY HIGH PERCENTAGE OF
01:54:42  15        OVER-DESIGNATED PRIVILEGE DOCUMENTS.   67 PERCENT OF DOCUMENTS
01:54:46  16        ARE BEING UNDESIGNATED AS INAPPROPRIATELY WITHHELD FOR
01:54:51  17        PRIVILEGE.
01:54:52  18            SO I THINK THE BURDEN IS NOT GOING TO BE HIGH.   IF YOU
01:54:56  19        HAVE A WITNESS THAT HAS BEEN DEPOSED AND A LOT OF DOCUMENTS
01:54:59  20        WERE PRODUCED AFTER THAT WITNESS WAS DEPOSED, I WOULD ALLOW
01:55:04  21        ADDITIONAL DEPOSITION TIME, OKAY?
01:55:07  22            AND IF I HAVE TO CHANGE THE CASE SCHEDULE IN ORDER TO MAKE
01:55:10  23        THAT HAPPEN, I WILL DO IT.
01:55:11  24            MR. BORNSTEIN:   YOUR HONOR'S VIEW IS VERY CLEAR.
01:55:13  25        THANK YOU.
```

01:55:14  1          THE COURT:  NOW, I DON'T WANT THAT TO BE ABUSED BY

01:55:20  2   THE PLAINTIFFS.

01:55:21  3          YOU KNOW, PLAINTIFFS OVERREACH ALL THE TIME, AND IT JUST

01:55:25  4   WILL CAUSE YOU MORE HEADACHES AS WELL.  SO DON'T OVERREACH.

01:55:30  5   THIS NEEDS TO BE ONLY TARGETED, ONLY LIMITED.  THIS IS NOT A

01:55:33  6   FREE DO-OVER ON EVERYBODY.  IT'S GOT TO BE TARGETED AND

01:55:36  7   LIMITED, AND YOU NEED TO BE REASONABLE IN WHAT YOU ARE

01:55:38  8   REQUESTING.

01:55:38  9          MS. BONN:  ABSOLUTELY, YOUR HONOR.

01:55:40  10         THE ONE ADDITIONAL POINT I WOULD MAKE IS THAT WE ARE

01:55:44  11  SEEING THAT IT'S NOT MERELY THE PRIVILEGE LOG PROBLEMS THAT ARE

01:55:47  12  CAUSING ADDITIONAL DOCUMENTS TO BE PRODUCED, BUT RATHER THERE

01:55:51  13  ARE SIGNIFICANT VOLUMES OF DOCUMENTS THAT QUALCOMM HAS BEEN

01:55:55  14  PRODUCING IN THE LAST SIX WEEKS, INCLUDING OVER THIS WEEKEND,

01:55:58  15  PURPORTEDLY IN THE SD CAL CASE, AND YET THEY ARE DOCUMENTS THAT

01:56:03  16  ARE FROM CUSTODIANS IN OUR CASE, AND WE ARE SEEING THAT THEY

01:56:07  17  ARE HIGHLY RELEVANT DOCUMENTS.

01:56:08  18         AND, FOR EXAMPLE, EVEN THIS WEEKEND, QUALCOMM PRODUCED

01:56:11  19  OVER 100,000 DOCUMENTS FOR CUSTODIANS IN OUR CASE, BUT WITH THE

01:56:16  20  APPLE BATES LABEL.  WE ARE SEEING THAT THERE ARE RELEVANT

01:56:20  21  DOCUMENTS.

01:56:20  22         AND AS JUST ONE EXAMPLE, IT APPEARS THAT 30,000 OF THOSE

01:56:25  23  DOCUMENTS RELATE TO MR. GONELL WHO IS A QTL LICENSING EXECUTIVE

01:56:29  24  WHO FREQUENTLY INTERACTED WITH APPLE.  HE HAS KNOWLEDGE OF

01:56:33  25  RELEVANT PATENT ISSUES FOR THE MDL PLAINTIFFS IN HIS DEPOSITION

01:56:37  1    PAST.

01:56:38  2         SO IT'S NOT MERELY THE PRIVILEGE LOG ISSUE, BUT THERE ARE

01:56:40  3    RELEVANT DOCUMENTS, A SIGNIFICANT VOLUME OF WHICH QUALCOMM IS

01:56:44  4    PRODUCING IN THE SD CAL CASE, AND WE ARE AFRAID IT WILL

01:56:47  5    CONTINUE BECAUSE APPARENTLY THEIR DISCOVERY CUTOFF IN THE SD

01:56:50  6    CAL CASE DOESN'T COME UNTIL MID-MAY.

01:56:53  7         SO THEY ARE ESSENTIALLY CONTINUING TO ROLL OUT LARGE

01:56:55  8    VOLUMES OF DOCUMENTS, PURPORTEDLY IN THAT CASE, AND YET WE ARE

01:56:59  9    FINDING IN OUR REVIEW THAT THEY ARE ALSO RELEVANT IN OUR CASE

01:57:02  10   AND SHOULD HAVE BEEN PRODUCED IN OUR CASE.

01:57:04  11        THE COURT:  I WILL ALLOW WITNESSES TO BE DEPOSED

01:57:06  12   THREE TIMES, IF THAT'S NECESSARY.  THAT'S MY WARNING TO

01:57:10  13   QUALCOMM.

01:57:10  14        IF IT TURNS OUT THAT YOU ARE PRODUCING DOCUMENTS THAT ARE

01:57:14  15   HIGHLY RELEVANT IN THIS CASE, AT THE END OF THE FACT DISCOVERY

01:57:17  16   PERIOD, AND THESE WITNESSES HAVE ALREADY BEEN DEPOSED, THEN I

01:57:20  17   WILL ALLOW THEM TO BE DEPOSED AGAIN.

01:57:22  18        AND THEN IF IT TURNS OUT ON MAY 1ST YOU ARE DUMPING A LOT

01:57:25  19   OF DOCUMENTS IN THE SAN DIEGO CASE THAT WOULD HAVE BEEN

01:57:28  20   RELEVANT TO THESE ISSUES, I WILL ALLOW THEM TO BE DEPOSED AGAIN

01:57:31  21   IN MAY.  SO THAT IS THE RISK THAT YOU TAKE.

01:57:33  22        MR. BORNSTEIN:  YOUR HONOR, THIS WAS THE ISSUE I WAS

01:57:34  23   GOING TO ADDRESS RATHER THAN THE PRIVILEGE ISSUE, BECAUSE WE

01:57:37  24   DID, IN THIS CASE, A VERY FULL PRODUCTION IN RESPONSE TO THE

01:57:41  25   REQUESTS THAT WERE SERVED IN THIS CASE.  WE VALIDATED IT WITH

01:57:45  1    OUR TECHNOLOGY-ASSISTED REVIEW MODEL.  WE SHARED THE STATISTICS

01:57:50  2    WITH THE PLAINTIFFS.  IT WAS EXTREMELY ROBUST, 89 PERCENT

01:57:54  3    RECALL COMPARED TO A 75 OR SO PERCENT THAT IS IN THE LITERATURE

01:57:58  4    AND HAS BEEN ACCEPTED IN PRIOR CASES.

01:58:01  5          WE ARE PRODUCING DOCUMENTS IN THE SOUTHERN DISTRICT IN

01:58:04  6    RESPONSE TO DIFFERENT REQUESTS.

01:58:05  7               THE COURT:  IF THEY ARE RELEVANT TO THIS CASE, THEN

01:58:08  8    I'M GOING TO ALLOW ANOTHER DEPOSITION.

01:58:10  9          SO I'M JUST TELLING YOU, YOU RUN THE RISK, IF YOU ARE

01:58:13 10    HOLDING OFF, BECAUSE I WANT THIS CASE DECIDED ON THE MERITS.  I

01:58:18 11    DO NOT LIKE CASES TO BE DECIDED ONE WAY OR THE OTHER BECAUSE

01:58:21 12    RELEVANT INFORMATION HAS BEEN WITHHELD, OKAY?

01:58:24 13          SO I AM JUST TELLING YOU, IF YOU ARE GOING TO DELAY

01:58:28 14    PRODUCTION OF RELEVANT DOCUMENTS, I WILL ALLOW AS MANY

01:58:32 15    DEPOSITIONS AS IS NECESSARY FOR A WITNESS TO BE APPROPRIATELY

01:58:35 16    DEPOSED ON THEIR OWN DOCUMENTS.

01:58:37 17               MR. BORNSTEIN:  YOUR HONOR, I NEED TO BE VERY CLEAR.

01:58:39 18    THERE IS ABSOLUTELY NO DELAY OF PRODUCTION IN THIS CASE.

01:58:43 19          WE ARE GETTING STILL, REQUESTS FROM APPLE AND FROM THE

01:58:47 20    CONTRACT MANUFACTURERS IN THE SOUTHERN DISTRICT.  WE HAVE

01:58:50 21    RECEIVED LITERALLY HUNDREDS, I THINK WE ARE ON 300 RFP'S

01:58:55 22    350-SOME RFP'S IN THE SOUTHERN DISTRICT.

01:58:59 23          OUR DOCUMENT PRODUCTION IN THAT CASE, WE REQUESTED TO HAVE

01:59:03 24    A SUBSTANTIAL COMPLETION DATE, AND MAGISTRATE IN THE SOUTHERN

01:59:06 25    DISTRICT SET A SUBSTANTIAL COMPLETION DATE OF MAY 11TH.  WE

01:59:10  1    ACTUALLY WOULD HAVE PREFERRED SOMETHING EARLIER SO WE COULD

01:59:12  2    HAVE GOTTEN APPLE'S DOCUMENTS EARLIER.

01:59:16  3         WE ARE IN NO WAY DELAYING OUR PRODUCTION OF DOCUMENTS IN

01:59:19  4    THIS CASE OR --

01:59:19  5              THE COURT:  WELL, I'M NOT SAYING THAT YOU ARE

01:59:21  6    DELAYING PRODUCTION, WHAT I'M JUST TELLING YOU IS THAT THIS

01:59:25  7    CASE WILL BE DECIDED ON THE MERITS.

01:59:27  8         SO EVERY WITNESS WILL BE DEPOSED WITH REGARD TO THEIR

01:59:30  9    RELEVANT DOCUMENTS.  AND IF IT TURNS OUT THAT THERE ARE

01:59:33  10   RELEVANT DOCUMENTS THAT WERE NOT PRODUCED IN TIME FOR THIS

01:59:37  11   PERSON'S DEPOSITION, THEY WILL BE DEPOSED AGAIN.

01:59:39  12             MR. BORNSTEIN:  BUT YOUR HONOR, THIS IS PURELY AN

01:59:42  13   ARTIFACT OF THE SCHEDULES THAT WE HAVE THAT DON'T OVERLAP WITH

01:59:46  14   ONE ANOTHER.

01:59:47  15        WE HAD TO HAVE OUR DEPOSITIONS COMPLETED IN THIS CASE BY

01:59:50  16   MARCH 30TH, SUBJECT TO THE FEW THAT I KNOW ARE IN THE CASE

01:59:53  17   MANAGEMENT STATEMENT.

01:59:54  18        WE COULDN'T GET ALL OF THE DOCUMENTS DONE THAT ARE

01:59:56  19   RELEVANT IN THE SOUTHERN DISTRICT EARLIER.  WE COULDN'T PUSH

02:00:01  20   THESE DEPOSITIONS OUT BECAUSE WE HAD A SCHEDULE THAT REQUIRED

02:00:04  21   US TO GET THEM DONE BY MARCH 30TH.

02:00:06  22             THE COURT:  I JUST THINK IT'S INCONSISTENT.  WITH

02:00:08  23   REGARD TO THE SANCTIONING OF APPLE YOU SAID, LOOK, THESE ARE

02:00:11  24   ALL THE SAME THINGS, THESE ARE ESSENTIALLY THE SAME CASES, THE

02:00:14  25   DOCUMENTS THAT ARE RELEVANT IN THAT CASE ARE RELEVANT HERE.

02:00:16   1          SO I GUESS I'M JUST -- IN MY MIND, THE CASES ARE NOT SO

02:00:19   2     DISTINCT THAT THE DISCOVERY IS NOT OVERLAPPING.

02:00:22   3              MR. BORNSTEIN:  BUT YOUR HONOR, THERE ARE A NUMBER OF

02:00:25   4     CLAIMS IN THE SOUTHERN DISTRICT CASE THAT ARE ENTIRELY NOT

02:00:28   5     BEFORE THIS COURT RELATING TO CONTRACT ISSUES, PATENT ISSUES.

02:00:31   6              THE COURT:  WELL, THE PATENT ISSUES, YOU DON'T EVEN

02:00:33   7     HAVE TO PRODUCE ON.  DIDN'T I SEE THAT FOOTNOTE THAT YOU ARE

02:00:36   8     NOT REQUIRED TO PRODUCE ANY DOCUMENTS IN EITHER THE FTC CASE OR

02:00:41   9     THE MDL BASED ON THOSE PATENTS?

02:00:43  10              MR. BORNSTEIN:  WE DON'T PRODUCE THE PATENT ONES,

02:00:45  11     THAT'S TRUE.  BUT WE HAVE A NUMBER OF CLAIMS THAT ARE SEPARATE,

02:00:47  12     AND WE ALSO HAVE A LARGE NUMBER OF CUSTODIANS IN THE SOUTHERN

02:00:51  13     DISTRICT CASE FROM WHOM DOCUMENTS ARE BEING PRODUCED THAT WERE

02:00:54  14     NOT CUSTODIANS HERE BECAUSE WE REACHED AGREEMENT WITH APPLE ON

02:00:57  15     THE PRODUCTION.

02:00:58  16          AND THERE ARE DOCUMENTS THAT MAY COME FROM THE FILE OF THE

02:01:01  17     FILES OF AN INDIVIDUAL WHO WAS A CUSTODIAN IN THE SOUTHERN

02:01:04  18     DISTRICT WHO CORRESPONDS WITH SOMEBODY WHO IS A CUSTODIAN HERE

02:01:10  19     THAT ARE PRODUCED BECAUSE THEY ARE BROUGHT IN THROUGH THE

02:01:13  20     SOUTHERN DISTRICT PRODUCTION.

02:01:14  21          THERE'S JUST NO WAY WE COULD HAVE GOTTEN EVERYTHING DONE

02:01:17  22     WITHIN A TIME THAT WE WOULD HAVE PRODUCED EVERYTHING BEFORE THE

02:01:20  23     DEPOSITIONS IN THIS CASE HAD TO HAPPEN.

02:01:22  24              SO THE RESULT --

02:01:23  25              THE COURT:  WELL, IT DOESN'T MATTER.  THEY ARE GOING

```
02:01:25   1        TO BE DEPOSED AGAIN.  LET'S MOVE ON, PLEASE.

02:01:27   2            OKAY.  NOW, LET'S GO THROUGH THE OTHER ISSUES THAT YOU ALL

02:01:30   3    HAVE RAISED.  NOW, I'M JUST WONDERING WITH REGARD TO ANY

02:01:36   4    OUTSTANDING MEETING AND CONFERRING THAT'S HAPPENING NOW, IS

02:01:39   5    THAT WITH REGARD TO ANY CUSTODIANS WHO HAVE YET TO BE DEPOSED,

02:01:47   6    OR IS THAT FOR CUSTODIANS THAT HAVE ALREADY BEEN DEPOSED?

02:01:50   7            I GUESS THIS IS A QUESTION FOR THE FTC FOR MS. GILLEN, OR

02:01:54   8    MR. BAKER.

02:01:57   9            MS. GILLEN:  YOUR HONOR, THERE ARE A FEW DIFFERENT

02:01:59  10    MEET AND CONFER DISCUSSIONS THAT ARE ONGOING.

02:02:00  11            THE FIRST IS WITH RESPECT TO THE DEPOSITION OF DR. JACOBS

02:02:07  12    FROM QUALCOMM.  HE HAS NOT BEEN DEPOSED YET.  HIS DEPOSITION

02:02:10  13    WAS SCHEDULED TO OCCUR NEXT WEEK ON MARCH 29TH AND 30TH.  WE

02:02:15  14    JUST LEARNED TWO DAYS AGO THAT HE IS NO LONGER AVAILABLE FOR

02:02:20  15    HIS DEPOSITION.

02:02:20  16            THE COURT:  WHAT'S HIS REASON FOR BECOMING

02:02:23  17    UNAVAILABLE?

02:02:26  18            MR. BORNSTEIN:  YOUR HONOR, I DON'T KNOW.  THE

02:02:28  19    CIRCUMSTANCES WITH DR. JACOBS, YOU MAY HAVE SEEN IN THE PRESS,

02:02:32  20    HE WAS THE EXECUTIVE CHAIRMAN OF THE COMPANY, HE WAS A BOARD

02:02:35  21    MEMBER OF THE COMPANY.  HE CEASED TO BE EXECUTIVE CHAIRMAN A

02:02:38  22    COUPLE OF WEEKS AGO, AND AS OF TOMORROW, HE WILL NO LONGER BE

02:02:41  23    ON THE BOARD.

02:02:42  24            AND HE, AS HAS BEEN REPORTED IN THE PRESS, IS IN THE

02:02:45  25    PROCESS OF TRYING TO GATHER INVESTORS TO PURCHASE QUALCOMM AND
```

02:02:49  1    TAKE IT PRIVATE.

02:02:50  2         SO HIS -- HE'S NOT WITHIN OUR CONTROL, IF I CAN PUT IT

02:02:54  3    THAT WAY, YOUR HONOR.  SO HE INFORMED US A COUPLE OF DAYS AGO

02:02:57  4    THAT HE HAD A CONFLICT THAT DEVELOPED, BUT HE OFFERED US TO BE

02:03:02  5    DEPOSED THE VERY NEXT WEEK.

02:03:04  6         I UNDERSTAND THE FEDERAL TRADE COMMISSION HAS A CONFLICT

02:03:07  7    THAT FIRST WEEK OF APRIL, BUT I BELIEVE WE'VE REACHED A DATE

02:03:11  8    THAT IS ACCEPTABLE FOR DR. JACOBS AND FOR THE FTC.

02:03:14  9         AND THIS IS SOMETHING THAT I LEARNED JUST AN HOUR

02:03:18 10    BEFORE --

02:03:18 11         THE COURT:  THIS IS WHAT, APRIL 17TH?

02:03:21 12         MR. BORNSTEIN:  I BELIEVE THAT'S THE DATE THAT THE

02:03:22 13    FTC COUNSEL IS CONSIDERING AND WAS GOING TO GET BACK TO US ON,

02:03:26 14    YES.

02:03:27 15         WE HAD OFFERED APRIL 4TH AND 5TH WHEN HE WAS AVAILABLE,

02:03:30 16    AND THEY HAD CONFLICT AND THAT DIDN'T WORK OUT.  WE ADVISED

02:03:34 17    THEM AS SOON AS WE WERE ADVISED.

02:03:38 18         MS. GILLEN:  YES.

02:03:38 19         AND THE FEDERAL TRADE COMMISSION HAS ASKED QUALCOMM TO

02:03:42 20    CHECK WHETHER DR. JACOBS IS AVAILABLE THE WEEK PRIOR, THE WEEK

02:03:46 21    OF APRIL 9TH.  HOWEVER, WE ARE AVAILABLE TO TAKE HIS DEPOSITION

02:03:51 22    ON APRIL 17TH AND 18TH, IF NECESSARY.

02:03:54 23         THE COURT:  WHAT'S YOUR CONFLICT?

02:03:56 24         MS. GILLEN:  I UNDERSTAND OUR LEAD COUNSEL HAS A

02:04:01 25    PERSONAL CONFLICT THE FIRST WEEK OF APRIL THAT WAS SCHEDULED

02:04:06  1    LONG AGO, ANTICIPATING THAT DISCOVERY WOULD BE CLOSING ON

02:04:09  2    MARCH 30TH.

02:04:13  3             THE COURT:  NOW, IF YOU DON'T GET THE DEPOSITION OF

02:04:15  4    DR. JACOBS UNTIL THE 17TH, I DON'T KNOW, WILL YOU GET A ROUGH

02:04:22  5    TRANSCRIPT THE SAME DAY, OR -- BECAUSE YOUR OPENING EXPERT

02:04:26  6    REPORT IS CURRENTLY DUE ON APRIL 20TH, WHICH WOULD BE THREE

02:04:29  7    DAYS LATER.  HOW ARE YOU GOING TO MAKE THAT WORK?

02:04:33  8        I MEAN, I COULD ORDER HIM TO BE AVAILABLE.  YOU CAN HAVE A

02:04:37  9    COURT ORDER AND I WILL HOLD HIM IN CONTEMPT IF HE DOESN'T SHOW

02:04:41 10    UP NEXT WEEK.  I'M NOT EVEN HEARING A REASON WHY HE'S NOT

02:04:44 11    AVAILABLE NEXT WEEK.

02:04:45 12             MR. SPEAKER 2:  I DON'T HAVE A REASON TO GIVE YOU.

02:04:47 13    THERE'S NOTHING I'M WITHHOLDING, I'M GIVING YOU AND THE FTC AND

02:04:51 14    THE MDL PLAINTIFFS EVERYTHING I KNOW.

02:04:53 15        AS I SAID, HE IS NO LONGER SOMEBODY THAT IS WITHIN THE

02:04:57 16    COMPANY'S CONTROL, AND I JUST DON'T HAVE ANY FURTHER

02:04:59 17    INFORMATION.

02:04:59 18             THE COURT:  WELL, I COULD HOLD HIM IN CONTEMPT AND WE

02:05:02 19    WILL GO IN QUASI-CRIMINAL PROCEEDINGS AS TO WHY HE'S NOT

02:05:05 20    SHOWING UP.

02:05:06 21        I MEAN, WHY IS HE SUDDENLY NOT AVAILABLE?  NOT BEING

02:05:09 22    DEPOSED UNTIL THE 17TH THEN CREATES PROBLEMS FOR THE SCHEDULE

02:05:13 23    BECAUSE THEN THEY HAVE TWO BUSINESS DAYS BEFORE THEIR EXPERT

02:05:15 24    REPORT IS DUE.

02:05:19 25             MR. VAN NEST:  EXCUSE ME, YOUR HONOR.

02:05:20   1        I THOUGHT -- I HAVE BEEN PARTICIPATING ON THE OUTSIDE OF

02:05:25   2   THIS, BUT I THINK AS WE PUT IN THE CMC STATEMENT, WE HAVE ALL

02:05:28   3   AGREED TO A SHORT BUMP IN THE EXPERT SCHEDULE TO ACCOMMODATE

02:05:32   4   JUST EXACTLY THAT.

02:05:33   5        IF YOU LOOK AT PAGE 2 OF THE SUPPLEMENTAL THAT WE FILED

02:05:38   6   YESTERDAY.

02:05:38   7            THE COURT:  IS THAT GOING TO GIVE THEM ENOUGH TIME?

02:05:40   8   IT'S LESS THAN TWO WEEKS.

02:05:42   9            MR. VAN NEST:  WELL, THEY WERE AWARE, I THINK, I WILL

02:05:45  10   LET THEM SPEAK FOR THEMSELVES, BUT THEY WERE AWARE OF THESE

02:05:48  11   DATE ISSUES WHEN WE ALL AGREED, AND I THINK WE ALL AGREED THEY

02:05:52  12   WOULD GET IT DONE.

02:05:52  13            MS. GILLEN:  YOUR HONOR, THIS IS ELIZABETH GILLEN.

02:05:55  14        THE FTC AGREES THAT WITH THE SHORT EXTENSION WE PROPOSED

02:05:59  15   OF MAKING OUR EXPERT REPORTS DUE ON APRIL 30TH, THAT THE

02:06:03  16   DEPOSITION OF DR. JACOBS ON APRIL 17TH AND 18TH WOULD BE

02:06:06  17   WORKABLE IN THAT CASE.

02:06:12  18            THE COURT:  ALL RIGHT.  LET'S TALK ABOUT SOME OF THE

02:06:14  19   OTHER ISSUES IN YOUR JOINT CASE MANAGEMENT STATEMENTS.

02:06:18  20        THE REQUEST FOR ADMISSION FOR THE PLAINTIFFS TO DEFINE THE

02:06:21  21   CLASS NOW, I DON'T REQUIRE THEM TO DO THAT NOW.  THEY WILL

02:06:26  22   DEFINE THAT IN THEIR MOTION FOR CLASS CERT.  SO LET'S AVOID,

02:06:30  23   UNNECESSARILY, A BUNCH OF DISCOVERY DISPUTES AND SAVE

02:06:34  24   JUDGE COUSINS ON THAT, OKAY?

02:06:36  25        NOW, LET'S GO TO THE NEXT ISSUE.  DEPOSING SIX NEW

02:06:40  1    QUALCOMM EMPLOYEES, QUALCOMM SAYS PLAINTIFF HAS KNOWN ABOUT

02:06:44  2    THESE EMPLOYEES FOR MONTHS.  BUT ALSO, QUALCOMM SAYS THAT THEY

02:06:48  3    ONLY GOT THE DOCUMENTS FOR THESE EMPLOYEES WEEKS AGO, AS OF

02:06:52  4    MARCH 9TH.

02:06:54  5         SO I GUESS TO ME, IT SEEMS REASONABLE THAT IF YOU DON'T

02:06:58  6    GET THE DOCUMENTS FOR SOMEBODY, AND YOU ARE GETTING A LARGE

02:07:02  7    VOLUME OF DOCUMENTS, THAT IT'S GOING TO TAKE A FEW WEEKS TO

02:07:06  8    FIGURE OUT WHAT'S IN THOSE DOCUMENTS AND WHETHER YOU NEED THOSE

02:07:09  9    WITNESSES.

02:07:11  10        SO I WOULD ALLOW THOSE SIX QUALCOMM EMPLOYEE DEPOSITIONS.

02:07:15  11             MR. VAN NEST:  YOUR HONOR, WITH ALL DUE RESPECT, WE

02:07:17  12    HAVE ALREADY WORKED OUT MOST OF THAT.  WE ALREADY AGREED THAT

02:07:20  13    AS TO THE FIRST THREE, WE WOULD PROVIDE ONE, AND WITHDRAW THE

02:07:23  14    OTHER TWO THAT WERE ON OUR RULE 26 DISCLOSURES.

02:07:28  15        THE OTHER WITNESSES WERE NEVER ON OUR RULE 26 DISCLOSURES

02:07:32  16    AT ALL.  WE DON'T INTEND TO RELY ON THEM.  IT'S NOT A QUESTION

02:07:36  17    OF DOCUMENTS, THEY WERE PEOPLE THAT CAME UP THAT HAD BEEN KNOWN

02:07:40  18    TO THE PLAINTIFF SINCE DAY ONE.  THEY WERE MENTIONED IN

02:07:43  19    DEPOSITIONS BACK IN JANUARY AND EARLY FEBRUARY.  WE ARE STILL

02:07:45  20    NEGOTIATING, SO --

02:07:47  21             THE COURT:  WELL, I MEAN, THEY CAME UP IN DEPOSITIONS

02:07:49  22    LAST MONTH.  SO I GUESS I DON'T SEE WHAT'S SO LATE.  I'M

02:07:52  23    LOOKING AT WHAT YOU FILED, ECF 376, PAGE 15, THAT SAYS,

02:08:04  24    "PLAINTIFF'S IMPLICATION THAT QUALCOMM HAS NOT PRODUCED ANY

02:08:06  25    RESPONSIVE DOCUMENTS FROM THE FILES OF THESE WITNESSES IS

02:08:09   1      SIMPLY FALSE.  QUALCOMM PRODUCED DOCUMENTS FOR THESE WITNESSES

02:08:12   2      WEEKS AGO AND TOLD PLAINTIFFS SO BEFORE THE LAST JCMS WHEN THEY

02:08:17   3      INQUIRED."

02:08:19   4              MR. VAN NEST:  BUT, YOUR HONOR --

02:08:20   5              THE COURT:  I MEAN, I GUESS IT SEEMS REASONABLE THAT

02:08:24   6      IF YOU GET DOCUMENTS FROM A WITNESS AND YOU GET SOME TIME TO

02:08:28   7      REVIEW THOSE DOCUMENTS, YOU COULD MAKE A DECISION THAT THIS

02:08:31   8      WITNESS SHOULD BE DEPOSED.  THAT DOES NOT SEEM UNREASONABLE.

02:08:35   9              MR. VAN NEST:  NO.  THAT'S NOT UNREASONABLE.

02:08:38  10         THESE DOCUMENTS DON'T PERTAIN TO THE WITNESSES THAT WE

02:08:40  11      STILL HAVE AN OPEN ISSUE ON.  THOSE DOCUMENTS PERTAIN TO

02:08:43  12      WITNESSES THAT WE'VE RESOLVED.

02:08:44  13         THE WITNESSES THAT WE ARE STILL WORKING ON ARE WITNESSES

02:08:47  14      THAT WERE NEVER ON OUR RULE 26 LIST TO BEGIN WITH, WE ARE NOT

02:08:51  15      GOING TO CALL THEM IN THE TRIAL.

02:08:53  16         WE ARE STILL MEETING AND CONFERRING, FRANKLY, WITH THE

02:08:56  17      CLASS PLAINTIFFS ON THEM, BUT THEY ARE NOT PEOPLE THAT ARE

02:08:59  18      AFFECTED BY DOCUMENTS, THEY'RE NOT PEOPLE THAT WERE EVER ON OUR

02:09:03  19      LIST.  THEY ARE NOT PEOPLE WE ARE GOING TO CALL IN THE TRIAL.

02:09:05  20         AND, FRANKLY, WE SAID, WHY DID YOU GUYS WAIT SO LONG TO

02:09:11  21      INDICATE YOU WANTED THESE PEOPLE, IF YOU DID?

02:09:12  22         AS YOUR HONOR KNOWS, WE HAD VERY EARLY DEADLINES FOR

02:09:15  23      PRODUCTION, WE HAD VERY EARLY DEADLINES FOR SUBPOENAS.  WE HAVE

02:09:21  24      BEEN WORKING VERY HARD TO GET ALL THE DEPOSITIONS DONE.  IT

02:09:24  25      WASN'T UNTIL AFTER THE LAST CMC WHEN YOUR HONOR ASKED FOR THE

02:09:27  1    LODESTAR THAT THIS REQUEST WAS EVEN MADE.

02:09:32  2         IN OTHER WORDS, THEY HAVE BEEN GOING ALONG VERY HAPPY TO

02:09:34  3    COATTAIL WITH THE FTC, AND IT WASN'T UNTIL AFTER THE LAST CMC

02:09:39  4    WHEN YOUR HONOR SAID, I WOULD LIKE IT SEE YOUR LODESTAR, THE

02:09:42  5    VERY FIRST TIME WE GET A 30(B)(6) NOTICE, REQUEST FOR

02:09:47  6    DEPOSITIONS, A BUNCH OF SUBPOENAS TO THIRD PARTIES.

02:09:50  7         NOW WE HAVE WORKED THESE ALL OUT.  WE HAVE TWO MORE WE ARE

02:09:54  8    WORKING ON, AND WHAT I WOULD LIKE TO DO IS HAVE AN OPPORTUNITY

02:09:56  9    TO WORK THAT OUT WITH THE FTC OR GET IT RESOLVED BY

02:10:00  10   JUDGE COUSINS IF WE CAN'T DO IT.

02:10:03  11        BUT IT'S NOT A SITUATION WHERE THEY GOT DOCUMENTS LATE ON

02:10:06  12   THESE PEOPLE OR ANYBODY SANDBAGGED ANYBODY, OTHER THAN THEY

02:10:10  13   HAVE KNOWN ABOUT THESE GUYS ALL ALONG, THEY SHOULD HAVE GIVEN

02:10:14  14   US NOTICE MUCH EARLIER WHEN WE WORKED OUT THE SCHEDULE.

02:10:17  15        AND WE HAVE AGREED TO GIVE THEM ONE OF THE SIX ALREADY.

02:10:20  16   AND WE ARE DOWN TO TWO WITNESSES THAT WE ARE TALKING ABOUT THAT

02:10:22  17   ARE AT ISSUE WHERE THERE'S NO DOCUMENT ISSUE AT ALL.

02:10:26  18        MS. BONN:  MAY I RESPOND, YOUR HONOR?

02:10:26  19        THE COURT:  GO AHEAD, PLEASE.

02:10:27  20        MS. BONN:  THE TWO WITNESSES WHO WERE LEFT IN DISPUTE

02:10:32  21   ARE MR. TIEDEMANN AND MR. KATOUZIAN.  AND THE ISSUE HERE IS

02:10:36  22   PRECISELY THAT QUALCOMM OMITTED THEM FROM THE INITIAL

02:10:39  23   DISCLOSURES.

02:10:40  24        THE POINT OF THE INITIAL DISCLOSURES IS NOT, HERE ARE THE

02:10:43  25   WITNESSES I INTEND TO CALL AT TRIAL, IT'S HERE ARE PEOPLE WHO

02:10:47  1    THEY HAVE DISCOVERABLE INFORMATION.

02:10:49  2         AND WHAT QUALCOMM DID IS THEY LISTED ON THEIR RULE 26

02:10:52  3    DISCLOSURES, PEOPLE WHO WERE DIRECT REPORTS TO MR. KATOUZIAN

02:10:55  4    AND MR. TIEDEMANN, AND SAID THEY WOULD HAVE KNOWLEDGE ON

02:10:58  5    CERTAIN KEY ISSUES.

02:10:59  6         AND YET WHEN WE DEPOSED THOSE DIRECT REPORTS, THEY

02:11:02  7    FREQUENTLY SAID THINGS LIKE, I ACTUALLY DON'T KNOW ABOUT THAT,

02:11:05  8    YOU HAVE TO ASK MY BOSS.

02:11:06  9         AND WITH THE LARGE VOLUME OF DOCUMENTS THAT HAVE BEEN

02:11:08  10   ROLLING IN IN THE LAST SIX WEEKS, COMBINED WITH WHAT'S HAPPENED

02:11:12  11   IN THOSE DEPOSITIONS, WE REALIZED THAT THESE TWO KEY EXECUTIVES

02:11:15  12   ARE PARTICULARLY IMPORTANT.

02:11:16  13        MR. TIEDEMANN IS OFTEN DESCRIBED AS THE HEAD OR THE CHIEF

02:11:21  14   STRATEGIST BEHIND QUALCOMM'S STANDARDS SETTING ACTIVITIES, AND

02:11:26  15   MR. KATOUZIAN IS THE HEAD OF THEIR MOBILE CHIP UNIT, AND THERE

02:11:29  16   WERE KEY PRICING AND MARGIN-RELATED QUESTIONS THAT HIS

02:11:33  17   SUBORDINATE WAS NOT ABLE TO ANSWER.

02:11:34  18        AND SO, YOU KNOW, IF THEY HAVE BEEN INCLUDED ON QUALCOMM'S

02:11:38  19   INITIAL DISCLOSURES EARLIER, WE MAY HAVE MADE A REQUEST

02:11:41  20   EARLIER.  THEY WEREN'T.  AND SO AS SOON AS IT BECAME APPARENT

02:11:45  21   THAT THESE WERE NECESSARY WITNESSES, WE MADE A REQUEST FOR THEM

02:11:48  22   ON MARCH 6TH, YOU KNOW, WELL IN ADVANCE.

02:11:51  23        THE COURT:  WHAT'S THE STATUS OF ALL SIX THAT WERE IN

02:11:54  24   YOUR JOINT CASE MANAGEMENT STATEMENT OF MARCH 9, 2018, I TOLD

02:11:58  25   THE PARTIES PLEASE MEET AND CONFER, TRY TO WORK THIS OUT AS

02:12:01  1    MUCH AS YOU CAN.

02:12:02  2        YOU FILED A SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT

02:12:05  3    ON MARCH 20TH OF 2018, AND THIS IS STILL NOT RESOLVED, EVEN

02:12:08  4    THOUGH I GAVE YOU AN OPPORTUNITY, THAT WAS THE TIME TO WORK IT

02:12:11  5    ALL OUT.

02:12:12  6        SO WHAT'S THE STATUS OF ALL SIX?  THAT YOU DON'T NEED,

02:12:16  7    WHAT IS THAT, YOU DON'T NEED THREE?

02:12:18  8            MS. BONN:  CORRECT, YOUR HONOR.

02:12:19  9        THE REMAINING THREE DEPOSITIONS THAT ARE STILL IN DISPUTE

02:12:22  10   ARE MR. TIEDEMANN, MR. KATOUZIAN AND OUR 30(B)(6) NOTICE WHICH

02:12:28  11   WE'RE CONTINUING TO MEET AND CONFER ON.  WE HAVE MADE AN EFFORT

02:12:31  12   TO NARROW IT IN RESPONSE TO QUALCOMM'S --

02:12:33  13           THE COURT:  WAIT, I THOUGHT YOUR SIX NEW QUALCOMM

02:12:36  14   EMPLOYEES IS SEPARATE FROM YOUR 30(B)(6) DISPUTE.

02:12:37  15           MS. BONN:  CORRECT.  THOSE ARE THE ONLY THREE

02:12:38  16   DEPOSITION DISPUTES WITH QUALCOMM THAT ARE REMAINING.

02:12:41  17           THE COURT:  OKAY.

02:12:41  18        SO OF THE SIX, QUALCOMM HAS AGREED TO GIVE YOU ONE.  AND

02:12:44  19   YOU HAVE WITHDRAWN YOUR REQUEST FOR THREE OUT OF THE SIX; IS

02:12:49  20   THAT RIGHT?

02:12:49  21           MS. BONN:  CORRECT.

02:12:50  22        AND WE ARE STILL MEETING AND CONFERRING ON THE OTHER TWO,

02:12:53  23   YOUR HONOR.

02:12:53  24           THE COURT:  THE OTHER TWO SHOULD BE DEPOSED.

02:12:56  25           MR. VAN NEST:  IF I MAY, YOUR HONOR.

24

| | | |
|---|---|---|
| 02:12:57 | 1 | THE RULE 26 DISCLOSURES THAT BOTH SIDES PROVIDED THE |
| 02:13:02 | 2 | PEOPLE WITH RELEVANT KNOWLEDGE THAT YOU INTEND TO RELY ON TO |
| 02:13:06 | 3 | PRESENT OR DEFEND A CLAIM, OUR RULE 26 DISCLOSURES WERE FULL |
| 02:13:09 | 4 | AND COMPLETE.  WE MADE DOCUMENT PRODUCTIONS EARLY.  WE WERE |
| 02:13:14 | 5 | SUBSTANTIALLY COMPLETE BY LATE NOVEMBER. |
| 02:13:17 | 6 | TO THE EXTENT THEY WANTED THESE PEOPLE, THEY SHOULD HAVE |
| 02:13:20 | 7 | ASKED FOR THEM EARLIER.  I DISAGREE THAT THE FOLKS THAT REPORT |
| 02:13:23 | 8 | TO THEM, AND IN SOME CASES THEIR BOSSES WERE ALL DEPOSED, |
| 02:13:27 | 9 | PROVIDED RELEVANT INFORMATION, IT IS NOW WITHIN A WEEK OF THE |
| 02:13:35 | 10 | CLOSE OF DISCOVERY.  AND AGAIN, THIS DIDN'T COME UP UNTIL THE |
| 02:13:38 | 11 | LAST CMC WITH RESPECT TO THESE FOLKS. |
| 02:13:41 | 12 | SO MY REQUEST FOR YOUR HONOR IS SIMPLY TO ALLOW US TO |
| 02:13:44 | 13 | CONTINUE MEETING AND CONFERRING. |
| 02:13:47 | 14 | THE COURT:  YOU'VE ALREADY HAD AN OPPORTUNITY TO MEET |
| 02:13:49 | 15 | AND CONFER.  DISCOVERY CLOSES NEXT WEEK.  THOSE TWO NEED TO BE |
| 02:13:53 | 16 | DEPOSED TIEDEMANN AND KATOUZIAN. |
| 02:13:56 | 17 | WE ARE RUNNING OUT OF TIME HERE, AND I'M GOING TO DECIDE |
| 02:13:59 | 18 | WHAT'S LEFT.  LET'S SEE, NOW THIS THIRD PARTY, I UNDERSTAND YOU |
| 02:14:05 | 19 | BRIEFED IT ON MARCH 9TH IN YOUR JOINT CASE MANAGEMENT STATEMENT |
| 02:14:08 | 20 | AND YOUR SUPPLEMENTAL SAYS IT'S STILL OUTSTANDING; IS THAT |
| 02:14:13 | 21 | RIGHT? |
| 02:14:13 | 22 | MS. BONN:  CORRECT, YOUR HONOR. |
| 02:14:14 | 23 | THE COURT:  I JUST SEE THE MDL PLAINTIFFS AT QUALCOMM |
| 02:14:17 | 24 | DISAGREE AS TO WHETHER OUTSTANDING THIRD-PARTY DISCOVERY |
| 02:14:17 | 25 | WARRANTS A CHANGE IN THE CASE SCHEDULE. |

02:14:19   1          IS THAT JUST RELATING TO THE CASE SCHEDULE, OR WHAT'S THE

02:14:22   2   DISPUTE WITH REGARD TO THE THIRD PARTIES?

02:14:24   3          MS. BONN:  THE DISPUTE IS THAT PLAINTIFFS'S EXPERTS,

02:14:27   4   IN REVIEWING SOME OF THE PASS-THROUGH RELATED DATA THAT HAS

02:14:32   5   BEEN PRODUCED BY THE PARTIES WE HAVE SUBPOENAED, IDENTIFY THREE

02:14:35   6   ADDITIONAL COMPANIES THAT THEY BELIEVE ARE WITHIN THE CHAIN OF

02:14:38   7   DISTRIBUTION AND HAVE CRITICAL INFORMATION RELATING TO THE

02:14:43   8   PASS-THROUGH.

02:14:43   9          SO WE HAVE SERVED ADDITIONAL DOCUMENT SUBPOENAS ON THOSE

02:14:46  10   ENTITIES NOT ANY DEPOSITION SUBPOENAS.  QUALCOMM HAS TAKEN THE

02:14:49  11   POSITION THAT WE SHOULD BE FORECLOSED FROM SERVING THOSE

02:14:53  12   SUBPOENAS BECAUSE WE DIDN'T DO SO BEFORE DECEMBER 15TH OF LAST

02:14:56  13   YEAR.

02:14:57  14          AND THE POINT WE ARE MAKING, YOUR HONOR, IS THAT WE WERE

02:15:00  15   UNAWARE THAT THEY WERE RELEVANT ENTITIES IN THE CHAIN OF

02:15:03  16   DISTRIBUTION UNTIL AFTER WE RECEIVED PASS THROUGH DATA FROM THE

02:15:06  17   OTHER ENTITIES THAT RESPONDED TO OUR SUBPOENAS BY

02:15:10  18   DECEMBER 15TH.

02:15:10  19          AND IT CAME TO LIGHT THROUGH OUR EXPERT'S REVIEW OF THAT

02:15:13  20   DATA.

02:15:14  21          MR. VAN NEST:  YOUR HONOR, I THINK THE ONLY ISSUE

02:15:16  22   WITH RESPECT TO THESE IS THE SCHEDULE.  THE SUBPOENAS WENT OUT.

02:15:21  23   THE THIRD PARTIES WERE ADVISED OF WHAT THE SCHEDULE HAD BEEN.

02:15:25  24   YOUR HONOR ORDERED ALL THIRD PARTY DISCOVERY COMPLETED BY

02:15:28  25   JANUARY 5TH.  SO THE THIRD PARTIES ARE AWARE OF THAT, AND THEY

| | | |
|---|---|---|
| 02:15:31 | 1 | WILL EITHER ACT ON IT OR THEY WON'T. |
| 02:15:34 | 2 | BUT I THINK THE ONLY OUTSTANDING ISSUE IS THE PLAINTIFFS |
| 02:15:36 | 3 | ARE ASKING FOR A BUMP IN THE CLASS CERT SCHEDULE.  AND THAT'S |
| 02:15:40 | 4 | WHAT WE ARE OBJECTING TO. |
| 02:15:41 | 5 | I THINK YOUR HONOR WILL REMEMBER THAT WE HAD A LOT OF |
| 02:15:44 | 6 | DISCUSSION WHEN WE SET THIS SCHEDULE ABOUT HOW TIGHT THINGS |
| 02:15:48 | 7 | WERE.  RIGHT NOW, WE HAVE A CLASS CERT HEARING IN JULY, AND ON |
| 02:15:53 | 8 | THE 26TH, AND THE EXPERT REPORTS ARE DUE STARTING IN EARLY |
| 02:15:59 | 9 | SEPTEMBER. |
| 02:16:00 | 10 | SO THESE ARE A FEW ADDITIONAL FOLKS -- I'M SORRY, |
| 02:16:07 | 11 | YOUR HONOR, DID YOU WANT TO -- |
| 02:16:12 | 12 | THE COURT:  I'M SORRY, I HAVE A JURY NOTE.  I HAVE A |
| 02:16:15 | 13 | JURY THAT'S BEEN DELIBERATING SINCE TUESDAY. |
| 02:16:17 | 14 | MR. VAN NEST:  SO THEY ARE ASKING FOR A TWO-WEEK |
| 02:16:19 | 15 | BUMP, BUT IN FACT, I THINK THE INFORMATION IN THE DEPOSITIONS |
| 02:16:22 | 16 | ARE NOT LIKELY TO BE RELEVANT.  IF THEY ARE, THEY CAN EASILY BE |
| 02:16:28 | 17 | PLUGGED IN AS CITATIONS. |
| 02:16:30 | 18 | THESE SUBPOENAS WERE SENT BY THEM AT A TIME OF THEIR |
| 02:16:33 | 19 | CHOOSING.  AND SO THEY'RE ASKING FOR A TWO-WEEK BUMP.  UNDER |
| 02:16:37 | 20 | THEIR SCHEDULE, YOUR HONOR WOULD THEN HAVE SIX DAYS BETWEEN THE |
| 02:16:40 | 21 | REPLY BRIEFS AND THE HEARING TO CONSIDER THINGS. |
| 02:16:42 | 22 | AND FRANKLY, GIVEN THE COMPLEXITY OF THE CERT ISSUE IN |
| 02:16:47 | 23 | THIS CASE, I THINK THAT'S -- I DON'T THINK THAT'S WARRANTED AND |
| 02:16:50 | 24 | I DON'T THINK THEY NEED THE TWO WEEKS. |
| 02:16:54 | 25 | THE COURT:  ALL RIGHT. |

02:16:54   1          WELL, CAN WE ADDRESS -- IF WE DISENTANGLED THE SCHEDULE

02:17:03   2     FOR CLASS CERT, WHAT IS YOUR VIEW ON JUST THESE?  I GUESS YOU

02:17:08   3     DON'T WANT TO DEPOSE THEM; IS THAT RIGHT?

02:17:11   4          YOU HAVE SERVED FOUR DOCUMENT REQUEST SUBPOENAS AND YOU

02:17:15   5     WANT TO COLLECT TRANSACTIONAL DATA, BUT YOU DON'T PLAN TO

02:17:17   6     DEPOSE THEM OR CALL THEM AS TRIAL WITNESSES?  I MEAN, THIS IS

02:17:22   7     WHAT YOU SAID ON MARCH 9TH.

02:17:23   8          MS. BONN:  CORRECT.

02:17:24   9          THESE ARE ESSENTIALLY SUBPOENAS FOR TRANSACTIONAL DATA

02:17:27  10     THAT IS RELEVANT FOR OUR EXPERTS WHO ARE ANALYZING

02:17:31  11     PASS-THROUGH.

02:17:32  12          THE COURT:  ALL RIGHT.

02:17:33  13          WELL, WHAT IS YOUR VIEW ON THIS?  THEY DON'T WANT TO

02:17:36  14     DEPOSE THEM, THEY ARE NOT GOING TO CALL THEM AS WITNESSES, BUT

02:17:40  15     THEY WANT THEIR TRANSACTIONAL DATA, WHICH I DON'T EVEN KNOW

02:17:43  16     WHAT THAT MEANS.  WHAT IS THAT?

02:17:45  17          MS. BONN:  GOOD QUESTION, YOUR HONOR.

02:17:48  18          FOR THE MOST PART, MY UNDERSTANDING OF WHAT OUR EXPERTS

02:17:51  19     ARE DOING WITH PASS-THROUGH IS THAT THEY NEED TO COLLECT DATA

02:17:54  20     FROM DIFFERENT LEVELS IN THE DISTRIBUTION CHAIN TO USE IN THEIR

02:17:57  21     EXPERT ANALYSIS TO DEMONSTRATE CLASS WIDE IMPACT.  AND THAT'S

02:18:00  22     WHAT THIS DATA IS RELATED TO.

02:18:05  23          THE COURT:  ALL RIGHT.  WHAT'S YOUR VIEW ON THAT?

02:18:07  24          MR. VAN NEST:  MY VIEW ON THAT, YOUR HONOR, IS THAT

02:18:09  25     THEY SHOULD HAVE SERVED THE SUBPOENAS MONTHS AGO SINCE YOU

02:18:15   1      ORDERED THIRD-PARTY DISCOVERY DONE BY JANUARY 5TH.

02:18:18   2          EVERYBODY MOVED HEAVEN AND EARTH TO GET THIS STUFF DONE.

02:18:21   3      THEY CERTAINLY HAD EXPERTS SINCE THE BEGINNING OF THE CASE.

02:18:23   4      THEY KNEW WHAT THEY NEEDED.  BUT OBVIOUSLY THEY HAVE SUBPOENAS

02:18:26   5      OUT THERE.  THE THIRD PARTIES ARE EITHER GOING TO PROVIDE DATA

02:18:29   6      OR THEY ARE NOT.

02:18:30   7          MY POINT IS SIMPLY, WE DON'T NEED TO MOVE THE SCHEDULE AND

02:18:33   8      CREATE A VERY, VERY, I THINK UNDESIRABLE CLASS CERT BRIEFING

02:18:40   9      AND ARGUMENT SCHEDULE BASED ON SOME LATE SUBPOENAS THAT THESE

02:18:42  10      FOLKS SERVED VERY LATE IN THE GAME.

02:18:45  11              THE COURT:  WHEN IS THE DUE DATE ON THE SUBPOENAS?

02:18:48  12              MS. BONN:  I BELIEVE IT'S BY THE END OF THE MONTH, WE

02:18:54  13       HAVE ALREADY STARTED MEETING AND CONFERRING WITH COUNSEL WHO

02:18:56  14       HAVE ACCEPTED SERVICE OF THE SUBPOENAS.

02:18:58  15          BUT I BELIEVE THE DEADLINE IS AT THE END OF THE MONTH.

02:19:03  16       THE DEADLINE ON THE FACE OF THE SUBPOENAS, IT MAY TAKE A LITTLE

02:19:06  17       BIT LONGER TO GET THE DATA, PRACTICALLY.

02:19:15  18          AND YOUR HONOR, PART OF THE REASON WE ARE REQUESTING A

02:19:17  19      BRIEF TWO-WEEK EXTENSION OF THE CLASS CERT BRIEFING IS NOT

02:19:20  20      SOLELY THAT ISSUE, BUT THERE ARE DEPOSITIONS THAT ARE ONGOING

02:19:23  21      INTO THE MONTH OF APRIL.

02:19:24  22          AND FOR EXAMPLE, WE JUST HEARD THIS MORNING THAT ERICSSON,

02:19:27  23      WHO HAS KEY WITNESSES WHO WERE SET TO TESTIFY NEXT WEEK IN

02:19:31  24      STOCKHOLM, CAN NO LONGER DO SO, AND THAT NEEDS TO BE

02:19:35  25      RESCHEDULED FOR APRIL.

02:19:36  1      SO THERE ARE CRITICAL WITNESSES BEING DEPOSED IN APRIL,

02:19:39  2  AND QUALCOMM SEEMS TO ACKNOWLEDGE THAT JUSTIFIES TEN-DAY

02:19:42  3  EXTENSIONS OF FTC'S EXPERT REPORT DEADLINE.  AND YET WHEN IT

02:19:46  4  COMES TO PLAINTIFFS, WHO ALSO HAVE EXPERT REPORTS, OR

02:19:48  5  DECLARATIONS AT LEAST, DUE WITH THEIR CLASS CERT MOTION, THEY

02:19:50  6  ARE UNWILLING TO GIVE US WHAT'S A BRIEF EXTENSION OF TWO WEEKS.

02:19:54  7  IT'S NOT JUST PREJUDICIAL, AND I THINK THIS IS JUST AN EFFORT

02:19:57  8  TO JAM US UP.

02:19:58  9      THE COURT:  LET ME ASK ON THE THIRD PARTY, ARE WE

02:20:02  10  THEN JUST GOING TO WAIT AND SEE IF THOSE THIRD PARTIES RESPOND?

02:20:06  11  OR I DON'T REALLY KNOW, WHAT IS THERE TO DO ON THIS?

02:20:10  12      MR. VAN NEST:  NOTHING, YOUR HONOR.  NO ONE HAS MOVED

02:20:12  13  TO QUASH AND NO ONE HAS MOVED TO QUASH THE SUBPOENAS, AND

02:20:16  14  APPARENTLY THEY ARE MEETING AND CONFERRING THAT THOSE PARTIES

02:20:19  15  WILL DO WHATEVER THEY ARE GOING TO DO.

02:20:22  16      BUT IT SOUNDS LIKE THAT'S NOT A REASON TO MOVE THE

02:20:25  17  SCHEDULE BECAUSE THAT INFORMATION IS GOING TO BE PROVIDED

02:20:27  18  EITHER LATER THIS MONTH OR IN EARLY APRIL.

02:20:29  19      AND THE DEPOSITIONS DON'T RELATE TO CLASS CERT.  THE

02:20:31  20  DEPOSITIONS THAT ARE HANGING OUT INTO APRIL ARE LIABILITY-TYPE

02:20:37  21  DEPOSITIONS OF OEM AND THE LIKE.  THEY DON'T HAVE ANYTHING TO

02:20:41  22  DO WITH PRICING OR PASS-THROUGH.  SO THOSE AREN'T AN EXCUSE.

02:20:46  23      THERE'S NO EXCUSE FOR, AS FAR AS WE ARE CONCERNED, KEEPING

02:20:50  24  THE CLASS CERT ON THE SCHEDULE IT IS NOW, WHICH IS ALREADY

02:20:53  25  TIGHT.

02:20:53   1          THE COURT:  LET ME ASK, WITH REGARD TO THIRD PARTY

02:20:56   2   RETAILER TRANSACTIONAL DATA, YOU ARE NOT ASKING FOR ANY RULING.

02:21:00   3   IS THAT JUST A HEADS UP?  WHY IS THIS IN HERE?

02:21:03   4          MS. BONN:  WE RAISED IT BECAUSE THE DATE WE SERVED

02:21:06   5   THE SUBPOENAS QUALCOMM INDICATED THEY HAD AN OBJECTION AND THEY

02:21:06   6   THOUGHT IT WAS UNTIMELY.

02:21:09   7      AND SO BECAUSE WE RECEIVED THAT EMAIL, WE PROMPTLY RAISED

02:21:10   8   IT FOR YOUR HONOR, BUT APPARENTLY THEY DON'T INTEND TO MOVE TO

02:21:13   9   QUASH OR MAKE AN ISSUE OF IT, SO PERHAPS THERE IS NO ISSUE.

02:21:16  10          THE COURT:  ARE YOU INTENDING TO MOVE TO QUASH THOSE?

02:21:18  11          MR. VAN NEST:  NO.  WE DON'T HAVE STANDING TO MOVE TO

02:21:20  12   QUASH THOSE, YOUR HONOR.

02:21:21  13          THE COURT:  OKAY.

02:21:21  14          MR. VAN NEST:  THE THIRD PARTIES MAY, BUT THEY ARE

02:21:25  15   THIRD PARTIES.

02:21:25  16          THE COURT:  OKAY.

02:21:27  17      WELL, I'M GOING TO SAY FOR THE -- I WOULD LIKE TO TRY TO

02:21:31  18   LIMIT AS MUCH AS WE CAN, SATELLITE LITIGATION ON ISSUES THAT

02:21:36  19   ARE REALLY NOT WARRANTING SATELLITE LITIGATION.

02:21:43  20      SO TO THE EXTENT THAT YOU ARE NOT SEEKING TO DEPOSE THESE

02:21:46  21   PEOPLE, YOU ARE NOT GOING TO CALL THEM AS WITNESSES, THEN I'M

02:21:49  22   JUST SAYING THAT THEY SHOULD RESPOND TO YOUR SUBPOENAS FOR THIS

02:21:53  23   PASS-THROUGH DATA, OKAY?

02:21:55  24          MS. BONN:  YES, YOUR HONOR.  THANK YOU.

02:21:59  25          THE COURT:  NOW I'M TAKING THE PLAINTIFFS AT YOUR

02:22:02  1    WORD THAT YOU ONLY LEARNED ABOUT THIS THIRD PARTY RETAILER

02:22:05  2    TRANSACTIONAL DATA ONCE YOUR EXPERT STARTED DOING ANALYSIS OF

02:22:10  3    DATA THAT WAS PRODUCED AFTER DECEMBER 15TH, 2017.

02:22:13  4            MS. BONN:  CORRECT, YOUR HONOR.

02:22:14  5            THE COURT:  AND YOUR SUBPOENA DID NOT ASK FOR

02:22:27  6    DEPOSITION, DID IT?

02:22:28  7            MS. BONN:  NO, IT DID NOT.

02:22:37  8            THE COURT:  ALL RIGHT.

02:22:37  9        SO IT'S NOT FOR THE PURPOSE OF DEPOSITION OR FOR TRIAL

02:22:40  10   TESTIMONY, BUT ONLY TO PRODUCE THE PASS-THROUGH DATA.  I WILL

02:22:43  11   ALLOW THAT.  OKAY.

02:22:45  12       NOW, LET'S SEE, WHAT IS NEXT?  WHAT ARE THE DIFFERENT

02:22:52  13   EXPERTS THAT YOU ARE ANTICIPATING AND WHAT ARE THEIR TOPICS?  I

02:22:59  14   DON'T KNOW IF THAT'S DIFFERENT FOR ALL THE PARTIES.

02:23:01  15           MR. VAN NEST:  IT IS, YOUR HONOR.

02:23:03  16           THE COURT:  OKAY.

02:23:04  17           MR. VAN NEST:  I THINK SPEAKING JUST FOR QUALCOMM ON

02:23:09  18   THE MDL CASE, WE HAVE, WE WILL HAVE EXPERTS ON CLASS CERT.

02:23:13  19   THAT'S ABOUT AS FAR AS --

02:23:15  20           THE COURT:  AND WILL THEY BE ECONOMISTS?

02:23:17  21           MR. VAN NEST:  YES.

02:23:18  22           THE COURT:  OKAY.  AND DO YOU HAVE A SENSE OF THE

02:23:21  23   NUMBER?  AND IF YOU DON'T NOW, THAT'S FINE.

02:23:22  24           MR. VAN NEST:  I DON'T, YOUR HONOR, BUT IT WILL BE A

02:23:25  25   SMALL NUMBER.

02:23:25  1                    THE COURT:  OKAY.

02:23:26  2                    MR. VAN NEST:  ON THE CERT ISSUE.

02:23:27  3                    THE COURT:  ALL RIGHT.  ANY OTHERS THAT YOU

02:23:29  4         ANTICIPATE FOR THE MDL CASE?

02:23:32  5                    MR. VAN NEST:  THERE WILL CERTAINLY BE OTHERS

02:23:35  6         DEPENDING ON WHETHER OR NOT THE CLASS IS CERTIFIED, AND IF SO,

02:23:40  7         ON WHAT POINTS.  THERE WILL BE ECONOMISTS AND EXPERTS IN A

02:23:43  8         VARIETY OF FIELDS.

02:23:45  9             I CAN'T REALLY GIVE YOUR HONOR AN EXHAUSTIVE LIST BECAUSE

02:23:49  10        WE HAVEN'T THOUGHT THAT FAR AHEAD YET.

02:23:51  11                   THE COURT:  THAT'S FINE.  AND WHAT ABOUT THE FTC, DO

02:23:54  12        YOU KNOW IN THIS CASE?  I ASSUME ON ALL OF THESE, THEY ARE ALL

02:23:58  13        GOING TO BE ECONOMISTS.

02:23:59  14                   MS. BONN:  FOR THE FTC OR MDL PLAINTIFFS?

02:24:02  15                   THE COURT:  FOR BOTH.

02:24:04  16                   MR. VAN NEST:  SO I WILL LET MR. BORNSTEIN SPEAK FOR

02:24:07  17        QUALCOMM ON THE FTC, AND I WILL LET THE FTC SPEAK FOR

02:24:10  18        THEMSELVES.

02:24:15  19                   MR. BORNSTEIN:  SO FOR THE FTC CASE, WE DO HAVE

02:24:19  20        ECONOMISTS, YOUR HONOR.

02:24:20  21                   THE COURT:  OKAY.  AND YOU DON'T HAVE TO KNOW NOW,

02:24:23  22        BUT DO YOU HAVE A SENSE OF THE NUMBERS AT THIS POINT?

02:24:25  23                   MR. BORNSTEIN:  I DON'T KNOW NOW, YOUR HONOR.

02:24:26  24                   THE COURT:  OKAY.  THAT'S FINE.

02:24:28  25                   MR. BORNSTEIN:  WITH THE WAY THE SCHEDULE IS SET UP,

```
02:24:30   1      WE HAVE RESPONSIVE REPORTS.
02:24:32   2             THE COURT:  IT'S FURTHER OUT.  THAT'S FINE.
02:24:34   3          WHAT ABOUT THE MDL PLAINTIFFS, WHAT DO YOU ENVISION IN
02:24:38   4      TERMS OF EXPERTS AND WHAT TOPICS?
02:24:40   5             MS. BONN:  YES.  WE HAVE SEVERAL ECONOMISTS THAT WE
02:24:43   6      ARE WORKING WITH.  WE WILL TRY TO STREAMLINE THE NUMBER OF
02:24:46   7      ECONOMISTS, BUT THERE MAY BE MORE THAN ONE.
02:24:51   8          WE ALSO HAVE A PATENT LICENSING EXPERT.
02:24:53   9             THE COURT:  OKAY.
02:24:54   10            MS. BONN:  AND A TECHNICAL EXPERT WHOSE WORK
02:24:58   11     INTERTWINES WITH THE PATENT LICENSING EXPERT.  HE'S SOMEONE WHO
02:25:02   12     MAY OFFER OPINIONS ON CERTAIN PATENTS.
02:25:11   13            MS. GILLEN:  YOUR HONOR, THE FTC IS ANTICIPATING A
02:25:15   14     SMALL NUMBER OF EXPERTS, AT LEAST ONE ECONOMIST, AND A SMALL
02:25:19   15     NUMBER OF ADDITIONAL EXPERTS ON TOPICS SUCH AS PATENT
02:25:22   16     LICENSING.
02:25:27   17            THE COURT:  OKAY.  AND THE TECHNICAL PATENT EXPERT
02:25:29   18     WILL BE WHAT, TALKING ABOUT WHETHER THE PATENTS ARE STANDARD,
02:25:32   19     ESSENTIAL OR WHAT?
02:25:33   20            MS. BONN:  CORRECT, YOUR HONOR.
02:25:34   21         AND OTHER ISSUES RELATING TO THE PATENTS THAT MAY, FOR
02:25:36   22     EXAMPLE, BE RELEVANT TO DETERMINING THE RELATIVE STRENGTH OF
02:25:39   23     QUALCOMM'S PORTFOLIO COMPARED TO OTHER PATENT PORTFOLIOS THAT
02:25:44   24     ARE PART OF THE RELEVANT, ESSENTIALLY ROYALTY STACKS IN THIS
02:25:49   25     CASE.
```

02:25:49  1          THE COURT:  OKAY.  IS THE FTC GOING TO HAVE A

02:25:51  2     TECHNICAL PATENT EXPERT?

02:25:57  3          MS. GILLEN:  WE ARE STILL WORKING THAT OUT AT THIS

02:26:00  4     TIME, BUT THE FTC CURRENTLY PLANS TO HAVE A SMALL NUMBER.

02:26:06  5          THE COURT:  OKAY.  AND THEN I WOULD ASSUME FOR

02:26:09  6     QUALCOMM, YOU WILL HAVE REBUTTAL EXPERTS FOR WHOMEVER -- LIKE,

02:26:12  7     YOU MAY HAVE YOUR OWN PATENT LICENSING EXPERTS, AND TECHNICAL.

02:26:19  8          MR. BORNSTEIN:  TO THE EXTENT WE DEEM IT NECESSARY

02:26:21  9     AFTER SEEING THE REPORTS, YES, YOUR HONOR.

02:26:22 10          THE COURT:  OKAY.  ALL RIGHT.

02:26:24 11       WE DON'T HAVE TO DECIDE THIS NOW, BUT I WOULD LIKE TO,

02:26:29 12     BEFORE ALL THE FILING DEADLINES, PUT SOME LIMITS ON THE NUMBER

02:26:33 13     OF DAUBERTS.

02:26:34 14       I SUSPECT THAT MOST OF THE DAUBERTS WILL BE DENIED BECAUSE

02:26:39 15     IT'S REALLY GOING TO GO TO WEIGHT AND ADMISSIBILITY AND THAT

02:26:44 16     YOU WILL RAISE VERY, YOU KNOW, STRONG OBJECTIONS TO EACH

02:26:49 17     OTHER'S EXPERTS, BUT THAT REALLY IS MORE NEAR CROSS-EXAMINATION

02:26:52 18     OR FOR CLOSING ARGUMENT AND NOT FOR EXCLUDING AN EXPERT.

02:26:58 19       SO I DON'T WANT A HUGE NUMBER OF DAUBERTS.  I WOULD LIKE

02:27:01 20     YOU TO THINK ABOUT FOR NEXT TIME WHAT YOU THINK THE APPROPRIATE

02:27:04 21     NUMBER IS, ESPECIALLY BECAUSE THERE ARE MULTIPLE CASES GOING ON

02:27:10 22     HERE.  I JUST WANT IT TO BE OVERWHELMING.

02:27:14 23       I WOULD PREFER TWO DAUBERTS PER CASE, PER SIDE.  BUT IF

02:27:27 24     YOU WOULD PLEASE THINK ABOUT IT FOR NEXT TIME.  WE DON'T HAVE

02:27:30 25     TO DECIDE NOW, IT'S AWFULLY EARLY, BUT THERE WILL BE A LIMIT,

| | |
|---|---|
| 02:27:34 | 1 |

THE QUESTION IS WHAT THAT LIMIT IS GOING TO BE.

02:27:34   1   THE QUESTION IS WHAT THAT LIMIT IS GOING TO BE.

02:27:43   2        OKAY.  SO THAT'S EXPERTS, THAT'S DAUBERTS.  SO WHO DO YOU

02:27:54   3   HAVE LEFT?  WE HAVE DR. JACOBS, WE HAVE THE FOLKS, THE THIRD

02:27:59   4   PARTIES THAT ARE ON YOUR MARCH 20TH CASE MANAGEMENT CONFERENCE

02:28:05   5   STATEMENT.  WE HAVE TIEDEMANN AND KATOUZIAN, AND THEN THE

02:28:13   6   30(B)(6).

02:28:14   7        IS THERE ANY OTHER OUTSTANDING DEPOSITION, OR ARE YOU

02:28:16   8   LARGELY DONE?

02:28:17   9             MR. BORNSTEIN:  WE HAVE A NUMBER OF PEOPLE BEING

02:28:19  10   DISPOSED NEXT WEEK WHO ARE ALREADY SCHEDULED AND WHO WILL BE

02:28:21  11   GOING FORWARD.

02:28:23  12             THE COURT:  AND HOW MANY ARE THOSE?

02:28:24  13             MR. BORNSTEIN:  ON THE ORDER OF 5 OR 6.

02:28:26  14             MS. BONN:  SOMETHING LIKE THAT.

02:28:27  15             MR. BORNSTEIN:  THAT ARE HAPPENING NEXT WEEK.  AND

02:28:29  16   THOSE INCLUDE, INCIDENTALLY, BOTH QUALCOMM WITNESSES AND

02:28:31  17   THIRD-PARTY WITNESSES, BUT WHO ARE ON CALENDAR AND GOING

02:28:34  18   FORWARD.

02:28:35  19             THE COURT:  AND DOCUMENTS FOR THOSE DEPONENTS HAVE

02:28:38  20   BEEN PRODUCED; IS THAT RIGHT?

02:28:39  21             MR. BORNSTEIN:  YES, THE DOCUMENTS HAVE BEEN

02:28:41  22   PRODUCED.  THERE ARE DOCUMENTS WHICH I'M SURE WILL BE PART OF

02:28:44  23   THIS CONVERSATION WE WILL HAVE REGARDING THE SOUTHERN DISTRICT

02:28:48  24   PRODUCTION, BECAUSE WE KNOW WE HAVE MORE DOCUMENTS TO PRODUCE

02:28:51  25   IN THE SOUTHERN DISTRICT, GIVEN THE SCHEDULE THERE.  WE CAN'T

02:28:55  1       AVOID THAT.

02:28:57  2            WE ALSO HAVE THE ISSUE THAT MS. BONN RAISED REGARDING

02:29:00  3   ERICSSON, WHICH IS ONE OF THE THIRD PARTY WITNESS.  WE WERE

02:29:04  4   INFORMED, LITERALLY THIS MORNING, THAT THE SWEDISH GOVERNMENT

02:29:07  5   RAISED AN OBJECTION TO THE DEPOSITIONS HAPPENING IN STOCKHOLM

02:29:11  6   AND DOESN'T WANT THE DEPOSITIONS TO HAPPEN ON SWEDISH SOIL.

02:29:16  7            THE COURT:  OKAY.  WHY IS THAT?

02:29:17  8            MR. BORNSTEIN:  I DON'T KNOW, THIS WAS NEWS TO US, IT

02:29:20  9   WAS APPARENTLY NEWS TO THE FTC AS WELL, WHOSE INTERNATIONAL

02:29:23  10  AFFAIRS DIVISION HAS BEEN IN TOUCH WITH THE RELEVANT AUTHORITY

02:29:23  11  IN SWEDEN.  WE WERE ALL TAKEN BY SURPRISE.

02:29:28  12            SO ARE WORKING WITH ERICSSON'S COUNSEL TO FIND AN

02:29:30  13  ALTERNATE LOCATION, AND IF NECESSARY, THE ERICSSON WITNESSES

02:29:33  14  HAVE INDICATED THEIR WILLINGNESS TO TRAVEL TO THE UNITED STATES

02:29:36  15  FOR DEPOSITIONS.

02:29:37  16            THE COURT:  OKAY.  THANK YOU.  BUT YOU DON'T HAVE

02:29:38  17  DATES THEN, THAT WILL PROBABLY BE SOME TIME IN APRIL.

02:29:41  18            MR. BORNSTEIN:  WE ANTICIPATE IT WILL BE IN APRIL,

02:29:44  19  YOUR HONOR.  BUT THIS WAS A LATE BREAKING DEVELOPMENT THAT WAS

02:29:48  20  OUTSIDE OF ALL PARTIES'S CONTROL.

02:29:50  21            THE COURT:  OKAY.  THAT'S FINE.  I'M HOPING YOU ARE

02:29:52  22  ABLE TO SCHEDULE IT IN THE FIRST HALF OF APRIL, IF AT ALL

02:29:55  23  POSSIBLE.

02:29:55  24            MR. BORNSTEIN:  WE WILL WORK WITH ERICSSON'S COUNSEL

02:29:58  25  TO HAVE THEM DONE AS SOON AS WE CAN.

02:30:00  1          AND ASIDE FROM THAT, THERE ARE JUST THE DEPOSITIONS THAT

02:30:03  2     HAVE BEEN IDENTIFIED IN THE CASE MANAGEMENT, THE SUPPLEMENTAL

02:30:06  3     CASE MANAGEMENT STATEMENT.

02:30:07  4          THE COURT:  OKAY.

02:30:07  5          MR. BORNSTEIN:  THE THIRD PARTIES, INCLUDING THE ONE

02:30:09  6     FROM APPLE WHO HAD BEEN SCHEDULED AND NEEDED TO BE RESCHEDULED

02:30:12  7     FOR PERSONAL REASONS.

02:30:14  8          THE COURT:  ALL RIGHT.  AND YOU DON'T HAVE A DATE FOR

02:30:15  9     MR. SEWELL.

02:30:17 10          MR. BORNSTEIN:  WE DON'T HAVE A DATE FOR MR. SEWELL.

02:30:20 11     WE HAVE BEEN TOLD BY APPLE'S COUNSEL THAT WE CAN EXPECT ONE

02:30:23 12     SOON, BUT WE HAVEN'T RECEIVED IT YET.

02:30:25 13          THE COURT:  OKAY.  WELL, IF YOU HAVE TROUBLE GETTING

02:30:27 14     DATES FROM THEM, YOU LET ME KNOW.

02:30:29 15          MR. BORNSTEIN:  THANK YOU, YOUR HONOR.

02:30:29 16          THE COURT:  OKAY.  SO LET'S TALK ABOUT -- I AM JUST

02:30:34 17     TRYING TO HOPEFULLY JUST BRING CLOSURE SINCE WE ARE RUNNING OUT

02:30:43 18     OF TIME, TO AS MANY OF THESE DISPUTES AS POSSIBLE.

02:30:49 19          TELL ME, WHAT IS THE ISSUE WITH THE 30(B)(6), THE NOTICE

02:30:54 20     IS TOO LATE, THE TOPICS ARE OVERBROAD, I THINK IS WHAT I READ

02:30:59 21     AS THE OBJECTION.

02:31:02 22          NONE OF THE TOPICS LOOKED OVERBROAD TO ME FROM LOOKING AT

02:31:05 23     WHAT'S CITED IN HERE.  WHEN WAS IT SERVED?  WHY IS IT TOO LATE?

02:31:10 24          MR. BORNSTEIN:  YOUR HONOR, WE HAVE TWO DIFFERENT

02:31:12 25     30(B)(6) NOTICES.  MAYBE WE CAN TAKE THEM SEPARATELY.

02:31:15  1          THE COURT:  OKAY.

02:31:16  2          MR. BORNSTEIN:  THE FTC SERVED ITS 30(B)(6) NOTICE, I

02:31:19  3  BELIEVE ON FEBRUARY 28TH.

02:31:22  4          THE COURT:  OKAY.

02:31:23  5          MR. BORNSTEIN:  AND IT HAD 11 TOPICS.  WE HAVE

02:31:26  6  RESOLVED MANY OF THEM.

02:31:27  7      WE PROVIDED WITNESSES TO TESTIFY AS TO THREE OF THEM,

02:31:33  8  PROVIDED A WITNESS TO TESTIFY AS TO PART OF A FOURTH, AND WE

02:31:36  9  ARE WORKING TO COOPERATIVELY RETROACTIVELY DESIGNATE TESTIMONY

02:31:41  10  OF A WITNESS AS 30(B)(6) TESTIMONY TO FINISH THAT FOURTH TOPIC.

02:31:47  11          THE COURT:  OKAY.

02:31:47  12          MR. BORNSTEIN:  THE FTC, AS PART OF OUR DISCUSSIONS,

02:31:50  13  WITHDREW TWO OF THE TOPICS, WHICH LEAVES US WITH FIVE TOPICS.

02:31:58  14      THIS MORNING WE RECEIVED A PROPOSAL FROM THE FTC ON HOW WE

02:32:03  15  MIGHT ADDRESS ONE OF THOSE FIVE IN AN ALTERNATE WAY, WHICH WE

02:32:07  16  WILL CONSIDER AND CONTINUE TO MEET AND CONFER WITH THEM ON.

02:32:10  17      AND THERE WERE FOUR OTHERS WHICH ARE ONES WHERE I THINK

02:32:17  18  WE'VE REACHED DISAGREEMENT.  AND THAT'S THE STATUS OF THOSE.

02:32:22  19      WE HAVE NOT HEARD ONE WAY OR THE OTHER FROM THE FTC ON

02:32:29  20  WHERE THEY INTEND TO GO WITH THE FOUR THAT WE'VE DISCUSSED

02:32:33  21  WHERE WE DON'T HAVE ANY FURTHER PROPOSALS.

02:32:36  22      SO I THINK WE ARE WAITING TO HEAR FROM THEM ON THE MEET

02:32:38  23  AND CONFER PROCESS AS TO WHETHER THERE'S ANYTHING WE HAVE TO

02:32:43  24  DO.

02:32:44  25          THE COURT:  WELL, I GUESS I'M UNCLEAR, THE FACT

02:32:46   1       DISCOVERY IS CLOSING NEXT FRIDAY.  SO -- TODAY IS MARCH 22ND,

02:32:55   2       DOESN'T FACT DISCOVERY CUTOFF CLOSE MARCH 30TH, IN A WEEK?

02:32:58   3               MR. BORNSTEIN:  IT DOES.  WE HAVE MADE OUR POSITION

02:33:01   4       CLEAR, WE DIDN'T THINK WE NEEDED TO AND DON'T BELIEVE WE NEED

02:33:04   5       TO PUT SOMEBODY UP ON THOSE FOUR OTHER TOPICS.

02:33:07   6               THE COURT:  ALL RIGHT.  I'M GOING TO DECIDE IT RIGHT

02:33:09   7       NOW.  THAT 30(B)(6) WAS SERVED MARCH 28TH.  SO I MEAN, THIS IS

02:33:17   8       WHAT I AM AFRAID IS HAPPENING.  EVERYTHING IS JUST GETTING

02:33:20   9       BOGGED DOWN IN THESE DISPUTES.

02:33:22  10       LET ME SEE THE TOPICS, I'M GOING TO MAKE A DECISION RIGHT

02:33:26  11       NOW.  GIVE ME THE TOPICS, PLEASE.  DO YOU HAVE YOUR 30(B)(6)

02:33:29  12       NOTICES?

02:33:34  13       I'M NOT GOING TO HAVE THIS GRINDING ON GOING TO

02:33:37  14       JUDGE COUSINS IN A MONTH.  I'M DOING IT RIGHT NOW.  FACT

02:33:41  15       DISCOVERY CLOSES NEXT FRIDAY.  TODAY IS THURSDAY, MARCH 22ND,

02:33:45  16       LET'S GET THIS DONE.

02:33:46  17       GIVE ME BOTH THE PLAINTIFF'S MDL 30(B)(6) NOTICE AND THE

02:33:51  18       FTC NOTICE, PLEASE.  WE ARE GOING TO RESOLVE THIS TODAY.

02:33:52  19       YOU'VE HAD A MONTH TO MEET AND CONFER.  IT'S TIME TO COME

02:33:56  20       TO DECISIONS AND GET THIS FACT DISCOVERY DONE.  GIVE ME BOTH

02:33:59  21       NOTICES, PLEASE.

02:34:01  22               MR. VAN NEST:  DO YOU WANT THEM HANDED UP,

02:34:03  23        YOUR HONOR?

02:34:03  24               THE COURT:  YES, PLEASE.

02:34:04  25               MR. VAN NEST:  I'VE GOT ONE THAT'S HIGHLIGHTED.  I

02:34:06  1    APOLOGIZE, BUT THIS IS THE -- MR. BORNSTEIN HAS BEEN SPEAKING

02:34:09  2    ABOUT THE FTC NOTICE.

02:34:11  3            THE COURT:  I UNDERSTAND.  AND THEN THERE'S ALSO --

02:34:13  4    WHEN WAS THE MDL PLAINTIFF'S NOTICE SERVED.

02:34:15  5            MS. BONN:  MARCH 1ST --

02:34:17  6            MR. VAN NEST:  MARCH 2ND.  AND THEN WE GOT, WE MET

02:34:21  7    AND CONFERRED AND THEY SENT US ANOTHER ONE TUESDAY NIGHT ABOUT

02:34:24  8    9:30.

02:34:25  9            THE COURT:  ON MARCH 20TH.

02:34:28  10           MR. VAN NEST:  ON MARCH 20TH, YEAH.  AND I HAVE THE

02:34:30  11   MARCH 20TH ONE THAT I CAN HAND UP.

02:34:32  12           THE COURT:  AND HOW MANY TOPICS DID THEY HAVE ON

02:34:36  13   MARCH 2ND.

02:34:36  14           MR. VAN NEST:  THEY HAD ABOUT 30.  THAT'S NOT A

02:34:42  15   PRECISE NUMBER, YOUR HONOR, BUT SOMETHING LIKE THAT.

02:34:44  16       NOW THEY HAVE 11, BUT THE 12TH TOPIC IS ALL TOPICS NOTICED

02:34:49  17   IN THE FTC NOTICE.  SO IT'S WHATEVER THEY HAVE THEIR OWN 11 AND

02:34:55  18   THE 12TH IS EVERYTHING IN THE FTC NOTICE.

02:34:58  19           THE COURT:  OKAY.  ALL RIGHT.  I DON'T WANT TO LOOK

02:35:03  20   AT YOUR HIGHLIGHTS, JUST IN CASE, I DON'T WANT TO SEE YOUR WORK

02:35:07  21   PRODUCT.

02:35:08  22       YOU HAVE A CLEAN -- CAN I JUST RECESS THIS CASE AND YOU

02:35:11  23   ALL CAN HAND ME UP CLEAN COPIES, AND THEN I CAN TAKE CARE OF MY

02:35:15  24   JURY NOTE.

02:35:24  25           THE CLERK:  YOUR HONOR, THEY CAN ALSO E-MAIL ME A

```
02:35:26   1        COPY IF THAT'S EASIER, AND I CAN PRINT IT.
02:35:28   2             THE COURT:  WHY DON'T YOU DO THAT.
02:35:29   3        I WOULD PREFER NOT TO HAVE ANYONE'S HIGHLIGHTS OR COMMENTS
02:35:33   4    AND NOTATIONS.
02:35:33   5        ALL RIGHT.  IF WE CAN RECESS THIS CASE MOMENTARILY,
02:35:36   6    PLEASE.
02:35:37   7             (A RECESS WAS TAKEN AT 2:35 P.M.)
02:48:06   8        THE CLERK:  RECALLING CASE 17-CV-00220, FEDERAL TRADE
02:48:17   9    COMMISSION VERSUS QUALCOMM INCORPORATED, AND THE RELATED MATTER
02:48:22  10    17-MD-02773, IN RE QUALCOMM ANTITRUST LITIGATION.
02:48:26  11             COUNSEL, PLEASE COME FORWARD AND STATE YOUR APPEARANCES.
02:48:27  12             MS. BONN:  GOOD AFTERNOON.
02:48:29  13        AMANDA BONN FOR MDL PLAINTIFF.  AND WITH ME IS RIO PIERCE
02:48:32  14    FOR MDL PLAINTIFFS AS WELL.
02:48:35  15             THE COURT:  OKAY.  HIS NAME IS --
02:48:36  16             MR. PIERCE:  RIO PIERCE WITH HAGENS BERMAN.
02:48:39  17             THE COURT:  OKAY.  HAVE YOU FILED A NOTICE OF
02:48:41  18    APPEARANCE?
02:48:43  19             MR. PIERCE:  YES, YOUR HONOR.
02:48:44  20             THE COURT:  IS HE ON THE DOCKET?
02:48:45  21             MS. BONN:  YES, YOUR HONOR.
02:48:47  22             THE COURT:  OKAY.  ALL RIGHT.  WHO ELSE IS --
02:48:51  23             MR. VAN NEST:  YOUR HONOR, BOB VAN NEST AND JUSTINA
02:48:54  24    SESSIONS FROM KEKER, VAN NEST, PETERS FOR QUALCOMM.
02:48:57  25             MR. BORNSTEIN:  AND GARY BORNSTEIN FROM CRAVATH, ALSO
```

| | | |
|---|---|---|
| 02:49:00 | 1 | FOR QUALCOMM. |
| 02:49:01 | 2 | THE COURT:  ALL RIGHT.  WELL, WELCOME BACK AND GOOD |
| 02:49:04 | 3 | AFTERNOON. |
| 02:49:04 | 4 | ALL RIGHT.  LET ME GO THROUGH, WE ARE GOING TO TAKE A |
| 02:49:07 | 5 | BREAK, BUT I WOULD LIKE TO FIND OUT, LET'S I GUESS FIRST GO |
| 02:49:10 | 6 | THROUGH, I HAVE THE FTC'S DEPOSITION NOTICE, IT IS DATED |
| 02:49:23 | 7 | FEBRUARY 28TH, 2018, AND I SEE THAT THERE ARE 11 TOPICS. |
| 02:49:27 | 8 | CAN YOU LET ME KNOW WHICH ARE THE TWO THAT THE FTC HAS |
| 02:49:31 | 9 | WITHDRAWN?  OH, WAIT, ARE THE FOLKS STILL ON THE PHONE FROM THE |
| 02:49:35 | 10 | FTC?  MS. GILLEN? |
| 02:49:38 | 11 | MS. GILLEN:  YES.  ELIZABETH GILLEN FOR THE FTC. |
| 02:49:44 | 12 | MR. BAKER:  AND JOE BAKER AS WELL. |
| 02:49:44 | 13 | THE COURT:  OKAY.  ALL RIGHT. |
| 02:49:44 | 14 | SO WHICH TOPICS DID YOU WITHDRAW? |
| 02:49:47 | 15 | MS. GILLEN:  THE FTC WITHDREW TOPICS NUMBER 1 AND 9. |
| 02:49:55 | 16 | THE COURT:  NUMBER 1 AND 9.  OKAY.  SO THOSE ARE OFF. |
| 02:49:58 | 17 | AND WHICH ARE THE THREE THAT YOU HAVE AGREED TO? |
| 02:50:01 | 18 | MR. BORNSTEIN:  WE PROVIDED FOUR, YOUR HONOR |
| 02:50:03 | 19 | YOUR HONOR, NUMBERS 2, 3, 4 AND 5. |
| 02:50:06 | 20 | THE COURT:  OKAY.  DOES THE FTC AGREE WITH THAT? |
| 02:50:08 | 21 | MS. GILLEN:  YES, THE FTC AGREES. |
| 02:50:09 | 22 | THE COURT:  OKAY.  SO WITNESSES HAVE ALREADY BEEN |
| 02:50:13 | 23 | DEPOSED ON TOPICS 2, 3, 4 AND 5, CORRECT? |
| 02:50:20 | 24 | MR. BORNSTEIN:  CORRECT, YOUR HONOR. |
| 02:50:22 | 25 | THE COURT:  OKAY.  THANK YOU. |

02:50:25  1          ALL RIGHT.  AND THEN I THOUGHT THERE WAS ONE WHERE YOU

02:50:28  2   ONLY AGREED TO PART OF IT.

02:50:30  3          MR. BORNSTEIN:  WELL, THAT WAS NUMBER 2, YOUR HONOR,

02:50:31  4   WHERE WE PROVIDED A WITNESS TO TESTIFY AS TO A PORTION WITHIN

02:50:34  5   HIS KNOWLEDGE, AND THEN WE ARE RETROACTIVELY DESIGNATING

02:50:38  6   TESTIMONY FROM A DIFFERENT WITNESS FOR PORTIONS THAT WAS WITHIN

02:50:41  7   THAT INDIVIDUAL'S KNOWLEDGE.  SO BETWEEN THE TWO WITNESSES,

02:50:44  8   NUMBER 2 IS COVERED.

02:50:45  9          THE COURT:  ALL RIGHT.  DOES THE FTC AGREE WITH THAT?

02:50:48  10          MS. GILLEN:  YES, THE FTC AGREES.

02:50:49  11          THE COURT:  OKAY.  ALL RIGHT.

02:50:51  12   SO THEN THERE'S ONE THAT THE FTC HAS AN ALTERNATIVE

02:50:59  13   PROPOSAL THAT QUALCOMM IS STILL CONSIDERING, WHICH ONE IS THAT?

02:51:03  14          MR. BORNSTEIN:  THAT'S NUMBER 11, YOUR HONOR.  WE

02:51:04  15   RECEIVED THAT PROPOSAL THIS MORNING.

02:51:06  16          THE COURT:  OKAY.

02:51:13  17          MS. GILLEN:  YOUR HONOR, JUST FOR MORE CLARITY, TOPIC

02:51:16  18   NUMBER 11 RELATES TO QUALCOMM'S SALES AND ROYALTY REVENUE DATA.

02:51:22  19          AND THE PROPOSAL THE FTC RAISED THIS MORNING, RAISED A

02:51:25  20   SUGGESTION OF HAVING OUR RESPECTIVE EXPERT TEAMS PARTICIPATE IN

02:51:29  21   A GROUP TO BETTER UNDERSTAND THE DATA.

02:51:32  22          IF WE ARE ABLE TO ARRANGE FOR THIS PROCESS TO OCCUR

02:51:34  23   THROUGH MORE INFORMAL MEANS, WE CAN WORK HARD TO MINIMIZE THE

02:51:39  24   NEED AND BURDEN FOR ADDITIONAL DEPOSITIONS HERE.

02:51:42  25          THE COURT:  OKAY.  AND YOU ARE SAYING THAT FTC'S

02:51:45  1    EXPERTS WILL TALK TO QUALCOMM'S EXPERTS OR QUALCOMM'S

02:51:48  2    EMPLOYEES?  I WAS NOT CLEAR ON WHAT THE PROPOSAL IS, EXACTLY.

02:51:53  3              MS. GILLEN:  OUR PROPOSAL WOULD BE FOR FOLKS FROM OUR

02:51:57  4    EXPERTS TO GET ON THE PHONE WITH THE INDIVIDUALS FROM THE

02:52:04  5    QUALCOMM SIDE.  I'M NOT SURE YET WHETHER THOSE WOULD BE

02:52:07  6    EMPLOYEES AT QUALCOMM OR OTHERS WORKING ON QUALCOMM'S BEHALF.

02:52:11  7    I THINK MR. BORNSTEIN MAY BE ABLE TO ANSWER THAT.

02:52:21  8              MR. BORNSTEIN:  SO YOUR HONOR, WE RECEIVED IT THIS

02:52:25  9    MORNING.  I DON'T KNOW EXACTLY WHO THE RIGHT PEOPLE WOULD BE TO

02:52:28  10   ANSWER THESE QUESTIONS.  IT WOULD PROBABLY BE PEOPLE EMPLOYED

02:52:31  11   BY THE COMPANY.

02:52:31  12       BUT WHAT WE ARE CONSIDERING, WHICH WAS SOMETHING THAT

02:52:34  13   COUNSEL FOR THE FTC RAISED IN THEIR PROPOSAL, IS WHETHER IT

02:52:38  14   WOULD BE EASIER TO ADDRESS THESE IN WRITING RATHER THAN BY

02:52:41  15   HAVING PEOPLE ON THE PHONE.  AND THAT'S SOMETHING WE WERE GOING

02:52:43  16   TO TAKE A LOOK AT AFTER WE DISCUSS WITH THE PEOPLE ABOUT

02:52:46  17   KNOWLEDGE OF THESE ISSUES.

02:52:48  18              THE COURT:  OKAY.

02:52:55  19       ALL RIGHT.  SO FTC BASICALLY JUST WANTS TO UNDERSTAND HOW

02:52:57  20   THIS DATA WAS GENERATED OR COLLECTED, PRESENTED.

02:53:05  21              MS. GILLEN:  YES, THAT'S RIGHT.

02:53:11  22              THE COURT:  OKAY.  ALL RIGHT.

02:53:15  23       WELL, IT SOUNDS LIKE 11, YOU MAY BE ABLE TO WORK SOMETHING

02:53:18  24   OUT, SHORT OF A DEPOSITION.  I CAN SEE AN INTERROGATORY BEING

02:53:23  25   PROBLEMATIC THOUGH.  AND THAT EVEN IF YOU DO SOMETHING IN

```
02:53:29   1    WRITING BE INITIALLY, THERE MAY NEED TO BE JUST A FOLLOW-UP
02:53:33   2    DISCUSSION JUST TO UNDERSTAND.
02:53:35   3            MR. BORNSTEIN:  AS BACKGROUND, YOUR HONOR, WE HAVE
02:53:37   4    HAD EXTENSIVE CORRESPONDENCE ON THESE ISSUES GOING BACK TO,
02:53:40   5    FRANKLY, TO THE INVESTIGATION BEFORE THE COMPLAINT WAS FILED.
02:53:42   6    BUT ALSO DURING THE LITIGATION, WE HAVE EXCHANGED A NUMBER OF
02:53:45   7    LETTERS BACK AND FORTH AND PROVIDED A WEALTH OF INFORMATION ON
02:53:48   8    THESE SUBJECTS.
02:53:50   9        THE MAIL THAT WE RECEIVED THIS MORNING FROM THE FTC HAS
02:53:54  10    WHAT LOOKED TO ME LIKE FOLLOW-UP QUESTIONS, NOT INITIAL
02:53:59  11    FOUNDATIONAL QUESTIONS, BUT A NUMBER OF MORE FOCUSED ISSUES
02:54:03  12    ABOUT, EXPLAIN THIS PARTICULAR FIELD AND WHY IT LOOKS THIS WAY
02:54:07  13    IN CERTAIN REPORTS AND THAT SORT OF THING.
02:54:09  14        SO I THINK IT'S MORE TARGETED AND WE SHOULD BE ABLE TO
02:54:12  15    ADDRESS IT WITH SOME WRITTEN ANSWERS, BUT I NEED TO TALK TO
02:54:15  16    PEOPLE WHO UNDERSTAND THE DATA BETTER THAN I DO BEFORE I CAN BE
02:54:19  17    DEFINITIVE ABOUT THAT.
02:54:20  18            THE COURT:  SURE.  BUT THAT TOPIC, I'M ACTUALLY
02:54:22  19    FAIRLY CONFIDENT, IT SOUNDS LIKE YOU WILL BE ABLE TO WORK IT
02:54:25  20    OUT.
02:54:26  21            MR. BORNSTEIN:  I'M HOPEFUL WE CAN, YOUR HONOR.
02:54:28  22            THE COURT:  ALL RIGHT.  OKAY.  SO THEN THE ONLY OTHER
02:54:31  23    ONES ARE THE FOUR REMAINING WHICH ARE 6, 7, 8, AND 10, CORRECT?
02:54:36  24            MR. BORNSTEIN:  THAT'S CORRECT.
02:54:36  25            THE COURT:  OKAY.  ALL RIGHT.  THEN LET'S GO TO THE
```

MDL ONE.

DO YOU HAVE ANY AGREEMENT ON ANY OF THESE TOPICS OR NOT?

MS. BONN:  WE DON'T BELIEVE SO, YOUR HONOR.

MR. VAN NEST:  I DON'T BELIEVE WE DO, YOUR HONOR.

WE HAVE BEGUN DISCUSSING WHETHER -- WE JUST GOT THIS VERSION LATE TUESDAY NIGHT.  AND WE HAVE BEGUN DISCUSSING WHETHER THERE'S CERTAIN AREAS, AND WE'VE ASKED THAT THE PLAINTIFFS WHO HAVE TAKEN, AS YOU KNOW, A LOT OF DEPOSITIONS, WHETHER THERE'S SOME AREAS WHERE WE CAN DESIGNATE TESTIMONY THAT'S ALREADY BEEN TAKEN.

WE HAVE OBJECTIONS TO THE OVERBREADTH OF SOME OF THESE, NOT ALL OF THEM, BUT SOME OF THESE ARE VERY OVERBROAD.  BUT A LOT OF THEM ARE AREAS WHERE THEY'VE HAD MULTIPLE PEOPLE FROM THE COMPANY ALREADY TESTIFY.

AND SO I THINK THE TESTIMONY COULD BE DESIGNATED AND DEEMED 30(B)(6) IN SOME CASES, BUT IT DOESN'T SEEM FAIR TO WAIT UNTIL YOU'VE DEPOSED EVERYBODY AND THEN SEND THE 30(B)(6) WITH THE TOPICS THAT YOU WANT.  THAT'S KIND OF WHAT'S HAPPENED HERE. SO THERE'S A COUPLE OF THESE THAT I DON'T THINK ARE THAT CONTROVERSIAL.

NUMBER ONE, I THINK "CUSTOMER'S SEGMENT SCHEME," I THINK WE COULD PROVIDE, DESIGNATE SOME TESTIMONY FOR.

NUMBER THREE, "SOURCES OF PUBLICLY AVAILABLE DATA," I'M NOT SURE WHY WE KNOW THAT ANY BETTER THAN THEY DO.  BUT WE COULD CERTAINLY POINT THEM TO THE PUBLICLY AVAILABLE DATA THAT

| | |
|---|---|
| 02:56:04 | 1 |
| 02:56:10 | 2 |
| 02:56:13 | 3 |
| 02:56:17 | 4 |
| 02:56:21 | 5 |
| 02:56:23 | 6 |
| 02:56:27 | 7 |
| 02:56:30 | 8 |
| 02:56:34 | 9 |
| 02:56:37 | 10 |
| 02:56:39 | 11 |
| 02:56:42 | 12 |
| 02:56:46 | 13 |
| 02:56:48 | 14 |
| 02:56:52 | 15 |
| 02:56:58 | 16 |
| 02:57:00 | 17 |
| 02:57:03 | 18 |
| 02:57:06 | 19 |
| 02:57:09 | 20 |
| 02:57:09 | 21 |
| 02:57:11 | 22 |
| 02:57:13 | 23 |
| 02:57:18 | 24 |
| 02:57:22 | 25 |

WE USE.  I DON'T THINK THAT'S CONTROVERSIAL.

BUT THE REST OF THESE, I MEAN, FOR EXAMPLE, NUMBER TWO, "COMPETITIVE CONDITIONS IN THE MARKETS FOR BASEBAND PROCESSORS, INCLUDING COMPETITORS, POTENTIAL COMPETITORS, MARKET CONDITIONS, MARKET SHARES, PROFITABILITY, AVAILABILITY OF SUPPLY, SUPPLY AND DEMAND, BUSINESS PLANS, FORECASTS."

THEY HAVE ALREADY DEPOSED THE HEAD OF OUR CHIP BUSINESS, THE PERSON THAT DOES OUR ROADMAPS FOR THE CHIP BUSINESS.  THEY HAVE DEPOSED A LOT OF THIRD PARTIES WHO WERE IN THE CHIP BUSINESS WITH US.  IF THEY WANTED SOMETHING LIKE THIS, IT SHOULD HAVE BEEN ISSUED AT THE VERY BEGINNING OF THE CASE, NOT AFTER WE'VE PUT UP ALL OUR CHIP BUSINESS PEOPLE.

I'M NOT EVEN SURE WHAT THEY REALLY WANT HERE OTHER THAN THEY'VE ASKED OUR PEOPLE WHO THEY COMPETE WITH AND WHO'S BEEN IN THE MARKET, AND THEY HAVE GOTTEN OUR FORECAST AND OUR STRATEGIC PLANS AS PART OF THE PRODUCTIONS.

THIS IS OVERBROAD.  I WOULDN'T KNOW WHERE TO START, EXCEPT THAT WE HAVE ALREADY PUT UP PEOPLE THAT RUN THAT BUSINESS AND THE FOLKS THAT PLAN THAT BUSINESS AND THE FOLKS THAT FORECAST IT.

THE COURT:  COULD YOU DESIGNATE THEIR TESTIMONY?

MR. VAN NEST:  SURE.  WE COULD CERTAINLY TRY. ABSOLUTELY.  I THINK THAT WOULD BE THE BEST WE COULD DO.

AND I WOULD PROBABLY HAVE TO DESIGNATE, I GUESS I CAN'T DESIGNATE THIRD PARTIES, BUT A NUMBER OF THIRD PARTIES HAVE

```
02:57:25   1        TESTIFIED TOO.  BUT WE COULD DESIGNATE.
02:57:27   2               THE COURT:  WELL, BUT IT NEEDS TO BE A CORPORATE
02:57:29   3        REPRESENTATIVE OF QUALCOMM.
02:57:31   4               MR. VAN NEST:  YES, BUT THIS IS SO BROAD, I'M NOT
02:57:33   5        SURE HOW SUCCESSFUL THAT WOULD BE.
02:57:36   6            IF THEY COULD BE MORE SPECIFIC ABOUT WHAT THEY DON'T HAVE,
02:57:39   7        WHAT WE'VE SAID IS, YOU'VE HAD ALL THE PEOPLE, YOU'VE DEPOSED
02:57:42   8        THE CHIP BUSINESS FOLKS, WHAT IS IT THAT YOU ARE LACKING.  TELL
02:57:47   9        US.
02:57:47  10               THE COURT:  WELL, I THINK THEY NEED SOMEBODY SPEAKING
02:57:50  11        FOR THE CORPORATION.
02:57:51  12               MR. VAN NEST:  WELL, THESE PEOPLE ARE ALL SPEAKING
02:57:53  13        FOR THE COMPANY, THE PEOPLE THEY HAVE DEPOSED.
02:57:55  14               THE COURT:  WELL, WOULD YOU HAVE ANY OBJECTION TO
02:57:56  15        JUST HAVING QUALCOMM DESIGNATE THE TESTIMONY THAT'S PREVIOUSLY
02:58:00  16        BEEN TAKEN?  WHY DO YOU NEED A NEW WITNESS?
02:58:03  17               MS. BONN:  SO WE MAY NOT.
02:58:05  18            I THINK IF WE ARE GOING TO GO THE DESIGNATION ROUTE, WHAT
02:58:07  19        PROBABLY MAKES SENSE IS FOR US TO ISSUE KIND OF SPECIFIC
02:58:11  20        QUESTIONS THAT WE WOULD HAVE INTENDED TO ASK AT THIS
02:58:15  21        DEPOSITION, THAT WE WANT A COMPANY WITNESS TO TESTIFY ABOUT.
02:58:18  22            AND TO THE EXTENT THAT THEY BELIEVE THEY CAN ANSWER THOSE
02:58:21  23        QUESTIONS USING PREVIOUSLY SWORN TESTIMONY, WE HAVE NO
02:58:24  24        OBJECTION TO THAT.
02:58:30  25               MR. VAN NEST:  AS LONG AS THAT'S NOT A REDO OF THE
```

```
02:58:32   1    DEPOSITIONS, AND AS LONG AS IT'S NARROW AND TAILORED,

02:58:35   2    YOUR HONOR, I THINK THAT'S APPROPRIATE.

02:58:37   3         BUT IT CAN'T BE, HERE'S THE 50 DEPOSITION QUESTIONS WE

02:58:40   4    MEANT TO ASK WHEN WE HAD THE HEAD OF YOUR CHIP BUSINESS THERE,

02:58:43   5    AND I WANT TO ASK THEM.

02:58:45   6         BUT IF THEY ARE NARROW AND TAILORED, CERTAINLY.

02:58:51   7              THE COURT:  WHAT ABOUT NUMBER FOUR?

02:58:54   8              MR. VAN NEST:  THAT'S ANOTHER ONE, THE EXTENT AND

02:58:57   9    VALUE OF QUALCOMM'S AND OTHER SEP HOLDERS.  CEMA, GSM, UMTS

02:59:06   10   PORTFOLIOS.

02:59:07   11        I MEAN, THAT IS VASTLY BROAD.  THEY HAVE ALREADY DEPOSED

02:59:10   12   THE HEAD OF QTL, THAT'S OUR LICENSING DIVISION.  THEY HAVE

02:59:13   13   DEPOSED LAWYERS WITHIN QTL.  THEY DEPOSED THE PEOPLE THAT

02:59:17   14   NEGOTIATE PORTFOLIO LICENSES.  THE EXTENT AND VALUE, THERE'S

02:59:23   15   BEEN LITIGATION IN FRONT OF JUDGE COUSINS ABOUT WHAT'S

02:59:27   16   PRIVILEGED AND WHAT ISN'T WITHIN THE VALUATION.  MUCH WAS DONE,

02:59:31   17   SOME OF IT IS DONE BY --

02:59:32   18              THE COURT:  SO YOU ARE BASICALLY SAYING THEY DON'T

02:59:34   19   GET A 30(B)(6), THEY ARE STUCK WITH WHATEVER THEY HAVE GOTTEN

02:59:37   20   SO FAR?  BECAUSE THAT'S NOT SATISFACTORY TO ME EITHER.

02:59:41   21              MR. VAN NEST:  IF THEY HAD DONE THIS AT THE

02:59:43   22   BEGINNING, WE WOULDN'T BE IN THIS BOAT.

02:59:45   23        WE HAVE ALREADY PRODUCED ALL OF THE PEOPLE THAT KNOW ABOUT

02:59:48   24   THAT, AND THEY HAVE THIS A FULL CHANCE TO DEPOSE THEM.  I'M NOT

02:59:51   25   SAYING THEY DON'T GET A 30(B)(6), I'M SAYING ON SOMETHING LIKE
```

| | |
|---|---|
| 02:59:55 | 1 |

THIS, YOU'VE GOT TO BE MORE FOCUSED.

02:59:57  2    I WOULD CERTAINLY BE WILLING TO DESIGNATE WHAT TESTIMONY

02:59:59  3  WE HAVE.  I THINK THAT'S A REASONABLE SOLUTION.  IF THEY CAN BE

03:00:02  4  SPECIFIC ABOUT WHAT IT IS.  BUT THIS TOPIC IS SO BROAD, I'M NOT

03:00:07  5  SURE WHERE I WOULD START.

03:00:09  6    MS. BONN:  THE PROBLEM THAT WE HAVE HAD ON THIS

03:00:11  7  TOPIC, YOUR HONOR, IS THAT NUMBER ONE, THIS IS CRITICAL

03:00:16  8  INFORMATION FOR OUR LICENSING EXPERT.

03:00:17  9    NUMBER TWO, WE HAVE HEARD A COMMON REFRAIN THROUGHOUT THE

03:00:21  10  COURSE OF VARIOUS FACT WITNESS DEPOSITIONS WE HAVE TAKEN,

03:00:24  11  INCLUDING ONES WHO WERE DISCLOSED AS HAVING KNOWLEDGE ABOUT

03:00:27  12  PATENTS OR THEIR STANDARD CENTRAL ACTIVITIES, THAT EITHER

03:00:31  13  NUMBER ONE, I DON'T KNOW ANYTHING ABOUT PATENTS, YOU WOULD HAVE

03:00:33  14  TO ASK SOMEBODY ELSE; OR NUMBER TWO, I JUST DON'T KNOW SITTING

03:00:38  15  HERE; OR NUMBER THREE, YOU KNOW, I THINK THAT BECAUSE I TALKED

03:00:41  16  TO AN ATTORNEY ABOUT THE PATENTS, IT'S PRIVILEGED.

03:00:43  17    AND SO WE HAVE SERVED WHAT WE THINK IS A TARGETED TOPIC

03:00:47  18  THAT GOES DIRECTLY TO THE CORE LICENSING ISSUES IN THIS CASE

03:00:50  19  AND THE ESTABLISHMENT OF WHAT A FRAND RATE FOR QUALCOMM'S

03:00:53  20  PATENTS SHOULD BE.  AND WE DON'T THINK IT'S SATISFACTORY ON

03:00:58  21  THIS ONE TO SIMPLY SAY THEY CAN DESIGNATE PAST TESTIMONY,

03:01:03  22  BECAUSE IN OUR EXPERIENCE, THE PAST TESTIMONY HAS NOT BEEN

03:01:07  23  USEFUL ON THIS TOPIC

03:01:09  24    THE COURT:  4 OR 5?  WHAT ARE YOU REFERRING TO, 4 OR

03:01:13  25  5 OR BOTH?

03:01:14   1          MS. BONN:  BOTH.  4 THROUGH 7.

03:01:23   2          MR. VAN NEST:  WELL, YOUR HONOR, LET'S TAKE A LOOK AT

03:01:26   3    THOSE.  TAKE A LOOK AT 6.

03:01:28   4          QUALCOMM'S AGREEMENTS WITH LICENSEES.  THERE ARE HUNDREDS

03:01:31   5    OF THOSE, INCLUDING THE RIGHTS AND COMPENSATION GRANTED UNDER

03:01:35   6    EACH OF THEM.

03:01:36   7          THEY HAVE TAKEN THE HEAD OF OUR LICENSING BUSINESS, THEY

03:01:38   8    HAVE TAKEN THE PERSON THAT NEGOTIATED MANY OF THE AGREEMENTS,

03:01:42   9    THEY HAVE TAKEN THE FORMER HEAD OF OUR LICENSING BUSINESS, THEY

03:01:45  10    HAVE TAKEN ALL OF OUR LICENSING PEOPLE.  THEY WANT A 30(B)(6)

03:01:49  11    ON ALL 300 OR 400 AGREEMENTS OVER TIME?  THAT'S RIDICULOUS.

03:01:53  12          THE SAME IS TRUE OF 7.  THEY WANT NEGOTIATIONS WITH ALL

03:01:57  13    LICENSEES.  THERE ARE A HUNDREDS OF LICENSEES.  AND AGAIN, THE

03:02:01  14    PEOPLE THAT NEGOTIATED OUR LICENSES SAT FOR DEPOSITIONS.

03:02:04  15          THEY HAVEN'T MOVED TO COMPEL, YOUR HONOR, FURTHER

03:02:07  16    TESTIMONY FROM ANY OF THESE PEOPLE.  THERE HAVE BEEN NO MOTIONS

03:02:11  17    TO COMPEL FROM ANY OF OUR QTL PEOPLE.

03:02:14  18          NUMBER 6 AND 7, YOU CAN'T SEND A 30(B)(6) FOR INFORMATION

03:02:18  19    ABOUT HUNDREDS OF AGREEMENTS.  YOU CAN DEPOSE THE PEOPLE THAT

03:02:21  20    NEGOTIATED THEM, AND YOU COULD DEPOSE THE PEOPLE THAT RUN THE

03:02:24  21    DIVISION, AND THEY HAVE ALREADY DONE ALL OF THAT.

03:02:27  22          I WOULD BE PERFECTLY WILLING AGAIN TO TRY TO DESIGNATE

03:02:32  23    WHAT TESTIMONY WAS GIVEN BECAUSE WE DIDN'T GIVE TESTIMONY ABOUT

03:02:35  24    VARIOUS OF THE AGREEMENTS.  ANY AGREEMENT THEY ASKED ABOUT, WE

03:02:37  25    HAVE TESTIFIED ABOUT.

03:02:39  1        AND SO WITH RESPECT TO 4, 5, 6 AND 7, THESE ARE ALL VASTLY

03:02:45  2   OVERBROAD.  AND AGAIN, IF THEY WANT TO BE SPECIFIC ABOUT

03:02:48  3   AGREEMENTS, THEY DIDN'T ASK ABOUT, OR PARTICULAR FACTS ABOUT

03:02:52  4   AGREEMENTS THEY DID ASK ABOUT, FINE.  GIVE US A TAILORED

03:02:57  5   REQUEST AND WE WILL EITHER DESIGNATE TESTIMONY, OR IF WE

03:03:01  6   HAVEN'T DONE IT, WE WILL PUT SOMEONE UP TO ANSWER IT.

03:03:04  7        BUT I MEAN, TO THROW THIS OUT WITHIN THREE WEEKS OF THE

03:03:08  8   CLOSE OF DISCOVERY, IS COMPLETELY UNFAIR.  AND AGAIN, THEY HAVE

03:03:13  9   SHOULD DONE THIS AT THE VERY BEGINNING.  THEY'VE HAD ALL THESE

03:03:16  10   WITNESSES.

03:03:16  11        THE COURT:  OKAY.  THIS IS WHAT I'M GOING TO DO, WITH

03:03:18  12   THE FTC NOTICE, I'M GOING TO ORDER A 30(B)(6) WITNESS BE

03:03:22  13   PROVIDED FOR TOPICS 6, 7, 8 AND 10.

03:03:28  14        MR. BORNSTEIN:  YOUR HONOR, MAY I BE HEARD ON THAT?

03:03:30  15        THE COURT:  THOSE SEEM FAIR TO ME.

03:03:32  16        MR. BORNSTEIN:  MAY I BE HEARD ON THAT, YOUR HONOR,

03:03:33  17   BECAUSE I HAVEN'T HAD THE OPPORTUNITY TO ADDRESS THESE.

03:03:35  18        THESE ARE -- THERE ARE TWO PROBLEMS WITH THESE, THREE,

03:03:39  19   ACTUALLY.

03:03:40  20        NUMBER ONE IS THE BREADTH.  NUMBER TWO IS THE TIMING.  AND

03:03:43  21   NUMBER THREE IS THE LARGE NUMBER OF PEOPLE WHO HAVE ALREADY

03:03:47  22   BEEN DEPOSED ON THESE SUBJECTS.

03:03:50  23        JUST TO TAKE NUMBER 6 AS AN EXAMPLE, THEY ARE ASKING FOR

03:03:54  24   THE EXTENT AND VALUE OF QUALCOMM'S PATENT PORTFOLIO, PERIOD.

03:03:58  25   THAT WOULD REQUIRE, WE ARE TALKING ABOUT TENS OF THOUSANDS OVER

03:04:01  1   100,000 PATENTS.  WE HAVE HAD PEOPLE FROM THE IP DEPARTMENT AT

03:04:08  2   QUALCOMM, THE HEAD OF THE IP DEPARTMENT AND OTHERS TESTIFY

03:04:11  3   ABOUT THE PATENT PORTFOLIO.  AND WE HAVE HAD THE LICENSING

03:04:17  4   PEOPLE WHO ARE RESPONSIBLE FOR THE NEGOTIATING OF THE

03:04:18  5   CONTRACTS, SET THE VALUE FOR THESE PATENTS, TESTIFY.

03:04:19  6        WE'VE HAD, BY MY COUNT, SEVEN VERY SENIOR CURRENT OR

03:04:23  7   FORMER EMPLOYEES IN THE LICENSING DIVISION RESPONSIBLE FOR

03:04:27  8   NEGOTIATING THESE CONTRACTS ALREADY TESTIFY.

03:04:29  9        HAD WE BEEN GIVEN A NOTICE ABOUT THE EXTENT AND VALUE OF A

03:04:34  10  HUNDRED THOUSAND PATENT PORTFOLIO 30(B)(6) REQUESTS EARLY IN

03:04:39  11  THE DISCOVERY PROCESS, WE COULD HAVE WORKED TO TRY TO FIGURE

03:04:42  12  OUT AT LEAST HOW WE COULD RESPOND TO SOME OF THIS.  BUT I

03:04:45  13  WOULDN'T KNOW HOW TO BEGIN TO FIND A PERSON WHO CAN SPEAK TO

03:04:49  14  THE FULL EXTENT AND THE FULL VALUE OF THE COMPANY'S PATENT

03:04:53  15  PORTFOLIO IN A 30(B)(6) CAPACITY, ESPECIALLY AT THIS POINT IN

03:04:58  16  TIME.  WE ARE REALLY HAVING A REDO.

03:05:00  17       THE COURT:  I GUESS I DON'T REALLY UNDERSTAND THE

03:05:02  18  TIMELINESS ISSUE.  THIS WAS SERVED ON FEBRUARY 28TH.  IT'S

03:05:06  19  TIMELY.  YOU ARE SAYING YOU SHOULD HAVE, AND YOU WOULD HAVE PUT

03:05:09  20  UP A 30(B)(6) BEFORE ANY OTHER WITNESS WAS DEPOSED?

03:05:14  21       MR. BORNSTEIN:  WHAT I'M SAYING, YOUR HONOR, IS IF

03:05:15  22  YOU ARE SERVING A 30(B)(6) WITNESS ON THE LAST DAY OF THE

03:05:19  23  30-DAY PERIOD AT THE END OF DISCOVERY, IT OUGHT TO BE A

03:05:23  24  TARGETED 30(B)(6) NOTICE.

03:05:25  25       PEOPLE WHO SERVE 30(B)(6) NOTICES THAT ARE THIS BROAD

03:05:28   1     TYPICALLY SERVE THEM AT THE BEGINNING AND WE WORK TO GET THEM

03:05:31   2     RESOLVED.  THERE'S NO REASON IF THIS WAS SOMETHING THE FTC WAS

03:05:35   3     INTERESTED IN, IT'S CERTAINLY NOT A SURPRISE THIS WAS SUBJECT

03:05:38   4     OF A DISCUSSION.  THERE'S NO REASON -- IF IT WAS SOMETHING THEY

03:05:39   5     WERE INTERESTED IN, THEY COULD HAVE SERVED THIS NOTICE A LONG

03:05:42   6     TIME AGO.

03:05:43   7          THE COURT:  I DON'T SEE -- WHY IS THERE A PROBLEM?

03:05:45   8          "ALL MEASURES, METRICS AND THIRD-PARTY STUDIES RELIED ON

03:05:49   9     BY QUALCOMM TO DETERMINE THE QUALITY OR VALUE OF ITS CELLULAR

03:05:53   10    PATENT PORTFOLIO."

03:05:54   11         WHY IS THAT SOMETHING -- IF ANYTHING, YOU SHOULD NOW BE

03:05:56   12    ABLE TO PREP SOMEONE MORE EASILY BECAUSE YOU ARE SAYING YOU

03:05:59   13    ALREADY HAVE TESTIMONY ON EVERYTHING.

03:06:01   14         MR. BORNSTEIN:  YOUR HONOR, TO HAVE A PERSON TESTIFY

03:06:05   15    ABOUT THE EXTENT AND VALUE OF THE PORTFOLIO, THE WAY THAT IT'S

03:06:08   16    MEASURED, NUMBER 7 FOR EXAMPLE GETS INTO WHERE PARTICULAR

03:06:12   17    PATENTS ARE SUBSTANTIALLY EMBODIED, WHICH AS YOUR HONOR KNOWS

03:06:15   18    IS AN INCREDIBLY COMPLEX ISSUE.  WE CERTAINLY CAN'T DO THAT FOR

03:06:19   19    HUNDREDS OF THOUSANDS OF PATENTS.  THIS IS A VERY, VERY

03:06:23   20    BURDENSOME TASK.

03:06:24   21         THE COURT:  YOU ARE CHANGING THE QUESTION.  I SAID 8.

03:06:27   22    WHAT IS YOUR OBJECTION TO 8?

03:06:28   23         MR. BORNSTEIN:  NUMBER 8 FOCUSES ON THE MEASURES AND

03:06:31   24    METRICS RELIED ON TO DETERMINE THE VALUE OF THE PATENT

03:06:36   25    PORTFOLIO OR OTHER PATENT HOLDERS, RIGHT, AND EVERYTHING CITED

03:06:42  1    OR RELIED ON BY QUALCOMM IN ITS COMMUNICATIONS.

03:06:46  2         THAT WOULD REQUIRE US TO GO THROUGH AND IDENTIFY AND

03:06:49  3    FIGURE OUT WHICH EACH OF THESE METRICS ARE, WHICH THE MEASURES

03:06:53  4    ARE, WE ARE TALKING ABOUT COMMUNICATIONS OVER A VERY LONG

03:06:58  5    PERIOD OF TIME BY QUALCOMM TO LICENSEES IN PRIVATE

03:07:02  6    COMMUNICATIONS, TO CUSTOMERS IN PRIVATE COMMUNICATIONS, AND

03:07:05  7    THEN INVESTORS IN OTHER PUBLIC COMMUNICATIONS OVER THE COURSE

03:07:08  8    OF DECADES.

03:07:11  9         SO TO GO THROUGH AND TRY AND HAVE SOMEONE BE EDUCATED AND

03:07:13  10   PREPPED TO TALK ABOUT EACH AND EVERY STUDY, EACH AND EVERY

03:07:16  11   FORWARD CITATION ANALYSIS, EACH AND EVERY STANDARD, IS A

03:07:21  12   MAMMOTH TASK.

03:07:23  13              MS. GILLEN:  YOUR HONOR, MAY I RESPOND?

03:07:26  14              THE COURT:  YES.

03:07:27  15         AND IF YOU ARE GETTING 3.8 MILLION PAGES OF DOCUMENTS NOW,

03:07:30  16   I THINK IT'S NOT FAIR TO THEN SAY WELL, I'M ONLY GOING TO GIVE

03:07:33  17   YOU TESTIMONY ON WHAT YOU SPECIFICALLY IDENTIFIED BY REPORT BY

03:07:38  18   DATE.  I THINK THAT'S UNREASONABLE.

03:07:40  19         I THINK WHAT YOU ARE DOING IS NOT REASONABLE.  YOU ARE

03:07:44  20   DOING THIS HUGE DOCUMENT DUMP THE AT END OF THE CASE AND THEN

03:07:49  21   SAYING UNLESS I GIVE ME BY THIRD PARTY, BY DOCUMENT, BY DATE,

03:07:53  22   I'M NOT GOING TO GIVE YOU 30(B)(6) DEPOSITION TESTIMONY.  I

03:07:56  23   JUST THINK THAT'S UNFAIR.

03:07:59  24              MR. BORNSTEIN:  YOUR HONOR, I HAVE TO OBJECT ONE MORE

03:08:02  25   TIME.

03:08:03  1        WE ARE NOT DOING A DOCUMENT DUMP AT THE END OF THE CASE.

03:08:06  2    I REALLY STRENUOUSLY OBJECT TO THAT CHARACTERIZATION.  WE

03:08:08  3    FINISHED OUR DOCUMENT PRODUCTION IN NOVEMBER AS WE WERE ORDERED

03:08:10  4    TO DO, AND WE COMPLIED, WE NEVER HAD A WIT OF COMPLAINT ABOUT

03:08:14  5    THAT, YOUR HONOR.

03:08:15  6        THE COURT:  OH, COME ON, THE PRIVILEGE DOCUMENT, 67

03:08:18  7    PERCENT BEING OVERLY WITHHELD AS PRIVILEGED?

03:08:21  8        MR. BORNSTEIN:  YOUR HONOR, I UNDERSTAND THE

03:08:22  9    PRIVILEGE ISSUE.

03:08:23  10        THE COURT:  OKAY.  THAT IS DEEPLY DISTURBING TO ME.

03:08:26  11        SO YOU ARE SAYING "WE PRODUCED EVERYTHING," I HAVE SERIOUS

03:08:30  12    CONCERNS ABOUT IT BASED ON THE OVER-DESIGNATION AND

03:08:34  13    OVER-WITHHOLDING OF ALLEGEDLY PRIVILEGED DOCUMENTS.

03:08:36  14        BUT LET ME HEAR FROM THE FTC.  WHAT'S YOUR ANSWER ON 6, 7,

03:08:40  15    8 AND 10?

03:08:43  16        MS. GILLEN:  YOUR HONOR, THE COMMON THREAD THROUGH

03:08:45  17    TOPICS 6, 7, 8 AND 10 IS THAT THESE TOPICS ALL RELATE TO PATENT

03:08:51  18    VALUATION ISSUES.  AND QUALCOMM'S ASSESSMENTS OF THE VALUE OF

03:08:55  19    THIS PATENT PORTFOLIO IS IT'S CLEARLY AN IMPORTANT PART OF THIS

03:09:00  20    CASE AND WILL BE A KEY FACT IN ASSESSING WHETHER QUALCOMM'S

03:09:03  21    ROYALTIES ARE REASONABLE.

03:09:04  22        THE FTC HAS TRIED TO PURSUE THESE TOPICS WITH A NUMBER OF

03:09:09  23    DIFFERENT FACT WITNESSES SINCE THE BEGINNING OF THE DEPOSITION

03:09:11  24    PHASE OF THIS CASE, AND QUALCOMM HAS CONTINUALLY CLAIMED

03:09:13  25    PRIVILEGE OVER THIS INFORMATION AND INSTRUCTED ITS WITNESSES

03:09:16  1    NOT TO ANSWER QUESTIONS ON THESE TOPICS.

03:09:19  2          SO TO THE EXTENT QUALCOMM CLAIMS THAT THE FTC WAITED TOO

03:09:21  3    LONG TO SERVE THESE 30(B)(6) TOPICS, IT'S SIMPLY BECAUSE WE

03:09:27  4    ANTICIPATED OBTAINING TESTIMONY FROM FACT WITNESSES WHO DID NOT

03:09:29  5    KNOW THEY WERE ALL GOING TO REFUSE TO ANSWER QUESTIONS ON THESE

03:09:32  6    TOPICS.

03:09:33  7          MR. BORNSTEIN:  YOUR HONOR, THAT'S JUST NOT CORRECT.

03:09:35  8    WE HAVE NOT INSTRUCTED A SINGLE PERSON ON PRIVILEGE WITH

03:09:38  9    RESPECT TO ISSUES OF VALUE.  WE HAVE INSTRUCTED PEOPLE NOT TO

03:09:42  10   TESTIFY ABOUT THE ANALYSIS OF SPECIFIC PATENTS, BUT WHEN PEOPLE

03:09:46  11   HAVE BEEN ASKED ABOUT THE VALUE OF THE PORTFOLIO, THEY HAVE

03:09:49  12   NEVER BEEN INSTRUCTED NOT TO TESTIFY.  THAT'S SIMPLY NOT THE

03:09:52  13   CASE.

03:09:54  14          WE HAVE HAD PERSON AFTER PERSON TESTIFY ABOUT THE VALUE OF

03:09:59  15   THE PATENTS THAT ARE LICENSED TO THIRD PARTIES BASED ON THEIR

03:10:02  16   NEGOTIATIONS, AND BASED ON THEIR EXPERIENCE AS LICENSES AND

03:10:08  17   PROFESSIONALS.  AGAIN, AND AGAIN, AND AGAIN WE HAVE HAD

03:10:11  18   TESTIMONY ON THAT.  THERE'S SIMPLY BEEN NO INSTRUCTION ON

03:10:15  19   VALUE, ON A PRIVILEGE BASIS.

03:10:20  20          THE COURT:  DO YOU HAVE A RESPONSE TO THAT?

03:10:23  21          MS. GILLEN:  THE FTC DISAGREES WITH THE

03:10:25  22   CHARACTERIZATION OF THE TESTIMONY THAT'S BEEN GIVEN.  I DON'T

03:10:29  23   HAVE THE TRANSCRIPTS OF ALL THOSE WITNESSES IN FRONT OF ME

03:10:32  24   RIGHT NOW.  BUT THIS HAS CONTINUALLY BEEN A PROBLEM FOR US IN

03:10:38  25   DEPOSITIONS IN TRYING TO OBTAIN ACTUAL TESTIMONY ON THESE

03:10:40  1      TOPICS DUE TO PRIVILEGE ISSUES.

03:10:42  2           AND WE ALSO HAVE A MOTION THAT'S ABOUT TO BE FILED I

03:10:45  3      BELIEVE BEFORE MAGISTRATE JUDGE COUSINS, RELATING TO PATENT

03:10:49  4      VALUATION ISSUES AND QUALCOMM'S CLAIMS OF PRIVILEGE ON THESE

03:10:56  5      VERY TOPICS.

03:10:57  6           THE COURT:  ALL RIGHT.  6, 7, 8, AND 10 YOU ARE

03:11:00  7      ORDERED TO PRODUCE A WITNESS.

03:11:02  8           LET'S GO TO THE PLAINTIFF'S MDL.

03:11:07  9           MS. BONN:  I THINK, YOUR HONOR, THOSE TOPICS SEEM TO

03:11:10  10     SUBSTANTIALLY OVERLAP WITH OUR TOPIC 4.  I THINK OUR TOPIC 4 IS

03:11:13  11     LIKELY SUBSUMED WITHIN THOSE TOPICS.

03:11:16  12          THE COURT:  I WAS GOING TO ORDER NUMBER 4, AND 5.  4

03:11:20  13     AND 5.

03:11:21  14          MR. VAN NEST:  I THINK THOSE ARE SUBSUMED,

03:11:23  15     YOUR HONOR, WITHIN WHAT YOU JUST ORDERED ON THE FTC SIDE.

03:11:27  16          THE COURT:  I KNOW.  I WAS GOING TO ORDER NUMBER 4

03:11:29  17     AND 5.

03:11:30  18          MR. VAN NEST:  EXCUSE ME.

03:11:31  19          ON 4, HOW COULD WE PRESENT SOMEBODY ON THE VALUE OF THE

03:11:35  20     OTHER SEP HOLDER'S PORTFOLIOS?  I MEAN, THAT'S UNREASONABLE.

03:11:41  21          OUR OWN PORTFOLIO, FINE, BUT WHY AND HOW WOULD WE BE

03:11:44  22     EXPECTED TO KNOW WHAT THE VALUE OF ANYONE ELSE'S PORTFOLIO IS.

03:11:48  23     I THINK THAT'S OUTSIDE THE SCOPE OF ANYTHING WE WOULD HAVE

03:11:50  24     KNOWLEDGE OF.  THEY'VE HAD AN OPPORTUNITY TO DEPOSE THE THIRD

03:11:53  25     PARTIES.  ERICSSON, NOKIA, THEY ARE ALL BEING DEPOSED.

03:11:58   1    ERICSSON WILL BE DEPOSED.  NOKIA IS BEING DEPOSED TODAY.  THE

03:12:04   2    FOLKS AT MEDIA TECH.  THE FOLKS THAT HAVE PORTFOLIOS, THEY ARE

03:12:08   3    BEING DEPOSED AND THEY CAN ASK THEM THAT QUESTION.  THAT'S NOT

03:12:11   4    A REASONABLE 30(B)(6) TO QUALCOMM.

03:12:13   5              MS. BONN:  WE CERTAINLY INTEND TO, YOUR HONOR, AND

03:12:15   6    YET WE ALSO BELIEVE THAT QUALCOMM MAY HAVE CONDUCTED ANALYSIS

03:12:17   7    AND OTHER WORK ON THEIR OWN TO ASSESS NOT ONLY THE STRENGTH OR

03:12:21   8    VALUE OF THEIR PORTFOLIO STANDING ALONE, BUT THE RELATIVE

03:12:25   9    STRENGTHS COMPARED TO OTHER LICENSORS IN THE STACK.

03:12:27  10         AND IT'S JUST ONE EXAMPLE, BUT QUALCOMM TOLD THE PARTIES

03:12:32  11    LAST NIGHT THAT THEY WERE PRODUCING ADDITIONAL DOCUMENTS

03:12:34  12    RELATING TO THE AVANCI PATENT POOL, WHERE QUALCOMM PARTICIPATES

03:12:39  13    WITH ERICSSON.  AND AVANCI DISTRIBUTES LICENSING REVENUE TO THE

03:12:45  14    COMPANIES BASED IN PART ON THEIR RELATIVE PORTFOLIO STRENGTH.

03:12:49  15         AND SO WE ARE NOT ASKING THIS QUESTION TO SEEK INFORMATION

03:12:52  16    THAT'S SOLELY WITHIN THE HANDS OF THIRD PARTIES, BUT RATHER TO

03:12:56  17    SEEK INFORMATION ABOUT QUALCOMM'S VIEW OF THE RELATIVE STRENGTH

03:13:01  18    OF ITS PORTFOLIO COMPARED TO OTHER LICENSORS IN THE STACK.

03:13:05  19              THE COURT:  OBVIOUSLY, IF YOU DON'T HAVE ANY

03:13:06  20    INFORMATION ON ANY COMPETITORS, THEN YOU JUST DON'T HAVE THE

03:13:09  21    INFORMATION.  BUT IF YOU ARE TELLING ME QUALCOMM HAS NEVER DONE

03:13:13  22    ANY COMPETITIVE ANALYSIS, THEN THAT'S THE ANSWER.  THAT THEY

03:13:16  23    DON'T LOOK AT ANY OTHER STANDARD ESSENTIAL PATENT HOLDER'S

03:13:21  24    PORTFOLIOS AND HAVE NO KNOWLEDGE ABOUT ANY OTHER STANDARD

03:13:25  25    ESSENTIAL PATENT HOLDER'S PORTFOLIOS.

```
03:13:28   1        I WOULD BE SURPRISED IF THERE'S NEVER BEEN ANY COMPARATIVE
03:13:31   2   ANALYSIS OR COMPETITIVE ANALYSIS, BUT IF THAT'S THE CASE,
03:13:36   3   THAT'S THE ANSWER, WE JUST DON'T HAVE ANY OTHER INFORMATION
03:13:40   4   ABOUT ANY OTHER PARTIES'S PORTFOLIO.
03:13:40   5        MR. VAN NEST:  WITH RESPECT TO THE ANSWER COUNSEL
03:13:42   6   GAVE AVANCI, THAT IS AN AREA WHERE A NUMBER OF MANUFACTURERS
03:13:45   7   HAVE POOLED PATENTS IN A CERTAIN WAY.  THEY ASKED FOR A
03:13:48   8   30(B)(6) ON AVANCI FROM QUALCOMM AND WE PROVIDED IT.
03:13:52   9        MR. GONELL WAS A 30(B)(6) WITNESS ON AVANCI.  HE
03:13:56  10   TESTIFIED.  THAT'S PERFECTLY APPROPRIATE.
03:13:59  11        BUT AGAIN, TO THROW THIS IN AT THE ELEVENTH HOUR, AFTER
03:14:03  12   ALL OF OUR QTL PEOPLE HAVE TESTIFIED, IS JUST NOT FAIR,
03:14:06  13   ESPECIALLY WHEN YOU ARE ASKING US HOW TO VALUE OTHER PEOPLE'S
03:14:10  14   PORTFOLIOS.
03:14:11  15        I JUST THINK, YOU KNOW, THEY -- THE EXAMPLE SHE GAVE IS A
03:14:17  16   PERFECTLY GOOD EXAMPLE.  THEY HAD A SPECIFIC AREA WANTED TO
03:14:20  17   TEST.  THEY ASKED FOR A 30(B)(6), MR. GONELL PROVIDED 30(B)(6)
03:14:25  18   TESTIMONY ON AVANCI.  AND WE HAVE AGREED, THROUGH MEET AND
03:14:28  19   CONFER, TO PRODUCE ADDITIONAL AVANCI DOCUMENTS, THAT'S RIGHT,
03:14:32  20   THAT'S PART OF THE NEGOTIATION WE HAD.
03:14:33  21        MS. BONN:  HERE'S PART OF THE ISSUE THERE.
03:14:35  22        THEY JUST PRODUCED 30,000 DOCUMENTS BELONGING TO
03:14:38  23   MR. GONELL THIS WEEKEND AFTER HIS DEPOSITION PASSED AND
03:14:41  24   INDICATED LAST NIGHT THEY WERE GOING TO PRODUCE A MORE RECENT
03:14:44  25   MODEL FOR AVANCI ON HIS COMPUTER.
```

03:14:46  1       THAT'S JUST ONE EXAMPLE THAT WE HAVE DETERMINED FROM THE

03:14:48  2   DOCUMENTS WHERE WE DO BELIEVE QUALCOMM HAS DONE SOME SORT

03:14:54  3   COMPARATIVE ANALYSIS, BUT WE ARE ENTITLED TO KNOW IF THERE ARE

03:14:58  4   OTHERS.

03:14:59  5       THE COURT:  ALL RIGHT.  OKAY.  4 AND 5.  THEY ARE

03:15:01  6   ORDERED.

03:15:02  7       NOW --

03:15:15  8       MS. BONN:  I HAVE A SUGGESTION ON 6 AND 7.

03:15:16  9       THE COURT:  WHAT'S A SUGGESTION?  I HOPE IT'S A

03:15:18  10  NARROWING SUGGESTION.  WHAT'S YOUR SUGGESTION?

03:15:20  11       MS. BONN:  SO COUNSEL HAD SAID HE WAS CONCERNED THAT

03:15:22  12  THIS POTENTIALLY COVERS HUNDREDS OF LICENSEES.

03:15:25  13       THE COURT:  WHICH IS A VERY VALID POINT.

03:15:26  14       MS. BONN:  YES.

03:15:27  15       SO LOOKING UP THE DEFINITION OF LICENSEE, IT SAYS "ANY

03:15:30  16  THIRD PARTY HOLDING A LICENSE TO YOUR STANDARD ESSENTIAL

03:15:33  17  PATENTS, AND INCLUDES SAMSUNG, ALCATEL, APPLE, LG, ZTE, HUAWEI,

03:15:44  18  HTC, KYOCERA, MOTOROLA, NOKIA AND BLACKBERRY.  I THINK THIS MAY

03:15:50  19  HAVE BEEN SOME OVERLY PROTECTIVE LAWYER DRAFTING, AND I DON'T

03:15:54  20  THINK WE NEED A 30(B)(6) BROADER THAN THOSE SPECIFIC IDENTIFIED

03:15:58  21  LICENSEES AND THEIR AGREEMENTS.

03:16:06  22       MR. VAN NEST:  SO, YOUR HONOR, WHAT SHE'S ASKING IS

03:16:10  23  TO LIMIT THE DEFINITION TO THE LICENSEES THAT ARE LISTED.

03:16:16  24       THE COURT:  IN DEFINITION NUMBER 26.

03:16:19  25       MS. BONN:  CORRECT.

| | |
|---|---|
| 03:16:20 | 1 |
| 03:16:22 | 2 |
| 03:16:27 | 3 |
| 03:16:31 | 4 |
| 03:16:35 | 5 |
| 03:16:41 | 6 |
| 03:16:45 | 7 |
| 03:16:47 | 8 |
| 03:16:48 | 9 |

```
                    MR. VAN NEST:  THAT'S ONE WHERE I THINK WE COULD DO

      THAT AS LONG AS WE WERE ALLOWED TO DESIGNATE TESTIMONY THAT,

      FOR MANY OF THESE, I BELIEVE ALL OF THESE HAVE BEEN TESTIFIED

      TO.  I KNOW THAT SAMSUNG WAS, I KNOW THAT APPLE WAS, I KNOW

      THAT NOKIA WAS, I KNOW THAT BLACKBERRY WAS.

            BUT IN COMBINATION WITH NARROWING THESE AND ALLOWING US TO

      DESIGNATE, I THINK THAT WOULD BE ACCEPTABLE AND A REASONABLE

      WAY TO PROCEED.

                    THE COURT:  ALL RIGHT.
```

03:16:48  10

03:17:03  11

03:17:07  12

03:17:10  13

03:17:12  14

03:17:13  15

03:17:15  16

03:17:25  17

03:17:28  18

03:17:31  19

03:17:34  20

03:17:37  21

03:17:43  22

03:17:46  23

03:17:49  24

03:17:52  25

```
            SO 6 AND 7 ARE -- SO 6 AND 7, I WAS GOING TO ORDER THE

      PLAINTIFFS TO NARROW 6 AND 7.  YOU ARE GOING TO LIMIT IT TO THE

      COMPANIES THAT ARE IDENTIFIED IN, I GUESS THAT'S PARAGRAPH

      NUMBER 26.

                    MR. VAN NEST:  YES, YOUR HONOR.

                    THE COURT:  OKAY.  SO THAT'S GOING TO BE LIMITED TO

      COMPANIES IDENTIFIED BY NAME IN PARAGRAPH 26.  OKAY.  SO THAT

      APPLIES TO BOTH 6 AND 7.  NOW LET'S GO TO --

                    MR. VAN NEST:  AND YOUR HONOR, WOULD WE HAVE THE

      RIGHT TO DESIGNATE, TO THE EXTENT THEY HAVE HAD TESTIMONY ON

      THESE, WE WOULD LIKE THE RIGHT TO DESIGNATE THE TESTIMONY, AND

      THAT WILL STAND FOR THE CORPORATION.  WE HAD TO HAVE OUR QTL

      TESTIFYING ABOUT MANY OF THESE.

                    MS. BONN:  MY VIEW IS -- WHAT I WOULD PROPOSE,

      FRANKLY, THESE TOPICS ARE RELATED TO OUR LICENSING EXPERT.  I

      HAVE A FEELING THAT WE ARE GOING TO WANT WELL-PREPARED
```

```
03:17:56   1    WITNESSES WHO CAN ANSWER SPECIFIC QUESTIONS.

03:17:58   2        SO WHAT I WOULD PROPOSE IS THAT WE CAN GIVE AN OUTLINE OF

03:18:02   3    QUESTIONS IN ADVANCE, BUT THAT THEY DO PUT UP A LIVE WITNESS TO

03:18:06   4    ANSWER THEM.  BECAUSE I'M NOT SURE TO WHAT EXTENT THE TESTIMONY

03:18:09   5    THEY WANT TO DESIGNATE WILL ACTUALLY ANSWER THE SPECIFIC

03:18:11   6    QUESTIONS.

03:18:11   7        SO I THINK THAT'S A FAIR WAY FOR THEM TO BE PREPARED FOR

03:18:17   8    THE DEPOSITION.  IT'S NOT GOING TO BE A FREE-WHEELING

03:18:19   9    DISCUSSION OF ANY TOPIC THAT THEY DON'T SEE IN ADVANCE.  WE

03:18:22   10   WILL GIVE THEM THE QUESTIONS WE INTEND TO COVER, AT LEAST THE

03:18:22   11   TOPICS RELATED TO THESE ISSUES IN ADVANCE SO THAT THEY CAN

03:18:25   12   SUFFICIENTLY PREPARE A WITNESS.

03:18:27   13            MR. VAN NEST:  YOUR HONOR, THAT'S --

03:18:28   14            MS. BONN:  AND IDENTIFY THE EXHIBITS AS WELL.

03:18:29   15            MR. VAN NEST:  YOUR HONOR, THAT'S A REDO.  THAT'S A

03:18:31   16   REDO.

03:18:32   17       THEY HAD THE PEOPLE THAT NEGOTIATED THE APPLE CONTRACTS,

03:18:35   18   AND SAMSUNG, AND THEY HAD TWO DAYS WITH EACH WITNESS, TWO FULL

03:18:41   19   DAYS.

03:18:42   20       TO SAY NOW THAT WE ARE GOING TO GO BACK ON THESE, EVEN IF

03:18:46   21   THEY ARE SPECIFIC, AND SAY WE GET A WHOLE BUNCH MORE QUESTIONS,

03:18:49   22   THAT'S NOT A 30(B)(6), THAT'S NOT FAIR.  THEY CHOSE THE PEOPLE

03:18:53   23   TO DEPOSE.  WE ARE WILLING TO HAVE THAT TESTIMONY STAND FOR THE

03:18:56   24   CORPORATION AND DESIGNATE IT.

03:18:58   25       BUT TO GIVE THEM ANOTHER SHOT WHEN THEY HAVE ALREADY HAD A
```

| | |
|---|---|
| 03:19:03 | 1 |
| 03:19:06 | 2 |
| 03:19:11 | 3 |
| 03:19:14 | 4 |

1    FULL TWO-DAY DEPOSITION OF FOLKS THAT WERE INVOLVED IN THESE,

2    THAT'S NOT FAIR.  I WOULD ASK THAT WE BE ALLOWED TO DESIGNATE

3    TESTIMONY, AND AFTER WE DESIGNATE, IF THEY'VE GOT SOME PROBLEM,

4    THEY CAN RAISE IT.

5              THE COURT:  NO, I'M SORRY.  WE NEED TO SHORT CIRCUIT

6    SOME OF THESE DISPUTES.  THE END OF DISCOVERY IS FRIDAY OF NEXT

7    WEEK.  YOU WILL PRODUCE A WITNESS ON THE MORE NARROW TOPICS OF

8    6 AND 7.

9              MR. VAN NEST:  WILL THEY PROVIDE -- CAN THEY PROVIDE

10   THE WRITTEN NOTICE AHEAD OF TIME SO WE KNOW WHAT THEY NEED?

11             THE COURT:  YES, YES.

12             MS. BONN:  WE WILL.

13             THE COURT:  ALL RIGHT.  LET'S GO TO 8.

14       NOW WHY DO YOU NEED 8?  DON'T YOU ALREADY HAVE THEIR

15   FINANCIAL STATEMENTS?

16             MS. BONN:  ON NUMBER 8, WHAT I SUGGEST IS, I HAVE A

17   FEELING THAT THERE'S A REASON AN EXPERT HAD SPECIFIC QUESTIONS,

18   AND I AGREE THAT THE TOPIC DOESN'T INFORM QUALCOMM OF THE

19   SPECIFIC QUESTIONS WE INTEND TO ASK.

20       AND SO I WOULD SUGGEST SOMETHING SIMILAR THAT WE TALKED TO

21   OUR EXPERTS AND PROVIDE AN OUTLINE IN ADVANCE OF THE SPECIFIC

22   TOPICS WE INTEND TO COVER, AND THE SPECIFIC FINANCIAL

23   STATEMENTS AND PORTIONS THEREOF, IF ANY.

24             MR. VAN NEST:  AGAIN, THERE, YOUR HONOR, WE HAD --

25   OUR CFO HAS ALREADY TESTIFIED.  I THINK OUR FINANCIAL

03:20:18  1      STATEMENTS ARE ALL PUBLIC, AS YOU KNOW.  BUT I WOULD LIKE THE

03:20:23  2      ABILITY TO DESIGNATE TESTIMONY THERE.

03:20:31  3              THE COURT:  THAT SEEMS FAIR FOR THAT ONE.

03:20:33  4          I MEAN, THEIR FINANCIAL STATEMENTS, I DON'T KNOW, MAYBE

03:20:35  5      THEY DON'T HAVE IT AT THE GRANULAR LEVEL THAT YOU ARE TALKING

03:20:37  6      ABOUT, SEGMENT, DIVISION, UNIT, BUT I ASSUME THEIR FINANCIAL

03:20:43  7      STATEMENTS ARE PUBLIC, MAYBE NOT TO THE LEVEL OF SPECIFICITY

03:20:46  8      THAT'S REQUESTED IN THIS TOPIC.

03:20:52  9              MS. BONN:  HERE'S WHAT I WOULD SUGGEST, YOUR HONOR, I

03:20:54  10     THINK THERE MAY NOT BE A DISPUTE HERE.  WHAT I WOULD PROPOSE IS

03:20:57  11     I WOULD LIKE TO LOOP IN WITH MY EXPERTS AND FIGURE OUT WHAT ARE

03:21:01  12     THE SPECIFIC TOPICS THEY WANT TO COVER.  AND WE CAN NOTIFY

03:21:04  13     QUALCOMM.

03:21:05  14         TO THE EXTENT THEY CAN DESIGNATE PRIOR TESTIMONY ON IT,

03:21:08  15     THAT'S FINE.  BUT TO THE EXTENT THERE ARE -- AND WE MAY ALSO

03:21:13  16     ACCEPT A WRITTEN ANSWER ON SOME OF THOSE TOPICS, IN LIEU OF A

03:21:18  17     PERSON SITTING IN A CHAIR.

03:21:20  18         I THINK THAT THAT CAN BE NARROWED THROUGH A MEET AND

03:21:23  19     CONFER.

03:21:23  20             THE COURT:  ALL RIGHT.  SO FOR 8, YOU CAN DESIGNATE

03:21:26  21     TESTIMONY.  FOR 8 YOU CAN DESIGNATE TESTIMONY.

03:21:35  22             MR. VAN NEST:  THANK YOU, YOUR HONOR.

03:21:36  23             THE COURT:  ALL RIGHT.  NOW WHAT ABOUT STRATEGIC

03:21:41  24     PLANS FOR FISCAL YEARS 2012 THROUGH THE PRESENT?

03:21:44  25         I WAS GOING TO ORDER THAT, THAT SEEMS REASONABLE.

03:21:46  1          MR. VAN NEST:  AGAIN, YOUR HONOR, THOSE HAVE BEEN

03:21:48  2     PRODUCED.

03:21:48  3          TO THE EXTENT THEY EXIST, THEY HAD OUR QTL LEADERSHIP,

03:21:53  4     EACH MEMBER THEREOF FOR TWO DAYS.  THEY HAD EVERY OPPORTUNITY.

03:21:56  5     THEY DID ASK, IN AT LEAST ONE OF THE DEPOSITIONS I ATTENDED,

03:22:00  6     ABOUT STRATEGIC PLANS GOING FORWARD.  THIS IS MORE LIKE A

03:22:04  7     REQUEST FOR PRODUCTION.

03:22:06  8          THERE'S NO -- THERE NO, EVEN TOPIC HERE.  THEY HAD THOSE

03:22:10  9     PEOPLE, THEY HAD THOSE DOCUMENTS, THEY HAD A FULL OPPORTUNITY

03:22:13 10     ON THAT.  AGAIN, THAT'S ONE I SHOULD BE ABLE TO DESIGNATE ON.

03:22:16 11     MR. ROGERS SAT AND TALKED FOR MORE THAN AN HOUR ABOUT THE

03:22:20 12     STRATEGIC PLANS OF QTL.

03:22:23 13          THE COURT:  WHAT DO YOU NEED THIS FOR?  THIS IS A

03:22:25 14     PRETTY BROAD TOPIC?

03:22:27 15          MS. BONN:  YEAH.

03:22:28 16          I THINK THAT THE ISSUE HERE, YOUR HONOR, IS THAT WHILE

03:22:30 17     QUALCOMM HAS PRODUCED STRAT PLANS AND WE HAVE TAKEN THE DEPOS

03:22:34 18     OF SOME SENIOR OFFICIALS, ON THE FLIP SIDE, WE ARE GETTING

03:22:37 19     THESE EXTREMELY LARGE DOCUMENT PRODUCTIONS LATE IN THE GAME,

03:22:42 20     SOME OF WHICH TIE INTO THE STRATEGIC PLAN.

03:22:45 21          SO RATHER THAN TRY TO FIGURE OUT, WELL, WHAT DO WE DO, DO

03:22:49 22     WE RE-DEPOSE AN INDIVIDUAL PERSON, WE THOUGHT THIS WAS A

03:22:54 23     SUFFICIENTLY NARROWED TOPIC BECAUSE IT RELATES TO SPECIFIC

03:22:56 24     STRATEGIC PLANS FOR QUALCOMM IN A NARROW TIME PERIOD.

03:22:59 25          MR. VAN NEST:  YOUR HONOR, THEY GOT THESE PLANS IN

03:23:01  1    NOVEMBER.  THE STRATEGIC PLANS WERE PRODUCED AS PART OF OUR

03:23:05  2    PRODUCTION THAT WAS SUBSTANTIALLY COMPLETE BY THE END OF

03:23:07  3    NOVEMBER.  THEY HAD HAD THE STRATEGIC PLANS FROM VERY, VERY

03:23:11  4    EARLY ON.

03:23:12  5         AND AGAIN, JUST TO THROW THIS OUT, IT'S OVERBROAD.  IT

03:23:14  6    EITHER SHOULD BE DENIED OR GIVEN A CHANCE TO DESIGNATE ON IT

03:23:17  7    BECAUSE THEY HAD A FULL OPPORTUNITY ON THIS.

03:23:20  8              THE COURT:  WHAT'S YOUR RESPONSE TO THAT?

03:23:21  9              MS. BONN:  YES, BUT THE STRATEGIC PLANS ALSO HAVE TO

03:23:24  10   BE UNDERSTOOD IN LIGHT OF RELATED DOCUMENTS.

03:23:26  11        AND BECAUSE WE ARE GETTING EXTREMELY LARGE PRODUCTIONS OF

03:23:28  12   DOCUMENTS FROM SOME OF THE MOST SENIOR EXECUTIVES, INCLUDING,

03:23:32  13   YOU KNOW, SEVERAL WHO HAVE TESTIFIED RECENTLY, YOU KNOW, WE

03:23:36  14   THINK THIS IS A NARROW TOPIC, IT WILL GIVE US A CHANCE TO

03:23:39  15   DEPOSE THE COMPANY ONCE ABOUT THE STRATEGIC PLANS IN LIGHT OF

03:23:43  16   THE DOCUMENTS THAT HAVE BEEN --

03:23:44  17             THE COURT:  I'M GOING TO ORDER IT.

03:23:46  18        I MEAN, THEY ARE GETTING A LOT OF DOCUMENTS NOW.  AND SO

03:23:49  19   TO SAY, NOPE, YOU ARE LIMITED TO THE DEPOSITIONS THAT YOU TOOK

03:23:52  20   WHEN WE DIDN'T PRODUCE A VAST MAJORITY OF THE DOCUMENTS,

03:23:55  21   BECAUSE THEY WERE OVER-WITHHELD AS PRIVILEGED, AND YOU ARE

03:23:57  22   STUCK WITH THAT, IS NOT FAIR.

03:23:59  23        SO I'M ORDERING 8.

03:24:01  24        LET'S MOVE ON.  I MEAN 9 -- 9.  EXCUSE ME.  9.

03:24:05  25        OKAY.  NOW 11 I'M GOING TO ALLOW.  THAT'S FAIR.  I'M

03:24:10  1    ORDERING A WITNESS BE MADE AVAILABLE FOR THAT TOPIC.  NOW WHAT

03:24:13  2    ABOUT 10?

03:24:14  3             MR. VAN NEST:  YOUR HONOR, 11, I BELIEVE WE'VE

03:24:17  4    ALREADY PRODUCED A WITNESS.  THERE'S BEEN A LOT OF LITIGATION

03:24:20  5    OVER THIS.  A WITNESS TO EXPLAIN THAT PROCESS AND ALL OF THAT.

03:24:27  6    I THINK -- LET ME ASK MS. SESSIONS, BUT I BELIEVE ON 11 --

03:24:30  7             THE COURT:  BUT I THINK A 30(B)(6) ON THIS IS

03:24:32  8    NECESSARY.

03:24:34  9             MR. VAN NEST:  YOUR HONOR, THIS HAS BEEN THE SUBJECT

03:24:35  10   OF EXTENSIVE WRITTEN COMMUNICATION BETWEEN QUALCOMM AND THE FTC

03:24:41  11   AND THE MDL PLAINTIFFS.

03:24:43  12            THE COURT:  BUT NOW YOU NEED A CORPORATE

03:24:45  13   REPRESENTATIVE TO MAKE A CORPORATE STATEMENT ON THESE TOPICS.

03:24:49  14        OKAY.  LET'S MOVE ON.

03:24:50  15        OKAY.  SO LET'S GO TO 10.  YES, 10.  WHY DO YOU NEED THAT?

03:24:55  16            MS. BONN:  CAN I EXPLAIN NUMBER 10?

03:24:57  17        SO QUALCOMM HAS CERTAIN PATENT PORTFOLIOS THAT IT CLAIMS

03:25:02  18   CONTAINS STANDARD ESSENTIAL PATENTS.  AND THERE ARE CERTAIN

03:25:05  19   PUBLICLY AVAILABLE DATABASES WHERE ONE CAN TRY TO DOWNLOAD ALL

03:25:08  20   THE PATENTS.  AND YET SOME OF THAT DATA NEEDS EXTENSIVE

03:25:11  21   CLEANING, IT'S GOT MESSY OCR, ET CETERA.

03:25:16  22        AND WE HAVE SEEN THAT IN SOME OF THE OTHER CASES,

03:25:18  23   ERICSSON, THE PARTIES HIRED EXPERTS TO GO THROUGH THE

03:25:20  24   SUBSTANTIAL EFFORT OF CREATING A CLEAN SET OF PATENTS AT ISSUE.

03:25:22  25            AND SO WE WANT TO KNOW, DOES QUALCOMM HAVE ANY CENTRALIZED

```
03:25:27   1      DATABASE WHERE THEY MAINTAIN A COLLECTION OF ALL OF THE PATENTS

03:25:30   2      THAT THEY CONTEND TO BE STANDARD ESSENTIAL.

03:25:33   3          AND IT'S COME OUT IN DEPOSITIONS AND OTHERWISE THAT THEY

03:25:35   4      MAY MAINTAIN OTHER INFORMATION.  FOR EXAMPLE, I THINK PART OF

03:25:38   5      THE ISSUE BEING TEED UP FOR JUDGE COUSINS IN THE FORTHCOMING

03:25:41   6      MOTION IS THEY MAY HAVE INFORMATION ABOUT HOW THEY RANKED

03:25:44   7      CERTAIN PATENTS.  CERTAIN SCORING THAT THEY GAVE CERTAIN

03:25:47   8      PATENTS.

03:25:48   9          AND SO THIS TOPIC IS REALLY GEARED AT UNDERSTANDING THE

03:25:52  10      REPOSITORIES OR DATABASES WHERE THEY MAINTAIN THAT KIND OF

03:25:55  11      INFORMATION AND THE TYPE OF INFORMATION THAT'S CONTAINED WITHIN

03:25:57  12      IT.

03:26:02  13              THE COURT:  THE WITNESSES ARE ORDERED ON THAT.

03:26:05  14          LET'S GO THROUGH THE TOPICS.  YOU ARE GOING TO DESIGNATE

03:26:07  15      TESTIMONY ON 1.  YOU ARE GOING TO DESIGNATE TESTIMONY ON 2.

03:26:11  16              MR. VAN NEST:  1, WE ARE GOING TO DESIGNATE.

03:26:14  17              THE COURT:  YES.  1 YOU ARE DESIGNATING.  I THINK 2

03:26:19  18      YOU ARE DESIGNATING.

03:26:21  19              MR. VAN NEST:  YES, THAT'S RIGHT, 2, WE SAID WE COULD

03:26:24  20      DESIGNATE.  IT'S OVERBROAD, BUT I WILL DO MY BEST.

03:26:31  21              THE COURT:  3 YOU SAID WAS NOT CONTROVERSIAL.

03:26:34  22              MR. VAN NEST:  WELL, SOURCES OF PUBLICLY AVAILABLE

03:26:36  23      DATA.  WHY ARE WE -- WHY DO THEY NEED THAT FROM US?  I CAN TELL

03:26:41  24      THEM WHAT WE THINK IS OUT THERE, BUT THEY KNOW WHAT'S OUT

03:26:43  25      THERE.
```

03:26:44  1        THE COURT:  YEAH.  THAT'S ALL THEY ARE ASKING FOR.

03:26:46  2        MR. VAN NEST:  SO WE WILL JUST PROVIDE A LIST, WE

03:26:48  3  DON'T NEED A WITNESS FOR THAT.

03:26:50  4        THE COURT:  I WOULD JUST PRODUCE A WITNESS ON THAT.

03:26:53  5        MR. VAN NEST:  YOU WOULD OR YOU WOULDN'T?

03:26:55  6        THE COURT:  I WOULD.

03:26:55  7     SO 3, 4 -- IF YOU DON'T KNOW, YOU DON'T KNOW.  JUST MAKE A

03:26:59  8  CORPORATE REPRESENTATIVE SAY, AS A COMPANY, WE HAVE NO IDEA

03:27:02  9  WHAT PUBLICLY AVAILABLE DATA THERE IS AS TO OUR CUSTOMERS, OUR

03:27:05  10  MARKET SHARE, OUR SUPPLY, OUR DEMAND.

03:27:08  11     IT'S JUST WHAT YOU KNOW.  NO ONE IS ASKING QUALCOMM TO GO

03:27:11  12  SEARCH FOR THINGS THAT ARE NOT IN QUALCOMM'S KNOWLEDGE OR

03:27:13  13  POSSESSION.

03:27:13  14        MR. VAN NEST:  MY POINT IS, IF IT'S JUST A SOURCE,

03:27:15  15  WHY CAN'T I PROVIDE A LIST OF IT?  THAT'S ALL I WOULD HAVE.  I

03:27:19  16  WOULD JUST BE HANDING A LIST AFTER WE INTERVIEW OUR PEOPLE.

03:27:21  17        THE COURT:  IT'S BROADER THAN THAT.

03:27:23  18     "ANY USES MADE BY QUALCOMM AS PART OF THE BUSINESS, ANY

03:27:26  19  RELIANCE FOR BUSINESS PURPOSES, FINANCIAL REPORTING PURPOSES."

03:27:29  20     I JUST DON'T THINK A WRITTEN ANSWER WOULD BE SUFFICIENT ON

03:27:32  21  THAT TOPIC.

03:27:34  22     "ANY RELIANCE UPON SAID DATA, SUPPORT STATEMENTS MADE TO

03:27:38  23  INVESTORS IN SUPPORT OF QUALCOMM'S BUSINESS."

03:27:41  24     I JUST THINK A LIST WOULD BE UNSATISFACTORY.

03:27:44  25     SO 3, 4, 5, 6, 7, 9, 10, 11, YOU'RE GOING TO PRODUCE A

| | | |
|---|---|---|
| 03:27:50 | 1 | WITNESS ON.  YOU ARE GOING TO DESIGNATE TESTIMONY ON 1, 2, AND |
| 03:27:56 | 2 | 8. |
| 03:27:56 | 3 | AND IN ADDITION, ON 6 AND 7, THOSE ARE LIMITED TO THE |
| 03:28:02 | 4 | COMPANIES THAT ARE IDENTIFIED BY NAME IN PARAGRAPH 26, AND ALSO |
| 03:28:09 | 5 | YOU ARE GOING TO PROVIDE A LIST OF TOPICS, MORE SPECIFICALLY, |
| 03:28:16 | 6 | FOR 6 AND 7 FOR THE DEPOSITION. |
| 03:28:19 | 7 | MS. BONN:  YES, YOUR HONOR. |
| 03:28:20 | 8 | AND ONE CLARIFICATION, ON 1, 2 AND 8 WHERE QUALCOMM IS |
| 03:28:25 | 9 | DESIGNATING TESTIMONY, ARE WE PERMITTED TO SUBMIT THE SPECIFIC |
| 03:28:28 | 10 | QUESTIONS TO WHICH WE WANT DESIGNATED TESTIMONY AND RESPONSE |
| 03:28:31 | 11 | TO? |
| 03:28:33 | 12 | THE COURT:  THAT'S FINE.  BUT IT NEEDS TO BE |
| 03:28:35 | 13 | SPECIFIC, IT CAN'T BE PROFFER. |
| 03:28:36 | 14 | MS. BONN:  YES, YOUR HONOR.  IT WILL BE SPECIFIC. |
| 03:28:37 | 15 | MR. VAN NEST:  I'M ASSUMING IT WILL BE MORE NARROW |
| 03:28:40 | 16 | THAN WHAT'S IN HERE NOW. |
| 03:28:42 | 17 | MS. BONN:  ABSOLUTELY, YOUR HONOR. |
| 03:28:43 | 18 | THE COURT:  IT BETTER BE. |
| 03:28:46 | 19 | SO YOU ARE GOING TO SUBMIT THE QUESTIONS ON 1, 2, AND 8, |
| 03:28:51 | 20 | RIGHT? |
| 03:28:51 | 21 | MS. BONN:  YES, YOUR HONOR. |
| 03:28:52 | 22 | THE COURT:  OKAY. |
| 03:28:53 | 23 | MR. VAN NEST:  I THOUGHT 6 AND 7 AS WELL. |
| 03:28:58 | 24 | THE COURT:  WELL, 1, 2 AND 8 THEY ARE GOING TO GIVE |
| 03:29:02 | 25 | YOU SPECIFIC NARROW QUESTIONS TO WHICH YOU ARE GOING TO |

03:29:04 1    DESIGNATE TESTIMONY.  TO 6 AND 7, THEY ARE REQUESTING TO GIVE

03:29:07 2    YOU A LIST OF TOPICS BEFORE THE DEPOSITION, THAT SHOULD BE

03:29:10 3    NARROW, A LIST OF NARROW TOPICS.

03:29:12 4         WELL, IT NEEDS TO BE SPECIFIC.

03:29:13 5         MS. BONN:  YES, YOUR HONOR.  I DON'T THINK WE ARE

03:29:15 6    GOING TO HAVE AN ISSUE THERE.

03:29:17 7         THE COURT:  OKAY.  AND THEN AS FAR AS THE FTC, I'M

03:29:22 8    ORDERING A LIVE WITNESS ON 6, 7, 8, AND 10.  YOU'VE WORKED OUT

03:29:30 9    OR I'M HOPEFUL THAT YOU WILL WORK OUT A PROCEDURE ON 11.  AND

03:29:37 10   ACTUALLY, I GUESS I'M ORDERING IT ON 5 AS WELL.

03:29:41 11        MR. BORNSTEIN:  WE HAVE ALREADY PRODUCED ON 5,

03:29:42 12   YOUR HONOR.

03:29:42 13        THE COURT:  EXCUSE ME.  THE WITNESS HAS ALREADY BEEN

03:29:46 14   DEPOSED ON 2, 3, 4 AND 5, AND FTC HAS WITHDRAWN 1 AND 9.

03:29:50 15        MR. BORNSTEIN:  YES, YOUR HONOR.

03:29:51 16     AND I RAISE ONE SMALL THING ON NUMBER 7, WHICH --

03:29:55 17        THE COURT:  YES, GO AHEAD.

03:29:56 18        MR. BORNSTEIN:  I LOOKED BACK AT THIS AGAIN, NUMBER 7

03:29:58 19   IS THE ONE THAT INCLUDES A REQUEST FOR A WITNESS TO TALK ABOUT

03:30:02 20   VALUE ON PATENTS THAT ARE NOT SUBSTANTIALLY EMBODIED IN CERTAIN

03:30:06 21   PRODUCTS.

03:30:08 22     AND I MENTIONED THIS BEFORE, AND WE DIDN'T GET BACK TO IT.

03:30:12 23   THIS WOULD REQUIRE AN IMMENSE, IF I UNDERSTAND IT CORRECTLY, AN

03:30:16 24   IMMENSE AMOUNT OF WORK OF THE SORT THAT YOU WOULD DO IN A

03:30:19 25   PATENT INFRINGEMENT OR EXHAUSTION CASE, WHICH YOUR HONOR KNOWS

03:30:22  1      EXTREMELY WELL.

03:30:23  2           I CAN'T POSSIBLY HAVE SOMEONE GO THROUGH AND DO A

03:30:27  3      PATENT-BY-PATENT ASSESSMENT OF WHETHER OR NOT ONE OF MANY

03:30:31  4      HUNDREDS, MANY TENS OF THOUSANDS OF PATENTS ARE OR ARE NOT

03:30:35  5      SUBSTANTIALLY EMBODIED IN A WHOLE VARIETY OF DIFFERENT PRODUCTS

03:30:38  6      THAT FALL WITHIN THE DEFINITION OF RELEVANT PRODUCT.

03:30:41  7           THIS IS GARGANTUAN.  I JUST DON'T THINK THIS PIECE OF IT

03:30:45  8      IS REASONABLE.

03:30:45  9           THE COURT:  WHY CAN'T THE CORPORATE REPRESENTATIVE

03:30:48  10     SAY THAT IS NOT AN ANALYSIS THAT QUALCOMM CONDUCTS?

03:30:51  11          MR. BORNSTEIN:  IF THAT'S ALL WE NEED, THEN THAT'S

03:30:53  12     FINE.  I CAN HAVE SOMEONE SAY THAT.  BUT IF THEY WANT US TO GO

03:30:57  13     THROUGH AND DO THIS ANALYSIS ON A PATENT-BY-PATENT BASIS, THAT

03:31:01  14     WE CAN'T DO.

03:31:02  15          THE COURT:  WHAT IS FTC'S RESPONSE?

03:31:03  16          MS. GILLEN:  YOUR HONOR, TO THE EXTENT THAT QUALCOMM

03:31:07  17     IS CONCERNED THAT WE ARE GOING TO BE ASKING ABOUT INDIVIDUAL

03:31:10  18     PATENTS, THAT'S CERTAINLY NOT THE FTC'S INTENT WITH THIS TOPIC.

03:31:14  19          HOWEVER, TO THE EXTENT QUALCOMM GROUPS ITS PATENTS IN A

03:31:17  20     CERTAIN WAY OR IT KEEPS THIS INFORMATION IN ANY FORM, THESE ARE

03:31:20  21     THE TYPES OF THINGS WE WOULD LIKE TO PURSUE WITH A CORPORATE

03:31:23  22     DESIGNEE.

03:31:25  23          THE COURT:  ALL RIGHT.  IT'S STILL ORDERED.  PLEASE

03:31:28  24     PRODUCE A WITNESS ON THAT.

03:31:29  25          OKAY.  NOW, WHEN IS THAT 30(B)(6) GOING TO BE?  OR I WILL

```
03:31:33  1    LET YOU ALL WORK THAT OUT.
03:31:35  2         SINCE WE ARE NEARING THE END, I WANT EVERYONE TO STAY ON
03:31:38  3    TRACK.  I APPRECIATE YOUR PATIENCE, AND I'M SORRY THAT THIS HAS
03:31:41  4    BEEN SUCH A LONG CMC.  I WOULD LIKE TO HAVE ANOTHER CMC IN A
03:31:46  5    WEEK.
03:31:48  6         WHAT WOULD -- OR WOULD YOU PREFER TO COME BACK -- I DON'T
03:31:52  7    WANT TO JAM YOU BECAUSE YOU ARE PROBABLY VERY BUSY NEXT WEEK
03:31:54  8    SINCE THAT'S THE CLOSE OF DISCOVERY.  YOU WANT TO COME BACK ON
03:31:57  9    APRIL 2ND OR APRIL 3RD?
03:31:59 10              MR. VAN NEST:  IS THAT TWO WEEKS?
03:32:01 11              THE COURT:  YES.  THAT ACTUALLY WOULD BE -- I JUST
03:32:03 12    ASSUME NEXT WEEK YOU ARE GOING TO BE REALLY SWAMPED, RIGHT?
03:32:06 13              MR. VAN NEST:  YES, YOUR HONOR.
03:32:07 14              THE COURT:  SO DO YOU WANT TO COME BACK THAT
03:32:08 15    FOLLOWING WEEK, THE WEEK OF APRIL 2ND?
03:32:10 16         I JUST WANT TO MAKE SURE EVERYTHING STAYS ON TRACK AND,
03:32:13 17    YOU KNOW, IF THERE IS SOMETHING THAT I CAN HELP OUT ON, ON
03:32:16 18    RESOLVING QUICKLY SO YOU CAN MOVE FORWARD, I WOULD LIKE TO DO
03:32:19 19    IT.
03:32:23 20              MR. VAN NEST:  I THINK TWO WEEKS.  LET'S TAKE A LOOK.
03:32:25 21              MR. BORNSTEIN:  YEAH.
03:32:29 22              MS. GILLEN:  THAT WOULD WORK FOR THE FTC AS WELL.
03:32:31 23    TWO WEEKS.
03:32:31 24              THE COURT:  WELL, LET ME ASK, I CAN'T RECALL, WE
03:32:36 25    CAN'T SCHEDULE IT ON APRIL 5TH.  I THINK APRIL 4TH IS TOTALLY
```

03:32:39  1    FULL.

03:32:40  2               THE CLERK:  YES, YOUR HONOR.

03:32:42  3          (OFF-THE-RECORD DISCUSSION.)

03:33:00  4               THE COURT:  WHEN DO THE PLAINTIFFS WANT TO COME BACK?

03:33:03  5    IN THE MDL?

03:33:05  6               MS. BONN:  WE COULD COME BACK ON THE 6TH.  I THINK

03:33:09  7    YOUR HONOR MENTIONED THE 2ND AS WELL.  WE COULD COME BACK ON

03:33:12  8    THE 2ND.

03:33:12  9               THE COURT:  WELL, I WOULD NEED A JOINT CASE

03:33:14  10   MANAGEMENT STATEMENT IN ADVANCE.

03:33:15  11        SO IF YOU'RE REALLY SWAMPED NEXT WEEK, BECAUSE THAT'S THE

03:33:18  12   LAST WEEK OF FACT DISCOVERY, I DON'T KNOW IF YOU WOULD HAVE

03:33:22  13   TIME TO MEET AND CONFER AND PRODUCE A STATEMENT.

03:33:25  14        DO YOU HAVE TIME TO DO THAT?

03:33:28  15               MR. BORNSTEIN:  I WOULD SUGGEST NEXT WEEK IS GOING TO

03:33:29  16   BE A CHALLENGE, YOUR HONOR.

03:33:31  17               THE COURT:  SO IF YOU PROVIDED IT ON THE 2ND, OR I

03:33:39  18   GUESS IF YOU NEED TIME, IF YOU PRODUCED IT ON, FILED IT ON THE

03:33:43  19   3RD, WE COULD DO IT ON THE 6TH.

03:33:46  20        WHAT TIME ARE OUR THINGS ON THE 6TH?  I'M SORRY.

03:33:50  21               THE CLERK:  (OFF-THE-RECORD DISCUSSION.)

03:33:54  22               THE COURT:  OKAY.  SO I GUESS IF YOU WANTED TO DO IT

03:33:56  23   IN THE MORNING -- OR, I'M SORRY, YOU ARE FLYING IN FROM

03:33:59  24   NEW YORK.  WHAT IS BETTER FOR YOU, MORNING OR AFTERNOON?

03:34:02  25               MR. BORNSTEIN:  AS LONG AS I CAN CATCH A FLIGHT HOME

03:34:05  1    THAT'S NOT A RED-EYE, YOUR HONOR.

03:34:06  2            THE COURT:  WHY DON'T WE DO MORNING.

03:34:08  3            MS. BONN:  THAT'S FINE, YOUR HONOR.

03:34:09  4            THE COURT:  OKAY.  SO LET'S SAY YOU WILL FILE A JOINT

03:34:12  5    CASE MANAGEMENT STATEMENT BY, LET'S SAY BY APRIL 3RD.

03:34:16  6            MS. BONN:  THAT'S FINE, YOUR HONOR.

03:34:18  7            THE COURT:  AND THEN -- AND THAT'S IN BOTH CASES,

03:34:22  8    BOTH FTC AND MDL, PLEASE.

03:34:24  9        AND THEN LET'S HAVE ANOTHER CMC ON APRIL 6TH, SHALL WE

03:34:33  10   SAY, 10:00?

03:34:36  11           MR. BORNSTEIN:  THAT'S FINE FOR ME, YOUR HONOR.

03:34:37  12           MS. BONN:  THAT'S FINE, YOUR HONOR.

03:34:38  13           MR. BORNSTEIN:  THERE ARE FLIGHTS I CAN CATCH FROM

03:34:40  14   SAN FRANCISCO.

03:34:41  15           THE COURT:  OKAY.

03:34:44  16           MS. GILLEN:  THAT'S FINE FOR THE FTC AS WELL.

03:34:47  17           THE COURT:  OKAY.  LET'S SAY 10:00.

03:34:49  18       NOW I DO HAVE COURT ON THE 4TH AND 5TH, IF WE ARE DOING

03:34:57  19   THIS IN THE MORNING, IS IT POSSIBLE, ACTUALLY, CAN WE DO THIS

03:35:04  20   AT 11:00?

03:35:05  21       LET'S DO THIS AT 11:00, AND THEN I WON'T REQUIRE YOU TO

03:35:08  22   FILE ON APRIL 3RD BY 2:00.  YOU CAN HAVE THE WHOLE DAY.

03:35:11  23       AND THAT WAY, IF I HAVE TO PREPARE THIS IN THE MORNING ON

03:35:15  24   FRIDAY, I WILL DO THAT.  I WILL BE IN COURT ALL DAY ON THE 4TH.

03:35:17  25           MR. VAN NEST:  11:00 WORKS, YOUR HONOR.

03:35:19  1          THE COURT:  IS THAT OKAY FOR YOU?

03:35:20  2          MR. BORNSTEIN:  YES, YOUR HONOR.

03:35:22  3      I DON'T EXPECT IT WILL BE QUITE SO LONG.

03:35:25  4          THE COURT:  I HOPE NOT.  I HOPE MOST THINGS ARE

03:35:27  5  RESOLVED.

03:35:27  6      YOU KNOW, I APPRECIATE HOW HARD EVERYONE IS WORKING.  I'M

03:35:30  7  REALLY GRATEFUL TO JUDGE COUSINS, BECAUSE HE IS JUST HANDLING

03:35:33  8  SO MUCH, SO MUCH.

03:35:39  9      SO I'M HOPING THAT MOST THINGS WILL ALREADY BE RESOLVED BY

03:35:44 10  THEN.  AND IF IT TURNS OUT THERE'S NOTHING TO TALK ABOUT, I

03:35:47 11  WILL VACATE, OR I WILL PROBABLY CONTINUE IT OUT TO SOME DATE IN

03:35:53 12  THE FUTURE, BUT THERE'S NO REASON TO HAVE IT IF THERE'S NOTHING

03:35:56 13  TO TALK ABOUT.

03:35:57 14          THE COURT:  OKAY, ANYTHING ELSE?

03:35:58 15          MS. GILLEN:  YOUR HONOR, I THINK ONE ISSUE THAT WAS

03:35:59 16  TOUCHED UPON, BUT I DON'T THINK THERE WAS ANY FINAL RESOLUTION

03:35:59 17  IS PLAINTIFF'S REQUEST FOR A TWO-WEEK EXTENSION ON THEIR MOTION

03:36:02 18  FOR CLASS CERTIFICATION.

03:36:03 19          THE COURT:  OH, OH, I'M SORRY.  YOU HAD -- BOTH SIDES

03:36:06 20  HAD A NUMBER OF ISSUES.  OKAY.

03:36:08 21      SO LET'S GO TO THE -- THESE DEPOSITIONS THAT YOU WANTED TO

03:36:16 22  SCHEDULE IN APRIL, ESSENTIAL PRODUCTS, INTERDIGITAL, LENOVO,

03:36:23 23  NOKIA, APPLE, THAT'S FINE.  THAT'S APPROVED.  I ASSUME NOW YOU

03:36:26 24  WILL HAVE TO ADD ERICSSON TO THAT LIST.

03:36:31 25      AS FAR AS FTC ACTION WANTING TO EXTEND THE EXPERT

03:36:36  1    DISCOVERY, IT LOOKS LIKE BY ABOUT TEN DAYS, ROUGHLY.

03:36:40  2            MR. BORNSTEIN:  THAT'S CORRECT, YOUR HONOR.

03:36:40  3            THE COURT:  OKAY.  THAT'S FINE.

03:36:42  4        AS FAR AS THE CLASS CERT, I AM GOING TO ADOPT THE

03:36:48  5    PROPOSAL, THE ONLY THING I WOULD DO IS I WOULD MOVE THE CLASS

03:36:51  6    CERT HEARING TO AUGUST 2ND, JUST BECAUSE OTHERWISE I GET LESS

03:36:55  7    THAN SIX DAYS WITH THE REPLY BRIEF, WHICH IS NOT ENOUGH TIME.

03:37:00  8        SO AUGUST 2ND, 2018, WOULD AT LEAST GIVE NOT EVEN QUITE

03:37:04  9    TWO WEEKS, BUT ALMOST TWO WEEKS.  IT WOULD GIVE ME LESS THAN

03:37:12  10   TWO WEEKS.

03:37:14  11           MR. VAN NEST:  SAME TIME, YOUR HONOR?

03:37:16  12           THE COURT:  YES.  1:30, PLEASE.

03:37:22  13       SO WAIT, LET'S SAY -- CAN YOU LINE THIS UP ON A THURSDAY,

03:37:26  14   THEN IT WILL GIVE ME EXACTLY TWO WEEKS BEFORE THE HEARING.

03:37:29  15       THIS IS REALLY COMPLICATED, AND I COULD USE THE TIME.

03:37:31  16           MS. BONN:  YES, YOUR HONOR.

03:37:31  17           THE COURT:  SO COULD WE SAY JUNE 21ST FOR THE

03:37:34  18   OPPOSITION?

03:37:38  19           MR. VAN NEST:  MAY 16TH FOR THE MOTION.

03:37:42  20           THE COURT:  THE 17TH IS ON A THURSDAY.  MAY 3RD AND

03:37:48  21   MAY 17TH ARE ON A THURSDAY.  SO THAT'S FIVE WEEKS FOR THE

03:37:53  22   OPPOSITION, THAT'S JUNE 21ST.

03:38:00  23       AND IT WOULD BE JULY 19TH FOR THE REPLY.  AND THEN -- OH,

03:38:05  24   WAIT, NO, I'M SORRY.  OH, YEAH, OKAY.  AND THEN THE HEARING

03:38:09  25   ITSELF WOULD BE AUGUST 2ND, SO THAT WOULD GIVE ME TWO FULL

03:38:12  1    WEEKS, AT 1:30.

03:38:16  2         NOW, WERE YOU ALL INTERESTED IN ANY ADR OR NOT?

03:38:22  3         MR. BORNSTEIN:  YOUR HONOR, WE HAVE HAD PERIODIC

03:38:24  4    CONFERENCES WITH THE ADR COORDINATOR.  AT LEAST FOR PURPOSES OF

03:38:27  5    THE FTC CASE, I DON'T THINK THAT WOULD BE PRODUCTIVE AT THIS

03:38:31  6    TIME, PARTICULARLY GIVEN THE STATE OF THE COMMISSION IN

03:38:35  7    WASHINGTON RIGHT NOW.

03:38:37  8         THE COURT:  RIGHT.

03:38:37  9         WHEN HAVE THE NEW COMMISSIONERS BEEN CONFIRMED, OR WHEN DO

03:38:41  10   YOU EXPECT THEM TO BE CONFIRMED?

03:38:43  11        MR. BORNSTEIN:  I DON'T KNOW, YOUR HONOR, AND I'M

03:38:44  12   CERTAINLY NOT IN A POSITION TO GUESS.

03:38:47  13        THE COURT:  ALL RIGHT.  HAVE THEY HAD HEARINGS?

03:38:50  14        MS. GILLEN:  YES, AND I DO NOT HAVE ANY VISIBILITY

03:38:52  15   INTO WHEN THAT WILL HAPPEN.

03:38:54  16        THE COURT:  YOU SAID YOU DON'T KNOW WHEN THE

03:38:55  17   CONFIRMATIONS WILL HAPPEN?  DO THEY HAVE CONFIRMATION HEARINGS

03:39:01  18   AT COMMITTEE VOTES?

03:39:02  19        MR. BORNSTEIN:  I UNDERSTAND THAT SOME OF THEM HAVE

03:39:03  20   GONE THROUGH COMMITTEE.

03:39:04  21        THE COURT:  OKAY.  HAVE THEY BEEN VOTED OUT OF

03:39:06  22   COMMITTEE AND THEY ARE JUST WAITING FOR FLOOR TIME, OR DO YOU

03:39:11  23   KNOW?

03:39:11  24        MS. GILLEN:  I'M NOT SURE, YOUR HONOR.

03:39:13  25        I KNOW OUR OFFICE IS STILL WAITING FOR A FIFTH

03:39:17  1    COMMISSIONER TO BE APPOINTED.

03:39:19  2             MR. BORNSTEIN:  MY UNDERSTANDING --

03:39:20  3             THE COURT:  YOU MEAN NOMINATED, OR CONFIRMED?

03:39:23  4             MS. GILLEN:  NOMINATED, I'M SORRY.

03:39:25  5             MR. BORNSTEIN:  MY UNDERSTANDING, YOUR HONOR, IS

03:39:26  6    THERE HAVE BEEN FOUR NOMINATIONS MADE, THAT THOSE FOUR

03:39:30  7    INDIVIDUALS HAVE BEEN VOTED OUT OF COMMITTEE.  AND THERE'S A

03:39:32  8    FIFTH OPEN SLOT FOR WHICH THERE'S BEEN NO NAME PUT FORTH.  AND

03:39:36  9    THE FOUR THAT WERE VOTED OUT OF COMMITTEE HAVE NOT YET

03:39:39  10   PROGRESSED ANY FURTHER IN THE PROCESS, TO MY KNOWLEDGE.

03:39:41  11            THE COURT:  OKAY.  AND DO YOU KNOW WHEN THEY WERE

03:39:43  12   VOTED OUT OF COMMITTEE?

03:39:46  13            MR. BORNSTEIN:  I WANT TO SAY IT WAS ABOUT A MONTH

03:39:48  14   AGO, YOUR HONOR, BUT MS. GILLEN MIGHT HAVE BETTER KNOWLEDGE ON

03:39:50  15   THAT.

03:39:50  16            MS. GILLEN:  THAT'S MY RECOLLECTION AS WELL, ABOUT A

03:39:52  17   MONTH AGO.

03:39:52  18            THE COURT:  OKAY.  ALL RIGHT.  SO NO ON THE FTC,

03:39:56  19   THEN, I COMPLETELY UNDERSTAND WHY.

03:39:57  20         NOW WHAT ABOUT THE MDL, IS THAT -- AND IF YOU ARE NOT

03:40:00  21   INTERESTED, THAT'S FINE.  I JUST WANT TO RAISE THE ISSUE.

03:40:03  22            MR. VAN NEST:  I DON'T THINK THE TIMING IS GOOD NOW,

03:40:05  23   YOUR HONOR.  I THINK WE NEED TO GET THROUGH CLASS CERT.

03:40:07  24            THE COURT:  OKAY.  SO YOU WILL NEED A CLASS CERT

03:40:10  25   RULING, YOU THINK?

03:40:11    1                    MR. VAN NEST:  YES, I THINK SO.

03:40:12    2                    THE COURT:  OKAY.

03:40:13    3                    MR. VAN NEST:  THANK YOU.

03:40:14    4                    THE COURT:  ALL RIGHT.  THANK YOU ALL.

03:40:17    5               THANK YOU VERY MUCH.

03:40:19    6               (THE PROCEEDINGS WERE CONCLUDED AT 3:40 P.M.)

            7

            8

            9

           10

           11

           12

           13

           14

           15

           16

           17

           18

           19

           20

           21

           22

           23

           24

           25

1

2

3

4                              **<u>CERTIFICATE OF REPORTER</u>**

5

6

7

8            I, THE UNDERSIGNED OFFICIAL COURT

9     REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10    THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11    FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12    CERTIFY:

13            THAT THE FOREGOING TRANSCRIPT,

14    CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15    CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16    SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17    HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18    TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23

24    _____

25    SUMMER A. FISHER, CSR, CRR
      CERTIFICATE NUMBER 13185            DATED: 3/26/18