1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

QUALCOMM INC.,

Defendant.

IN RE QUALCOMM ANTITRUST LIT.

Case No. 17-cv-00220 LHK (NC)

Case No. 17-md-02773 LHK (NC)

**ORDER FOLLOWING MARCH 30 DISCOVERY STATUS REPORT**

Re: Dkt. No. 663 in -220

Upon review of the March 30 discovery status report between Apple and Qualcomm, I order as follows:

1. Thank you to the parties and their counsel for resolving several of the smaller issues presented during our March 28 conference.

2. The parties must comply with their self-proposed deadlines in the report, such as Apple's promise at 2:12-14 to produce a small number of incorrectly logged documents within the next week, and to produce Bruce Sewell for deposition on April 4-5.

3. In a separate order today I have addressed the privilege re-review protocol.

4. On December 21, 2017, I imposed a daily monetary sanction against Apple until it substantially completed its document production.  Dkt. No. 250.  Upon appeal of that order, the trial judge reversed the order imposing a sanction, but remanded for further consideration of the propriety and amount of any sanction

Case No. 17-cv-00220 LHK (NC)

1    against Apple.  Dkt. No. 325. Now, in consideration of Apple's satisfactory and

2    timely completion of its 37-million page document production (while noting the

3    discovery process is continuing with certain depositions and a privilege re-

4    review protocol), I vacate the December 21 sanction order.

5        5.  Apple and Qualcomm are ordered to file a further joint discovery status report

6           on April 16.  The requirement for weekly reports is vacated.

8    **IT IS SO ORDERED.**

10    Dated:  March 30, 2018                                      _____

                                             NATHANAEL M. COUSINS

11                                      United States Magistrate Judge

*United States District Court*
*Northern District of California*

Case No. 17-cv-00220 LHK (NC)            2