Jennifer Milici, D.C. Bar No. 987096
J. Alexander Ansaldo, Va. Bar No. 75870
Joseph R. Baker, D.C. Bar No. 490802
Wesley G. Carson, D.C. Bar No. 1009899
Elizabeth A. Gillen, Cal. Bar No. 260667
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov

Lin W. Kahn, Cal. Bar No. 261387
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
(415) 848-5115; (415) 848-5184 (fax)
lkahn@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
825 Eighth Avenue
New York, New York 10019-7475
Telephone:  (212) 474-1000
Facsimile:   (212) 474-3700

KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest (SBN 84065)
Asim M. Bhansali (SBN 194925)
Eugene M. Paige (SBN 202849)
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  (415) 391-5400
Facsimile:   (415) 397-7188

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet (*pro hac vice*)
richard.taffet@morganlewis.com
Willard K. Tom (*pro hac vice*)
willard.tom@morganlewis.com
Donn P. Pickett (SBN 72257)
donn.pickett@morganlewis.com
Geoffrey T. Holtz (SBN 191370)
geoffrey.holtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone:  (415) 442-1000
Facsimile:   (415) 442-1001

Attorneys for Defendant
QUALCOMM INCORPORATED

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE FOR FTC'S COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>DATE:  April 6, 2018<br>TIME:  11:00 AM PST<br>CTRM:  Courtroom 8<br>JUDGE: Hon. Lucy H. Koh |

## STIPULATION

Plaintiff FEDERAL TRADE COMMISSION ("FTC") and Defendant QUALCOMM INCORPORATED ("Qualcomm") (collectively "the Parties") through their counsel of record, stipulate as follows:

WHEREAS, the Court has set a Case Management Conference for April 6, 2018, at 11:00 a.m., (ECF No. 645) (the "CMC");

WHEREAS, counsel for the FTC are based in Washington, D.C. and are in the process of determining whether an in-person appearance at the CMC would be feasible and cost-effective;

WHEREAS, in an abundance of caution, counsel for the FTC seek permission to appear telephonically, as opposed to appearing in person, for the purposes of efficiency and economy;

WHEREAS, Qualcomm does not oppose the FTC's request;

THEREFORE, the Parties jointly stipulate that, provided the Court approves the FTC's request, FTC counsel may appear telephonically at the CMC.

Dated: April 2, 2018

Respectfully submitted,

FEDERAL TRADE COMMISSION,

   /s/ Jennifer Milici
Jennifer Milici
J. Alexander Ansaldo
Joseph R. Baker
Wesley G. Carson
Elizabeth A. Gillen
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov

*Attorneys for Federal Trade Commission*

|    |    |
|----|----|
| 1  | CRAVATH, SWAINE & MOORE LLP, |
| 2  |    |
| 3  | _/s/ Gary A. Bornstein_<br>Gary A. Bornstein |
| 4  | Yonatan Even<br>Worldwide Plaza |
| 5  | 825 Eighth Avenue<br>New York, NY 10019 |
| 6  | Tel: (212) 474-1000<br>Fax: (212) 474-3700 |
| 7  | gbornstein@cravath.com<br>yeven@cravath.com |
| 8  |    |
| 9  | Richard S. Taffet<br>MORGAN, LEWIS & BOCKIUS LLP |
| 10 | 101 Park Avenue<br>New York, NY 10178-0060 |
| 11 | Tel: (212) 309-6000<br>Fax: (212) 309-6001 |
| 12 | richard.taffet@morganlewis.com |
| 13 |    |
| 14 | Willard K. Tom<br>MORGAN, LEWIS & BOCKIUS LLP |
| 15 | 1111 Pennsylvania Ave. NW<br>Washington, DC 20004-2541 |
| 16 | Tel: (202) 739-3000<br>Fax: (202) 739 3001 |
| 17 | willard.tom@morganlewis.com |
| 18 | Donn P. Pickett |
| 19 | Geoffrey T. Holtz<br>MORGAN, LEWIS & BOCKIUS LLP |
| 20 | One Market, Spear Street Tower<br>San Francisco, CA 94105-1126 |
| 21 | Tel: (415) 442-1000<br>Fax: (415) 442-1001 |
| 22 | donn.pickett@morganlewis.com<br>geoffrey.holtz@morganlewis.com |
| 23 |    |
| 24 | *Attorneys for Qualcomm Incorporated* |
| 25 |    |
| 26 |    |
| 27 |    |
| 28 |    |

1 **[PROPOSED] ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 Dated: _____           _____
                                                Honorable Lucy H. Koh
5                                               United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

I, Jennifer Milici, am the ECF user whose identification and password are being used to file this Joint Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories on this document have concurred in this filing.

*/s/ Jennifer Milici*
Jennifer Milici