UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>QUALCOMM INCORPORATED,<br><br>   Defendant. | Case No. 17-CV-00220-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorneys: Jennifer Milici, Daniel Matheson, Elizabeth Gillen
Defendant's Attorneys: Gary Bornstein, Justina Sessions

   A further case management conference was held on April 6, 2018. A further case management conference is set for April 24, 2018, at 2:00 p.m. The parties shall file their joint case management statement by April 23, 2018 at 5:00 p.m.

   The Court granted the parties' request to extend the deadline to file motions to compel fact discovery to May 18, 2018. ECF No. 672 at 8–9.

   The Court ordered Qualcomm to complete its privilege re-review of documents for Mr. Aberle by May 2, 2018.

   As discussed at the case management conference, the Court approved the parties' deposition schedule:
   Liren Chen – April 16, 2018
   Alex Katouzian – April 17 and 18, 2018

1

Case No. 17-CV-00220-LHK
CASE MANAGEMENT ORDER

Paul Jacobs – April 17 and 18, 2018
Ericsson employees Martin Zander and Christina Petersson – April 19 and 20, 2018
Derek Aberle – April 20, 2018
Jeffrey Altman – Week of May 21, 2018

The parties shall depose Edward Tiedemann by April 20, 2018.

The Court amended the case schedule as follows:

| Scheduled Event | Date |
| --- | --- |
| Further Case Management Conference | April 24, 2018 at 2:00 p.m. |
| Deadline to File Motions to Compel Fact Discovery | May 18, 2018 |
| Plaintiff's Opening Expert Reports | May 24, 2018 |
| Defendant's Expert Reports | June 28, 2018 |
| Plaintiff's Rebuttal Expert Reports | July 26, 2018 |
| Close of Expert Discovery | August 16, 2018 |
| Last Day to File Dispositive Motions and *Daubert* Motions (one dispositive motion per side, two *Daubert* motions per side) | August 30, 2018 |
| Summary Judgment and *Daubert* Oppositions | September 24, 2018 |
| Summary Judgment and *Daubert* Replies | October 4, 2018 |
| Hearing on Dispositive Motions | October 18, 2018, at 1:30 p.m. |
| Final Pretrial Conference | December 13, 2018, at 1:30 p.m. |
| Bench Trial | January 4, 2019, at 9:00 a.m. |
| Length of Trial | 10 days |

**IT IS SO ORDERED.**

Dated: April 6, 2018

_____
LUCY H. KOH
United States District Judge

2

Case No. 17-CV-00220-LHK
CASE MANAGEMENT ORDER