United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> QUALCOMM INCORPORATED, et al., <br><br> Defendants. | Case No. 17-CV-00220-LHK <br><br> **ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |
| IN RE: QUALCOMM ANTITRUST LITIGATION | Case No. 17-MD-02773-LHK |

The Court hereby CONTINUES the April 24, 2018 further case management conference to May 4, 2018 at 11:00 a.m.  The parties shall file their joint case management statement by April 30, 2018.

**IT IS SO ORDERED.**

1

1

2   Dated: April 23, 2018

3   _____

4   LUCY H. KOH
    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2