Jennifer Milici, D.C. Bar No. 987096
Daniel Matheson, D.C. Bar No. 502490
J. Alexander Ansaldo, Va. Bar No. 75870
Joseph R. Baker, D.C. Bar No. 490802
Wesley G. Carson, D.C. Bar No. 1009899
Elizabeth A. Gillen, Cal. Bar No. 260667
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
*jmilici@ftc.gov*

Lin W. Kahn, Cal. Bar No. 261387
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
(415) 848-5115; (415) 848-5184 (fax)
*lkahn@ftc.gov*

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S UNOPPOSED MOTION TO RESCHEDULE DISCOVERY HEARING TO MAY 4, 2018 AND ORDER**<br><br>DATE:    May 2, 2018<br>TIME:    2:00 PM PST<br>CTRM:   Courtroom 5<br>JUDGE:  Hon. Nathanael M. Cousins |

The Court has set a Discovery Status Hearing for May 2, 2018 at 2:00 p.m. (ECF No. 692). Counsel for Plaintiff Federal Trade Commission ("FTC") respectfully requests that the Court reschedule the hearing for May 4, 2018, or in, the alternative, that the Court grant the FTC permission to appear by telephone for the May 2, 2018 hearing. In support of this request, undersigned counsel for the FTC states as follows:

1. The Court has set a Discovery Status Hearing before Judge Cousins for May 2, 2018 at 2:00 p.m. (ECF No. 692).

2. The Court has set a Case Management Conference before Judge Koh for May 4, 2018 at 11:00 a.m. (ECF No. 706).

3. Counsel for the FTC respectfully requests that the May 2 Discovery Status Hearing be rescheduled for a time on May 4 that is convenient for the Court and does not conflict with the 11:00 a.m. Case Management Conference before Judge Koh. In the alternative, counsel for the FTC requests permission to appear by telephone for the May 2 Discovery Status Hearing.

4. Class Plaintiffs have agreed with this request.

5. Defendant Qualcomm Incorporated does not oppose this request.

6. Apple does not oppose this request.

7. Good cause exists for this request. To appear in person at the May 2 Discovery Status Hearing, undersigned counsel will incur significant travel expenses.

1    Dated:  April 26, 2018

2                                              Respectfully submitted,

3                                              FEDERAL TRADE COMMISSION,

4                                               */s/ Jennifer Milici*

5                                              Jennifer Milici
                                               Daniel Matheson
6                                              J. Alexander Ansaldo
                                               Joseph R. Baker
7                                              Federal Trade Commission
                                               600 Pennsylvania Avenue, N.W.
8                                              Washington, D.C. 20580
                                               (202) 326-2912; (202) 326-3496 (fax)
9                                              jmilici@ftc.gov

10
                                               *Attorneys for Federal Trade Commission*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                               2         UNOPPOSED MOTION TO RESCHEDULE HEARING
                                                                                     AND ORDER
                                                                    Case No. 5:17-cv-00220-LHK-NMC

1

**ORDER**

2         The Joint Discovery Status Hearing previously scheduled for 2:00 p.m. on May 2, 2018 is

3   hereby rescheduled for **10:00 a.m. on May 4, 2018.**

4         The hearing will also address these issues stated in the CMC statement:

5       1.   Documents re proposed Broadcom transaction;

6       2.   Objections during Jacobs depo;

7       3.   Division of time for questions for the Tim Cook depo.

8

9   Dated:  April 30, 2018

10  <u>                     </u>
         Honorable Nathanael M. Cousins
         United States District Magistrate Judge



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Unopposed Motion To Reschedule Hearing
And Order
Case No. 5:17-cv-00220-LHK-NMC