UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, et al., Plaintiffs, v. QUALCOMM INCORPORATED, et al., Defendants. | Case No. 17-CV-00220-LHK<br><br>**ORDER SETTING SCHEDULE FOR FTC'S MOTION FOR RELIEF FROM MAGISTRATE JUDGE'S NONDISPOSITIVE PRETRIAL ORDER** |
|---|---|

On March 2, 2018, FTC filed a Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge. ECF No. 715.

The Court sets the following briefing and hearing schedule:

| Scheduled Event | Date |
|---|---|
| Briefing on FTC's Motion | Qualcomm Response (if any): May 10, 2018<br>FTC Reply: May 17, 2018 |
| Hearing on FTC's Motion | May 24, 2018 at 1:30 p.m. |

**IT IS SO ORDERED.**

1

Case No. 17-CV-00220-LHK
ORDER SETTING SCHEDULE FOR FTC'S MOTION FOR RELIEF FROM MAGISTRATE JUDGE'S
NONDISPOSITIVE PRETRIAL ORDER

Dated: May 3, 2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge