| | |
|---|---|
| CRAVATH, SWAINE & MOORE LLP | KEKER, VAN NEST & PETERS LLP |
| Gary A. Bornstein (*pro hac vice*) | Robert A. Van Nest (SBN 84065) |
| gbornstein@cravath.com | rvannest@keker.com |
| Yonatan Even (*pro hac vice*) | Asim M. Bhansali (SBN 194925) |
| yeven@cravath.com | abhansali@keker.com |
| 825 Eighth Avenue | Eugene M. Paige (SBN 202849) |
| New York, NY 10019-7475 | epaige@keker.com |
| Telephone: (212) 474-1000 | Justina Sessions (SBN 270914) |
| Facsimile: (212) 474-3700 | jsessions@keker.com |
| | David W. Rizk (SBN 284376) |
| MORGAN, LEWIS & BOCKIUS LLP | drizk@keker.com |
| Richard S. Taffet (*pro hac vice*) | Alexander Dryer (SBN 291625) |
| richard.taffet@morganlewis.com | adryer@keker.com |
| Willard K. Tom (*pro hac vice*) | 633 Battery Street |
| willard.tom@morganlewis.com | San Francisco, CA 94111-1809 |
| Donn P. Pickett (SBN 72257) | Telephone: (415) 391-5400 |
| donn.pickett@morganlewis.com | Facsimile: (415) 397-7188 |
| Geoffrey T. Holtz (SBN 191370) | |
| geoffrey.holtz@morganlewis.com | |
| One Market, Spear Street Tower | |
| San Francisco, CA 94105-1596 | |
| Telephone: (415) 442-1000 | |
| Facsimile: (415) 442-1001 | |

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION | Case No. 5:17-CV-00220-LHK-NMC |
| Plaintiff, | **QUALCOMM INCORPORATED'S STATEMENT REGARDING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR RELIEF FROM MAGISTRATE JUDGE'S NONDISPOSITIVE PRETRIAL ORDER** |
| v. | |
| QUALCOMM INCORPORATED, a Delaware corporation, | |
| Defendant. | |

Qualcomm Incorporated's Statement Regarding Plaintiff's Administrative Motion to File Under Seal
Portions of its Motion for Relief from Magistrate Judge's Nondispositive Pretrial Order
Case No. 5:17-cv-00220-LHK-NMC

**STATEMENT BY QUALCOMM INCORPORATED**

1. Defendant Qualcomm Incorporated ("Qualcomm") respectfully submits this statement regarding Plaintiff Federal Trade Commission's (the "FTC") Administrative Motion to File Under Seal Portions of its Motion for Relief from Magistrate Judge's Nondispositive Pretrial Order (the "Motion for Relief"). (ECF No. 716.)

2. In light of the Court's prior rulings on motions to seal, Qualcomm does not seek the sealing of the specific material that is the subject of the Motion for Relief. Qualcomm does not waive (and continues to assert) all other confidentiality designations it has made pursuant to the Protective Order Governing Confidential Material (the "Protective Order"). (ECF No. 81.)

| | | |
|---|---|---|
| 1 | Dated: May 7, 2018 | CRAVATH, SWAINE & MOORE LLP |
| 2 | | |
| 3 | | By:  */s/ Gary A. Bornstein* |
| 4 | | Gary A. Bornstein *(pro hac vice)*<br>Yonatan Even *(pro hac vice)* |
| 5 | | CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza |
| 6 | | 825 Eighth Avenue<br>New York, NY 10019-7475 |
| 7 | | Tel.: (212) 474-1000<br>Fax: (212) 474-3700 |
| 8 | | gbornstein@cravath.com<br>yeven@cravath.com |
| 9 | | |
| 10 | | Robert A. Van Nest<br>Eugene M. Paige |
| 11 | | Justina Sessions<br>KEKER, VAN NEST & PETERS LLP |
| 12 | | 633 Battery Street<br>San Francisco, CA 94111-1809 |
| 13 | | Tel.:  (415) 391-5400<br>Fax:  (415) 397-7188 |
| 14 | | rvannest@kvn.coom<br>epaige@kvn.com |
| 15 | | jsessions@kvn.com |
| 16 | | Richard S. Taffet *(pro hac vice)*<br>MORGAN, LEWIS & BOCKIUS LLP |
| 17 | | 101 Park Avenue<br>New York, NY 10178-0060 |
| 18 | | Tel.: (212) 309-6000<br>Fax: (212) 309-6001 |
| 19 | | richard.taffet@morganlewis.com |
| 20 | | Willard K. Tom *(pro hac vice)*<br>MORGAN, LEWIS & BOCKIUS LLP |
| 21 | | 1111 Pennsylvania Avenue NW<br>Washington, DC 20004-2541 |
| 22 | | Tel.: (202) 739-3000<br>Fax: (202) 739 3001 |
| | | willard.tom@morganlewis.com |

Qualcomm Incorporated's Statement Regarding Plaintiff's Administrative Motion to File Under Seal
Portions of its Motion for Relief from Magistrate Judge's Nondispositive Pretrial Order
Case No. 5:17-cv-00220-LHK-NMC

1
2
3
4
5
6
7

Donn P. Pickett (SBN 72257)
Geoffrey T. Holtz (SBN 191370)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel.: (415) 442-1000
Fax: (415) 442-1001
donn.pickett@morganlewis.com
gholtz@morganlewis.com

Attorneys for Defendant
QUALCOMM INCORPORATED

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Qualcomm Incorporated's Statement Regarding Plaintiff's Administrative Motion to File Under Seal
Portions of its Motion for Relief from Magistrate Judge's Nondispositive Pretrial Order
Case No. 5:17-cv-00220-LHK-NMC