UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>QUALCOMM INCORPORATED, et al.,<br><br>Defendants. | Case No. 17-CV-00220-LHK<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 716 |

FTC's Administrative Motion to File Under Seal Portions of its Motion for Relief from Magistrate Judge's Nondispositive Pretrial Order seeks to seal an exhibit that "Qualcomm has designated as Highly Confidential under the Protective Order." ECF No. 716 at 2. However, "Qualcomm does not seek the sealing of the specific material that is the subject of the Motion for Relief." ECF No. 726 at 2. Accordingly, FTC's motion to seal is DENIED.

**IT IS SO ORDERED.**

Dated: May 8, 2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-00220-LHK
ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL