**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
mharris@scheperkim.com
WILLIAM H. FORMAN (State Bar No. 150477)
wforman@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, California 90071-2025
Telephone:   (213) 613-4655
Facsimile:   (213) 613-4656
Attorneys for Counsel for Non-Party Paul Jacobs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>　　　　Plaintiff,<br>　　v.<br>QUALCOMM INCORPORATED, a Delaware corporation,<br>　　　　Defendant. | CASE NO. 5:17-CV-00220-LHK-NMC<br>**JOINT STATEMENT OF PLAINTIFF FEDERAL TRADE COMMISSION AND NON-PARTY PAUL JACOBS**<br>CRTRM:  5<br>JUDGE:  The Hon. Magistrate Judge Nathanael M. Cousins |
| IN RE QUALCOMM ANTITRUST LITIGATION | |

1  At the Discovery Hearing of May 4, 2018, this Court directed counsel for Dr. Paul Jacobs
2  ("Dr. Jacobs") and counsel for Plaintiff Federal Trade Commission ("FTC") to meet and confer
3  with respect to the questions that Dr. Jacobs was instructed not to answer at his deposition of April
4  17, 2018, and for counsel for Dr. Jacobs to file any motion for protective order in connection with
5  a further deposition on or by May 11, 2018.  After meeting and conferring, counsel for Dr. Jacobs
6  and counsel for the FTC agree that the issue is not ripe for adjudication.  Given the costs involved,
7  the FTC will not seek to re-open Dr. Jacobs' deposition at this time.  The FTC will meet and
8  confer with counsel for Dr. Jacobs if it determines that a further deposition is necessary and
9  reserves its right to participate in any further deposition of Dr. Jacobs scheduled in the Southern
10 District actions.

DATED:  May 11, 2018

FEDERAL TRADE COMMISSION

By:       */s/ Jennifer Milici*
JENNIFER MILICI
Attorney for FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov

DATED:  May 11, 2018

SCHEPER KIM & HARRIS LLP
MARC S. HARRIS
WILLIAM H. FORMAN

By:       */s/ William H. Forman*
William H. Forman
Attorney for Non-Party Paul Jacobs

| | |
|---|---|
| 1 | **<u>FILER'S ATTESTATION</u>** |
| 2 | I William H. Forman, am the ECF user whose identification and password are being used |
| 3 | to file this Joint Statement of Plaintiff Federal Trade Commission and Non-Party Paul Jacobs.  In |
| 4 | compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories on this document |
| 5 | have concurred in this filing. |

                                                    /s/ *William H. Forman*
                                                  WILLIAM H. FORMAN