CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest, SBN 84065
rvannest@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 676-2289
Facsimile: (415) 397-7188

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet (*pro hac vice*)
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

Attorneys for Defendant
QUALCOMM INCORPORATED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**NOTICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 44.1 OF INTENT TO RAISE ISSUES OF FOREIGN LAW** |
| IN RE QUALCOMM ANTITRUST LITIGATION | Case No. 5:17-md-02773-LHK-NMC |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD

Please take notice that, pursuant to Federal Rule of Civil Procedure 44.1, Defendant Qualcomm Incorporated ("Qualcomm") hereby gives notice regarding issues of French law that may arise in connection with this proceeding.

Qualcomm intends to raise issues of French law in response to claims from the FTC and the Class Plaintiffs that concern fair, reasonable and non-discriminatory ("FRAND") licensing practices.  Qualcomm has made written commitments under the Intellectual Property Rights Policy ("IPR Policy") of the European Telecommunications Standards Institute ("ETSI") to license standard essential patents on FRAND terms.  By its terms, ETSI's IPR Policy is "governed by the laws of France", ETSI Rules of Procedure, Annex 6, cl. 12, so French law governs Qualcomm's ETSI FRAND commitments.

Pursuant to Rule 44.1, and to assist the Court in this regard, Qualcomm intends to submit the expert report of Professor Bénédicte Fauvarque-Cosson, an attorney qualified to practice law in France and a professor at Université Paris 2 Panthéon-Assas.

Dated: May 11, 2018

Respectfully submitted,

By: */s/ Gary A. Bornstein*

Gary A. Bornstein
Yonatan Even
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel:  (212) 474-1000
Fax:  (212) 474-3700
gbornstein@cravath.com
yeven@cravath.com

Robert A. Van Nest
Eugene M. Paige
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Tel: (415) 676-2289
Fax: (415) 397-7188
rvannest@keker.com
epaige@keker.com

Richard S. Taffet
Willard K. Tom
Donn P. Pickett
Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415) 442-1001
richard.taffet@morganlewis.com
willard.tom@morganlewis.com
donn.pickett@morganlewis.com
geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*