Jennifer Milici, D.C. Bar No. 987096
Daniel Matheson, D.C. Bar No. 502490
J. Alexander Ansaldo, Va. Bar No. 75870
Joseph R. Baker, D.C. Bar No. 490802
Elizabeth A. Gillen, Ca. Bar No. 260667
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Tel: (202) 326-2912; Fax (202) 326-3496
jmilici@ftc.gov

Lin W. Kahn, Ca. Bar No. 261387
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
Tel: (415) 848-5115; Fax: (415) 848-5184
lkahn@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

KEKER VAN NEST & PETERS LLP
Robert A. Van Nest
rvannest@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 676-2289
Facsimile: (415) 397-7188

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet (*pro hac vice*)
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-0060
Facsimile: (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Donn P. Pickett (SBN 72257)
Donn.pickett@morganlewis.com
Geoffrey T. Holtz (SBN 191370)
Geoffrey.holtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for Defendant
QUALCOMM INCORPORATED

*Additional Counsel listed on the Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br>v.<br><br>QUALCOMM INCORPORATED,<br>a Delaware corporation,<br><br>Defendant<br><br>IN RE QUALCOMM ANTITRUST LITIGATION | Case No. 5:17-CV-00220-LHK-NMC<br>Case No. 5:17-MD-02773-LHK-NMC<br><br>**STIPULATION TO REQUEST A RESCHEDULING OF THE MAY 23 DISCOVERY HEARING TO MAY 24** |

Pursuant to Local Civil Rules 7-11 and 7-12, the Federal Trade Commission (the "FTC") and Defendant Qualcomm Incorporated ("Qualcomm") respectfully submit this Stipulation to Request a Rescheduling of the May 23, 2018 Discovery Hearing to May 24, 2018.

**WHEREAS** the Court (Judge Cousins) has set a Discovery Hearing on May 23, 2018 at 11:00 a.m. (MDL ECF Nos. 464, 471.)

**WHEREAS** the Court (Judge Koh) set a Hearing on the FTC's Motion for Relief from Magistrate Judge's Nondispositive Pretrial Order on May 24, 2018 at 1:30 p.m. (FTC ECF No. 718.)

**WHEREAS**, for travel and scheduling efficiencies, the FTC and Qualcomm jointly request that the Court (Judge Cousins) reschedule the May 23, 2018 Discovery Hearing to May 24, 2018, at a time that does not conflict with the scheduled Hearing on the FTC's Motion.

**WHEREAS** no other party (the MDL Plaintiffs) or interested third party (Apple, Ingram or Synnex) opposes this joint request to reschedule, provided the Discovery Hearing begins after 10:00 a.m.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel:

The FTC and Qualcomm jointly request that the May 23, 2018 Discovery Hearing be rescheduled to May 24, 2018, at a time after 10:00 a.m. that does not conflict with the May 24, 2018 Hearing on the FTC's Motion.

Dated: May 22, 2018

Respectfully submitted,

FEDERAL TRADE COMMISSION

*/s/ Daniel Matheson*
_____

Jennifer Milici
Daniel Matheson
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov
dmatheson@ftc.gov

*Attorneys for Federal Trade Commission*


CRAVATH, SWAINE & MOORE LLP

*/s/ Gary A. Bornstein*
_____
Gary A. Bornstein
   Worldwide Plaza
      825 Eighth Avenue
         New York, NY 10019
            Telephone:  (212) 474-1000
               Facsimile:  (212) 474-3700
                  gbornstein@cravath.com

Robert A. Van Nest
Asim M. Bhansali
Eugene M. Paige
KEKER, VAN NEST & PETERS LLP
   633 Battery Street
      San Francisco, CA 94111
         Telephone:  (415) 676-2289
            Facsimile:  (415) 397-7188
               rvannest@keker.com
                  abhansali@keker.com
                  epaige@keker.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
   101 Park Avenue
      New York, NY 10178
         Telephone:  (212) 369-6000
            Facsimile:  (212) 309-6001
               richard.taffet@morganlewis.com

STIPULATION TO REQUEST RESCHEDULING OF THE MAY 23 DISCOVERY HEARING TO MAY 24
17-CV-2770-LHK-NMC; 17-MD-2773-LHK-NMC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Willard K. Tom
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
willard.tom@morganlewis.com

Donn P. Pickett
Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
donn.pickett@morganlewis.com
geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____

                                                          _____

### FILER'S ATTESTATION

I, Gary A. Bornstein, am the ECF user whose identification and password are being used to file this Stipulation.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories on this document have concurred in this filing.

s/ Gary A. Bornstein
_____
Gary A. Bornstein
