# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 5:17-cv-00220-LHK-NMC |
| Plaintiff, | **QUALCOMM INCORPORATED'S STATEMENT OF RECENT DECISION** |
| vs. | DATE: May 24, 2018<br>TIME: 1:30 p.m.<br>CTRM: Courtroom 8<br>JUDGE: Hon. Lucy H. Koh |
| QUALCOMM INCORPORATED, | |
| Defendant. | |

1          Pursuant to Local Rule 7-3(d)(2), Defendant Qualcomm Incorporated respectfully submits
2   this Statement of Recent Decision calling the Court's attention to the Minute Order deciding
3   CalTech's Motion for Review of Order Denying Motion to Compel Production of Ex. 341 (ECF
4   No. 510), in *The California Institute of Technology v. Broadcom Limited, et al.*, No. 16-cv-3714-
5   GW (C.D. Cal.), which was entered on the docket on May 11, 2018 and is attached as Exhibit A.
6   Qualcomm respectfully submits that the decision is relevant to the Federal Trade Commission's
7   Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (ECF No. 716-3).

Dated: May 22, 2018

CRAVATH, SWAINE & MOORE LLP

By:   s/ Yonatan Even

Gary A. Bornstein
Yonatan Even
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
gbornstein@cravath.com
yeven@cravath.com

Robert A. Van Nest
Asim M. Bhansali
Eugene M. Paige
Justina Sessions
David W. Rizk
Alexander Dryer
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
rvannest@keker.com
abhansali@keker.com
epaige@keker.com
jsessions@keker.com
drizk@keker.com
adryer@keker.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel: (212) 309-6000
Fax: (212) 309-6001
richard.taffet@morganlewis.com

Willard K. Tom
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Tel: (202) 739-3000
Fax: (202) 739 3001
willard.tom@morganlewis.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Donn P. Pickett
Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415) 442-1001
donn.pickett@morganlewis.com
geoffrey.holtz@morganlewis.com

***Attorneys for Defendant Qualcomm Incorporated***