*Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                              Plaintiff,<br><br>                         vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>                              Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>DATE:      June 13, 2018<br>TIME:      2:00 p.m.<br>CTRM:    Courtroom 8<br>JUDGE:   Hon. Lucy H. Koh |
| IN RE QUALCOMM ANTITRUST LITIGATION | Case No. 5:17-MD-02773-LHK-NMC |

1   Pursuant to the Court's May 1, 2018 Order Continuing Further Case Management

2   Conference (MDL ECF No. 445), Plaintiff Federal Trade Commission (the "FTC") and the MDL

3   Plaintiffs (collectively, "Plaintiffs") and Defendant Qualcomm Incorporated ("Qualcomm")

4   (collectively, the "Parties") have met and conferred and hereby submit this Joint Case

5   Management Statement.

6   **I.   MOTIONS**

7   Since filing the April 30, 2018 Joint Case Management Statement (MDL ECF No. 444),

8   the MDL Plaintiffs have filed a Joint Discovery Statement with third parties Brightpoint North

9   America, LLC, as well as a Discovery Statement in regard to Synnex Corporation, seeking to

10  compel document production from those third parties in response to the MDL Plaintiffs'

11  subpoenas.  (MDL ECF Nos. 450, 455.)  Magistrate Judge Cousins has scheduled a hearing to

12  address these Discovery Statements on May 24, 2018.  (MDL ECF No. 477.)

13  Judge Cousins has also scheduled the following matters to be heard on May 24, 2018

14  (FTC ECF No. 749), all of which were filed on May 18, 2018:

15  • Qualcomm and the MDL Plaintiffs filed a Joint Discovery Statement regarding certain of
16    their respective interrogatory responses and Qualcomm's provision of certain additional
      testimony and written answers in response to Topics 1, 2, 8, and 11 of the MDL Plaintiffs'
17    30(b)(6) Notice. (MDL ECF No. 469.) The Joint Discovery Statement memorializes the
      resolution of a number of issues regarding these discovery requests, and sets forth one
18    dispute with respect to Qualcomm's response to the MDL Plaintiffs' Interrogatory No. 20.

19  • The MDL Plaintiffs filed Discovery Statements regarding their requests for the production
      of additional documents and data from certain databases and other shared sources of
20    information. (MDL ECF Nos. 467, 468.) Qualcomm filed responses on May 22, 2018.
      (MDL ECF Nos. 473, 474.) Qualcomm and the MDL Plaintiffs expect to resolve or, at
21    least, narrow these issues through further meet and confer discussions. However, in light
      of the May 18, 2018 deadline for motions to compel fact discovery, MDL Plaintiffs filed
22    Discovery Statements regarding the open issues.

23  • Qualcomm and the FTC submitted Joint Discovery Statements regarding two of their
      respective interrogatory responses. (FTC ECF Nos. 742, 743.) The FTC seeks additional
24    information regarding Qualcomm's response to FTC Interrogatory No. 4 (concerning the
      measures that support Qualcomm's contentions regarding the breadth, quality, and value
25    of its cellular patent portfolio). Qualcomm seeks additional information from the FTC
      regarding the FTC's response to Qualcomm Interrogatory No. 19 (relating to application
26    of any price-cost-test analysis to Qualcomm's agreements with Apple).

27  • Pursuant to Judge Cousins's May 4, 2018 Order (FTC ECF No. 724), Qualcomm and non-
      party Apple, Inc. filed a Joint Status Report regarding Apple's production of documents
28    and assertions of privilege.

1    On May 2, 2018, the FTC submitted a Motion for Relief from a decision of Magistrate

2  Judge Cousins regarding Qualcomm's assertion of privilege over internal patent ratings

3  Qualcomm maintains.  The Court denied that motion on May 22, 2018.  (*See* FTC ECF No. 750.)

4  **II.    PARTY DISCOVERY**

5    **A.    Written Discovery**

6    The Parties have not served any new requests for written discovery since the April 30

7  Joint Case Management Statement (MDL ECF No. 444).    The Parties do not have any open

8  issues concerning written discovery beyond those referenced in Part I above.

9    **B.    Document Discovery Issues**

10    Qualcomm continues the process of re-reviewing documents pursuant to Judge Cousins's

11  April 4, 2018 Order Regarding Privilege Re-Review for Qualcomm and Apple (MDL ECF

12  No. 427).  Qualcomm completed its review of documents involving Mr. Aberle by the Court-

13  ordered deadline of May 2, 2018 and completed its review of documents involving Mr. Altman

14  by the Court-ordered deadline of May 15, 2018.  Qualcomm estimates that, as of May 15, 2018, it

15  completed re-review of a total of 77,000 redacted or withheld documents, and that approximately

16  33,000 documents remain to be re-reviewed by July 1, 2018.   As a result of this re-review

17  process, Qualcomm has produced 15,667 documents (either in redacted form or without

18  redactions) that had previously been withheld as privileged, and has reduced or eliminated

19  redactions on 8,934 previously redacted documents.  Some of the previously withheld or redacted

20  content had already been produced in other documents before the re-review productions.

21    *FTC's Statement*

22    On May 21, Qualcomm's counsel informed the FTC via email that it had come to their

23  attention "late last week" "that the chipset-level data used by QCT in the ordinary course for

24  fiscal year 2017 … contains imprecise assumptions …."  According to Qualcomm's counsel,

25  "[o]ur client has been working over the weekend to correct any issues."  On May 22, Qualcomm

26  produced a new version of its 2017 chipset level data.  In response to questions from the FTC,

27  Qualcomm's counsel admitted that "[u]pon investigation, we've learned that Qualcomm noticed

28  the same inconsistency" prior to late last week.

The FTC's experts did not have the opportunity to review the revised 2017 data prior to finalizing the analyses in their reports.  The parties continue to meet and confer regarding the newly produced 2017 chipset data.

*Qualcomm's Statement*:

Qualcomm previously produced chipset data for fiscal years 2010-2017 that it used in the ordinary course.  Beginning in fiscal year 2017 (which began in late September 2016), the finance team in Qualcomm's chip division changed certain of the assumptions used in organizing the data from the assumptions used for fiscal years 2010-2016.  In response to Plaintiffs' requests in the litigation, Qualcomm produced the data for fiscal years 2010-2016 and for fiscal year 2017 as it was maintained in the ordinary course of business.  Nevertheless, to ensure that consistent data for fiscal year 2017 is available in this litigation, Qualcomm created a new version of the 2017 data that is consistent with the assumptions used in chipset data Qualcomm produced for fiscal years 2010-2016.  Qualcomm alerted the FTC to the inconsistency in the assumptions underlying the 2010-2016 and the 2017 datasets on May 21, and has produced the new dataset on May 22, 2017.  In response to questions from the FTC, Qualcomm promptly provided the FTC with further explanation of the different assumptions underlying the two datasets.  Qualcomm produced the new 2017 dataset as soon as it was created and without delay.  Qualcomm will continue to meet and confer, as necessary, regarding the data.

**C.    Party Depositions**

**1.  Individual Depositions**

Almost all depositions of current or former Qualcomm employees have concluded.  The sole exception is Jeffrey Altman, with respect to whom the Court approved an out-of-time deposition (ECF No. 580).  Mr. Altman's deposition has been scheduled for May 31 and June 1, 2018.

The Parties will meet and confer regarding re-opening of depositions following the completion of Qualcomm's privilege re-review.

**2.  Rule 30(b)(6) Depositions**

As set forth in Part I above, Qualcomm and the MDL Plaintiffs met and conferred

regarding MDL Plaintiffs' 30(b)(6) Topics 1, 2, 8 and 11.  In response to the MDL Plaintiffs' written questions, Qualcomm agreed to provide written responses, plus limited deposition time as to certain portions of Topic 2.  The deposition has been scheduled for May 31, 2018.

The FTC has completed its 30(b)(6) deposition of Qualcomm.

## III.    THIRD-PARTY DISCOVERY

### A.    Document Production

The vast majority of third parties subpoenaed have completed their document productions in this case.  Certain third parties are still producing small volumes of documents.

As stated above, MDL Plaintiffs have filed discovery statements seeking to compel production of certain data from third parties Brightpoint North America, LLC, a subsidiary of Ingram Micro Inc., and Synnex Corporation (MDL ECF Nos. 450, 455).  As also stated above, on May 18, 2018, Qualcomm and Apple, Inc. filed a joint status report with Judge Cousins.

### B.    Depositions

The Parties concluded depositions of third-party witnesses on April 20.

1    Dated:  May 22, 2018

2                                            Respectfully submitted,

3                                            FEDERAL TRADE COMMISSION,

4

5                                            */s/ Jennifer Milici*
                                             Jennifer Milici
6                                            Wesley G. Carson
                                             J. Alexander Ansaldo
7                                            Joseph R. Baker
                                             Elizabeth A. Gillen
8                                            Federal Trade Commission
                                             600 Pennsylvania Avenue, N.W.
9                                            Washington, D.C. 20580
                                             (202) 326-2912; (202) 326-3496 (fax)
10                                           jmilici@ftc.gov

11                                           **Attorneys for Federal Trade Commission**

12

13                                           SUSMAN GODFREY LLP

14
                                     By:     */s/ Kalpana Srinivasan*
15                                           Kalpana Srinivasan
                                             Marc M. Seltzer
16                                           Steven G. Sklaver
                                             Amanda Bonn
17                                           Oleg Elkhunovich
                                             Krysta Kauble Pachman
18                                           SUSMAN GODFREY L.L.P.
                                             1900 Avenue of the Stars, Suite 1400
19                                           Los Angeles, CA 90067
                                             Telephone: (310) 789-3100
20                                           Facsimile: (310) 789-3006
                                             Email: ksrinivasan@susmangodfrey.com
21                                           Email: mseltzer@susmangodfrey.com
                                             Email: ssklaver@susmangodfrey.com
22                                           Email: abonn@susmangodfrey.com
                                             Email: oelkhunovich@susmangodfrey.com
23                                           Email:  kpachman@susmangodfrey.com

24                                           Joseph Grinstein
                                             SUSMAN GODFREY L.L.P.
25                                           1000 Louisiana Street # 5100
                                             Houston, TX 77002
26                                           Telephone:  (713) 651-9366
                                             Facsimile:  (713) 654-6666
27                                           Email: jgrinstein@susmangodfrey.com

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joseph W. Cotchett
Adam J. Zapala
Brian Danitz
Mark F. Ram
Michael Montaño
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: jcotchett@cpmlegal.com
Email: azapala@cpmlegal.com
Email: bdanitz@cpmlegal.com
Email: mram@cpmlegal.com
Email: mmontano@cpmlegal.com

***Plaintiffs' Interim Co-Lead Counsel***

HAGENS BERMAN SOBOL SHAPIRO
LLP

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO
LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 268-9320
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

Jeff D. Friedman (173886)
Rio S. Pierce (298297)
HAGENS BERMAN SOBOL SHAPIRO
LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: jefff@hbsslaw.com
Email: riop@hbsslaw.com

***Plaintiffs' Steering Committee***

Dated:  May 22, 2018                    CRAVATH, SWAINE & MOORE LLP

                                By:    */s/ Gary A. Bornstein*

                                Gary A. Bornstein
                                Yonatan Even
                                CRAVATH, SWAINE & MOORE LLP

JOINT CASE MANAGEMENT STATEMENT
Case No. 5:17-cv-00220-LHK-NMC
and 5:17-md-02773-LHK-NMC

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
gbornstein@cravath.com
yeven@cravath.com

Robert A. Van Nest
Asim M. Bhansali
Eugene M. Paige
Justina Sessions
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
rvannest@keker.com
abhansali@keker.com
epaige@keker.com
jsessions@keker.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel: (212) 309-6000
Fax: (212) 309-6001
richard.taffet@morganlewis.com

Willard K. Tom
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Tel: (202) 739-3000
Fax: (202) 739 3001
willard.tom@morganlewis.com

Donn P. Pickett
Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415) 442-1001
donn.pickett@morganlewis.com
geoffrey.holtz@morganlewis.com

***Attorneys for Defendant Qualcomm
Incorporated***

1

## **FILER'S ATTESTATION**

2

I, Gary A. Bornstein, am the ECF user whose identification and password are being used

3

to file this Joint Case Management Statement. In compliance with Civil Local Rule 5-1(i)(3), I

4

hereby attest that the signatories on this document have concurred in this filing.

5

6

_/s/ Gary A. Bornstein_
Gary A. Bornstein

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT
Case No. 5:17-cv-00220-LHK-NMC
and 5:17-md-02773-LHK-NMC