# OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

# Northern District of California

# CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** May 24, 2018 | **Time:** 1 hour, 50 mins | **Judge:** NATHANAEL M. COUSINS |
| **Case No.** 17-cv-00220-LHK | **Case Name:** Federal Trade Commission v. Qualcomm Incorporated | |
| **Case No.** <u>17-md-02773 LHK</u> | **Case Name:** In Re Qualcomm Antitrust Litigation | |

**Attorneys for Qualcomm:** Yonatan Even, Geoffrey Holtz, Cody Harris

**Attorney for FTC:** Daniel Matheson

**Attorney for MDL Plaintiffs:** Rio Pierce

**Attorney for Apple, Inc.:** Edward Takashima

**Attorneys for Ingram Micro, Inc., SYNNEX Corp.:** Daniel Sasse, Paul Sung

| | |
|---|---|
| **Deputy Clerk:** Lili Harrell | **FTR Time:** 2:48pm–3:55pm<br>4:11pm-4:54pm |

# PROCEEDINGS

**Discovery Hearing held:**

Topic 1 (ECF Nos. 450, 455, 457 in '2773)

- MDL plaintiffs vs. Synnex/Ingram/Brightpoint
- Production of SKUs by third parties Brightpoint/Ingram/Synnex
- Ruling:
    - MDL plaintiffs' request for additional production of data is GRANTED, with discovery found to be relevant, with parties instructed to confer further about the scope of additional production.
    - Production is subject to protective order
    - Plaintiffs to compensate responding parties for reasonable hard costs of additional production

Topic 2 (ECF No. 468 in '2773)

- MDL plaintiffs vs. Qualcomm
- Motion to compel production of transactional data tables
- Ruling:
    o Granted in part. By 6/8, Qualcomm to produce the 8 tables identified, along with a letter summarizing the information presented in tables
    o MDL plaintiffs get one week, until 6/15, to follow up with reasonable questions


Topic 3 (ECF No. 467 in '2773)

- MDL plaintiffs vs. Qualcomm
- Production of financial planning analysis materials
- Ruling:
    o Granted in part. Qualcomm to search the 24 folders (out of 36) it identified using the MDL plaintiffs' search terms and produce responsive non-privileged materials by June 15.


Topic 4 (ECF No. 469 in '2773)

- MDL plaintiffs vs. Qualcomm
- Interrogatory No. 20

Ruling: Granted in part. By 6/7, Qualcomm to provide declaration, under penalty of perjury, by witness with knowledge, attesting to information


Topic 5 (ECF No. 742 in '220)

- FTC vs. Qualcomm
- Interrogatory No. 4 – metrics for assertion of patent portfolio value
- Ruling: Granted in part, with response deferred. Qualcomm must supplement its response to Interrogatory No. 4 on the same date as its expert report disclosure.


Topic 6 (ECF No. 743 in '220)

- FTC vs. Qualcomm
- Interrogatory No. 19 – basis for selecting five iPads in price analysis
- Ruling: Request DENIED, without prejudice to raising the issue during expert discovery.

Topic 7 (ECF No. 745-3 in '220)

- Apple vs. Qualcomm
- Common interest privilege with third parties
- Ruling:
    o DEFERRED, to allow third parties time to respond
    o As yet, unpersuaded that common interest privilege exists
    o By 6/1, parties to file joint discovery letter brief, with attachments permitted
    o Next status report is set for 6/4