*Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                Plaintiff,<br><br>   vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>                Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>DATE:   June 20, 2018<br>TIME:   2:00 p.m.<br>CTRM:  Courtroom 8<br>JUDGE: Hon. Lucy H. Koh |
| IN RE QUALCOMM ANTITRUST LITIGATION | Case No. 5:17-MD-02773-LHK-NMC |

Pursuant to the Court's June 7, 2018 Order Continuing Further Case Management Conference (MDL ECF No. 488), Plaintiff Federal Trade Commission (the "FTC") and the MDL Plaintiffs (collectively, "Plaintiffs") and Defendant Qualcomm Incorporated ("Qualcomm") (collectively, the "Parties") have met and conferred and hereby submit this Joint Case Management Statement, which reports on developments since the Parties filed the June 6, 2018 Joint Case Management Statement (FTC ECF No. 763). The Parties have no issues to present to the Court and respectfully stipulate, subject to the approval of the Court, that the Case Management Conference scheduled for June 20, 2018 may be continued.

## I.     MOTIONS

Qualcomm and the FTC submitted a joint discovery statement to Judge Cousins on June 9, 2018 regarding the interpretation of the Protective Order with respect to the treatment of certain third-party information in the FTC's expert reports. (FTC ECF No. 765.)

The Parties have not filed any other motions since the June 6 Joint Case Management Statement. (FTC ECF No. 763.)

On May 31, the MDL Plaintiffs sent Qualcomm a copy of a proposed amended complaint. On June 12, Qualcomm consented to the filing of the proposed amended complaint. Given the timing of the MDL Plaintiffs' amendment (after the close of fact discovery), Qualcomm and the MDL Plaintiffs have agreed that the MDL Plaintiffs will respond to an additional 5 interrogatories and 10 requests for admission within 15 days of service.

## II.    PARTY DISCOVERY

### A.    Written Discovery

There have been no new developments since the June 6 Joint Case Management Statement (FTC ECF No. 763), except as noted in Part I above.

### B.    Document Discovery Issues

Qualcomm continues the process of re-reviewing documents pursuant to Judge Cousins's April 4, 2018 Order Regarding Privilege Re-Review for Qualcomm and Apple (MDL ECF No. 427). Qualcomm produced additional revised log entries and documents on June 12, 2018. Plaintiffs have sent Qualcomm a list of documents for which they seek to request *in camera*

review, and will meet and confer with Qualcomm in an effort to resolve any privilege disputes before submitting any requests to Judge Cousins.

### C.  Party Depositions

#### 1.  Individual Depositions

There have been no new developments since the June 6 Joint Case Management Statement.  (FTC ECF No. 763.)

#### 2.  Rule 30(b)(6) Depositions

There have been no new developments since the June 6 Joint Case Management Statement.  (FTC ECF No. 763.)

### D.  Expert Discovery

There have been no new developments since the June 6 Joint Case Management Statement.  (FTC ECF No. 763.)

## III.  THIRD-PARTY DISCOVERY

### A.  Document Production

There have been no new developments since the June 6 Joint Case Management Statement.  (FTC ECF No. 763.)

### B.  Depositions

There have been no new developments since the June 6 Joint Case Management Statement.  (FTC ECF No. 763.)

| | |
|---|---|
| 1  Dated: June 13, 2018 | |
| 2 | Respectfully submitted, |
| 3 | FEDERAL TRADE COMMISSION, |
| 5 | */s/ Jennifer Milici*<br>Jennifer Milici |
| 6 | Wesley G. Carson<br>J. Alexander Ansaldo |
| 7 | Joseph R. Baker<br>Elizabeth A. Gillen |
| 8 | Federal Trade Commission<br>600 Pennsylvania Avenue, N.W. |
| 9 | Washington, D.C. 20580 |
| 10 | (202) 326-2912; (202) 326-3496 (fax)<br>jmilici@ftc.gov |
| 12 | ***Attorneys for Federal Trade Commission*** |
| 13 | SUSMAN GODFREY LLP |
| 15 | By:   */s/ Kalpana Srinivasan*<br>Kalpana Srinivasan |
| 16 | Marc M. Seltzer<br>Steven G. Sklaver |
| 17 | Amanda Bonn<br>Oleg Elkhunovich |
| 18 | Krysta Kauble Pachman<br>SUSMAN GODFREY L.L.P. |
| 19 | 1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067 |
| 20 | Telephone: (310) 789-3100<br>Facsimile: (310) 789-3006 |
| 21 | Email: ksrinivasan@susmangodfrey.com<br>Email: mseltzer@susmangodfrey.com |
| 22 | Email: ssklaver@susmangodfrey.com<br>Email: abonn@susmangodfrey.com |
| 23 | Email: oelkhunovich@susmangodfrey.com<br>Email:  kpachman@susmangodfrey.com |
| 24 | Joseph Grinstein |
| 25 | SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street # 5100 |
| 26 | Houston, TX 77002<br>Telephone:  (713) 651-9366 |
| 27 | Facsimile:  (713) 654-6666<br>Email: jgrinstein@susmangodfrey.com |

|   |   |
|---|---|
| 1 | Joseph W. Cotchett |
| 2 | Adam J. Zapala<br>Brian Danitz |
| 3 | Mark F. Ram<br>Michael Montaño |
| 4 | COTCHETT, PITRE & McCARTHY, LLP<br>840 Malcolm Road, Suite 200 |
| 5 | Burlingame, CA 94010<br>Telephone: (650) 697-6000 |
| 6 | Facsimile: (650) 697-0577<br>Email: jcotchett@cpmlegal.com |
| 7 | Email: azapala@cpmlegal.com<br>Email: bdanitz@cpmlegal.com |
| 8 | Email: mram@cpmlegal.com<br>Email: mmontano@cpmlegal.com |
| 9 | ***Plaintiffs' Interim Co-Lead Counsel*** |
| 10 |  |
| 11 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 12 |  |
| 13 | Steve W. Berman |
| 14 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 15 | 1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101 |
| 16 | Telephone: (206) 268-9320<br>Facsimile: (206) 623-0594 |
| 17 | Email: steve@hbsslaw.com |
| 18 | Jeff D. Friedman (173886)<br>Rio S. Pierce (298297) |
| 19 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 20 | 715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 |
| 21 | Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001 |
| 22 | Email: jefff@hbsslaw.com<br>Email: riop@hbsslaw.com |
| 23 | ***Plaintiffs' Steering Committee*** |
| 24 | Dated: June 13, 2018     CRAVATH, SWAINE & MOORE LLP |
| 25 |  |
| 26 | By:    */s/ Gary A. Bornstein* |
| 27 | Gary A. Bornstein<br>Yonatan Even |
| 28 | CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza |

|   |   |
|---|---|
| 1 | 825 Eighth Avenue |
|   | New York, NY 10019 |
| 2 | Tel: (212) 474-1000 |
|   | Fax: (212) 474-3700 |
| 3 | gbornstein@cravath.com |
|   | yeven@cravath.com |

Robert A. Van Nest
Eugene M. Paige
Justina Sessions
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
rvannest@keker.com
epaige@keker.com
jsessions@keker.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel: (212) 309-6000
Fax: (212) 309-6001
richard.taffet@morganlewis.com

Willard K. Tom
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Tel: (202) 739-3000
Fax: (202) 739 3001
willard.tom@morganlewis.com

Donn P. Pickett
Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415) 442-1001
donn.pickett@morganlewis.com
geoffrey.holtz@morganlewis.com

***Attorneys for Defendant Qualcomm Incorporated***

**FILER'S ATTESTATION**

I, Gary A. Bornstein, am the ECF user whose identification and password are being used to file this Joint Case Management Statement. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories on this document have concurred in this filing.

                                        */s/ Gary A. Bornstein*
                                          Gary A. Bornstein