*Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>            Plaintiff,<br><br>   vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>           Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**JOINT ADR STATUS REPORT**<br><br>JUDGE:  Hon. Lucy H. Koh |

Pursuant to the Court's July 20, 2018 Order, the Federal Trade Commission ("FTC") and Qualcomm Incorporated (together, the "Parties") have met and conferred and respectfully submit this joint ADR status report indicating whether the Parties are willing to engage in an ADR session and if so, what type and by when. (ECF No. 783.)

*Qualcomm's Position*

Qualcomm has always been and remains willing to take part in ADR or bilateral negotiations aimed at resolving this case. To the Court's specific question, Qualcomm is willing to participate in, and believes the Parties could benefit from, a private mediation process conducted by a mutually agreeable third-party mediator. Qualcomm is willing to participate in such a mediation session by October 12, 2018, which is the week before the scheduled October 18, 2018 hearing on any dispositive motions. (ECF No. 678.)

*FTC Position*

The FTC's position is that no ADR process is likely to deliver benefits sufficient to justify the significant resources that would be consumed by its use. *See* L.R. 16-8(d)(3). This is a large case by any measure with more than 18 million produced documents; deposition testimony from more than 90 witnesses; and reports from 13 experts. Educating a mediator or neutral about the claims, defenses, and evidence would require significant party and ADR resources and could impose a substantial burden on the FTC. ADR is unlikely to add significant value to a bilateral negotiation process, which the FTC has been and remains willing to participate in. The FTC frequently settles litigation without any formal ADR process and there is no impediment to direct settlement negotiations in this case.

If the Court orders an ADR session, the FTC's position is that a settlement conference with a magistrate judge would be more useful and efficient than early neutral evaluation or mediation. The FTC's view is that a settlement conference would be most useful in the last two weeks of August, after the conclusion of expert discovery and prior to the deadline for summary judgment and *Daubert* motions. The FTC does not agree to participate in a private mediation session.

| | |
|---|---|
| 1 | Dated:  July 25, 2018 |
| 2 | Respectfully submitted, |
| 3 | FEDERAL TRADE COMMISSION, |

*/s/  Jennifer Milici*
Jennifer Milici
Wesley G. Carson
J. Alexander Ansaldo
Joseph R. Baker
Elizabeth A. Gillen
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov

***Attorneys for Federal Trade Commission***

Dated:  July 25, 2018                                       CRAVATH, SWAINE & MOORE LLP

  */s/ Gary A. Bornstein*

  Gary A. Bornstein
  Yonatan Even
  CRAVATH, SWAINE & MOORE LLP
  Worldwide Plaza
  825 Eighth Avenue
  New York, NY 10019
  Tel: (212) 474-1000
  Fax: (212) 474-3700
  gbornstein@cravath.com
  yeven@cravath.com

  Robert A. Van Nest
  Eugene M. Paige
  Justina Sessions
  KEKER, VAN NEST & PETERS LLP
  633 Battery Street
  San Francisco, CA 94111-1809
  Telephone: (415) 391-5400
  Facsimile: (415) 397-7188
  rvannest@keker.com
  epaige@keker.com
  jsessions@keker.com

2                                    JOINT ADR STATUS REPORT
                                     Case No. 5:17-cv-00220-LHK-NMC

|   |   |
|---|---|
| 1 | |
| 2 | Richard S. Taffet |
|   | MORGAN, LEWIS & BOCKIUS LLP |
| 3 | 101 Park Avenue |
|   | New York, NY 10178-0060 |
| 4 | Tel: (212) 309-6000 |
|   | Fax: (212) 309-6001 |

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel: (212) 309-6000
Fax: (212) 309-6001
richard.taffet@morganlewis.com

Willard K. Tom
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Tel: (202) 739-3000
Fax: (202) 739 3001
willard.tom@morganlewis.com

Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415) 442-1001
donn.pickett@morganlewis.com
geoffrey.holtz@morganlewis.com

***Attorneys for Defendant Qualcomm Incorporated***

**FILER'S ATTESTATION**

I, Gary A. Bornstein, am the ECF user whose identification and password are being used to file this Joint Case Management Statement. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories on this document have concurred in this filing.

                                */s/ Gary A. Bornstein*
                                   Gary A. Bornstein