Jennifer Milici, D.C. Bar No. 987096
Joseph R. Baker, D.C. Bar No. 490802
Geoffrey M. Green, D.C. Bar No. 428392
Philip J. Kehl, D.C. Bar No. 1010284
Daniel Matheson, D.C. Bar No. 502490
Kenneth H. Merber, D.C. Bar No. 985703
Mark J. Woodward, D.C. Bar. No. 479537
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-3695; (202) 326-3496 (fax)
*jmilici@ftc.gov*

*Attorneys for Plaintiff Federal Trade Commission*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>　　　　Plaintiff<br><br>　　v.<br><br>QUALCOMM INCORPORATED, a Delaware Corporation,<br>　　　　Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**DECLARATION OF JENNIFER MILICI IN SUPPORT OF FEDERAL TRADE COMMISSION'S MOTION TO EXCLUDE EXPERT TESTIMONY OF PROFESSOR AVIV NEVO**<br><br>**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**<br><br>Date:　　　　October 18, 2018<br>Time:　　　　1:30 p.m.<br>Courtroom:　8, 4th Floor<br>Judge:　　　Hon. Lucy H. Koh |

I, Jennifer Milici, do hereby declare and state as follows:

1. I am an attorney employed by the U.S. Federal Trade Commission ("FTC"). I am one of the attorneys of record in this matter for the FTC. I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness I could and would testify competently.

2. I respectfully submit this declaration in support of the FTC's motion to exclude expert testimony of Professor Aviv Nevo.

3. Attached as Exhibit 1 is a true and correct copy of excerpts from the Rebuttal Report of Professor Aviv Nevo, Ph.D., dated June 28, 2018, and designated Highly Confidential—Attorneys' Eyes Only by Qualcomm.

4. Attached as Exhibit 2 is a true and correct copy of excerpts from the deposition of Aviv Nevo, which took place on August 10, 2018, and was designated Highly Confidential—Attorneys' Eyes Only by Qualcomm.

5. Attached as Exhibit 3 is a true and correct copy of QAPPCMSD10051179, ████████████████████████████████████████████████████ ████████████████████████████████, designated Highly Confidential—Attorneys' Eyes Only by Qualcomm and produced to the Federal Trade Commission on June 22, 2018.

6. Attached as Exhibit 4 is a true and correct copy of QAPPCMSD00009236, ████████████████████████████████████████████████████ ████████████████████████████, and designated Highly Confidential—Attorneys' Eyes Only by Qualcomm.

7. Attached as Exhibit 5 is a true and correct copy of QAPPCMSD10052189, ████████████████████████████████████████████████████████ ██████████████████████████████, designated Highly Confidential—Attorneys' Eyes Only by Qualcomm and produced to the Federal Trade Commission on June 28, 2018.

1    8.   Attached as Exhibit 6 is a true and correct copy of Q2017MDL1_03114062, ███████████████████████████████████████████████████████████ ██████████████████, and designated Highly Confidential—Attorneys' Eyes Only by Qualcomm.

   9.   Attached as Exhibit 7 is a true and correct copy of Q2017MDL1_02929368, ███████████████████████████████████████████████████████████ ████████████████████████████████████████████████████, and designated Highly Confidential—Attorneys' Eyes Only by Qualcomm.

   10.  Attached as Exhibit 8 is a true and correct copy of excerpts from the Rule 30(b)(6) deposition of Qualcomm, through Fabian Gonell of Qualcomm, which took place on April 20, 2018, and was designated Highly Confidential—Attorneys' Eyes Only by Qualcomm.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed this 30th day of August, 2018, in Washington, DC.

   */s/ Jennifer Milici*
   JENNIFER MILICI