# EXHIBIT 1

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 2

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 3

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

# EXHIBIT 4

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

# EXHIBIT 5

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 6

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 7

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 8

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL