Jennifer Milici, D.C. Bar No. 987096
Joseph R. Baker, D.C. Bar No. 490802
Geoffrey M. Green, D.C. Bar No. 428392
Nathaniel Hopkin, N.Y. Bar No. 5191598
Rajesh S. James, N.Y. Bar No. 4209367
Philip J. Kehl, D.C. Bar No. 1010284
Daniel Matheson, D.C. Bar No. 502490
Kenneth H. Merber, D.C. Bar No. 985703
Mark J. Woodward, D.C. Bar. No. 479537
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-3695; (202) 326-3496 (fax)
*jmilici@ftc.gov*

*Attorneys for Plaintiff Federal Trade Commission*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>        Plaintiff<br><br>                v.<br><br>QUALCOMM INCORPORATED, a Delaware Corporation,<br>        Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**DECLARATION OF JENNIFER MILICI IN SUPPORT OF FEDERAL TRADE COMMISSION'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON QUALCOMM'S STANDARD ESSENTIAL PATENT LICENSING COMMITMENTS**<br><br>Date:       October 18, 2018<br>Time:       1:30 p.m.<br>Courtroom: 8, 4th Floor<br>Judge:      Hon. Lucy H. Koh |

I, Jennifer Milici, do hereby declare and state as follows:

1. I am an attorney employed by the U.S. Federal Trade Commission ("FTC"). I am one of the attorneys of record in this matter for the FTC. I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness I could and would testify competently.

2. I respectfully submit this declaration in support of the FTC's motion for partial summary judgment on Qualcomm's standard essential patent licensing commitments.

3. Attached as Exhibit 1 is a true and correct copy of the TIA Intellectual Property Rights Policy, dated October 21, 2016, available at https://www.tiaonline.org/wp-content/uploads/2018/05/TIA_Intellectual_Property_Rights_Policy.pdf.

4. Attached as Exhibit 2 is a true and correct copy of Q2017MDL1_00024028, the Operating Procedures for ATIS Forums and Committees, dated March 1, 2015, which was produced in this litigation by Qualcomm.

5. Attached as Exhibit 3 is a true and correct copy of Q2017MDL1_00025790, Guidelines to the Telecommunications Industry Intellectual Property Rights Policy, dated May 1, 2014, which was produced in this litigation by Qualcomm.

6. Attached as Exhibit 4 is a true and correct copy of Q2017MDL1_03120703, Qualcomm's Response to Specification 4 of the FTC's Civil Investigative Demand, dated August 15, 2016, and designated Highly Confidential—Attorneys' Eyes Only by Qualcomm.

7. Attached as Exhibit 5 is a true and correct copy of the 3GPP Working Procedures, dated October 20, 2016, available at http://www.3gpp.org/ftp/Information/Working_Procedures/3GPP_WP.pdf.

8. Attached as Exhibit 6 is a true and correct copy of Q2017MDL1_03120611, Exhibit 4 to Qualcomm's Response to the FTC's Civil Investigative Demand, dated July 20, 2016, and designated Highly Confidential—Attorneys' Eyes Only by Qualcomm.

9. Attached as Exhibit 7 is a true and correct copy of excerpts from the deposition of Keith Kressin, of Qualcomm, which took place on February 7-8, 2018, and was designated Highly Confidential—Attorneys' Eyes Only by Qualcomm.

10. Attached as Exhibit 8 is a true and correct copy of Q2017MDL1_03099915, Qualcomm's Response to KFTC Supplemental Request for Information 5-4-1, which was produced in this litigation by Qualcomm and designated Highly Confidential—Attorneys' Eyes Only by Qualcomm.

11. Attached as Exhibit 9 is a true and correct copy of Q2017MDL1_03099818, Exhibit 1-2a to Qualcomm's Response to KFTC Supplemental Request for Information 5-4-1, which was produced in this litigation by Qualcomm and designated Highly Confidential—Attorneys' Eyes Only by Qualcomm.

12. Attached as Exhibit 10 is a true and correct copy of excerpts from the deposition of Derek Aberle, of Qualcomm, which took place on March 27-28, 2018, and was designated Highly Confidential—Attorneys' Eyes Only by Qualcomm.

13. Attached as Exhibit 11 is a true and correct copy of excerpts from the deposition of Cristiano Amon, of Qualcomm, which took place on March 12-13, 2018, and was designated Highly Confidential—Attorneys' Eyes Only by Qualcomm.

14. Attached as Exhibit 12 is a true and correct copy of excerpts of Q2017MDL1_03125483, Qualcomm's Submission to the FTC on Device-Level Licensing, dated December 2, 2016, which was designated Highly Confidential—Attorneys' Eyes Only by Qualcomm.

15. Attached as Exhibit 13 is a true and correct copy of excerpts from the deposition of Marvin Blecker, of Qualcomm, which took place on February 21-22, and 27, 2018, and was designated Highly Confidential—Attorneys' Eyes Only by Qualcomm.

16. Attached as Exhibit 14 is a true and correct copy of Qualcomm's Responses and Objections to the FTC's Requests for Admission Nos. 135 through 139, dated April 10, 2018.

17. Attached as Exhibit 15 is a true and correct copy of QNDCAL03530643, an email from Marvin Blecker to Derek Aberle and others, dated June 6, 2012, which was designated Highly Confidential—Attorneys' Eyes Only by Qualcomm.

18. Attached as Exhibit 16 is a true and correct copy of excerpts from the deposition of Alex Rogers, of Qualcomm, which took place on February 22-23, 2018, and was designated Highly Confidential—Attorneys' Eyes Only by Qualcomm.

19. Attached as Exhibit 17 is a true and correct copy of excerpts of Q2017MDL1_03120294, Qualcomm's Response to Specifications 1(b), 6, 7, 15, 16, 17, and 18 of the FTC's Civil Investigative Demand, dated June 30, 2016, and designated Highly Confidential—Attorneys' Eyes Only by Qualcomm.

20. Attached as Exhibit 18 is a true and correct copy of excerpts of Qualcomm's Objections and Supplemental Responses to Apple's Special Interrogatory Nos. 9, 12, 13 and 15, dated March 10, 2018, designated Highly Confidential—Attorneys' Eyes Only by Qualcomm.

21. Attached as Exhibit 19 is a true and correct copy of excerpts of Q2017MDL1_02161040, an email chain among Marvin Blecker, Eric Reifschneider, and others, with attachments, dated August 9, 2012, which was produced in this litigation by Qualcomm and designated Highly Confidential—Attorneys' Eyes Only by Qualcomm.

22. Attached as Exhibit 20 is a true and correct copy of the ATIS website page located at http://www.atis.org/glossary/foreword.aspx, last visited August 30, 2018.

23. Attached as Exhibit 21 is a true and correct copy of the 3GPP website page located at http://www.3gpp.org/about-3gpp/partners, last visited August 30, 2018.

24. Attached as Exhibit 22 is a true and correct copy of Q2017MDL1_00021503, the Operating Procedures for ATIS Forums and Committees, dated January 3, 2006, which was produced in this litigation by Qualcomm.

25. Attached as Exhibit 23 is a true and correct copy of QNDCAL01669454, the Guidelines for Implementations of ANSI Patent Policy, dated 1997, which was produced in this litigation by Qualcomm.

26. Attached as Exhibit 24 is a true and correct copy of Q2017MDL1_00009588, a letter from Louis Lupin to ATIS, dated June 25, 1999, which was produced in this litigation by Qualcomm and designated Confidential by Qualcomm.

27. Attached as Exhibit 25 is a true and correct copy of Q2017MDL1_00009586, a letter from Thomas Rouse to ATIS, dated July 1, 2008, which was produced in this litigation by Qualcomm and designated Confidential by Qualcomm.

28. Attached as Exhibit 26 is a true and correct copy of Q2017MDL1_00009580, a letter from Thomas Rouse to ATIS, dated July 1, 2008, which was produced in this litigation by Qualcomm and designated Confidential by Qualcomm.

29. Attached as Exhibit 27 is a true and correct copy of Q2017MDL1_00009582, a letter from Thomas Rouse to ATIS, dated July 1, 2008, which was produced in this litigation by Qualcomm and designated Confidential by Qualcomm.

30. Attached as Exhibit 28 is a true and correct copy of Q2017MDL1_00009584, a letter from Thomas Rouse to ATIS, dated July 1, 2008, which was produced in this litigation by Qualcomm and designated Confidential by Qualcomm.

31. Attached as Exhibit 29 is a true and correct copy of Q2017MDL2_00006366, a letter from Thomas Rouse to ATIS, with enclosures, dated July 23, 2012, which was produced in this litigation by Qualcomm and designated Confidential by Qualcomm.

32. Attached as Exhibit 30 is a true and correct copy of Q2017MDL1_00025969, the Guidelines to the Intellectual Property Rights Policy of the Telecommunications Industry Association, dated March 2005, which was produced in this litigation by Qualcomm.

33. Attached as Exhibit 31 is a true and correct copy of the 3GPP2 presentation titled Third Generation Partnership Project 2 (3GPP2): Partnership Project Description, dated September 1, 2002, available at http://www.3gpp2.org/Public_html/DefiningDocs/OP-20020830-007A_PPD.pdf.

34. Attached as Exhibit 32 is a true and correct copy of Q2017MDL1_0143111, TIA Advisory Note #11 re TIA Intellectual Property Rights Policy, dated May 18, 1993, which was produced in this litigation by Qualcomm and designated Highly Confidential—Attorneys' Eyes Only by Qualcomm.

35. Attached as Exhibit 33 is a true and correct copy of Q2017MDL1_00014883, a submission from Steven Altman to TIA, dated May 16, 1995, which was produced in this litigation by Qualcomm and designated Confidential by Qualcomm.

36. Attached as Exhibit 34 is a true and correct copy of Q2017MDL1_00014885, a submission from Steven Altman to TIA, dated May 16, 1995, which was produced in this litigation by Qualcomm and designated Confidential by Qualcomm.

37. Attached as Exhibit 35 is a true and correct copy of Q2017MDL1_00014887, a submission from Steven Altman to TIA, dated May 16, 1995, which was produced in this litigation by Qualcomm and designated Confidential by Qualcomm.

38. Attached as Exhibit 36 is a true and correct copy of Q2017MDL1_00014889, a submission from Steven Altman to TIA, dated May 16, 1995, which was produced in this litigation by Qualcomm and designated Confidential by Qualcomm.

39. Attached as Exhibit 37 is a true and correct copy of Q2017MDL1_00013628, a letter from Louis Lupin to TIA, dated September 17, 1998, which was produced in this litigation by Qualcomm and designated Confidential by Qualcomm.

40. Attached as Exhibit 38 is a true and correct copy of Q2017MDL1_00013626, a letter from Louis Lupin to TIA, dated July 10, 1998, which was produced in this litigation by Qualcomm and designated Confidential by Qualcomm.

41. Attached as Exhibit 39 is a true and correct copy of Q2017MDL1_01473574, the TIA Engineering Manual, Third Edition, dated July 1, 2002, which was produced in this litigation by Qualcomm and designated Confidential by Qualcomm.

42. Attached as Exhibit 40 is a true and correct copy of Q2017MDL1_00013644, a submission by Sean English to TIA, dated April 1, 2004, which was produced in this litigation by Qualcomm and designated Confidential by Qualcomm.

43. Attached as Exhibit 41 is a true and correct copy of Q2017MDL1_00013656, a submission by Sean English to TIA, dated April 1, 2004, which was produced in this litigation by Qualcomm and designated Confidential by Qualcomm.

44. Attached as Exhibit 42 is a true and correct copy of Q2017MDL1_00013659, a submission by Sean English to TIA, dated April 1, 2004, which was produced in this litigation by Qualcomm and designated Confidential by Qualcomm.

45. Attached as Exhibit 43 is a true and correct copy of Q2017MDL1_00013641, a submission by Sean English to TIA, dated April 1, 2004, which was produced in this litigation by Qualcomm and designated Confidential by Qualcomm.

46. Attached as Exhibit 44 is a true and correct copy of Q2017MDL1_00013647, a submission by Sean English to TIA, dated April 1, 2004, which was produced in this litigation by Qualcomm and designated Confidential by Qualcomm.

47. Attached as Exhibit 45 is a true and correct copy of Q2017MDL1_00013650, a submission by Sean English to TIA, dated April 1, 2004, which was produced in this litigation by Qualcomm and designated Confidential by Qualcomm.

48. Attached as Exhibit 46 is a true and correct copy of Q2017MDL1_00013653, a submission by Sean English to TIA, dated April 1, 2004, which was produced in this litigation by Qualcomm and designated Confidential by Qualcomm.

49. Attached as Exhibit 47 is a true and correct copy of QNDCAL01532503, the TIA Engineering Manual, dated March 2005, which was produced in this litigation by Qualcomm and designated Highly Confidential—Attorneys' Eyes Only by Qualcomm.

50. Attached as Exhibit 48 is a true and correct copy of Q2017MDL1_00013857, a submission by Karyn Vuong to TIA, dated May 13, 2008, which was produced in this litigation by Qualcomm and designated Confidential by Qualcomm.

51. Attached as Exhibit 49 is a true and correct copy of Q2017MDL1_00014193, a submission by Kayla Seignious to TIA, dated June 11, 2010, which was produced in this litigation by Qualcomm and designated Confidential by Qualcomm.

52. Attached as Exhibit 50 is a true and correct copy of Q2017MDL1_00014461, a submission by Gaye Ostrander to TIA, dated December 10, 2012, which was produced in this litigation by Qualcomm and designated Confidential by Qualcomm.

I declare under penalty of perjury under the laws of the United States of America that the

1  foregoing is true and correct.

2  Executed this 30th day of August, 2018, in Washington, DC.

        */s/ Jennifer Milici*
         JENNIFER MILICI