# EXHIBIT 1

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED



# TIA Intellectual Property Rights Policy
# (IPR Policy)

October 21, 2016
3rd Edition

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

Copyright ® 2016 by
Telecommunications Industry Association
1320 N Courthouse Road, Suite 200
Arlington, VA 22201 USA

+1-703-907-7700

www.tiaonline.org

All rights reserved.

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**Document History for Information**

(This content is provided for information and is not considered part of the procedures.)

This document compiles and replaces the content related to TIA's intellectual property rights from the 5th Edition of the TIA *Engineering Manual* and which was moved to the TIA *Procedures for American National Standards*.

This document is intended to replace Annex C of the TIA *Procedures for American National Standards* in its entirety and to serve as a standalone document.

This document was prepared by TIA's Intellectual Property Rights Policy Subcommittee, reviewed by representatives of TIA's Technical Committee, and approved by the Standards Intellectual Property Committee.

A companion document, TIA *Intellectual Property Rights Guidelines*, was also prepared and is available from TIA on the TIA website (www.tiaonline.org).

Modifications to the previously utilized content include the following:
- Modified numbering format throughout to be consistent with other TIA documents
- Modified "engineering committees" to "Engineering Committees" throughout to be consistent with other TIA procedures
- Used "Members and Participants" rather than "Members" throughout to be consistent with other TIA procedures
- Modified references to the "TIA Engineering Manual" to "TIA engineering procedures" throughout in recognition that there is no longer a TIA *Engineering Manual* – it has been replaced with the TIA *Procedures for American National Standards* (TIA PANS) and the TIA *Engineering Committee Operating Procedures* (TIA ECOP)
- Similarly, modified references to "the manual" to "the procedures" throughout
- Updated and synchronized definitions to be consistent with other TIA procedures
- Modified annex numbering throughout to be consistent with other TIA procedures
- Removed "footnote" marks in annexes that had no true footnotes, just text following the table, throughout
- Minor editorial changes in the forms to clarify "submitter" entries
- Corrected typographical error from "…with may include monetary compensation…" to "…which may include monetary compensation…" (see Section 3.1.1)
- Minor editorial changes to the disclosure policies with respect to Members, Participants and TIA (see Section 3.1.2)

3

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

- Removed narrative, hence unnecessary, content from the section on software (see Section 3.2)
- Clarified when and which sections apply to software (see Section 3.2)
- Corrected typographical errors and references in the annexes

Modifications in Oct 2015 Revision

- Revised language in Sections 3.1.1 and Annexes A and B to meet update to ANSI Essential Requirements

Modifications in October 2016 Revision

- Revised language in Annex C on software copyright patent holder statement to meet update to ANSI Essential Requirements

- Revised Annex A to include signature block

4

## Table of Contents

DOCUMENT HISTORY FOR INFORMATION ...................................................................................................... 3

TABLE OF CONTENTS .................................................................................................................................. 5

1    INTRODUCTION ............................................................................................................................... 6

2    DEFINITIONS .................................................................................................................................. 6

3    IPR POLICY ..................................................................................................................................... 8

   3.1   PATENTS ............................................................................................................................................. 8

      3.1.1   Reasonable and Non-Discriminatory (RAND) Commitment ....................................................... 8

      3.1.2   Disclosure ................................................................................................................................... 9

      3.1.3   Patents Discovered Subsequent to Publication of a Standard .................................................... 9

      3.1.4   No Discussion of Licensing Terms ............................................................................................. 10

   3.2   SOFTWARE ....................................................................................................................................... 10

   3.3   COPYRIGHTS ..................................................................................................................................... 11

4    PATENT HOLDER STATEMENT ........................................................................................................ 11

5    NOTICE ........................................................................................................................................ 12

ANNEX A       PATENT HOLDER STATEMENT – SPECIFIC ........................................................................ 13

ANNEX B       PATENT HOLDER STATEMENT - GENERAL ......................................................................... 16

ANNEX C       SOFTWARE COPYRIGHT HOLDER STATEMENT ................................................................... 20

ANNEX D       SOFTWARE EVALUATION LICENSE ................................................................................... 22

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# 1   INTRODUCTION

TIA standards are formulated by TIA Engineering Committees, consisting of employees of TIA member companies and other interested entities and persons, including staff of governmental agencies. These individuals devote considerable time and skill in the formulation and writing process. TIA staff oversees the process, enhances compliance with these rules and provides the required organizational experience and assistance. These Engineering Committees are guided in their efforts by TIA engineering procedures. These procedures previously included TIA's rules of a legal and policy nature concerning intellectual property which reflect TIA's commitment to fairness in the standards formulation process, and which now are reflected in this standalone document. These rules are rooted in respect for the intellectual property of all participants in the process, acknowledging the importance of innovation, rewarding the skill and creativity reflected in technical contributions to the process, while at the same time helping to ensure that intellectual property that is necessary to implement a TIA standard will be available to all implementers on a reasonable and non-discriminatory (RAND) basis. This balance encourages holders of intellectual property to contribute their technology to TIA's standardization efforts and enable competing implementations that benefit manufacturers and ultimately consumers.

This Intellectual Property Rights Policy (IPR Policy) describes the rules applicable when intellectual property is made available for inclusion in a TIA standard or other technical publication. The rules are intended to assure an orderly process for the creation and publication of standards reflecting a broad consensus of committee participants while benefiting industry and consumers.

# 2   DEFINITIONS

An understanding of the terms below will be helpful in following the text of this document.

**Contribution** - any expression in tangible form that is intended to or may be incorporated in whole or in part in any TIA publication or the work product of any TIA Formulating Group or any sub-element thereof

**Essential Patent** - only the claim(s) of a patent (whenever issued) which is (are) necessarily infringed by the practice of a Normative (mandatory, optional or alternate) portion of a TIA Standard

**Formulating Group** - Engineering Committee, Subcommittee, or Working Group that specifically has been delegated formulating authority to develop standards

6

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**Member** – companies or comparable bodies as follows

    (1) **Member** (when capitalized) - a company (or comparable body) in good standing with respect to membership in TIA

    (2) **Participant** (when capitalized) - a company (or comparable body) in good standing with respect to participation fees, but not a Member

**Normative (alternate) elements** - those elements of a Standard, any one or more of which may be complied with in order to claim conformity with the Standard

**Normative (mandatory) elements** - those elements of a Standard which always must be complied with in order to claim conformity with the Standard

**Normative (optional) elements** - those elements of a Standard which may be selected in order to claim conformity with the Standard and which, if selected, must be implemented as specified in the Standard

**Object Code** – instructions which can be directly run by a computer. Object code is not intended to be human-readable, and generally can be used only on a subset of computers or systems. For the purposes of this document Object Code includes, but is not limited to, dynamically linked libraries, object code libraries, and binary executable code. (Definition based on ITU TSB Director's Ad hoc Group on IPR Software Copyright Guidelines – Issue 2.1)

**Patent –** include granted patents and published pending patent applications

**Patent Holder** – a party having the legal ability to grant licenses with respect to patents under the conditions provided by the TIA IPR Policy

**Publication** - any TIA Standard and Technology Department document that is published by the department and available for sale or distribution to the general public. It does not include documents intended for distribution to only members of Formulating Groups.

**Software** - a program, or portion thereof, written in Source Code regardless of programming language or storage medium used

**Software Copyright Holder** – a party having the legal ability to grant licenses with respect to Software copyrights under the conditions provided by the TIA IPR Policy

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**Source Code** – the input to a compiler, interpreter, or assembler which can be processed to produce Object Code. Source Code is intended to be human-readable, and in principle can be converted to Object Code usable on any computer or system. (Definition based on ITU TSB Director's Ad hoc Group on IPR Software Copyright Guidelines – Issue 2.1)

**Standard** – a TIA document that establishes engineering and technical requirements for processes, procedures, practices and methods that have been adopted by consensus. Standards may also be established for selection, application and design criteria for material.

(1) **TIA Standards** – a Standard developed through the consensus process of a TIA Formulating Group that is not designated as an American National Standard

(2) **ANSI/TIA (ANS) Standards** – a Standard developed through the consensus process of a TIA Formulating Group that is designated as an American National Standard

# 3   IPR POLICY

## 3.1   PATENTS

### 3.1.1 Reasonable and Non-Discriminatory (RAND) Commitment

There is no objection in principle to drafting a Standard in terms that include the use of a patented invention, if it is considered that technical reasons justify this approach.

Notwithstanding, with respect to any Essential Patent(s) necessary for the practice of any or all Normative portions of the Standard, the Patent Holder shall indicate its willingness to make a licensing commitment by stating either:

(1) It does not hold the rights to license any Essential Patent(s) necessary for the practice of any or all of the Normative portions of the Standard;

or, either of

(2) (a) A license under any Essential Patent(s), the license rights which are held by the undersigned Patent Holder, will be made available to all applicants under terms and conditions that are reasonable and non-discriminatory, without monetary compensation, and only to the extent necessary for the practice of any or all of the Normative portions for the field of use of practice of the Standard; or

(2) (b) A license under any Essential Patent(s), the license rights which are held by the undersigned Patent Holder, will be made available to all applicants

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

under terms and conditions that are reasonable and non-discriminatory, which may include monetary compensation, and only to the extent necessary for the practice of any or all of the Normative portions for the field of use of practice of the Standard

In accordance with this Section, the Patent Holder shall submit a Patent Holder's Statement, ANNEX A or ANNEX B, affirming its willingness to grant licenses on RAND terms and conditions (either with or without monetary compensation) to applicants desiring to obtain such licenses for the purpose of practicing any or all Normative portions of this Standard for the field of use of practice of the Standard.

The willingness to grant RAND licenses is irrevocable and shall be binding upon the undersigned, upon submission of a Patent Holder Statement. In the event the rights to the Essential Patent(s) subject to such commitments are assigned or transferred, the Patent Holder Statement shall indicate that the Patent Holder (or third party authorized to make assurances on its behalf) will include in any documents transferring ownership of patents subject to the Patent Holder Statement, provisions sufficient to ensure that the commitments  are binding on the transferee, and that the transferee will similarly include appropriate provisions in the event of future transfers with the goal of binding each successor-in-interest. The Patent Holder Statement shall also indicate that it is intended to be binding on successors-in-interest regardless of whether such provisions are included in the relevant transfer documents.

### 3.1.2   Disclosure

TIA's Policy is to encourage, but not require, the voluntary disclosure (preferably early) of Essential Patent(s) and published pending patent application(s) that may be essential to the practice of a TIA Publication. Patent Holders shall use a Patent Holder Statement (ANNEX A or ANNEX B) to make its disclosure.

The disclosure  policy applies to Members and Participants  who participate  in the activities of a Formulating Group.  There  is no requirement, for a Member  or a Participant to perform  a patent  search or to review  its patent  portfolio  for Essential  Patents,  by assent  to this Policy.

TIA is not responsible for identifying patents or making any inquiry into the validity or scope of any patent.

### 3.1.3 Patents Discovered Subsequent to Publication of a Standard

The TIA IPR Policy applies with equal force to situations involving Essential Patent(s) whenever discovered, whether before, during, or subsequent to the publication of a Standard. Once disclosure is made, the Patent Holder will be requested to provide the

9

same Patent Holder Statement to TIA as is required in situations where Essential Patent(s) exist or are known prior to the approval of a proposed Standard.

Thus, if notice is given of an Essential Patent(s) that may be required for the practice of any or all of the Normative portions of a Standard, Patent Holders will be requested to provide the Patent Holder Statement set forth in paragraphs 1, 2(a) or 2(b) of ANNEX A or ANNEX B unless such Patent Holder Statement was previously given, or the Standard may be withdrawn by the TIA Technical Standards Subcommittee (TSSC).

### 3.1.4 No Discussion of Licensing Terms

Any discussion regarding terms and/or conditions of a license are not permitted in any TIA standards activity.

### 3.2   SOFTWARE

In general, TIA discourages Formulating Groups from including essential copyrighted software in a Standard in such a manner that the Standard cannot be practiced without infringing the copyright rights in the absence of a license. It should also be noted that if a different expression of the same ideas as are contained in the copyrighted software is possible so those wishing to do so may practice the Standard without infringing the copyright, then such copyright is not deemed essential and Section 3.2 does not apply. Where Software is protected by patents, Section 3.1 also applies.

The grant of copyright to TIA, with certain sublicensing rights, for the purpose of printing, distribution and other reproduction of Standards and other TIA publications, is covered under Section 3.3.

Object Code shall never be included in a TIA Standard as a Normative element. Object Code may be included for Informative purposes.

However, in the event that a Standard incorporates copyrighted Software as a Normative element, then the following shall apply:

(1) Software Copyright Holder shall submit, in addition to a submission cover sheet with required elements, and as part of its submission, a Software Copyright Statement in the form of ANNEX C "Software Copyright Holder Statement" attached hereto.

(2) If the Formulating Group so decides, a submission of Software will not be considered for inclusion in a Standard unless the Software Copyright Holder agrees to grant a license to all who apply for it for the purpose of evaluating the Software for inclusion in the proposed Standard, then such agreement shall be in the form of ANNEX D "Software Evaluation License" attached hereto.

10

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

(3) The Formulating Group shall use reasonable efforts to define responsibility for the maintenance of the Normative Software**.**

For the avoidance of any doubt, a Software Copyright Holder Statement does not grant any explicit or implied license under any patents.

## 3.3   COPYRIGHTS

The Members and Participants grant to TIA a worldwide, irrevocable, nonexclusive, nontransferable, royalty-free copyright license to reproduce, create derivative works, distribute, display, perform and use the Contribution(s) of the granting Member and Participants solely for the purposes of developing, publishing and distributing Standards and related materials with the right to (i) sublicense the foregoing rights consistent with TIA's policies and procedures and (ii) copyright and sell in TIA's name any TIA publication even though the TIA publication may contain the submission or a derivative work thereof.

TIA shall own the copyright in Standard (including drafts, ballots and final documents), subject to the underlying copyright rights of the contributing Members and Participants. Any publication of a Standard shall contain an appropriate copyright notice in the name of TIA. TIA may exercise any and all rights of copyright ownership in the Standard and will be authorized to license such rights, such as selling TIA publications that contain submission(s) in whole or in part, and to allow publication of excerpts from TIA publications, and encouraging other regional, national or international standards bodies to adopt TIA publications as their own. A license to use the copyrighted material contained in a TIA publication granted to another region, nation, or standards developer does not automatically convey rights to Essential Patents or copyrights required for conformance with the TIA publication.

No Engineering Committee may establish rules or policies which would have the effect of excluding submissions based on a copyright policy which is more restrictive than that stated within this section.

Joint standards may be copyrighted by all pertinent standards developers involved and as determined by agreement among them.

## 4   PATENT HOLDER STATEMENT

Prior to approval of each such proposed Standard, TIA shall receive an effective Patent Holder Statement in the form of ANNEX A or ANNEX B from any party identified in any manner as a Patent Holder and retain such Statement in the files of TIA. The statement must be in the words of the TIA-approved form entitled "Patent Holder Statement-Specific", attached hereto as ANNEX A   or "Patent Holder Statement – General"

11

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

attached hereto as ANNEX B, with one of the paragraphs 1, 2a, or 2b checked. Where a party identified as a Patent Holder refuses to furnish such a statement, the standard should be referred back to the Formulating Group for further consideration.

In addition, "Patent Holder Statement-General", attached hereto as ANNEX B can be used for multipart Standards or other specific groupings of Reference Documents.

All forms of ANNEX A and ANNEX B are also located on the TIA website (www.tiaonline.org) and such forms shall be used to submit Patent Holder Statements whether electronic or written.

TIA will forward copies of all Patent Holder statements related to a particular proposed Standard to ANSI when the document in process is related to the development of an American National Standard.

If a Patent Holder Statement received is deemed not to be in accordance with the IPR Policy by the TIA Standards Department, TIA will return the statement to the submitter with an explanation of reasons for rejection and deem the statement ineffectual. Such Patent Holder Statements should be re-submitted with appropriate modifications. TIA will also advise the Engineering Committee or sub-element Chair of any patent(s) or published pending patent application(s) identified therein, and that the statement was deemed ineffectual.

## 5   NOTICE

When TIA receives a Patent Holder Statement with either Paragraphs (2a) or (2b) of ANNEX A or ANNEX B marked, the Standard shall include a note as follows:

> NOTE: The user's attention is called to the possibility that compliance with this document may require use of one or more inventions covered by patent rights. By publication of this Standard, no position is taken with respect to the validity or scope of any claims of such rights or of any patent rights in connection with this Standard. The Patent Holder(s) so far identified to TIA have, however, filed statements of willingness to grant licenses under those rights on reasonable and nondiscriminatory terms and conditions (either with or without monetary compensation) to applicants desiring to obtain such licenses for the purpose of practicing any or all Normative portions of this Standard for the field of use of practice of the Standard. Details regarding the filed statements may be obtained from the TIA.

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**ANNEX A    Patent Holder Statement – Specific**

This Patent Holder Statement is located on the TIA website (www.tiaonline.org) and such forms shall be used to submit Patent Holder Statements whether electronic or written. One form per Reference Document should be submitted; however, the Patent Holder Statement-General (ANNEX B ) can be used for multipart Standards or other specific groupings of Reference Documents. If you do not know the Reference Document Number, please contact TIA Standards Department via e-mail at standards@tiaonline.org.

For definitions of terms used in this statement, please refer to Section 2 of the TIA *Intellectual Property Rights Policy* located on the TIA website (www.tiaonline.org).

| | |
|---|---|
| Date Statement Completed: | |
| Reference Document Number: (refer to Project Number, Standards Proposal Number, or reserved or actual document number) | |
| Reference Document Title: (optional) | |
| Patent Holder Name: | |
| Patent Holder Address: | |
| | |
| | |
| Patent Holder Web Site: (optional) | |
| Name of IPR Contact Person: | |
| Title of IPR Contact Person: | |
| Submitter Name: | |
| Submitter Mailing Address (if different than listed above for Patent Holder): | |
| Submitter Telephone: | |
| Submitter Fax: | |
| Submitter Email: | |

On behalf of the above Patent Holder, and being authorized by the Patent Holder to make such statements, the following is indicated: With respect to any Essential Patent(s) necessary for the practice of any or all Normative portions of the above Reference Document as it exists on the date of submittal of this form, should such Reference Document be approved as a Standard:
(mark those Paragraphs below with an "X" that are applicable)
(1)      The undersigned Patent Holder states:

13

___ It does not hold the rights to license any Essential Patent(s) necessary for the practice of any or all of the Normative portions of the above Reference Document.

(2)   The undersigned Patent Holder states one of the following:

___ a) A license under any Essential Patent(s), the license rights to which are held by the undersigned Patent Holder, will be made available to all applicants under terms and conditions that are reasonable and non-discriminatory, without monetary compensation, and only to the extent necessary for the practice of any or all of the Normative portions of the above Reference Document for the field of use of practice of the Standard;

OR

___ b) A license under any Essential Patent(s), the license rights to which are held by the undersigned Patent Holder, will be made available to all applicants under terms and conditions that are reasonable and non-discriminatory, which may include monetary compensation, and only to the extent necessary for the practice of any or all of the Normative portions of the above Reference Document for the field of use of practice of the Standard.

Either Paragraph (2a) or (2b), whichever is selected above, ***may be modified*** below by marking one or both of the following:

___ The commitment to license above selected will be made available only on a reciprocal basis. The term "reciprocal" means that the licensee is willing to license the licensor in compliance with either Paragraph (2a) or (2b) above as respects the practice of the above Reference Document.

___ The undersigned Patent Holder hereby limits its commitment to license under either Paragraph (2a) or (2b) above to the Essential Patent(s) identified by issuance and filing dates and numbers on Exhibit "A" attached hereto, and represents that Exhibit "A" contains all the undersigned's known licensable Essential Patent(s) rights, as of the date stated below, only to the extent necessary for the practice of any or all of the Normative portions of the above Reference Document. The undersigned Patent Holder undertakes to advise TIA of any licensable Essential Patent(s) rights of the undersigned which become known to the undersigned after this date and to notify TIA whether a license will be made available with respect thereto in accordance with the TIA IPR Policy. Nothing in this statement requires the undersigned Patent Holder to make a patent search.

The statements contained in Paragraphs (2a) or (2b), if marked, along with any modifications selected above are irrevocable and shall be binding upon the

14

undersigned. In the event the rights of the undersigned in and to the Essential Patent(s) subject to such commitments are assigned or transferred, the undersigned will include in any documents transferring ownership of patents subject to this Form, provisions sufficient to ensure that the commitments in this Form are binding on the transferee, and that the transferee will similarly include appropriate provisions in the event of future transfers with the goal of binding each successor-in-interest. This Patent Holder Statement is binding on successors-in-interest regardless of whether such provisions are included in the relevant transfer documents.

Agreed on behalf of the above Patent Holder:

_____          _____
(Signature)                                (Title)


_____          _____
(Name printed)                             (Date)

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**ANNEX B     Patent Holder Statement - General**

Scope means the TIA subject matter considered applicable to this Patent Holder Statement - General. There are three categories of scopes, each being successively broader, of which one can be designated in this Patent Holder Statement-General. The narrowest scope is limited to a Reference Document, which can include all subparts of a multipart document or can be further limited to a specific subpart(s). In lieu of submittal of Patent Holder Statement-Specific for each subpart of a multipart Standard, such as TIA/EIA-136 or IS-2000 which has several subparts, it is acceptable to submit one statement provided that one selects Category A, provides the Reference Document Number, selects Multipart, and indicates ALL PARTS INCLUSIVE.

TIA's policy requires the submittal of a new Patent Holder Statement for each revision of a Standard. The scope of Category A can also be used to encompass all revisions of a document including subsequently published revisions. It is acceptable to submit one Patent Holder Statement-General for all subsequent revisions of a Standard provided that one selects Category A, provides the Reference Document Number, indicates Revision Designation, and indicates THIS REVISION & ALL SUBSEQUENT REVISIONS.

In the scope of Category A, it is acceptable for the submitter to mark both Multipart and Revision Number Designations. Please note that if you mark only multipart as an option, this option does not include future revisions of the document. If you mark revision designation as an option, and select "THIS REVISION & ALL SUBSEQUENT REVISIONS", then this is a designation for all subsequent revisions of the designated document, unless the Patent Holder modifies this Statement at a later date.

The next category of scope, Category B, is limited to an identified TIA Formulating Group, which can be designated by the numeric designation.

The broadest category of scope, Category C, is limited to the TIA in general, with specific designations to either (a) all TIA Formulating Groups in which the Patent Holder participates; or (b) any TIA Standard.

To the extent that varying degrees of scope are selected that result in a conflict (e.g., Category B and C marked) then the intent of the Patent Holder making the General Statement shall be construed to apply to the lesser, or more limited, scope category (i.e., Category B).

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

| Scope of Patent Holder Statement- General: (mark one category only): | **SCOPE CATEGORY A** ☐ Reference Document<br>Reference Document Number: _____<br>(can mark one or both of the following designations)<br>☐ Multipart Designation<br>    a) ☐ ALL PARTS INCLUSIVE (including subparts, addendum);<br>    OR<br>    b) ☐ Specific subpart(s);<br>    Subpart designation(s) (*e.g.* .1, .2, .3)_____<br>☐ Revision Designation<br>    a) ☐ THIS REVISION & *ALL SUBSEQUENT REVISIONS*:<br>    OR<br>    b) ☐ Specific revision (s);<br>    Revision designation(s) (*e.g.* A, B, C)_____ |
| | **SCOPE CATEGORY B** ☐ All Patent Holder Contributions to Designated TIA Formulating Group, as specified below:<br><br>Formulating Group Designation Number<br><br>(*e.g.* TR-45.2): _____ |
| | **SCOPE CATEGORY C** ☐ The TIA generally, as specified below: (check one only)<br><br>    ☐ All TIA Formulating Groups in which Patent Holder participates; *OR*<br><br>    ☐ Any TIA standard |

This Patent Holder Statement is located on TIA's website (www.tiaonline.org) and such form shall be used to submit Patent Holder Statements whether electronic or written. One form per Reference Document should be submitted, however, the Patent Holder Statement-General can be used for multipart Standards or other specific groupings of Reference Documents. If you do not know the Reference Document Number, please contact TIA Standards Department at standards@tiaonlone.org.

For definitions of terms used in this statement, please refer to Section 2 of the TIA *Intellectual Property Rights Policy* located on the TIA website (www.tiaonline.org).

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

| Date Statement Completed: | |
| Patent Holder Name: | |
| Patent Holder Mailing Address: | |
| | |
| | |
| Patent Holder Web Site: (optional) | |
| Name of IPR Contact Person: | |
| Title of IPR Contact Person: | |
| Submitter Name: | |
| Submitter Mailing Address (if different than listed above for Patent Holder): | |
| Submitter Telephone: | |
| Submitter Fax: | |
| Submitter Email: | |

On behalf of the above Patent Holder, and being authorized by the Patent Holder to make such representations, the following is indicated:

With respect to any Essential Patent(s) relevant to the Standards which fall within the above indicated Scope: (mark those Paragraphs below with an "X" that are applicable)

(1)     The undersigned Patent Holder states:

____     It does not hold the rights to license any Essential Patent(s) necessary for the practice of any or all of the Normative portions of any Standards which fall within the above indicated Scope.

(2)     The undersigned Patent Holder states one of the following:

____     a) A license under any Essential Patent(s), the license rights to which are held by the undersigned Patent Holder, will be made available to all applicants under terms and conditions that are reasonable and non-discriminatory, without monetary compensation, and only to the extent necessary for the practice of any or all of the Normative portions of Standard(s) falling within the above indicated Scope for the field of use of the practice of said Standard(s);

OR

____     b) A license under any Essential Patent(s), the license rights to which are held by the undersigned Patent Holder, will be made available to all applicants under terms and conditions that are reasonable and non-discriminatory, which may include monetary compensation, and only to the extent necessary for the practice of any or all of the Normative portions Standard(s) falling within the above indicated Scope for the field of use of the practice of said Standard(s);

18

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

Either Paragraph (2a) or (2b), whichever is selected above, *may be modified* below by marking the following:

    ___    The commitment to license above selected will be made available only on a reciprocal basis. The term "reciprocal" means that the licensee is willing to license the licensor in compliance with either Paragraph (2a) or (2b) above as respects the practice of the Standard covered by the requested license.

The statements contained in Paragraphs (2a) or (2b), along with the modification, if selected above, are irrevocable as to all Reference Documents in existence prior to balloting and shall be binding upon the undersigned. In the event the rights of the undersigned in and to the Essential Patent(s) subject to such commitments are assigned or transferred, the undersigned will include in any documents transferring ownership of patents subject to this Form, provisions sufficient to ensure that the commitments in this Form are binding on the transferee, and that the transferee will similarly include appropriate provisions in the event of future transfers with the goal of binding each successor-in-interest. This Patent Holder Statement is binding on successors-in-interest regardless of whether such provisions are included in the relevant transfer documents.

Notwithstanding the forgoing, the statements contained in Paragraphs (2a) or (2b), along with the modification, if selected above, may be amended or terminated upon notice in writing delivered to TIA as to any or all Reference Documents that have not yet been balloted.

If none of the above Paragraphs are marked, the undersigned Patent Holder states that it declines to make any commitments to license on the terms set forth in Paragraphs (1), (2a) or (2b) above.

Agreed on behalf of the above Patent Holder:

_____    _____
(Signature)                                  (Title)

_____    _____
(Name printed)                               (Date)

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**ANNEX C    Software Copyright Holder Statement**

This Software Copyright Holder Statement is located on TIA's website (www.tiaonline.org) and such form shall be used to submit Software Copyright Holder Statements whether electronic or written. One form per Reference Document should be submitted. If you do not know the Reference Document Number, please contact TIA Standards Department via e-mail at standards@tiaonline.org.

For definitions of terms used in this statement, please refer to Section 2 of the TIA *Intellectual Property Rights Policy* located on the TIA website (www.tiaonline.org).

| | |
|---|---|
| Date Statement Completed: | |
| Reference Document Number: (refer to Project Number, Standards Proposal Number, or reserved or actual document number) | |
| Reference Document Title: (optional) | |
| Software Copyright Holder Name: | |
| Software Copyright Holder Mailing Address: | |
| | |
| Software Copyright Holder Web Site: (optional) | |
| Name of IPR Contact Person: | |
| Title of IPR Contact Person: | |
| Submitter Name: | |
| Submitter Mailing Address (if different than listed above for Software Copyright Holder): | |
| Software Name or Identification and Version (the "Software"): | |
| Submitter Telephone: | |
| Submitter Fax: | |
| Submitter Email: | |

On behalf of the above Software Copyright Holder, and being authorized by the Software Copyright Holder to make such statements, the following is indicated:

With respect to the Software as it exists on the date of submittal of this form, should such Reference Document be approved as a Standard:

(mark those Paragraphs below that are applicable)

(1)    The undersigned Software Copyright Holder states:

___    The undersigned waives its copyright in the Software to the extent necessary to practice any or all of the Normative Portions of the above Reference Document for the field of use of practice of the Standard.

20

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

(2)     The undersigned Software Copyright Holder states one of the following:
       \_\_\_     a) A license to reproduce, use and distribute the Software, will be made available to all applicants under terms and conditions that are reasonable and non-discriminatory, without monetary compensation, and only to the extent necessary for the practice of any or all of the Normative portions of the above Reference Document for the field of use of practice of the Standard;

OR

       \_\_\_     b) A license to reproduce, use and distribute the Software, will be made available to all applicants under terms and conditions that are reasonable and non-discriminatory, which may include monetary compensation, and only to the extent necessary for the practice of any or all of the Normative portions of the above Reference Document for the field of use of practice of the Standard.

Either Paragraph (2a) or (2b), whichever is selected above, *may be modified* below by marking one or both of the following:

       \_\_\_     The commitment to license above selected will be made available only on a reciprocal basis. The term "reciprocal" means that the licensee is willing to license the licensor in compliance with either Paragraph (2a) or (2b) above as respects the practice of the above Reference Document.
       \_\_\_     The license made available by the undersigned will include the right to modify the Software, provided the licensee is willing to make available to the licensor a license to reproduce, use and distribute any modifications to the Software, in both cases and only to the extent necessary for the practice of any or all of the Normative portions of the above Reference Document for the field of use of practice of the Standard.

The statements contained in Paragraphs (2a) or (2b), if marked, along with any modifications selected above are irrevocable and shall be binding upon the undersigned will include in any documents transferring ownership of software copyright subject to this Form, provisions sufficient to ensure that the commitments in this Form are binding on the transferee, and that the transferee will similarly include appropriate provisions in the event of future transfers with the goal of binding each successor-in-interest. This Software Copyright Holder Statement is binding on successors-in-interest regardless of whether such provisions are included in the relevant transfer documents.

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

Agreed on behalf of the above Software Copyright Holder:

_____          _____
(Signature)                                  (Title)

_____          _____
(Name printed)                               (Date)

22

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**ANNEX D      Software Evaluation License**

The undersigned ("Licensor") hereby grants to the persons and/or companies listed on Exhibit A attached hereto ("Licensee"), a non-exclusive, compensation-free, limited license to evaluate the Software identified on Exhibit B attached hereto ("SOFTWARE") upon the terms and conditions contained in this license, as follows:

(1) The Licensee may use the SOFTWARE for the sole purpose of evaluating a draft or proposed standard being considered by a Formulating Group of the Telecommunications Industry Association (TIA) and identified as Reference Document: [insert Reference Document Number].

(2) The SOFTWARE shall be held in confidence by the Licensee. Licensee shall not rent, lease, sell, sublicense, assign or otherwise disclose, transfer or dispose of the SOFTWARE to any third party, nor shall the SOFTWARE be distributed, published, copied, utilized, reproduced, or modified in any manner or in any medium; however, the Licensee shall be permitted to perform such acts as are necessary for the sole purpose of evaluation as herein provided.

(3) THIS LICENSE IS GRANTED "AS IS" AND WITHOUT ANY WARRANTY WHATSOEVER. THE LICENSOR MAKES NO REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED INCLUDING, BUT NOT BY WAY OF LIMITATION, ANY WARRANTIES OR REPRESENTATIONS OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. IN ADDITION, WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, THE LICENSOR MAKES NO REPRESENTATION THAT THE SOFTWARE WILL NOT INFRINGE ANY PATENT, COPYRIGHT, OR OTHER INTELLECTUAL PROPERTY RIGHT OF ANY THIRD PARTY.

(4) The Licensee does hereby waive and release any claim by or reason of any matter whatsoever on account of, or arising from, or relating to the use of the SOFTWARE or any information furnished by the Licensor in connection therewith or with respect thereto.

(5) Licensor shall not be liable for any incidental, indirect, special, exemplary or consequential loss or damages of any nature arising out of or in any way related to the use of the SOFTWARE.

(6) No intellectual property rights to the SOFTWARE are transferred by virtue of this instrument.

(7) The Licensee shall not release the results of any evaluation of the SOFTWARE to any third party without the prior written approval of the Licensor; provided, however, that the Licensee may disclose the results of such evaluation to the TIA Formulating Group for the purpose of evaluation of the SOFTWARE.

23

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

ACCEPTED AND AGREED TO:

_____          _____
(Signature)                                (Signature)

_____          _____
(Name printed)                             (Name printed)

_____          _____
(Title of Licensor)                        (Title of Licensee)

_____          _____
(Date)                                     (Date)

24

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 2

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED



# Operating Procedures for
# ATIS Forums and Committees

iv

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM

Q2014FTC00048011
Q2017MDL1_00024028

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# TABLE OF CONTENTS

1    ORGANIZATIONAL STRUCTURE ------------------------------------------------------------------------------ 1

2    PARTICIPATION ---------------------------------------------------------------------------------------------------- 1

3    LEADERSHIP -------------------------------------------------------------------------------------------------------- 2

4    ELECTION OF LEADERSHIP -------------------------------------------------------------------------------------- 3

5    ISSUE PROCESS ---------------------------------------------------------------------------------------------------- 4

6    ATIS DELIVERABLES --------------------------------------------------------------------------------------------- 6

7    RESOLUTION PROCESS ------------------------------------------------------------------------------------------- 6

8    MEETINGS ----------------------------------------------------------------------------------------------------------- 7

9    MEETING NOTES --------------------------------------------------------------------------------------------------- 7

10   INTELLECTUAL PROPERTY RIGHTS POLICY --------------------------------------------------------------- 8

11   COMMUNICATIONS --------------------------------------------------------------------------------------------- 11

12   LIAISONS ---------------------------------------------------------------------------------------------------------- 11

13   APPEALS PROCESS ---------------------------------------------------------------------------------------------- 11

14   PARTNERSHIP SPECIFICATIONS --------------------------------------------------------------------------- 13

15   INTERACTION WITH ITU --------------------------------------------------------------------------------------- 13

16   REVISIONS TO THE OPERATING PROCEDURES ----------------------------------------------------------- 13

APPENDIX A – ATIS PROCEDURES FOR THE DEVELOPMENT OF AN AMERICAN NATIONAL STANDARD ---------------------- A-1

A.1    INTRODUCTION --------------------------------------------------------------------------------------------------- A-1

A.2    ORGANIZATION ---------------------------------------------------------------------------------------------------- A-1

A.3    MEETINGS ----------------------------------------------------------------------------------------------------------- A-2

A.4    NOTIFICATION OF STANDARDS DEVELOPMENT --------------------------------------------------------- A-2

A.5    DISCONTINUANCE OF A STANDARDS PROJECT ----------------------------------------------------------- A-2

A.6    SUBSTANTIVE CHANGE ------------------------------------------------------------------------------------------ A-2

A.7    VOTING PROCEDURES FOR LETTER BALLOTS -------------------------------------------------------------- A-3

A.8    INTERPRETATIONS ----------------------------------------------------------------------------------------------- A-4

A.9    METRIC POLICY --------------------------------------------------------------------------------------------------- A-5

A.10   PUBLIC REVIEW AND COMMENT ----------------------------------------------------------------------------- A-5

A.11   PATENT POLICY --------------------------------------------------------------------------------------------------- A-5

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM

Q2014FTC00048012
Q2017MDL1_00024029

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

A.12   Commercial Terms and Conditions Policy -------------------------------------------------------------- A-5

A.13   Maintenance of American National Standards ------------------------------------------------------- A-5

A.14   Appeals -------------------------------------------------------------------------------------------------------------- A-6

Appendix B – Forums------------------------------------------------------------------------------------------------ B-1

Appendix C – ATIS Forum Letter Ballot Requirements --------------------------------------------- C-1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM                    Q2014FTC00048013
                                                                    Q2017MDL1_00024030
REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

### OPERATING PROCEDURES FOR ATIS FORUMS

The purpose of this document is to describe the Operating Procedures that apply to the ATIS Forums and Committees. For the purposes of these Operating Procedures, the term "Forum" shall be used to describe the Committees and Forums listed in **Appendix B**, as well as any new Forums and Committees that may be established by the ATIS Board of Directors. These Operating Procedures have been developed to assist leadership, participants, and administrators with understanding the processes of the ATIS Forums. If a Forum determines that it is appropriate to develop an American National Standard ("ANS"), the "ATIS Procedures for the Development of an American National Standard" (**Appendix A** to these Operating Procedures) shall apply for that work activity.

### 1   ORGANIZATIONAL STRUCTURE

In general, the standards work of ATIS is accomplished in various Functional Groups of Forums. ATIS Forums are established by the ATIS Board of Directors and are defined in the ATIS Bylaws. Forums may form Subgroups (Subtending Committees or Subcommittees) as needed, based on work programs. Task Forces are created by a Forum to accomplish a definite, short-term objective.

The ATIS Forum mission statements are provided in **Appendix B** to these Operating Procedures.

### 2   PARTICIPATION

Participation in the ATIS Forums, or any Subtending Committees or Subcommittees formed thereunder, is open to Full and Affiliate ATIS Member Companies (referred to collectively as "ATIS Member Companies"), or any company that elects to opt-out of ATIS membership and pays a non-member participation fee (referred to collectively as "Opt-Out Participants"). ATIS membership qualifications and fees, as well as the opt-out option and fees, are described on the ATIS website at http://www.atis.org. Additional fees may be assessed to cover Forum meeting costs.

### 2.1   Forum Members

A Forum Member is an ATIS Member Company, or an Opt-Out Participant, that has elected to participate in an ATIS Forum and is in compliance with ATIS funding requirements. A Forum Member may choose to participate in a Forum as either a "Voting Member" or as an "Observer". ATIS shall prepare and maintain a membership roster documenting the classification of each Forum member.

#### 2.1.1   Forum Voting Members

A Voting Member is a Forum Member that chooses to participate in the Forum and shall have the right to:

➢ Contribute to and take part in the activities of the Forum;

➢ Participate in the consensus process; and

➢ Cast ballots or otherwise vote during any Forum voting process.

A Voting Member of a Forum that is also a Full ATIS Member Company may also serve in leadership positions of the Forum or its Subtending Committees or Subcommittees.

If a Voting Member does not comply with the Letter Ballot Requirements described in **Appendix C** to these Operating Procedures, the Forum Member shall be reclassified as an Observer.

A Voting Member may choose to participate as an Observer at any time by providing notice in writing to the appropriate ATIS staff.

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM                    Q2014FTC00048014
Q2017MDL1_00024031

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

### 2.1.2    Forum Observers

An Observer is a Forum Member that chooses to participate in the Forum and shall have the right to contribute to and take part in the activities of the Forum, and:

> ➢ shall have the opportunity to express their views and to influence the opinions of Voting Members; however, the opinions of Observers are not considered by the leadership in determining whether consensus has been achieved;

> ➢ shall not cast ballots or otherwise vote during any Forum voting process; and

> ➢ shall not serve in leadership positions of a Forum or its Subtending Committees or Subcommittees.

An Observer may choose to participate as a Voting Member of that Forum by providing notice in writing to the appropriate ATIS staff.  The Observer shall be entitled to participate as a Voting Member seven calendar days after receipt of this written notice if it is in compliance with ATIS funding requirements.

A Forum Voting Member that has been reclassified as an Observer due to its failure to meet the Letter Ballot Requirements in **Appendix C** may be reinstated as a Voting Member of that Forum by providing notice in writing to the appropriate ATIS staff.  A Forum Member that has been reclassified as an Observer due to its failure to meet the Letter Ballot Requirements shall be entitled to participate as a Voting Member 21 calendar days after receipt of this written notice.

## 3    LEADERSHIP[†]

### 3.1    ATIS Forum

The Chair and Vice Chair preside over each ATIS Forum and have, at a minimum, the responsibility to ensure that these Operating Procedures are followed and that meetings are conducted in a fair and efficient manner.  The Chair and Vice Chair should remain neutral in all discussions and should not influence the disposition of Issues and events based on his/her leadership position.  A Forum may agree by consensus to select two Co-Chairs rather than a Chair and Vice Chair where work area, responsibilities, and available resources require a split of the leadership authority.

#### 3.1.1    Terms and Limitations

The Chair and Vice Chair (or Co-chairs) shall be elected by the Forum, in accordance with Section 4 of these Operating Procedures to serve a two-year term, with a limit of two consecutive terms.  Candidates shall come from the Voting Members of the Forum and should have previous Forum and industry experience.  Affiliate ATIS Member Company representatives and Opt-Out Participants shall not serve as leaders of Forums.

### 3.2    Subtending Committee or Subcommittee

A Forum may form a Subtending Committee or Subcommittee as needed based on work programs.  A decision to form a Subtending Committee or Subcommittee shall be made based on the consensus of the Forum Voting Members.  Co-Chairs preside over each meeting of a Subtending Committee or Subcommittee and have, at a minimum, the responsibility to ensure that these Operating Procedures are followed and that meetings are conducted in a fair and efficient manner.  The Co-Chairs should remain neutral in all discussions and should not influence the disposition of Issues and events based on his/her

---

[†] For information about the elections of leadership to the Emergency Services Interconnection Forum, please see the ESIF Procedural Agreements Reached document.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM

Q2014FTC00048015
Q2017MDL1_00024032

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

leadership position.  A Subtending Committee or Subcommittee may agree by consensus to select a Chair and Vice Chair rather than Co-Chairs where work area, responsibilities, and available resources required.

### 3.2.1   Terms and Limitations

The Co-Chairs (or Chair and Vice Chair) shall be elected by the Forum, unless delegated by the Forum to the Subtending Committee or Subcommittee, in accordance with Section 4 of these Operating Procedures to serve two years in their position, with a two consecutive term limitation. Candidates shall come from the Voting Members of the Forum and should have previous Subtending Committee or Subcommittee and industry experience.  Affiliate ATIS Member Company representatives and Opt-Out Participants shall not serve as leaders of Subtending Committees or Subcommittees.

## 3.3   Task Force

The leadership of a Task Force may be elected in accordance with Section 4 of these Operating Procedures, or appointed by the formulating Forum.

### 3.3.1   Terms and Limitations

The term of the Task Force leadership is for the life of the group or one year, whichever is shorter.  Candidates shall come from the Voting Members of the Forum.

## 3.4   Exception to Leadership Term Limits

If, after the announcement of an election and the solicitation of nominations pursuant to Sections 4.1 and 4.2 of these Operating Procedures, there are no candidates for a Co-Chair (or Chair or Vice Chair) position in an ATIS Forum, Subtending Committee, or Subcommittee, the existing leader(s) may continue to serve as the "acting" leader(s) for up to one year.  During this one year period, an election will be held if a nomination for this leadership position is received.  If no nominations are received during this year, the "acting" leader may be nominated to serve as leader and shall be eligible to serve up to two consecutive terms as described above in Sections 3.1.1 and 3.2.1.

## 4   ELECTION OF LEADERSHIP

Forum, Subtending Committee, Subcommittee, and Task Force (where not appointed) leadership elections will follow the general guidelines below:

## 4.1   Announcement/Notification of Election of Leadership Position(s)

All leadership elections should be announced at the meeting prior to the election, and shall be announced at least 30 calendar days in advance of the election.  The election announcement shall be distributed by email exploder to the relevant electing body.

## 4.2   Nominations

Nominations for individuals to serve as leaders shall be solicited from the appropriate electing body following an election announcement.  Nominations shall also be sought from the floor at the time of the election.

## 4.3   Elections

The leadership of a Forum and its Subtending Committees or Subcommittees and Task Forces (those for which leadership is not appointed) is elected by a simple majority of Forum Voting Members, with each Voting Member having one vote. For elections held during meetings, the election is by a simple majority of those present at the time of election. For elections held via electronic balloting, the election is by a simple majority of those casting votes.  If there is one candidate, the election shall be by acclamation. For purposes of determining the simple majority, abstentions or invalid ballots are not counted.  If there are multiple candidates and no one candidate receives a simple majority on the first ballot, a second ballot is held between the top two vote-receiving candidates.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM                    Q2014FTC00048016
                                                                Q2017MDL1_00024033
REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

Elections may be held via electronic mail or other forms of electronic balloting.  In order for a valid election to have occurred via electronic means, at least one half of the Voting Members shall vote in the election. A minimum of 14 calendar days must be allowed for a Voting Member to vote via electronic means.

## 5      ISSUE PROCESS

An Issue is the means by which work is progressed in the ATIS Forums, and any Subtending Committee, Subcommittee, or Task Force.  An Issue may be thought of as similar to a project proposal, where the problem/Issue and proposed resolution (if provided) are defined, and a suggested timeline for completing the Issue resolution is developed.  Work corresponding to Issue resolution is tracked via the Issue process defined below.

### 5.1      Submitting an Issue

An ATIS Issue Identification Form shall be completed in order for a new Issue to be introduced into an ATIS Forum.  The ATIS Issue Identification Form is available from the ATIS website at http://www.atis.org/legal/op.asp.  An Issue Champion, who shall be responsible for advocating that the Forum accept the Issue, is required and is typically a Forum Member, but may be an ATIS Member Company representative.  An Issue that requires expedited handling should be brought to the attention of the leadership when presented to the Forum.

### 5.2      Acceptance of Issue

Once an Issue is submitted, the appropriate Forum shall determine whether to accept the Issue based on the following criteria:

> ➢ The Issue is clearly defined via the ATIS Issue Identification Form;
>
> ➢ The Issue is within the scope of the Forum; and
>
> ➢ There is no existing solution or the existing solution can be enhanced to gain efficiencies, i.e., operational, functionality, etc.

### 5.3      Working an Issue

Once a Forum accepts an Issue, work may begin on resolving the Issue.  Forums are encouraged to prioritize work to ensure efficient and timely completion of industry priorities.  If an Issue is identified as potentially resulting in the creation, revision, or any other action regarding an American National Standard, the Forum shall follow the procedures provided for in **Appendix A** for that specific Issue.

An ATIS Forum may delegate to its Subtending Committees or Subcommittees the responsibility to accept, work, and close Issues.

Once an Issue is accepted, the Issue is automatically placed into Active Status and addressed by the industry in an effort to reach a final resolution.  The status of an Issue is indicated by one of the following categories:

#### 5.3.1   Active

The status of an Issue that has been accepted and is currently being addressed pursuant to the processes defined in Section 5.3 or in **Appendix A**.

#### 5.3.2   Letter Ballot

The status of an Issue that has been developed in accordance with **Appendix A**, and has been approved to be processed via section A.7.1 Letter Ballots.  Issues processed via **Appendix A** can proceed directly to Final Closure after the approval of the ballot and do not require categorization as defined in Section 5.3.3 and 5.3.4.

4

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM

Q2014FTC00048017
Q2017MDL1_00024034

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

### 5.3.3    Initial Closure

The status of an Issue that has reached a consensus resolution.  The purpose of Initial Closure is to provide the industry an opportunity to review the resolution prior to the Issue being placed into Final Closure.

Issues in Initial Closure can be removed from the Initial Closure status and placed back into Active status when the Forum that accepted the Issue decides the proposed resolution needs additional work.

### 5.3.4    Initial Pending

The status of an Issue that:

> ➢ has been previously in Active Status for which sufficient information is not available to progress to Initial Closure; or

> ➢ has been previously in Initial Closure for which new and substantive information that may directly impact the resolution of the Issue is brought to the attention of the Forum.

In the above situations, the Forum that accepted the Issue shall subsequently determine, via consensus, if the Issue should:  (1) be revisited, in which case it would be placed in the Active status or (2) go to Final Closure if no further work is required, the Issue's Initial Closure resolution is posted on the ATIS website, and 21 calendar days have passed since the notification of the posting was distributed via the email exploder list.

Corrections to spelling, punctuation, or grammar would not require an Issue to be placed into the Initial Pending category.

### 5.3.5    Final Closure

The status of an Issue that has been resolved.

Issues in Initial Closure automatically will be placed into Final Closure provided:

> ➢ the Issue's Initial Closure resolution is posted on the ATIS website and 21 calendar days have passed since notification of Initial Closure was distributed via the email exploder list; and

> ➢ No new information has surfaced that would require the Issue to be placed into the Active or Initial Pending status.

For Issues processed via **Appendix A**, the Final Closure date shall be:

> ➢ The ANSI approval date for American National Standard(s); or

> ➢ The date on which the ballot process is concluded for documents other than American National Standards.

### 5.3.6    Withdrawn

The status of an Issue that was accepted by the Forum and later withdrawn pursuant to the consensus agreement of the accepting Forum.

### 5.3.7    Tabled

The status an Issue that has been addressed by the Forum that accepted it but cannot be further pursued until additional information becomes available.

### 5.3.8    No Industry Agreement

The status of an Issue for which no industry agreement can be reached.  No Industry Agreement exists when a Forum is unable to reach consensus on the resolution of an Issue.  If this situation

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM

Q2014FTC00048018
Q2017MDL1_00024035

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

should occur, the ATIS Issue Identification Form should document that the Forum could not agree on the resolution and state the alternative viewpoints with the pros and cons of each. In this situation, work on the Issue will be terminated and the issue status will be categorized as "No Industry Agreement."

## 6       ATIS DELIVERABLES

### 6.1       ATIS Standards

An "ATIS Standard" is an ATIS deliverable developed by an ATIS Forum that defines a technical or operational solution for voluntary implementation by the industry. An "ATIS Standard" includes, but is not limited to, an American National Standard, a Technical Requirement, a Technical Specification, a Technical Report, an industry guideline, or a white paper.

An "ATIS Standard" is developed pursuant to the processes defined in Section 5 or in **Appendix A**.

### 6.2       ATIS Implementable End-to-End Standard

An "ATIS Implementable End-to-End Standard" is an ATIS deliverable comprised of "ATIS Standard(s)" and/or deliverable(s) from other Forums or Committees external to ATIS that defines a complete, implementable end-to-end solution for the industry. An "ATIS Implementable End-to-End Standard" defines frameworks for services and performance requirements, interfaces and physical characteristics for technologies, systems and business processes, and ensures interoperability. An "ATIS Implementable End-to-End Standard" may require work in multiple venues or disciplines. Issues related to the development of an "ATIS Implementable End-to-End Standard" may be introduced by the ATIS Board of Directors' Technology and Operations Council, the Board Chief Information Officer Council, a representative of an ATIS Member Company, or a participant of an ATIS Forum.

An "ATIS Implementable End-to-End Standard" is developed according to the Issue Process as defined in Section 5 above.

### 6.3       Standards for Trial Use

An ATIS Forum may decide via the consensus process described in Section 7 below that a standard should be designated as a "standard for trial use" in order to test the viability of the standard's requirements. A standard for Trial Use shall be in effect for a period of time not to exceed 18 months from time of approval. Prior to the expiration date of the standard for trial use, the ATIS Forum shall determine whether to process the document as a full-fledged ATIS Standard or withdraw the document from further use. Additionally, the ATIS Forum may choose to process the document as an American National Standard in accordance with procedures detailed in **Appendix A** of these Operating Procedures. Standards for Trial Use are published by ATIS and are not associated with the American National Standards Institute ("ANSI").

### 6.4       Antitrust and Competition Laws

All ATIS Standards shall be developed in accordance with applicable antitrust and competition laws and meetings amongst competitors to develop ATIS Standards are to be conducted in accordance with these laws.

## 7       RESOLUTION PROCESS

### 7.1       Consensus

Consensus is the method used by the ATIS Forums to reach resolution of Issues, unless specifically otherwise provided for in these Operating Procedures or in **Appendix A**. Consensus is established when substantial agreement has been reached among those participating in the Issue at hand. Substantial agreement means more than a simple majority, but not necessarily unanimous agreement.

6

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM                    Q2014FTC00048019
Q2017MDL1_00024036
REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

Consensus requires that all views and objections be considered, and that a concerted effort be made toward their resolution. Observers shall have the opportunity to express their views and to influence the opinions of Voting Members. However, the opinions of Observers are not considered by the leadership in determining whether consensus has been achieved. Under some circumstances, consensus is achieved when the minority no longer wishes to articulate its objection. In other cases, the opinions of the minority should be recorded with the report of the substantial agreement, or consensus, of the majority.

When there are questions or disputes regarding consensus, leaders or participants should ask an objecting participant(s) to state the rationale for the objection and provide an opportunity for full discussion aimed at achieving full understanding and consideration of the objection.

A participant's silence is perceived as agreement by the Forum and its leadership. If participants do not agree, they should be encouraged to speak up and voice their opinion. A participant may appeal the resolution of an Issue in the manner provided for in Section 13.

## 7.2      Voting

During any Forum voting process, each Voting Member is given a single vote. Observers are not permitted to vote.

## 8      MEETINGS

Meetings, whether face-to-face, virtual or conference call, are scheduled on an as-needed basis, based upon the Forum workload and industry priorities.

## 8.1      Notice

Where possible, all face-to-face meetings shall be announced via the e-mail exploder and posted to the ATIS website no less than 30 calendar days prior to the meeting date. All other meetings, including virtual meetings and conference calls, should be announced via the e-mail exploder and posted to the ATIS website no less than 14 calendar days prior to the meeting date. Special exceptions may be made on an as-needed basis. When an exception is necessary, the Forum leadership will announce the meeting as soon as practicable.

## 8.2      Quorum

A quorum is not required for a Forum to conduct business. However, a Forum may agree via consensus to observe a quorum requirement, provided such requirement is announced in the meeting notice. One-third of the members of the Forum shall constitute a quorum for conducting business at a meeting. Observers shall not be counted for the purposes of establishing a quorum.

## 8.3      Industry Expert Attendance

Forum leadership may at its discretion invite an industry subject matter expert(s) to attend specific Forum meetings when his/her expertise is required to assist the Forum in resolving a specific Issue. The expert shall not participate in consensus decisions or voting processes.

## 9      MEETING NOTES

ATIS Forums shall publish fair, objective, and unbiased meeting notes developed by consensus and ensure they accurately reflect the activities, resolutions, and action items that result from meetings. All meeting notes shall be published in a timely manner.

## 9.1      Meeting Note Content

Meeting notes shall include at a minimum:

➢ Date(s), type of meeting (i.e., virtual meeting, conference call, face-to-face), leadership, person taking the notes;
➢ Attendance list;

7

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

- ➢ Approved agenda;
- ➢ Identification of Issues discussed at the meeting and their status;
- ➢ A notation of corrections/additions made to a previous meeting record;
- ➢ Points noted/alternatives discussed including opposing viewpoints;
- ➢ Agreements reached;
- ➢ Action items indicating responsible party and due date;
- ➢ Participants' contributions or similar documents or a reference to where those documents are available on the ATIS website;
- ➢ Text specifically requested to be included by a participant with attribution; and
- ➢ Copies of presentations made during the meeting or a reference to where the presentations are available on the ATIS website.

## 10   INTELLECTUAL PROPERTY RIGHTS POLICY

### 10.1   General Policy Statement

In all matters of intellectual property rights, it is the intention of ATIS and its Forums to benefit the public while respecting the legitimate rights of intellectual property owners.

### 10.2   Confidentiality

As a general rule, neither ATIS nor its Forums will consider any contributions, presentations, or other documentation that is subject to any requirement of confidentiality or any restriction on its dissemination.  Neither ATIS nor its Forums assume any obligations of confidentiality with respect to any contribution, presentation, documentation or other submissions.  Exceptions to the general rule are determined on a case-by-case basis by the relevant Forum leadership in conjunction with ATIS General Counsel and are only appropriate where the work cannot be accomplished through other means.  Prior to the distribution or discussion of any materials accorded exception status and considered as confidential or otherwise restricted, full disclosure of the status must be made to the audience Forum.

### 10.3   Copyright

#### 10.3.1   Copyright Policy

In order that ATIS may facilitate, promote, and disseminate the work of its Forums, it is necessary that each contributor grant ATIS the rights necessary to adapt, copy, and publicly distribute any contribution or submittal made to an ATIS Forum.  In accordance with this policy, each contribution or document submitted to an ATIS Forum is subject to an unlimited perpetual, non-exclusive, royalty-free, world-wide right, and license to ATIS of any copyrights in such contribution.  This license includes the right to copy, publish, and distribute the contribution in any way, and to prepare derivative works that are based on or incorporate all or part of the contribution, the license to such derivative works to be of the same scope as the license of the original contribution.

#### 10.3.2   ATIS Deliverables

All ATIS guidelines, standards, or other ATIS deliverables are copyrighted by ATIS. Except as expressly permitted by ATIS, no guideline, standard, or other ATIS deliverable, or any portion thereof, may be reproduced or distributed in any form, without the prior express written permission of ATIS.

#### 10.3.3   Notice

The following copyright notice shall be included in all guidelines, standards, or other ATIS deliverables:

"Copyright © ATIS [date of publication].  All Rights Reserved."

8

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM                    Q2014FTC00048021
Q2017MDL1_00024038
REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**10.4    Patents**

*10.4.1   Patented Inventions Generally*

As a general matter, there is no objection for an ATIS Forum to develop guidelines, standards, or other ATIS deliverables that refer to or, primarily in the case of American National Standard, require the use of patented inventions.

In the case of standards, guidelines, and other ATIS deliverables that make reference to a patented invention, but do not require use of the invention for purposes of adopting, complying with, or following the guideline or deliverable, the following statements shall be expressly included in the published work:

➢ The patented invention is for reference only.
➢ Neither ATIS nor the relevant Forum is responsible for identifying the existence or evaluating the applicability of any patents referenced in or that may be relevant to any standard, guideline or other ATIS deliverable.
➢ Neither ATIS nor the relevant Forum shall be responsible for interpreting or making any determination concerning the validity, enforceability or scope of any patented invention referenced in or that may be relevant to any standard, guideline, or other ATIS deliverable.

Further in the case of standards, guidelines and other ATIS deliverables the following procedures shall apply:

➢ If reference to a patented invention shall be made in a standard, guideline, or other ATIS deliverable, disclosure of the patented invention should be encouraged at the earliest possible time in the development of the standard, guideline, or other ATIS deliverable.  The party making any such disclosure should provide an explanation regarding the relevancy of the patented invention to the work under development.
➢ Where possible, the standard, guideline, or other ATIS deliverable referencing a patented invention should identify the patent number and name, as well as the identity of the patent owner.
➢ To the extent a Forum participant, or any other third party, desires a license for a patented invention referenced in a standard, guideline, or other ATIS deliverable, all negotiations and discussion of license terms shall occur between the patent owner and the prospective licensee *outside* the deliberations of the Forum.  No discussion or negotiation of license terms shall be permitted in any Forum.
➢ In the event that use of the patented invention is required for purposes of adopting, complying with, or otherwise utilizing the standard, guideline, or other ATIS deliverable, the provisions of the ANSI Patent Policy, as adopted by ATIS and as set forth below, shall apply.  Any writing submitted as of January 31, 2011, to ATIS for the purpose of expressing a licensing assurance under this Section shall not qualify as such an assurance unless it expressly states that the assurance is irrevocable.

Any deviation from the foregoing procedures shall occur only after prior consultation with and approval of the ATIS General Counsel.

*10.4.2   American National Standards*

In connection with the development of American National Standards, or other deliverables that require use of patented inventions, the use of patented inventions shall be governed by the American National Standards Institute ("ANSI") Patent Policy as adopted by ATIS and as set forth below.  In addition, disclosure of relevant patented inventions at the earliest possible time in

9

the development process should be encouraged.  Further, as with standards, guidelines and other ATIS deliverables, no discussion or negotiation of license terms shall occur in the relevant Forum.  All such discussions and negotiations shall occur directly between the owner of the patented invention and each prospective licensee.

The terms of the ANSI Patent Policy as adopted by ATIS are as follows:

*ANSI Patent Policy – Inclusion of Patents in American National Standards*

There is no objection in principle to drafting a proposed American National Standard (ANS) in terms that include the use of an essential patent claim (one whose use would be required for compliance with that standard), if it is considered that technical reasons justify this approach.

If ATIS receives a notice that a proposed ANS or an approved ANS may require the use of such a patented claim, the procedures in this clause shall be followed.

*Statement from patent holder*

Prior to approval of such a proposed ANS, ATIS shall receive from the identified party or a party authorized to make assurances on its behalf, in written or electronic form, either:

(a)  assurance in the form of a general disclaimer to the effect that such party does not hold and does not currently intend holding any essential patent claim(s); or

(b)  assurance that a license to such essential patent claim(s) will be made available to applicants desiring to utilize the license for the purpose of implementing the standard either:

(i)  under reasonable terms and conditions that are demonstrably free of any unfair discrimination; or

(ii) without compensation and under reasonable terms and conditions that are demonstrably free of any unfair discrimination.

Such assurance shall indicate that the patent holder (or party authorized to make assurances on its behalf) will, in any documents transferring ownership of patents subject to the assurance, include provisions sufficient to ensure that the commitments in the assurance are binding on the transferee, and that the transferee will similarly include appropriate provisions in the event of future transfers with the goal of binding each successor-in-interest.

The assurance shall also indicate that it is intended to be binding on successors-in-interest regardless of whether such provisions are included in the relevant transfer documents.

*Record of Statement*

A record of the patent holder's statement shall be retained in the files of both ANSI and ATIS.

*Notice*

When ATIS receives from a patent holder the assurance set forth above, the standard shall include a note substantially as follows:

NOTE – The user's attention is called to the possibility that compliance with this standard may require use of an invention covered by patent rights.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM

Q2014FTC00048023
Q2017MDL1_00024040

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

By publication of this standard, no position is taken with respect to the validity of any such claim(s) or of any patent rights in connection therewith.  If a patent holder has filed a statement of willingness to grant a license under these rights on reasonable and nondiscriminatory terms and conditions to applicants desiring to obtain such a license, then details may be obtained from ATIS.

*Responsibility for Identifying Patents*

Neither ATIS nor ANSI shall be responsible for identifying patents for which a license may be required by an American National Standard or for conducting inquiries into the legal validity or scope of those patents that are brought to their attention.

## 11   COMMUNICATIONS

Informal internal communications between the leadership of the ATIS Forums, Subtending Committees, and Subcommittees is encouraged.  ATIS Forum, Subtending Committees, and Subcommittee leadership is encouraged to communicate directly, via electronic mail or otherwise, with other ATIS Forums. Formal communications conveying a Forum position and those communications from an ATIS Forum to external organizations shall be agreed upon by the Forum.  The ATIS General Counsel shall review, prior to distribution, all proposed communications to regulatory, legislative, or governmental bodies, as well as any other sensitive material.

## 12   LIAISONS

Liaisons may be established to facilitate the gathering and sharing of information required by the Forums in the production of their work products. Written Liaisons shall conform to Section 11.

### 12.1   Internal Liaisons

Any Forum may designate a participant to act as a liaison to any other ATIS Forum(s).  The liaison shall seek to represent the Forum and respond to questions in a manner that would be acceptable to the Forum. Each time a liaison attends a meeting representing the originating Forum, a report shall be given to the originating Forum.  The report should contain any significant Issues discussed or resolved, or those that are expected to arise, any conflicts, questions coming back to the originating Forum, and views expressed.

### 12.2   External Liaisons

Any Forum may designate a participant to act as a liaison to an organization external to ATIS.  The liaison shall seek to represent the Forum and respond to questions in a manner that would be acceptable to the Forum.  Each time a liaison attends an external meeting representing the originating Forum, a report shall be given to the originating Forum.  The report should contain any significant issues discussed or resolved, or those that are expected to arise, any conflicts, input for or questions to the originating Forum, and views expressed.

## 13   APPEALS PROCESS

Individuals and entities possessing directly and materially affected interests and believing that they have been or will be adversely affected by the action or inaction of an ATIS Forum, as related to the process of the Forum, shall have the right to appeal such action or inaction.  Individuals and entities are encouraged to first approach the Forum leadership with an informal complaint before pursuing the official appeals process detailed in this section.

### 13.1   Informal Complaint

Any participant with a concern regarding the Forum process is encouraged to first discuss his/her concern with the Forum leadership.

### 13.2   Formal Complaint

After exhausting the appeals options internal to the Forum, any individuals and entities *not satisfied that their grievance has been properly addressed* may file a written complaint with ATIS.

11

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM                    Q2014FTC00048024
                                                                     Q2017MDL1_00024041
REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

### 13.2.1  Written Complaint

The written complaint must be filed with the ATIS General Counsel within 30 calendar days after the date of notification of the final determination of the Forum appeals process. The complaint shall state the nature of the objections, including any adverse effects, the section of the ATIS Operating Procedures or ATIS Procedures for the Development of an American National Standard or other Forum document that may be at issue, the action or inaction itself and the specific remedial action(s) that would satisfy the appealing party's concerns. Previous efforts to resolve the objections and the outcome of each should be included.

### 13.2.2  Response

Within 30 calendar days after receipt of the complaint, a written response shall be issued to the appealing party by the ATIS General Counsel addressing each allegation of fact in the complaint. The ATIS General Counsel shall have the option to facilitate discussion between the parties, clarify the ATIS Operating Procedures or the ATIS Procedures for the Development of an American National Standard, or recommend an appeals panel. If the process is not proceeding to the satisfaction of a party, that party retains the right to have a hearing with an appeals panel.

### 13.2.3  Hearing

If the parties are unable to resolve the written complaint informally in a manner consistent with these Operating Procedures, ATIS shall schedule a hearing with an appeals panel on a date agreeable to all parties, giving at least 14 calendar days' notice. Appropriate notice of this hearing will be distributed to the Forum leadership if not party to the action.

### 13.2.4  Panel

The appeals panel shall consist of three individuals who have not been directly involved in the matter in dispute, and who will not be materially or directly affected by any decision made or to be made in the dispute. At least two members shall be acceptable to the appealing party and at least two members shall be acceptable to the responding party.

ATIS shall supply each member of the appeals panel with a copy of the complaint filed, a copy of these Operating Procedures, and any Forum meeting notes directly pertaining to the matter. The appeals panel may serve written questions to the parties before the hearing to assist in focusing the issue. Any answers received will be made available to the other party and that party will be allowed to submit a brief response. No party shall communicate regarding the complaint with any member of the appeals panel once convened and until a decision has been rendered except as provided for in this Section.

### 13.2.5  Conduct of Hearing

The appealing party has the burden of demonstrating adverse effects, improper actions or inactions, and the efficacy of the requested remedial action. The responding party has the burden of demonstrating that the Forum and ATIS, if applicable, took all actions in compliance with these Operating Procedures or that the requested remedial action would be ineffective or detrimental. Each party may introduce other pertinent arguments, and members of the appeals panel may address questions to individuals.

The hearing shall be conducted in an informal manner and subject to such reasonable rules as the appeals panel sets forth. The appeals panel and the parties shall not be bound by any formal rules of evidence. Representatives of other interested parties shall be allowed to observe the hearing but will not be permitted to directly participate unless requested to participate by the appeals panel.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM                    Q2014FTC00048025
Q2017MDL1_00024042
REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

*13.2.6  Decision*

The appeals panel shall render its decision and provide it in writing within 30 calendar days, stating the findings of fact and conclusions, with reasons therefore, based on a preponderance of the evidence to the appellant.  Consideration may be given to the following positions, among others, in formulating the decision: (1) finding for the appealing party, remanding the action to the Forum with a specific statement of the issues and facts in regard to which fair and equitable action was not taken; (2) finding for the responding party with a specific statement of the facts that demonstrate fair and equitable treatment of the appealing party and the party's objections; (3) finding that new, substantive evidence has been introduced, and remanding the entire action to the Forum for appropriate consideration and action.

## 14    PARTNERSHIP SPECIFICATIONS

### 14.1    Acceptance of Partnership Specifications

Under the organizational partners' terms for a partnership project, ATIS and its Forums agree to cooperate in the production of specifications applicable for regional or global adoption.

These specifications are approved by the appropriate Forum or other designated body as ATIS Technical Specifications. The list of specifications proposed for acceptance must be announced in the official announcement of the Forum meeting and the URL of their location shall be provided.  No changes are permitted in the text of the partnership's specification.  If changes are necessary, they must be adopted in accordance with Section 14.2 below.

The appropriate Forum is responsible for notifying ATIS of the availability of the ATIS Technical Specifications.  ATIS Technical Specifications are published electronically for free download via the ATIS website and are available in paper format by request for a reasonable fee.  The ATIS Technical Specifications may then be converted, transposed, or adopted into relevant American National Standards (ANS), or other ATIS documents that reflect the specific needs of North America. The ATIS Technical Specifications may also be submitted to the International Telecommunication Union (ITU) via the national process or referenced directly by the ITU.

### 14.2    Adoption of Partnership Project Specifications

Whenever an ATIS Technical Specification is determined to be directly applicable, in whole or in part, to the specific needs of North America, the ATIS Technical Specification will be the basis for development of a proposed ANS or other ATIS document. In most cases, the appropriate Forum or Committee will adopt a "delta-document" approach in which the ANS or other ATIS document is reduced to a selection of options from the ATIS Technical Specification. The ATIS Technical Specification is then cited as a normative reference.

## 15    INTERACTION WITH ITU

Interaction with the International Telecommunication Union (ITU) may be necessary in connection with the work of an ATIS Forum.  These activities include preparing transmittals through national coordination bodies to international meetings, receiving external positions and developing comments, and participating in external meetings as a representative of an ATIS Forum.  Guidelines to assist in this activity are found on the ATIS website at http://www.atis.org/legal.

## 16    REVISIONS TO THE OPERATING PROCEDURES

These Operating Procedures are maintained by ATIS.  Proposed revisions to these Operating Procedures may be submitted in writing by any ATIS Member or Opt-Out Participants to the ATIS General Counsel along with the supporting rationale for the proposed change.  The ATIS General Counsel will present proposed revisions representing a significant change to the policies or procedures of the organization to the ATIS Board of Directors or appropriate Board Committee for review and consideration.  Other

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM

Q2014FTC00048026
Q2017MDL1_00024043

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

changes may be made by the ATIS General Counsel after review and consideration by the leadership of ATIS Forums. Any approved revisions to these Operating Procedures shall be effective upon publication.

ATIS shall be responsible for the interpretation of these Operating Principles and Procedures.

14

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

## APPENDIX A – ATIS PROCEDURES FOR THE DEVELOPMENT OF AN AMERICAN NATIONAL STANDARD

**A.1    INTRODUCTION**

This Appendix describes the Alliance for Telecommunications Industry Solutions' ("ATIS") procedures to develop American National Standards ("American National Standards" or "Standards"). Where these Operating Principles and Procedures are silent on an issue, the American National Standards Institute's ("ANSI") Essential Requirements shall serve as the precedent document.

**A.2    ORGANIZATION**

**A.2.1    Forums**

The organizational structure of ATIS' Forums is described in Section 1 of these Operating Procedures. All ATIS Forums shall operate in a manner consistent with the operating principles and procedures found herein.

**A.2.2    Records**

Material associated with the development of a Standard (including reaffirmations and withdrawals) shall be retained for one complete Standards cycle, or until the Standard is revised. Records regarding the withdrawal of all Standards shall be retained for at least five years from the date of withdrawal.

**A.2.3    Membership**

Participation in the ATIS Forums, and their Subtending Committees and Subcommittees, is open to ATIS Member Companies or Opt-Out Participants. A Forum Member is an ATIS Member Company, or an Opt-Out Participant, that has elected to participate in an ATIS Forum and is in compliance with ATIS funding requirements. A Forum Member may choose to participate in a Forum as either a "Voting Member" or as an "Observer." The rights and obligations of Voting Members and Observers are described in Sections 2.1.1 and 2.1.2 of the Operating Procedures.

The membership of the ATIS Forums shall be sufficiently diverse to ensure reasonable balance without dominance by any single interest category. Participants from diverse interest categories shall be sought with the objective of achieving balance. In the case that an ATIS Forum lacks balance in accordance with the historical criteria for balance, targeted outreach to balance the Forum shall be undertaken.

Unless it is claimed by a directly and materially affected party that a single interest category dominated the standards development process, no test for dominance is required. ATIS, however, strives to assure that any single interest category does not constitute a majority of the membership of the Forum dealing with Standards. Reasonable dues and fees directly relating to the support provided and activities of a given Forum may be assessed.

**A.2.4    Interest Categories**

For purposes of developing an American National Standard, all members of ATIS Forums shall be classified as Producers, Users or General Interest representatives in accordance with the definitions below. An individual in professional practice or a consultant, retained under an agreement indefinitely continuing with an organization, shall be classified in accordance with the classification of the organization retaining the individual and shall be so identified.

*A.2.4.1 Producers*

An entity that produces or supplies communications equipment or infrastructure for the provision of communications services. Examples include various types of testing, monitoring, routing, and central office equipment manufacturers, software developers, etc.

A-1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM                    Q2014FTC00048028
Q2017MDL1_00024045
REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

*A.2.4.2 Users*

An entity that uses communications equipment or infrastructure and provides services to an end user. Examples include incumbent local exchange carriers (ILECs), competitive local exchange carriers (CLECs), interexchange carriers (IXCs), wireless service providers, etc.

*A.2.4.3 General Interest*

General Interest members are neither Producers nor Users. This category includes, but is not limited to, regulatory agencies (state and federal), researchers, other organizations and associations, and educators.

**A.3     MEETINGS**

Meetings, whether face-to-face, virtual, or conference call, are scheduled on an as-needed basis based upon the Forum workload and industry priorities. The procedures associated with ATIS Forum meetings are further described in Section 8 of these Operating Procedures.

**A.4     NOTIFICATION OF STANDARDS DEVELOPMENT**

Notification of Standards activity shall be announced in suitable media as appropriate to demonstrate provision of opportunity for participation by all directly and materially affected persons. At the initiation of a project to develop or revise a Standard, notification shall be transmitted to ANSI using the Project Initiation Notification System (PINS) form, or its equivalent, for listing in *ANSI Standards Action*. A PINS form may be submitted, but is not required, at the initiation of a project to reaffirm or withdraw a Standard.

If a ATIS receives written comments within 30 days from the publication date of a PINS announcement in *Standards Action*, and said comments assert that a proposed standard duplicates or conflicts with an existing American National Standard (ANS) or a candidate ANS that has been announced previously (or concurrently) in *Standards Action*, a mandatory deliberation of representatives from the relevant stakeholder groups shall be held within 90 days from the comment deadline. Such a deliberation shall be organized by ATIS and the commenter and shall be concluded before ATIS may submit a draft standard for public review. If the deliberation does not take place within the 90-day period and ATIS can demonstrate that it has made a good faith effort to schedule and otherwise organize it, ATIS will be excused from compliance with this requirement. The purpose of the deliberation is to provide the relevant stakeholders with an opportunity to discuss whether there is a compelling need for the proposed standards project.

The results of the PINS deliberation shall be reported to ANSI on the BSR-9 prior to final approval of the standard.

**A.5     DISCONTINUANCE OF A STANDARDS PROJECT**

ATIS may discontinue the processing of a proposed new or revised American National Standard or portion thereof. Correspondence shall be provided to ANSI upon the discontinuance of a standards project. A written justification for such an action shall be made available upon receipt of any written request received by ATIS within 60 calendar days of the date of the final action.

**A.6     SUBSTANTIVE CHANGE**

A substantive change in a Standard is one that directly and materially affects the use of the Standard. Examples of substantive changes are below:

- "shall" to "should" or "should" to "shall";
- the addition, deletion, or revision of requirements, regardless of the number of changes; or
- the addition or modification of mandatory compliance with referenced standards.

A-2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM

Q2014FTC00048029
Q2017MDL1_00024046

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

### A.7    VOTING PROCEDURES FOR LETTER BALLOTS

#### A.7.1    Letter Ballots

Documentation associated with American National Standards will undergo the letter ballot process.  New standards, reaffirmations, withdrawals, and revisions with substantive changes to current standards, as well as interpretations of all Standards, shall be approved by letter ballot of the Forum.

Editorial changes to Standards may be decided by a majority of the Voting Members present at a regularly scheduled meeting of a Forum or by letter ballot.

#### A.7.1.1 Administrative Revision

An Administrative Revision is a type of letter ballot that can be used when a Forum determines as a part of its review of a Standard that, while the technical content of the document does not require modification, the references (normative and/or informative) within the Standard require updating. The scope of an Administrative Revision is focused solely on these references, which are the only changes to the Standard for which comments are being sought via the letter ballot. If comments on any other sections of the Standard are received, the Forum shall address them in accordance with Section A.7.9.

#### A.7.2    Voting

Each Voting Member shall vote one of the following positions on letter ballots:

- Affirmative.
- Affirmative with comment.
- Negative, with reasons.  If possible, the negative ballot shall include specific actions that will resolve the negative.
- Abstain.

#### A.7.3    Voting Rights

A Voting Member's representative shall ordinarily cast that Member's vote.  The Voting Member's alternate representative(s) shall cast that member's vote only if the Voting Member's representative fails to vote.  A Voting Member that fails to meet the Letter Ballot Requirements as defined in **Appendix C** may have its voting rights revoked.

#### A.7.4    Proxies

Proxies are not permitted.

#### A.7.5    Voting Period

The closure date for letter ballots shall be at least 30 calendar days from the date of the issuance of the ballots.  ATIS shall be authorized to grant an extension of the voting period if deemed necessary.  Additionally, ATIS will provide members who have not voted with follow-up notifications approximately 14 calendar days prior to the closing of the letter ballot.

#### A.7.6    Approved Actions

Approvals of new standards, reaffirmations, withdrawals and revisions with substantive changes to current standards, as well as interpretations of all Standards shall be considered approved when all of the following conditions have been met:

- At least 50 percent of the Voting Members have returned their letter ballots.
- At least 75 percent of the votes cast, excluding abstentions and negatives without reasons, are affirmative.
- All negative votes with reasons have been addressed in accordance with Section A.7.9.

A-3

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM                    Q2014FTC00048030
Q2017MDL1_00024047
REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

### A.7.7   Reporting Votes

The results of each vote on all Standards shall be recorded and reported as follows:

- Number of Voting Members.
- Number of Voting Members voting affirmatively.
- Number of Voting Members voting negatively with reasons.
- Number of Voting Members voting negatively without reasons.
- Number of Voting Members abstaining.
- Number of Voting Members not returning ballots.

### A.7.8   Negative Votes

A negative ballot shall be required to be accompanied by a reason and, if possible, should include specific wording or actions that would resolve the objection. A negative ballot not supported by a reason is not required to be recirculated but is recorded as a negative without comment on the BSR-9 during submittal to ANSI.

### A.7.9   Consideration of Views and Objections

The Forum shall use the following procedures in attempting to resolve negative votes:

All negative ballots and comments, including Public Review comments, will be forwarded to the Forum that drafted the proposed Standard for response and resolution. The Forum leadership (with other Forum members as necessary) will draft the response on behalf of the Forum. Negative ballots may be judged as valid, invalid, or nongermane. All comments are reviewed and the disposition of this review and reasons therefore are made available in writing. If comments submitted with a negative vote are not within the scope of the Issue, the comments shall be documented and considered in the same manner as a candidate for a new Issue. A subsequent ballot (also known as a "default ballot") will contain any original negative ballot, comments received, disposition of unresolved negative ballots (including reasons therefore), and will be circulated to the Forum. Additionally, any substantive changes to the standard will be circulated to the Forum. . The commentor(s) then will be given the opportunity to change the vote based on the reply. Additionally, all members of the Forum will have the opportunity to respond, reaffirm, or change their vote.

In the case of public review comments, which are not votes, substantive comments with the accompanying responses will be circulated for new ballot as well to provide the members of the Forum the opportunity to respond, reaffirm, or change their votes. Public Review comments that are editorial are not required to be circulated for a new ballot. All Public Review commentors shall receive a written disposition of their comments and reasons therefore.

All substantive changes shall be submitted to ANSI via the BSR-8 for further public review. Voting Members/Public Review commentors who have unresolved negative votes/comments shall be notified in writing of their right to appeal and of the appeals process.

### A.8   INTERPRETATIONS

### A.8.1   Processing Interpretations

Requests for interpretations of Standards shall be submitted in writing to ATIS and shall be forwarded by ATIS to Forum leadership. Proposed interpretations may be prepared by any Forum member with particular expertise on the subject in question. All proposed interpretations shall be prepared in writing and shall be submitted to ATIS for a letter ballot of the Forum. Interpretations shall be approved in accordance with Section A.7.

### A.8.2   Notification of Interpretations

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM                    Q2014FTC00048031
Q2017MDL1_00024048
REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

Notification of approved interpretations shall be sent in writing to the requester.  Notification shall also be given to other users of the Standards via the appropriate ATIS Forum email exploder list(s) and posted on the ATIS website.

## A.9     METRIC POLICY

In accordance with Section 3.4 of the ANSI Essential Requirements, ATIS accepts ANSI's Metric Policy which states that, "Units of the International System of Units (SI), the modernized metric system, are the preferred units of measurement in American National Standards."

## A.10     PUBLIC REVIEW AND COMMENT

Proposals for new Standards or reaffirmation, revision, or withdrawal of existing Standards shall be transmitted to ANSI for listing in *ANSI Standards Action* for comment.  ATIS shall determine whether listing of proposed standards actions shall be concurrent with the final Forum letter ballot and whether announcement in other suitable media is appropriate.  All comments that are received shall be considered by the Forum and the commenter shall be notified, in writing, of the Forum's decision/response and reasons therefore.

## A.11     PATENT POLICY

ATIS has adopted the ANSI Patent Policy as described in Section 10.4 of the Operating Procedures.  The ANSI Patent Policy is described in Section 3.1 of the ANSI Essential Requirements.

## A.12     COMMERCIAL TERMS AND CONDITIONS POLICY

ATIS has adopted the ANSI Commercial Terms and Conditions Policy.  This policy is described in Section 3.2 of the ANSI Essential Requirements.

## A.13     MAINTENANCE OF AMERICAN NATIONAL STANDARDS

ATIS will maintain all American National Standards in accordance with Section 4.7 of the ANSI Essential Requirements using one of the methods described in this Section.

### A.13.1   Periodic Maintenance of American National Standards

Periodic maintenance is defined as the maintenance of a Standard by review of the entire document and action to revise or reaffirm it on a schedule not to exceed five years from the date of its approval as an American National Standard.

### A.13.2   Continuous Maintenance of American National Standards

Continuous maintenance is defined as the maintenance of a Standard by consideration of recommended changes to any part of it according to a documented schedule.  In the event that no revisions are issued for a period of four years, action to revise, reaffirm, or withdraw the Standard shall be initiated in accordance with these Operating Procedures.

### A.13.3   Stabilized Maintenance of American National Standards

Stabilized maintenance refers to maintenance of a Standard that is not required to be revised or reaffirmed on a routine five-year cycle but is subject to review of such status on a 10-year cycle.  To qualify for such maintenance, the following eligibility criteria shall be met:

    a)  the Standard shall address mature technology or practices, and as a result, is not likely to require revision; and

    b)  the Standard shall currently hold the status of American National Standard and has been reaffirmed at least once; and

    c)  at least ten years shall have passed since the approval or last revision of the Standard as an ANS; and

    d)  the Standard shall be required for use in connection with existing implementations or for reference purposes.

A-5

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM                    Q2014FTC00048032
Q2017MDL1_00024049
REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

If a recommendation is made at any time by a materially affected and interested party that a Standard maintained under the stabilized maintenance option requires revision or should be withdrawn, that recommendation shall be considered in the same manner as a new proposal but within a maximum of sixty days from receipt.

**A.14    APPEALS**

ATIS` appeals process is described in Section 13 of these Operating Procedures.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM                    Q2014FTC00048033
                                                                    Q2017MDL1_00024050
REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

## APPENDIX B – FORUMS

### B.1    AUTOMATIC IDENTIFICATION AND DATA CAPTURE COMMITTEE

The Automatic Identification and Data Capture Committee (AIDC) establishes guidelines for common shipping labels, product marking labels, product changes and software issuance standards using multiple forms of automatic identification technologies, such as bar code, Radio Frequency Identification (RFID), two-dimensional (2D) symbols and other technologies that may prove advantageous to improving supply chain processes in the industry.

### B.2    CLOUD SERVICES FORUM

The Cloud Services Forum (CSF) enables the interoperability and implementation of applications and services by developing standards, providing coordination for the development of cloud services standards and practices, and facilitating related technical activities.

### B.3    COPPER/OPTICAL ACCESS, SYNCHRONIZATION AND TRANSPORT COMMITTEE

The Copper/Optical Access, Synchronization and Transport (COAST) Committee develops and recommends standards and prepares technical reports related to telecommunications network technology pertaining to network synchronization interfaces and hierarchical structures for U.S. telecommunications networks, some of which are associated with other telecommunications networks.

### B.4    EMERGENCY SERVICES INTERCONNECTION FORUM

The Emergency Services Interconnection Forum (ESIF) facilitates the identification and resolution of technical and/or operational issues related to the interconnection of wireline, wireless, cable, satellites and Internet networks with emergency services networks.

### B.5    IMSI OVERSIGHT COUNCIL

The IMSI Oversight Council (IOC) is an open industry committee of telecommunications companies and other organizations responsible for overseeing management of International Mobile Subscriber Identifier (IMSI) codes.

### B.6    INDUSTRY NUMBERING COMMITTEE

The Industry Numbering Committee (INC) provides an open forum to address and resolve industry-wide issues associated with planning, administration, allocation, assignment and use of North American Numbering Plan (NANP) numbering resources within the NANP area.

### B.7    NETWORK RELIABILITY STEERING COMMITTEE

The Network Reliability Steering Committee (NRSC) strives to improve network reliability by providing timely consensus-based technical and operational expert guidance to all segments of the public communications industry.

### B.8    NETWORK FUNCTIONS VIRTUALIZATION FORUM

The Network Functions Virtualization (NFV) Forum provides the inter-provider technical requirements and solutions to help ICT companies realize the benefits of rapidly advancing software-defined networking and NFV technologies.

### B.9    NEXT GENERATION INTERCONNECTION INTEROPERABILITY FORUM

The Next Generation Interconnection Interoperability Forum (NGIIF) provides an open forum to encourage the discussion and resolution, on a voluntary basis, of industry-wide issues associated with telecommunications network interconnection and interoperability which involve network architecture, management, testing and operations and facilitates the exchange of information concerning these topics.

### B.10   ORDERING AND BILLING FORUM

The Ordering and Billing Forum (OBF) resolves issues that affect ordering, billing, provisioning, and exchange of information about access services, and other connectivity between telecommunications customers and providers.  It is responsible for the specifications, instructions, and forms required to

B-1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM

Q2014FTC00048034
Q2017MDL1_00024051

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

provide local, access and wireless service ordering as well as access billing guidelines and record layouts for message exchange.

**B.11     PACKET TECHNOLOGIES AND SYSTEMS COMMITTEE**

The Packet Technologies and Systems Committee (PTSC) develops and recommends standards and technical reports related to packet services and packet service architectures, in addition to related subjects under consideration in other North American and international standards bodies. PTSC focuses on issues such as:  cybersecurity; IP to IP interconnection; lawfully-authorized electronic surveillance; the evolution of the PSTN; performance, reliability and quality of service; and signaling, architecture, and control.

**B.12     SMS/800 NUMBER ADMINISTRATION COMMITTEE**

The SMS/800 Number Administration Committee (SNAC) identifies, develops and implements the resolution of issues impacting existing toll free products and services and evolving technologies affecting future developments in the toll free industry. The SNAC is comprised of volunteer members representing providers and users of the 800 Service Management System (SMS/800). The Committee provides recommendations to the owner/manager of the SMS/800 regarding design and management issues that have a direct effect on the system users.

**B.13     SUSTAINABILITY IN TELECOM: ENERGY AND PROTECTION COMMITTEE**

The Sustainability in Telecom: Energy and Protection (STEP) Committee engages industry expertise to develop standards and technical reports for telecommunications equipment and environments in the areas of energy efficiency, environmental impacts, power and protection. The work products of STEP enable vendors, operators and their customers to deploy and operate reliable, environmentally sustainable, energy efficient communications technologies.

**B.14     TELECOM MANAGEMENT AND OPERATIONS COMMITTEE**

The Telecom Management and Operations Committee (TMOC) develops operations, administration, maintenance and provisioning standards, and other documentation related to Operations Support System (OSS) and Network Element (NE) functions and interfaces for communications networks - with an emphasis on standards development related to U.S. communications networks in coordination with the development of international standards.

**B.15     WIRELESS TECHNOLOGIES AND SYSTEMS COMMITTEE**

The Wireless Technologies and Systems Committee (WTSC) develops and recommends standards and technical reports related to wireless and/or mobile services and systems, including service descriptions and wireless technologies.  The WTSC also develops and recommends positions on related subjects under consideration in other North American, regional and international standards bodies.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM                    Q2014FTC00048035
Q2017MDL1_00024052
REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

## APPENDIX C – ATIS FORUM LETTER BALLOT REQUIREMENTS

To ensure that ATIS Forums can continue to effectively develop ATIS Standards, including American National Standards, the following Letter Ballot Requirements have been established.  Continuation of a Voting Member's right to vote within a Forum depends upon the Member's active response to letter ballots.

Any Voting Member that fails to cast a vote on three consecutive letter ballots in the same Forum shall receive a warning in writing from ATIS that its voting status is in jeopardy.  If, after issuance of the warning, the Voting Member fails to submit a vote on the next letter ballot, the Voting Member shall be notified in writing that it has been reclassified as an Observer.  The rights of Observers are described in Section 2.1.2 of the Operating Procedures.

As described in Section A.7.2, a Voting Member may choose to abstain on a letter ballot.  The casting of a vote to abstain would not be considered as a failure to cast a vote.

A failure to cast a Letter Ballot on a "default ballot" as described in Section A.7.9 is not considered when determining whether the letter ballot requirement has been met.

A Voting Member's failure to comply with the Letter Ballot Requirements may be excused, when warranted, based upon a written explanation of the circumstances surrounding the member's failure to vote.

C-1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM                    Q2014FTC00048036
Q2017MDL1_00024053
REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 3

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED



# Guidelines to the Telecommunications Industry Association Intellectual Property Rights Policy

May 1, 2014
1st Edition

TIA has an Intellectual Property Rights (IPR) Policy. These guidelines serve as a companion document and are not intended to substitute for the Policy itself but rather to provide supplemental information to the TIA IPR Policy, the TIA Procedures for American National Standards (PANS) and the TIA Engineering Committee Operating Procedures (ECOP).

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM

Q2014FTC00049773
Q2017MDL1_00025790

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

Copyright ® 2014 by
Telecommunications Industry Association
1320 N Courthouse Road, Suite 200
Arlington, VA 22201 USA
+1-703-907-7700
www.tiaonline.org
All rights reserved.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM

Q2014FTC00049774
Q2017MDL1_00025791

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

Table of Contents

1.    Introduction ....................................................................................1
2.    The Participant's First Commitment .........................................2
3.    IPR in standards...........................................................................2
      3.1.    Disclosure...........................................................................2
4.    Submission Cover Sheet..............................................................3
5.    Dealing with Disclosed or Identified IPR ..................................4
6.    Software Copyrights.....................................................................5

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

## 1. Introduction

The Telecommunications Industry Association (TIA) is accredited by the American National Standards Institute (ANSI) to develop standards intended to enhance and promote the beneficial use of telecommunications products manufactured by its member companies in the United States and throughout the world. In this process, representatives of member companies and others having an interest in the subject matter under consideration come together for the formulation of standards and other publications useful in the telecommunications industry.

TIA is the administrator of the standards formulation process; TIA is not the writer of standards. This latter work is carried on by the many participants in Formulating Groups, Engineering Committees, Subcommittees, Task Groups and Working Groups who carry on the writing and developing of standards with the administrative oversight and assistance of TIA Standards Department.

Utilizing contributions submitted by participants, and enhanced by a process of discussion and the interchange of ideas, the work culminates in a consensus document which, after a process of balloting and the resolution of differences, is ultimately published and made available.

An area of great importance in the process is the treatment of intellectual property rights (IPR). On the one hand, there is an important industry and public interest in the availability of the latest technological ideas and developments for inclusion in new products and services for the benefit of users. At the same time, inventors and innovative creators rightfully expect to reap the benefits of their time, expense and creativity. Thus, it is the policy of ANSI and TIA, when necessary, to permit the inclusion in standards of technology protected by certain statutory IPR. However, this is permitted pursuant to a policy that seeks to make the IPR available on a reasonable and non-discriminatory basis for all that would use it to fashion products contemplated by the standard in question.

For many years, TIA has published a TIA *Engineering Manual* for the instruction of those groups engaged in the authorship of standards. An integral part of this process is the IPR policy. Recently, this portion of the Manual was revised by TIA's IPR Standing Committee, which operates under the Standards and Intellectual Property Policy Committee (SIPC) of TIA. Among other things, the Policy covers published patent applications and certain software copyrights as well as issued patents, resulting in the Policy now being referred to as the TIA IPR Policy.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM

Q2014FTC00049776
Q2017MDL1_00025793

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

These Guidelines are intended to review the Policy, with an explanation of the rationale and some explanation of the intent of the IPR Standing Committee. It is the hope of the Standing Committee that the Guidelines will assist the chairs and members of those groups engaged in the authorship of standards and other documents.

## 2.  The Participant's First Commitment

An "Important Notice of Participation" makes it clear that whatever is stated or presented in writing, or otherwise disclosed, during attendance at or participation in those groups engaged in the authorship of standards and other documents can, without compensation, be published or distributed by TIA, or posted on its web site, unless an exception is made by the designated officer of TIA. *It is the intention of that language to make it clear that TIA is granted the right to publish any submission to a Formulating Group, even if a submission cover is omitted, to the same extent as if a submission cover was submitted.* It is not intended to excuse the provision of a submission cover, which is still mandated.

This "Important Notice of Participation" does not imply that a person making a statement or providing a submission, without explicit language to such effect, makes any representations as to the content of such statement or submission. It does constitute a license to TIA of whatever rights the submitter may have to publish or distribute the same or post it in the TIA web site. However, when a submission constitutes a Contribution, the provisions on Contributions are applicable (see the TIA *Engineering Committee Operating Procedures*).

## 3.  IPR in standards

As in the past, a patented invention (and in more limited cases, certain software) may be included in a standard. Also as in the past, TIA is not responsible for identifying patents or making any inquiry into the validity or scope of any patent. The Statement on Responsibility for Identifying Patents (see the TIA *Engineering Committee Operating Procedures*) also formalizes what has been the policy of TIA--that it will neither be a party to the discussion of licensing terms and conditions nor will it get involved in the issue of whether proposed licensing terms and conditions are reasonable or non-discriminatory. *These are matters for resolution by the parties, and they are not the proper subject matter for any discussion at a meeting of TIA or any of its committees or working groups.*

## 3.1.  Disclosure

TIA encourages--but does not require-- voluntary disclosure, and preferably early disclosure, of patents and published patent applications which may be essential

2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM

Q2014FTC00049777
Q2017MDL1_00025794

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

to the practice of a standard or any other TIA Publication. TIA Publication is now defined as including publications of the Standards and Technology Department available to the general public, but does not include literature distributed only to formulating group members.

A three-part approach will be used by TIA to encourage voluntary disclosure (preferably early) of Essential Patent(s) and published pending patent application(s).

At the beginning of each meeting, a chair ensures that all participants are aware of the early disclosure policy.

The second part of the approach is that the TIA will place a notification on each ballot for a proposed document.

The third part of the approach may be the placement of an optional, voluntary disclosure statement by the Source(s) on a submission cover sheet.

## 4. Submission Cover Sheet

For convenience, a suggested format for the cover sheet to be used for a submission will be provided by the TIA Standards Department. Regardless of whether this format is used or not, there are four required elements that must be contained in a cover sheet in whatever form the submitter prepares. Note that there are specific forms that may apply when a submission contains software.

A submission with the required four elements on the submission cover sheet has the effect of incorporating the language of the TIA IPR Policy, which means the contributor grants to TIA a non-exclusive, worldwide, irrevocable license (with the right to sublicense) broadly to copyright and include all or any part of the submission in any TIA Publication, with rights to sell the TIA Publication. The submission also discloses any known limitations on the Source's rights to license. *It is intended by this provision that if no such limitations are disclosed, the contributor is asserting there are none.*

Two optional paragraphs may be included in a submission cover sheet. These two optional paragraphs are intended to further encourage the voluntary disclosure of IPR in line with TIA's policy previously mentioned.

3

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

Q2014FTC00049778
Q2017MDL1_00025795

Representatives of U.S. government agencies have in the past found it difficult to submit submission cover sheets purporting to license copyrights because of the absence of copyright in writings produced for the agencies.

## 5.  Dealing with Disclosed or Identified IPR

What is the IPR policy intended to achieve? Allowing the inclusion of essential IPR in a standard permits the selection by the Formulating Group of the best available technology, a clear advantage for the ultimate user.

Requiring reasonable and non-discriminatory (RAND) licenses to all applicants prevents the inclusion of patented technology from resulting in a patent holder securing a monopoly in any market as a result of the standardization process. Thus, licensing offers which defeat this intention are likely to fail the RAND test and do not comply with the Policy. But the precise terms and conditions are left to the parties, or if the parties fail to agree and dispute the reasonable and non-discriminatory character of what the licensor offers, the matter is left to the courts.

The term "non-discriminatory" does not mean or imply that licensing terms must be the same for all applicants. Discrimination and difference are not the same. It is understood that the process of license negotiation and the components of consideration between parties can vary substantially yet be fair. The term "non-discriminatory" implies a standard of even-handedness. An example of conduct that would constitute discrimination is a willingness to license all applicants except for competitors of the licensor.

As noted above, the policy of TIA is to encourage voluntary disclosure of the existence of patents and published patent applications essential to the practice of Normative (a defined term as mentioned below) portions of a standard.

That a party may have a patent or published patent application which is essential (an "Essential Patent" is a defined term) to the practice of a standard may come to the attention of a Formulating Group or TIA staff by voluntary disclosure as encouraged, or by identification by a third party. When this occurs, the identified party will be asked to supply a Patent Holder Statement. The Patent Holder Statement has undergone revisions, some of which are:

- Additional contact information is requested in the boxes at the beginning;
- The statement is limited to the IPR necessary for the practice of *any or all Normative portions* of the standard. The definition of Normative is discussed below.

4

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

Q2014FTC00049779
Q2017MDL1_00025796

- The statement reads as of the date of submittal of the form but is effective only when and if the document is approved as a standard.
- The required commitment is "to license only to the extent necessary for the practice of any or all of the Normative portions of the standard and only for the field of use of practice of the standard." The latter provision makes it clear that a licensor can, by its license grant, restrict deployment of the licensed technology other than for the practice of the standard.
- The commitment as to published patent applications, by virtue of the definitions in the Manual, includes the patents issued thereon whenever issued.
- Essentiality, by virtue of the definitions in the Manual, is limited to <u>claims</u> that are essential.
- The commitment is irrevocable and the Patent Holder undertakes to notify its assignee or transferee of the commitment in the event of a transfer of rights in the relevant patents.
-

If no paragraphs are marked on the Patent Holder Statement, it is taken as a refusal to make any commitment.

## 6. Software Copyrights

The Statements of Policy on the inclusion of software as a Normative element in a standard are based in substantial part on similar discussions that have taken place in the International Telecommunication Union (ITU) Telecommunication Sector Bureau (TSB) Director's Ad Hoc Group. (TIA has participated actively in the Patent Group of ANSI which provided input in the ITU process). This Section notes that inclusion of Software is to be discouraged, but guidance is given to a Formulating Group that decides that software covered by a copyright should be included in such a fashion that the standard cannot be practiced without infringing the copyright.

If the Formulating Group decides to include Software as a Normative element in a standard, the TIA IPR Policy requires that the Software Copyright Holder furnish a Software Copyright Holder Statement in addition to the submission cover sheet with the four required elements. If the Formulating Group so requires, there are other procedures for the inclusion of software including a "Software Evaluation License".

5

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

Q2014FTC00049780
Q2017MDL1_00025797

# EXHIBIT 4

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

# EXHIBIT 5

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED



# Third Generation Partnership Project

# 3GPP

# Working Procedures

## 20 October 2016

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Foreword

These Working Procedures of the Third Generation Partnership Project (3GPP) are effective from 31 December 2014.

An electronic version of these Partnership Project Working Procedures is available from the following address:

http://www.3gpp.org

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

*3*
*Third Generation Partnership Project Working Procedures, 31 December 2014*

# Contents

Foreword ......................................................................................................................................2

SECTION A:        GENERAL ...........................................................................................................7

Article 1:    Description ....................................................................................................................7

Article 2:    Purpose .........................................................................................................................7

Article 3:    Scope and objectives ....................................................................................................7

SECTION B:    PARTICIPATION ...................................................................................................8

Article 4:    Categories .....................................................................................................................8

Article 5:    Partnership ....................................................................................................................8

Article 6:    Organizational Partnership ...........................................................................................8

Article 7:    Market Representation Partnership ..............................................................................9

Article 8:    Individual Membership .................................................................................................9

Article 9:    Termination of Individual Membership ......................................................................10

Article 10:     Observers and Guests.................................................................................................10

SECTION C:    STRUCTURE .........................................................................................................10

Article 11:     Structure of 3GPP ......................................................................................................10

SECTION D:        PARTNERS' COLLECTIVE RESPONSIBILITIES ...........................................10

Article 12:     Organizational Partners' Collective Responsibilities ...............................................10

Article 13:     Collective responsibilities of all Partners .................................................................11

SECTION E:    PROJECT CO-ORDINATION GROUP (PCG)......................................................11

Article 14:     PCG tasks...................................................................................................................11

Article 15:     PCG participation ......................................................................................................12

Article 16:     PCG appointment of Chairman and Vice Chairman..................................................12

Article 17:     PCG Chairman and Vice Chairman Responsibilities ................................................12

Article 18:     PCG meetings ............................................................................................................13

Article 19:     PCG decision making ................................................................................................13

SECTION F:    TECHNICAL SPECIFICATION GROUPS.............................................................13

Article 20:     TSG tasks...................................................................................................................13

Article 21:     TSG participation.......................................................................................................14

Article 22:        TSG and WG election of Chairman and Vice Chairman ......................................14

22.1     TSG elections ...............................................................................................................14

22.2     WG elections ................................................................................................................16

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

*4*
*Third Generation Partnership Project Working Procedures, 31 December 2014*

Article 23:     TSG and WG Chairman and Vice Chairman responsibilities ................................................. 16

Article 24:     TSG and WG Chairman and Vice Chairmen dismissal ...................................................... 17

Article 25:     TSG and WG decision making ........................................................................................ 17

Article 26:     TSG and WG voting during a meeting ............................................................................ 17

Article 27:     TSG or WG voting by correspondence ........................................................................... 18

Article 28:     TSG or WG voting for the election of TSG or WG Chairman and Vice Chairman ............. 18

Article 29:     TSG or WG appeal process ........................................................................................... 18

Article 30:     TSG and WG meetings .................................................................................................. 19

Article 31:     TSG and WG meeting invitation .................................................................................... 19

Article 32:     TSG and WG meeting agenda ....................................................................................... 19

Article 33:     TSG and WG meeting registration ................................................................................ 19

Article 34:     TSG and WG meeting document and file naming .......................................................... 19

Article 35:     TSG and WG Voting Membership List .......................................................................... 20
35.1     Voting list ............................................................................................................................. 20
35.2     On creation of new TSG or WG ............................................................................................ 20
35.3     Established TSGs and WGs .................................................................................................... 21
35.4     Removal from and reinstatement to voting list ...................................................................... 21
35.5     Meetings other than ordinary meetings ................................................................................. 21

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

| Article 36: | TSG Sub Working Groups | 21 |
|---|---|---|
| SECTION G: | WORK PROGRAMME AND TECHNICAL CO-ORDINATION | 22 |
| Article 37: | Work Programme | 22 |
| Article 38: | Work Items | 22 |
| Article 39: | Work Item creation | 22 |
| Article 40: | Work Item adoption by PCG | 22 |
| Article 41: | Work Item stopping | 23 |
| Article 42: | Technical co-ordination | 23 |
| SECTION H: | DELIVERABLES | 23 |
| Article 43: | Deliverable types | 23 |
| Article 44: | Approval process | 23 |
| Article 45: | Drafting rules | 24 |
| Article 46: | Copyright and ownership | 24 |
| Article 47: | Conversion by Organizational Partners | 24 |
| SECTION I: | REPORTING | 24 |
| Article 48: | Chairman's reporting obligations | 24 |
| Article 49: | Changes to structure and officials | 24 |
| Article 50: | Calendar of meetings | 24 |
| SECTION J: | EXTERNAL RELATIONS | 25 |
| Article 51: | Relationship with the ITU | 25 |
| Article 52: | Relations with other groups | 25 |
| SECTION K: | MISCELLANEOUS | 26 |
| Article 53: | Resources | 26 |
| Article 54: | Support Team | 26 |
| Article 55: | Intellectual Property Rights (IPR) Policy | 26 |
| Article 56: | Working language | 26 |
| Article 57: | Duration | 27 |
| Article 58: | Review of activities | 27 |
| Article 59: | Dissolution, winding up | 27 |
| Article 59A: | Exhaustion of appeal procedures | 27 |
| Article 60: | Amendments to 3GPP Working Procedures | 27 |
| Annex A: | Definitions | 28 |
| Annex B: | Abbreviations | 30 |
| Annex C: | Individual member application form | 31 |
| Annex D: | (Void) | 33 |
| Annex E: | Guidance for MRP applicants | 34 |
| E.1 | Introduction | 34 |
| E.2 | Guidance | 34 |

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

*6*
*Third Generation Partnership Project Working Procedures, 31 December 2014*

Annex F:   Guidance on meeting organization ........................................................................... 35
F.1     Meeting classification ......................................................................................... 35
F.2     Ordinary meetings ............................................................................................... 35
F.3     Ad hoc meetings .................................................................................................. 35
F.4     Attendance register .............................................................................................. 36
F.4.1      Face to face meetings ...................................................................................... 36
F.4.2      Electronic meetings ......................................................................................... 36

Annex G:   Working agreements ................................................................................................ 37

Annex H:   Calculation of quorum in TSGs and WGs ............................................................... 38

Annex I:   Change history .......................................................................................................... 39

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# SECTION A:  GENERAL

# Article 1:        Description

The Partnership Project is not a legal entity but is a collaborative activity between the following recognized Standards Development Organizations:

ARIB      (Japan)

CCSA      (China)

ETSI      (Europe)

ATIS      (US)

TTA      (Korea)

TTC      (Japan)

TSDSI    (India)

The Partnership Project is entitled the "THIRD GENERATION PARTNERSHIP PROJECT" and may be known by the acronym "3GPP".

top

# Article 2:        Purpose

The purpose of 3GPP is to prepare, approve and maintain globally applicable Technical Specifications and Technical Reports for

- a 3rd Generation Mobile System based on the evolved GSM core network, and the Universal Terrestrial Radio Access (UTRA),

- further development of radio technologies such as LTE, coupled with evolution of core network elements such as the Evolved Packet Core (EPC),

- continuing evolution of the 2nd generation GSM/EDGE Radio Access Network (GERAN),

to be transposed by the Organizational Partners into appropriate deliverables (e.g., standards).

top

# Article 3:        Scope and objectives

The 3rd Generation Mobile System and its capabilities shall be developed in a phased approach. Initially, 3GPP shall prepare, approve and maintain the necessary set of Technical Specifications and Technical Reports for a 3rd Generation Mobile System including:

- UTRAN (including UTRA; in Frequency Division Duplex (FDD) and Time Division Duplex (TDD) modes);

- 3GPP Core Network (Third Generation networking capabilities evolved from GSM. These capabilities include mobility management, global roaming, and utilisation of relevant Internet Protocols);

- Terminals for access to the above (including specifications for a UIM); and

- System and service aspects.

3GPP shall prepare, approve and maintain the necessary set of Technical Specifications and Technical Reports for:

- the Global System for Mobile communication (GSM) including GSM evolved radio access technologies (e.g., General Packet Radio Service (GPRS) and Enhanced Data rates for GSM Evolution (EDGE)).

3GPP shall consider the long term evolution.

The Technical Specifications and Technical Reports shall be developed in view of global roaming and circulation of terminals.

The set of 3GPP Technical Specifications and Technical Reports for the 3GPP core network and the specifications for the GSM core network should be common to the greatest extent possible and should not be unnecessarily different.

Options in the form of a regulatory requirement particular to one or more regions / nations shall be included in 3GPP specifications.  TSGs should not debate the inclusion or rejection of such options.

The results of the 3GPP work shall form the basis of member contributions to the ITU in accordance with existing procedures.

3GPP shall take account of emerging ITU recommendations on interworking between IMT-2000 family members.

In the framework of agreed relationships, the 3GPP Technical Specifications and Technical Reports will form the basis of standards, or parts of standards, of the Organizational Partners.

top

# SECTION B:  PARTICIPATION

# Article 4:        Categories

Participation in 3GPP shall be classified into one of the following categories:

- Partners;
- Individual Members;
- ITU Representatives;
- Observers;
- Guests.

top

# Article 5:        Partnership

Partners in 3GPP shall be classified into one of the following two categories:

- Organizational Partners;
- Market Representation Partners.

top

# Article 6:        Organizational Partnership

Organizational Partnership is open to any Standards Organization, irrespective of its geographical location, which has:

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

*Third Generation Partnership Project Working Procedures, 31 December 2014*

- a national, regional or other officially recognized status and the capability and authority to define, publish and set standards within the 3GPP scope, in that nation or region;

- an Intellectual Property Rights (IPR) Policy which is compatible with those of the Organizational Partners;

- committed itself to all or part of the 3GPP scope;

- signed the Partnership Project Agreement.

Standards Organizations may apply to become an Organizational Partner by writing to any of the existing Organizational Partners.

top

# Article 7: Market Representation Partnership

The Organizational Partners may invite Market Representation Partners to take part in 3GPP.

An invitation for Market Representation Partnership is open to any organization, irrespective of its geographical location, which:

- has the ability to offer market advice to 3GPP and to bring into 3GPP a consensus view of market requirements (e.g., services, features and functionality) falling within the 3GPP scope;

- does not have the capability and authority to define, publish and set standards within the 3GPP scope, nationally or regionally;

- has committed itself to all or part of the 3GPP scope;

- has signed the Partnership Project Agreement.

Organizations may apply to become Market Representation Partners by writing to any of the existing Partners. Further guidance for MRP applicants can be found in annex E.

top

# Article 8: Individual Membership

Membership in an Organizational Partner is a pre-requisite for Individual Membership of 3GPP. All entities registered as members of an Organizational Partner and eligible for participation in the technical work of that Organizational Partner, can become Individual Members of 3GPP if they are committed to support 3GPP and:

- to contribute technically or otherwise to one or more of the Technical Specification Groups within the 3GPP scope;

- to use the 3GPP results to the extent feasible.

An Individual Member has the right to participate in the work of 3GPP by attending meetings of the Technical Specification Groups and subtending groups.

Applications for Individual Membership of a Technical Specification Group shall be made in writing to the relevant Organizational Partner using the form given at annex C. Applications may also be made on-line using the template available at http://www.3gpp.org.

Individual Members act in 3GPP in their own right and carry the full responsibility for their contributions.

top

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Article 9:        Termination of Individual Membership

Individual Membership of 3GPP may be terminated by dissolution, abolition, resignation or expulsion from the related Organizational Partner.

top

# Article 10:        Observers and Guests

The status of Observer may be granted by the Organizational Partners to an entity which has the qualifications to become a future Partner.

An Observer may send a single representative to an Organizational Partners or PCG meeting. An Observer may also have representatives at TSG meetings. Representatives of Observers may receive documents and contribute documents for information, but shall not submit documents that propose changes to the specifications, reports, work item descriptions, work plan, or any other document under the control of the TSG. Observers shall not take part in decision making or hold any leadership positions.

Additional participation rights of an Observer shall be decided by the Organizational Partners on a case-by-case basis.

The status of Guest may be granted for a limited period, by the Organizational Partners to an entity which has the qualifications to become a future Individual Member. The limited period shall be decided by the Organizational Partners on a case-by-case basis.

A Guest may have representatives at TSG and subtending group meetings. Representatives may receive documents but shall not take part in decision making, participate in discussions, contribute documents, or hold any leadership positions.

top

# SECTION C:  STRUCTURE

# Article 11:        Structure of 3GPP

3GPP shall consist of a Project Co-ordination Group (PCG) and Technical Specification Groups (TSGs). The Technical Specification Groups may establish Working Groups if required.

The Organizational Partners may decide to call a meeting of the full 3GPP membership if required.

top

# SECTION D: PARTNERS' COLLECTIVE RESPONSIBILITIES

# Article 12:        Organizational Partners' Collective Responsibilities

The Organizational Partners shall determine the general policy and strategy of 3GPP.

In addition the Organizational Partners shall perform the following tasks:

- approval and maintenance of the 3GPP scope;

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

- maintenance the Partnership Project Description;

- taking decisions on the creation or cessation of Technical Specification Groups, and approving their scope and terms of reference;

- approval of Organizational Partner funding requirements;

- allocation of human and financial resources provided by the Organizational Partners to the Project Co-ordination Group;

- acting as a body of appeal on procedural matters referred to them;

- conduct compliance training at least annually for elected leadership,  relevant Support Team personnel and interested parties on best practices to follow to

  - avoid issues with respect to antitrust/competition laws and regulations;

  - fulfil his or her leadership or support role with impartiality and in the interests of 3GPP.

top

# Article 13:      Collective responsibilities of all Partners

Organizational Partners and Market Representation Partners shall perform the following tasks:

- maintenance of the Partnership Project Agreement;

- approval of applications for 3GPP partnership;

- taking decisions relating to the dissolution of 3GPP.

top

# SECTION E:  PROJECT CO-ORDINATION GROUP (PCG)

# Article 14:      PCG tasks

The PCG shall perform the following tasks:

- appointment of PCG Chairman and Vice Chairmen;

- allocation of human and financial resources provided by Organizational Partners to TSGs;

- allocation of voluntary human and financial resources provided by Market Representation Partners and Individual Members;

- management of the 3GPP Support Team;

- handling of appeals from Individual Members on procedural matters referred to them;

- propose and approve modifications to the Partnership Project Working Procedures;

- handling of appeals from Individual Members on technical matters referred to them;

- determination of the overall time frame and manage overall work progress;

- final adoption of new and stopped work items proposed by the TSGs within the agreed 3GPP scope and objectives;

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

- when a work item is outside the scope of the 3GPP, and where a common global solution is desired, recommend how to achieve a global solution;

- appointment or dismissal of TSG Chairmen and Vice Chairmen, as proposed by TSGs based on election results. (The proposed candidate shall be appointed unless there are extraordinary reasons that prevent such an appointment, e.g., severe company or geographical imbalance within 3GPP. In such cases the TSG shall be requested to elect an alternative candidate. The decision not to appoint a candidate shall be made by consensus.);

- authorizing requests from the TSGs for approval to liaise with external organizations, and maintain a list of approved requests;

- maintenance of the register of Individual Members eligible to participate in 3GPP;

- maintenance of the register of IPR declarations relevant to 3GPP, received by the Organizational Partners.

The PCG may decide to call a meeting of the full 3GPP membership if required.

top

# Article 15:      PCG participation

The following shall have a right to participate in the PCG:

- Typically, a maximum of five representatives of each Organizational Partner (not counting the Chairman and Vice-Chairmen);

- A maximum of three representatives of each Market Representation Partner. (MRPs are however urged to limit their participation to one representative wherever possible.);

- The Chairmen and Vice Chairmen of the TSGs as ex-officio members;

- A maximum of three ITU representatives;

- One representative of each Observer.

top

# Article 16:      PCG appointment of Chairman and Vice Chairman

The PCG shall appoint their Chairman and Vice Chairmen from amongst the Organizational Partner representatives.

The Chairman and Vice Chairmen shall be appointed for a one year term of office.

The Chairman and Vice Chairmen shall normally serve one term of office. If no other candidates are available, the Chairman or Vice Chairmen may be appointed for a further term.

Successive Chairmen and Vice Chairmen should not be from the same Organizational Partner, the same region or from the same group of companies, unless no other candidate is available.

top

# Article 17:      PCG Chairman and Vice Chairman Responsibilities

The PCG Chairman is responsible for the overall management of the co-ordination work within 3GPP.

The Chairman has the overall responsibility to ensure that the Partnership Project Agreement, Partnership Project Description and Partnership Project Working Procedures are followed.

The Chairman may nominate officials to assist in the work.

The Chairman may be assisted by the Support Team.

The Chairman may delegate tasks to the Vice Chairmen.

In performing their leadership role, the Chairman and Vice Chairmen shall maintain impartiality and act in the interests of 3GPP.

At the commencement of each meeting of the PCG, the group shall be reminded that:

(i) compliance with all applicable antitrust and competition laws is required; and

(ii) the leadership will conduct the meeting with impartiality and in the interests of 3GPP.

top

# Article 18:     PCG meetings

A meeting of the PCG shall be held at least twice per year.

At least thirty days before the due date, a calling notice, draft agenda and supporting documents shall be issued.

top

# Article 19:     PCG decision making

In any meeting of the PCG, the quorum required for decision making shall be 50% of the total number of Organizational Partners. Proxies shall not be permitted.

The PCG shall endeavour to reach consensus on all issues.  The views and opinions of the Market Representation Partners and the Chairmen and Vice Chairmen of the TSGs shall be taken into account during the consensus building process. If consensus cannot be achieved, the Chairman can decide to take a vote. The vote may exceptionally be performed by a secret ballot if decided by the PCG.

Each Organizational Partner shall have one vote. A proposal shall be deemed to be approved if 71% of the votes cast are in favour. Abstentions or failure to submit a vote shall not be included in determining the number of votes cast.

top

# SECTION F:  TECHNICAL SPECIFICATION GROUPS

# Article 20:     TSG tasks

The TSGs shall prepare, approve and maintain the 3GPP Technical Specifications and Technical Reports taking into account the market requirements provided by Market Representation Partners.

The TSGs shall also perform the following tasks:

- Propose to the PCG for appointment TSG Chairman and Vice Chairmen based on election results;

- Creation of TSG Working Groups and approval of their terms of reference;

- When a new Working Group is created, the appointment of TSG Working Group Convenor;

- Allocation of resources within the TSG;

- Allocation of voluntary human and financial resources provided by Market Representation Partners and Individual Members;

- Handling of appeals from Individual Members on technical matters;

- Preparation of a detailed time frame and management of detailed work progress;

- Management of work items;

- Technical Co-ordination;

- Proposal and approval of work items within the agreed scope and terms of reference of the TSG;

- Where a work item is outside the scope of the 3GPP, but a common global solution is desired, recommend an approach to the PCG;

- Assignment of work to Partners. (Specification development may be accomplished using various methods, including the assignment of work to Partners.);

- Maintenance of the list of Individual Members eligible to vote within the TSG (Voting Members).

*top*

# Article 21:     TSG participation

The following shall have a right to participate in the TSGs:

- Representatives of members of participating Organizational Partners (i.e. Individual Members);

- Representatives of Organizational Partners;

- Representatives of Market Representation Partners;

- Representatives of Observers;

- Representatives of Guests.

*top*

# Article 22:     TSG and WG election of Chairman and Vice Chairman

## 22.1          TSG elections

Regular TSG elections shall be held every two years in the first semester of odd numbered years.

The TSG Chairman and Vice Chairmen shall be elected by the Technical Specification Group from amongst the Individual Member representatives. Each TSG shall elect a maximum of three Vice Chairmen.

A candidate for election to a TSG Chairman or Vice Chairman position shall provide a letter of support from the Individual Member that he/she represents. The support letter from the Individual Member shall indicate that the candidate will avail or has availed themselves of 3GPP supplied antitrust and competition law training in order to comply with all applicable antitrust/competition laws and regulations while acting in his or her capacity as TSG Chairman or Vice Chairman.

Nominations may be made up to the point when an election takes place.

The Chairman and the Vice Chairmen shall be elected for a two year term of office. The Chairman and Vice Chairmen may offer themselves for election for a second consecutive term. The term "consecutive" is taken to mean terms one after the other without another person being elected to the position in the interim.  Exceptionally, they may offer themselves for further consecutive terms, subject to the following:

- A two week deadline that expires at noon Central European Time on the Friday which falls between 20 and 14 days prior to the first day of the meeting at which elections are due to be held shall be established.

- A Chairman is not permitted to stand for another consecutive term if another candidate is announced via the 3GPP web site or via the relevant 3GPP email reflector prior to this deadline.

- A Chairman is not permitted to stand for another consecutive term until after this deadline.

- A Vice Chairman is not permitted to stand for another consecutive term in a Vice Chairman position for which there is a candidate announced via the 3GPP web site or via the relevant 3GPP email reflector prior to this deadline.

- A Vice Chairman is not permitted to stand for another consecutive term until after this deadline.  If, by the deadline, the number of candidatures is less than the number of Vice Chairman positions, then any incumbent Vice Chairman may put forward his candidature.

There is no restriction on a Vice Chairman whose term of office is due to expire offering himself for the position of Chairman; neither is there any restriction on a Chairman whose term of office is due to expire offering himself as a Vice Chairman.  There is no restriction of a retiring Chairman or Vice Chairman of one TSG offering himself for election as either Chairman or Vice Chairman of any other TSG (or WG).

Should the office of Chairman or Vice Chairman of a TSG become vacant for reasons other than expiration of term of office, a special election shall be conducted to fill the unexpired term. This special election shall be conducted at a meeting of the TSG, and shall be announced in the agenda according to the provisions of article 32.

When such a special election is held to fill the office of Chairman, and one or more of the Vice Chairmen of the TSG intends to stand for election to that position, the announcement shall also indicate that there will be an election to fill the position of Vice Chairman in the event that a Vice Chairman be elected to the office of Chairman. If at the special election the Vice Chairman is elected to the office of Chairman, that individual shall become Chairman immediately, and, the position of Vice Chairman thus being vacant, an election shall be held for the office of Vice Chairman.

Similarly, if an incumbent Chairman intends to stand for election to the position of Vice Chairman, the same applies, with the necessary changes to the text above.

If a Chairman or Vice Chairman changes the Individual Member that he/she represents (e.g., job change, merger or acquisition) during his/her term of office, a new letter of support shall be provided. In order to provide a new letter of support, a Chairman or Vice Chairman may request a grace period allowing their term to be extended the lesser of 6 weeks or until the day before the next scheduled regular term (e.g., every 2 years) election. Although the term is extended, under the rules of article 22, the chair or vice-chair can only chair meetings when representing an Individual Member.  This rule continues to apply during the grace period. If the change of company affiliation is due to a move to another company, then the decision for the Chairman or Vice Chairman to continue in office to the end of the present term shall be made by consensus of the TSG. If consensus cannot be achieved, a special election shall be held for the office. The incumbent Chairman or Vice Chairman is permitted to offer their candidacy in a special election even if they have held the position for 2 terms or more.

The term of office for a Chairman or Vice Chairman elected at a special election is a partial term lasting until the end of the current term. If a new Chairman or Vice Chairman is elected at a special election then the partial term of office does not count towards the two consecutive term limit. If the previous Chairman or Vice Chairman is re-elected at a special election then the entire term (of two parts) is considered as a single term and does count towards the two consecutive term limit.

Chairman and Vice Chairmen should not be from the same region, Organizational Partner, or from the same group of companies, unless no other candidate is available.

Successive Chairmen should not be from the same Organizational Partner, the same region or from the same group of companies, unless no other candidate is available. This does not apply to special elections or to regular elections for a second or subsequent consecutive term of office .

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

When a new TSG is established, the Organizational Partners shall appoint a convenor for the first two TSG meetings. The election for TSG Chairman and Vice Chairmen shall take place at the second TSG meeting. If the election takes place other than at the normal time for TSG elections (see above), the elected Chairman and Vice Chairman shall serve until the next regular TSG election. This partial term of office does not count towards the two consecutive term limit. The provisions of this paragraph may be overridden by consensus of the PCG where a new TSG is formed by the merger of existing TSGs; under these circumstances, the PCG shall establish a set of ad hoc rules for the creation of the new TSG.

Following election by the TSG, the TSG Chairman and Vice Chairmen shall be appointed by the PCG on the proposal of the TSG.

top

## 22.2        WG elections

The provisions concerning the election of WG Chairmen and Vice Chairmen shall be as for TSG Chairmen and Vice Chairmen as defined in 22.1 above, changing TSG to WG wherever TSG is mentioned, with the following differences.

Each WG shall elect a maximum of two Vice Chairmen.

WG elections shall be held when the corresponding terms of office expire or when an existing Chairman or Vice Chairman resigns.  WG elections need not be synchronized within the WG (i.e. elections for Chairman and each Vice Chairman may occur at different times), across different WGs of the same or other TSGs, nor with the regular TSG elections.

WG Chairmen and Vice Chairmen are always elected for a period of two years (and not, as is the case with special elections in TSGs, for the unexpired period of the present term of office). An exception to this is where the previous Chairman or Vice Chairman is re-elected in the special election. In this case the Chairman or Vice Chairman continues for the unexpired period of the present term of office.

   Note:     For this reason, elections for WG Chairmen and Vice Chairmen are likely to become spread over a period of time, rather than being grouped like the TSGs' regular elections.

When a new WG is established, the parent TSG is responsible for appointing a convenor for the first two meetings.

Following election by the WG, the Chairman and Vice Chairman hold office immediately, without need of appointment by TSG or PCG.

top

## Article 23:      TSG and WG Chairman and Vice Chairman responsibilities

The TSG Chairman is responsible for the overall management of the technical work within the TSG and its Working Groups. The Chairman has an overall responsibility to ensure that the activities of the TSG follow the Partnership Project Working Procedures.

The WG Chairman is responsible for the overall management of the technical work within the WG and its sub-groups.

The Chairman may nominate officials to assist in the work.

The Chairman may delegate tasks to the Vice Chairmen.

The Chairman may be assisted by the Support Team.

The Chairman shall form a Management Team, including the Vice Chairmen and Support Team, in order to assist in discharging his duties.

Recognizing the need to balance the requirement of rapid specification development with the limited resources of delegates, the Chairman should encourage a minimum number of meetings, especially parallel meetings, and maximize the use of electronic means to advance the work.

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

In performing their leadership role, the Chairman and Vice Chairmen shall maintain impartiality and act in the interests of 3GPP.

At the commencement of each meeting of a TSG or WG, the group shall be reminded that:

(i) compliance with all applicable antitrust and competition laws is required;

(ii) timely submissions of work items in advance of TSG or WG meetings are important to allow for full and fair consideration of such matters; and

(iii) the leadership will conduct the meeting with impartiality and in the interests of 3GPP.

top

# Article 24:   TSG and WG Chairman and Vice Chairmen dismissal

A secret ballot shall be taken for the proposal to dismiss a TSG or WG Chairman or Vice Chairman because of a failure to effectively perform their duties, if requested by 30% of the TSG or WG membership list. 71% of the votes cast are required to recommend dismissal.

The PCG shall dismiss a Chairman or Vice Chairman on the proposal of the TSG.

top

# Article 25:   TSG and WG decision making

TSGs and WGs shall endeavour to reach consensus on all issues, including decisions on Technical Specifications and Technical Reports. Informal methods of reaching consensus are encouraged (e.g., a show of hands). If consensus cannot be achieved, the Chairman can decide to take a vote. The vote may exceptionally be performed by a secret ballot if decided by the TSG or WG. A vote may be conducted during a TSG or WG meeting or by correspondence.

A proposal shall be deemed to be approved if 71% of the votes cast are in favour. Abstentions or failure to submit a vote shall not be included in determining the number of votes cast.

It is the responsibility of the Chairman to ensure that questions to be voted upon are phrased in a positive yes/no manner, with 71% required to approve the question. Questions should not be phrased as the TSG shall not do something. Examples of appropriate questions are; Shall the TSG approve the Specification and send it to the SDOs? Shall the liaison be approved? Shall the new WI be approved? Shall the existing WI be stopped? If the issue is to choose option A or B, the question should be split into two questions, with the Chairman selecting the order. First, shall the TSG take option A as the way forward? If this question fails the second question is, shall the TSG take option B as the way forward?

Contributions on which decisions will be based should be made available in good time before each meeting. TSGs may establish informal guidelines for dealing with late contributions.

Working Agreements may be used to establish tentative agreements in cases where consensus cannot be obtained.  The working agreement process is described in annex G.

top

# Article 26:   TSG and WG voting during a meeting

The following procedures apply for voting during a TSG or WG meeting:

- before voting, a clear definition of the issues shall be provided by the Chairman;

- Voting Members shall only be entitled to one vote;

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

- if a Voting Member has more than one representative present, only one representative may vote;
- each Voting Member may only cast the vote once;
- each Voting Member may carry proxy votes for up to five other Voting Members. All proxy votes shall be accompanied by a letter of authority from the authorising Voting Member. Proxies will not be taken into account when determining the quorum;
- the quorum required for voting during a TSG or WG meeting shall be 30% of the total number of Voting Member companies on the TSG or WG voting list;
- the result of the vote shall be recorded in the meeting report.

For the determination of the quorum, see annex H.

top

# Article 27:     TSG or WG voting by correspondence

The following procedures apply for voting by correspondence:

- before voting, a clear definition of the issues shall be provided by the Chairman and disseminated to all on the TSG or WG membership list;
- Voting Members shall only be entitled to one vote;
- each Voting Member may only cast the vote once within the voting period;
- the voting period shall be 30 days;
- there are no quorum requirements;
- The result of the vote should be disseminated to the TSG or WG.

- top

# Article 28:     TSG or WG voting for the election of TSG or WG Chairman and Vice Chairman

In the case where there is more than one candidate for TSG or WG Chairman or Vice Chairman, a secret ballot shall be used. For interpreting the result of the secret ballot the following procedure shall apply:

When, in the first ballot, no candidate has obtained 71% of the votes cast, a second ballot shall be held. In the second ballot, in cases where there are only two candidates, the candidate obtaining the higher number of votes is elected. In cases where there are more than two candidates, if none of them has obtained 71% of the votes, a third and final ballot shall be held among the two candidates who have obtained the highest number of votes in the second ballot. The candidate obtaining the higher number of votes in the third ballot is then elected.

The TSG or WG Chairman shall be responsible for the voting process and shall ensure that confidentiality is maintained.

top

# Article 29:     TSG or WG appeal process

An Individual Member of 3GPP who opposes a Chairman's ruling on a vote taken within a TSG or WG may submit its case to the PCG for decision. In such cases the Individual Member shall also inform the relevant TSG or WG Chairman.

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

When a TSG or WG Chairman has made a ruling, his decision shall be taken as the basis for future operations, unless or until overturned by the PCG.

If an Individual Member in a TSG or WG believes that a Chairman or Vice Chairman of any such group is acting without impartiality and not in the interests of 3GPP, such Individual Member may object to such actions within the relevant group, and may request that such objection be recorded in the minutes of the applicable group meeting and it shall be so recorded. The objecting Individual Member may ultimately take its objection to the PCG for consideration. In such cases the Individual Member shall also inform the relevant TSG or WG Chairman.

top

# Article 30:      TSG and WG meetings

TSGs and WGs shall meet as necessary to complete their work within the prescribed timeframe. TSGs should endeavour to hold their meetings at the same time and place to assist in the overall co-ordination of the work.

Meeting locations should reflect the geographical diversity of the TSG and WG delegates.

Further information on meetings is given in annex F.

top

# Article 31:      TSG and WG meeting invitation

The invitation to a TSG or WG meeting and the necessary logistical information should be disseminated as soon as practically possible, taking into account the need to obtain travel documentation. It shall be disseminated at least 28 days before the meeting to all on the TSG or WG membership list.

top

# Article 32:      TSG and WG meeting agenda

The draft agenda for a TSG or WG meeting shall be disseminated by the responsible Chairman to all on the TSG or WG membership list at least 21 days before a meeting. The draft agenda should indicate subject matters where voting may be required. The draft agenda shall indicate elections to be held (including known candidates).

top

# Article 33:      TSG and WG meeting registration

Every delegate shall register on arrival at each TSG or WG meeting. Each delegate who represents an Individual Member shall declare the precise name of that Individual Member. A delegate may only register to represent one Individual Member.

top

# Article 34:      TSG and WG meeting document and file naming

Documents for a TSG or WG meeting shall follow a consistent numbering system as shown in the following example:

**xminnzzzz**

This numbering system has six logical elements:

1) **x**:  a single letter corresponding to the TSG;

where x :  **R** (Radio Access Network)

**N** (Core Network) [TSG closed March 2005]

**S** (Service and System Aspects)

**T** (Terminals) [TSG closed March 2005]

**G** (GSM/EDGE Radio Access Network)

**C** (Core network and Terminals)

2) **m**  A single character corresponding to the Working Group identity  (typically 1, 2, 3, etc) or, in the case of the TSG itself, the letter "**P**".

3) **i**: Normally the hyphen character "-".  May take on other values depending on the nature of the meeting at which the document is presented, eg the identity of a subgroup.

4) **nn**:  two digits to indicate the year, i.e. 99, 00, 01, etc;

5) **zzzz**:  unique number of the document

No provision is made for the use of revision numbers. Documents which are a revision of a previous version should indicate the document number of that previous version.

The filename of documents shall be the document number.  Documents may be compressed to .Zip files (and thus bear a file extension ".zip").  For example, document **S1-060357** will be contained in file **S1-060357.zip**.

top

# Article 35:    TSG and WG Voting Membership List

## 35.1    Voting list

Each TSG and WG shall maintain a list of Individual Members eligible to vote in that group.

The voting list shall be used to establish quorum and for determining those eligible to take part in a vote.

NOTE 1:  The term "membership list" has no particular significance in the context of TSG and WG meetings. The term "attendance list" is used for a list of individuals who attend a given meeting representing an Individual Member or other entity entitled to participate in meetings – see annex F.

For the determination of the quorum, see annex H.

top

## 35.2    On creation of new TSG or WG

When a new TSG or WG is formed an Individual Member is added to the voting list at the first meeting at which it is represented, and may vote at the second meeting where it is represented.

Exceptionally, if inadequate notice (less than the period of time given in article 31) had been given for the first meeting of the new group, an Individual Member shall be added to the voting list on its delegate's attending the second meeting (the election meeting) and vote at that meeting even if it had not been represented at the group's first meeting.

Only an Individual Member that had been represented at the group's first meeting may provide a proxy for the second meeting.

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

top

## 35.3          Established TSGs and WGs

To qualify for the voting list it is necessary for at least one delegate of an Individual Member to attend at least two meetings of the group concerned, without being removed according to the provisions of article 35.4..

An Individual Member having been represented at at least two ordinary meetings of the group has the right to cast a vote by proxy (see article 26).  Thus an Individual Member may not cast a vote by proxy during a meeting at which it is not represented unless it had already been represented at two or more qualifying meetings of the group.

top

## 35.4          Removal from and reinstatement to voting list

An Individual Member which is not represented at three consecutive meetings of the TSG or WG shall be removed from the voting list.

The right to vote is reinstated at the second meeting which a delegate of the Individual Member attends without missing the number of consecutive meetings mentioned in the previous paragraph (but see article 35.3 for eligibility to cast a proxy vote).

EXAMPLE 1:    If Individual Member Z is represented at meeting K and K+3 (and is thus eligible to vote) but is not represented at meetings K+4, K+5 and K+6, it is removed from the voting list.

EXAMPLE 2:    If Individual Member X, not previously having been represented at a meeting of the group, is represented at meetings N and N+3, it may cast a vote at meeting N+3.

NOTE:    Individual Member X might choose to cast a vote by proxy at meeting N+3, even though its delegate is physically present. This is sometimes useful for coordinating company positions where one large company has several Individual Memberships, possibly via several different Organizational Partners.

EXAMPLE 3:    If Individual Member Y, not previously having been represented at a meeting of the group, is represented at meeting N only, it may not cast a vote by proxy at meeting N+2.

top

## 35.5          Meetings other than ordinary meetings

Any group that wants to call an electronic meeting (audio, video, document distribution by posting or e-mail, etc) may do so, although this works best with smaller groups. Therefore, <u>all</u> electronic meetings are allowed but only ordinary meetings (see annex F) count towards attendance. However, if a meeting is designated as face-to-face, provision of bridge and speakerphone capabilities for those requesting it would be at the discretion of the host. Those participating by speakerphone are not to be counted toward quorum or attendance, and are not allowed to vote.

For the determination of the quorum, see annex H.

top

# Article 36:     TSG Sub Working Groups

A Working Group may establish a Sub Working Group (SWG) with defined Terms of Reference. The Working Group shall appoint a SWG Chairman. The SWG shall work by consensus. The meeting notice requirements for a SWG meeting are the same as for TSGs and WGs.

top

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# SECTION G: WORK PROGRAMME AND TECHNICAL CO-ORDINATION

## Article 37:    Work Programme

The 3GPP Work Programme shall consist of Work Items defined by the TSGs.

top

## Article 38:    Work Items

A 3GPP Work Item is a specification task defined in terms of the following principal parameters:

- title;

- intended output (i.e. Technical Specifications or Technical Reports);

- impact on other Technical Specifications and Technical Reports;

- technical scope, including the field of application of the intended output;

- impact on other 3GPP Work Items;

- the schedule of tasks to be performed;

- the identities of the supporting Individual Members;

- the identity of the Work Item Rapporteurs.

- top

## Article 39:    Work Item creation

Each proposed new Work Item shall be supported by at least four Individual Members, and their names shall be recorded in the Work Item definition prepared for the TSG approval. One or more persons shall be named as Rapporteur for the proposed Work Item, and the Rapporteur shall act as the prime contact point on technical matters and for information on progress throughout the drafting phases. The supporting Individual Members are expected to contribute to and progress the new work item throughout the drafting phases.

In addition to the above, TSGs shall approve new Work Items, giving all essential parameters. The proposal shall be entered into the 3GPP work programme, clearly marked as a new entry, for which a unique reference identity shall be allocated.

top

## Article 40:    Work Item adoption by PCG

The 3GPP work programme shall be made available to all Individual Members. A new Work Item shall remain flagged as "new" until the end of the month following the month during which the 3GPP work item was entered into the 3GPP work programme. A new Work Item shall be adopted by the PCG unless a substantial objection is received from an Individual Member or Partner during this period. At the end of the period, the "new" flag shall be removed (even if there is an objection) and it is the responsibility of any objecting Individual Member or Partner to discuss their objections with the TSG Chairman. If it is not possible to resolve the objection, it is the responsibility of the Individual Member or Partner to raise the issue with the PCG.

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

The TSGs shall ensure that the 3GPP Work Item details are maintained at regular intervals.

top

# Article 41:    Work Item stopping

Prior to completion of the intended 3GPP output, the responsible TSG may conclude that a Work Item is no longer required. Any Work Item shall automatically be considered by a TSG for stopping, if no progress has been achieved in a given period of time, typically six months, e.g. due to a lack of contribution. In such cases, the Work Item shall be flagged as "stopped" in the Work Programme. The proposal to stop a Work Item shall be fully justified.

The Work Programme shall be updated accordingly, and shall show the Work Item as "stopped" until the end of the month following the month during which the Work Item was initially flagged.

The Work Item will be stopped by the PCG unless substantial objection is received from an Individual Member during this period. It is the responsibility of any objecting Individual Member to discuss their objections with the TSG Chairman. If it is not possible to resolve the objection, it is the responsibility of the Individual Member to raise the issue with the PCG.

top

# Article 42:    Technical co-ordination

The PCG shall be responsible for determining the overall time frame and for managing the overall work progress. The System Aspects TSG shall have a particular responsibility for the technical co-ordination of work being undertaken within 3GPP, and for overall system architecture and system integrity. Problems encountered in performing this technical co-ordination role shall be reported immediately to the PCG.

top

# SECTION H:  DELIVERABLES

# Article 43:    Deliverable types

3GPP shall prepare, approve and maintain documents known as Technical Specifications and Technical Reports. Such documents shall be drawn up by the TSGs and shall, following approval at that level, be submitted to the participating Organizational Partners to be submitted to their respective standardization processes.

top

# Article 44:    Approval process

Approval of Technical Specifications and Technical reports by a TSG shall normally be by consensus.

Where consensus cannot be achieved in the TSG a vote may be taken.

When Technical Specifications and Technical Reports become sufficiently stable, they shall be put under change control of the relevant TSG. The further elaboration of these Technical Specifications and Technical Reports shall be achieved by change requests to be approved by the TSG.

top

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Article 45:   Drafting rules

The Technical Specifications and Technical Reports drafted by the TSGs shall follow the 3GPP drafting rules, using document processing facilities, format, languages and notations agreed by the Organizational Partners, and on a medium suited for electronic document handling and publishing.

top

# Article 46:   Copyright and ownership

The Organizational Partners will have joint ownership (including copyright) of the Technical Specifications and Technical Reports produced by 3GPP.

top

# Article 47:   Conversion by Organizational Partners

Organizational Partners shall use their best endeavours to convert the Technical Specifications and Technical Reports approved by the Partnership Project into national/regional deliverables in a timely manner through their normal processes.

The Organizational Partners are urged not to change the technical parts of the Technical Specifications and Technical Reports; they may add non-technical parts required by their own deliverable schemes and they may add descriptions of options selected.

Organizational Partners should ensure that all unresolved comments raised during their public enquiry and approval phases are delivered to the appropriate TSG.

top

# SECTION I:   REPORTING

# Article 48:   Chairman's reporting obligations

A report shall be prepared by the Chairman following all PCG and TSG meetings.

top

# Article 49:   Changes to structure and officials

The Chairman of each TSG shall inform the PCG of all organizational changes concerning Working Groups and their officials. An up to date record of the 3GPP structure shall be maintained.

top

# Article 50:   Calendar of meetings

The PCG and TSGs shall maintain an up to date calendar of the dates and venues for future meetings.

top

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# SECTION J:   EXTERNAL RELATIONS

# Article 51:        Relationship with the ITU

3GPP results should be submitted to the ITU as appropriate.

For working groups, the following handling of communications toward ITU shall apply:

1   Working groups shall send ITU submissions which are destined to become part of ITU deliverables to their parent TSG for review.

2   Working group communications towards the ITU which are NOT destined to become part of an ITU deliverable must be reviewed by the TSG chairman and the appropriate ITU sector convener (if one exists for the given ITU sector).  The working group's TSG chairman and ITU sector convener will determine if such a communication should be sent to the parent TSG for review.  If for some reason either the TSG chairman or ITU sector convener is not available, then it is sufficient for the remaining person to review the document and determine if it should be escalated to the TSG or not.

3   If the working group communication does not require TSG review, then it shall be conveyed to the ITU from the WG using one of the mechanisms described below.

For TSGs, the following handling of communications toward ITU shall apply:

1   TSGs shall send ITU submissions which are destined to become part of ITU deliverables to the PCG for review.

2   TSGs communications towards the ITU which are deemed sensitive by the TSG shall be sent to the PCG for review.

3   If the TSG does not judge the communication as sensitive, then it shall be conveyed to the ITU from the WG using one of the mechanisms described below.

To convey a communications towards the ITU, one of the following mechanisms shall be used based upon determination of the sending body (a body may determine a default mechanism).

a)   The communication shall be sent from the OPs as a deliverable from their organizations (applicable to PCG reviewed communications only)

b)   The communication shall be made by Individual Members who are also members of the ITU. In such a circumstance, the appropriate ITU sector convener will coordinate and handle the administrative matters for the submission.  3GPP Technical Specifications and Technical Reports may be taken as the technical content of such contributions (applicable to PCG reviewed communications or TSG reviewed communications).

c)   The communication shall be sent directly from the 3GPP liaison coordinator to the appropriate ITU receiver in the ITU (applicable to TSG reviewed communications or WG reviewed communications).

Representatives of ITU-D, ITU-R and ITU-T are invited to participate in the Project Coordination Group for the efficient coordination and exchange of information.

top

# Article 52:        Relations with other groups

TSGs and WGs are encouraged to liaise directly with the relevant technical bodies within the 3GPP and Partners as appropriate.

A liaison statement shall clearly communicate what is expected from the receiver, i.e., which parts are for information, which questions are expected to be clarified and by whom (especially if there are multiple receivers), and also when an answer is needed, e.g., when is the next meeting of the group sending the liaison statement.

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

A TSG or any subtending Working Group may send individual liaisons to any external organization (other than ITU) without PCG approval, except if the statement is considered sensitive by the TSG Chairman, in which case PCG clearance is needed.

It is not necessary to have all external liaisons copied to the PCG and/or TSG SA. The liaison originating TSG should decide, at its own discretion, which should be copied. External liaisons that may have management implications such as schedules, organization, process, procedures, and policy shall be copied to the PCG, or approved by the PCG if sensitive.

Relations with the ITU are described in article 51.

top

# SECTION K:  MISCELLANEOUS

# Article 53:       Resources

The resources for the operation of 3GPP shall be managed by the Organizational Partners. The resources are allocated to the TSGs by the PCG.

top

# Article 54:       Support Team

The Partners shall provide logistical support to, and assist in the operation of, 3GPP. The support shall be in the form of a Support Team which shall operate under the overall management of the PCG and the day to day management of TSGs.

top

# Article 55:       Intellectual Property Rights (IPR) Policy

Individual Members shall be bound by the IPR Policy of their respective Organizational Partner.

Individual Members should declare at the earliest opportunity, any IPRs which they believe to be essential, or potentially essential, to any work ongoing within 3GPP. Declarations should be made by Individual Members to their respective Organizational Partners.

Organizational Partners should encourage their respective members to grant licences on fair, reasonable terms and conditions and on a non-discriminatory basis.

The PCG shall maintain a register of IPR declarations relevant to 3GPP, received by the Organizational Partners.

top

# Article 56:       Working language

The working language for 3GPP shall be English.

Meetings of the PCG and TSGs shall be conducted in English.

3GPP Technical Specifications and Technical Reports shall be prepared in English (as defined by the Shorter Oxford English Dictionary).

top

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Article 57:      Duration

3GPP shall be task oriented and on completion of the tasks the future of 3GPP shall be re-considered. The continuation of 3GPP shall therefore be confirmed by the Organizational Partners on an annual basis.

top

# Article 58:      Review of activities

An evaluation of the activities of 3GPP should be made by the Organizational Partners at regular intervals.

top

# Article 59:      Dissolution, winding up

In the event of a voluntary dissolution of 3GPP, the Partners shall determine the terms of liquidation by consensus. All issues shall be documented and distributed at least 30 days prior to decisions being made.

top

# Article 59A:      Exhaustion of appeal procedures

In connection with any claim or dispute of an Individual Member arising from or relating to any activity of any 3GPP meeting or action, including in connection with a TSG or WG meeting, such Individual Member shall, prior to commencing any such legal proceeding against 3GPP, its leadership, support staff, or one or more Organizational Partners in a court, an arbitral panel or other adjudicatory body, exhaust all appeal procedures provided in the 3GPP Working Procedures. Exhaustion of appeal procedures shall be diligently expedited by both the appealing party and the appeal body.

top

# Article 60:      Amendments to 3GPP Working Procedures

These Partnership Project Working Procedures may only be amended by decision taken by the PCG.

top

# Annex A:        Definitions

| | |
|---|---|
| Consensus: | General agreement, characterized by the absence of sustained opposition to substantial issues by any important part of the concerned interest and by a process that involves seeking to take into account the views of all parties concerned and to reconcile any conflicting arguments. (Note: consensus need not imply unanimity). |
| Conversion: | The transformation of a 3GPP output document into an Organizational Partners deliverable following the Organizational Partners' recognized processes. |
| Delegate: | An individual taking part in a TSG/WG meeting physically or by electronic means. |
| Drafting Rules: | A document approved by the Organizational Partners providing rules for the drafting of 3GPP Technical Specifications and Technical Reports. |
| Election: | The voting process used to identify an individual from a number of individuals. |
| Guest: | An entity fulfilling the criteria to become a future Individual Member, which has been granted temporary participation rights in the 3GPP |
| Individual Member: | A member of an Organizational Partner having participation rights within that Organizational Partner and which has registered to take part in 3GPP. |
| ITU Representative | Representatives of ITU-D, ITU-R and ITU-T invited to participate in the Project Coordination Group for the efficient coordination and exchange of information. |
| Leadership: | A Chairman, Vice-Chairman, or Convenor of an OP/PCG/TSG/WG/SWG/Ad-Hoc or any other 3GPP meeting. |
| Market Representation Partner: | A Partner invited by the Organizational Partners to participate in 3GPP to offer advice and to bring into 3GPP a consensus view of market requirements. |
| Observer: | An Organization fulfilling the criteria to become a future Partner which has been granted temporary participation rights in 3GPP. |
| Organizational Partner: | A recognized Standards Organization which has been accepted as a Partner in 3GPP. |
| Partner: | An Organizational Partner or a Market Representation Partner of 3GPP. |
| Partnership Project Agreement: | The document signed by 3GPP Partners defining their rights and obligations. |
| Partnership Project Description: | A document which describes the overall structure and operation of 3GPP. |
| Represent: | Attend on behalf of. A person who attends a meeting on behalf of an Individual Member represents that Individual Member. The person is not necessarily employed by that Individual Member, but may be, for example, employed by a subsidiary company in the same group as the represented Individual Member; or the person may be an independent consultant under contract to the Individual Member. "Representation" sometimes influences the eligibility to vote – see article 35 and annexes A and F. |
| Sub Working Group | A subordinate body of a Working Group. |
| Support Team: | A number of persons dedicated to support 3GPP. |
| Technical Report: | A 3GPP output document containing mainly informative elements approved by a Technical Specification Group. |
| Technical Specification: | A 3GPP output document containing normative provisions approved by a Technical Specification Group. |
| Voting Member | An Individual Member who has voting rights within a TSG/WG. |
| Work Item: | The documented record of a specific technical activity of 3GPP. |
| Work Programme: | The documented record of the all technical activities of 3GPP. |

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

*29*
*Third Generation Partnership Project Working Procedures, 31 December 2014*

Working Group:                A subordinate body of a Technical Specification Group.

top

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

*30*
*Third Generation Partnership Project Working Procedures, 31 December 2014*

# Annex B:        Abbreviations

| | |
|---|---|
| 3GPP | Third Generation Partnership Project |
| ARIB | Association of Radio Industries and Businesses |
| ATIS | Alliance for Telecommunications Industry Solutions (successor to T1) |
| CCSA | China Communications and Standards Association (successor to CWTS) |
| CDMA | Code Division Multiple Access |
| CWTS | China Wireless Telecommunications Standards Group (superseded by CCSA) |
| ETSI | European Telecommunications Standards Institute |
| FDD | Frequency Division Duplex |
| GSM | Global System for Mobile Communication |
| IMT-2000 | International Mobile Telecommunication |
| ITU | International Telecommunication Union |
| MRP | Market Representation Partner |
| PCG | Project Co-ordination Group |
| SWG | Sub Working Group |
| T1 | Standards Committee T1 (superseded by ATIS) |
| TDD | Time Division Duplex |
| TSDSI | Telecommunications Standards Development Society, India |
| TSG | Technical Specification Group |
| TTA | Telecommunications Technology Association |
| TTC | Telecommunication Technology Committee |
| UIM | User Identity Module |
| UTRA | Universal Terrestrial Radio Access |
| UTRAN | Universal Terrestrial Radio Access Network |
| WG | Working Group |

top

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Annex C:        Individual member application form

**APPLICATION FORM**
for INDIVIDUAL MEMBERSHIP
of the THIRD GENERATION PARTNERSHIP PROJECT
Please complete this form and return it to your Organizational Partner

COMPANY NAME                ...................................................................

Please indicate below which ORGANIZATIONAL PARTNER you are a member of

| ARIB | |
|---|---|
| CCSA | |
| ETSI | |
| ATIS | |
| TSDSI | |
| TTA | |
| TTC | |

Please indicate below which Technical Specification Groups you wish to participate in:

| Radio Access Network | |
|---|---|
| | |
| | |
| Core Network and Terminals | |
| Service and System Aspects | |
| GSM EDGE Radio Access Network (GERAN) | |

Upon your approval as an Individual Member of the Third Generation Partnership Project you agree that you will be bound by the Working Procedures of the Third Generation Partnership Project then in effect and as they may be amended from time to time.

| Signed by (Authorized Representative) (See Note 1) | |
|---|---|
| Print name | |
| Position | |
| Date | |
| Telephone | |
| Fax | |
| Email | |
| Company Website URL | |

| Contact person's family name (See Note 2) | |
|---|---|
| Contact person's given name | |
| Job title | |
| Mailing address | |
| Telephone | |
| Fax | |

*32*
*Third Generation Partnership Project Working Procedures, 31 December 2014*

| Email | |
|-------|--|

Note 1:  Is either the official contact person or voting contact of a company.

Note 2:  People attending meetings and who can also have signing authority.

top

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Annex D:      (Void)

top

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Annex E:        Guidance for MRP applicants

## E.1                Introduction

The conditions for the acceptance of Market Representation Partners (MRPs) in 3GPP are given in article 7 of these Working Procedures. This annex provides additional guidance to MRP Applicants.

top

## E.2                Guidance

During the application process, the Organizational Partners will need to be assured that an Applicant:

(a)        Has a field of interest directly or indirectly related to the work being undertaken by 3GPP;

(b)        Has attained a demonstrable level of recognition within this field of interest;

(c)        Has an understanding of the market requirements relevant to 3GPP;

(d)        Is willing to actively contribute to the work of 3GPP and has sufficient resources for this purpose;

(e)        Fully supports the goals and objectives of 3GPP and does not take part in activities that conflict with these goals and objectives.

In processing an application, the Organizational Partners will peruse openly available documentation published by an Applicant, including material posted on its Website, in order to confirm that the points listed above have been satisfied.

top

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Annex F:        Guidance on meeting organization

## F.1                Meeting classification

TSG and WG Meetings are classified either:

- ordinary; or

- ad hoc.

- top

## F.2                Ordinary meetings

Ordinary meetings are ones where the regular business of the TSG or WG is conducted.  Such meetings are normally chaired by the Group's chairman or, if unavailable, a vice-chairman.  Ordinary meeting should be announced at least six months prior to the opening day of the meeting.

TSG and WG ordinary meetings shall follow an incrementing number sequence.  If an additional ordinary meeting is required between two ordinary meetings, the sequence may be preserved, even though this means renumbering subsequent meetings, or the additional meeting may be numbered using the 'bis' suffix as a numbering scheme.

Attendance at an ordinary meeting counts towards an Individual Member's eligibility to cast a vote in the Group (see articles 26 and 27).  The Support Team shall record the participation in an ordinary meeting (each person and organization represented) and the attendance list shall be included in the meeting report.

top

## F.3                Ad hoc meetings

An ad hoc meeting of a WG or a TSG is one called to address one or more particular topics.  The ad hoc meeting shall be called by decision of the WG (or its parent TSG) or TSG concerned; the decision to hold any subsequent ad hoc meetings on the same topic may be made by the ad hoc meeting participants themselves without reference to the parent WG or TSG, although the parent WG or TSG shall review any ad hoc activity at every Ordinary meeting and determine to either continue or to close the ad hoc activity, even if the previous ad hoc meeting suggested a further meeting.  The scope of each subsequent ad hoc meeting shall be indicated by the chairman at least 21 days before the meeting. The ad hoc meeting shall not expand or change the scope originally determined by the parent group. An ad hoc meeting is allowed to make decisions only within its pre-defined remit, and any such decisions shall be ratified by the parent WG or TSG unless, in the case of a WG, a decision was previously explicitly delegated by the WG to the ad hoc meeting.

An ad hoc meeting may be chaired as described for an ordinary meeting above, or, with the agreement of the WG or TSG concerned, by a Work Item rapporteur, or other appropriate person.  Although open to all 3GPP Individual Members, ad hoc meetings may attract only a subset of Individual Member representatives who would normally participate in ordinary meetings.

Ad hoc meetings shall not be considered when calculating voting rights.  That is, attendance at (or absence from) an ad hoc meeting shall not influence voting rights, which are determined solely by attendance at "ordinary" meetings.

No voting shall occur at ad hoc meetings.

top

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# F.4 Attendance register

## F.4.1 Face to face meetings

A delegate is deemed to have attended a given meeting if the individual confirms his or her participation by signing the attendance list made available by the group's secretary during the meeting.  If a delegate does not sign the attendance sheet during the meeting, the secretary shall assume that the individual did not attend.

A delegate, having registered and begun to participate in a meeting, is not allowed to change the organization he represents during the course of that meeting. An individual delegate is not allowed to simultaneously represent two or more Individual Members at a meeting.

top

## F.4.2 Electronic meetings

Electronic meetings such as audio / video conferences, email exchanges considered as meetings, etc, are encouraged where appropriate.  For such events, the Secretary will establish the attendance list on the basis of those actually participating in the meeting (those dialling in to the conference bridge, those issuing and responding to emails, etc.) Nevertheless, advance registration is strongly encouraged.

Fully electronic meetings are to be considered as "ad hoc" as defined above.

Participation by Individual Member in fully electronic meetings, or electronic participation in a face to face meeting (eg by phoning in) is not considered for the accrual or loss of voting rights.

top

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Annex G:      Working agreements

"Working agreements" are tentative decisions reached by 3GPP groups in order to make progress on matters where consensus (as defined in annex A) cannot be reached.  It is intended to be used in situations where there is a clear majority in favour of one approach, but a small minority has sustained opposition to that approach.

The working agreement process has the following steps:

- Consensus cannot be reached on an issue.  A substantial majority of individual members prefer a given approach, but there is sustained opposition by a small minority of individual members, preventing consensus.

- The chair declares a working agreement.  The working agreement is documented in the meeting report

- The approach agreed to by the majority and documented in the working agreement can continue unimpeded.

- The working agreement is entered into the 3GPP working agreements page on the 3GPP web site.  The window for challenging the working agreement is now open.

- Working agreements may be challenged, resulting in a formal vote.  This potential vote would be held at the next meeting of the WG or parent TSG (whichever comes first).  If the next meeting is less than 14 days after the establishment of the working agreement, then that meeting is skipped in determining the next meeting.  The meeting for potential voting is documented on the 3GPP working agreements page of the 3GPP web site (http://www.3gpp.org/TSG-Working-Agreements).

- The challenge cut-off date is established. This is 7 days before the start of the meeting for potential voting.  The cut-off date is documented on the 3GPP working agreements page of the 3GPP web site.

- Organizations wishing to challenge the working agreement may do so until the challenge window closes.  A challenge may be made by informing the chair of the group which will do the voting.  Any received challenge is documented on 3GPP working agreements page of the 3GPP web site.

- The group which will be voting is informed of the intention to have a working agreement challenge vote and the specific voting question.

- If no challenge is received by the challenge cut-off date, then the working agreement is confirmed.  The confirmation of the working agreement is documented on the 3GPP working agreements page of the 3GPP web site.  The issue is closed.

- If a challenge is received, then a formal vote on the working agreement will occur at the designated meeting.  Voting on working agreements is a standing part of meeting agendas.  Voting is as described in articles 25 & 26 of the working procedures.

- If the challenge fails (at least 71% in favour of the working agreement), then the working agreement is confirmed.  The confirmation of the working agreement is documented on the 3GPP working agreements page of the 3GPP web site.  The issue is closed.

- If the challenge succeeds (less than 71% in favour of the working agreement), then the working agreement fails.  All changes which were made based on the working agreement shall be reversed and the group must continue to search for consensus.  The overturning of the working agreement is documented on the 3GPP working agreements page of the 3GPP web site.

- Organizations may withdraw a challenge at any time in the process.  If the last challenge is withdrawn after the challenge cut-off, then the working agreement is confirmed. The confirmation of the working agreement is documented on the 3GPP working agreements page of the 3GPP web site.  The issue is closed.

top

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Annex H:        Calculation of quorum in TSGs and WGs

Where calculation of a quorum is required in the context of a vote conducted in a TSG or a WG, the quorum shall be deemed to have been met if:

(B − P) / V >= Q

Where:

B is the number of ballot papers issued;

P is the number of proxy votes exercised (i.e. the number of ballot papers issued to delegates bearing authorization to cast votes by proxy);

V is the number of Individual Members having the right to vote at the meeting (including those with only the right to vote "in person" and not by proxy);

Q is the required quorum value given in article 26.

top

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Annex I:        Change history

| Date | PCG # | PCG Doc. | CR | Rev | Subject/Comment |
|------|-------|----------|-----|-----|-----------------|
| 2002-04-25 | 6 | | | | |
| 2005-03-01 | 13 | | | | Changes agreed at PCG meeting incorporated.  [No formal change control system yet in place] |
| 2006-04-24 | 16 | PCG16_07 | 2 | | ETSI proposal: Article 10<br>Clarify the rights of observers and guests |
| | | | 3 | | ETSI proposal: Article 15<br>To allow leeway in the number of delegates representing each OP at PCG<br>(To reflect the decision already taken by PCG#14 on PCG participation) |
| | | | 9 | | ETSI proposal: Article 34<br>To cater for current TSG structure and to reflect common practice of Tdoc numbering |
| | | | 1 | 1 | Article 3<br>Reflect decision on regional options<br>(To incorporate PCG#7 decision) |
| | | | 4 | 1 | Article 22<br>Clarification and codification of the rights to stand for elected positions in TSGs and WGs |
| | | | 8 | | Article 30 & annex F<br>Inclusion of an annex giving guidance on meeting organization |
| 2006-10-27 | 17 | PCG17_15 r1 | 10 | | Article 35<br>Clarification of voting rights |
| 2009-05-18 | 22 | PCG22_18 | 11 | 5 | Changes resulting from the OP ad hoc group on improvements report and conclusions of OP#20.<br>Articles affected:<br>22<br>23<br>31<br>35<br>41<br>52<br>Annex D<br>plus sundry spelling corrections. |
| | | PCG22_19 | 12 | 2 | Rules on eligibility to cast votes at TSG and WG level. |
| | | PCG22_20 | 13 | | Bring statement of purpose of 3GPP up to date |
| | | PCG22_23 | 14 | | Adding Working Agreements to working procedures |
| | | PCG22_30 r3 | 15 | 3 | Change of ITU liaison process<br><br>Note:        PCG meeting #22 approved contribution PCG22_30r1 but this was subsequently revised to r3 after the meeting with the apparent approval of the PCG. |
| | | | | | Decision PCG22/11: clause 22.1 changed wording from "in the March time frame in" to "in the first semester of". |
| 2009-08-12 | | | | | Editorial correction to implementation of CR15r3. (article 52). |
| 2010-04-23 | 24 | PCG24_11 | 16 | | TSG vs WG election |
| | | PCG24_12 | 17 | | Quorum |
| | | PCG24_13 | 18 | | Communication with ITU |
| | | PCG24_25 | 19 | | Attendance register for meetings |
| 2012-10-24 | | PCG29_17 | 20 | | Update to 3GPP Working Procedures article 22 |
| 2014-07-22 | 33 | PCG33_10 | 21 | | Anti-trust / competition law requirements<br>articles 12, 17, 22.1, 23, 29, 59A, annex C |
| 2014-12-31 | 34 | PCG34_14 | 22 | | Anti-trust recommendations v1.1. |
| | | | | | Addition of TSDSI to list of OPs in annexes B and C.<br><br>Minor formatting and spelling corrections, consistent capitalization. |

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

*40*
*Third Generation Partnership Project Working Procedures, 31 December 2014*

| 2016-11-15 | 35 | PCG37_14 | 22.1 | | Modification to clarify obligation on elected officials regarding antitrust/competition law training. |
|---|---|---|---|---|---|

top

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 6

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 7

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 8

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 9

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 10

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 11

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 12

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 13

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 14

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

# EXHIBIT 15

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 16

# FILED UNDER SEAL

# EXHIBIT 17

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 18

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 19

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 20

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

- Get Updates
- ATIS Workspace



Thursday, August 30, 2018

**ATIS Telecom Glossary**

A B C D E F G H I
J K L M N O P Q R
S T U V W X Y Z

[search]  Go

Glossary Home
Foreword
Introduction
Normative References
Using the ATIS Telecom Glossary
Annex A: Informative References

# Foreword

The information contained in this Foreword is not part of this American National Standard (ANS) and has not been processed in accordance with ANSI's requirements for an ANS. As such, this Foreword may contain material that has not been subjected to public review or a consensus process. In addition, it does not contain requirements necessary for conformance to the Standard.

The Alliance for Telecommunication Industry Solutions (ATIS) serves the public through improved understanding between carriers, customers, and manufacturers. The previous version of this standard was published by Accredited Standards Committee T1 – Telecommunications (ASC T1), established in February 1984 with the divestiture of AT&T to develop technical standards and reports regarding interconnection and interoperability of telecommunications networks at interfaces with end-user systems, carriers, information and enhanced-service providers, and customer premises equipment (CPE). ASC T1 was sunset in 2004, with its subcommittees becoming full committees of ATIS, an ANSI-accredited Standards Development Organization (SDO).

The Network Performance, Reliability, and Quality of Service Committee (PRQC) -- formerly T1A1 -- develops and recommends standards, requirements, and technical reports related to the performance, reliability, and associated security aspects of communications networks, as well as the processing of voice, audio, data, image, and video signals, and their multimedia integration. PRQC also develops and recommends positions on, and foster consistency with, standards and related subjects under consideration in other North American and international standards bodies.

ANSI guidelines specify two categories of requirements: mandatory and recommendation. The mandatory requirements are designated by the word *shall* and recommendations by the word *should*. Where both a mandatory requirement and a recommendation are specified for the same criterion, the recommendation represents a goal currently identifiable as having distinct compatibility or performance advantages.

Footnotes are not part of this standard.

This document is entitled *ATIS Telecom Glossary 2011*.

The communication of facts and ideas depends upon a mutual understanding of terminology. This is particularly true in the rapidly growing field of information technology, where there is a continuing need for a comprehensive source of agreed-upon technical terms and definitions.

This Glossary began as a 5800-entry, search-enabled hypertext telecommunications glossary titled Federal Standard 1037C, *Glossary of Telecommunication Terms* . Federal Standard 1037C was updated and matured into an American National Standard (ANS): T1.523-2001, *Telecom Glossary 2000* , under the aegis of ASC T1. In turn, T1.523-2001 has been revised and redesignated under the ATIS procedures for

ANS development as ATIS-0100523.2011, *ATIS Telecom Glossary 2011*.

ATIS-0100523.2011 is found on the Web at the following URL:

http://www.atis.org/glossary/

Future control of this document will reside with PRQC. This control of additions to the specification, such as protocol evolution, new applications, and operational requirements, will permit compatibility among U.S. networks. Such additions will be incorporated in an orderly manner with due consideration to the ITU-T layered model principles, conventions, and functional boundaries.

Suggestions for improvement of this document are welcome. They should be sent to the Alliance for Telecommunications Industry Solutions, Attention: PRQC, 1200 G Street NW, Suite 500, Washington, DC 20005.

**Notice of Disclaimer & Limitation of Liability**

The information provided in this document is directed solely to professionals who have the appropriate degree of experience to understand and interpret its contents in accordance with generally accepted engineering or other professional standards and applicable regulations. No recommendation as to products or vendors is made or should be implied.

NO REPRESENTATION OR WARRANTY IS MADE THAT THE INFORMATION IS TECHNICALLY ACCURATE OR SUFFICIENT OR CONFORMS TO ANY STATUTE, GOVERNMENTAL RULE OR REGULATION, AND FURTHER, NO REPRESENTATION OR WARRANTY IS MADE OF MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OR AGAINST INFRINGEMENT OF INTELLECTUAL PROPERTY RIGHTS. ATIS SHALL NOT BE LIABLE, BEYOND THE AMOUNT OF ANY SUM RECEIVED IN PAYMENT BY ATIS FOR THIS DOCUMENT, WITH RESPECT TO ANY CLAIM, AND IN NO EVENT SHALL ATIS BE LIABLE FOR LOST PROFITS OR OTHER INCIDENTAL OR CONSEQUENTIAL DAMAGES. ATIS EXPRESSLY ADVISES ANY AND ALL USE OF OR RELIANCE UPON THIS INFORMATION PROVIDED IN THIS DOCUMENT IS AT THE RISK OF THE USER.

NOTE - The user's attention is called to the possibility that compliance with this standard may require use of an invention covered by patent rights. By publication of this standard, no position is taken with respect to whether use of an invention covered by patent rights will be required, and if any such use is required no position is taken regarding the validity of this claim or any patent rights in connection therewith.

*Published by*

**Alliance for Telecommunications Industry Solutions**
**1200 G Street, NW, Suite 500**
**Washington , DC 20005**

Copyright © 2011 by Alliance for Telecommunications Industry Solutions

All rights reserved.

No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher. For information contact ATIS at 202.628.6380. ATIS is online at < http://www.atis.org >.

                    REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**Historical Summary of Development**

1976, MIL-STD-188-120, *Glossary of Telecommunication Terms.*

1980, FED-STD-1037, *Glossary of Telecommunication Terms.*

1979, NTIA-SP-79-14, *Fiber Optics Glossary.*

1979-80, NBS Handbook 140, *Optical Waveguide Communications Glossary,* which became EIA-44A, and IEEE 812.

1986, FED-STD-1037A, *Glossary of Telecommunication Terms.*

1990, *T1 Glossary* [compiled from ANSI T1 standards and reports]

1991+ ASC T1 (Telecommunications) standards and reports published since 1990. [For a select listing, see the References below.]

1991, FED-STD-1037B, *Glossary of Telecommunication Terms.*

1996, FED-STD-1037C, *Glossary of Telecommunication Terms.*

1996, ANSDIT, *The American National Standard Dictionary for Information Technology,* ANSI X3.197-1996.

2001, T1.523-2001, *Telecom Glossary 2000.*

2001+, T1 (Telecommunications) Standards and reports published since 2001. [For a select listing, see the References below.]

2004+, ATIS Standards and reports published since 2004, upon the retirement of ASC T1.

2007, ATIS-0100523.2007, ATIS Telecom Glossary 2007

**Participants in the Revision**

At the time of consensus on this document, PRQC, which was responsible for its development, had the following roster:

P. Tarapore, PRQC Chair (AT&T)

M. Neibert, PRQC Vice-Chair(Telcordia)

P. Tarapore, Technical Editor (AT&T)

K. Biholar, Technical Editor (Alcatel-Lucent)

J. Colombo, Technical Editor (Verizon)

G. Linnell, Technical Editor (Telcordia)

H. Pant, Technical Editor (Huawei)

C. Underkoffler, ATIS Chief Editor

**Active Participants:**

K. Biholar                              M. Neibert

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

| | |
|---|---|
| C. Dvorak | A. Nguyen |
| E. Geelen | H. Pant |
| Y. Kogan | E. Rojek |
| O. Lima | J. Schiavone |
| M. Linnell | P. Tarapore |
| S. Makris | A. Webster |
| A. Morton | |

These definitions were prepared by ATIS Committee PRQC

For more information on the work related to these definitions,
please visit the ATIS website and the ATIS Document Center

Review the ATIS privacy policy.

© Copyright 2016 Alliance for Telecommunications Industry Solutions
www.atis.org | 1200 G Street, NW Suite 500 | Washington, DC 20005 | +1 202-628-6380

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 21

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED



| About 3GPP | Specifications Groups | Specifications | 3GPP Calendar | Technologies | News & Events | Home | Sitemap | Contact |

# Partners

3GPP produces Technical Specifications, to be transposed by relevant Standardization Bodies (Organizational Partners) into appropriate deliverables (e.g., standards).

The seven 3GPP Organizational Partners - from Asia, Europe and North America - determine the general policy and strategy of 3GPP and perform the following tasks:

- Approval and maintenance of the 3GPP scope;
- Maintenance of the Partnership Project Description;
- Taking decisions on the creation or cessation of Technical Specification Groups, and approving their scope and terms of reference;
- Approval of Organizational Partner funding requirement;
- Allocation of human and financial resources provided by the Organizational Partners to the Project Co-ordination Group;
- Acting as a body of appeal on procedural matters referred to them.



The Organizational Partners and Market Representation Partners (MRPs) jointly perform the following tasks:

- Maintenance of the Partnership Project Agreement;
- Approval of applications for 3GPP partnership;
- Taking decisions relating to the dissolution of 3GPP.

## 3GPP Organizational Partner Contacts:

| | | | |
|---|---|---|---|
| **ARIB**<br><br>The Association of Radio Industries and Businesses, Japan | Kazuo Nakamura | +81 3 5510 8594<br><br>+81 3 3592 1103 | www.arib.or.jp<br><br>arib-3gpp@arib.or.jp |
| **ATIS**<br><br>The Alliance for Telecommunications Industry Solutions, USA | Steve Barclay | +1 202-434-8832<br><br>+1 202-393-5453 | www.atis.org<br><br>sbarclay@atis.org |
| **CCSA**<br><br>China Communications Standards Association | Shizhuo Zhao | +86 10 8205 0013 | www.ccsa.org.cn<br><br>zhaosz@ccsa.org.cn |
| **ETSI**<br><br>The European Telecommunications Standards Institute | Susanna Kooistra | +33 4 92 94 49 35 | www.etsi.org<br><br>susanna.kooistra@etsi.org |
| **TSDSI**<br><br>Telecommunications Standards Development | Abhay Karandikar | +91 2225767439 | http://tsdsi.org/<br><br>abhay@tsdsi.org |

### Search

3GPP Website:  [Search for:        ]  [search]

*Search and download specs, docs, CRs and more from the 3GPP FTP Server:*

[ADVANCED FTP SEARCH]

### Recent news stories

Links to some of the news stories that were recently on the home page and news pages:

A COLLECTION OF ARTICLES ON 3GPP 5G - August 2018

REL-15 ANNOUNCEMENT ON STAND-ALONE NR

5G SECURITY FOR NR (WG SA3 PERSPECTIVE)

3GPP 5G DESCRIPTION FOR IMT-2020 (1 OF 3)

SYSTEM ARCHITECTURE MILESTONE OF 5G PHASE 1 IS ACHIEVED

MISSION CRITICAL SERVICES IN 3GPP

MANAGEMENT, ORCHESTRATION AND CHARGING FOR 5G NETWORKS

### News Feeds

3GPP News

3GPP tweets

3GPP webinars

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

| | | | |
|---|---|---|---|
| Society, India | | | |
| **TTA**<br><br>Telecommunications Technology Association, Korea | Hyeyoung Esthel Lee | +82 31 724 4637 | www.tta.or.kr<br><br>hyeyoung@tta.or.kr |
| **TTC**<br><br>Telecommunication Technology Committee, Japan | Masa Sumita | +81 3 3432 1551<br><br>+81 3 3432 1553 | www.ttc.or.jp<br><br>ttc-3gpp@ttc.or.jp |

## Market Representation Partners

The 3GPP Organizational Partners may invite a Market Representation Partner to take part in 3GPP, which:

- Has the ability to offer market advice to 3GPP and to bring into 3GPP a consensus view of market requirements (e.g., services, features and functionality) falling within the 3GPP scope;
- Does not have the capability and authority to define, publish and set standards within the 3GPP scope, nationally or regionally;
- Has committed itself to all or part of the 3GPP scope;
- Has signed the Partnership Project Agreement.

   
    
   
   

**The Market Representation Partners are;**

| Organisation | Web |
|---|---|
| TD-Forum | www.td-forum.org<br><br>(Not currently available Oct. 2016) |
| GSA | www.gsacom.com |
| GSM Association | www.gsmworld.com |
| IPV6 Forum | www.ipv6forum.com |
| TD Industry Alliance | http://www.tdia.cn/ |
| 5G Americas | http://www.5gamericas.org |
| Small Cell Forum | www.smallcellforum.org |
| Mobility Development Group<br><br>*(formerly the CDMA Development Group)* | http://MobilityDG.org |
| Cellular Operators Association of India (COAI) | www.coai.com |
| NGMN Alliance | www.ngmn.org |

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

Partners                                                              http://www.3gpp.org/about-3gpp/partners

| Organisation | Web |
|---|---|
| TCCA | www.tandcca.com |
| GCF | www.globalcertificationforum.org/ |
| CTIA | http://ctia.org/ |
| Wireless Broadband Alliance | http://www.wballiance.com/ |
| 5G Infrastructure Association | https://5g-ppp.eu/association/ |
| Public Safety Communication Europe (PSCE) Forum | http://www.psc-europe.eu/ |
| 5G Automotive Association | http://www.5gaa.org/ |
| Broadband India Forum | http://www.broadbandindiaforum.com/ |

The Partners meet regularly at the 3GPP Project Coordination Group (PCG) meetings alongside the 3GPP Technical Specification Group Chairmen.

## Observers

Observers are Standards Development Organizations (SDOs) who have the qualifications to become future Organizational Partners.

more »

| ABOUT RELEASES | | | FULL MEETING CALENDAR | | BROWSE KEYWORDS & TECH. |
|---|---|---|---|---|---|
| Release 16 | CT | 81 | Gold Coast | 10-11 Sep 2018 | Carrier Aggregation Explained |
| Release 15 | RAN | 81 | Gold Coast | 10-13 Sep 2018 | Coordinated Vulnerability Disclosure (CVD) |
| Release 14 | SA | 81 | Gold Coast | 12-14 Sep 2018 | Control and User Plane Separation of EPC nodes |
| Release 13 | CT | 82 | Sorrento | 10-11 Dec 2018 | (CUPS) |
| Release 12 | RAN | 82 | Sorrento | 10-13 Dec 2018 | The Evolved Packet Core |
| Release 11 | SA | 82 | Sorrento | 12-14 Dec 2018 | GPRS & EDGE |
| Release 10 | CT | 83 | TBD | 18-19 Mar 2019 | HetNet/Small Cells |
| Release 9 | RAN | 83 | TBD | 18-21 Mar 2019 | HSPA |
| Release 8 | SA | 83 | TBD | 20-22 Mar 2019 | LTE-Advanced |
| Release 7 | CT | 84 | US | 03-04 Jun 2019 | LTE |
| Release 6 | RAN | 84 | US | 03-06 Jun 2019 | UMTS |
| Release 5 | SA | 84 | US | 05-07 Jun 2019 | W-CDMA |
| Release 4 | CT | 85 | US | 16-17 Sep 2019 | ...more keywords |
| Release 1999 | RAN | 85 | US | 16-19 Sep 2019 | |
| | SA | 85 | US | 18-20 Sep 2019 | |

©3GPP 2018

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 22

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 23

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

# EXHIBIT 24

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 25

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 26

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

# EXHIBIT 27

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 28

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

# EXHIBIT 29

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 30

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED



# Guidelines to the

# Intellectual Property Rights Policy

# of the

# Telecommunications Industry Association

## Edition 1

## March 2005

*TIA has an Intellectual Property Rights (IPR) Policy, the full text of which can be found in the 4th edition of the TIA Engineering Manual (www.tiaonline.org/standards/sfg/procedures). These guidelines serve as a companion document to the 4th edition of the TIA Engineering Manual and are not intended to substitute for the Policy itself but rather to provide a review of major changes and an explanation of the rationale behind some of these changes.*

IPR Guidelines Edition 1, March 2005

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM

Q2014FTC00049952
Q2017MDL1_00025969

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

IPR Guidelines Edition 1, March 2005                                              2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM                                    Q2014FTC00049953
                                                                                Q2017MDL1_00025970
REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

*Introduction*..................................................................................................... 1

*The participant's first commitment* ................................................................ 2

*IPR in standards* ............................................................................................. 2

*Submissions and Contributions*...................................................................... 3

*Third Party Writings* ...................................................................................... 4

*Submission Cover Sheet* ................................................................................. 4

*Dealing with disclosed or identified IPR* ...................................................... 5

*Software copyrights* ........................................................................................ 6

*Definitions* ...................................................................................................... 7

IPR Guidelines Edition 1, March 2005

# Guidelines to the
# Intellectual Property Rights Policy
# of the
# Telecommunications Industry Association

*Introduction*

The Telecommunications Industry Association (TIA) is accredited by the American National Standards Institute (ANSI) to develop standards intended to enhance and promote the beneficial use of telecommunications products manufactured by its member companies in the United States and throughout the world.  In this process, representatives of member companies and others having an interest in the subject matter under consideration come together for the formulation of standards and other publications useful in the telecommunications industry.

TIA is the administrator of the standards formulation process; TIA is not the writer of standards.  This latter work is carried on by the many participants in the Formulating Groups and its sub-elements (also known as Engineering Committees, Subcommittees and Working Groups) who carry on the writing and developing of standards with the administrative oversight and assistance of TIA and its Standards and Technology Department.

Utilizing contributions submitted by participants in Formulating Groups, and enhanced by a process of discussion and the interchange of ideas, the work culminates in a consensus document which, after a process of balloting and the resolution of differences, is ultimately published and made available.

An area of great importance in the process is the treatment of intellectual property rights (IPR). On the one hand, there is an important industry and public interest in the availability of the latest technological ideas and developments for inclusion in new products and services for the benefit of users. At the same time, inventors and innovative creators rightfully expect to reap the benefits of their time, expense and creativity. Thus, it is the policy of ANSI and TIA, when necessary, to permit the inclusion in standards of technology protected by certain statutory IPR. However, this is permitted pursuant to a policy that seeks to make the IPR available on a reasonable and non-discriminatory basis for all that would use it to fashion products contemplated by the standard in question.

For many years, TIA has published an Engineering Manual for the instruction of its various Formulating Groups engaged in the authorship of standards. An integral part of this manual is its IPR policy, which was formerly referred to as the Patent Policy (the Policy).  Recently, this portion of the Manual was revised by TIA's IPR Standing Committee, which operates under the Technical Committee of TIA. Among other things, the Policy has been broadened to cover published patent applications and certain software copyrights as well as issued patents, resulting in the Policy now being referred to as the

IPR Guidelines Edition 1, March 2005                                                    1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM

Q2014FTC00049955
Q2017MDL1_00025972

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

IPR Policy. The revised Policy was the subject of a ballot and, having been approved, was officially published and became effective on March 2005.

These Guidelines are intended to review the major changes made in the Policy, with an explanation of the rationale behind the most important changes and some explanation of the intent of the IPR Standing Committee. It is the hope of the IPR Standing Committee that the Guidelines will assist the chairs and members of the many TIA Formulating Groups who participate in their important work.

*The participant's first commitment*

An "important notice" is now contained in the introduction of the Engineering Manual.  It should be read carefully by every participant and chair, as it makes it clear that whatever is stated or presented in writing, or otherwise disclosed, during attendance at or participation in a Formulating Group activity can, without compensation, be published or distributed by TIA, or posted on its web site, unless an exception is made by the designated officer of TIA.  *It is the intention of this language to make it clear that TIA is granted the right to publish any submission to a Formulating Group, even if a submission cover is omitted, to the same extent as if a submission cover was submitted.* It is not intended to excuse the provision of a submission cover, which is still mandated.

This "important notice for participation" does not imply that a person making a statement or submitting a writing at a Formulating Group meeting, without explicit language to such effect, makes any representations as to the content of such statement or writing.  It does constitute a license to TIA of whatever rights the submitter may have to publish or distribute the same or post it in the TIA web site.  However, when a submission constitutes a Contribution, the Manual provisions on Contributions are applicable (see paragraph below entitled "Submissions").

It is intended that this "important notice of participation" as contained in the Manual be reproduced in every notice for the meeting of a TIA Formulating Group, or any of their sub-elements, as well as on every attendance roster.  In the case of teleconference meetings, the chair is requested to read the notice at the beginning of the call.

*IPR in standards*

As in the past, a patented invention (and in more limited cases, certain software) may be included in a standard.  Also as in the past, TIA is not responsible for identifying patents or making any inquiry into the validity or scope of any patent.  The new Manual (Section 1.1 of the Statements of Policy) also formalizes what has been the policy of TIA--that it will neither be a party to the discussion of licensing terms and conditions nor will it get involved in the issue of whether proposed licensing terms and conditions are reasonable or non-discriminatory.  *These are matters for resolution by the parties, and they are not the proper subject matter for any discussion at a meeting of TIA or any of its committees or working groups.*

*Disclosure*

IPR Guidelines Edition 1, March 2005                                                2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM                    Q2014FTC00049956
                                                                     Q2017MDL1_00025973
REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

The Manual has been revised to make even more clear what has been the TIA policy on disclosure (Section 6.5 and its subparts). TIA encourages--but does not require--voluntary disclosure, and preferably early disclosure, of patents and published patent applications which may be essential to the practice of a standard or any other TIA Publication. TIA Publication is now defined as including publications of the Standards and Technology Department available for sale to the general public, but does not include literature distributed only to formulating group members. In addition, it should be noted that the Manual now stresses the voluntary nature of disclosure, which is desired, beneficial and requested, but not mandated.

In pursuit of this policy, the Manual has, and continues to have a suggested policy which encourages early disclosure to assure that participants in the standards formulation process are aware of the TIA IPR policy. A three-part approach will be used by TIA to encourage voluntary disclosure (preferably early) of Essential Patent(s) and published pending patent application(s).

At that beginning of each meeting, a chair ensures that all participants are aware of the early disclosure policy per Section 6.5.1.

The second part of the approach is that the TIA will place a notification on each ballot for a proposed Standard.

The third part of the approach may be the placement of an optional, voluntary disclosure statement by the Source(s) on a submission cover sheet to a Formulating Group. Such a submission cover sheet might take the form attached hereto as Annex G.1 and use a statement in the form shown in Section 6.4.7.

The policy specifically does not require companies to conduct patent searches to comply with the policy (Section 6.5.1).

*Submissions and Contributions*

The term "Contribution" is newly defined in the Manual (Section 6.4.2), clarifying what is, and what is not, a Contribution (Section 6.4.3). In the past, defining what a Contribution is has often perplexed Formulating Group chairs, who have had to decide if a submission is a Contribution, requiring a submission cover (with its grant of rights to TIA for publication).

*It is called to the participant's attention that every Contribution is a submission, however, not every submission is a Contribution under the definition in Section 6.4.2.* There are several types of submissions that can be made to a TIA Formulating Group but not all submissions are intended for incorporation into a TIA Publication. Some submissions are purely for information while others are for reference or backup material. When a submission is intended to or may be incorporated into a TIA Publication and fits the definition contained in Section 6.4.2 then the submission is formally called a Contribution. The submitter is now required to declare the intent or the purpose of the submission (See Section 6.4.5)

IPR Guidelines Edition 1, March 2005                                                    3

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM

Q2014FTC00049957
Q2017MDL1_00025974

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

The Manual now defines a Contribution as an "expression in <u>tangible</u> form," (*e.g.*, a writing but not an oral statement) "which is intended to or may be incorporated in...any TIA Publication or...work product " of a TIA formulating group..."

To further clarify the definition of Contribution, a series of items frequently presented at meetings (such as meeting notices, agendas and minutes) is specifically excluded from being considered as a Contribution (Section 6.4.2) and submitters of such submissions expressly waive any copyright. The author or editor of a draft ballot should be asked also to provide a submission cover in the brief form required by the Manual.

*Third Party Writings*

A category of writings which do not require a submission cover sheet, but which requires further consideration is *third party writings*. When such writings are casual in nature (such as correspondence meant to be read at a meeting), they are excepted from submission cover requirements under new Section 6.4.3, but the identity of the third party author must be disclosed.

If the third party writing is to be reproduced or distributed, appropriate permission from the author should be obtained in advance to do so. In addition, if the writing is to be incorporated in a TIA Publication, new section 6.4.4 requires a copyright license to TIA substantially in the form contemplated in the Manual for all submissions.

Formulating Groups should be aware that additional steps may be required if the third party writing is the product of another standards developer or otherwise could involve essential IPR which is to be incorporated in a normative fashion in a TIA Publication. In such case, compliance with the Manual's procedures respecting IPR must be assured. Chairs should consult with TIA staff to obtain appropriate copyright permission from another standards developer, or to have TIA staff ascertain another organization's IPR policy is consistent with TIA's Policy.

*Submission Cover Sheet*

A submission cover is still required for every submission and should be requested by the Chairs of any Formulating Group or its sub-elements. However, unlike the prior editions of the Manual, which required a lengthy cover sheet on a Contribution, the Manual requires the brief information detailed in Section 6.4.5 be included on a submission cover sheet. The required four elements are:

- the name of the Source (a defined term)

- the name of the person submitting

- the purpose of the submission

- a *mandatory* statement *–in exact language--* which incorporates all the provisions of Manual Sections 6.4.1 through 6.4.6 in the submission just as if they were contained in it word for word.

IPR Guidelines Edition 1, March 2005                                                          4

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM                    Q2014FTC00049958
Q2017MDL1_00025975
REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

For convenience, a suggested format for the cover sheet to be used when submitting a document to a TIA Formulating Group or its sub-elements is contained in Annex G. Regardless of whether this format is used or not, there are four required elements that must be contained in a cover sheet in whatever form the submitter prepares.  Annexes I or J may apply when a submission contains software.  *If any text is added to the required language (or to the optional language mentioned below) which is inconsistent with the required text, the inconsistent part is without any force or effect.*

Since a submission with required four elements on the submission cover sheet has the effect of incorporating in the submission the language of Manual Section 6.4.6.2, a section substantially revised from prior Manual versions, the contributor grants to TIA a non-exclusive, worldwide, irrevocable license (with the right to sublicense) broadly to copyright and include all or any part of the submission in any TIA Publication, with rights to sell the TIA Publication.  Section 6.4.6.2 also requires the submission to disclose any known limitations on the Source's rights to license.  *It is intended by this provision that if no such limitations are disclosed, the contributor is asserting there are none.*

Two optional paragraphs may be included in a submission cover sheet (Section 6.4.7). These two optional paragraphs are intended to further encourage the voluntary disclosure of IPR in line with TIA's policy previously mentioned.

Representatives of U.S. government agencies have in the past found it difficult to submit submission cover sheets purporting to license copyrights because of the absence of copyright in writings produced for the agencies. The addition of Section 6.4.6.3 in the Manual addresses this concern.

*Dealing with disclosed or identified IPR*

What is the IPR policy intended to achieve?  Allowing the inclusion of essential IPR in a standard permits the selection by the Formulating Group of the best available technology, a clear advantage for the ultimate user.

Requiring reasonable and non-discriminatory (RAND) licenses to all applicants prevents the inclusion of patented technology from resulting in a patent holder securing a monopoly in any market as a result of the standardization process.  Thus, licensing offers which defeat this intention are likely to fail the RAND test and do not comply with the Policy.  But the precise terms and conditions are left to the parties, or if the parties fail to agree and dispute the reasonable and non-discriminatory character of what the licensor offers, the matter is left to the courts.

*The term "non-discriminatory" does not mean or imply that licensing terms must be the same for all applicants. Discrimination and difference are not the same.  It is understood that the process of license negotiation and the components of consideration between parties can vary substantially yet be fair.  The term "non-discriminatory" implies a standard of even-handedness.  An example of conduct that would constitute discrimination is a willingness to license all applicants except for competitors of the licensor.*

IPR Guidelines Edition 1, March 2005                                                                5

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM

Q2014FTC00049959
Q2017MDL1_00025976

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

As noted above, the policy of TIA is to encourage voluntary disclosure of the existence of patents and published patent applications essential to the practice of Normative (a defined term as mentioned below) portions of a standard.

That a party may have a patent or published patent application which is essential (a defined term in the Manual) to the practice of a standard may come to the attention of a Formulating Group or TIA staff by voluntary disclosure as encouraged, or by identification by a third party. When this occurs, the identified party will be asked to supply a Patent Holder Statement in the form attached to the Manual as Annex H. (Annex H.1 is an alternate form for use when reference to more than a single document or revision or edition of a document is intended). The Patent Holder Statement has undergone substantial revisions in the latest edition of the Manual, some of which are:

- Additional contact information is requested in the boxes at the beginning;

- The statement is limited to the IPR necessary for the practice of *any or all Normative portions* of the standard. The definition of Normative is discussed below.

- The statement reads as of the date of submittal of the form but is effective only when and if the document is approved as a standard.

- The required commitment is "to license only to the extent necessary for the practice of any or all of the Normative portions of the standard and only for the field of use of practice of the standard." The latter provision makes it clear that a licensor can, by its license grant, restrict deployment of the licensed technology other than for the practice of the standard.

- The commitment as to published patent applications, by virtue of the definitions in the Manual, includes the patents issued thereon whenever issued.

- Essentiality, by virtue of the definitions in the Manual, is limited to <u>claims</u> that are essential.

- The commitment is irrevocable and the Patent Holder undertakes to notify its assignee or transferee of the commitment in the event of a transfer of rights in the relevant patents.

If no paragraphs are marked on the Patent Holder Statement, it is taken as a refusal to make any commitment.

*Software copyrights*

Entirely new to the Manual is Section 2 in the Statements of Policy on the inclusion of software as a Normative element in a standard. This Section is based in substantial part on similar discussions that have taken place in the International Telecommunication Union (ITU) Telecommunication Sector Bureau (TSB) Director's Ad Hoc Group. (TIA

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM

Q2014FTC00049960
Q2017MDL1_00025977

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

has participated actively in the Patent Group of ANSI which provided input in the ITU process). This Section notes that inclusion of Software is to be discouraged, but guidance is given to a Formulating Group that decides that software covered by a copyright should be included in such a fashion that the standard cannot be practiced without infringing the copyright.

If the Formulating Group decides to include Software as a Normative element in a standard, then the Software Copyright Holder must furnish a statement in the form of Annex I "Software Copyright Holder Statement." In addition to Annex I, the copyright holder must also complete the submission cover sheet with the four required elements such as the form shown in Annex G. If the Formulating Group so requires, other procedures for the inclusion of software including "Software Evaluation License" (Annex J) are now part of the Manual.

*Definitions*

Certain new or revised definitions in the Manual are deserving of special attention.

*Essential Patent* – only claim(s) of a patent (whenever issued) which is necessarily infringed by the practice of a Normative portion of a TIA Standard.

*Patent Holder* – a party having the legal ability to grant licenses with respect to patents under the conditions provided by the TIA IPR Policy.

*Software Copyright Holder* – a party having the legal ability to grant licenses with respect to software copyrights under the conditions provided by the TIA IPR Policy.

*Source* – the owner of the copyright or license right, if any, submitted in a Contribution. Examples include a company's name, an individual's name, or an organization's name. In the case of a United States government agency, it is acceptable to list the agency name even though the material submitted by the government is in the public domain.

*Software, Object Code and Source Code*, have been added in view of new Section 2 on Inclusion of Software Copyright. The definitions are based on the ITU TSB Director's Ad Hoc Group on IPR Software Guidelines, Issue 2.1.

*Normative Elements*, has been divided further into *Alternate, Mandatory and Optional Elements*. Each element requires compliance with the IPR policy. However, it came to the attention of the IPR Standing Committee that, in the past, absent a reference in the Manual, one or more companies believed that a commitment to license pursuant to a Patent Holder's Statement covered only Mandatory Normative Elements. It is the intention that such an interpretation in the past was justified and not in violation of the TIA policy. However, compliance after the effective date of the new Manual as first above stated requires treating all of the kinds of Normative Elements alike.

The Manual also clearly spells out that the Normative Elements can be included only in standards, and not in a Telecommunications Systems Bulletin or any other TIA

IPR Guidelines Edition 1, March 2005                                          7

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM

Q2014FTC00049961
Q2017MDL1_00025978

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

Publication. The definition of *Telecommunications System Bulletin* (TSB) has been accordingly modified to emphasize that it is an informative document and that no Normative elements can be contained in a TSB.

The definition of *Standard* has also been modified, making it clear that a *Specification* is a type of Standard.

IPR Guidelines Edition 1, March 2005                                                    8

# EXHIBIT 31

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Table of Contents (1)

- 3- Draft Partnership Project Description
- 4- Preamble
- 5- 3GPP2 Overview
- 6- Definition of 3GPP2
- 7- Scope and objectives (1)
- 8- Scope and objectives (2)
- 9- Characteristics of 3GPP2 (1)
- 10- Characteristics of 3GPP2 (2)
- 11- Partnership and Membership
- 12- Organizational Partners (3GPP2 Overview)
- 13- Organizational Partners (1)
- 14- Organizational Partners (2)
- 15- Market Representation Partners (3GPP2 Overview)
- 16- Market Representation Partners
- 17- Individual Members (3GPP2 Overview)
- 18- Individual Members (1)
- 19- Individual Members (2)
- 20- Observership
- 21- Guests

- 22- Documentation for 3GPP2
- 23- The Partnership Project Agreement (1)
- 24- The Partnership Project Agreement (2)
- 25- The Partnership Project Agreement (3)
- 26- Contributions to ITU (3GPP2 Overview)
- 27- Submission of 3GPP2 results to ITU
- 28-Regulators/Governments (3GPP2 Overview)
- 29- National/Regional regulatory requirements
- 30- Resource requirements for establishing project
- 31- Overview showing external interfaces
- 32- Internal structure of 3GPP2
- 33- Internal structure of 3GPP2
- 34 - Work areas to be covered by the cdma2000 TSG
- 35- Work areas to be covered by the Intersystem Operations TSG
- 36- Work areas to be covered by the Access Network Interfaces TSG
- 37- Work areas to be covered by the Wireless Packet Data Networking TSG
- 38- Work areas to be covered by the Services and Systems Aspects TSG
- 39- Primary responsibilities of OP, SC, TSGs (1)
- 40- Primary responsibilities of OP, SC, TSGs (2)

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Table of Contents (2)

- **41- Primary responsibilities of OP, SC, TSGs (3)**
- **42- Primary responsibilities of OP, SC, TSGs (4)**
- **43- Primary responsibilities of OP, SC, TSGs (5)**
- **44- Primary responsibilities of OP, SC, TSGs (6)**
- **45- Primary responsibilities of OP, SC, TSGs (7)**
- **46- Primary responsibilities of OP, SC, TSGs (8)**
- **47- Participation rights in SC**
- **48- Participation rights in TSGs**
- **49- Principles for decision making within 3GPP2**
- **50- Principles for decision making within 3GPP2**
- **51- Principles for voting within TSGs**
- **52- Working language for 3GPP2**
- **53- Relationship with other groups**
- **54- Intellectual Property Rights (1)**
- **55- Intellectual Property Rights (2)**

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# THIRD GENERATION PARTNERSHIP PROJECT 2 (3GPP2)

## PARTNERSHIP PROJECT DESCRIPTION

**ARIB, CWTS, TIA, TTA and TTC**

**Framework Document**

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

## *Preamble*

**Standards organizations and other related bodies have agreed to co-operate for the production of a complete set of globally applicable Technical Specifications for a 3rd Generation Mobile System based on the evolving ANSI-41 core network and the radio access technologies supported by 3GPP2 partners.**

**The Project is entitled the "Third Generation Partnership Project 2" may be known by the acronym "3GPP2."**

**3GPP2 has been established for the preparation and maintenance of the specifications, and is not a legal entity and is non-profit making.**

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED



3GPP2

Steering Committee

Technical Specification Groups

— — — — — — — — — — — — — — — — — — — — — — —

Support Functions

Technical
Specifications

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**3GPP2 will provide globally applicable Technical Specifications for a 3rd Generation Mobile System based on the evolving ANSI-41 core network, and the relevant Radio Access technologies to be transposed by standardization bodies (Organizational Partners) into appropriate deliverables (e.g., standards).**

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

## *Scope and objectives (1)*

**The Technical Specifications will be developed in view of global roaming and circulation of terminals.**

The 3rd Generation Mobile System and its capabilities will be developed in a phased approach. 3GPP2 will prepare, approve and maintain the necessary set of Technical Specifications and Technical Reports for a 3rd Generation Mobile System including:

- cdma2000 and its enhancements

- A 3G Core Network evolved from ANSI-41 (Third Generation networking capabilities that include mobility management and global roaming.)

- A 3G Network based on Internet Protocol that includes support for network and mobile station interoperability with the 3G Network evolved from ANSI-41.

- Interface of 3GPP Radio Access technology to 3G Core Network evolved from ANSI-41

- Interface of 3GPP2 Radio Access Technology to a 3G Core Network evolved from GSM-MAP

- Wireless Packet Data Networking

- A-Interface

- Services and Systems Aspects

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**The set of global Technical Specifications and Technical Reports for a 3G Core Network evolved from ANSI-41 and for ANSI-41 Core Networks should be common to the largest extent possible.**

**The results of the 3GPP2 work will form the basis of member contributions to the ITU in accordance with existing procedures.**

**3GPP2 will  take account of emerging ITU recommendations on interworking between IMT-2000 family members.**

**In the framework of agreed relationships, 3GPP2 will elaborate Technical Specifications and Technical Reports that will form the basis of standards, or parts of standards, of the Organizational Partners.**

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**3GPP2 is characterized by the following attributes:**

- **Minimum production time for Technical Specifications from conception to approval**

- **Fast, electronic based approval process**

- **Maximum use of modern (electronic) working methods**

- **Minimum number of hierarchical levels with decision making taking place at the lowest appropriate levels**

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

- **A Steering Committee function and a Technical Specification function**

- **Task oriented, ensuring that on completion of the tasks the future of the project is re-evaluated**

- **Cost effective use of financial/human resources provided by Organizational Partners**

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**3GPP2 is open for membership to any standards organization, irrespective of its geographical location.**

**Membership is categorized as follows:**

- **A Partner:**

    – **Organizational Partner**

    – **Market Representation Partner**

- **An Individual Member**

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED



# Organizational Partners

**3GPP2**

Steering Committee

Technical Specification Groups
– – – – – – – – – – – – – – – – – – – – – – –
Support Functions

**PARTNERS**

Organizational Partners

Market Representation Partners

Technical Specifications

Partners' Standardization Process

Partner deliverables

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**An Organizational Partner is:**

**An open standards organization with a national, regional or other officially recognized status (in their country or region) that:**

- **has the capability and authority to define, publish or set standards nationally or regionally and**

- **has signed (or whose sponsor\* has signed) the Partnership Project Agreement**

  **Organizational Partners may meet as appropriate and make decision by unanimous consent.**

\* A standards formulating organization may operate under the auspices
of a sponsor such as TIA is the sponsor of TR45 and TR46.

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**The Organizational Partners of 3GPP2 will have:**

- **Joint ownership (including copyright) of the Technical Specifications**

- **The right to change the 3GPP2 Partnership Project Agreement  (PPA)**

- **The right to dissolve the 3G Partnership Project 2**

- **The right to validate new Partners to 3GPP2**

- **Approval of Organizational Partner funding requirements**

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED



# Market Representation Partners

**3GPP2**

Steering Committee

Technical Specification Groups

— — — — — — — — — — — — — — — — — — —

Support Functions

**PARTNERS**

Organizational Partners

Market Representation Partners

Technical Specifications

Partners' Standardization Process

Partner deliverables

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

## *Market Representation Partners*

**Standardization should meet market needs.**

**In order to identify market requirements, the high competence of Market Representation Partners should be used.**

**A Market Representation Partner is an organization which has the ability to offer market advice to 3GPP2 and to bring into 3GPP2 a consensus view of market requirements (e.g. services, features and functionality) falling within the 3GPP2 scope.**

**A Market Representation Partner:**

- **does not have the capability and authority to define, publish or set standards nationally or regionally**

- **has signed (or whose sponsor has signed) the Partnership Project Agreement**

- **has committed itself to all or part of the 3GPP2 scope**

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED



**Individual Members**

# 3GPP2

**Steering Committee**

**PARTNERS**

Organizational Partners

Market Representation Partners

INDIVIDUAL MEMBERS

Technical Contributions

**Technical Specification Groups**

— — — — — — — — — — — — — — — — —

Support Functions

Technical Specifications

**Partners' Standardization Process**

Partner deliverables

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**Membership in an Organizational Partner is a pre-requisite for Individual Membership of 3GPP2.**

**Individual Membership is open to legal entities committed to:**

- **contribute technically or otherwise to one or more of the Technical Specification Groups within the 3GPP2 scope**

- **use the 3GPP2 results to the extent feasible**

- **support the Terms of Reference of 3GPP2 to which their Organizational Partner is committed**

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

All entities registered as members of an Organizational Partner and eligible for participation in the technical work of that Partner, can become Individual Members of 3GPP2. Individual members shall apply to their Organizational Partner to participate in 3GPP2.

Individual Members act in the 3GPP2 in their own right; they carry the full responsibility for their contributions.

Individual Membership applicants residing in a country/area without an Organizational Partner can apply for membership to an existing Organizational Partner in order to become a member of 3GPP2.

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

## *Observership*

In order to ensure globally applicable Technical Specifications, the status of "Observer" may be granted by the Organizational Partners to an entity which has the qualifications to become a future Organizational Partner.  Observers are expected to:

- **identify as early as possible any regulatory requirements that may lead to options within Technical Specifications;**

- **make their IPR policy available for consideration;**

- **contribute to the common objective of the 3GPP2 and avoid duplication of work related to 3GPP2**

Specific participation rights of an Observer will be decided on a case-by-case basis by the Organizational Partners.

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# *Guests*

In order to ensure globally applicable Technical Specifications, the status of "Guest" may be granted for a limited period, by the Organizational Partners to an entity which has the qualifications to become a future Individual Member. The limited period granted to the Guest will be decided on a case-by-case basis by the Organizational Partners.

Guests may:

- Have representatives at TSG and subtending group meetings;

- Have representatives participate in discussions, receive and contribute documents but may not take part in decision making or hold any leadership position

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**3GPP2 requires the following 3 documents:**

- **The Partnership Project Agreement (PPA)**

- **The Partnership Project Description (PPD) (this present document)**

- **The Partnership Project Working Procedures Document (WPD)**

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**The Partnership Project Agreement is a concise legal document signed by participating Partners (or their sponsor).**

**It contains the minimum legal text necessary for 3GPP2 to function correctly.**

**The Partnership Project Agreement refers to the Partnership Project Description and the Partnership Project Working Procedures.**

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

## The Partnership Project Agreement (2)

**The Partnership Project Agreement includes obligations on Partners to commit themselves to the 3GPP2 scope:**

- **to encourage their members to contribute to the common set of Technical Specifications and to avoid duplication of work**

- **to convert / transpose / adopt all relevant Technical Specifications resulting from 3GPP2 into their own relevant deliverables through their normal processes**

- **to identify as early as possible, any national / regional regulatory requirements that may lead to options within the Technical Specifications**

- **to make their IPR Policy available for consideration**

September 1, 2002 (r3)                                    24

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**The Partnership Project Agreement includes obligations on Market Representation Partners to commit themselves to the 3GPP2 scope:**

- **to encourage their members to contribute to the common objectives of 3GPP2 and to avoid duplication of work**

- **to promote 3GPP2**

- **to identify as early as possible, any national / regional regulatory requirements that may lead to options within the Technical Specifications**

- **to define 3GPP2 System and Service scenarios**

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED



# Contributions to ITU

**International Recommendations**

**ITU**

**3GPP2**

**IMT 2000 contributions via existing processes**

**Steering Committee**

**PARTNERS**

**Organizational Partners**

**Market Representation Partners**

**INDIVIDUAL MEMBERS**

**Technical Contributions**

**Technical Specification Groups**

— — — — — — — — — — — — — — — —

**Support Functions**

**Technical Specifications**

**Partners' Standardization Process**

**Partner deliverables**

September 1, 2002 (r3)

26

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**3GPP2 will not contribute directly to the ITU.**

**3GPP2 results may be shared with the ITU following the existing national/regional processes.**

**Formal contributions to ITU Study Groups are made by ITU members.**

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED



REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**Variations imposed by national/regional regulatory requirements may be identified and may be included in the Technical Specifications at the discretion of the Technical Specification Groups and may be options included in the Technical Specifications.**

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**The costs will be shared by the Organizational Partners. There will be no direct 3GPP2 membership fee for Individual Members.**

**Partners and Individual Members may provide support functions to the extent that they are able (e.g., hosting of meetings and provision of Secretariat support).**

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED



Overview showing external interfaces

International Recommendations

ITU

IMT 2000 contributions via existing processes

INDIVIDUAL MEMBERS

Technical Contributions

3GPP2

Steering Committee

Technical Specification Groups
— — — — — — — — — — — — — —
Support Functions

Regulators/ Governments

Mandates

PARTNERS

Organizational Partners

Market Representation Partners

Technical Specifications

Partners' Standardization Process

Partner deliverables

September 1, 2002 (r3)                                    31

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**3GPP2 consists of a Steering Committee (SC) and Technical Specification Groups (TSGs).**

**To assist in the co-ordination of the technical activities, the TSGs are encouraged to meet at the same time and place, as and when appropriate.**

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED



# Internal structure of 3GPP2

## 3GPP2

**Steering Committee**

| TSG | TSG | TSG | TSG | TSG |
|-----|-----|-----|-----|-----|
| **Access Network Interfaces** | **Intersystem Operations** | **cdma2000** | **Wireless Packet Data Networking** | **Services and Systems Aspects** |

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

## Initial Work areas to be covered by the cdma2000 TSG (under consideration*)

- **Radio Interface (MT-RAN)**
  - Layer 1 Physical
  - Layer 2 Medium Access Control / Link Access Control
  - Layer 3 Signaling
- **MS/BS Radio Performance Specifications**
- **Radio Link Protocol**
- **Enhanced privacy, authentication, encryption**
- **Digital Speech Coders**
- **Conformance Test Plans**
- **MS-Adapter Interface**

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Initial Work areas to be covered by the Intersystem Operations TSG (under consideration*)

- **Evolution of Core Network for Inter System Operation within the ANSI-41 Family**

- **UIM support (Detachable and Integrated) Enhancement of Information Flows**

- **Security Aspects (implementation and usage)**

- **Numbering, Routing, and Supplemental Services for International Roamers**

- **VHE (Virtual Home Environment)**

\* List of work areas is not exhaustive.

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

***Initial Work areas to be covered by the
Access Network Interfaces TSG
(under consideration*)***

- **Radio Network to Core Network Interface**

- **Physical Data Link, Signaling**

- **Support for Access Network Mobility (Hard Handoff and Soft Handoff Support)**

- **High Speed Data Support**

- **Support for Multiple Air interfaces - as required**

- **Inter-Operability Specification**
- **[A$_{bis}$Interface]**

\* List of work areas is not exhaustive.

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

*Initial Work areas to be covered by the Wireless Packet Data Networking TSG (under consideration\*)*

- **Wireless IP Services**

- **Based on IETF Protocols**

- **Secure Private Network Access**

- **Packet Data Accounting**

- **Multimedia Support**

- **QoS Support**

- **CN-CN NNI for Packet Data**

\* List of work areas is not exhaustive.

September 1, 2002 (r3)

37

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

## Initial Work areas to be covered by the Services and Systems Aspects TSG (under consideration*)

- Definition of service and system requirements to support 3G market needs based on regional and international considerations.

- Tracking of Feature and Service development activities across TSGs.

- Management of work items placed under its responsibility.

More specifically, TSG-S will address the following areas of work:
- System Capability Set Development
- Stage 1 Feature and Service Requirements Definition
- System Reference Model Development
- Requirements for International Roaming
- High level co-ordination of the work performed in other TSGs and monitoring of progress.

* List of work areas is not exhaustive.

38

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Primary responsibilities of OP, SC, and TSGs (1)

The primary responsibilities of SC, TSGs and Organizational Partners collectively are given in the following tables:

| | Function | Org | SC | TSGs Collectively |
|---|---|---|---|---|
| 1 | Validation and acceptance of new Partners for 3GPP2 | X | | |
| 2 | Approval of Organizational Partner funding requirements | X | | |
| 3 | Allocation of human and financial resources provided by Organizational Partners | X | | |
| 3a | Allocation of resources to TSGs | X | | |

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

| Function | Org Collectively | SC | TSGs |
|---|---|---|---|
| **3b** Day-to-day management of resources to TSGs | | X | |
| **3c** Allocation of resources within TSGs | | | X |
| **4** Allocation of voluntary human and financial resources by Market Representational Partners and Individual Members | X | X | X |
| **5** Handling of appeals from Individual Members on procedural matters | | X | |

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Primary responsibilities of OP, SC, and TSGs (3)

| | Function | Org SC Collectively | SC | TSGs |
|---|---|---|---|---|
| 6 | Handling of appeals from Individual Members on technical matters | | 2nd step | 1st step |
| 7 | Determine overall time frame and manage overall work progress | X | | |
| 7a | Prepare detailed time frame and manage detailed work progress | | | X |
| 8 | Approval of Technical Specifications and Technical Reports | | | X |

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Primary responsibilities of OP, SC, and TSGs (4)

| | Function | Org Collectively | SC | TSGs |
|---|---|---|---|---|
| 8a | Final adoption of Technical Specifications and Technical Reports | | X | |
| 9 | Proposal and approval of work items within the agreed scope and terms of reference | | | X |
| 10 | Final adoption of work items within the agreed 3GPP2 scope and objectives | | X | |
| 11 | Management of work items | | | X |
| 12 | Technical Co-ordination | | X | X |
| 13 | Appointment of SC Chair (for two year term) | X | | |

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Primary responsibilities of OP, SC, and TSGs (5)

| | Function | Org Collectively | SC | TSGs |
|---|---|---|---|---|
| 14 | Recommendation to SC of TSG Chair and Vice Chairs based on election | | | X |
| 14a | Confirmation of TSG Chair and Vice Chairs | | X | |
| 14b | Approval of Creation of TSGs and their Terms of Reference. | x | | |
| 14c | Approval of Dissolution of TSGs | x | | |
| 14d | Approval of existing TSG ToR requiring additional funding or changes to the guiding scope of 3GPP2. | x | | |

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

## *Primary responsibilities of OP, SC, and TSGs (6)*

| | Function | Org Collectively | SC | TSGs |
|---|---|---|---|---|
| **14e** | **Approval of existing TSG ToR not requiring additional funding nor changes to the guiding scope of 3GPP2.** | | **x** | |
| **15** | **Creation/dissolution of TSG working groups and approval of their terms of reference** | | | **X** |
| **16** | **Appointment of TSG Working Group Chair and Vice Chairs** | | | **X** |

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

| | Function | Org Collectively | SC | TSGs |
|---|---|---|---|---|
| 17 | Confirmation of Individual Member participation rights (each OP confirms eligibility for Individual Members within the OP) | X | | |
| 18 | Approval of 3GPP2 scope and objectives | X | | |
| 18a | Recommendation of change to to 3GPP2 scope and objectives | | X | |

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Primary responsibilities of OP, SC, and TSGs (8)

| | Function | Org Collectively | SC | TSGs |
|---|---|---|---|---|
| 19 | Maintain Partnership Project Agreement, Partnership Project Description and Working Procedures Description | X | | |
| 19a | Recommendation of change to Partnership Project Agreement, Partnership Project Description and Working Procedures Description | | X | |
| 20 | Management of the 3GPP2 Secretariat | X | | |

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**The following have a right to participate in the SC:**

- **Representatives of participating Organizational Partners**
- **Representatives of participating Market Representation Partners**
- **Representatives of participating Individual Members**
- **Chairs and Vice Chairs (or authorized delegate) of TSGs**
- **Representatives of ITU**
- **Representatives of Observers**

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**The following have a right to participate in the TSGs :**

- **Representatives of Individual Members**

- **Representatives of Organizational and Market Representation Partners**

- **Representatives of Observers**

- **Representatives of Guest**

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**Decision making within SC**

- **By consensus**

- **By vote in unavoidable cases with one vote per Individual Member, Organizational Partner, and Market Representation Partner**

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**Decision making within TSGs**

- **By consensus amongst the Individual Members**

- **By vote in unavoidable cases with one vote per Individual Member**

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Principles for voting

The following principles will be applied for voting

- "One Individual Member, one vote"  Multinational organizations are restricted to single vote

- The SC and TSGs will maintain their own list of eligible voters based on attendance principles described in the Working Procedures

- Voting will only occur if quorum is achieved

- Each Individual Member may carry the proxy for up to five other Individual Members

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**The working language for 3GPP2 shall be English:**

- **Meetings of the SC and TSGs shall be conducted in English**

- **3GPP2 technical specifications shall be prepared in English**

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

**3GPP2 will establish and maintain liaison relationships with groups working on standards for other IMT-2000 family members, as appropriate.**

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

- **The Individual Members of 3GPP2 are bound by the IPR Policies of their respective Organizational Partner.**

- **Individual members are encouraged to declare at the earliest opportunity, any IPRs which they may have and believe to be essential, or potentially essential, to any work ongoing within 3GPP2 .**

- **After comparing their respective IPR policies, ARIB, TIA, TTA and TTC have agreed that their IPR policies share common principles and have agreed on the following additional principles to maximize the success of the 3GPP2:**

54

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

## Intellectual Property Rights (2)

**(i)** to encourage their respective members' declaration of willingness to grant licenses on fair, reasonable terms and conditions on a non-discriminatory basis and consistent with the respective Organizational Partners' IPR policies.

**(ii)** to encourage their respective members' who may have IPR which they believe to be essential, or potentially essential, and are unwilling to license such IPR, that early indication of such unwillingness be provided to their respective Organizational Partners.

**(iii)** to understand that "essential IPRs" mean essential IPRs relative to any or all parts of the content of the 3GPP2 technical specifications.

**(iv)** A mechanism for exchanging information associated with the patent statement among the Organizational Partners will be introduced so that such information may be used when adopting relevant standards in each Partner Organization.

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 32

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 33

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 34

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

# EXHIBIT 35

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 36

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

# EXHIBIT 37

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

# EXHIBIT 38

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 39

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 40

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

# EXHIBIT 41

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 42

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 43

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

# EXHIBIT 44

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 45

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

# EXHIBIT 46

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 47

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EXHIBIT 48

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

# EXHIBIT 49

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

# EXHIBIT 50

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# FILED UNDER SEAL

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED