UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>QUALCOMM INCORPORATED, et al.,<br><br>　　　　　Defendants. | Case No. 17-CV-00220-LHK<br><br>**ORDER DENYING STIPULATION TO EXTEND DEADLINE PURSUANT TO LOCAL RULE 79-5**<br><br>Re: Dkt. No. 823 |

The Court DENIES the stipulation to extend the deadline pursuant to Civil Local Rule 79-5. ECF No. 823.

**IT IS SO ORDERED.**

Dated: September 7, 2018

　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge