UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, et al., | Case No. 17-CV-00220-LHK |
|---|---|
| Plaintiffs, | **ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE AND PROVIDING GUIDANCE REGARDING PARTICULAR ISSUES** |
| v. | |
| QUALCOMM INCORPORATED, et al., | |
| Defendants. | |

The Court hereby CONTINUES the September 12, 2018 further case management conference to October 24, 2018 at 2:00 p.m. The parties shall file their joint case management statement by October 17, 2018. At the October 24, 2018 further case management conference, the parties shall be prepared to discuss limits on the number of motions in limine that may be filed in this case.

The Court also offers the following guidance regarding the particular issues presented in the September 5, 2018 joint case management statement. ECF No. 820 at 2–3.

First, the parties may advance their pretrial filing and exchange deadlines by agreement.

Second, the Court will not accept into evidence deposition testimony solely in writing.

1
Case No. 17-CV-00220-LHK
ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE AND PROVIDING GUIDANCE REGARDING PARTICULAR ISSUES

Third, the parties may exchange demonstratives closer to trial, after the date dictated by Paragraph D.1(a) of this Court's Standing Order. The parties shall be prepared to discuss the appropriate deadline for such exchanges at the December 13, 2018 final pretrial conference.

**IT IS SO ORDERED.**

Dated: September 7, 2018

　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge