1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BOIES SCHILLER FLEXNER LLP
William A. Isaacson (*Pro Hac Vice App.* to be filed)
DC Bar No. 414788, wisaacson@bsfllp.com
Karen L. Dunn (*Pro Hac Vice App.* to be filed)
DC Bar No. 1002520, kdunn@bsfllp.com
Amy J. Mauser (*Pro Hac Vice App.* to be filed)
DC Bar No. 424065, amauser@bsfllp.com
1401 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

BOIES SCHILLER FLEXNER LLP
Edward H. Takashima, SBN 270945
etakashima@bsfllp.com
401 Wilshire Blvd, Suite 850
Santa Monica, CA 90401
Telephone:  (310) 752-2408
Facsimile:  (310) 752-2490

Attorneys for Non-Party APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br>a Delaware Corporation,<br><br>Defendant. | Case No. 5:17-CV-00220-LHK-NMC<br><br>**DECLARATION OF EDWARD H. TAKASHIMA ON BEHALF OF NON-PARTY APPLE INC. IN SUPPORT OF PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. EDWARD A. SNYDER AND ACCOMPANYING EXHIBITS (ECF 789)**<br><br>Courtroom:  8, 4th Floor<br><br>Judge:   Hon. Lucy H. Koh |

I, Edward H. Takashima, declare as follows:

1.      I am a partner at the law firm of Boies Schiller Flexner LLP, representing Non-Party Apple Inc. ("Apple"). I am an active member in good standing with the State Bar of California. I have personal knowledge of the matters set forth in this declaration, or am informed and believe them to be true, and if called upon as a witness could and would testify competently to the matters herein.

2.      I respectfully submit this declaration in support of Plaintiff Federal Trade Commission's ("FTC") Administrative Motion to File Under Seal Portions of Its Motion to Exclude Expert Testimony of Dr. Edward A. Snyder and Accompanying Exhibits (ECF 789), pursuant to Civil Local Rules 7-11 and 79-5. I have reviewed the portions of the FTC's Motion to File Under Seal (ECF 789) that the FTC has indicated contain material designated confidential by Apple under a Protective Order.

3.      Exhibit 1 to the Declaration of Jennifer Milici in Support of the FTC's Motion to Exclude Expert Testimony of Dr. Edward A. Snyder is the Expert Report of Edward A. Snyder ("Snyder Report"). Portions of the Snyder Report contain confidential information, as described below. I am providing Qualcomm's and the FTC's counsel with a copy of the report that highlights those specific portions of the report that Apple deems confidential. Apple treats this information as confidential, and has designated it as at least Confidential. If this information were to be released to the public, Apple's competitors and potential business partners would gain insight into Apple's internal business operations, potentially compromising Apple's competitive standing.

| Paragraph / Footnote | Basis to Seal |
|---|---|
| ¶ 37a | Contains confidential information pertaining to internal Apple analysis and strategy regarding suppliers, and confidential information regarding Apple's relationships and communications with potential suppliers. |
| ¶ 37b | Contains confidential information pertaining to internal Apple analysis and strategy regarding suppliers, and confidential information regarding Apple's relationships with potential suppliers. |

| ¶ 89 | Contains confidential information pertaining to internal Apple strategy and potential future business plans. |
|---|---|
| FN 173 | Contains confidential information pertaining to internal Apple strategy and potential future business plans. |
| FN 174 | Contains confidential information pertaining to internal Apple strategy and potential future business plans. |
| FN 177 | Contains confidential information pertaining to internal Apple strategy and analysis regarding potential future business plans. |
| ¶ 96 | Contains confidential information pertaining to internal Apple strategy concerning product development and procurement decisions. |
| FN 188 | Contains confidential information regarding Apple product development and strategy. |
| FN 189 | Contains confidential information regarding Apple product development and strategy. |
| FN 190 | Contains confidential information regarding Apple product development. |
| FN 191 | Contains confidential information regarding Apple product development. |
| FN 192 | Contains confidential information concerning Apple procurement decision making. |
| FN 194 | Contains confidential information regarding Apple internal strategy and analysis, product development, and procurement decision making. |
| ¶ 97 | Contains confidential information regarding Apple internal strategy regarding procurement decision making. |
| ¶ 102 | Contains confidential information regarding Apple product development. |
| FN 214 | Contains confidential information regarding Apple product development. |
| ¶ 103 | Contains confidential information regarding Apple product development. |
| FN 217 | Contains confidential information regarding Apple product development and procurement decision making. |
| FN 218 | Contains confidential information regarding Apple product development. |
| FN 219 | Contains confidential information regarding Apple product development. |
| ¶ 106 | Contains confidential information about Apple procurement and supplier relationships. |
| FN 222 | Contains confidential information about Apple product development and procurement decision making. |
| ¶ 108 | Contains confidential information about Apple product development and procurement decision making. |
| FN 226 | Contains confidential information about Apple product development and procurement decision making. |
| ¶ 112 | Contains confidential information about Apple procurement strategy. |
| FN 234 | Contains confidential information about Apple procurement strategy. |
| FN 235 | Contains confidential information about Apple procurement strategy. |

2

| FN 242 | Contains confidential information about Apple procurement strategy. |
| FN 245 | Contains confidential information about Apple procurement strategy. |
| FN 246 | Contains confidential information about Apple procurement strategy. |
| FN 247 | Contains confidential information about Apple product development and procurement decision making. |
| FN 252 | Contains confidential information about Apple product development strategy. |
| FN 257 | Contains confidential information about Apple product development. |
| ¶ 133 | Contains confidential information reflecting Apple procurement decision making and supplier relationships. |
| FN 274 | Contains confidential information reflecting Apple product development. |
| ¶ 134 | Contains confidential information reflecting Apple procurement decision making. |
| ¶ 135 | Contains confidential information regarding Apple procurement decision making. |
| FN 280 | Contains confidential information regarding Apple's procurement strategy. |
| FN 281 | Contains confidential information regarding Apple's procurement decision making. |
| ¶ 137 | Contains confidential information regarding Apple product development strategy. |
| FN 292 | Contains confidential information regarding Apple procurement strategy. |
| ¶ 142 | Contains confidential information regarding Apple procurement strategy. |
| ¶ 171 | Contains confidential information regarding Apple communications with Qualcomm concerning product development. |
| FN 346 | Contains confidential information regarding Apple communications with Qualcomm concerning product development. |
| FN 353 | Contains confidential information regarding Apple procurement process and decision making. |
| FN 354 | Contains confidential information regarding Apple procurement process and decision making. |
| ¶ 174 | Contains confidential information regarding Apple's procurement process and decision making. |
| FN 355 | Contains confidential information regarding Apple product development and procurement strategy. |
| FN 356 | Contains confidential information regarding Apple's procurement strategy. |
| ¶ 181 | Contains confidential information regarding Apple procurement strategy and product design. |
| ¶ 207 | Contains confidential information regarding Apple product development and procurement activities. |
| ¶ 212 | Contains confidential information regarding Apple product development and procurement activities. |

| ¶ 235 | Contains confidential information concerning Apple's product development and procurement decision making. |
|---|---|
| ¶ 244 | Contains confidential information regarding Apple's internal assessment of industry issues and procurement decision making. |
| FN 504 | Contains confidential information regarding Apple's internal assessment of industry issues. |
| FN 505 | Contains confidential information regarding Apple's internal assessment of industry issues and procurement decision making. |
| FN 518 | Contains confidential information regarding Apple communications with potential suppliers regarding product development. |
| FN 527 | Contains confidential information about Apple internal strategy on product development. |
| ¶ 262 | Contains confidential information regarding Apple's procurement decision making. |
| FN 552 | Contains confidential information about Apple's procurement decision making. |
| FN 553 | Contains confidential information about Apple's procurement decision making. |
| FN 561 | Contains confidential information about Apple employee analysis on changes in the wireless technology industry. |
| ¶ 271(iii) | Contains confidential information concerning Apple internal strategy on product development and procurement decision making. |
| FN 589 | Contains confidential information concerning Apple internal strategy on product development and procurement decision making. |
| ¶ 274 | Contains confidential information regarding Apple's business dealings with Qualcomm. |
| ¶ 286 | Contains confidential information regarding Apple's communications and business dealings with a supplier. |
| FN 629 | Contains confidential information regarding Apple's communications and business dealings with a supplier. |
| FN 630 | Contains confidential information regarding Apple's procurement strategy. |
| ¶ 290 | Contains confidential information regarding Apple's internal strategy and analysis of baseband suppliers. |
| FN 646 | Contains confidential information regarding Apple's communications with a supplier. |
| FN 647 | Contains confidential information about Apple procurement decision making. |
| FN 648 | Contains confidential information about Apple procurement decision making. |
| FN 649 | Contains confidential information about Apple procurement decision making. |
| FN 651 | Contains confidential information about Apple procurement decision making. |
| ¶ 291 | Contains confidential information concerning Apple consideration of a baseband supplier. |
| FN 655 | Contains confidential information related to Apple confidential procurement decision making. |

DECL. OF E. TAKASHIMA IN SUPPORT OF PLAINTIFF FEDERAL TRADE
COMMISSION'S MOTION TO FILE UNDER SEAL (ECF 789)
CASE NO. 5:17-CV-00220-LHK-NMC

| ¶ 292 | Contains confidential information concerning Apple procurement decision making. |
|---|---|
| FN 660 | Contains confidential information related to Apple consideration of a baseband supplier. |
| FN 661 | Contains confidential information related to Apple analysis of a baseband supplier. |
| ¶ 296 | Contains confidential information concerning Apple product development and business dealings with a chipset supplier. |
| FN 677 | Contains confidential information concerning Apple's views on a particular chipset supplier |
| ¶ 297 | Contains confidential information related to Apple procurement decision making. |
| FN 680 | Contains confidential information related to Apple procurement decision making. |
| FN 682 | Contains confidential information related to Apple procurement decision making. |
| FN 683 | Contains confidential information related to Apple procurement decision making |
| ¶ 304 | Contains confidential information concerning Apple's business dealings with a supplier. |
| FN 716 | Contains confidential information concerning Apple procurement decision making. |
| FN 717 | Contains confidential information related to Apple's consideration of baseband suppliers. |
| FN 720 | Contains confidential information concerning Apple's communications and business dealings with a supplier. |
| FN 721 | Contains confidential information related to Apple procurement decision making. |
| ¶ 305 | Contains confidential information related to Apple analysis and consideration of a baseband supplier. |
| FN 724 | Contains confidential information related to Apple procurement decision making. |
| FN 725 | Contains confidential information related to Apple product development. |
| FN 726 | Contains confidential information related to Apple product development. |
| ¶ 309 | Contains confidential information concerning Apple's business dealings with a supplier. |
| FN 738 | Contains confidential information about Apple's procurement strategy. |
| ¶ 310 | Contains confidential information concerning Apple potential future business plans. |
| FN 744 | Contains confidential information concerning Apple's procurement decision making. |
| FN 745 | Contains confidential information concerning Apple procurement decision making and strategy. |
| FN 788 | Contains confidential information concerning Apple communications with a supplier. |

DECL. OF E. TAKASHIMA IN SUPPORT OF PLAINTIFF FEDERAL TRADE
COMMISSION'S MOTION TO FILE UNDER SEAL (ECF 789)
CASE NO. 5:17-CV-00220-LHK-NMC

| 1 | FN 789 | Contains confidential information concerning Apple communications with a supplier. |
|---|---|---|
| 2 | ¶ 324 | Contains confidential information related to Apple's internal analysis regarding industry developments. |
| 3 | FN 796 | Contains confidential Apple internal analysis regarding industry developments. |
| | ¶ 328 | Contains confidential information regarding Apple communications with a cellular carrier. |
| | FN 811 | Contains confidential information concerning Apple communications with a cellular carrier. |
| | FN 817 | Contains confidential information concerning Apple's potential future business plans and baseband procurement strategy. |
| | ¶ 330 | Contains confidential information relating to Apple's procurement decision making. |
| | FN 819 | Contains confidential information relating to Apple's procurement decision making. |
| | FN 820 | Contains confidential information relating to Apple's procurement decision making. |
| | FN 822 | Contains confidential information regarding Apple procurement strategy. |
| | ¶ 333 | Contains confidential information concerning Apple product development and communications and business dealings with a supplier. |
| | FN 834 | Contains confidential information concerning Apple communication with a supplier. |
| | FN 839 | Contains confidential information on Apple product development strategy. |
| | ¶ 334 | Contains confidential information related to Apple procurement strategy. |
| | FN 842 | Contains confidential information regarding Apple procurement strategy. |
| | FN 890 | Contains confidential information concerning Apple evaluation of a potential supplier. |
| | ¶ 345 | Contains confidential information regarding Apple's business dealings with a supplier. |
| | FN 892 | Contains confidential information about Apple communications and business dealings with a supplier. |
| | ¶ 349 | Contains confidential information regarding Apple's consideration of a baseband chipset supplier. |
| | FN 913 | Contains confidential information regarding Apple consideration of a baseband chipset supplier. |
| | ¶ 353 | Contains confidential information regarding Apple consideration of a baseband chipset supplier. |
| | FN 930 | Contains confidential information concerning Apple's sourcing of chipsets. |
| | ¶ 354 | Contains confidential information concerning Apple communications with a baseband chipset supplier. |

6

| FN 934 | Contains confidential information regarding Apple dealings with a chipset supplier. |
|---|---|
| ¶ 359 | Contains confidential information regarding Apple consideration of a chipset supplier. |
| FN 955 | Contains confidential information about Apple internal consideration and analysis of a potential chipset supplier. |
| FN 1041 | Contains confidential information concerning Apple analysis of potential chipset supplier. |
| ¶ 383 | Contains confidential information concerning Apple's evaluation and analysis of a potential chipset supplier. |
| FN 1059 | Contains confidential information concerning Apple's consideration of potential chipset suppliers. |
| FN 1060 | Contains confidential information regarding Apple's procurement decision making. |
| ¶ 388 | Contains confidential information concerning Apple's dealings with a potential chipset supplier. |
| FN 1080 | Contains confidential information concerning Apple's consideration of potential chipset suppliers. |
| FN 1081 | Contains confidential information regarding a potential Apple chipset supplier. |
| FN 1082 | Contains confidential information regarding Apple dealings with, and analysis regarding, a potential chipset supplier. |
| FN 1083 | Contains confidential information regarding Apple dealings with, and analysis regarding, a potential chipset supplier. |
| ¶ 395 | Contains confidential information concerning Apple's procurement decision making. |
| FN 1105 | Contains confidential information concerning Apple's procurement decision making. |
| ¶ 403 | Contains confidential information concerning Apple's procurement decision making. |
| FN 1139 | Contains confidential information concerning Apple's consideration of potential chipset suppliers. |
| ¶ 406 | Contains confidential information concerning Apple consideration of a potential chipset supplier. |
| FN 1150 | Contains confidential information concerning Apple's evaluation of a potential chipset supplier. |
| FN 1151 | Contains confidential information concerning Apple's evaluation of a potential chipset supplier. |
| FN 1152 | Contains confidential information concerning Apple's evaluation of a potential chipset supplier. |
| ¶ 407 | Contains confidential information concerning Apple evaluation of a potential chipset supplier. |
| FN 1155 | Contains confidential information concerning Apple's evaluation of a potential chipset supplier. |
| ¶ 411 | Contains confidential information concerning Apple's evaluation of a potential chipset supplier. |
| FN 1169 | Contains confidential information concerning Apple's evaluation of a potential chipset supplier. |

DECL. OF E. TAKASHIMA IN SUPPORT OF PLAINTIFF FEDERAL TRADE
COMMISSION'S MOTION TO FILE UNDER SEAL (ECF 789)
CASE NO. 5:17-CV-00220-LHK-NMC

| ¶ 412 | Contains confidential information concerning Apple's procurement decision making. |
|---|---|
| FN 1176 | Contains confidential information concerning Apple's consideration of potential chipset suppliers. |
| FN 1177 | Contains confidential information concerning Apple's consideration of potential chipset suppliers. |
| FN 1178 | Contains confidential information concerning Apple's assessment of a potential chipset supplier. |
| ¶ 444 | Contains confidential information concerning Apple's evaluation of a potential chipset supplier. |
| ¶ 449 | Contains confidential information concerning Apple's procurement decision making. |
| FN 1345 | Contains confidential information concerning Apple's procurement decision making. |
| ¶ 451 | Contains confidential information concerning Apple's procurement decision making. |
| FN 1357 | Contains confidential information concerning Apple's consideration and evaluation of potential chipset suppliers. |
| FN 1538 | Contains confidential information concerning Apple's consideration of potential chipset suppliers. |
| ¶ 471d | Contains confidential information concerning Apple's views on a particular chipset supplier. |
| ¶ 472e | Contains confidential information concerning Apple's views on a particular chipset supplier and the two companies' business dealings. |
| FN 1439 | Contains confidential information concerning Apple analysis of a potential chipset supplier. |
| ¶ 509 | Contains confidential information concerning Apple's procurement decision making. |
| FN 1454 | Contains confidential information concerning Apple's consideration and evaluation of a potential chipset supplier. |
| FN 1455 | Contains confidential information concerning Apple's evaluation of potential chipset suppliers. |
| FN 1456 | Contains confidential information concerning Apple analysis of a chipset supplier. |
| ¶ 511 | Contains confidential information concerning Apple's evaluation of a chipset supplier. |
| FN 1461 | Contains confidential information concerning Apple's evaluation of a chipset supplier. |
| FN 1463 | Contains confidential information concerning Apple's consideration and evaluation of a potential chipset supplier. |
| ¶ 517 | Contains confidential information concerning Apple's consideration of a potential chipset supplier. |
| FN 1479 | Contains confidential information concerning procurement decision making. |
| ¶ 518 | Contains confidential information concerning Apple's procurement decision making. |
| FN 1482 | Contains confidential information concerning Apple's procurement decision making. |

DECL. OF E. TAKASHIMA IN SUPPORT OF PLAINTIFF FEDERAL TRADE
COMMISSION'S MOTION TO FILE UNDER SEAL (ECF 789)
CASE NO. 5:17-CV-00220-LHK-NMC

| FN 1483 | Contains confidential information regarding analysis of a potential chipset supplier. |
| ¶ 527a | Contains confidential information concerning Apple's dealings with a potential chipset supplier. |
| ¶ 527e | Contains confidential information concerning Apple's dealings with a chipset supplier. |
| ¶ 540 | Contains confidential information concerning Apple's agreements with Qualcomm. |
| ¶ 541 | Contains confidential information concerning Apple's business dealings with a supplier and Qualcomm and evaluation of potential chipset suppliers. |
| FN 1536 | Contains confidential information concerning Apple's consideration and evaluation of potential chipset suppliers. |
| FN 1537 | Contains confidential information concerning Apple's consideration and evaluation of a potential chipset supplier. |
| FN 1538 | Contains confidential information concerning Apple's consideration and evaluation of potential chipset suppliers. |
| ¶ 542 | Contains confidential information concerning Apple's evaluation and analysis of a potential chipset supplier as well as Apple's agreements with Qualcomm. |
| FN 1539 | Contains confidential information concerning Apple's consideration and evaluation of potential chipset suppliers. |
| FN 1540 | Contains confidential information concerning Apple's consideration and evaluation of potential chipset suppliers. |
| ¶ 547 | Contains confidential information concerning Apple's consideration and evaluation of a potential chipset supplier. |
| FN 1545 | Contains confidential information concerning Apple's consideration and evaluation of a potential chipset supplier. |
| ¶ 548 | Contains confidential information regarding Apple evaluation of chipset suppliers. |
| ¶ 549 | Contains confidential information regarding Apple procurement decision making. |
| FN 1550 | Contains confidential Apple procurement decision making. |
| ¶ 550 | Contains confidential information regarding Apple evaluation of a chipset supplier. |
| FN 1566 | Contains confidential information on Apple strategy on product development. |

4.     Exhibit 2 to the Declaration of Jennifer Milici in Support of the FTC's Motion to Exclude Expert Testimony of Dr. Edward A. Snyder consists of excerpts from the Deposition of Edward A. Snyder.  Apple treats the material at 29:20-30:3 (discussing Apple requirements for potential suppliers) and 32:25-33:1 (discussing Apple's business dealings with a supplier) as confidential.  If this information were to be released to the public, Apple's competitors and

potential business partners would gain insight into Apple's internal business operations, potentially compromising Apple's competitive standing.

      5.      Apple requests that the Court grant Plaintiff's Motion to File Under Seal as to the documents above.

      I declare under penalty of perjury that the foregoing is true and correct.  Executed this 12th day of September, 2018 in Santa Monica, California.

By:  */s/ Edward H. Takashima*
Edward H. Takashima

DECL. OF E. TAKASHIMA IN SUPPORT OF PLAINTIFF FEDERAL TRADE
COMMISSION'S MOTION TO FILE UNDER SEAL (ECF 789)
CASE NO. 5:17-CV-00220-LHK-NMC