CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
825 Eighth Avenue
New York, New York 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest (SBN 84065)
rvannest@keker.com
Eugene M. Paige (SBN 202849)
epaige@keker.com
Justina Sessions (SBN 270914)
jsessions@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
QUALCOMM INCORPORATED

MORGAN LEWIS & BOCKIUS LLP
Richard S. Taffet (*pro hac vice*)
richard.taffet@morganlewis.com
101 Park Avenue
New York, New York 10178-0060
Tel: (212) 309-6000
Fax: (212) 309-6001

MORGAN LEWIS & BOCKIUS LLP
Willard K. Tom (*pro hac vice*)
willard.tom@morganlewis.com.com
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

MORGAN LEWIS & BOCKIUS LLP
Geoffrey T. Holtz (SBN 191370)
geoffrey.holz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | NO. 5:17-CV-00220-LHK-NMC<br><br>**QUALCOMM'S NOTICE OF FILING OF DECLARATIONS IN SUPPORT OF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO EXCLUDE EXPERT TESTIMONY OF PROFESSOR AVIV NEVO AND ACCOMPANYING EXHIBITS (ECF NO. 791-00)**<br><br>CTRM: COURTROOM 8<br><br>JUDGE: HON. LUCY H. KOH |

1       Pursuant to Local Civil Rule 79-5 and this Court's Order dated September 5,
2  2018 (ECF No. 821), Qualcomm Incorporated respectfully submits the attached
3  Declarations of Matthew Gettinger and William B. Wyatt in support of the Federal
4  Trade Commission's Administrative Motion To File Under Seal Portions of Its
5  Motion To Exclude Expert Testimony of Professor Aviv Nevo and Accompanying
6  Exhibits (ECF No. 791-00) ("FTC's Motion To Seal").

7       Qualcomm respectfully states that it does not seek sealing of certain
8  information, listed in Table 1, in the FTC's FTC's Motion To Exclude Expert
9  Testimony of Professor Aviv Nevo, and therefore does not address that information
10 in the attached Declarations.  For the avoidance of doubt, Qualcomm notes that
11 third parties may be seeking to seal information referenced in this Notice.

**Table 1**[1]

| Page | Lines | Footnotes |
|---|---|---|
| 2 | 8, 9 | - |
| 3 | 21-23 | - |
| 4 | 4-6 (except the portion of line 6 starting with "even" through the end of that sentence), 18-19 | - |
| 5 | 2, 4-6, 13, 15 | 6 (except the final three words in the first line of the footnote) |
| 6 | 8 | - |

---

[1] Qualcomm notes that the pages and lines referenced by the FTC in the FTC Motion To Seal do not correspond with the redactions that were actually applied to the Motion To Exclude Expert Testimony of Aviv Nevo. Accordingly, the pages and lines in Table 1 refer to the redactions in the Motion To Exclude Expert Testimony of Aviv Nevo, and *not* the pages and lines referenced in the FTC's Motion To Seal.

Qualcomm respectfully states that it also does not seek sealing of certain information, listed in Table 2, in the Exhibits accompanying the FTC's Motion To Exclude Expert Testimony of Professor Aviv Nevo, and therefore does not address that information in the attached Declarations.  For the avoidance of doubt, Qualcomm notes that third parties may be seeking to seal information referenced in this Notice.

**Table 2**

| Exhibit | Information for Which Qualcomm Does Not Seek Sealing |
|---|---|
| 1 | No sealing requested except:<br>• Page 49, paragraph 94 (only the final sentence of paragraph 94)<br>• Page 49, fn.179<br>• Page 149, paragraph 292 (only the final two sentences of paragraph 292)<br>• Page 150, paragraph 296 (only the portion of the first sentence of paragraph 296 starting after the words "market power in 5G" through the end of that sentence)<br>• Page 150, fn.513<br>• Page 151, paragraph 299 (only the portion of the first clause of the second sentence of paragraph 299 from "margins" to "benchmark", and the portion of the final clause of the third sentence of paragraph 299 from "margins" through the end of that sentence)<br>• Page 151, fn.515 (only the portion of the third sentence from "volumes" through the end of that sentence)<br>• Page 151, fn.517 (only the quoted portion of the first sentence) |
| 2 | No sealing requested except:<br>• Page 256, line 13 through page 257, line 23 |

1 | Dated: September 12, 2018

2 | CRAVATH, SWAINE & MOORE LLP,

4 | _____*/s/ Gary A. Bornstein*_____
Gary A. Bornstein
5 | Yonatan Even

6 | Worldwide Plaza
7 | 825 Eighth Avenue
New York, NY 10019
8 | Tel: (212) 474-1000
9 | Fax: (212) 474-3700
gbornstein@cravath.com
10 | yeven@cravath.com

12 | Robert A. Van Nest
Eugene M. Paige
13 | Justina Sessions
KEKER, VAN NEST & PETERS LLP
14 | 633 Battery Street
15 | San Francisco, CA 94111-1809
Tel: (415) 391-5400
16 | Fax: (415) 397-7188
17 | rvannest@keker.com
epaige@keker.com
18 | jsessions@keker.com

20 | Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
21 | 101 Park Avenue
New York, NY 10178-0060
22 | Tel: (212) 309-6000
23 | Fax: (212) 309-6001
richard.taffet@morganlewis.com

25 | Willard K. Tom
MORGAN, LEWIS & BOCKIUS LLP
26 | 1111 Pennsylvania Ave. NW
27 | Washington, DC 20004-2541
Tel: (202) 739-3000
28 | Fax: (202) 739 3001

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

willard.tom@morganlewis.com

Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415) 442-1001
geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*