CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
825 Eighth Avenue
New York, New York 10019-7475
Telephone: (212) 474-1000
Facsimile:  (212) 474-3700

KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest (SBN 84065)
rvannest@keker.com
Eugene M. Paige (SBN 202849)
epaige@keker.com
Justina Sessions (SBN 270914)
jsessions@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant
QUALCOMM INCORPORATED

MORGAN LEWIS & BOCKIUS LLP
Richard S. Taffet (*pro hac vice*)
richard.taffet@morganlewis.com
101 Park Avenue
New York, New York 10178-0060
Tel: (212) 309-6000
Fax: (212) 309-6001

MORGAN LEWIS & BOCKIUS LLP
Willard K. Tom (*pro hac vice*)
willard.tom@morganlewis.com
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone: (202) 739-3000
Facsimile:  (202) 739-3001

MORGAN LEWIS & BOCKIUS LLP
Geoffrey T. Holtz (SBN 191370)
geoffrey.holz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile:  (415) 442-1001

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**DEFENDANT QUALCOMM INCORPORATED'S OPPOSITION TO MOTION FOR LEAVE TO FILE AN AMICUS BRIEF**<br><br>Date:     February 21, 2019<br>Time:     1:30 PM<br>Courtroom: 8, 4th Floor<br>Judge:    Hon. Lucy H. Koh |

Qualcomm's Opposition to
Motion for Leave to File an Amicus Brief
Case No. 5:17-cv-00220-LHK

Defendant Qualcomm Incorporated ("Qualcomm") respectfully opposes the Motion of ACT | The App Association ("ACT") and Computer & Communications Industry Association ("CCIA") for Leave To File an *Amicus Curiae* Brief in Support of the Federal Trade Commission's Motion for Partial Summary Judgment (the "Motion", ECF No. 857).  When ACT and CCIA requested Qualcomm's position on their forthcoming Motion, Qualcomm informed their counsel that it did not consent and, to avoid burdening the Court, informed ACT and CCIA that they may include in their Motion Qualcomm's position as follows:

> "Qualcomm does not consent to the belated filing of an amicus brief by ACT and CCIA, one week before Qualcomm's opposition to the motion is due, on an issue the FTC asserts may be decided as a matter of law without reference to industry practice.  In addition to the timing problem, and the irrelevance of ACT and CCIA's views, both organizations are affiliated with firms that are actively litigating against Qualcomm in other forums.  For example, Apple is one of ACT's sponsors.  Intel and NVIDIA are CCIA members.  Moreover, counsel for ACT and CCIA has previously appeared in this case as counsel for Broadcom, which recently tried to acquire Qualcomm in a hostile transaction."

The ACT and CCIA did not include the above statement in their Motion.  Regardless, for the reasons set forth in the above statement, Qualcomm respectfully submits that ACT and CCIA's participation as *amicus curiae* will not be useful to the Court in assessing whether the FTC is entitled to partial summary judgment as a matter of law and will be prejudicial to Qualcomm.  Qualcomm therefore requests that the Court deny the Motion.

Dated: September 18, 2018

                        Respectfully submitted,

                        CRAVATH, SWAINE & MOORE LLP,


                            /s/ *Gary A. Bornstein*
                              Gary A. Bornstein
                              Yonatan Even

                        Worldwide Plaza
                        825 Eighth Avenue
                        New York, NY 10019
                        Tel: (212) 474-1000
                        Fax: (212) 474-3700

1

Qualcomm's Opposition to
Motion for Leave to File an Amicus Brief
Case No. 5:17-cv-00220-LHK

gbornstein@cravath.com
yeven@cravath.com

Robert A. Van Nest
Eugene M. Paige
Justina Sessions
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Tel: (415) 391-5400
Fax: (415) 397-7188
rvannest@keker.com
abhansali@keker.com
epaige@keker.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel: (212) 309-6000
Fax: (212) 309-6001
richard.taffet@morganlewis.com

Willard K. Tom
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Tel: (202) 739-3000
Fax: (202) 739 3001
willard.tom@morganlewis.com

Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415) 442-1001
geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*