| | |
|---|---|
| CRAVATH, SWAINE & MOORE LLP<br>Gary A. Bornstein (*pro hac vice*)<br>gbornstein@cravath.com<br>Yonatan Even (*pro hac vice*)<br>yeven@cravath.com<br>825 Eighth Avenue<br>New York, New York 10019-7475<br>Telephone: (212) 474-1000<br>Facsimile:  (212) 474-3700<br><br>KEKER, VAN NEST & PETERS LLP<br>Robert A. Van Nest (SBN 84065)<br>rvannest@keker.com<br>Eugene M. Paige (SBN 202849)<br>epaige@keker.com<br>Justina K. Sessions (SBN 270914)<br>jsessions@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile:  (415) 397-7188<br><br>Attorneys for Defendant<br>QUALCOMM INCORPORATED | MORGAN LEWIS & BOCKIUS LLP<br>Richard S. Taffet (*pro hac vice*)<br>richard.taffet@morganlewis.com<br>101 Park Avenue<br>New York, New York 10178-0060<br>Tel: (212) 309-6000<br>Fax: (212) 309-6001<br><br>MORGAN LEWIS & BOCKIUS LLP<br>Willard K. Tom (*pro hac vice*)<br>willard.tom@morganlewis.com<br>1111 Pennsylvania Ave. NW<br>Washington, DC 20004-2541<br>Telephone: (202) 739-3000<br>Facsimile:  (202) 739-3001<br><br>MORGAN LEWIS & BOCKIUS LLP<br>Geoffrey T. Holtz (SBN 191370)<br>geoffrey.holz@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile:  (415) 442-1001 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**QUALCOMM INCORPORATED'S NOTICE REGARDING MOTION FOR LEAVE TO TAKE THE TRIAL DEPOSITION OF AN IMMINENTLY UNAVAILABLE EXPERT WITNESS (ECF NO. 854-08)**<br><br>Courtroom:  8, 4th Floor<br>Judge:       Hon. Lucy H. Koh |

1  Defendant Qualcomm Incorporated ("Qualcomm") respectfully submits this Notice regarding Qualcomm's Motion for Leave to Take the Trial Deposition of an Imminently Unavailable Expert Witness (the "Motion", ECF No. 854-08).  Qualcomm respectfully informs the Court that Qualcomm learned today that it has been confirmed that the matter discussed in Qualcomm's Motion (*see* ECF No. 854-08 at 1, lines 9-10) will take place and will become effective on the later of the dates discussed in the Motion.  As a result, the requested trial deposition can occur on September 28, 2018, and the FTC's objection to the earlier proposed deposition date is moot (*see* ECF No. 854-08 at 6, lines 9-17).  The matter discussed in the Motion remains confidential and has not yet been publicly announced.

Dated:  September 18, 2018

Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP,


     /s/ *Gary A. Bornstein*
             Gary A. Bornstein
             Yonatan Even

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
gbornstein@cravath.com
yeven@cravath.com

Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Tel: (415) 391-5400
Fax: (415) 397-7188
rvannest@keker.com
epaige@keker.com
jsessions@keker.com

1

Qualcomm's Notice Regarding
Motion for Leave To Take Trial Deposition
Case No. 5:17-cv-00220-LHK-NMC

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel: (212) 309-6000
Fax: (212) 309-6001
richard.taffet@morganlewis.com

Willard K. Tom
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Tel: (202) 739-3000
Fax: (202) 739 3001
willard.tom@morganlewis.com

Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415) 442-1001
geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*