UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 5:17-cv-00220-LHK<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION OF ACT | THE APP ASSOCIATION AND COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION FOR LEAVE TO FILE AN** *AMICI CURIAE* **BRIEF IN SUPPORT OF THE FEDERAL TRADE COMMISSION RESPECTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: February 21, 2019<br>Time: 1:30 p.m.<br>Place: Courtroom 8<br>Judge: Hon. Lucy Koh |

-1-

Good cause appearing, the motion of ACT | The App Association and Computer & Communications Industry Association for leave to file a brief as *amici curiae* is hereby GRANTED.

DATED:   September 18  , 2018          By: *Lucy H. Koh*
                                       Hon. Lucy H. Koh
                                       UNITED STATES DISTRICT JUDGE

-2-
~~PROPOSED~~ ORDER GRANTING MOTION FOR LEAVE TO FILE AN AMICI CURIAE BRIEF
CASE NO. 5:17-CV-00220-LHK