| | |
|---|---|
| CRAVATH, SWAINE & MOORE LLP<br>Gary A. Bornstein (*pro hac vice*)<br>gbornstein@cravath.com<br>Yonatan Even (*pro hac vice*)<br>yeven@cravath.com<br>825 Eighth Avenue<br>New York, New York 10019-7475<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>KEKER, VAN NEST & PETERS LLP<br>Robert A. Van Nest (SBN 84065)<br>rvannest@keker.com<br>Eugene M. Paige (SBN 202849)<br>epaige@keker.com<br>Justina K. Sessions (SBN 270914)<br>jsessions@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br><br>Attorneys for Defendant<br>QUALCOMM INCORPORATED | MORGAN LEWIS & BOCKIUS LLP<br>Richard S. Taffet (*pro hac vice*)<br>richard.taffet@morganlewis.com<br>101 Park Avenue<br>New York, New York 10178-0060<br>Tel: (212) 309-6000<br>Fax: (212) 309-6001<br><br>MORGAN LEWIS & BOCKIUS LLP<br>Willard K. Tom (*pro hac vice*)<br>willard.tom@morganlewis.com<br>1111 Pennsylvania Ave. NW<br>Washington, DC 20004-2541<br>Telephone: (202) 739-3000<br>Facsimile: (202) 739-3001<br><br>MORGAN LEWIS & BOCKIUS LLP<br>Geoffrey T. Holtz (SBN 191370)<br>geoffrey.holtz@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**QUALCOMM INCORPORATED'S NOTICE REGARDING JOINT ADMINISTRATIVE MOTIONS TO SEAL (ECF NOS. 854, 862)**<br><br>Courtroom: 8, 4th Floor<br>Judge:      Hon. Lucy H. Koh |

Defendant Qualcomm Incorporated ("Qualcomm") respectfully submits this Notice regarding the Joint Administrative Motions To Seal filed by the parties on September 15 and September 19, 2018.  (ECF Nos. 854, 862.)

Qualcomm respectfully informs the Court that the Government of France publicly announced today, September 19, that Qualcomm's expert, Professor Bénédicte Fauvarque-Cosson, has been appointed as a judge of the Conseil d'État, effective October 1, 2018.[1]  Qualcomm therefore files as attachments to this Notice redacted versions of the motion papers that are sought to be filed under seal in the parties' Joint Administrative Motions To Seal (ECF Nos. 854-4, 854-8, 862-4).  Qualcomm has left unredacted information that is no longer confidential as a result of the announcement.[2]

Because certain information in the papers sought to be filed under seal remains confidential following the public announcement, Qualcomm respectfully requests that the unredacted motion papers be filed under seal for the reasons stated in the parties' Joint Administrative Motions To Seal (ECF Nos. 854, 862) and in the accompanying Declarations in support of sealing (ECF Nos. 854-2, 854-4, 862-2).

The redacted information sought to be sealed is:

- Qualcomm's Motion for Leave To Take the Trial Deposition of an Imminently Unavailable Witness (ECF No. 854-8):  page 1, line 10 (only the portion between "take effect" and "October 1, 2018"; page 1, lines 12-13 (only the portion after "matter" through the end of that sentence); page 1, line 23 (only the portion between "becomes effective" and "on October 1"; page 1, line 24 (only the portion after "could occur on" through the end of line 24); page 2, line 13 (only the portion

---

[1] "Compte rendu du Conseil des ministres du 19 septembre 2018, Mesures d'ordre individuel", https://www.gouvernement.fr/conseil-des-ministres/2018-09-19/mesures-d-ordre-individuel (accessed Sept. 19, 2018).

[2] As a result of the public announcement of Prof. Fauvarque-Cosson's appointment, Qualcomm is no longer requesting that the Exhibit to the FTC's Opposition, the transcript of Prof. Fauvarque-Cosson's deposition (ECF No. 862-5), be filed under seal and files an unredacted copy of that Exhibit as an attachment to this Notice.

between "On" and ", Prof. Fauvarque-Cosson"); page 2, lines 13-14 (only the portion after "Prof. Fauvarque-Cosson learned" through the end of that sentence); page 2, lines 16-18 (only the portion after "On" through the end of that sentence); page 2, lines 19-20 (only the portion after "informed" through the end of that sentence); page 2, line 21 to page 3, line 1 (only the portion after "Prof. Fauvarque-Cosson" through the end of that sentence); page 3, lines 2-4 (only the portion after "Prof. Fauvarque-Cosson" through the end of that sentence); page 3, lines 4-7 (only the portion after "informed" through the end of that sentence); page 3, lines 8-9 (only the portion after "informed" through the end of that sentence); page 3, note 2 (only the portion after "Prof. Fauvarque-Cosson" through the end of that sentence); page 4, lines 17-19 (only the portion after "Before" through the end of that sentence); page 4, line 20 (only the portion between "Accordingly," and "Qualcomm"); page 6, line 2 (only the portion between "cross-examination" and "Further"); page 6, lines 9-10 (only the portion between "appointment" and ", it would be inconvenient"); page 6, line 11 (only from the beginning of line 11 until ".  Any inconvenience"); page 6, lines 12-15 (only the portion from "and testify" through the end of that sentence); page 6, line 21 (only the portion of line 21 before "or 28").

- Qualcomm's Expert Declaration in Support of Joint Administrative Motion To Seal and in Support of Qualcomm's Motion for Leave (ECF No. 854-4): paragraphs 5, 6, 7, 8, 10, 11 (but only the first six sentences of paragraph 11, and only the portion of the seventh sentence of paragraph 11 on line 26 between "take effect" and "on October 1") and 13.
- FTC's Opposition to Qualcomm's Motion for Leave (ECF No. 862-4):  page 1, lines 5-6 (all of line 5, but only the first word of line 6); page 1, lines 23-25 (only the portion between "¶ 9." and "Decl. ¶ 8."; page 4, lines 2-4 (only the portion after "contrary," through the end of that sentence); page 5, lines 22-26 (only the portion between "unavailable for trial." and "Qualcomm identifies"); page 5,

line 27 through page 6, line 7 (only the final three words of page 5, line 27 through the end of page 6, line 7).

Dated: September 19, 2018

          Respectfully submitted,

          CRAVATH, SWAINE & MOORE LLP,

          /s/ *Gary A. Bornstein*
          Gary A. Bornstein
          Yonatan Even

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
gbornstein@cravath.com
yeven@cravath.com

Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Tel: (415) 391-5400
Fax: (415) 397-7188
rvannest@keker.com
epaige@keker.com
jsessions@keker.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel: (212) 309-6000
Fax: (212) 309-6001
richard.taffet@morganlewis.com

Willard K. Tom
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Tel: (202) 739-3000
Fax: (202) 739 3001

willard.tom@morganlewis.com

Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415) 442-1001
geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*