UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>QUALCOMM INCORPORATED, et al.,<br><br>Defendants. | Case No. 17-CV-00220-LHK<br><br>**ORDER DENYING QUALCOMM'S MOTION FOR LEAVE TO TAKE THE TRIAL DEPOSITION OF AN IMMINENTLY UNAVAILABLE EXPERT WITNESS**<br><br>Re: Dkt. No. 854-8 |

Qualcomm's Motion for Leave to Take the Trial Deposition of an Imminently Unavailable Expert Witness is DENIED.

**IT IS SO ORDERED.**

Dated: September 21, 2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-00220-LHK
ORDER DENYING QUALCOMM'S MOTION FOR LEAVE TO TAKE THE TRIAL DEPOSITION OF AN IMMINENTLY UNAVAILABLE EXPERT WITNESS