1

2      *Counsel Listed on Signature Page*

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **NORTHERN DISTRICT OF CALIFORNIA**

                          **SAN JOSE DIVISION**

10

11     FEDERAL TRADE COMMISSION,                NO. 5:17-CV-00220-LHK-NMC

       Plaintiff,                               **JOINT ADMINISTRATIVE MOTION**
12                                              **FOR AN ORDER TO FILE UNDER**
                                                **SEAL THE FTC'S OPPOSITION TO**
13     vs.                                      **QUALCOMM'S MOTION TO**
                                                **EXCLUDE EXPERT REPORTS OF**
14     QUALCOMM INCORPORATED, a                 **RICHARD L. DONALDSON AND**
                                                **ACCOMPANYING EXHIBITS**
15     Delaware corporation,
                                                CTRM:  COURTROOM 8
16     Defendant.
                                                JUDGE:  HON. LUCY H. KOH
17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rules 7-11 and 79-5(d), and this Court's September 5, 2018 Order

2    (ECF No. 821), Defendant Qualcomm Incorporated ("Qualcomm") and Plaintiff Federal Trade

3    Commission ("FTC") hereby jointly move the Court to issue an administrative order authorizing

4    the filing under seal of the FTC's Opposition to Qualcomm's Motion to Exclude Expert Reports

5    of Richard L. Donaldson (the "Opposition") and accompanying exhibits. In accordance with the

6    Court's Local Rules, a public redacted version of the Opposition and accompanying exhibits have

7    been filed using the ECF system for the Northern District of California.

8    Civil Local Rule 79-5 provides that documents, or portions thereof, may be sealed if a

9    party "establishes that the documents, or portions thereof, are privileged, protectable as a trade

10   secret or otherwise entitled to protection under the law." Civ. L.R. 79-5(b). A party seeking to

11   seal a document generally must overcome the "strong presumption in favor of access" that applies

12   to court documents other than those that are traditionally kept secret. For motions that are "more

13   than tangentially related to the underlying cause of action," *Ctr. for Auto Safety v. Chrysler Grp.,*

14   *LLC*, 809 F.3d 1092, 1099 (9th Cir.), *cert. denied sub nom. FCA U.S. LLC v. Ctr. for Auto Safety*,

15   137 S. Ct. 38, 196 L. Ed. 2d 26 (2016), the declarations shall set forth the "compelling reasons

16   supported by specific factual findings" that the parties believe "outweigh the general history of

17   access and the public policies favoring disclosure," *Kamakana v. City & Cty. of Honolulu*, 447

18   F.3d 1172, 1178–79 (9th Cir. 2006) (internal quotation marks and citation omitted). For motions

19   that are "not related, or only tangentially related, to the merits of a case," *Ctr. for Auto Safety*, 809

20   F.3d at 1099, the declarations shall set forth the "particularized" reasons that the parties believe

21   that "specific prejudice or harm will result" if the information is disclosed, *Phillips ex rel. Estates*

22   *of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210–11 (9th Cir. 2002) (citation omitted).

23   Sealing requests must be "narrowly tailor[ed]." Civ. L.R. 79-5(b). Declarations

24   establishing that the information sought to be sealed is sealable must set forth "particularized"

25   reasons why "specific prejudice or harm will result" if the information is disclosed, *Phillips ex*

26   *rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002) (citation

27   omitted).

28   Subsection (e) of Civil Local Rule 79-5 sets forth procedures that apply when a party

.                                                         2

1   seeks to file information designated as confidential by the opposing party or a non-party. Under

2   subsection (e), the submitting party's "declaration in support of the Administrative Motion to File

3   Under Seal must identify the document or portions thereof which contain the designated

4   confidential material and identify the party that has designated the material as confidential ('the

5   Designating Party')." Pursuant to subsection (e)(1) of Civil Local Rule 79-5, as supplemented by

6   this Court's September 5, 2018 Order (ECF No. 821), the parties must file concurrent with the

7   administrative motion to file under seal all necessary declarations establishing that the

8   information sought to be sealed is sealable, or, where it is impracticable for the parties to follow

9   this procedure with respect to a particular non-party, the parties' declarations must provide the

10   reasons why it was not practicable to follow this procedure with respect to that non-party.

11          The FTC's Opposition and accompanying exhibits contain information designated as

12   confidential by Qualcomm under the governing Protective Orders in *In re: Qualcomm Antitrust*

13   *Litigation*, No. 17-md-02773-LHK-NMC (N.D. Cal.) ("MDL Action"); *Federal Trade*

14   *Commission v. Qualcomm Incorporated*, No. 17-cv-00220-LHK-NMC (N.D. Cal.) ("FTC

15   Action"); and *Apple, Inc. v. Qualcomm Incorporated*, No. 17-cv-0108-GPC-MDD ("S.D. Cal.

16   Action") (together, "Protective Orders").

17          The FTC and Qualcomm respectfully move the Court to keep sealed portions of the FTC's

18   Opposition and the accompanying exhibits, as described below. Filed concurrently herewith are

19   declarations from counsel for both parties attesting to compliance with the requirements of the

20   Court's September 5, 2018 Order regarding administrative motions to seal (ECF No. 821) and

21   supporting the respective designating parties' requests to seal particular materials.

22   **Qualcomm Information**

23          The following portions of the Opposition reference information that Qualcomm has

24   previously sought to seal (ECF No. 800, Declaration of G. Holtz para. 5):

25   | P. 5, ll. 6-8 |
26   | P. 5, ll. 9-11 |
27   | P. 5, l. 17 |
28   | P. 5, l. 26 – P. 6, l. 1 |

.                                3

| |
|---|
| P. 8, l. 27 – P. 9, l. 1 |
| P. 10, ll. 24-26 |
| P. 13, ll. 12-15 |
| P. 13, ll. 16-21 |
| P. 14, ll. 1-3 |
| P. 16, l. 5 |

Qualcomm has provided declarations in support of its request to seal the information identified below, as to which the FTC takes no position:

| Ex. | Description | Sealing Request |
|---|---|---|
| Exhibit 1 | Excerpts from Deposition of Richard Donaldson conducted in this litigation. | 118:21 |
| Exhibit 5 | Portions of Q2014FTC04150166 ("FY18-22 Strat Plan" May 24th, 2017). | entirety |
| Exhibit 7 | Q2017MDL1_01736777 (Email from Eric Reifschneider (Qualcomm) to Derek Aberle (Qualcomm), Apr. 9, 2013). | entirety |
| Exhibit 8 | Q2014FTC03470494 (Email from Eric Reifschneider (Qualcomm), May 6, 2013) | entirety |
| Exhibit 9 | Excerpts from Deposition of Cristiano Amon conducted in this litigation. | 148:9-10; 148:15-7; 148:24-25; 149:9; 149:23-150:1; 150:3-4; 150:6-7; 150:10; 150:14; 150:17-18; 150:19; 150:22; 151:11-12; 151:15; 151:17-18; 151:20-21; 152:4-6; 152:20; 152:21; 153:3-4; 153:8-20; 153:23-24 |
| Exhibit 10 | QNDCAL02199665 (Email of Michael Hartogs (Qualcomm), Sept. 9, 2003). | entirety |
| Exhibit 11 | Q2017MDL1_02843092 (Email from Eric Reifschneider (counsel for Qualcomm), Feb. 20, 2012). | entirety |
| Exhibit 12 | Q2017MDL1_02697467 (E-mail from Steve Altman, Qualcomm, Feb. 27, 2008). | entirety |

| Ex. | Description | Sealing Request |
|-----|-------------|-----------------|
| Exhibit 13 | Q2014FTC03584363 (Qualcomm, presentation, Nov. 16, 2015). | Redactions for cover email, sealing for entire attachment |

The declarations of FTC lead counsel and Qualcomm lead counsel, as well as a proposed

order granting the Joint Administrative Motion to File Under Seal are submitted herewith.

Case No. 17-CV-0220-LHK-NMC
Joint Administrative Motion
for an Order To File under Seal

1    Dated:    September 24, 2018              Respectfully Submitted,

2

3                                                *s/ Jennifer Milici*
                                               Jennifer Milici
4                                              Wesley G. Carson
                                               Joseph R. Baker
5                                              J. Alexander Ansaldo
                                               Federal Trade Commission
6                                              600 Pennsylvania Avenue, N.W.
                                               Washington, D.C. 20580
7                                              (202) 326-3695; (202) 326-3496 (fax)
                                               *jmilici@ftc.gov*
8

9                                              *Attorneys for Plaintiff*
                                               *Federal Trade Commission*
10

11                                             CRAVATH, SWAINE & MOORE LLP,

12

13                                                  */s/ Gary A. Bornstein*
                                                    Gary A. Bornstein
14                                                  Yonatan Even
                                               Worldwide Plaza
15                                                 825 Eighth Avenue
                                                      New York, NY 10019
16                                                      Tel: (212) 474-1000
                                                          Fax: (212) 474-3700
17                                                            gbornstein@cravath.com
                                                            yeven@cravath.com
18

19                                             Robert A. Van Nest
                                               Asim M. Bhansali
20                                             Eugene M. Paige
                                               KEKER, VAN NEST & PETERS LLP
21                                                 633 Battery Street
                                                      San Francisco, CA 94111-1809
22                                                      Tel: (415) 391-5400
                                                          Fax: (415) 397-7188
23                                                            rvannest@keker.com
                                                            abhansali@keker.com
24                                                          epaige@keker.com
25

26                                             Richard S. Taffet
                                               MORGAN, LEWIS & BOCKIUS LLP
27                                                 101 Park Avenue
                                                      New York, NY 10178-0060
28

.                                    6                   Case No. 17-CV-0220-LHK-NMC
                                                         Joint Administrative Motion
                                                         for an Order To File under Seal

1

2

Tel: (212) 309-6000
Fax: (212) 309-6001
richard.taffet@morganlewis.com

3

4

Willard K. Tom
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Tel: (202) 739-3000
Fax: (202) 739 3001
willard.tom@morganlewis.com

5

6

7

8

Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415) 442-1001
geoffrey.holtz@morganlewis.com

9

10

11

12

*Attorneys for Qualcomm Incorporated*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

.

7

1

## **FILER'S ATTESTATION**

2

3

I, Jennifer Milici, am the ECF user whose identification and password are being used to file this Opposition and attachments. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories of these documents have concurred in this filing.

4

*Jennifer Milici*
Jennifer Milici

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

.                                          8

Case No. 17-CV-0220-LHK-NMC
Joint Administrative Motion
for an Order To File under Seal