| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |
| SAN JOSE DIVISION | |

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-CV-00220-LHK-NMC<br><br>**DECLARATION OF JENNIFER MILICI REGARDING JOINT MOTION TO FILE UNDER SEAL THE FTC'S OPPOSITION TO QUALCOMM'S MOTION TO EXCLUDE EXPERT REPORTS OF RICHARD L. DONALDSON AND ACCOMPANYING EXHIBITS**<br><br>Courtroom:  8, 4th Floor<br>Judge:       Hon. Lucy H. Koh |

**DECLARATION OF JENNIFER MILICI**

I, Jennifer Milici, hereby declare as follows:

1. I am a lead counsel for the Federal Trade Commission in *Federal Trade Commission v. Qualcomm Incorporated*, Case No. 17-cv-00220-LHK-NMC ("FTC Action").

2. I respectfully submit this declaration regarding the parties' joint administrative motion to seal the FTC's Opposition to Qualcomm's Motion to Exclude Expert Reports of Richard L. Donaldson (the "Opposition") and accompanying exhibits.

3. On September 21 and 24, 2018, I met and conferred with counsel for Qualcomm regarding Qualcomm's intention to move for an order sealing the Opposition and the accompanying exhibits.

4. The following portions of the Opposition reference information that Qualcomm has previously sought to seal (ECF No. 800, Declaration of G. Holtz para. 5):

| |
|---|
| P. 5, ll. 6-8 |
| P. 5, ll. 9-11 |
| P. 5, l. 17 |
| P. 5, l. 26 – P. 6, l. 1 |
| P. 8, l. 27 – P. 9, l. 1 |
| P. 10, ll. 24-26 |
| P. 13, ll. 12-15 |
| P. 13, ll. 16-21 |
| P. 14, ll. 1-3 |
| P. 16, l. 5 |

5. Counsel for Qualcomm informed the FTC that Qualcomm seeks to seal the following information in the exhibits attached to the Declaration of Jennifer Milici in

Support of Federal Trade Commission's Opposition to Qualcomm's Motion to Exclude Expert Reports of Richard L. Donaldson and Accompanying Exhibits:

| Exhibit | Description | Sealing Request |
|---|---|---|
| Exhibit 1 | Excerpts from Deposition of Richard Donaldson conducted in this litigation. | 118:21 |
| Exhibit 5 | Portions of Q2014FTC04150166 ("FY18-22 Strat Plan" May 24th, 2017). | entirety |
| Exhibit 7 | Q2017MDL1_01736777 (Email from Eric Reifschneider (Qualcomm) to Derek Aberle (Qualcomm), Apr. 9, 2013). | entirety |
| Exhibit 8 | Q2014FTC03470494 (Email from Eric Reifschneider, (Qualcomm) May 6, 2013) | entirety |
| Exhibit 9 | Excerpts from Deposition of Cristiano Amon conducted in this litigation. | 148:9-10; 148:15-7; 148:24-25; 149:9; 149:23-150:1; 150:3-4; 150:6-7; 150:10; 150:14; 150:17-18; 150:19; 150:22; 151:11-12; 151:15; 151:17-18; 151:20-21; 152:4-6; 152:20; 152:21; 153:3-4; 153:8-20; 153:23-24 |
| Exhibit 10 | QNDCAL02199665 (Email of Michael Hartogs (Qualcomm), Sept. 9, 2003). | entirety |
| Exhibit 11 | Q2017MDL1_02843092 (Email from Eric Reifschneider (counsel for Qualcomm), Feb. 20, 2012). | entirety |
| Exhibit 12 | Q2017MDL1_02697467 (E-mail from Steve Altman, Qualcomm, Feb. 27, 2008). | entirety |
| Exhibit 13 | Q2014FTC03584363 (Qualcomm, presentation, Nov. 16, 2015). | Redactions for cover email, sealing for entire attachment |

6. Declarations from Oktay Gumus, David Wise, and Matthew Gettinger, establishing the basis for sealing the Qualcomm information, are attached.

7. Based on Qualcomm's representations, and the information currently available to the FTC, the FTC does not take a position on whether the relevant information in the Opposition or the accompanying exhibits is confidential and therefore needs to be filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this day, September 24, 2018 in Washington, District of Columbia.

*/s/ Jennifer Milici*

Jennifer Milici