| | |
|---|---|
| CRAVATH, SWAINE & MOORE LLP | MORGAN, LEWIS & BOCKIUS LLP |
| Gary A. Bornstein (*pro hac vice*) | Richard S. Taffet (*pro hac vice*) |
| gbornstein@cravath.com | richard.taffet@morganlewis.com |
| Yonatan Even (*pro hac vice*) | 101 Park Avenue |
| yeven@cravath.com | New York, NY 10178-0060 |
| 825 Eighth Avenue | Telephone:  (212) 309-6000 |
| New York, New York 10019-7475 | Facsimile:  (212) 309-6001 |
| Telephone:  (212) 474-1000 | |
| Facsimile:   (212) 474-3700 | MORGAN, LEWIS & BOCKIUS LLP |
| | Willard K. Tom (*pro hac vice*) |
| KEKER, VAN NEST & PETERS LLP | willard.tom@morganlewis.com |
| Robert A. Van Nest | 1111 Pennsylvania Avenue NW |
| rvannest@keker.com | Washington, DC 20004-2541 |
| 633 Battery Street | Telephone:  (202) 739-3000 |
| San Francisco, CA 94111-1809 | Facsimile:   (202) 739 3001 |
| Telephone: (415) 676-2289 | |
| Facsimile: (415) 397-7188 | MORGAN, LEWIS & BOCKIUS LLP |
| | Donn P. Pickett (SBN 72257) |
| | donn.pickett@morganlewis.com |
| Attorneys for Defendant | Geoffrey T. Holtz (SBN 191370) |
| QUALCOMM INCORPORATED | geoffrey.holtz@morganlewis.com |
| | One Market, Spear Street Tower |
| *Additional counsel in the signature block.* | San Francisco, CA 94105-1596 |
| | Telephone:  (415) 442-1000 |
| | Facsimile:   (415) 442-1001 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION | Case No. 5:17-CV-00220-LHK-NMC |
| Plaintiff, | **DECLARATION OF GARY BORNSTEIN IN SUPPORT OF JOINT ADMINISTRATIVE MOTION FOR AN ORDER TO FILE UNDER SEAL THE FTC'S OPPOSITION TO QUALCOMM'S MOTION TO EXCLUDE EXPERT REPORTS OF RICHARD L. DONALDSON AND ACCOMPANYING EXHIBITS** |
| v. | |
| QUALCOMM INCORPORATED, a Delaware corporation, | |
| Defendant. | |
| | Courtroom: 7, 4th Floor |
| | Judge:      Hon. Nathanael M. Cousins |

**DECLARATION OF GARY BORNSTEIN**

I, Gary Bornstein, hereby declare as follows:

1. I am a partner at Cravath, Swaine & Moore LLP, and a lead counsel for Defendant Qualcomm Incorporated ("Qualcomm") in *Federal Trade Commission v. Qualcomm Incorporated*, Case No. 17-cv-00220-LHK-NMC.

2. I respectfully submit this declaration in support of the parties' Joint Administrative Motion for an Order to File Under Seal the FTC's Opposition to Qualcomm's Motion to Exclude Expert Reports Of Richard L. Donaldson and Accompanying Exhibits ("Motion to Seal").

3. On September 21 and 24, 2018, I met and conferred by phone with lead counsel for the Federal Trade Commission regarding what information contained in the FTC's Opposition to Qualcomm's Motion to Exclude Expert Reports Of Richard L. Donaldson and Accompanying Exhibits the parties would request to file under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this day, September 24, 2018 in New York, New York.

*/s/ Gary A. Bornstein*

Gary A. Bornstein