KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest (SBN 84065)
rvannest@keker.com
Eugene M. Paige (SBN 202849)
epaige@keker.com
Justina Sessions (SBN 270914)
jsessions@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile:  (415) 397-7188

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein (pro hac vice)
gbornstein@cravath.com
Yonatan Even (pro hac vice)
yeven@cravath.com
825 Eighth Avenue
New York, New York 10019-7475
Telephone: (212) 474-1000
Facsimile:  (212) 474-3700

Attorneys for Defendant
QUALCOMM INCORPORATED

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet (pro hac vice)
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Facsimile:  (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Willard K. Tom (pro hac vice)
willard.tom@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Telephone: (202) 739-3000
Facsimile:  (202) 739-3001

MORGAN, LEWIS & BOCKIUS LLP
Geoffrey T. Holtz (SBN 191370)
gholtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile:  (415) 442-1001

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED,<br>a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**DECLARATION OF GEOFFREY T. HOLTZ IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANT QUALCOMM'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Courtroom: 8, 4th Floor<br>Judge:　　Hon. Lucy H. Koh |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Holtz Declaration ISO Admin. Motion to Seal
Case No. 5:17-cv-00220-LHK-NMC

## DECLARATION OF GEOFFREY T. HOLTZ

I, Geoffrey T. Holtz, declare and state that:

1.  I am an attorney licensed to practice law in the State of California, a partner of Morgan, Lewis & Bockius LLP, and counsel of record for Defendant Qualcomm Incorporated ("Qualcomm").  I submit this declaration in support of the parties' Administrative Motion to File Under Seal (the "Motion") Portions Of Qualcomm's Opposition to the FTC's Motion For Summary Judgment (the "Opposition") And Supporting Request, Declarations And Exhibits (collectively, "Supporting Documents").  I have personal knowledge of the facts set forth herein, or my knowledge is based upon my review of records of this case.  If called upon as a witness in this action, I could and would testify competently thereto.

2.  Portions of the Opposition and supporting papers contain excerpts of and/or statements derived from documents and testimony that have been designated confidential by third parties under the governing protective orders in this action.  These orders include the Protective Order and Supplemental Protective Orders in this MDL action; the Protective Order and Supplemental Protective Orders in the FTC litigation, *Federal Trade Commission v. Qualcomm Incorporated*, No. 17-cv-00220-LHK-NMC (N.D. Cal.); and the Protective Order in the Southern District of California litigation, *Apple, Inc. v. Qualcomm Incorporated*, No. 17-cv-0108-GPC-MDD (together, "Protective Orders").  Qualcomm has been informed that this information retains independent economic value from not being generally known to, and not being readily ascertainable through proper means to the general public.

3.  Specifically, Qualcomm's Opposition contains and references the following information designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" under the Protective Orders by third parties Nokia Technologies OY and Nokia USA Inc. (collectively, "Nokia"); Ericsson Inc. ("Ericsson"); InterDigital, Inc. ("InterDigital"); Via Licensing Corporation ("Via Licensing"); Samsung Electronics Co. Ltd. and Samsung Semiconductor, Inc. (collectively, "Samsung"); Huawei, and MediaTek USA Inc. and MediaTek Inc. (collectively, "MediaTek"):

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

Holtz Declaration ISO Admin. Motion to Seal
Case No. 5:17-cv-00220-LHK-NMC

**Table 1: Proposed Redactions In Qualcomm's Opposition**

| Page and Line Number | Party Requesting |
|---|---|
| 8:18-26 | Nokia |
| 9:6-11 | Ericsson |
| 9:10-11 | Huawei |
| 9:16-23 | InterDigital |
| 9:25-10:2 | MediaTek |
| 10:2-4 | Intel |
| 10:4-8 | MediaTek, Marvell, Ericsson |
| 10:8-9 | Samsung |
| 21:16-19 | Via Licensing |

4. Additionally, Exhibits 22-27, 31 and 36 to the Declaration of Geoffrey T. Holtz in Support of Qualcomm's Opposition ("Holtz Declaration") are or contain the following materials that have been designated confidential by third parties under the Protective Orders:

**Table 2: Requested Exhibits Under Seal**

| Document | Portion Under Seal | Party Requesting |
|---|---|---|
| Exhs. 22 and 27 | Partial | Nokia |
| Exh. 23 | Partial | Ericsson |
| Exh. 24 | Entire exhibit | InterDigital |
| Exh. 25 | Entire exhibit | MediaTek |
| Exh. 26 | Entire exhibit | Samsung |
| Exh. 31 | Entire exhibit | Via Licensing |
| Exh. 36 | Entire exhibit | Huawei, Ericsson |

5. Furthermore, Exhibits 17-20 to Qualcomm's Request for Judicial Notice contains information related to licensing designated as confidential by third parties Ericsson, MediaTek,

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

2

Holtz Declaration ISO Admin. Motion to Seal
Case No. 5:17-cv-00220-LHK-NMC

Intel Corporation ("Intel"), and Marvell Semiconductor, Inc. ("Marvell"). I have been informed by counsel for these third parties that their practice is to treat information contained in confidential regulatory submissions as confidential, and not to disclose this information outside the company.

6. Finally, Exhibits 1-15 to the Declaration Of Dr. Edward G. Tiedemann, Jr. in support of Qualcomm's Opposition ("Tiedemann Declaration") and Exhibits 1-10 of the Declaration Of Lorenzo Casaccia in support of Qualcomm's Opposition ("Casaccia Declaration") are the complete standards sold by third parties TIA and ATIS. These standards are copyrighted and accessible only through purchase.

7. Pursuant to the Court's September 5, 2018 order, Qualcomm contacted all third parties between September 17, 2018 and September 24, 2018 to discuss the sealing of third-party confidential information. Because revisions to the Opposition were made through the date of the filing, including the addition and removal of references to third party confidential information, except where noted below, the third parties were unable to submit supporting declarations with the filing of this motion but indicated they would do so within the period of time designated by the Court's order. Specifically:

   a. Qualcomm contacted Nokia on September 17, 2018, with further discussions between September 19-24, 2018. Nokia requested to be sealed portions of Exhibits 22 and 27 of the Holtz Declaration and Nokia has provided a declaration to be filed with this motion.

   b. Qualcomm contacted Ericsson on September 17, 2018, with further discussions between September 18-24, 2018. Ericsson requested to be sealed portions of Exhibit 23 of the Holtz Declaration and Exhibit 17 of Qualcomm's Request for Judicial Notice. Ericsson intends to file a separate declaration within 7 days of the filing of this motion.

   c. Qualcomm contacted InterDigital on September 17, 2018, with further discussions between September 18-24, 2018. InterDigital requested to be sealed portions of

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3   Holtz Declaration ISO Admin. Motion to Seal
Case No. 5:17-cv-00220-LHK-NMC

    Exhibit 24 of the Holtz Declaration, and InterDigital intends to file a separate declaration within 7 days of the filing of this motion.

d. Qualcomm contacted MediaTek on September 17, 2018, with further discussions on September 19-24, 2018. MediaTek requested to be sealed the information in Exhibit 25 of the Holtz Declaration and Exhibit 20 of Qualcomm's Request for Judicial Notice, and MediaTek intends to file a separate declaration within 7 days of the filing of this motion.

e. Qualcomm contacted Samsung on September 17, 2018, with further discussions on September 21 and 24, 2018. Samsung requested to be sealed Exhibit 26 of the Holtz Declaration and indicated that it intends to file a separate declaration by September 28, 2018 given that Samsung's offices are closed and will remain closed through September 26, 2018 due to Korean Thanksgiving.

f. Qualcomm contacted Via Licensing on September 17, 2018, with further discussions on September 21-24, 2018. Via Licensing requested to be sealed portions of Exhibit 31 of the Holtz Declaration, and Via Licensing intends to file a separate declaration by October 1, 2018.

g. Qualcomm contacted Huawei on September 24, 2018 and received a reply from counsel that same day. Huawei requested to be sealed the information in Exhibit 36 of the Holtz Declaration, and Huawei intends to file a separate declaration within 7 days of the filing of this motion.

h. Qualcomm contacted Marvell on September 20, 2018, with further discussions on the same day and on September 24, 2018. Marvell requested to be sealed Exhibit 19 of Qualcomm's Request for Judicial, and Marvell intends to file a separate declaration within 7 days of the filing of this motion.

i. Qualcomm contacted Intel on September 22, 2018 and received a reply from counsel that same day. Intel requested to be sealed Exhibit 18 of Qualcomm's Request for Judicial Notice, and Intel has provided a declaration to be filed with this motion.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4    Holtz Declaration ISO Admin. Motion to Seal
Case No. 5:17-cv-00220-LHK-NMC

j.  Qualcomm contacted TIA on September 19, 2018 and received a reply from counsel September 20, 2018. TIA requested to be sealed the information in Exhibit 1-15 of the Tiedemann Declaration, and TIA intends to file a separate declaration within 7 days of the filing of this motion.

k.  Qualcomm contacted ATIS on September 20, 2018 and received a reply from counsel that same day. ATIS requested to be sealed the information in Exhibit 1-10 of the Casaccia Declaration, and ATIS intends to file a separate declaration within 7 days of the filing of this motion.

8.  Based on the foregoing, Qualcomm has proposed redactions to Qualcomm's Opposition and Supporting Documents and requests that the Court seal the Unredacted Opposition and Supporting Documents.  Attached to this declaration is a version of Qualcomm's Opposition that contains the proposed redactions.

9.  On September 24, 2018, I met and conferred by phone with counsel for the Federal Trade Commission regarding Qualcomm's intention to move for an order sealing the information reflected above.  I informed the FTC that Qualcomm believes, based on the representations of third parties, that the third party information is confidential.  Counsel for the FTC informed me that the FTC does not take a position on whether the relevant information in the Motion and is confidential and therefore needs to be filed under seal

10.  I, Geoffrey T. Holtz, am the ECF User whose ID and password are being used to file this document and accompanying filings relating to the Opposition with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel and, in compliance with Local Rule 5-1(i)(3), hereby attest that all signatories concur with these filings.  Attached hereto are the declarations Qualcomm has received from other parties to be filed in accordance with the Court's September 5, 2018 order.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of September, 2018 in San Francisco, California.

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

5   Holtz Declaration ISO Admin. Motion to Seal
Case No. 5:17-cv-00220-LHK-NMC

|   |   |
|---|---|
| 1 |   |
| 2 | /s/ *Geoffrey T. Holtz* |
| 3 | Geoffrey T. Holtz |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

6     Holtz Declaration ISO Admin. Motion to Seal
Case No. 5:17-cv-00220-LHK-NMC