CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
825 Eighth Avenue
New York, New York 10019-7475
Telephone:  (212) 474-1000
Facsimile:   (212) 474-3700

KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest
rvannest@keker.com
Eugene M. Paige
epagie@keker.com
Justina K. Sessions
jsessions@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 676-2289
Facsimile: (415) 397-7188

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet (*pro hac vice*)
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone:  (212) 309-6000
Facsimile:  (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Willard K. Tom (*pro hac vice*)
willard.tom@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Telephone:  (202) 739-3000
Facsimile:   (202) 739 3001

MORGAN, LEWIS & BOCKIUS LLP
Geoffrey T. Holtz (SBN 191370)
geoffrey.holtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone:  (415) 442-1000
Facsimile:   (415) 442-1001

Attorneys for Defendant
QUALCOMM INCORPORATED

*Additional counsel in the signature block.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-CV-00220-LHK-NMC<br><br>**DECLARATION OF GARY BORNSTEIN IN SUPPORT OF JOINT ADMINISTRATIVE MOTION FOR AN ORDER TO FILE UNDER SEAL PORTIONS OF QUALCOMM'S OPPOSITION TO THE FEDERAL TRADE COMMISSION'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. EDWARD A. SNYDER**<br><br>Courtroom: 8, 4th Floor<br>Judge:       Hon. Lucy H. Koh |

# DECLARATION OF GARY BORNSTEIN

I, Gary Bornstein, hereby declare as follows:

1. I am a partner at Cravath, Swaine & Moore LLP, and a lead counsel for Defendant Qualcomm Incorporated ("Qualcomm") in *Federal Trade Commission v. Qualcomm Incorporated*, Case No. 17-cv-00220-LHK-NMC.

2. I respectfully submit this declaration in support of the parties' Joint Administrative Motion to Seal Portions of Qualcomm's Opposition to the Federal Trade Commission's Motion to Exclude Expert Testimony of Professor Edward Snyder (the "Opposition").

3. Portions of the Opposition contain excerpts of and/or statements derived from documents and testimony that have been designated confidential by third parties under the Protective Orders and Supplemental Protective Orders in *In re: Qualcomm Antitrust Litigation*, No. 17-md-02773-LHK-NMC (N.D. Cal.) ("MDL Action"); *Federal Trade Commission v. Qualcomm Incorporated*, No. 17-md-02773-LHK-NMC (N.D. Cal.) ("FTC Action"); and *Apple, Inc. v. Qualcomm Incorporated*, No. 17-cv-0108-GPC-MDD ("S.D. Cal. Action") (together, the "Protective Orders").

4. Portions of the Opposition contain information designated as "Highly Confidential—Attorneys' Eyes Only" by the following third parties under the Protective Orders: Apple Inc. ("Apple"), Broadcom Inc. ("Broadcom") and Intel Corp. ("Intel"). These portions are as follows:

| | |
|---|---|
| Apple | 13:20-23, Footnote 8, Lines 4-6 |
| Broadcom | 13:14-17 |
| Intel | 13:9-12; 20:6-8 |

5. Qualcomm contacted Broadcom, Apple and Intel on September 20, 2018, requesting that they provide declarations supporting the sealing of the above-referenced information. Broadcom did not respond to Qualcomm's September 20 request prior to the September 24, 2018 filing of this Motion to Seal. Apple and Intel provided supporting declarations.

6. On September 24, 2018, Qualcomm informed Apple, Broadcom and Intel that because of revisions to its filings Qualcomm intended to use different information from those third parties than Qualcomm had identified to them on September 20, 2018. Apple provided a new declaration supporting the sealing of the above-referenced information. (Declaration of Edward H. Takashima on Behalf of Non-Party Apple Inc. in Support of Defendant Qualcomm Incorporated's Administrative Motions to File Under Seal, dated September 24, 2018, ¶¶ 5-6.) Intel informed Qualcomm that it would be unable to provide an updated declaration before the filing of this Motion to Seal. Broadcom did not respond to Qualcomm's September 24, 2018 update by the time of this filing.

7. On September 24, 2018, I met and conferred by phone with counsel for the Federal Trade Commission regarding the sealing of portions of the Opposition. I informed the FTC that third parties have advised Qualcomm that information contained in the Opposition is confidential. Counsel for the FTC informed me that the FTC does not take a position on whether the relevant information in the Opposition is confidential and therefore needs to be filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Declaration of Gary A. Bornstein
Case No. 5:17-cv-00220-LHK-NMC

1   Executed this day, September 24, 2018 in New York, New York.

*/s/ Gary A. Bornstein*

Gary A. Bornstein

Declaration of Gary A. Bornstein
Case No. 5:17-cv-00220-LHK-NMC