UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-CV-00220-LHK-NMC<br><br>**DECLARATION OF JENNIFER MILICI REGARDING JOINT ADMINISTRATIVE MOTION FOR AN ORDER TO FILE UNDER SEAL PORTIONS OF QUALCOMM'S OPPOSITION TO THE FEDERAL TRADE COMMISSION'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. EDWARD A SNYDER**<br><br>Courtroom:  8, 4th Floor<br>Judge:         Hon. Lucy H. Koh |

Declaration of Jennifer Milici
Case No. 5:17-cv-00220-LHK-NMC

## **DECLARATION OF JENNIFER MILICI**

I, Jennifer Milici, hereby declare as follows:

1. I am a lead counsel for the Federal Trade Commission in *Federal Trade Commission v. Qualcomm Incorporated*, Case No. 17-cv-00220-LHK-NMC ("FTC Action").

2. I respectfully submit this declaration regarding Qualcomm's administrative motion to seal portions of Qualcomm's Opposition to the Federal Trade Commission's Motion to Exclude Expert Testimony of Dr. Edward A. Snyder (the "Opposition").

3. On September 21 and 24, 2018, I met and conferred by phone with counsel for Qualcomm regarding what information contained in Qualcomm's Opposition the parties would request to file under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this day, September 24, 2018 in Washington, District of Columbia.

*/s/ Jennifer Milici*

Jennifer Milici