1    CRAVATH, SWAINE & MOORE LLP              KEKER, VAN NEST & PETERS LLP
     Gary A. Bornstein (*pro hac vice*)       Robert A. Van Nest (SBN 84065)
2    gbornstein@cravath.com                   rvannest@keker.com
     Yonatan Even (*pro hac vice*)            Eugene M. Paige (SBN 202849)
3    yeven@cravath.com                        epaige@keker.com
     825 Eighth Avenue                        Justina K. Sessions (SBN 270914)
4    New York, NY 10019-7475                  jsessions@keker.com
     Telephone:  (212) 474-1000              633 Battery Street
5    Facsimile:   (212) 474-3700             San Francisco, CA 94111-1809
                                              Telephone:  (415) 391-5400
6    MORGAN, LEWIS & BOCKIUS LLP             Facsimile:  (415) 397-7188
     Richard S. Taffet (*pro hac vice*)
7    richard.taffet@morganlewis.com
     Willard K. Tom (*pro hac vice*)
8    willard.tom@morganlewis.com
     Geoffrey T. Holtz (SBN 191370)
9    geoffrey.holtz@morganlewis.com
     One Market, Spear Street Tower
10   San Francisco, CA 94105-1596
     Telephone:  (415) 442-1000
11   Facsimile:  (415) 442-1001
12
13   Attorneys for Defendant
     QUALCOMM INCORPORATED
14
                       **UNITED STATES DISTRICT COURT**
15
                     **NORTHERN DISTRICT OF CALIFORNIA**
16
                            **SAN JOSE DIVISION**
17
     FEDERAL TRADE COMMISSION                  Case No. 5:17-CV-00220-LHK-NMC
18
                    Plaintiff,                 **DECLARATION OF M. BRENT
19                                             BYARS IN SUPPORT OF
            v.                                 QUALCOMM'S OPPOSITION TO
20                                             FEDERAL TRADE
     QUALCOMM INCORPORATED, a                  COMMISSION'S MOTION TO
21   Delaware corporation,                     EXCLUDE EXPERT TESTIMONY
                                               OF DR. EDWARD SNYDER**
22                  Defendant.
                                               Courtroom:  8, 4th Floor
23                                             Judge:  Hon. Lucy H. Koh
24
25
26
27                                                    Declaration of M. Brent Byars
                                                   Case No. 5:17-cv-00220-LHK-NMC
28

<u>**DECLARATION OF M. BRENT BYARS**</u>

I, M. Brent Byars, hereby declare as follows:

1.      I am an associate at Cravath, Swaine & Moore LLP, counsel of record for Defendant Qualcomm Incorporated ("Qualcomm") in *Federal Trade Commission v. Qualcomm Incorporated*, Case No. 17-cv-00220-LHK-NMC.  I submit this declaration in support of Qualcomm's Opposition to Federal Trade Commission's Motion to Exclude Expert Testimony of Professor Edward Snyder (the "Opposition").  I have personal knowledge of the facts set forth herein, or my knowledge is based upon my review of records of this case.  If called upon as a witness in this action, I could and would testify competently thereto.

2.      Attached as Exhibit A is a true and correct copy of page 138 of the Rebuttal Expert Report of Prof. Carl Shapiro, which was produced in this litigation by the Federal Trade Commission.

3.      Attached as Exhibit B is a true and correct copy of pages 17-28, 43, 54-55, 65-76, 85-96, 102-103 and 157-172 of the deposition testimony of Dr. Edward A. Snyder.

4.      Attached as Exhibit C is a true and correct copy of pages 56-61 and 197 of the deposition testimony of Dr. Carl Shapiro.

5.      Attached as Exhibit D is a true and correct copy of "An Analysis of Vendor Selection  Systems and Decisions" (*Journal of Purchasing,* Vol. 2, No. 1, 1966) by Gary W. Dickson.

6.      Attached as Exhibit E is a true and correct copy of pages 1-14, 94, and 614 of *Industrial Market Structure and Economic Performance* (Houghton Mifflin Company, 3d ed. 1990) by F. M. Scherer and David Ross.

7.      Attached as Exhibit F is a true and correct copy of  "The Costs of Organization" (*Journal of Law, Economics, & Organization,* Vol 7, No. 1, Spring 1991) by Scott Masten, James W. Meehan, and Edward A. Snyder.

1      8.     Attached as Exhibit G is a true and correct copy of "Competing for the

2  Future" (Harvard Business Review, 1994) by Gary Hamel and C.K. Prahalad.

3      9.     Attached as Exhibit H is a true and correct copy of page 289 of *Modern*

4  *Competitive Analysis* (Oxford University Press, 2nd ed. 1994) by Sharon M. Oster

5      10.    Attached as Exhibit I is a true and correct copy of "A Review of the

6  History, Structure, and Competition in the U.S. Airline Industry" (*Journal of Aviation /*

7  *Aerospace Education & Research,* Vol. 7, No. 1, Fall, 1996) by Gerald N. Cook

8      11.    Attached as Exhibit J is a true and correct copy of "Technological

9  Competition and the Structure of the Computer Industry" (*Journal of Industrial*

10  *Economics,* Vol. 47, No. 1, March 1999) by Timothy Bresnahan and Shane Greenstein.

11      12.    Attached as Exhibit K is a true and correct copy of pages 175-179 of

12  "Information Rules: A Strategic Guide to the Network Economy" (Harvard Business

13  School Press, 1999) by Carl Shapiro and Hal R. Varian.

14      13.    Attached as Exhibit L is a true and correct copy of pages xiii-xvii of *The*

15  *Prize: the Epic Quest for Oil, Money & Power* (Free Press, 2009) by Daniel Yergin.

16      14.    Attached as Exhibit M is a true and correct copy of "Some Economic

17  Aspects of Antitrust Analysis in Dynamically Competitive Industries (MIT Press, Vol 2,

18  edited by Adam B. Jaffee in *Innovation Policy and the Economy,* 2002) by David S.

19  Evans and Richard Schmalensee.

20      15.    Attached as Exhibit N is a true and correct copy of pages xi-xiii of *Paying*

21  *with Plastic* (MIT Press, 2nd ed. 2005) by David S. Evans and Richard Schmalensee.

22      16.    Attached as Exhibit O is a true and correct copy of "Supply Chain

23  Capital: The Impact of Structural and Relational Linkages on Firm Execution and

24  Innovation" (*Journal of Business Logistics,* Vol. 29, No. 1, 2008) by Chad W. Autry and

25  Stanley Griffis.

26

27                                                  Declaration of  M. Brent Byars

28

1    17.    Attached as Exhibit P is a true and correct copy of pages 1-3 of Chapter 1

2   ("Economic Evidence in Antitrust: Defining Markets and Measuring Market Power) in

3   *Handbook of Antitrust Economics,* " (MIT Press, 2008) by Jonathan B. Baker and

4   Timothy F. Bresnahan.

5    18.    Attached as Exhibit Q is a true and correct copy of pages of "Empirical

6   Industrial Organization: A Progress Report" (*Journal of Economic Perspectives,* Vol. 24,

7   No. 2, Spring 2010) by Liran Einav and Jonathan Levin.

8    19.    Attached as Exhibit R is a true and correct copy of pages "A Model of

9   Technological Progress in the Microprocessor Industry" (*Journal of Industrial*

10   *Economics,* Vol. LXI, No. 4, Dec. 2013) by Unni Pillai.

11    20.    Attached as Exhibit S is a true and correct copy of § 36.03 of "Antitrust

12   Counseling and Litigation Techniques (Matthew Bender Elite Products, 2018) by Julian

13   O. von Kalinowski.

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                                          Declaration of M. Brent Byars
                                                            Case No. 5:17-cv-00220-LHK-NMC
28

1    I declare under penalty of perjury under the laws of the United States of America

2    that the foregoing is true and correct.

3         Executed this day, September 24, 2018, in New York, New York.

4

5

6                                          M. Brent Byars

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                    Declaration of M. Brent Byars
                                      Case No. 5:17-cv-00220-LHK-NMC
28