# EXHIBIT C

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
CARL SHAPIRO - 08/16/2018

```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2                   SAN JOSE DIVISION

 3   FEDERAL TRADE COMMISSION,

 4           Plaintiff,

 5              vs.       No. 5:17-cv- 00220-LHK-NMC

 6   QUALCOMM INCORPORATED, a
     Delaware Corporation,
 7
             Defendant.
 8   _____/

 9

10

11

12    ***HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY***

13

14

15

16              VIDEOTAPED DEPOSITION OF

17                   CARL SHAPIRO

18      _____

19            THURSDAY, AUGUST 16, 2018

20

21

22

23   REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR

24                                       (NY-186403)

25
```

| | | |
|---|---|---|
| 1 | Q. Did you conduct any quantitative analysis | 10:49:14 |
| 2 | comparing how the relevant markets evolved with how | 10:49:16 |
| 3 | these markets would have evolved in the absence of | 10:49:19 |
| 4 | the challenged conduct? | 10:49:22 |
| 5 | MR. JAMES: Object to form. | 10:49:24 |
| 6 | THE WITNESS: So just to be clear, you | 10:49:27 |
| 7 | mean the two relevant markets that I've defined for | 10:49:29 |
| 8 | the chips, for modem chips? | 10:49:32 |
| 9 | BY MR. EVEN: | 10:49:35 |
| 10 | Q. Yes. | 10:49:35 |
| 11 | A. So if by quantitative analysis you mean | 10:49:41 |
| 12 | how market shares would have been different or | 10:49:45 |
| 13 | specifically how prices would have been | 10:49:48 |
| 14 | different -- for example, those two things come to | 10:49:51 |
| 15 | mind -- I have not quantified the "but for" world | 10:49:54 |
| 16 | in that specific sense. | 10:49:57 |
| 17 | Q. Have you conducted any analysis to | 10:50:03 |
| 18 | ascertain whether any firm that has exited the | 10:50:06 |
| 19 | modem chip business would not have exited but for | 10:50:09 |
| 20 | Qualcomm's conduct? | 10:50:13 |
| 21 | A. No, I cannot say definitively which of | 10:50:19 |
| 22 | these firms would not have exited if not for | 10:50:27 |
| 23 | Qualcomm's conduct. We have some evidence about | 10:50:33 |
| 24 | how certain elements of conduct made it more | 10:50:35 |
| 25 | difficult for these firms to compete, and we have | 10:50:47 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
CARL SHAPIRO - 08/16/2018                              Page 57

| | | |
|---|---|---|
| 1 | issued -- we know about the timing of some of these | 10:50:51 |
| 2 | things.  But a definitive causal link there is not | 10:50:54 |
| 3 | something I have offered an opinion about. | 10:50:57 |
| 4 |     Q.  Have you endeavored to try and ascertain | 10:51:03 |
| 5 | such a definitive causal link? | 10:51:06 |
| 6 |     A.  No.  It's not really been the focus of my | 10:51:17 |
| 7 | analysis.  That would seem to me more suitable for | 10:51:21 |
| 8 | maybe a damages type of claim than what my analysis | 10:51:26 |
| 9 | speaks to. | 10:51:31 |
| 10 |     Q.  Have you conducted any analysis to | 10:51:37 |
| 11 | identify firms that never entered the modem chipset | 10:51:39 |
| 12 | business but would have entered that business but | 10:51:45 |
| 13 | for Qualcomm's conduct? | 10:51:47 |
| 14 |     A.  Well, I do identify Intel as being delayed | 10:51:51 |
| 15 | in its effective entry into the market for premium | 10:51:55 |
| 16 | LTE modem chips as a result of the agreements | 10:52:00 |
| 17 | between Qualcomm and Apple. | 10:52:06 |
| 18 |     Q.  And by that you mean that Intel, under | 10:52:09 |
| 19 | your theory, could have won some of the iPads in | 10:52:13 |
| 20 | 2014 and '15, I think?  Is that right? | 10:52:17 |
| 21 |     A.  That's correct, with then giving them a | 10:52:23 |
| 22 | stronger position to compete subsequently for | 10:52:25 |
| 23 | iPhones as well.  That would have happened earlier. | 10:52:27 |
| 24 | So that's an example of delayed entry.  Of course, | 10:52:29 |
| 25 | they have subsequently entered. | 10:52:33 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
CARL SHAPIRO - 08/16/2018                                Page 58

| | | |
|---|---|---|
| 1 | Q.  And that would give them stronger position | 10:52:40 |
| 2 | to compete subsequently for the 2016 iPhone? | 10:52:48 |
| 3 | A.  If Intel had won the business at Apple for | 10:52:58 |
| 4 | the earlier iPads, yes, it's my view that that | 10:53:06 |
| 5 | would have put them in a stronger position to then | 10:53:12 |
| 6 | subsequently compete for the -- for the iPhone | 10:53:18 |
| 7 | business earlier. | 10:53:21 |
| 8 | Q.  Earlier than 2016? | 10:53:28 |
| 9 | A.  Yes.  In 2015, in particular.  Of course, | 10:53:33 |
| 10 | they were able to win some of the business in 2016 | 10:53:36 |
| 11 | in actuality. | 10:53:40 |
| 12 | Q.  Other than Intel, have you conducted any | 10:53:49 |
| 13 | analysis to try and find whether other firms would | 10:53:57 |
| 14 | have entered but didn't? | 10:54:01 |
| 15 | A.  I -- I don't believe I've identified any | 10:54:06 |
| 16 | specific firms in that category that I can | 10:54:10 |
| 17 | attribute the lack of entry to Qualcomm's | 10:54:16 |
| 18 | challenged conduct. | 10:54:19 |
| 19 | Q.  Have you conducted any analysis to | 10:54:26 |
| 20 | identify firms that would have been more successful | 10:54:28 |
| 21 | in the sale of modem chips but for Qualcomm's | 10:54:31 |
| 22 | conduct? | 10:54:34 |
| 23 | A.  We talked about Intel, so we've got that. | 10:54:39 |
| 24 | Q.  Other than Intel? | 10:54:43 |
| 25 | A.  Well, I would say generally that the other | 10:54:48 |

| | | |
|---|---|---|
| 1 | firms selling modem chips in competition with | 10:54:56 |
| 2 | Qualcomm have been disadvantaged by the fact that | 10:55:01 |
| 3 | OEMs must pay a supra-FRAND royalty on handsets | 10:55:10 |
| 4 | that incorporate their chips.  And they have been | 10:55:19 |
| 5 | disadvantaged by not being able to have an | 10:55:24 |
| 6 | exhaustive license from Qualcomm for Qualcomm's | 10:55:28 |
| 7 | relevant standard-essential patents, and that would | 10:55:32 |
| 8 | apply to all of these firms who are in the market | 10:55:40 |
| 9 | as well as potential entrants.  But we're talking | 10:55:43 |
| 10 | about firms in the market right now. | 10:55:46 |
| 11 |         Q.  So I understand that that is your claim, | 10:55:48 |
| 12 | that that would be directionally the effects. | 10:55:53 |
| 13 |             Have you done anything to assess how much | 10:55:58 |
| 14 | more successful would any chip maker have been but | 10:56:01 |
| 15 | for Qualcomm's conduct? | 10:56:04 |
| 16 |         A.  Well, when you say how much more, you, I | 10:56:07 |
| 17 | believe, are asking for a quantification or asking | 10:56:10 |
| 18 | about quantification. | 10:56:13 |
| 19 |         Q.  I am. | 10:56:14 |
| 20 |         A.  Okay.  So I would say this is, as far as I | 10:56:15 |
| 21 | can see, the same question earlier where I answered | 10:56:21 |
| 22 | that I have not -- I have not come up with a | 10:56:24 |
| 23 | measure of the "but for" market share, say, higher | 10:56:29 |
| 24 | share of specific arrivals or higher margins, for | 10:56:34 |
| 25 | that matter, both of which directionally would | 10:56:39 |

| | | |
|---|---|---|
| 1 | arise under the theory that I've put forward and | 10:56:42 |
| 2 | developed. | 10:56:47 |
| 3 | Q.  Did you model in any way what would happen | 10:57:08 |
| 4 | to prices of cellular devices in the "but for" | 10:57:12 |
| 5 | world? | 10:57:14 |
| 6 | A.  Yes. | 10:57:21 |
| 7 | Q.  Where is that in your report? | 10:57:23 |
| 8 | A.  Well, the report discusses the | 10:57:25 |
| 9 | pass-through of higher -- of supra-FRAND royalties | 10:57:29 |
| 10 | would be passed through to some degree to -- in the | 10:57:37 |
| 11 | form of higher handset prices.  So that's a -- | 10:57:40 |
| 12 | that's -- that's in the report.  That's explained | 10:57:44 |
| 13 | there, I believe.  We can find it if you want. | 10:57:49 |
| 14 | Q.  Have you done any formal modeling of what | 10:57:52 |
| 15 | that effect would look like on the prices of | 10:57:54 |
| 16 | devices? | 10:57:57 |
| 17 | A.  Well, are you asking if I have quantified | 10:58:03 |
| 18 | that?  Is that what you mean by formal modeling? | 10:58:06 |
| 19 | Q.  Let's start with that.  Have you | 10:58:09 |
| 20 | quantified that? | 10:58:11 |
| 21 | A.  So no, I have not quantified the | 10:58:12 |
| 22 | pass-through rates that would apply to the | 10:58:13 |
| 23 | supra-FRAND royalties in terms of the subsequent | 10:58:19 |
| 24 | higher handset prices. | 10:58:23 |
| 25 | Q.  And you've not quantified the effect -- | 10:58:26 |

Case 5:17-cv-00220-LHK   Document 876   Filed 09/25/18   Page 8 of 9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
CARL SHAPIRO - 08/16/2018                          Page 61

| | | |
|---|---|---|
| 1 | strike that. | 10:58:33 |
| 2 | You've not quantified any other aspect of | 10:58:33 |
| 3 | the prices of devices with respect to any effects | 10:58:35 |
| 4 | of the theory, long-term or short-term.  Right? | 10:58:40 |
| 5 | MR. JAMES:  Object to form. | 10:58:45 |
| 6 | THE WITNESS:  So I've not quantified the | 10:58:52 |
| 7 | effects of Qualcomm's conduct on handset prices. | 10:58:54 |
| 8 | BY MR. EVEN: | 10:59:01 |
| 9 | Q.  Did you model what would have happened to | 10:59:02 |
| 10 | output of baseband processors in the but-for world, | 10:59:04 |
| 11 | quantitative? | 10:59:09 |
| 12 | A.  Well, I do address that at several points | 10:59:14 |
| 13 | in my report, output questions.  That, of course, | 10:59:16 |
| 14 | is the flip side of the price once we bring in the | 10:59:21 |
| 15 | elasticity of demand. | 10:59:24 |
| 16 | Q.  Have you done anything to quantify that? | 10:59:31 |
| 17 | A.  So yes, I do have a portion in the | 10:59:34 |
| 18 | rebuttal report where I explain why the output | 10:59:37 |
| 19 | effects would be very -- tend to be very small, | 10:59:40 |
| 20 | because the demand is so inelastic for the modem | 10:59:45 |
| 21 | chips since they're essential input into a handset | 10:59:48 |
| 22 | and they have a -- you know, only this smallish | 10:59:55 |
| 23 | share of the total price of a handset. | 11:00:01 |
| 24 | Q.  Other than that, have you done anything to | 11:00:03 |
| 25 | try and see what that small -- small effect would | 11:00:05 |

Epiq Court Reporting Solutions - New York
1-800-325-3376                                www.deposition.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
CARL SHAPIRO - 08/16/2018                    Page 197

| | | |
|---|---|---|
| 1 | say that the supra-FRAND royalties reduce the | 16:15:14 |
| 2 | variable profits of rival suppliers of modem chips. | 16:15:21 |
| 3 | Is that right? | 16:15:25 |
| 4 |     A.  That's correct. | 16:15:26 |
| 5 |     Q.  And you say that this reduction in margin | 16:15:26 |
| 6 | in turn generates all the follow-on, longer-term | 16:15:33 |
| 7 | effects an economist would expect: Less entry, less | 16:15:36 |
| 8 | investment by rival chip suppliers.  Right? | 16:15:41 |
| 9 |     A.  Correct. | 16:15:45 |
| 10 |     Q.  And again, you've not done anything to try | 16:15:46 |
| 11 | and assess the magnitude of any decline Qualcomm | 16:15:49 |
| 12 | caused in competitors' variable profits.  Right? | 16:15:52 |
| 13 |     A.  I have not put a number on that. | 16:15:55 |
| 14 |     Q.  And you've not put a number on any decline | 16:15:56 |
| 15 | in R&D investment by any competitors.  Right? | 16:16:02 |
| 16 |     A.  That's correct. | 16:16:08 |
| 17 |     Q.  If there is testimony in the record that | 16:16:16 |
| 18 | competitors were investing furiously, would that | 16:16:18 |
| 19 | change your opinion? | 16:16:22 |
| 20 |     A.  Well, I'm not sure what you mean by | 16:16:28 |
| 21 | "furiously."  It sounds like -- it sounds frantic. | 16:16:30 |
| 22 | But I think, in fact, a number of other firms here | 16:16:34 |
| 23 | have made very substantial investments, and my | 16:16:39 |
| 24 | opinion accounts for that. | 16:16:43 |
| 25 |     Q.  How is the fact that other firms have made | 16:16:47 |