BOIES SCHILLER FLEXNER LLP
William A. Isaacson (*Pro Hac Vice App.* to be filed)
DC Bar No. 414788, wisaacson@bsfllp.com
Karen L. Dunn (*Pro Hac Vice App.* to be filed)
DC Bar No. 1002520, kdunn@bsfllp.com
Amy J. Mauser (*Pro Hac Vice App.* to be filed)
DC Bar No. 424065, amauser@bsfllp.com
1401 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

BOIES SCHILLER FLEXNER LLP
Edward H. Takashima, SBN 270945
etakashima@bsfllp.com
401 Wilshire Blvd, Suite 850
Santa Monica, CA 90401
Telephone:  (310) 752-2408
Facsimile:  (310) 752-2490

Attorneys for Non-Party APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br>a Delaware Corporation,<br><br>Defendant. | Case No. 5:17-CV-00220-LHK-NMC<br><br>**DECLARATION OF EDWARD H. TAKASHIMA ON BEHALF OF NON-PARTY APPLE INC. IN SUPPORT OF DEFENDANT QUALCOMM INCORPORATED'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Courtroom: 8, 4th Floor<br><br>Judge:   Hon. Lucy H. Koh |

I, Edward H. Takashima, declare as follows:

1. I am a partner at the law firm of Boies Schiller Flexner LLP, representing Non-Party Apple Inc. ("Apple"). I am an active member in good standing with the State Bar of California. I have personal knowledge of the matters set forth in this declaration, or am informed and believe them to be true, and if called upon as a witness could and would testify competently to the matters herein.

2. I respectfully submit this declaration in support of Defendant Qualcomm Incorporated's Administrative Motion to File Under Seal, pursuant to Civil Local Rules 7-11 and 79-5.

3. In the late afternoon and evening of September 24, 2018, I received two emails from Qualcomm's counsel indicating that Qualcomm planned to include in a filing certain information that Apple has designated as Protected Material under the Protective Orders in this case. Qualcomm indicated that only two excerpts from its filing contained Apple information that had not previously been filed under seal.

4. I responded to Qualcomm's email and requested that Qualcomm submit two portions of those excerpts for filing under seal.[1]

5. The excerpts I asked Qualcomm to submit for filing under seal contain confidential information regarding: Apple's dealings with potential suppliers, including evaluations regarding the suppliers, and Apple's procurement decisionmaking. Apple treats this information as confidential, and has designated it Confidential or Highly Confidential. The public release of this information could negatively impact Apple's relationship with current and potential suppliers. In addition, if this information were to be released to the public, Apple's competitors and potential business partners would gain insight into Apple's internal business operations, including Apple's procurement practices, potentially compromising Apple's competitive standing.

---

[1] Qualcomm did not provide a citation for the excerpts it sent for Apple's review.

6. Apple requests that the Court grant Defendant's Motion to File Under Seal as to the information above.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of September, 2018 in Santa Monica, California.

By: */s/ Edward H. Takashima*
         Edward H. Takashima