Keker, Van Nest & peters LLP
Robert A. Van Nest (SBN 84065)
rvannest@keker.com
Eugene M. Paige (SBN 202849)
epaige@keker.com
Justina Sessions (SBN 270914)
jsessions@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile:  (415) 397-7188

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein *(pro hac vice)*
gbornstein@cravath.com
Yonatan Even *(pro hac vice)*
yeven@cravath.com
825 Eighth Avenue
New York, New York 10019-7475
Telephone: (212) 474-1000
Facsimile:  (212) 474-3700

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet *(pro hac vice)*
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Facsimile:  (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Willard K. Tom *(pro hac vice)*
willard.tom@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Telephone: (202) 739-3000
Facsimile:  (202) 739-3001

MORGAN, LEWIS & BOCKIUS LLP
Geoffrey T. Holtz (SBN 191370)
gholtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile:  (415) 442-1001

Attorneys for Defendant
QUALCOMM INCORPORATED

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No.: 5:17-cv-00220-LHK<br><br>**DECLARATION OF ANDREW KURTZMAN IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (ECF NO. 872)**<br><br>Date: October 18, 2018<br>Time: 1:30 p.m.<br>Dept.: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh<br><br>Trial Date: January 4, 2019 |

## DECLARATION OF ANDREW KURTZMAN

I, Andrew Kurtzman, declare as follows:

1. For over fifteen years, I have been the Vice President and General Counsel for the Telecommunications Industry Association ("TIA"). My responsibilities including serving as counsel for the TIA standards department. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto. I submit this declaration in support of the parties' Joint Administrative Motion To File Under Seal filed on September 24, 2018.

2. It is my understanding that Qualcomm has filed as exhibits to the declaration of Edward Tiedemann, submitted along with its papers in Opposition to the FTC's Motion for Partial Summary Judgment On Qualcomm's Standard Essential Patent Licensing Commitments, complete copies of certain standards copyrighted by TIA. These copyrighted standards are not freely accessible to the public and are only available for purchase. Allowing free, public access to TIA's copyrighted materials would deprive TIA the ability to raise funds from the sale of its copyrighted works, which would make it more difficult for TIA to support its mission of bringing together different parties to shape solutions, facilitate programs, and provide products and services that enable high-speed networks and accelerate next-generation information and communications technology innovation across all markets.

3. Accordingly, TIA requests that the Court grant the parties' Joint Motion to Seal with respect to the above-described exhibits.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of September, 2018 in Arlington, VA.

*Andrew Kurtzman*

ATTESTATION

I, Geoffrey Holtz, am the ECF User whose ID and password are being used to file this declaration with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel and, in compliance with Local Rule 5-1(i)(3), hereby attest that the signatory has authorized this filing.

September 24, 2018                                    By:   */s/* Geoffrey T. Holtz

Geoffrey T. Holtz (SBN 191370)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel.: (415) 442-1000
Fax: (415) 442-1001
gholtz@morganlewis.com

3
DECLARATION OF ANDREW KURTZMAN IN SUPPORT OF
QUALCOMM'S ADMINISTRATIVE MOTION TO SEAL
Case No. 5:17- cv-00220-LHK