Mark D. Selwyn (SBN: 244180)
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

William F. Lee (*pro hac vice*)
Joseph J. Mueller (*pro hac vice*)
Mark A. Ford (*pro hac vice*)
Timothy Syrett (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

*Attorneys for Non-Party Intel Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**DECLARATION OF MARK A. FORD ON BEHALF OF NON-PARTY INTEL CORPORATION IN SUPPORT OF QUALCOMM'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Mark Ford, declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for non-party Intel Corporation ("Intel") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts and am admitted to practice *pro hac vice* before the U.S. District Court for the Northern District of California. I am familiar with the facts set forth herein and, if called as a witness, I could and would testify competently to those facts under oath.

2. On September 20, 2018, pursuant to Judge Koh's September 5, 2018 Order (Dkt. No. 821) and Civil Local Rule 79-5 ("Rule 79-5"), Defendant Qualcomm informed Intel that it anticipated including as part of Qualcomm's Opposition to the Federal Trade Commission's Motion to Exclude Expert Testimony of Dr. Edward A. Snyder and related exhibits ("Qualcomm's Opposition") certain information that Intel previously designated confidential or highly confidential pursuant to the Protective Order and Supplemental Protective Order in the FTC Litigation, Case No. 5:17-cv-00220 (Dkt. Nos. 81 and 137) (the "Protective Orders"). On the evening of September 24, 2018, Qualcomm informed Intel that because of revisions to its filings, Qualcomm intended to use different information than Qualcomm had identified on September 20. Because of the late hour, Intel was unable to update its declaration for filing by Qualcomm in accordance with Judge Koh's September 5, 2018 Order. Therefore, I now submit this declaration pursuant to Local Rule 79-5 in support of Qualcomm's Joint Administrative Motion to File Under Seal Portions of Qualcomm's Opposition to the Federal Trade Commission's Motion to Exclude Expert Testimony of Dr. Edward A. Snyder (Dkt. 875).

3. Intel is a non-party to this action. Disclosure of Intel's confidential business information would cause undue injury to Intel and put Intel at a competitive disadvantage by

informing competitors about internal Intel policies, practices, and strategies. Further, disclosure would harm Intel's relationships with third parties by revealing sensitive information about Intel's analysis of those third parties.

4. Intel requests that the Court maintain under seal the sentence in Qualcomm's Opposition at page 20, lines 6-8, associated with the citation to Dr. Snyder's report at ¶ 270. This sentence contains confidential information regarding Intel's internal market analysis.

5. Intel keeps details of its internal market analysis strictly confidential to avoid injury to Intel through the disclosure of confidential business information. Disclosure of such information would put Intel at a competitive disadvantage by alerting competitors to internal Intel policies, practices, and strategies.

6. It is Intel's practice to keep such internal market analysis, and similar communications and documents containing highly sensitive business information, confidential. Intel has taken reasonable steps to protect the confidentiality of the documents and testimony underlying this sentence, including designating them INTEL HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS EYES ONLY pursuant to the Protective Orders filed in the related actions.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: September 28, 2018

By: /s/ Mark A. Ford
Mark A. Ford

Case No. 5:17-CV-00220-LHK     2     Declaration ISO Qualcomm's Administrative Motion to Seal

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2018, I electronically filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

By: /s/ Mark A. Ford
     Mark A. Ford

Case No. 5:17-CV-00220-LHK     3     Declaration ISO Qualcomm's Administrative Motion to Seal