| | |
|---|---|
| 1 | James G. Kress |
| 2 | Andrew L. Lucarelli<br>BAKER BOTTS L.L.P. |
| 3 | 1299 Pennsylvania Avenue, NW<br>Washington, DC 20004 |
| 4 | Telephone: (202) 639-7700<br>Facsimile: (202) 639-7890 |
| 5 | james.kress@bakerbotts.com<br>drew.lucarelli@bakerbotts.com |
| 6 | |
| 7 | Stuart C. Plunkett (SBN 187971)<br>BAKER BOTTS L.L.P. |
| 8 | 101 California Street, Suite 3600<br>San Francisco, CA 94111 |
| 9 | Telephone: (415) 291-6203<br>Facsimile: (415) 291-6303 |
| 10 | stuart.plunkett@bakerbotts.com |
| 11 | *Attorneys for non-party Ericsson Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>QUALCOMM INCORPORATED, a Delaware Corporation,<br><br>　　　　　Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>The Honorable Lucy H. Koh<br><br>**DECLARATION OF ANDREW L. LUCARELLI IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANT QUALCOMM'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT (DKT. NO. 872)** |

I, Andrew L. Lucarelli, do hereby state and declare as follows:

1. I am an active member in good standing with the bars of the District of Columbia and the State of Maryland. I maintain my office at 1299 Pennsylvania Avenue, NW, Washington, District of Columbia 20004. I am an Associate with Baker Botts L.L.P. and represent non-party Ericsson Inc. ("Ericsson") in connection with subpoenas issued in the course of this and other related Qualcomm antitrust litigations. I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness I could and would testify competently.

2. I respectfully submit this declaration in support of the Joint Admission to File Under Seal Portions of Defendant Qualcomm's Opposition to Motion for Partial Summary Judgment (Dkt. No. 872) ("Motion"), following the procedures outlined in Court's September 5, 2018 order.

3. Portions of the Motion or exhibits thereto contain information Ericsson designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the governing Protective Orders in this action, which include the Protective Order and Supplemental Protective Orders in the FTC Litigation (Dkt. Nos. 81, 137, 205, 220, 230, 306, 324, 371, 374, 384, 388, 392, 393, 410, 420, 430 and 447), the Protective Order and Supplemental Protective Orders in the MDL Litigation (Dkt. Nos. 46, 86, 148, 149, 182, 197, 211, 213, 216, 218, 221, 244, 249 and 259), and the Protective Order in the SD Cal Litigation (Dkt. No. 163) (together, "Protective Orders"), or other Ericsson confidential business information that qualifies for protection.

4. As discussed in paragraph 7 of the Declaration of Geoffrey T. Holtz in Support of the Joint Admission to File Under Seal Portions of Defendant Qualcomm's Opposition to Motion for Partial Summary Judgment (Dkt. No. 872-2) ("Holtz Declaration"), pursuant to the Court's September 5, 2018 order Defendant Qualcomm Incorporated ("Qualcomm") and Ericsson met and conferred prior to the filing with the aim of filing this declaration concurrently with the Motion, but exigencies of the drafting of the motion prevented Qualcomm from providing Ericsson a final list of potential sealing materials until the afternoon of the filing.

5. Consistent with paragraphs 6-8 below, Ericsson has "narrowly tailored" its sealing request to only such specific information which qualifies for sealing under Civil Local Rule 79-5 and has not broadly sought to seal all Ericsson references in the filings related to Qualcomm's opposition.

6. The relevant portions of Qualcomm's Opposition to Motion for Partial Summary Judgment listed in paragraph 3 of the Holtz Declaration describe Ericsson deposition testimony regarding Ericsson's patent licensing strategy and practices, including information about Ericsson patent license agreements. This is the type of information Ericsson seeks to prevent from public disclosure and has previously sought to keep under seal in prior filings during this litigation due to the risk of competitive harm.

7. Exhibit 36 to the Declaration of Geoffrey T. Holtz in Support of Qualcomm's Opposition (Dkt. No. 870) contains excerpts of an Ericsson license agreement produced by another non-party in this litigation and designated as Highly Confidential-Attorney's Eyes Only by that non-party. Ericsson's license agreements are subject to confidentiality and non-disclosure agreements and contain confidential and sensitive terms and royalty rate information, the disclosure of which could cause competitive harm to Ericsson. The company has consistently sought to seal this type of information in previous filings.

8. Exhibit 17 to Defendant Qualcomm's Request for Judicial Notice in Opposition to Motion for Partial Summary Judgment on Qualcomm's Standard Essential Patent Licensing Commitments (Dkt. No. 871) contains excerpts of Telefonaktiebolaget LM Ericsson's ("LM Ericsson") responses to the Korean Fair Trade Commission's ("KFTC") "Questionnaire for chipset manufacturers." In the questionnaire, the KFTC specifically requested that LM Ericsson maintain confidentiality on the entirety of the responses. Additionally, they contain confidential, non-public LM Ericsson information, and pursuant to the KFTC request have not been disclosed outside the company except as provided to the FTC in response to its Civil Investigative Demand or to this Court in response to subpoenas and under protection of the Protective Orders cited above.

9. Ericsson has proposed only "narrowly tailored" redactions consistent with the requirements of Civil Local Rule 79-5. Ericsson respectfully asks the court to grant the Motion as to the information cited in paragraphs 6-8 above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of September, 2018, in Washington, District of Columbia.

/s/ Andrew L. Lucarelli

Andrew L. Lucarelli
BAKER BOTTS LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:    (202) 639-7700
Facsimile:     (310) 552 5001
drew.lucarelli@bakerbotts.com

*Attorney for non-party Ericsson Inc.*

## ATTESTATION

I, Stuart C. Plunkett, hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

BAKER BOTTS L.L.P.

/s/ Stuart C. Plunkett
Stuart C. Plunkett (SBN 187971)
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (415) 291-6203
Facsimile: (415) 291-6303
stuart.plunkett@bakerbotts.com