| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>Robert A. Van Nest (SBN 84065)<br>rvannest@keker.com<br>Eugene M. Paige (SBN 202849)<br>epaige@keker.com<br>Justina Sessions (SBN 270914)<br>jsessions@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile:  (415) 397-7188<br><br>CRAVATH, SWAINE & MOORE LLP<br>Gary A. Bornstein *(pro hac vice)*<br>gbornstein@cravath.com<br>Yonatan Even *(pro hac vice)*<br>yeven@cravath.com<br>825 Eighth Avenue<br>New York, New York 10019-7475<br>Telephone: (212) 474-1000<br>Facsimile:  (212) 474-3700<br><br>Attorneys for Defendant<br>QUALCOMM INCORPORATED | MORGAN, LEWIS & BOCKIUS LLP<br>Richard S. Taffet *(pro hac vice)*<br>richard.taffet@morganlewis.com<br>101 Park Avenue<br>New York, NY 10178-0060<br>Telephone: (212) 309-6000<br>Facsimile:  (212) 309-6001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Willard K. Tom *(pro hac vice)*<br>willard.tom@morganlewis.com<br>1111 Pennsylvania Avenue NW<br>Washington, DC 20004-2541<br>Telephone: (202) 739-3000<br>Facsimile:  (202) 739-3001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Geoffrey T. Holtz (SBN 191370)<br>gholtz@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile:  (415) 442-1001 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>QUALCOMM INCORPORATED,<br>a Delaware corporation,<br><br>　　　　　　Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**DECLARATION OF GEOFFREY T. HOLTZ RE JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL [D.I. 872] WITHDRAWING REQUEST TO SEAL EXHS. 1-8 OF CASACCIA DECLARATION**<br><br>Courtroom:  8, 4th Floor<br>Judge:  　　Hon. Lucy H. Koh |

# DECLARATION OF GEOFFREY T. HOLTZ

I, Geoffrey T. Holtz, declare and state that:

1. I am an attorney licensed to practice law in the State of California, a partner of Morgan, Lewis & Bockius LLP, and counsel of record for Defendant Qualcomm Incorporated ("Qualcomm"). I submit this declaration regarding the parties' Joint Administrative Motion to File Under Seal (the "Motion") Portions Of Qualcomm's Opposition to the FTC's Motion For Summary Judgment And Supporting Request, Declarations And Exhibits [D.I. 872]. I have personal knowledge of the facts set forth herein, or my knowledge is based upon my review of records of this case. If called upon as a witness in this action, I could and would testify competently thereto.

2. The parties' September 24, 2018 Motion [D.I. 872] requests that Exhibits 1-8 of the Declaration of Lorenzo Casaccia ("Casaccia Declaration") be sealed pursuant to discussions with third-party ATIS. Mot. at 5-6. On September 28, 2018, ATIS informed Qualcomm that ATIS no longer seeks to seal these exhibits. As such, Qualcomm withdraws its request to seal Exhibit 1-10 of the Casaccia Declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 28th day of September, 2018 in San Francisco, California.

/s/ *Geoffrey T. Holtz*
Geoffrey T. Holtz

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1                     Holtz Declaration re Admin. Motion to Seal
                      Case No. 5:17-cv-00220-LHK-NMC