1
2
3
4
5
6
7
8                                UNITED STATES DISTRICT COURT
9                                NORTHERN DISTRICT OF CALIFORNIA
10                                       SAN JOSE DIVISION
11

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>                 Plaintiff<br><br>                  v.<br><br>QUALCOMM INCORPORATED, a Delaware Corporation,<br>                 Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**SUPPLEMENTAL DECLARATION OF JENNIFER MILICI IN SUPPORT OF FEDERAL TRADE COMMISSION'S MOTION TO EXCLUDE EXPERT TESTIMONY OF PROFESSOR AVIV NEVO**<br><br>Date:          October 18, 2018<br>Time:         1:30 p.m.<br>Courtroom: 8, 4th Floor<br>Judge:        Hon. Lucy H. Koh |

I, Jennifer Milici, do hereby declare and state as follows:

1. I am an attorney employed by the U.S. Federal Trade Commission ("FTC"). I am one of the attorneys of record in this matter for the FTC. I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness I could and would testify competently.

2. I previously submitted a declaration in support of the FTC's motion to exclude expert testimony of Professor Aviv Nevo on August 30, 2018.

3. I respectfully submit this declaration in support of the FTC's reply to Qualcomm's opposition to the FTC's motion to exclude expert testimony of Professor Aviv Nevo.

4. Attached as Reply Exhibit 1 is a true and correct copy of the cover letter from James W. Carlson, Cravath, Swaine & Moore LLP, dated June 22, 2018, that accompanied Qualcomm's production of documents on June 22, 2018.

5. Attached as Reply Exhibit 2 is a true and correct copy of the cover letter from James W. Carlson, Cravath, Swaine & Moore LLP, dated June 28, 2018, that accompanied Qualcomm's production of documents on June 28, 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of October, 2018, in Washington, DC.

                                        */s/ Jennifer Milici*
                                        JENNIFER MILICI