# REPLY EXHIBIT 1

# CRAVATH, SWAINE & MOORE LLP

JOHN W. WHITE
EVAN R. CHESLER
RICHARD W. CLARY
STEPHEN L. GORDON
DANIEL L. MOSLEY
ROBERT H. BARON
DAVID MERCADO
CHRISTINE A. VARNEY
PETER T. BARBUR
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
PHILIP J. BOECKMAN
WILLIAM V. FOGG
FAIZA J. SAEED

RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1686

WRITER'S EMAIL ADDRESS
jcarlson@cravath.com

DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
KENNETH C. HALCOM
DAVID M. STUART

AARON M. GRUBER
O. KEITH HALLAM, III
OMID H. NASAB
DAMARIS HERNÁNDEZ
JONATHAN J. KATZ
MARGARET SEGALL D'AMICO
RORY A. LERARIS
KARA L. MUNGOVAN
NICHOLAS A. DORSEY
ANDREW C. ELKEN
JENNY HOCHENBERG
VANESSA A. LAVELY
G.J. LIGELIS JR.
MICHAEL E. MARIANI

SPECIAL COUNSEL
SAMUEL C. BUTLER

OF COUNSEL
MICHAEL L. SCHLER

June 22, 2018

*In re: Qualcomm Litigation, No. 17-cv-0108 (S.D. Cal.)*
*FTC v. Qualcomm Incorporated, No. 17-cv-0220 (N.D. Cal.)*
*In re: Qualcomm Antitrust Litigation, No. 17-md-02773 (N.D. Cal.)*

Dear Counsel:

      Below please find credentials for an FTP site containing non-privileged documents Bates numbered **QAPPCMSD10051104 – QAPPCMSD10051214**, which Qualcomm is producing in response to Apple Inc.'s First Set of Requests for Production, dated July 28, 2017, Apple Inc.'s Second Set of Requests for Production, dated January 18, 2018, Apple Inc.'s Third Set of Requests for Production, dated February 5, 2018, Apple Inc.'s Fourth Set of Requests for Production, dated March 30, 2018, Apple Inc.'s Fifth Set of Requests for Production, dated April 11, 2018, Compal Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron Corporation, and Wistron Corporation's (collectively, the "CMs") First Set of Requests for Production, dated September 18, 2017, the CMs' Second Set of Requests for Production, dated October 31, 2017, the CMs' Third Set of Requests for Production, dated February 26, 2018, and the CMs' Fourth Set of Requests for Production, dated April 11, 2018 (collectively, the "Requests").  The credentials to access the contents of this production will be sent to you separately by email.

      URL:  https://fileshare.cravath.com

      Username:  002614_00150_062118_02

      Qualcomm makes this production subject to its Responses and Objections to Apple Inc.'s First Set of Requests for Production, dated September 5, 2017; its Responses and Objections to Apple Inc.'s Second Set of Requests for Production, dated February 20, 2018; its Responses and Objections to Apple Inc.'s Third Set of Requests for Production, dated March 7, 2018; its Responses and Objections to Apple Inc.'s Fourth

Set of Requests for Production, dated April 30, 2018; its Responses and Objections to Apple Inc.'s Fifth Set of Requests for Production, dated May 14, 2018; its Responses and Objections to the CMs' First Set of Requests for Production, dated September 29, 2017; its Responses and Objections to the CMs' Second Set of Requests for Production, dated November 30, 2017; its Responses and Objections to the CMs' Third Set of Requests for Production, dated March 28, 2018; its Responses and Objections to the CMs' Fourth Set of Requests for Production, dated May 14, 2018; and any supplements or amendments thereto.  Qualcomm will make additional productions in response to the Requests on a rolling basis.

   Pursuant to paragraph 4 of the Joint Stipulation and Discovery Coordination Order, entered in *In re:  Qualcomm Litigation*, No. 17-cv-0108 (S.D. Cal.), on January 25, 2018, ECF No. 295, in *FTC v. Qualcomm Incorporated*, No. 17-cv-0220 (N.D. Cal.), on January 24, 2018, ECF No. 513, and *In re:  Qualcomm Antitrust Litigation*, No. 17-md-2773 (N.D. Cal.), on January 24, 2018, ECF No. 305, Qualcomm also is producing these documents in *FTC v. Qualcomm Incorporated*, No. 17-cv-0220-LHK-NMC (N.D. Cal.), and *In re:  Qualcomm Antitrust Litig.*, No. 17-md-2773-LHK-NMC (N.D. Cal.).

   These documents are produced pursuant to the Protective Order Governing Confidential Material, entered in *FTC v. Qualcomm Incorporated*, No. 17-cv-0220 (N.D. Cal.) on May 1, 2017, ECF No. 81, and the Protective Order Governing Confidential Material, entered in *In re:  Qualcomm Antitrust Litigation*, No. 17-md-2773 (N.D. Cal.) on May 29, 2017, ECF No. 46 (collectively, the "N.D. Cal. Protective Orders"), and the Protective Order Governing Confidential Material, entered in *In re: Qualcomm Litigation*, No. 17-cv-0108 (S.D. Cal.) on October 24, 2017, ECF No. 163 (the "S.D. Cal. Protective Order").  This production contains documents Qualcomm has designated "Highly Confidential – Attorneys' Eyes Only".  Such documents should be treated in accordance with the N.D. Cal. and S.D. Cal. Protective Orders.

   Sincerely,

   */s/ James W. Carlson*

   James W. Carlson

Edward H. Takashima
 Boies, Schiller & Flexner LLP
  401 Wilshire Blvd, Suite 850
   Santa Monica, CA 90401
    etakashima@bsfllp.com

Theodore J. Boutrous, Jr.
   Gibson, Dunn & Crutcher LLP
      333 South Grand Avenue
         Los Angeles, CA 90071-3197
            tboutrous@gibsondunn.com

Hugh F. Bangasser
   K&L Gates LLP
      925 Fourth Avenue, Suite 2900
         Seattle, Washington 98104
            hugh.bangasser@klgates.com

J. Alexander Ansaldo, Esq.
   Bureau of Competition
      Federal Trade Commission
         400 Seventh Street, SW
            Washington, DC 20024
               jansaldo@ftc.gov

Adam J. Zapala, Esq.
   Cotchett Pitre & McCarthy LLP
      840 Malcolm Road, Suite 200
         Burlingame, CA 94010
            azapala@cpmlegal.com

BY EMAIL

Copies to:  Contact Attorneys listed in the Coordination Order

BY EMAIL