# REPLY EXHIBIT 2

# CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| JOHN W. WHITE | RICHARD J. STARK | WORLDWIDE PLAZA | DAMIEN R. ZOUBEK | AARON M. GRUBER |
| EVAN R. CHESLER | THOMAS E. DUNN | 825 EIGHTH AVENUE | LAUREN ANGELILLI | O. KEITH HALLAM, III |
| RICHARD W. CLARY | MARK I. GREENE | NEW YORK, NY 10019-7475 | TATIANA LAPUSHCHIK | OMID H. NASAB |
| STEPHEN L. GORDON | DAVID R. MARRIOTT | | ALYSSA K. CAPLES | DAMARIS HERNÁNDEZ |
| DANIEL L. MOSLEY | MICHAEL A. PASKIN | TELEPHONE: +1-212-474-1000 | JENNIFER S. CONWAY | JONATHAN J. KATZ |
| ROBERT H. BARON | ANDREW J. PITTS | FACSIMILE: +1-212-474-3700 | MINH VAN NGO | MARGARET SEGALL D'AMICO |
| DAVID MERCADO | MICHAEL T. REYNOLDS | | KEVIN J. ORSINI | RORY A. LERARIS |
| CHRISTINE A. VARNEY | ANTONY L. RYAN | | MATTHEW MORREALE | KARA L. MUNGOVAN |
| PETER T. BARBUR | GEORGE E. ZOBITZ | | JOHN D. BURETTA | NICHOLAS A. DORSEY |
| THOMAS G. RAFFERTY | GEORGE A. STEPHANAKIS | CITYPOINT | J. WESLEY EARNHARDT | ANDREW C. ELKEN |
| MICHAEL S. GOLDMAN | DARIN P. MCATEE | ONE ROPEMAKER STREET | YONATAN EVEN | JENNY HOCHENBERG |
| RICHARD HALL | GARY A. BORNSTEIN | LONDON EC2Y 9HR | BENJAMIN GRUENSTEIN | VANESSA A. LAVELY |
| JULIE A. NORTH | TIMOTHY G. CAMERON | TELEPHONE: +44-20-7453-1000 | JOSEPH D. ZAVAGLIA | G.J. LIGELIS JR. |
| ANDREW W. NEEDHAM | KARIN A. DEMASI | FACSIMILE: +44-20-7860-1150 | STEPHEN M. KESSING | MICHAEL E. MARIANI |
| STEPHEN L. BURNS | LIZABETHANN R. EISEN | | LAUREN A. MOSKOWITZ | |
| KEITH R. HUMMEL | DAVID S. FINKELSTEIN | | DAVID J. PERKINS | |
| DAVID J. KAPPOS | DAVID GREENWALD | | JOHNNY G. SKUMPIJA | SPECIAL COUNSEL |
| DANIEL SLIFKIN | RACHEL G. SKAISTIS | | J. LEONARD TETI, II | SAMUEL C. BUTLER |
| ROBERT I. TOWNSEND, III | PAUL H. ZUMBRO | WRITER'S DIRECT DIAL NUMBER | D. SCOTT BENNETT | |
| WILLIAM J. WHELAN, III | ERIC W. HILFERS | +1-212-474-1686 | TING S. CHEN | |
| PHILIP J. BOECKMAN | GEORGE F. SCHOEN | | CHRISTOPHER K. FARGO | OF COUNSEL |
| WILLIAM V. FOGG | ERIK R. TAVZEL | WRITER'S EMAIL ADDRESS | KENNETH C. HALCOM | MICHAEL L. SCHLER |
| FAIZA J. SAEED | CRAIG F. ARCELLA | jcarlson@cravath.com | DAVID M. STUART | |

June 28, 2018

*In re: Qualcomm Litigation, No. 17-cv-0108 (S.D. Cal.)*
*FTC v. Qualcomm Incorporated, No. 17-cv-0220 (N.D. Cal.)*
*In re: Qualcomm Antitrust Litigation, No. 17-md-02773 (N.D. Cal.)*

Dear Counsel:

Below please find credentials for an FTP site containing non-privileged documents Bates numbered **QAPPCMSD10052188 – QAPPCMSD10052361**, which Qualcomm is producing in response to Apple Inc.'s First Set of Requests for Production, dated July 28, 2017, Apple Inc.'s Second Set of Requests for Production, dated January 18, 2018, Apple Inc.'s Third Set of Requests for Production, dated February 5, 2018, Apple Inc.'s Fourth Set of Requests for Production, dated March 30, 2018, Apple Inc.'s Fifth Set of Requests for Production, dated April 11, 2018, Compal Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron Corporation, and Wistron Corporation's (collectively, the "CMs") First Set of Requests for Production, dated September 18, 2017, the CMs' Second Set of Requests for Production, dated October 31, 2017, the CMs' Third Set of Requests for Production, dated February 26, 2018, and the CMs' Fourth Set of Requests for Production, dated April 11, 2018 (collectively, the "Requests"). The credentials to access the contents of this production will be sent to you separately by email.

URL:  https://fileshare.cravath.com

Username:  002614_00150_062718_01

Qualcomm makes this production subject to its Responses and Objections to Apple Inc.'s First Set of Requests for Production, dated September 5, 2017; its Responses and Objections to Apple Inc.'s Second Set of Requests for Production, dated February 20, 2018; its Responses and Objections to Apple Inc.'s Third Set of Requests for Production, dated March 7, 2018; its Responses and Objections to Apple Inc.'s Fourth

Set of Requests for Production, dated April 30, 2018; its Responses and Objections to Apple Inc.'s Fifth Set of Requests for Production, dated May 14, 2018; its Responses and Objections to the CMs' First Set of Requests for Production, dated September 29, 2017; its Responses and Objections to the CMs' Second Set of Requests for Production, dated November 30, 2017; its Responses and Objections to the CMs' Third Set of Requests for Production, dated March 28, 2018; its Responses and Objections to the CMs' Fourth Set of Requests for Production, dated May 14, 2018; and any supplements or amendments thereto.  Qualcomm will make additional productions in response to the Requests on a rolling basis.

Pursuant to paragraph 4 of the Joint Stipulation and Discovery Coordination Order, entered in *In re:  Qualcomm Litigation*, No. 17-cv-0108 (S.D. Cal.), on January 25, 2018, ECF No. 295, in *FTC v. Qualcomm Incorporated*, No. 17-cv-0220 (N.D. Cal.), on January 24, 2018, ECF No. 513, and *In re:  Qualcomm Antitrust Litigation*, No. 17-md-2773 (N.D. Cal.), on January 24, 2018, ECF No. 305, Qualcomm also is producing these documents in *FTC v. Qualcomm Incorporated*, No. 17-cv-0220-LHK-NMC (N.D. Cal.), and *In re:  Qualcomm Antitrust Litig.*, No. 17-md-2773-LHK-NMC (N.D. Cal.).

These documents are produced pursuant to the Protective Order Governing Confidential Material, entered in *FTC v. Qualcomm Incorporated*, No. 17-cv-0220 (N.D. Cal.) on May 1, 2017, ECF No. 81, and the Protective Order Governing Confidential Material, entered in *In re:  Qualcomm Antitrust Litigation*, No. 17-md-2773 (N.D. Cal.) on May 29, 2017, ECF No. 46 (collectively, the "N.D. Cal. Protective Orders"), and the Protective Order Governing Confidential Material, entered in *In re: Qualcomm Litigation*, No. 17-cv-0108 (S.D. Cal.) on October 24, 2017, ECF No. 163 (the "S.D. Cal. Protective Order").  This production contains documents Qualcomm has designated "Highly Confidential – Attorneys' Eyes Only".  Such documents should be treated in accordance with the N.D. Cal. and S.D. Cal. Protective Orders.

Sincerely,

*/s/ James W. Carlson*

James W. Carlson

Edward H. Takashima
Boies, Schiller & Flexner LLP
401 Wilshire Blvd, Suite 850
Santa Monica, CA 90401
etakashima@bsfllp.com

Theodore J. Boutrous, Jr.
　Gibson, Dunn & Crutcher LLP
　　333 South Grand Avenue
　　　Los Angeles, CA 90071-3197
　　　　tboutrous@gibsondunn.com

Hugh F. Bangasser
　K&L Gates LLP
　　925 Fourth Avenue, Suite 2900
　　　Seattle, Washington 98104
　　　　hugh.bangasser@klgates.com

J. Alexander Ansaldo, Esq.
　Bureau of Competition
　　Federal Trade Commission
　　　400 Seventh Street, SW
　　　　Washington, DC 20024
　　　　　jansaldo@ftc.gov

Adam J. Zapala, Esq.
　Cotchett Pitre & McCarthy LLP
　　840 Malcolm Road, Suite 200
　　　Burlingame, CA 94010
　　　　azapala@cpmlegal.com

BY EMAIL

Copies to:  Contact Attorneys listed in the Coordination Order

BY EMAIL