# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>　　　　Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**[PROPOSED] ORDER GRANTING MOTION OF NOKIA TECHNOLOGIES OY FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANT QUALCOMM INCORPORATED'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:　　　October 18, 2018<br>Time:　　　1:30 pm<br>Location:　San Jose Courthouse, Courtroom 8<br>Judge:　　　Hon. Lucy H. Koh |

For good cause shown, the motion of Nokia Technologies Oy for leave to file a brief as *amicus curiae* is hereby GRANTED.

Dated:  October 4 , 2018

*/s/ Lucy H. Koh*
Hon. Lucy H. Koh
UNITED STATES DISTRICT JUDGE