1  
Jennifer Milici, D.C. Bar No. 987096  
Joseph R. Baker, D.C. Bar No. 490802  
2  
Geoffrey M. Green, D.C. Bar No. 428392  
3  
Rajesh James, N.Y. Bar No. 4209367  
Daniel Matheson, D.C. Bar No. 502490  
4  
Kenneth H. Merber, D.C. Bar No. 985703  
Mark J. Woodward, D.C. Bar No. 479537  
5  
Federal Trade Commission  
600 Pennsylvania Avenue, N.W.  
6  
Washington, D.C. 20580  
7  
(202) 326-3695; (202) 326-3496 (fax)  
*jmilici@ftc.gov*  
8  

9  
*Attorneys for Plaintiff Federal Trade Commission*  

10  

# UNITED STATES DISTRICT COURT

11  

## NORTHERN DISTRICT OF CALIFORNIA

12  

### SAN JOSE DIVISION

13  

14  
FEDERAL TRADE COMMISSION,  
               Plaintiff  

Case No. 5:17-cv-00220-LHK-NMC

15  

16  
        v.

**FEDERAL TRADE COMMISSION'S MOTION FOR LEAVE TO FILE RESPONSE TO BRIEF OF *AMICUS CURIAE* NOKIA TECHNOLOGIES REGARDING FTC'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

17  

18  
QUALCOMM INCORPORATED, a Delaware Corporation,  
19  
               Defendant.

Date:        October 18, 2018  
Time:       1:30 p.m.  
Courtroom:  8, 4th Floor  
Judge:     Hon. Lucy H. Koh  

20  

21  

22  

23  

24  

25  

26  

27  

28

**NOTICE OF MOTION AND MOTION**

To the Honorable Court, all parties, and their attorneys of record:

Please take notice that on October 18, 2018, at 1:30 p.m., in Courtroom 8, United States Courthouse, 280 South 1st Street, San Jose, California 95113, Plaintiff Federal Trade Commission will and hereby does move the Court for leave to file a response to the *amicus curiae* brief of Nokia Technologies Oy ("Nokia") in support of Qualcomm Incorporated's Opposition to the FTC's Motion for Partial Summary Judgment (motion for leave filed Oct. 3, 2018) (ECF No. 888) (motion for leave granted Oct. 4, 2018) (ECF No. 890).

At approximately 10 p.m. on October 3, 2018, Nokia filed a proposed *amicus* brief in support of Qualcomm's opposition to the FTC's motion for partial summary judgment. (ECF No. 888.) Nokia's 11-page *amicus* brief contains arguments that supplement the arguments in Qualcomm's opposition to the FTC's motion (corrected version filed Sept. 25, 2018) (ECF No. 879). The FTC did not, however, have a reasonable opportunity to respond to Nokia's arguments before filing its reply brief on October 4, 2018. (ECF No. 893.) The FTC has thus filed this motion for leave to file a short response to Nokia's *amicus* brief. The FTC's proposed brief is two pages long and limited to responding to arguments contained in Nokia's *amicus* brief. The FTC respectfully requests that the Court grant this motion for leave to file the attached responsive brief.

Qualcomm has indicated that it cannot take a position on the motion before reviewing the contents of the responsive brief.

Respectfully submitted,

Dated: October 11, 2018

*/s/ Jennifer Milici*
JENNIFER MILICI
RAJESH JAMES
DANIEL MATHESON
KENNETH H. MERBER

*Attorneys for Plaintiff Federal Trade Commission*

1

FTC'S MOTION FOR LEAVE TO FILE RESPONSE TO
BRIEF OF *AMICUS CURIAE* NOKIA TECHNOLOGIES
Case No. 17-cv-00220-LHK-NMC