Jennifer Milici, D.C. Bar No. 987096
Joseph R. Baker, D.C. Bar No. 490802
Geoffrey M. Green, D.C. Bar No. 428392
Elizabeth A. Gillen, Cal. Bar No. 260667
Rajesh James, N.Y. Bar No. 4209367
Daniel Matheson, D.C. Bar No. 502490
Kenneth H. Merber, D.C. Bar No. 985703
Mark J. Woodward, D.C. Bar No. 479537
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
*jmilici@ftc.gov*

Attorneys for Plaintiff Federal Trade Commission

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**[PROPOSED] ORDER GRANTING FEDERAL TRADE COMMISSION'S MOTION FOR LEAVE TO FILE RESPONSE TO BRIEF OF *AMICUS CURIAE* NOKIA TECHNOLOGIES REGARDING FTC'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**[PROPOSED] ORDER**

For good cause shown, the motion of the Federal Trade Commission for leave to file a response to the brief of *amicus curiae* Nokia Technologies is hereby GRANTED.

It is SO ORDERED.

Dated:      October 12      , 2018            *Lucy H. Koh*
                                              _____
                                              Honorable Lucy H. Koh
                                              United States District Judge