United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>QUALCOMM INCORPORATED, et al.,<br><br>Defendants. | Case No. 17-CV-00220-LHK<br><br>**ORDER INSTRUCTING QUALCOMM TO FILE UNDER SEAL UNREDACTED VERSIONS OF THE EXHIBITS TO QUALCOMM'S MOTION TO STRIKE AND MOTION TO EXCLUDE**<br><br>Re: Dkt. Nos. 797, 799 |

On August 30, 2018, Defendant Qualcomm, Incorporated ("Qualcomm") filed (1) a motion to strike portions of the rebuttal expert report of Dr. Robert Akl, ECF No. 797; and (2) a motion to exclude the opinions of Richard Donaldson. ECF No. 799. With both evidentiary motions, Qualcomm filed the redacted versions of several accompanying exhibits that Qualcomm seeks to seal. *See* ECF Nos. 798 & 800 (Qualcomm's motions to file under seal the two evidentiary motions and accompanying exhibits). Qualcomm filed under seal unredacted versions of its evidentiary motions, *see* ECF Nos. 798-4 & 800-4, but Qualcomm failed to file under seal unredacted versions of the accompanying exhibits, as is required by Civil Local Rule 79-5(d)(1)(D).

1   The Court hereby ORDERS Qualcomm to file under seal unredacted versions of the
2   exhibits accompanying (1) Qualcomm's motion to strike portions of the rebuttal expert report of
3   Dr. Robert Akl; and (2) Qualcomm's motion to exclude the opinions of Richard Donaldson.

4   **IT IS SO ORDERED.**

6   Dated: October 15, 2018

_____
LUCY H. KOH
United States District Judge