*Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>        Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**JOINT ADMINISTRATIVE MOTION TO DEFER THE COURT'S RULING ON THE FTC'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Pursuant to Local Civil Rule 7-11, Plaintiff Federal Trade Commission ("FTC") and Defendant Qualcomm Incorporated ("Qualcomm") hereby jointly move the Court to defer ruling on the FTC's Motion for Partial Summary Judgment (ECF No. 792) for a period of 30 days (until November 14, 2018).  The FTC and Qualcomm each continues to stand behind the positions in its filings on the FTC's Motion.  The Parties believe, however, that deferral of a ruling would facilitate the Parties' ongoing discussions concerning the potential settlement of this litigation.  The Parties do not request that the trial of this matter be taken off calendar and do not request any change to the schedule established by the Court's Case Management Order (ECF No. 678) or the Court's Order Continuing Further Case Management Conference (ECF No. 826).  The Parties also do not request that the Court defer ruling on any other pending motion.

Dated:  October 15, 2018

Respectfully submitted,

FEDERAL TRADE COMMISSION,

*/s/ Jennifer Milici*
Jennifer Milici
Daniel Matheson
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov

**Attorneys for Federal Trade Commission**

1

JOINT ADMINISTRATIVE MOTION
TO DEFER THE COURT'S RULING
ON THE FTC'S MOTION FOR
PARTIAL SUMMARY JUDGMENT
Case No. 5:17-cv-00220-LHK-NMC

| | |
|---|---|
| 1 | CRAVATH, SWAINE & MOORE LLP |
| 2 | |
| 3 | By: /s/ Gary A. Bornstein |
| 4 | Gary A. Bornstein<br>Yonatan Even |
| 5 | CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza |
| 6 | 825 Eighth Avenue<br>New York, NY 10019 |
| 7 | Tel: (212) 474-1000<br>Fax: (212) 474-3700 |
| 8 | gbornstein@cravath.com<br>yeven@cravath.com |
| 9 | |
| 10 | Robert A. Van Nest<br>Eugene M. Paige |
| 11 | Justina Sessions<br>KEKER, VAN NEST & PETERS LLP |
| 12 | 633 Battery Street<br>San Francisco, CA 94111-1809 |
| 13 | Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188 |
| 14 | rvannest@keker.com<br>epaige@keker.com |
| 15 | jsessions@keker.com |
| 16 | Richard S. Taffet<br>MORGAN, LEWIS & BOCKIUS LLP |
| 17 | 101 Park Avenue<br>New York, NY 10178-0060 |
| 18 | Tel: (212) 309-6000<br>Fax: (212) 309-6001 |
| 19 | richard.taffet@morganlewis.com |
| 20 | Willard K. Tom<br>MORGAN, LEWIS & BOCKIUS LLP |
| 21 | 1111 Pennsylvania Ave. NW<br>Washington, DC 20004-2541 |
| 22 | Tel: (202) 739-3000<br>Fax: (202) 739 3001 |
| 23 | willard.tom@morganlewis.com |
| 24 | Geoffrey T. Holtz<br>MORGAN, LEWIS & BOCKIUS LLP |
| 25 | One Market, Spear Street Tower<br>San Francisco, CA 94105-1126 |
| 26 | Tel: (415) 442-1000<br>Fax: (415) 442-1001 |
| 27 | donn.pickett@morganlewis.com<br>geoffrey.holtz@morganlewis.com |
| 28 | |

2

JOINT ADMINISTRATIVE MOTION
TO DEFER THE COURT'S RULING
ON THE FTC'S MOTION FOR
PARTIAL SUMMARY JUDGMENT
Case No. 5:17-cv-00220-LHK-NMC

1  *Attorneys for Defendant Qualcomm Incorporated*

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

JOINT ADMINISTRATIVE MOTION
TO DEFER THE COURT'S RULING
ON THE FTC'S MOTION FOR
PARTIAL SUMMARY JUDGMENT
Case No. 5:17-cv-00220-LHK-NMC

**FILER'S ATTESTATION**

I, Gary A. Bornstein, am the ECF user whose identification and password are being used to file this Joint Case Management Statement. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories on this document have concurred in this filing.

                                               */s/ Gary A. Bornstein*
                                                   Gary A. Bornstein

4

JOINT ADMINISTRATIVE MOTION
TO DEFER THE COURT'S RULING
ON THE FTC'S MOTION FOR
PARTIAL SUMMARY JUDGMENT
Case No. 5:17-cv-00220-LHK-NMC