UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>QUALCOMM INCORPORATED, et al.,<br><br>Defendants. | Case No. 17-CV-00220-LHK<br><br>**ORDER DENYING JOINT ADMINISTRATIVE MOTION TO DEFER THE COURT'S RULING ON THE FTC'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 902 |

The parties' joint administrative motion to defer the Court's ruling on the Federal Trade Commission's motion for partial summary judgment is DENIED.

**IT IS SO ORDERED.**

Dated: October 15, 2018

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No. 17-CV-00220-LHK
ORDER DENYING JOINT ADMINISTRATIVE MOTION TO DEFER THE COURT'S RULING ON THE FTC'S MOTION FOR PARTIAL SUMMARY JUDGMENT