KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest (SBN 84065)
rvannest@keker.com
Eugene M. Paige (SBN 202849)
epaige@keker.com
Justina Sessions (SBN 270914)
jsessions@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein *(pro hac vice)*
gbornstein@cravath.com
Yonatan Even *(pro hac vice)* yeven@cravath.com
825 Eighth Avenue
New York, New York 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

Attorneys for Defendant
QUALCOMM INCORPORATED

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet *(pro hac vice)*
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Facsimile:  (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Willard K. Tom *(pro hac vice)*
willard.tom@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Telephone: (202) 739-3000
Facsimile:  (202) 739-3001

MORGAN, LEWIS & BOCKIUS LLP
Geoffrey T. Holtz (SBN 191370)
gholtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile:  (415) 442-1001

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**DECLARATION OF GEOFFREY T. HOLTZ IN SUPPORT OF DEFENDANT QUALCOMM INCORPORATED'S MOTION TO STRIKE PORTIONS OF REBUTTAL EXPERT REPORT OF DR. ROBERT AKL**<br><br>Date:     October 18, 2018<br>Time:    1:30 p.m.<br>Dept.:    Courtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh<br><br>Trial Date: January 4, 2019 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Holtz Declaration ISO Motion to Strike
Portions of Rebuttal Report
Case No. 5:17-cv-00220-LHK-NMC

**DECLARATION OF GEOFFREY T. HOLTZ**

I, Geoffrey T. Holtz, hereby declare as follows:

1. I am a partner with the law firm Morgan, Lewis & Bockius LLP and am an attorney of record in the above-captioned action for Defendant Qualcomm, Incorporated. I make this declaration in support of Defendant Qualcomm Incorporated's Motion to Strike Portions of Rebuttal Expert Report of Dr. Robert Akl, dated August 30, 2018. I have personal knowledge of the facts set forth herein, or my knowledge is based upon my review of records of this case. If called upon as a witness in this action, I could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Rebuttal Expert Report of Dr. Robert Akl, D.Sc., dated July 26, 2018.

3. Attached hereto as Exhibit 2 is a true and correct copy of Plaintiff Federal Trade Commission's First Supplemental Objections and Responses to Defendant Qualcomm's Interrogatory No. Fourteen, dated May 24, 2018.

4. Attached hereto as Exhibit 3 is a true and correct copy of the opening Expert Report of Dr. Robert Akl, D.Sc., dated May 24, 2018 (amended on Aug. 6, 2018).

5. Attached hereto as Exhibit 4 is a true and correct copy of the Expert Report of Dr. Jeffrey Andrews Regarding Qualcomm's Patent Portfolio, dated June 28, 2018.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the deposition transcript of Liren Chen, dated April 16, 2018.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the deposition transcript of Dr. Jeffrey G. Andrews, dated August 10, 2018.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the deposition transcript of Dr. Robert Akl, dated August 7, 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of August, 2018 in San Francisco, California.

Dated: August 30, 2018

/s/ Geoffrey T. Holtz

Geoffrey T. Holtz

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

Holtz Declaration ISO Motion to Strike
Portions of Rebuttal Report
Case No. 5:17-cv-00220-LHK-NMC