UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>QUALCOMM INCORPORATED, et al.,<br><br>Defendants. | Case No. 17-CV-00220-LHK<br><br>**ORDER INSTRUCTING QUALCOMM TO FILE UNDER SEAL UNREDACTED VERSIONS OF THE EXHIBITS TO QUALCOMM'S OPPOSITION TO THE FTC'S PARTIAL SUMMARY JUDGMENT MOTION** |

On September 24, 2018, Defendant Qualcomm, Incorporated ("Qualcomm") filed its opposition to Plaintiff the Federal Trade Commission's ("FTC") motion for partial summary judgment. ECF No. 870. With the opposition, Qualcomm filed the redacted versions of several accompanying exhibits that Qualcomm seeks to seal. *See* ECF No. 872 (Qualcomm's administrative motion to file under seal Qualcomm's opposition and certain accompanying exhibits). Qualcomm filed under seal an unredacted version of its opposition to the FTC's motion for partial summary judgment, *see* ECF No. 872-4, but failed to file under seal unredacted versions of the accompanying exhibits, as it required by Civil Local Rule 79-5(d)(1)(D).

The Court hereby ORDERS Qualcomm to file under seal unredacted versions of the

1

Case No. 17-CV-00220-LHK
ORDER INSTRUCTING QUALCOMM TO FILE UNDER SEAL UNREDACTED VERSIONS OF THE
EXHIBITS TO QUALCOMM'S OPPOSITION TO THE FTC'S PARTIAL SUMMARY JUDGMENT MOTION

exhibits accompanying Qualcomm's opposition to the FTC's motion for partial summary judgment.

**IT IS SO ORDERED.**

Dated:  October 17, 2018

_____
LUCY H. KOH
United States District Judge

Case No. 17-CV-00220-LHK
ORDER INSTRUCTING QUALCOMM TO FILE UNDER SEAL UNREDACTED VERSIONS OF THE
EXHIBITS TO QUALCOMM'S OPPOSITION TO THE FTC'S PARTIAL SUMMARY JUDGMENT MOTION