KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest (SBN 84065)
rvannest@keker.com
Eugene M. Paige (SBN 202849)
epaige@keker.com
Justina Sessions (SBN 270914)
jsessions@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein (pro hac vice)
gbornstein@cravath.com
Yonatan Even (pro hac vice) yeven@cravath.com
825 Eighth Avenue
New York, New York 10019-7475
Telephone: (212) 474-1000
Facsimile:  (212) 474-3700

Attorneys for Defendant
QUALCOMM INCORPORATED

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet (pro hac vice)
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Willard K. Tom (pro hac vice)
willard.tom@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Telephone: (202) 739-3000
Facsimile:  (202) 739-3001

MORGAN, LEWIS & BOCKIUS LLP
Geoffrey T. Holtz (SBN 191370)
gholtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile:  (415) 442-1001

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**DECLARATION OF DR. EDWARD G. TIEDEMANN, JR. IN SUPPORT OF DEFENDANT QUALCOMM INCORPORATED'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT ON QUALCOMM'S STANDARD ESSENTIAL PATENT LICENSING COMMITMENTS**<br><br>Date:     October 18, 2018<br>Time:     1:30 p.m.<br>Dept.:     Courtroom 8, 4th Floor<br>Judge:     Hon. Lucy H. Koh<br><br><br>Trial Date: January 4, 2019 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Tiedemann Declaration ISO Opposition to
Motion for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

## DECLARATION OF DR. EDWARD G. TIEDEMANN, JR.

I, Dr. Edward G. Tiedemann, Jr., hereby declare as follows:

1.      I am currently a Senior Vice President of Engineering of Qualcomm Technologies, Inc.  I have been employed by Qualcomm since 1988.

2.      I submit this declaration in support of Qualcomm's Opposition to Motion for Partial Summary Judgment on Qualcomm's Standard Essential Patent Licensing Commitments.

3.      I received a Doctorate from the Massachusetts Institute of Technology in Electrical Engineering and Computer Science in 1986, a Master's degree from Purdue University in Electrical Engineering in 1977, and a Bachelor of Science degree from Virginia Polytechnic Institute and State University ("Virginia Tech") in Electrical Engineering in 1975.

4.      I have led Qualcomm's worldwide standardization and industry organization activities since approximately 1991.

5.      I have been involved with the Telecommunications Industry Association ("TIA") since early 1992.  I was heavily involved in the design, development, and standardization of the TIA/EIA/IS-95 CDMA system, also called cdmaOne.  I also led Qualcomm's, and much of the industry's, efforts in the design and development of the third-generation cdma2000 standards 1x, published by TIA as TIA/EIA/IS-2000.  I was also involved in 1xEV-DO, published by TIA as TIA/EIA/IS-856, through my roles in the 3rd Generation Partnership Project ("3GPP"). Additionally, I led the offline industry group on Machine to Machine ("M2M") convergence, which resulted in oneM2M, the global standards initiative for Machine to Machine Communications and the Internet of Things.  I serve on the Board of Directors of the Open Mobile Alliance and the Open Connectivity Foundation.

6.      Over the years, I have chaired multiple groups involved in the standardization of CDMA.  Beginning in 1992, I chaired TR45.5.3.1, which was responsible for the physical layer of CDMA.  TR45.5.3.1 developed the physical layer for the TIA/EIA/IS-95, TIA/EIA/IS-95-A, and TIA/EIA-95-B, and TIA/EIA/IS-2000 standards.  When the 3rd Generation Partnership Project 2 ("3GPP2") was founded in 1999, I began chairing Working Group 3 of the Technical Specification Group for the air interface, TSG-C, which had responsibility for the physical layer covering both

TIA/EIA/IS-2000 and TIA/EIA/IS-856. In December 2009, I began chairing 3GPP2 TSG-C, which had responsibility for all aspects of the CDMA air interface. When TSG-A and TSG-C merged at the beginning of 2013, I began chairing 3GPP2 TSG-AC: Access Network & Air Interfaces.

7.     In 2008, I received the 3G-CDMA Industry Achievement Award for Industry Leadership from the CDMA Development Group (CDG) for my "long-running contribution to CDMA development and standardization." *See* CDG Press Releases, "2008 3G CDMA Industry Achievement Awards Presented by the CDG in San Diego," CDMA Development Group (Nov. 20, 2008), available at http://www.cdg.org/news/press/2008/Nov20_08.asp (last accessed September 17, 2018). In 2009, I received the Global IT Innovator and Leadership Award from Yonsei University in Korea. In addition, I have received the 2010 Virginia Tech College of Engineering Distinguished Alumni Service Award, and in 2014 became a member of the Virginia Tech Academy of Engineering Excellence. I have received both the Purdue University College of Engineering Distinguished Engineering Alumnus and the Purdue University Outstanding Electrical and Computer Engineer Awards. I served as general chair of the IEEE Globecom 2015 Conference, one of the IEEE Communications Society's two flagship conferences.

## I.     Summary

8.     I understand that the FTC argues that modem chips practice the Telecommunications Industry Association (TIA) standards for the CDMA family of wireless standards, including cdmaOne, cdma2000 1x, and 1xEV-DO. As a technical matter, this is incorrect because a modem chip cannot practice these standards.

9.     The TIA published the original cdmaOne standard as IS-95, and additional versions as IS-95-A and IS-95-B. The first version of the cdma2000 standard was published in August 1999 by the TIA in the United States in six parts under the titles TIA/EIA/IS-2000.1 through TIA/EIA/IS-2000.6. 3GPP2 then took over the further development and maintenance of the CDMA family of standards, so that all documents were first developed as 3GPP2 specifications and then published as standards. For example, the "A" version, TIA/EIA/IS-2000-A, was first published by 3GPP2 and then transposed into a TIA standard in 2000. 3GPP2 also developed 1x- EV-DO, which was published by TIA as the TIA/EIA/IS-856 standard. With a few minor exceptions, all specifications

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

Tiedemann Declaration ISO Opposition to
Motion for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

developed by 3GPP2 have been published by TIA as standards. I collectively refer to the documents produced by TIA and 3GPP2 as the CDMA Cellular Standards.

10. 3GPP2 is a collaboration of Standard Development Organizations ("SDOs"), called Organizational Partners, to bring high-quality mobile telecommunications to a worldwide mass market by achieving the goals of increasing the speed and ease of wireless communications. Five SDOs comprise the Organizational Partners of 3GPP2: ARIB – Association of Radio Industries and Businesses (Japan), CCSA – China Communications Standards Association (China), TIA – Telecommunications Industry Association (North America), TTA – Telecommunications Technology Association (Korea), and TTC – Telecommunications Technology Committee (Japan).

11. During most of the 2000s, 3GPP2 had four Technical Specification Groups ("TSGs") comprised of representatives from 3GPP2's individual member companies: TSG-A (Access Network), TSG-C (Air Interfaces), TSG-S (Systems Aspects), and TSG-X (Core Network). At the beginning of 2013, these four TSGs merged to form two TSGs: TSG-AC (Access Network & Air Interfaces) and TSG-SX (System Aspects & Core Network). Through the work of the TSGs, 3GPP2 produces technical specifications. Each of the Organizational Partners then transpose the 3GPP2 technical specifications into "standards."

12. When adopting or transposing 3GPP2 specifications within their regions, the Organizational Partner SDOs do not change any of the substantive text of the 3GPP2 specification. Any modifications are made only to conform to specific local requirements. For this reason, I refer to the CDMA Cellular Standards and documents in this declaration as adopted by TIA.

13. CDMA Cellular Standards have no notion of modem chips, and a modem chip does not practice a CDMA Cellular Standard. In my years of participation in 3GPP2 and TIA activities and supervising others participating in those activities, I have not been aware of any 3GPP2 project proposals, Work Items, Technical Reports, or Technical Specifications for modem chips.

14. Instead, the CDMA Cellular Standards and the development efforts underlying these standards address performance, interoperability, and communication protocols between the entities that make-up the cellular system: an end-user device (called a "mobile station"); an access network

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

Tiedemann Declaration ISO Opposition to
Motion for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

consisting of a base station and several other elements that facilitate communications with the mobile station; and a core network that maintains subscription information and manages authorization and authentication of the mobile station, and transfers information sent/received by the base station to a wired network, or—for communications to another mobile station—to the access network servicing that mobile station.

15.     CDMA Cellular Standards do not define how a mobile station is constructed, nor do they even define the components of a mobile station.  Instead, these standards provide mobile station manufacturers broad discretion regarding how to construct a mobile station.  For example, TIA/EIA/IS-2000—the cdma2000 cellular communication standard for 3G that was produced in 3GPP2 and published as a standard by TIA in August 1999—defines and provides solutions to technical problems at the level of the mobile station and base station.

16.     More specifically, a modem chip does not practice CDMA Cellular Standards for at least the following reasons, each explained in further detail below, with reference to CDMA Cellular Standards:

        a.     First, the express purpose of the CDMA Cellular Standards is to define the technical requirements for mobile stations.  For example, Telecommunications Industry Association, "Introduction to cdma2000 Spread Spectrum Systems" TIA/EIA/IS-2000.1-C, at 1-1 (May 2002) (Exhibit 1) provides:

1.1.1     Purpose

The technical requirements contained in cdma2000 form a compatibility standard for CDMA systems.  They ensure that a mobile station can obtain service in a system manufactured in accordance with the cdma2000 standards.  The requirements do not address the quality or reliability of that service, nor do they cover equipment performance or measurement procedures.

See also Telecommunications Industry Association, "Mobile Station-Base Station Compatibility Standard for Dual-Mode Wideband Spread Spectrum Cellular System," TIA/EIA/IS-95-A, Preface, at i (May 1995) (Exhibit 2) ("These technical requirements form a compatibility standard for cellular

mobile telecommunications systems. They ensure that a mobile station can obtain service in any cellular system manufactured according to this standard. These requirements do not address the quality or reliability of that service, nor do they cover equipment performance or measurement procedures.").

b. Second, CDMA Cellular Standards define interfaces among, and the operation of, the major subsystems of the cellular system/network. The basic subdivision is between mobile stations (also called "Access Terminals," or "ATs") and infrastructure equipment, as exemplified in Figure 1.3-1 (below) of Telecommunications Industry Association, "cdma2000 High Rate Packet Data Air Interface Specification," TIA-856-B-2[E], at 1-2 (July 2012) (Exhibit 3) (also known as "cdma2000 1xEV-DO Revision B"). "Mobile station" refers to a complete device such as a cellular handset, smartphone, tablet, or other end-user device. I use the term "Infrastructure Equipment" to refer to the network equipment such as base stations and the mobile switching centers (similar splits between functional elements in a cellular system showing a focus on mobile stations are discussed in greater detail below for other CDMA Cellular Standards, including TIA/EIA/IS-95-A and TIA/EIA/IS-2000).



**Figure 1.3-1. Architecture Reference Model**

1
2
3  The access terminal, the access network, and the sector are formally defined in 1.11.
4  The reference model includes the air interface between the access terminal and the
5  access network. The protocols used over the air interface are defined in this document.

c. Third, the mobile station is the functional element used in CDMA standards

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

Tiedemann Declaration ISO Opposition to
Motion for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

descriptions. Beyond defining the mobile station as including a SIM card or Terminal Equipment, the mobile station is not further partitioned. That is, if the CDMA Cellular Standards intended to further parse the mobile station and specify the inclusion or operation of a particular component like a modem chip, they knew how to but did not do so.

d. Fourth, CDMA Cellular Standards are voluminous. In the parlance of CDMA Cellular Standards, a technical description in a specification is mandatory if it uses the word "shall." The CDMA Cellular Standards include thousands of instances stating that the "mobile station shall" meet some particular performance or communication requirement. These same standards do not, however, discuss—let alone provide—that a "modem chip" (or some equivalent term) meet any particular performance or communication requirement. This is consistent with the fact that the CDMA Cellular Standards define the requirements of a fully network operational device like a mobile station instead of its components.

e. Fifth, CDMA Cellular Standards define and provide for testing to determine conformance of devices with the standards' requirements. These testing specifications are at the mobile station level, defining how an entire, discrete mobile station must communicate with and operate in the network. The testing specifications are about conformance and performance testing of the mobile station. They do not call for—let alone provide descriptive procedures for—testing of modem chips.

## II.  3GPP2 Structural Elements and Requirements

17.  The CDMA Cellular Standards cannot be practiced by a modem chip by itself. The CDMA Cellular Standards do not specify the design or implementation of components in modem chips. In fact, the standards do not address modem chips at all. The CDMA Cellular Standards neither use the terms "chipset," "baseband processor," or "modem chip," nor do they define any such terms. Rather, the CDMA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

Tiedemann Declaration ISO Opposition to
Motion for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

Cellular Standards refer to a "mobile station," defined as "a station that communicates with the base station."  *See,* e.g., Telecommunications Industry Association, "Physical Layer Standard for cdma2000 Spread Spectrum Systems," TIA-2000.2-F-1[E], at 1-9 (July 2014) (Exhibit 4).

18.     The CDMA Cellular Standards do not describe how a compliant mobile station is to be constructed.  Any design of the physical hardware of the mobile station is acceptable, provided that the end product adheres to the communications protocols and constraints of the standards.  This is set forth in the stated purpose of the CDMA Cellular Standards:

> The technical requirements contained in cdma2000 form a compatibility standard for CDMA systems.  They ensure that a mobile station can obtain service in a system manufactured in accordance with the cdma2000 standards.  The requirements do not address the quality or reliability of that service, nor do they cover equipment performance or measurement procedures. Compatibility, as used in connection with cdma2000, is understood to mean: any cdma2000 mobile station is able to place and receive calls in cdma2000 or IS-95 systems.

TIA/EIA/IS-2000.1-C (Exhibit 1) at 1-1; *see also* TIA/EIA/IS-95-A (Exhibit 2), Preface, at i; *and* TIA-856-B-2[E]  (Exhibit 3) at 1-2.  Mobile station manufacturers specifically did not want to discuss any partitioning of the mobile station during standards meetings as they did not want the CDMA Cellular Standards to put any constraints on their implementations.  Thus, the standards are what are required for interoperability between the entire mobile station and the base station, and to have acceptable performance of the entire mobile station.

19.     That a mobile station would require more than a bare modem chip to practice the CDMA Cellular Standards is illustrated by the following excerpts from the standards.

20.     TIA/EIA/IS-95-A (Exhibit 2), titled "Mobile Station-Base Station Compatibility Standard for Dual-Mode Wideband Spread Spectrum Cellular System," defines cellular connectivity between mobile stations and base stations.  By its express terms, the standard defines

Tiedemann Declaration ISO Opposition to Motion for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

mobile station requirements. For example, IS-95-A, Section 6 defines the "Requirements for Mobile Station CDMA Operation," and "describes the requirements for CDMA-analog dual-mode mobile stations operating in the CDMA mode. A mobile station complying with these requirements will be able to operate with CDMA base stations complying with this document." *Id.* at ii.

21. TIA/EIA/IS-2000-F (Exhibit 4), titled "Physical Layer Standard for cdma2000 Spread Spectrum Systems," defines cellular connectivity between mobile stations and base stations. *See* TIA-2000.2-F-1[E] (Exhibit 4). For example, IS-2000.2-F-1[E] contains two primary sections: (a) "Requirements for Mobile Station CDMA Operation," and (b) "Requirements for Base Station CDMA Operation." The standard refers to the mobile station in the first section as follows: "This section describes the physical layer requirements for mobile stations operating in the CDMA mode." *See id.* at xliii. This specification defines how a complete, discrete end-user device communicates with a base station. For example, IS-2000.2-F-1[E] contains 344 "mobile station shall" requirements, and never mentions a modem chip or otherwise defines the architecture or subcomponents of a mobile station.

22. TIA-856 (Exhibit 3), titled "cdma2000 High Rate Packet Data Air Interface Specification," is part of the EV-DO family of cdma2000 standards, and explains in the introduction that the EV-DO standards define protocols for access to the network, rather than defining the implementation of mobile stations or sub-components, such as modem chips. In this section, the mobile stations are referred to as "Access Terminals:"

> These ***requirements ensure that a compliant access terminal can obtain service*** through any access network conforming to this standard. These requirements do not address the quality or reliability of that service, nor do they cover equipment performance or measurement procedures. . . . Compatibility, as used in connection with this standard, is understood to mean: Any access terminal can obtain service through any access network conforming to this standard. Conversely, all access networks conforming to this standard can service access terminals.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

Tiedemann Declaration ISO Opposition to
Motion for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

TIA-856-B-2[E] (Exhibit 3) at 1-1.

23.    This specification goes on to illustrate the "Architecture Reference Model" that defines the system layout, where the Access Terminal is the basic building block for defining functionality in the EV-DO family of standards:



**Figure 1.3-1. Architecture Reference Model**

The access terminal, the access network, and the sector are formally defined in 1.11.

The reference model includes the air interface between the access terminal and the access network. The protocols used over the air interface are defined in this document.

**1.3 Architecture Reference Model**

The architecture reference model is presented in Figure 1.3-1. The reference model consists of the following functional units:

*Id*. at 1-2.

24.    TIA-856 (Exhibit 3) defines the "Access Terminal (AT)" as:

A device providing data connectivity to a user.  An access terminal may be connected to a computing device such as a laptop personal computer or it may be a self-contained data device such as a personal digital assistant.  An access terminal is equivalent to a mobile station in [TIA/EIA/IS-2000-2-A, Physical Layer Standard for cdma2000 Spread Spectrum Systems].

*Id*. at 1-12.  There is no further partition of the Access Terminal into components such as a modem chip.

25.    TIA/EIA-637-B (Exhibit 5), titled "Short Message Services for Wideband Spread Spectrum Systems," defines cellular protocols for transmitting and receiving SMS messages (i.e., what are known colloquially as text messages).  *See* Telecommunications Industry Association,

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

Tiedemann Declaration ISO Opposition to
Motion for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

"Short Message Services for Wideband Spread Spectrum Systems," TIA/EIA-637-B (January 2002) (Exhibit 5). The standard begins:

*Id.* at 1-1.

26. At the original writing of this text, in the early 1990s, it was envisioned that the

**1.1 General Description**

The Short Message Service (SMS) allows the exchange of short messages between a mobile station and the wireless system, and between the wireless system and an external device capable of transmitting and optionally receiving short messages. The external device may be a voice telephone, a data terminal or a short message entry system.

The Short Message Service consists of message entry features, administration features, and message transmission capabilities. These features are distributed between a wireless system and the SMS message center (MC) that together make up the SMS system. The message center may be either separate from or physically integrated into the wireless system.

communication was between the mobile station and some user device in the network for entering and receiving text messages. Today, most of us think of text messages as going between mobile stations, though they go through the SMS message center (MC) to reach the receiving mobile station.

27. As with the other standards in the CDMA Cellular Standards family, the TIA/EIA-637-B definitions are centered on the mobile station, with references to the UIM (i.e., the SIM card). The standard makes no reference to any other sub-part of the mobile station, such as a modem chip. By contrast, the specification recites that the "mobile station shall…" perform various functions 31 times.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10

Tiedemann Declaration ISO Opposition to
Motion for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

1.4    Network Reference Model

Figure 1.4-1 contains the network reference model for SMS. This model presents functional entities and associated interface reference points that may logically comprise a wireless network. The interface reference points identified in Figure 1.4-1 are a subset of the reference points defined in [23], [8]. The model is intended to provide a level of abstraction that facilitates the specification of messages within this standard. As such, implementations may vary with respect to how the functional entities are distributed among physical units.



Figure 1.4-1.  Simplified SMS Reference Model

*Id.* at 1-7.

28.    TIA-683-E (Exhibit 6), titled "Over-the-Air Service Provisioning of Mobile Stations in Spread Spectrum Systems," enables remotely updating mobile station software or settings. *See* Telecommunications Industry Association, "Over-the-Air Service Provisioning of Mobile Stations in Spread Spectrum Systems," TIA-683-E-1[E] (May 2012) (Exhibit 6). The standard makes no reference to any other sub-part of the mobile station, such as a modem chip. By contrast, the specification recites that the "mobile station shall…" perform various functions 1,162 times. For example, Section 2.2.3, titled "Mobile Station Procedures," defines messaging requirements in terms of the mobile station, as shown below:

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

11

Tiedemann Declaration ISO Opposition to
Motion for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

4     2.2.3 Mobile Station Procedures

5     *OTASP Data Messages* are sent and received on analog voice channels only when the
6     mobile station is in the Conversation Task (see 2.6.4.4 of [1]). The mobile station shall
7     transmit *OTASP Transport Messages* in accordance with the procedures in 2.7.2 of [1].
8     Mobile stations implementing the Over-the-Air Service Provisioning feature shall comply
9     with the following requirements in addition to those of 2.6.4.4 of [1].

10     2.2.3.1 *OTASP Transport Message* Acknowledgment and Re-transmission

11     When the mobile station sends an *OTASP Transport Message*, it starts the OTASP
12     acknowledgment timer. The timer is disabled when an *OTASP Transport Confirmation*
13     *Message* is received.

14     After sending an *OTASP Transport Message*, the mobile station shall not send a new *OTASP*
15     *Transport Message* until it has received an *OTASP Transport Confirmation Message*
16     acknowledging the message that has been sent.

17     If the OTASP acknowledgment timer expires and the *OTASP Transport Message* has been
18     sent fewer than three times, the mobile station shall resend the *OTASP Transport Message*
19     and reset the OTASP acknowledgment timer to two seconds. If the OTASP acknowledgment
20     timer expires and the *OTASP Transport Message* has been sent three times, the mobile
21     station shall enter the Release Task (see 2.6.4.5 of [1]).

*Id.* at 2-18.

      29.     TIA/EIA/IS-707-A (Exhibit 7), titled "Data Service Options for Wideband Spread Spectrum Systems," introduces the network model in TIA/EIA/IS-707-A.1 that defines the primary components of the CDMA system described in the IS-707 standards:

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

12

Tiedemann Declaration ISO Opposition to
Motion for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

1

2    ## 2   NETWORK REFERENCE MODEL

3    ### 2.1   Simplified Network Reference Model

     The simplified network reference model shown in Figure 2.1-1 applies to all CDMA data
4    services described herein.  See the TR-45 Wireless Network Reference Model for a more
     complete model.
5

6

7    

8

9

10

11                           **Key**

12

13

14

15   **Figure 2.1-1.  Simplified Network Reference Model for CDMA Data Services**

16

17   In general, an MS may be implemented as an MT0 or MT2/TE2 pair.  Where this standard
     differs for the two implementations, the standard uses the terms MT0 and MT2.
18   Otherwise, the standard refers to either an MS or a mobile station.

19   Telecommunications Industry Association, "Data Service Options for Wideband Spread

20   Spectrum Systems," TIA/EIA/IS-707-A.1 at 2-1 (April 1999) (Exhibit 7).  The standard also

21   states that:

22

23   **Mobile Termination 0 (MT0).**  A self-contained data capable mobile termination that does
     not support an external interface.
24   **Mobile Termination 2 (MT2).**  A mobile termination that provides a non-ISDN ($R_m$) user
     interface (e.g., CCITT V series or CCITT X series).
25   **Terminal Equipment 2 (TE2).**  A data terminal that provides a non-ISDN ($R_m$) user-
     network interface (e.g., CCITT V series or CCITT X series).
26

27   *Id.* at 1-3.

28       30.   Although the mobile station ("MS") is illustrated as containing MT0 and MT2, this

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

13

Tiedemann Declaration ISO Opposition to
Motion for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

is not intended to convey that the mobile station comprises two separate devices. Rather, a MT0 is a device such as a handset which has a keyboard and display. In the parlance of the standard, a MT2 is a mobile communications device which has an interface (Rm) to an external keyboard and display. The Rm interface is described in TIA/EIA/IS-707-A.3 as EIA/TIA-232-E, perhaps better known as RS-232, and using the standard AT command set.

31.    TIA/EIA/IS-707-A.1 (Exhibit 7) also provides a written description of each network element:

### 2.2    Network Entities

The only network entity that is by definition a physical device is the MS. Each of the others may be a physical device, it may form part of a physical device, or it may be distributed over a number of physical devices.

| | |
|---|---|
| **BS/MSC** | The base station and mobile switching center considered as a single functional entity. See base station and mobile switching center. |
| **Interworking Function (IWF)** | An interworking function provides information conversion for one or more network entities. It may have an interface to a single network entity, providing services to that entity, or it may have interfaces to each of two network entities that interface to each other, providing services to both. |
| **Mobile Station (MS)** | A wireless terminal used by subscribers to access network services over a radio interface. MSs include portable units (e.g., hand-helds), units installed in vehicles, and somewhat paradoxically, fixed location MSs. The MS is the interface equipment used to terminate the radio path at the subscriber. |
| **Mobile Switching Center (MSC)** | The MSC switches MS originated or MS terminated traffic. An MSC is usually connected to at least one BS. It may connect to the other public networks (PSTN, ISDN, etc.), other MSCs in the same network, or MSCs in different networks. |

*Id*. at 2-1 and 2-2.

32.    Notably, the standard provides that the "only network entity that is by definition a physical device is the MS. Each of the others may be a physical device, it may form part of a physical device, or it may be distributed over a number of physical devices." *Id*. at 2-1. That is, the standard points to a mobile station as the physical device in the network, showing how CDMA

Tiedemann Declaration ISO Opposition to
Motion for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

Cellular Standards are built around end-users' physical mobile stations. Nowhere in TIA/EIA/IS 707 does the standard mention a chip. During standards development, there was no effort to further partition the end-user's mobile station. Indeed, equipment manufacturers were resistant to further partitioning, as they wanted to maintain their own design flexibility.

33.     TIA/EIA-41-D (Exhibit 8), titled "Cellular Radiotelecommunications Intersystem Operations," also consistently defines the mobile station as the fundamental network element for defining standardized functionality for the end-user. *See* Telecommunications Industry Association, "Cellular Radiotelecommunications Intersystem Operations," TIA/EIA-41-D (December 1997) (Exhibit 8). For example, Chapter 5 defines the Network Reference Model, tying all system network nodes to the mobile station being serviced:

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Tiedemann Declaration ISO Opposition to
Motion for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC



## 5    NETWORK REFERENCE MODEL

Figure 2 presents the functional entities and the associated interface reference points that may logically comprise a cellular network. The model, as defined herein, is intended to provide a level of abstraction that may facilitate the specification of messages and protocols within *TIA/EIA-41*. As such, implementations may vary with respect to how the functional entities are distributed among various physical units. In cases where functional entities are combined in the same physical equipment the interface reference points become internal, and need not adhere to interface standards.

**Figure 2    Network Reference Model**

Note:

| | |
|---|---|
| AC | Authentication Center |
| BS | Base Station |
| EIR | Equipment Identity Register |
| HLR | Home Location Register |
| ISDN | Integrated Services Digital Network |
| MC | Message Center |
| MS | Mobile Station |
| MSC | Mobile Switching Center |
| PSTN | Public Switched Telephone Network |
| SME | Short Message Entity |
| VLR | Visitor Location Register |

*Id.* at 1-24.

34.    Accordingly, the call flow diagrams of TIA/EIA-41-D (Exhibit 8) define information flows in relation to the mobile station being serviced by these various network nodes, as shown below in Figure 7.  The standard contains no concept of communications to any subcomponent within the mobile station, but rather designs communications to and from the mobile station.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Tiedemann Declaration ISO Opposition to
Motion for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC



### 4.2.1 Successful AuthenticationDirectiveForward

This scenario describes the successful use of the AuthenticationDirectiveForward operation.

Figure 7          Successful AuthenticationDirectiveForward

*Id*. at 3-17.

## III.    3GPP2 Mobile Station Performance and Conformance Testing

35.    CDMA Cellular Standards include performance and conformance testing standards for mobile stations which are used to verify that mobile stations comply with the standard and perform adequately for smooth interoperation in cellular systems.  This is testing interoperation with base stations and operating in a manner that does not materially impact the operation and performance of the network.  The performance testing standards are at the device level (e.g., the entire handset), and specify a minimum level of performance, and provide test configurations and procedures to verify the performance.  TIA-98-H-1[E] (Exhibit 9), titled "Recommended Minimum Performance Standards for cdma2000 Spread Spectrum Mobile Stations" is the latest version of the mobile station performance standards for IS-95 and cdma2000 1x.  *See* Telecommunications

Industry Association, "Recommended Minimum Performance Standards for cdma2000 Spread Spectrum Mobile Stations," TIA-98-H-1[E] (April 2014) (Exhibit 9). TIA-866-D-1[E] (Exhibit 10) is the latest version of the access terminal performance standard corresponding to TIA-856. *See* Telecommunications Industry Association, "Recommended Minimum Performance Standards for cdma2000 High Rate Packet Data Access Terminal," TIA-866-D-1[E] (April 2014) (Exhibit 10). Similarly, the conformance testing standards are also at a device level and verify that an individual mobile station properly implements the various protocols for communication with a base station. *Id.* TIA-1035-B (Exhibit 11), titled "Signaling Conformance Test Specification for cdma2000 Spread Spectrum Systems" is the latest version of the mobile station conformance standards for IS-95 and cdma2000 1x. *See* Telecommunications Industry Association, "Signaling Conformance Test Specification for cdma2000 Spread Spectrum Systems," TIA-1035-B (August 2014) (Exhibit 11). TIA-919-B (Exhibit 12), titled "Signaling Conformance Specification for High Rate Packet Data Air Interface" is the latest version of the access terminal conformance standard corresponding to TIA-856. *See* Telecommunications Industry Association, "Signaling Conformance Specification for High Rate Packet Data Air Interface," TIA/EIA-919-B (September 2011) (Exhibit 12). There are additional standards which test other aspects of the CDMA Cellular Standards such as SMS, position location, and data services.

36. The performance and conformance testing specifications form the basis for the formal CCF (CDMA Certification Forum) certification program, now part of the GCF (Global Certification Forum).

37. None of the performance and conformance standards-based procedures deal with modem chips, and there are no 3GPP2 specifications for conformance testing requirements of modem chips. During the development of the CDMA standards, mobile station vendors were very opposed to having any special interfaces in the mobile station for testing. As a result, no interfaces beyond that to a UIM and to a TE, which were previously mentioned, were ever defined. A standard for loopback, TIA-126-E (Exhibit 13), titled "Loopback Service Options (LSO) for cdma2000 Spread Spectrum Systems" was developed to facilitate such testing. *See* Telecommunications Industry Association, "Loopback Service Options (LSO) for cdma2000 Spread Spectrum

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

18

Tiedemann Declaration ISO Opposition to
Motion for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

Systems," TIA-126-E (December 2011) (Exhibit 13).

38.　For completeness, I note that the CDMA Cellular Standards do recognize that the antenna may be a separable element of the mobile station.　Nevertheless, the performance requirements include the antenna, such as parameters from transmit power given in terms of ERP (Effective Radiated Power) or EIRP (Effective Isotropic Radiated Power)—which is as if the antenna is present.　The "separable antenna" allows direct input of RF signals into the mobile station (MS) and measurement of the transmitter using a test base station—rather than having to do the testing in an anechoic chamber or in the field.

39.　The goal of performance testing is to ensure a minimum level of system performance.　Performance testing is specified in terms of mobile station performance as a whole, as opposed to the performance of its components.

40.　Most of 3GPP2's detailed performance and conformance testing specifications were developed by Working Group 4 of TSG-C.　None of these conformance tests are specific to a modem chip; instead, the tests focus on complete mobile stations or for the case of a specialized aspect such as position location, the specific mobile station functionality related to position location.　Figure 6.12.1-1 illustrates the testing setup for GPS-based position location testing from TIA-916-A, titled "Recommended Minimum Performance Standard for Mobile Stations with Position Service," where a GPS simulator has been added to send GPS satellite navigation signals as well as the infrastructure PDE (Postion Determining Element) simulator, which calculate the mobile station location.　*See* Telecommunications Industry Association, "Recommended Minimum Performance Standard for Mobile Stations with Position Service," TIA-916-A (February 2012) (Exhibit 14).　Again, all testing is relative to the mobile station.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Figure 6.12.1-1 Functional Set-up for GPS Tests

*Id.* at 6-21.

41.     The Test Specification for cdma2000, TIA-1035-B (Exhibit 11), titled "3GPP2 Signaling Conformance Test Specification for cdma2000 Spread Spectrum Systems," makes no reference to a modem chip.  TIA-1035-B (Exhibit 11).  Instead, it refers to a complete cellular handset: "'mobile station' refers to a subscriber terminal, handset, PDA, wireless local loop unit, or any other CDMA subscriber terminal that communicates with the base station at the air interface." TIA-1035-B at xv.  The Test Specification for cdma2000 describes the testing objective as follows: "The objective of these tests is to demonstrate mobile station or base station compliance to over-the-air messaging and protocol requirements in the cdma2000 family of standards indicated in the Traceability sections of each test case."  *Id*.  Examples of compliance tests that a modem chip, by itself, could not practice include the following:

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

a. "Power on the mobile station" and "Verify that the mobile station does not indicate CDMA service is available." *Id.* ¶ 1.2.1.4.

b. "Make a mobile station-originated Call, and verify that the mobile station uses the access parameters specified in Table 1.3.1.2.4-2." *Id.* ¶ 1.3.1.2.4.

c. "Verify that the mobile station indicates called party busy, e.g. the mobile station plays the busy tone in the earpiece." *Id.* ¶ 2.3.1.4.

42.     Annex A of TIA-1035-B (Exhibit 11) shows test configurations for the mobile station, all of which show a complete mobile station, without any splitting of the mobile station into components.

43.     TIA-98-H-1[E] (Exhibit 9), titled "Recommended Minimum Performance Standards for cdma2000 Spread Spectrum Mobile Stations" also illustrates that TIA-standards compliance is determined in relation to the complete device.  For example, the functional block diagrams for test set-up are configured to simulate and measure compliance between a base station and a "Mobile Station Under Test," as shown below in Figure 6.5.1-1.

**6.5   Functional System Set-ups**

6.5.1   Functional Block Diagrams

Figure 6.5.1-1 through Figure 6.5.1-5 show the functional block diagrams of the set-up for different tests:



**Figure 6.5.1-1. Functional Set-up for Traffic Channel Tests in Fading Channel**

*Id.* at 6-19.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Tiedemann Declaration ISO Opposition to
Motion for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

44. TIA-820-D-2[E] (Exhibit 15), titled "Removable User Identity Module for Spread Spectrum Systems," defines functionality for the SIM card within a mobile station. *See* Telecommunications Industry Association, "Removable User Identity Module for Spread Spectrum Systems," TIA-820-D-2[E] (January 2014) (Exhibit 15). This specification illustrates that the TIA standards are capable of partitioning a mobile station when desired; however, the complete mobile station remains the primary functional end-user element defined by the TIA cellular standards. While this figure differentiates the UIM from the Mobile Equipment ("ME") within the MS, the nomenclature merely differentiates the UIM from everything else in the MS (collectively referred to as the ME). There is no such partitioning for modem chips within mobile stations.



Figure 2. Base Station Challenge Function

*Id*. at 4-4.

45. The exhibits I have cited and enclosed with this declaration are true and correct copies of the TIA standards discussed herein. The 3GPP2 versions of these documents are also available for download from the respective 3GPP2 webpages.

46. Thus, for at least the reasons identified in Paragraph 16 above and as detailed in the examples from the CDMA Cellular Standards in subsequent paragraphs, it is incorrect to state that the 3GPP2 or TIA cellular communication standards are practiced by a modem chip. The 3GPP2 and TIA standards define the mobile station and its interconnectivity with the cellular network, and do not define features or functionalities on further subdivisions of the mobile station, such as

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

22

Tiedemann Declaration ISO Opposition to
Motion for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

1    specific components like modem chips.

2         I declare under penalty of perjury under the laws of the United States of America that the

3    foregoing is true and correct.

4

5         Executed on this 24th day of September, 2018 in Boxborough, Massachusetts.

6

7                                                    Dr. Edward G. Tiedemann, Jr.

8

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

23

Tiedemann Declaration ISO Opposition to
Motion for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC