KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest (SBN 84065)
rvannest@keker.com
Eugene M. Paige (SBN 202849)
epaige@keker.com
Justina Sessions (SBN 270914)
jsessions@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein (pro hac vice)
gbornstein@cravath.com
Yonatan Even (pro hac vice)
yeven@cravath.com
825 Eighth Avenue
New York, New York 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

Attorneys for Defendant
QUALCOMM INCORPORATED

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet (pro hac vice)
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Willard K. Tom (pro hac vice)
willard.tom@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

MORGAN, LEWIS & BOCKIUS LLP
Geoffrey T. Holtz (SBN 191370)
gholtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**DECLARATION OF LORENZO CASACCIA IN SUPPORT OF DEFENDANT QUALCOMM INCORPORATED'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT ON QUALCOMM'S STANDARD ESSENTIAL PATENT LICENSING COMMITMENTS**<br><br>Date: October 18, 2018<br>Time: 1:30 p.m.<br>Dept.: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh<br><br><br>Trial Date: January 4, 2019 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Tiedemann Declaration ISO Opposition to
Motion for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

# DECLARATION OF LORENZO CASACCIA

I, Lorenzo Casaccia, hereby declare as follows:

1.      I am currently a Vice President of Engineering of Qualcomm Technologies, Inc.  I have been employed by Qualcomm since the year 2000.  In 2000, I obtained a *laurea* degree in electrical engineering from the Polytechnic University of Turin, and a telecommunications degree from the Eurecom Institute of Sophia Antipolis.  I also hold a *laurea* degree in philosophy and a master's degree in the philosophy of knowledge from the Sapienza University of Rome.

2.      I submit this declaration in support of Qualcomm's Opposition to Motion for Partial Summary Judgment on Qualcomm's Standard Essential Patent Licensing Commitments.

3.      I have been a part of Qualcomm's Standardization and Industry Organization ("QSIO") activities related to 3rd Generation Partnership Project ("3GPP") cellular standards development since 2001.  I have led the QSIO team in 3GPP since approximately 2008-2009.  In these roles, I have been involved in the development of Third Generation (3G), Fourth Generation (4G), and Fifth Generation (5G) cellular standards, including, for example:

- 3G UMTS standards for WCDMA and High Speed Packet Access (HSPA) (including High Speed Downlink Packet Access (HSDPA), High Speed Uplink Packet Access (HSUPA), and Evolved High Speed Packet Access (HSPA+)),
- 4G standards for Long-Term Evolution (LTE) and LTE-Advanced (LTE-A); and
- 5G New Radio (5G-NR).

4.      I currently oversee over 80 engineers responsible for day-to-day standards development and participation within 3GPP in 16 different 3GPP Working Groups.  I have personally attended over one hundred 3GPP meetings, including 35 Radio Access Network ("RAN") Plenary meetings and over 50 Working Group meetings.

## I.    **Summary**

5.      I understand that the FTC argues that modem chips implement the Alliance for Telecommunications Industry Solutions (ATIS) standards for the 3G UMTS, 4G LTE, and 5G wireless standards.  As a technical matter, this is incorrect because the ATIS standards have no notion or definitional unit that corresponds to a cellular modem chip.  Rather, the communications

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

Casaccia Declaration ISO Opposition to Motion
for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

protocols defined by the ATIS standards concern complete end-user devices (referred to as "User Equipment" or "UE") and their interactions with the cellular network and other complete end-user devices. A modem chip standing alone cannot implement the UE-level requirements defined in the ATIS Cellular Standards.

6.     3GPP was initially formed in December 1998 when the European Telecommunications Standards Institute (ETSI) partnered with other standard development organizations (SDOs) from around the world to develop new technologies (or more specifically, technology specifications) for the third generation (3G) of cellular networks. ATIS is the North American Organizational Partner of 3GPP.

7.     ATIS does not independently develop 3G, 4G, or 5G standards (collectively, "3GPP Cellular Standards"). Instead, 3GPP develops technical specifications, which 3GPP's Organizational Partners may then transpose and publish as their own standard. In addition to ATIS, the 3GPP Organizational Partners are: ETSI – the European Telecommunications Standards Institute (Europe); ARIB – Association of Radio Industries and Businesses (Japan); CCSA – China Communications Standards Association (China); TSDSI – Telecommunications Standards Development Society, India (India); TTA – Telecommunications Technology Association (Korea); and TTC – Telecommunications Technology Committee (Japan). When adopting, or transposing, 3GPP specifications within their regions, the Organizational Partner SDOs do not change any of the substantive text of the 3GPP specification. Any modifications are made only to conform to specific local requirements. For this reason, I refer to the 3GPP Cellular Standards and documents in this declaration as they were also adopted by ATIS.

8.     3GPP Cellular Standards have no notion of modem chips, and the 3GPP Cellular Standards do not define a modem chip or how a modem chip should be implemented. In my years of participation in 3GPP activities and supervising others participating in 3GPP, I am not aware of any 3GPP project proposals, 3GPP study items, 3GPP Technical Reports, or 3GPP technical specifications for cellular modem chips. Instead, the 3GPP Cellular Standards and the development efforts underlying these standards address performance, interoperability, and communication protocols between the entities that make-up cellular systems, namely, the Core Network, the Access

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

Casaccia Declaration ISO Opposition to Motion
for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

Network, and the User Equipment ("UE"), which is the device operated by end-users.

9. 3GPP Cellular Standards do not define how a UE is constructed, whether particular functions are implemented in hardware or software, or even the components of a UE. Instead, these standards provide UE manufacturers broad discretion regarding how to construct a UE.

10. More specifically, Cellular Standards do not define a modem chip, and a modem chip standing alone cannot implement the Cellular Standards requirements that are defined at the UE-level for at least the following reasons, each explained in further detail below, with reference to 3GPP Cellular Standards:

      a. First, 3GPP Cellular Standards define interfaces among, and the operation of, domains in the cellular system/network. For example, 3GPP TS 23.101 defines 3G UMTS systems in terms of domains, which are the major subsystems of the cellular system/network. The basic domain split between the "User Equipment Domain" and the "Infrastructure Domain" is shown in Figure 1, below. "User Equipment" refers to complete devices such as cellular handsets, smartphones, tablets, or other end-user devices. "Infrastructure" refers to the network (similar domain splits focused on user equipment are discussed in greater detail below for 4G and 5G).

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

Casaccia Declaration ISO Opposition to Motion
for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC





**Figure 1:UMTS domains and reference points**

Cu   = Reference point between USIM and ME
Iu   = Reference point between Access and Serving Network domains
Uu   = Reference point between User Equipment and Infrastructure domains, UMTS radio interface
[Yu]  = Reference point between Serving and Transit Network domains
[Zu]  = Reference point between Serving and Home Network domains

ATIS, "3rd Generation Partnership Project; Technical Specification Group Services and System Aspects; General Universal Mobile Telecommunications System (UMTS) architecture (Release 14)", ATIS.3GPP.23.101V1400 (March 2017) (Exhibit 1) at 6 ; *see also* 3GPP, "General Universal Mobile Telecommunications System (UMTS) architecture," TS 23.101 v14.0.0, available at http://www.3gpp.org/DynaReport/23-series.htm (last accessed September 11, 2018).

b.  Second, beyond defining the UE as including a SIM card, the UE domain is not further partitioned, and the UE is the functional element used in 3GPP standards descriptions. That is, if the 3GPP Cellular Standards intended to

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

Casaccia Declaration ISO Opposition to Motion
for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

further parse the UE and specify the inclusion or operation of a particular component like a modem chip, it knew how to but did not do so.

c. Third, 3GPP Cellular Standards are voluminous. In the parlance of 3GPP Cellular Standards, a technical description in a specification is mandatory if it uses the word "shall." The 3GPP Cellular Standards include thousands of instances stating that the "UE shall" meet some particular performance or communication requirement. These same standards do not, however, discuss—let alone provide—that a "modem chip" (or some equivalent term) meet any particular performance or communication requirement. This is consistent with the fact that the 3GPP Cellular Standards define the requirements of a fully-network operational device like a UE instead of its components.

d. Fourth, 3GPP Cellular Standards define and provide for testing to determine conformance of devices with the standards' requirements. These testing specifications are at the device level (i.e., the entire UE), defining how an individual UE must communicate with and operate in the network. These testing specifications do not call for—let alone provide for—any testing of modem chips.

## II. **3GPP Architectural Domains**

11. 3GPP defines an architecture that provides a common framework for the development of 3GPP Cellular Standards.

*12.* Figure 1 of the "General Universal Mobile Telecommunications System (UMTS) architecture," Exhibit 1 to this declaration, illustrates the architectural framework and identifies the relationships between functional elements for 3G UMTS systems. *Id.*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

Casaccia Declaration ISO Opposition to Motion
for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC



NOTE :  The domains identified in the figure will generally result from an evolution of existing network infrastructures. The core network domain may result from evolutions of existing network infrastructures, e.g., a GSM infrastructure, a N-ISDN infrastructure, a B-ISDN infrastructure or a PDN infrastructure. The evolution of these infrastructures may be performed via the use of IWUs, hidden within the domains shown in the figure.

**Figure 1:UMTS domains and reference points**

| | |
|---|---|
| Cu | = Reference point between USIM and ME |
| Iu | = Reference point between Access and Serving Network domains |
| Uu | = Reference point between User Equipment and Infrastructure domains, UMTS radio interface |
| [Yu] | = Reference point between Serving and Transit Network domains |
| [Zu] | = Reference point between Serving and Home Network domains |

13.     The figure above illustrates the "User Equipment Domain" and the "Infrastructure Domain" as the two primary domains, where the Infrastructure Domain is further broken down into the Access Network Domain and the Core Network Domain.  3GPP Cellular Standards define how equipment operated by end-users in the User Equipment Domain interacts with supporting infrastructure in the Infrastructure Domain.  Generally, "User Equipment" or "UE" refers to devices such as cellular handsets, smartphones, tablets, or other end-user devices.  "Infrastructure" refers to the network.  The Access Network Domain refers to base stations and other equipment that receive wireless signals from User Equipment, while the Core Network Domain refers to the network that transports voice and data, generally over wired connections.  Within the User Equipment Domain, 3GPP standards occasionally describe the "USIM Domain" and the "Mobile Equipment Domain" as sub-elements.  USIM is an acronym for Universal Subscriber Identity

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

Casaccia Declaration ISO Opposition to Motion
for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

Module, also commonly known as a SIM card, while Mobile Equipment refers to everything with the UE besides the USIM.

14.     3GPP Cellular Standards do not dictate the implementation of these individual functional elements, but are instead focused on the protocols for communications across the "reference points" between the functional elements.

15.     Akin to the description of 3G UMTS provided above, the functions of the whole LTE system are based on the elements shown in Figure 4.2.1-1 of TS 23.401, "3rd Generation Partnership Project; Technical Specification Group Services and System Aspects; General Packet Radio Service (GPRS) Enhancements for  Evolved Universal Terrestrial Radio Access Network (E-UTRAN) Access," provided below.  ATIS, "3rd Generation Partnership Project; Technical Specification Group Services and System Aspects; General Packet Radio Service (GPRS) enhancements for Evolved Universal Terrestrial Radio Access Network (E-UTRAN) access (Release 14)," ATIS.3GPP.23.401V1460 (December 2017) (Exhibit 2); *see also* 3GPP, "3rd Generation Partnership Project; Technical Specification Group Services and System Aspects; General Packet Radio Service (GPRS) enhancements for Evolved Universal Terrestrial Radio Access Network (E-UTRAN) access (Release 14)," TS 23.401 v14.6.0, at 19 (December 2017), available at  http://www.3gpp.org/dynareport/TSG-WG--S2.htm?Itemid=445  (last  accessed September 13, 2018).  Figure 4.2.1-1 is the non-roaming LTE architecture and illustrates the framework and relationships between functional elements for 4G LTE systems.


*Id*.  The 4G LTE standards specifications define the interfaces between pairs of these elements, e.g., the relationship and protocols for communications between the UE and E-UTRAN, defined by the LTE-Uu reference point.

16.     While the LTE architecture shows more sub-divisions within the Access Network ("E-UTRAN") and Core Network than were shown above for 3G UMTS, the functional element defined for end-user devices is still the UE.

17.     Reliance on the UE as the primary functional element for end-user device functionality and standards definitions remains true for 5G New Radio (5G-NR) as well, as shown

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

Casaccia Declaration ISO Opposition to Motion
for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

below, where the UE remains the primary architectural element for the end-user.

18. This figure above is from "3rd Generation Partnership Project; Technical Specification Group Services and System Aspects; System Architecture for the 5G System; Stage 2 (Release 15)," attached as Exhibit 3. ATIS, "3rd Generation Partnership Project; Technical Specification Group Services and System Aspects; System Architecture for the 5G System; Stage 2 (Release 15)," ATIS.3GPP.23.501V1520 (June 2018) (Exhibit 3); *see also* 3GPP, "3rd Generation Partnership Project; Technical Specification Group Services and System Aspects; System Architecture for the 5G System; Stage 2 (Release 15)," TS 23.501 v15.2.0, at 20 (June 2018), available at http://www.3gpp.org/dynareport/TSG-WG--S2.htm?Itemid=445 (last accessed September 13, 2018).

19. As is shown by each of the figures above for 3G, 4G LTE, and 5G-NR, 3GPP Cellular Standards subdivide system elements when required to define standardized functionality. Nowhere, however, is a modem chip defined as a functional sub-element of the UE in 3GPP Cellular Standards.

20. Another example of the 3GPP Cellular Standards' system architecture defining the UE as the primary functional element for end-users is in 3GPP's System Architecture Working Group's ("SA2") specifications regarding back-up telephone support when LTE services are not available. Here, 2G, 3G, and 4G systems are shown where a UE may "fall-back" on legacy networks when LTE connectivity is not available.



ATIS, "3rd Generation Partnership Project; Technical Specification Group Services and System

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Aspects; Circuit Switched (CS) fallback in Evolved Packet System (EPS); Stage 2 (Release 14)," ATIS.3GPP.23.272V1420 (December 2017) (Exhibit 4); *see also* 3GPP, "3rd Generation Partnership Project; Technical Specification Group Services and System Aspects; Circuit Switched (CS) fallback in Evolved Packet System (EPS); Stage 2 (Release 14)," TS 23.272, v14.2.0, at 11 (December 2017), available at http://www.3gpp.org/dynareport/TSG-WG--S2.htm?Itemid=445 (last accessed September 13, 2018). This illustrates that the UE has been the universal functional element for cellular system design across multiple generations of cellular standards. Again, nothing in this architecture mentions the modem chip.

### III. 3GPP Cellular Standard Requirements Specify that the "UE Shall"

21.     Consistent with SA2's architectural definition, 3GPP working groups that develop technical specifications set forth functional and performance requirements for these same functional domains, including thousands of "UE shall" requirements instead of the "modem chip shall" or the like.

22.     For example, TS 25.331 defines the WCDMA Radio Resource Control (RRC) protocol and relevant behaviors for communication between the mobile device (UE) and the UMTS base stations (Universal Terrestrial Radio Access Network) (NodeB). ATIS, "3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Radio Resource Control (RRC); Protocol specification (Release 14)," ATIS.3GPP.25.331V1450 (December 2017) (Exhibit 5); *see also* 3GPP, "3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Radio Resource Control (RRC); Protocol specification (Release 14)," TS 25.331 v14.5.0, at 146 (December 2017), available at http://www.3gpp.org/DynaReport/25-series.htm. The RRC provides various functions for establishing and maintaining connections between the UE and the NodeB/UTRAN. In this 3GPP specification, the specification states over 1,500 times the "UE shall" meet some particular requirement. *See id*. Noticeably, it never once states that the "modem chip shall" meet any particular requirement. *See id*. This is because these specifications are intended to define—and are necessarily written from—the perspective of a complete end-user device. *See id*.

23.     TS 36.331 defines the LTE Radio Resource Control (RRC) protocol and relevant

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

Casaccia Declaration ISO Opposition to Motion
for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

behaviors for communication between the mobile device (UE) and the LTE base station (Evolved Radio Access Network) (eNodeB). ATIS, "3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Evolved Universal Terrestrial Radio Access (E-UTRA); Radio Resource Control (RRC); Protocol specification (Release 14)," ATIS.3GPP.36.331V1451 (January 2018) (Exhibit 6); *see also* 3GPP, "3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Evolved Universal Terrestrial Radio Access (E-UTRA); Radio Resource Control (RRC); Protocol specification (Release 14)," TS 36.331 v14.5.1, at 62-63 (January 2018), available at http://www.3gpp.org/DynaReport/36-series.htm. The RRC provides various functions for establishing and maintaining connections between the UE and the eNodeB. *See id.* Over 350 times, this specification expressly sets forth "UE shall" requirements, while not including any "modem chip shall" requirements. *See id.* This is because the requirements of these specifications are intended to define—and are necessarily written from the perspective of—a complete end user device. *See id.*

24. TS 24.301 defines the LTE non-access stratum (NAS) functional layer, which is used to manage the establishment of communication sessions and for maintaining continuous communications with mobile user equipment. ATIS, "3rd Generation Partnership Project; Technical Specification Group Core Network and Terminals; Non-Access Stratum (NAS) protocol for Evolved Packet System (EPS); Stage 3 (Release 14)," ATIS.3GPP.24.301V1460 (December 2017) (Exhibit 7); *see also* 3GPP, "3rd Generation Partnership Project; Technical Specification Group Core Network and Terminals; Non-Access-Stratum (NAS) protocol for Evolved Packet System (EPS); Stage 3 (Release 9)," TS 24.301 v14.6.0 (December 2017), available at http://www.3gpp.org/DynaReport/24-series.htm. Over 1,250 times, this specification expressly sets forth "UE shall" requirements, while not including any "modem chip shall" requirements. *See id.* Again, a modem chip by itself could not meet the requirements of these specifications directed towards UE behavior. *See id.*

25. The following excerpts show a few examples of how the 3GPP standards specifications actually define the UE behavior, as opposed to cellular chip behavior.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10

Casaccia Declaration ISO Opposition to Motion
for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

26. For example, TS 25.331 (Exhibit 5) defines initial connection setup with a network. The excerpt below shows transfer procedures defined in relation to the UE, not a modem chip.

## 8.1.8 Initial Direct transfer



Figure 8.1.8-1: Initial Direct transfer in the uplink, normal flow

### 8.1.8.1 General

The initial direct transfer procedure is used in the uplink to establish a signalling connection. It is also used to carry an initial upper layer (NAS) message over the radio interface.

### 8.1.8.2 Initiation of Initial direct transfer procedure in the UE

In the UE, the initial direct transfer procedure shall be initiated, when the upper layers request establishment of a signalling connection. This request also includes a request for the transfer of a NAS message.

Upon initiation of the initial direct transfer procedure the UE shall:

   1> set the variable ESTABLISHMENT_CAUSE to the cause for establishment indicated by upper layers.

Upon initiation of the initial direct transfer procedure when the UE is in idle mode, the UE shall:

   1> if the variable BCCH_MODIFICATION_ACCESS_PROHIBITION is set to FALSE; or

   1> if the establishment of a signalling connection is requested for CS domain; or

   1> if the variable ESTABLISHMENT_CAUSE is set to "Emergency Call":

      2> perform an RRC connection establishment procedure, according to subclause 8.1.3.

*Id*. at 146. As illustrated and defined, the required communications are between the UE and network, and not to any components within the UE.

27. TS 24.301 (Exhibit 7) defines UE behavior during security procedures to authenticate a UE. Notably, this document concerns the USIM functional element mentioned previously, but makes no mention of a modem chip or other components within the UE. As shown in the excerpt below, all functionality is defined in relation to the UE and USIM functional elements.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

11

Casaccia Declaration ISO Opposition to Motion
for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

## 5.4.2 Authentication procedure

### 5.4.2.1 General

The purpose of the EPS authentication and key agreement (AKA) procedure is to provide mutual authentication between the user and the network and to agree on a key $K_{ASME}$ (see 3GPP TS 33.401 [19]). The cases when the EPS AKA procedure should be used are defined in 3GPP TS 33.401 [19].

The EPS AKA procedure is always initiated and controlled by the network. However, the UE can reject the EPS authentication challenge sent by the network.

The UE shall proceed with an EPS authentication challenge only if a USIM is present.

A partial native EPS security context is established in the UE and the network when an EPS authentication is successfully performed. During a successful EPS authentication procedure, the CK and IK are computed by the USIM. CK and IK are then used by the ME as key material to compute a new key, $K_{ASME}$. $K_{ASME}$ is stored in the EPS security contexts (see 3GPP TS 33.401 [19]) of both the network and in the volatile memory of the ME while attached to the network, and is the root for the EPS integrity protection and ciphering key hierarchy.

### 5.4.2.2 Authentication initiation by the network

When a NAS signalling connection exists, the network can initiate an authentication procedure at any time. For restrictions applicable after handover or inter-system handover to S1 mode see subclause 5.5.3.2.3.

The network initiates the authentication procedure by sending an AUTHENTICATION REQUEST message to the UE and starting the timer T3460 (see example in figure 5.4.2.2.1). The AUTHENTICATION REQUEST message contains the parameters necessary to calculate the authentication response (see 3GPP TS 33.401 [19]).



**Figure 5.4.2.2.1: Authentication procedure**

5.4.2.3    Authentication response by the UE

The UE shall respond to an AUTHENTICATION REQUEST message. With the exception of the cases described in subclause 5.4.2.6, the UE shall process the authentication challenge data and respond with an AUTHENTICATION RESPONSE message to the network.

Upon a successful EPS authentication challenge, the UE shall determine the PLMN identity to be used for the calculation of the new $K_{ASME}$ from the authentication challenge data according to the following rules:

a)  When the UE moves from EMM-IDLE mode to EMM-CONNECTED mode, until the first handover, the UE shall use the PLMN identity of the selected PLMN; and

b)  After handover or inter-system handover to S1-mode,

-   if the target cell is not a shared network cell, the UE shall use the PLMN identity received as part of the broadcast system information;

-   if the target cell is a shared network cell and the UE has a valid GUTI, the UE shall use the PLMN identity that is part of the GUTI; and

-   if the target cell is a shared network cell and the UE has a valid P-TMSI and RAI, but not a valid GUTI, the UE shall use the PLMN identity that is part of the RAI.

ATIS.3GPP.24.301V1460 (Exhibit 7) at 87-88; *see also* 3GPP TS 24.301 at 57-58.

28.    TS 36.331 (Exhibit 6) defines UE behavior during paging procedures to establish or maintain a communication link between a UE and a base station.  As shown again in the excerpt below, all functionality is defined in relation to the UE, not a modem chip.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

13

Casaccia Declaration ISO Opposition to Motion
for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

### 5.3.2    Paging

#### 5.3.2.1    General



**Figure 5.3.2.1-1: Paging**

The purpose of this procedure is:

- to transmit paging information to a UE in RRC_IDLE and/ or;

- to inform UEs in RRC_IDLE, and UEs in RRC_CONNECTED other than NB-IoT UEs, BL UEs and UEs in CE, about a system information change and/ or;

- to inform UEs in RRC_IDLE other than NB-IoT UEs, and UEs in RRC_CONNECTED other than NB-IoT UEs, BL UEs and UEs in CE, about an ETWS primary notification and/ or ETWS secondary notification and/ or;

- to inform UEs in RRC_IDLE other than NB-IoT UEs, and UEs in RRC_CONNECTED other than NB-IoT UEs, BL UEs and UEs in CE, about a CMAS notification and/ or;

- to inform UEs other than NB-IoT UEs in RRC_IDLE about an EAB parameters modification and/ or;

- to inform UEs other than NB-IoT UEs in RRC_IDLE to perform E-UTRAN inter-frequency redistribution procedure.

The paging information is provided to upper layers, which in response may initiate RRC connection establishment, e.g. to receive an incoming call.

#### 5.3.2.2    Initiation

E-UTRAN initiates the paging procedure by transmitting the *Paging* message at the UE's paging occasion as specified in TS 36.304 [4]. E-UTRAN may address multiple UEs within a *Paging* message by including one *PagingRecord* for each UE. E-UTRAN may also indicate a change of system information, and/ or provide an ETWS notification or a CMAS notification in the *Paging* message.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

14

Casaccia Declaration ISO Opposition to Motion
for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

### 5.3.2.3 Reception of the *Paging* message by the UE

Upon receiving the *Paging* message, the UE shall:

1> if in RRC_IDLE, for each of the *PagingRecord*, if any, included in the *Paging* message:

2> if the *ue-Identity* included in the *PagingRecord* matches one of the UE identities allocated by upper layers:

3> forward the *ue-Identity* and, except for NB-IoT, the *cn-Domain* to the upper layers;

1> if the UE is not configured with a DRX cycle longer than the modification period and the *systemInfoModification* is included; or

1> if the UE is configured with a DRX cycle longer than the modification period and the *systemInfoModification-eDRX* is included:

2> re-acquire the required system information using the system information acquisition procedure as specified in 5.2.2.

1> if the *etws-Indication* is included and the UE is ETWS capable:

2> re-acquire *SystemInformationBlockType1* immediately, i.e., without waiting until the next system information modification period boundary;

2> if the *schedulingInfoList* indicates that *SystemInformationBlockType10* is present:

3> acquire *SystemInformationBlockType10*;

NOTE: If the UE is in CE, it is up to UE implementation when to start acquiring *SystemInformationBlockType10*.

2> if the *schedulingInfoList* indicates that *SystemInformationBlockType11* is present:

3> acquire *SystemInformationBlockType11*;

1> if the *cmas-Indication* is included and the UE is CMAS capable:

2> re-acquire *SystemInformationBlockType1* immediately, i.e., without waiting until the next system information modification period boundary as specified in 5.2.1.5;

2> if the *schedulingInfoList* indicates that *SystemInformationBlockType12* is present:

3> acquire *SystemInformationBlockType12*;

1> if in RRC_IDLE, the *eab-ParamModification* is included and the UE is EAB capable:

2> consider previously stored SystemInformationBlockType14 as invalid;

2> re-acquire *SystemInformationBlockType1* immediately, i.e., without waiting until the next system information modification period boundary as specified in 5.2.1.6;

2> re-acquire *SystemInformationBlockType14* using the system information acquisition procedure as specified in 5.2.2.4;

1> if in RRC_IDLE, the *redistributionIndication* is included and the UE is redistribution capable:

2> Perform E-UTRAN inter-frequency redistribution procedure as specified in TS 36.304 (5.2.4.10, [4]);

*Id.* at 62-63. As illustrated and defined, the required communications are between the UE and the network, and not to any components within the UE.

## IV.    **3GPP UE Performance and Conformance Testing**

29.    3GPP Cellular Standards specify performance and conformance testing of UEs to certify that UEs comply with the standards in order to facilitate smooth interoperation in cellular systems. This includes interoperation with infrastructure equipment and operation in a manner that

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

15

Casaccia Declaration ISO Opposition to Motion
for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

does not materially impact the operation and performance of other UEs. These testing specifications are at the device level (i.e., the entire handset), spelling out the way that an individual UE communicates with the network. Such standards-based procedures never deal with modem chips, and there are no 3GPP standards for performance or conformance testing requirements of modem chips.

30.     After performance and functional objectives are set, substantial systems engineering efforts are required to develop standardized technical specifications meeting objectives that define the entire system. The technical specifications define the interfaces among the entities in the system (e.g., the air interface between the base station and UE), and specify how each UE must operate within the system to enable the system as a whole to meet these objectives that allow many users to simultaneously enjoy the benefits of the wireless technology.

31.     The goal of conformance testing is to ensure a minimum level of system performance, and this is specified in terms of UE performance as a whole as opposed to the performance of its components. For the UE, conformance testing is categorized into three distinct areas: (1) Radio Frequency, (2) Radio Resource Management, and (3) Signaling – each of which is testing performed on a device level rather than a component (e.g., modem chip) level.

32.     More specifically, 3GPP's Radio Access Network Working Group 5 ("RAN 5") has developed the following detailed conformance tests.[1] None of these conformance tests are specific to a modem chip but instead focus on complete UEs. Indeed, a modem chip could not, by itself, meet any of these conformance tests.

---

[1] This table is excerpted from 3GPP, "3GPP Specifications for group: R5 (showing rapporteur)," available at http://www.3gpp.org/DynaReport/TSG-WG--R5.htm?Itemid=425 (last accessed September 13, 2018).

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

16

Casaccia Declaration ISO Opposition to Motion
for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

| TS 11.10 | Mobile Station Conformity Specification |
|---|---|
| TS 11.10-1 | Mobile station (MS) conformance specification; Part 1: Conformance specification |
| TS 11.10-2 | Mobile station (MS) conformance specification; Part 2: Protocol Implementation Conformance Statement (PICS) proforma specification |
| TS 11.10-3 | Mobile Station (MS) conformance specification; Part 3: Layer3 (L3) Abstract Test Suite (ATS) |
| TS 11.10dcs | Mobile Station Conformity Specification (DCS 1800) |
| TS 11.40 | GSM System Simulator specification |
| TS 11.40dcs | DCS 1800 System Simulator conformity specification |
| TS 34.108 | Common test environments for User Equipment (UE); Conformance testing |
| TS 34.114 | User Equipment (UE) / Mobile Station (MS) Over The Air (OTA) antenna performance; Conformance testing |
| TS 34.121 | Terminal conformance specification, Radio transmission and reception (FDD) |
| TS 34.121-1 | User Equipment (UE) conformance specification; Radio transmission and reception (FDD); Part 1: Conformance specification |
| TS 34.121-2 | User Equipment (UE) conformance specification; Radio transmission and reception (FDD); Part 2: Implementation Conformance Statement (ICS) |
| TS 34.122 | Terminal conformance specification; Radio transmission and reception (TDD) |
| TS 34.123-1 | User Equipment (UE) conformance specification; Part 1: Protocol conformance specification |
| TS 34.123-2 | User Equipment (UE) conformance specification; Part 2: Implementation conformance statement (ICS) proforma specification |
| TS 34.123-3 | User Equipment (UE) conformance specification; Part 3: Abstract test suite (ATS) |
| TS 34.171 | Terminal conformance specification; Assisted Global Positioning System (A-GPS); Frequency Division Duplex (FDD) |
| TS 34.172 | Terminal conformance specification; Assisted Global Navigation Satellite Systems (A-GNSS); Frequency Division Duplex (FDD) |
| TS 34.229-1 | Internet Protocol (IP) multimedia call control protocol based on Session Initiation Protocol (SIP) and Session Description Protocol (SDP); User Equipment (UE) conformance specification; Part 1: Protocol conformance specification |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| TS 34.229-2 | Internet Protocol (IP) multimedia call control protocol based on Session Initiation Protocol (SIP) and Session Description Protocol (SDP); User Equipment (UE) conformance specification; Part 2: Implementation Conformance Statement (ICS) specification |
|---|---|
| TS 34.229-3 | Internet Protocol (IP) multimedia call control protocol based on Session Initiation Protocol (SIP) and Session Description Protocol (SDP); User Equipment (UE) conformance specification; Part 3: Abstract test suite (ATS) |
| TS 34.229-4 | Internet Protocol (IP) multimedia call control protocol based on Session Initiation Protocol (SIP) and Session Description Protocol (SDP); User Equipment (UE) conformance specification; Part 4: Enabler for IP multimedia applications testing |
| TR 34.901 | Test Time Optimisation based on statistical approaches; Statistical theory applied and evaluation of statistical significance |
| TR 34.902 | Derivation of test tolerances for multi-cell Radio Resource Management (RRM) conformance tests |
| TR 34.943 | Analysis of difference between FDD and 1.28 Mcps TDD and corresponding effect on terminal conformance test in radio access stratum protocol aspects |
| TS 36.508 | Evolved Universal Terrestrial Radio Access (E-UTRA) and Evolved Packet Core (EPC); Common test environments for User Equipment (UE) conformance testing |
| TS 36.509 | Evolved Universal Terrestrial Radio Access (E-UTRA) and Evolved Packet Core (EPC); Special conformance testing functions for User Equipment (UE) |
| TS 36.521-1 | Evolved Universal Terrestrial Radio Access (E-UTRA); User Equipment (UE) conformance specification; Radio transmission and reception; Part 1: Conformance testing |
| TS 36.521-2 | Evolved Universal Terrestrial Radio Access (E-UTRA); User Equipment (UE) conformance specification; Radio transmission and reception; Part 2: Implementation Conformance Statement (ICS) |
| TS 36.521-3 | Evolved Universal Terrestrial Radio Access (E-UTRA); User Equipment (UE) conformance specification; Radio transmission and reception; Part 3: Radio Resource Management (RRM) conformance testing |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

18

Casaccia Declaration ISO Opposition to Motion
for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

| TS 36.523-1 | Evolved Universal Terrestrial Radio Access (E-UTRA) and Evolved Packet Core (EPC); User Equipment (UE) conformance specification; Part 1: Protocol conformance specification |
|---|---|
| TS 36.523-2 | Evolved Universal Terrestrial Radio Access (E-UTRA) and Evolved Packet Core (EPC); User Equipment (UE) conformance specification; Part 2: Implementation Conformance Statement (ICS) proforma specification |
| TS 36.523-3 | Evolved Universal Terrestrial Radio Access (E-UTRA) and Evolved Packet Core (EPC); User Equipment (UE) conformance specification; Part 3: Test suites |
| TS 36.579-1 | Mission Critical (MC) services over LTE; Part 1: Common test environment |
| TS 36.579-2 | Mission Critical (MC) services over LTE; Part 2: Mission Critical Push To Talk (MCPTT) User Equipment (UE) Protocol conformance specification |
| TS 36.579-3 | Mission Critical (MC) services over LTE; Part 3: Mission Critical Push To Talk (MCPTT) Server Application conformance specification |
| TS 36.579-4 | Mission Critical (MC) services over LTE; Part 4: Test Applicability and Implementation Conformance Statement (ICS) proforma specification |
| TS 36.579-5 | Mission Critical (MC) services over LTE; Part 5: Abstract test suite (ATS) |
| TS 36.579-6 | Mission Critical (MC) services over LTE; Part 6: Mission Critical Video (MCVideo) User Equipment (UE) Protocol conformance specification |
| TS 36.579-7 | Mission Critical (MC) services over LTE; Part 7: Mission Critical Data (MCData) User Equipment (UE) Protocol conformance specification |
| TR 36.903 | Evolved Universal Terrestrial Radio Access (E-UTRA) and Evolved Universal Terrestrial Radio Access Network (E-UTRAN); Derivation of test tolerances for Radio Resource Management (RRM) conformance tests |
| TR 36.904 | Evolved Universal Terrestrial Radio Access (E-UTRA) and Evolved Universal Terrestrial Radio Access Network (E-UTRAN); Derivation of test tolerances for User Equipment (UE) radio reception conformance tests |
| TR 36.905 | Evolved Universal Terrestrial Radio Access (E-UTRA) and Evolved Universal Terrestrial Radio Access Network (E-UTRAN); Derivation of test points for radio transmission and reception conformance test cases |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

19

Casaccia Declaration ISO Opposition to Motion
for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

| TR 36.978 | Evolved Universal Terrestrial Radio Access (E-UTRA) User Equipment (UE) antenna test function definition for two-stage Multiple Input Multiple Output (MIMO) Over The Air (OTA) test method |
|---|---|
| TS 37.544 | Universal Terrestrial Radio Access (UTRA) and Evolved UTRA (E-UTRA); User Equipment (UE) Over The Air (OTA) performance; Conformance testing |
| TS 37.571-1 | Universal Terrestrial Radio Access (UTRA) and Evolved UTRA (E-UTRA) and Evolved Packet Core (EPC); User Equipment (UE) conformance specification for UE positioning; Part 1: Conformance test specification |
| TS 37.571-2 | Universal Terrestrial Radio Access (UTRA) and Evolved UTRA (E-UTRA) and Evolved Packet Core (EPC); User Equipment (UE) conformance specification for UE positioning; Part 2: Protocol conformance |
| TS 37.571-3 | Universal Terrestrial Radio Access (UTRA) and Evolved UTRA (E-UTRA) and Evolved Packet Core (EPC); User Equipment (UE) conformance specification for UE positioning; Part 3: Implementation Conformance Statement (ICS) |
| TS 37.571-4 | Universal Terrestrial Radio Access (UTRA) and Evolved UTRA (E-UTRA) and Evolved Packet Core (EPC); User Equipment (UE) conformance specification for UE positioning; Part 4: Test suites |
| TS 37.571-5 | Universal Terrestrial Radio Access (UTRA) and Evolved UTRA (E-UTRA) and Evolved Packet Core (EPC); User Equipment (UE) conformance specification for UE positioning; Part 5: Test scenarios and assistance data |
| TR 37.901 | User Equipment (UE) application layer data throughput performance |
| TS 38.508-1 | 5GS; User Equipment (UE) conformance specification; Part 1: Common test environment |
| TS 38.508-2 | 5GS; User Equipment (UE) conformance specification; Part 2: Common Implementation Conformance Statement (ICS) proforma |
| TS 38.509 | 5GS; Special conformance testing functions for User Equipment (UE) |
| TS 38.521-1 | NR; User Equipment (UE) conformance specification; Radio transmission and reception; Part 1: Range 1 Standalone |
| TS 38.521-2 | NR; User Equipment (UE) conformance specification; Radio transmission and reception; Part 2: Range 2 Standalone |

| TS 38.521-3 | NR; User Equipment (UE) conformance specification; Radio transmission and reception; Part 3: Range 1 and Range 2 Interworking operation with other radios |
|---|---|
| TS 38.521-4 | NR; User Equipment (UE) conformance specification; Radio transmission and reception; Part 4: Performance |
| TS 38.522 | NR; User Equipment (UE) conformance specification; Applicability of radio transmission, radio reception and radio resource management test cases |
| TS 38.523-1 | 5GS; UE conformance specification; Part 1: Protocol |
| TS 38.523-2 | 5GS; UE conformance specification; Part 2: Applicability of protocol test cases |
| TS 38.523-3 | 5GS; User Equipment (UE) conformance specification; Part 3: Protocol Test Suites |
| TS 38.533 | NR; User Equipment (UE) conformance specification; Radio Resource Management (RRM) |
| TR 38.903 | NR; Derivation of test tolerances and measurement uncertainty for User Equipment (UE) conformance test cases |
| TR 38.905 | NR; Derivation of test points for radio transmission and reception User Equipment (UE) conformance test cases |
| TS 51.010-1 | Mobile Station (MS) conformance specification; Part 1: Conformance specification |
| TS 51.010-2 | Mobile Station (MS) conformance specification; Part 2: Protocol Implementation Conformance Statement (PICS) proforma specification |
| TS 51.010-3 | Mobile Station (MS) conformance specification; Part 3: Layer3 (L3) Abstract Test Suite (ATS) |
| TS 51.010-5 | Mobile Station (MS) conformance specification; Part 5: Inter-Radio-Access-Technology (RAT) (GERAN / UTRAN) interaction Abstract Test Suite (ATS) |
| TS 51.010-7 | Mobile Station (MS) conformance specification; Part 7: Location Services (LCS) test scenarios and assistance data |

33. These testing requirements are directed to the operation of complete UEs within a complete cellular system.

34. For example, TS 36.508 defines "Common test environments for User Equipment (UE) conformance testing," which, as illustrated below, specifies the testing of a UE. ATIS, "3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Evolved

1  Universal Terrestrial Radio Access (E-UTRA) and Evolved Packet Core (EPC); Common test

2  environments for User Equipment (UE) conformance testing (Release 14),"

3  ATIS.3GPP.36.508V1440 (December 2017) (Exhibit 8); *see also* 3GPP, "3rd Generation

4  Partnership Project; Technical Specification Group Radio Access Network; Evolved Universal

5  Terrestrial Radio Access (E-UTRA) and Evolved Packet Core (EPC); Common test environments

6  for User Equipment (UE) conformance testing (Release 14)," TS 36.508 v14.4.0, Annex

7  (informative): Connection Diagrams (December 2017), available at

8  http://www.3gpp.org/DynaReport/36-series.htm.  There is no specification for testing a modem

9  chip component.

**Test System** – A combination of devices brought together into a system for the purpose of making one or more measurements on a UE in accordance with the test case requirements. A test system may include one or more System Simulators if additional signalling is required for the test case. The following diagrams are all examples of Test Systems.

NOTE 1:  The above terms are logical definitions to be used to describe the test methods used in the documents TS36.521-1, TS 36.523-1 and TS36.521-3 in practice, real devices called 'System Simulators' may also include additional measurement capabilities or may only support those features required for the test cases they are designed to perform.

NOTE 2:  Components in the connection diagrams:
The components in the connection diagrams represent ideal components. They are intended to display the wanted signal flow. They don't mandate real implementations. An alternative to Figure A3 is shown below as an example: It is nearer to real implementations. The signal levels are the same as in Figure A3. The signal flow cannot be displayed as detailed as in Figure A.3.

18  *Id.*

19      35.  For at least these reasons, it is incorrect to state that the 3GPP or ATIS cellular

20  communication standards are implemented by a modem chip.  The 3GPP and ATIS standards, and

21  their features, define the UE and its interconnectivity with the cellular network, not further

22  subdivisions of the UE such as specific components like modem chips.

23      I declare under penalty of perjury under the laws of the United States of America that the

24  foregoing is true and correct.

26      Executed on this 24th day of September, 2018 in Barcelona, Spain.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

22

Casaccia Declaration ISO Opposition to Motion
for Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

Lorenzo Casaccia

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO