United States District Court
Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12   FEDERAL TRADE COMMISSION,                Case No. 17-CV-00220-LHK

13                    Plaintiff,              **CASE MANAGEMENT ORDER**

14            v.

15   QUALCOMM INCORPORATED,

16                    Defendant.

17

18   Plaintiff's Attorney: Jennifer Milici
     Defendant's Attorneys: Robert Van Nest, Gary Bornstein, Brent Byars

19        A further case management conference was held on October 24, 2018.

20

21        Each side shall be limited to three motions in limine in addition to the two Daubert
     motions/motions to strike that each side has already filed.  Motions in limine and oppositions shall
     be limited to three pages each.  No replies are permitted.

22

23        By November 8, 2018, the parties shall exchange a preliminary list of up to 500 exhibits
     per side.  By November 21, 2018, the parties shall exchange a supplemental list of up to 150
24   additional exhibits per side.  By November 27, 2018, the parties shall exchange a final pretrial list
     of up to 450 exhibits per side.  At trial, the parties shall be limited to 250 joint exhibits total plus
25   150 exhibits per side.

26        Pretrial briefs are limited to 25 pages each.  Post-trial briefs are limited to 35 pages each.

27

28
                                               1

Case No. 17-CV-00220-LHK
CASE MANAGEMENT ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The bench trial will be 10 days.  Each side is limited to 25 hours for evidence.  Each side is limited to 30 minutes for opening statements.

The Court set the following deadlines for high priority objections to demonstratives, exhibits, deposition testimony, and live testimony during trial.  Although demonstratives are not evidence and generally are not admitted at trial absent stipulation of the parties, the Court refers to demonstratives, exhibits, deposition testimony, and live testimony as "HPO evidence" hereafter in this order.  By 8:00 a.m. two days before the HPO evidence will be introduced or used at trial, the parties shall exchange the HPO evidence.  By 7:00 p.m. that same day, the parties shall meet and confer in person to discuss objections to the HPO evidence and to try to narrow or eliminate their disputes.  By 8:00 a.m. one day before the HPO evidence will be introduced or used at trial, the parties shall concurrently file no more than 6 pages of up to 10 high priority objections per side and responses to the opposing party's high priority objections.  The Court will provide a ruling on the objections by that evening.

Joint sealing motions may be filed the day after a document for which the parties seek sealing is filed.

Regarding the issue of a permanent injunction, the Court set a briefing schedule on whether supplemental discovery, including Qualcomm's introduction of evidence created after the March 30, 2018 close of fact discovery, will be allowed.  The parties' briefs regarding supplemental discovery shall be limited to four pages and shall be filed according to the schedule below.

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Due Date of Simultaneous Briefs Regarding Post-Discovery Evidence | October 31, 2018 |
| Due Date of Simultaneous Response Briefs Regarding Post-Discovery Evidence | November 7, 2018 |
| Final Pretrial Conference | December 13, 2018, at 1:30 p.m. |
| Jury/Bench Trial | January 4, 2019, at 9:00 a.m. |
| Length of Trial | 10 days |

**IT IS SO ORDERED.**

Dated:  October 24, 2018

LUCY H. KOH
United States District Judge

2

Case No. 17-CV-00220-LHK
CASE MANAGEMENT ORDER