KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest (SBN 84065)
rvannest@keker.com
Eugene M. Paige (SBN 202849)
epaige@keker.com
Justina Sessions (SBN 270914)
jsessions@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile:  (415) 397-7188

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein *(pro hac vice)*
gbornstein@cravath.com
Yonatan Even *(pro hac vice)*
yeven@cravath.com
825 Eighth Avenue
New York, New York 10019-7475
Telephone: (212) 474-1000
Facsimile:  (212) 474-3700

Attorneys for Defendant
QUALCOMM INCORPORATED

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet *(pro hac vice)*
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Facsimile:  (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Willard K. Tom *(pro hac vice)*
willard.tom@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Telephone: (202) 739-3000
Facsimile:  (202) 739-3001

MORGAN, LEWIS & BOCKIUS LLP
Geoffrey T. Holtz (SBN 191370)
gholtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile:  (415) 442-1001

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED,<br>a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**DECLARATION OF GEOFFREY T. HOLTZ IN SUPPORT OF DEFENDANT QUALCOMM'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT ON QUALCOMM'S STANDARD ESSENTIAL PATENT LICENSING COMMITMENTS**<br><br>Date:     October 18, 2018<br>Time:     1:30 p.m.<br>Dept.:    Courtroom 8, 4th Floor<br>Judge:    Hon. Lucy H. Koh<br><br>Trial Date:     January 4, 2019 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

Holtz Declaration in Support of Opposition to
Motion for Partial Summary Judgment
Case No. 5:17-cv-00220-LHK-NMC

## DECLARATION OF GEOFFREY T. HOLTZ

I, Geoffrey T. Holtz, declare and state that:

1. I am an attorney licensed to practice law in the State of California, a partner of Morgan, Lewis & Bockius LLP, and counsel of record for Defendant Qualcomm ("Qualcomm") Incorporated. I submit this declaration in support of Qualcomm's Opposition To Motion For Partial Summary Judgment On Qualcomm's Standard Essential Patent Licensing Commitments. I have personal knowledge of the facts set forth herein, or my knowledge is based upon my review of records of this case. If called upon as a witness in this action, I could and would testify competently thereto.

2. Attached to the accompanying Request for Judicial Notice, as **Exhibits 1-15**, are true and correct copies of documents that are publicly available as described in the Request for Judicial Notice.

3. Attached to the accompanying Request for Judicial Notice, as **Exhibits 16-20**, are true and correct copies of responses to "Questionnaire for chipset manufacturers" submitted to the Korean Fair Trade Commission ("KFTC"), and produced to Qualcomm by the FTC in this action or produced to Qualcomm in the KFTC proceeding.

4. Attached hereto as **Exhibit 21** is a true and correct copy of excerpts from the deposition transcript of Richard L. Donaldson, dated August 15, 2018.

5. Attached hereto as **Exhibit 22** is a true and correct copy of excerpts from the deposition exhibits and transcript of Susanna Martikainen, dated April 17, 2018.

6. Attached hereto as **Exhibit 23** is a true and correct copy of excerpts from the deposition exhibits and transcript of Christina Petersson, dated April 20, 2018.

7. Attached hereto as **Exhibit 24** is a true and correct copy of excerpts from the deposition exhibits and transcript of Ranae McElvaine, dated April 3, 2018.

8. Attached hereto as **Exhibit 25** is a true and correct copy of excerpts from the deposition transcript of John Finbarr Moynihan, dated March 12, 2018.

9. Attached hereto as **Exhibit 26** is a true and correct copy of excerpts from the deposition transcript of Yooseok Kim, dated March 21, 2018.

10. Attached hereto as **Exhibit 27** is a true and correct copy of excerpts from the deposition transcript of Dirk Weiler, dated March 27, 2018, including exhibit QX2786, "Draft Meeting Minutes from the ETSI General Assembly, March 17-18, 2015."

11. Attached hereto as **Exhibit 28** is a true and correct copy of excerpts from the deposition transcript of Bertram Huber, dated August 8, 2018.

12. Attached hereto as **Exhibit 29** is a true and correct copy of excerpts from the deposition transcript of Michael Hartogs, dated February 28, 2018.

13. Attached hereto as **Exhibit 30** is a true and correct copy of excerpts from the deposition transcript of Bénédicte Fauvarque-Cosson, dated August 16, 2018.

14. Attached hereto as **Exhibit 31** is a true and correct copy of excerpts from the 30(b)(6) deposition exhibits and transcript of Taraneh Maghame, dated March 14, 2018.

15. Attached hereto as **Exhibit 32** is a true and correct copy of excerpts from the deposition transcript of Fabian Gonell, dated March 5, 2018.

16. Attached hereto as **Exhibit 33** is a true and correct copy of excerpts from the expert report of Michael Lasinski, dated May 24, 2018.

17. Attached hereto as **Exhibit 34** is a true and correct copy of excerpts from the expert report of Bertram Huber, dated June 28, 2018.

18. Attached hereto as **Exhibit 35** is a true and correct copy of excerpts from the expert report of Bénédicte Fauvarque-Cosson, dated June 28, 2018.

19. Attached hereto as **Exhibit 36** is a true and correct copy of excerpts from the deposition transcript of Xuxin Cheng, dated March 27, 2018, including relevant excerpts from exhibit QX2418.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of September, 2018 in San Francisco, California.

*/s/ Geoffrey T. Holtz*

Geoffrey T. Holtz