# Exhibit 21

RICHARD L. DONALDSON, ESQ. - 08/15/2018

```
 1              RICHARD L. DONALDSON, ESQUIRE

 2              UNITED STATES DISTRICT COURT

 3             NORTHERN DISTRICT OF CALIFORNIA

 4                   SAN JOSE DIVISION

 5
    _____
 6
    FEDERAL TRADE COMMISSION
 7
              Plaintiff,
 8                                        Case No.
         V.                               5:17-cv-00220-LHK-NMC
 9
    QUALCOMM INCORPORATED, a
10  Delaware corporation,

11            Defendant.

12  _____

13

14            VIDEOTAPED DEPOSITION OF

15         RICHARD L. DONALDSON, ESQUIRE

16                WASHINGTON, D.C.

17           WEDNESDAY, AUGUST 15, 2018

18                   9:00 A.M.

19

20     VIDEOTAPED DEPOSITION OF RICHARD L. DONALDSON,

21  ESQUIRE, a witness herein, taken on behalf of the

22  Defendant, at the Federal Trade Commission, Bureau of

23  Competition, 400 7th Street, Southwest, Washington,

24  D.C.

25  REPORTED BY:  MICHELE E. EDDY, RPR, CRR, CRI
```

| | | |
|---|---|---|
| 1 | RICHARD L. DONALDSON, ESQUIRE | |
| 2 | makers?  Are you aware of any evidence indicating | 17:27:54 |
| 3 | that that has ever happened in the cellular | 17:27:57 |
| 4 | wireless space? | 17:28:01 |
| 5 | MS. GILLEN:  Object to the form. | 17:28:02 |
| 6 | A    Nothing comes to mind right now.  I | 17:28:03 |
| 7 | can't say one way or the other for sure.  I just | 17:28:05 |
| 8 | don't recall anything. | 17:28:08 |
| 9 | Q    So let's -- let's turn to the next part | 17:28:09 |
| 10 | of your opinion, which was expressed in paragraph | 17:28:11 |
| 11 | 20.  This regards Qualcomm's position that | 17:28:22 |
| 12 | chip-level licensing would be contrary to industry | 17:28:32 |
| 13 | practice.  So what is your opinion in this case | 17:28:35 |
| 14 | regarding Qualcomm's position on chip-level | 17:28:41 |
| 15 | licensing and industry practice?  Let me ask that | 17:28:49 |
| 16 | a different way. | 17:28:56 |
| 17 | What is your opinion, sir, regarding the | 17:28:57 |
| 18 | industry practice of chip-level licensing versus | 17:29:00 |
| 19 | device-level licensing? | 17:29:04 |
| 20 | A    I think the practice to date is -- has | 17:29:07 |
| 21 | been people take licenses at the device level. | 17:29:10 |
| 22 | That's the way it kind of grew up when you started | 17:29:16 |
| 23 | off with the early phones that were just cell | 17:29:19 |
| 24 | phones. | 17:29:21 |
| 25 | Q    So you don't disagree with Qualcomm's | 17:29:24 |

```
 1                RICHARD L. DONALDSON, ESQUIRE

 2              CERTIFICATE OF SHORTHAND REPORTER

 3

 4            I, Michele E. Eddy, Registered Professional

 5   Reporter and Certified Realtime Reporter, the court

 6   reporter before whom the foregoing deposition was

 7   taken, do hereby certify that the foregoing transcript

 8   is a true and correct record of the testimony given;

 9   that said testimony was taken by me stenographically

10   and thereafter reduced to typewriting under my

11   supervision; and that I am neither counsel for,

12   related to, nor employed by any of the parties to this

13   case and have no interest, financial or otherwise, in

14   its outcome.

15

16            IN WITNESS WHEREOF, I have hereunto set my

17   hand and affixed my notarial seal this 16th day of

18   August, 2018.

19   My commission expires July 14, 2022

20

21      [signature: Michele E. Eddy]

22   _____

23   MICHELE E. EDDY
     NOTARY PUBLIC IN AND FOR
24   THE DISTRICT OF COLUMBIA

25
```