# Exhibit 24

```
 1         IN THE UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
 2                   SAN JOSE DIVISION

 3                      - - - - -

 4   FEDERAL TRADE COMMISSION,
               Plaintiff,
 5             vs.         No.17-cv-00220-LHK-NMC
     QUALCOMM INCORPORATED,
 6   a Delaware Corporation;
               Defendant.
 7
                        - - - - -
 8
     IN RE: QUALCOMM ANTITRUST
 9   LITIGATION               No.17-md-02773-LHK-NMC

10                      - - - - -
             UNITED STATES DISTRICT COURT
11          SOUTHERN DISTRICT OF CALIFORNIA

12   IN RE:

13   QUALCOMM LITIGATION    No.3:17-cv-00108-GPC-MDD

14                      - - - - -

15      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16                      - - - - -

17              Tuesday, April 3, 2018

18                      - - - - -

19            Video Deposition of RANAE McELVAINE,

20   taken at law offices of Volpe & Koenig, 30

21   South 17th Street, 18th Floor, Philadelphia,

22   Pennsylvania, commencing at 9:06 a.m., by and

23   before Robin L. Clark, Registered Professional

24   Reporter and Notary Public in and for the

25   Commonwealth of Pennsylvania.
```

```
 1  me just read into the record topic B, small
 2  letter "b" near the top of page 4.  It reads
 3  "whether and why or why not the company has
 4  been willing to grant licenses under its
 5  relevant SEPs to relevant product suppliers to
 6  make, use, sell, offer to sell, or import
 7  relevant products or other cellular
 8  communications equipment components."  And then
 9  beneath that is InterDigital's response,
10  correct?
11          A.   Correct.
12  ███████████████████████████████████████████████
    ████████████████████████████████████
    ██████████████████████████████████████████████
    █████████████████████████████████████████████
    ██████████████████████████████
    ████████████████████████████████████
    ████████████████████
19          Q.   Let me just read into the record
20  the first few sentences of InterDigital's
21  response.  ████████████████████████████████
    █████████████████████████████████████████
    ██████████████████████████████████████████
    █████████████████████████████████
    █████████████████████████████████████
```

1 █████████████████

████████████████████████
████████████████████
████████████████████
███████████████
█████████████████████
██████████████████
██████████████████
███████████████████
████████████████
██████████████
█████████████████████
███████████████████
████████████████
██████
█████████████████
██████████████████
███████████████████
█████████████
████████████████
████████████████████
█████████████████████
████████
███████████████████
████████████████████

```
 1    █████████████████████████████████████████████

      ████████████████████████████████████████

      ██████████████████████████████████████████

      ████████████████████████████████

      ██████████████████████████████████████

      █████████████████████

      ████████████████████████████████████

      ██████████████████████████████████████████

      ███████████████████████████████

      █████████████████████████████████████████

      ███████████████████████████████████████████

      ███████████████████████████████████████████

      █████████████████

14         Q.   All right.  Let me continue on,
15    topic C, near the bottom of page 4.  This is
16    lower case "c," reads "whether the company has
17    been willing to grant licenses to discrete
18    subsets of its patents (e.g. relevant SEPs only
19    or relevant SEPs limited to a particular
20    relevant standard group)."
21              Let me stop there.  Then
22    following that starting on the bottom of page 4
23    is InterDigital's response, correct?
24         A.   That's correct.
25         Q.   Let me just read into the record a
```

```
 1                CERTIFICATE OF REPORTER
 2              I, Robin Clark, a Certified Shorthand
 3   Reporter, hereby certify that the witness in
 4   the foregoing deposition was by me duly sworn
 5   to tell the truth, the whole truth, and nothing
 6   but the truth in the within-entitled cause;
 7              That said deposition was taken down
 8   in shorthand by me, a disinterested person, at
 9   the time and place therein stated, and that the
10   testimony of the said witness was thereafter
11   reduced to typewriting, by computer, under my
12   direction and supervision;
13              That before completion of the
14   deposition, review of the transcript [  ] was
15   [  ] was not requested. If requested, any
16   changes made by the deponent (and provided to
17   the reporter) during the period allowed are
18   appended hereto.
19              I further certify that I am not of
20   counsel or attorney for either or any of the
21   parties to the said deposition, nor in any way
22   interested in the event of this cause, and that
23   I am not related to any of the parties thereto.
24   DATED: April 4, 2018.  Robert R Clark
25   RPR NO. 12447_____
```