# Exhibit 25

```
       HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN JOSE DIVISION

 4    -----------------------------------------x

 5   FEDERAL TRADE COMMISSION,

 6                    Plaintiff

 7   vs.                   No. 17-cv-00220-LHK-NMC

 8   QUALCOMM INCORPORATED, a

 9   Delaware Corporation,

10                    Defendant

11   -----------------------------------------x

12   IN RE: QUALCOMM ANTITRUST

13   LITIGATION                No. 17-md-02773-LHK-NMC

14   -----------------------------------------x

15            UNITED STATES DISTRICT COURT

16            SOUTHERN DISTRICT OF CALIFORNIA

17   -----------------------------------------x

18   IN RE: QUALCOMM

19   LITIGATION                No. 3:17-cv-00108-GPC-MDD

20   -----------------------------------------x

21      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

22    VIDEOTAPED DEPOSITION OF JOHN FINBARR MOYNIHAN

23          Monday, March 12, 2018 9:01 a.m.

24     Wilmer, Cutler, Pickering, Hale and Dorr LLP

25          60 State Street, Boston, MA 02109
```

```
 1   understanding from?
 2        A.   Again, I sort of cringe to see the
 3   legal stuff that I'm writing here, I'm not a
 4   lawyer, but I think I probably picked this stuff
 5   up over the course of many years from talking and
 6   discussing this topic, mostly likely with our
 7   in-house counsel.
 8        Q.   Do you see in Point 3, you wrote, "I
 9   believe these rulings cause many of the IPR
10   holders to rework their licensing agreements and
11   policies and in my experience they now go out of
12   their way to make it absolutely clear that they
13   are not licensing to the chipset company."
14        A.   Yes.  I see that.
15        Q.   And then you discuss an experience that
16   you had negotiating with Nokia; is that right?
17        A.   Yes.  I see that.
18   ████████████████████████████████████████████████
     ████████████████████████████████████████████
     ████████████████████████████████████████████
     ██████████████████████████████████████
     ██████████████████████████████
23        Q.   And do you know whether Qualcomm goes
24   out of its way to make it absolutely clear that
25   they are not licensing to the chipset company?
```

```
1            MR. KEHL:  Objection.  Form.
2       A.   I don't.  I have never been involved in
3  licensing discussions with Qualcomm.  I assume
4  that's the case, but I've never seen it
5  personally.
6  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
```

```
 1                C E R T I F I C A T E
 2    COMMONWEALTH OF MASSACHUSETTS
 3    SUFFOLK, SS.
 4        I, Janet M. Sambataro, a Registered Merit
 5    Reporter and a Notary Public within and for the
 6    Commonwealth of Massachusetts do hereby certify:
 7        THAT JOHN FINBARR MOYNIHAN, the witness whose
 8    testimony is hereinbefore set forth, was duly sworn
 9    by me and that such testimony is a true and accurate
10    record of my stenotype notes taken in the foregoing
11    matter, to the best of my knowledge, skill and
12    ability; that before completion of the deposition
13    review of the transcript was not requested.
14        I further certify that I am not related to any
15    parties to this action by blood or marriage; and
16    that I am in no way interested in the outcome of
17    this matter.
18        IN WITNESS WHEREOF, I have hereunto set my hand
19    this 13th day of March, 2018.
20
21                              _____
                                JANET M. SAMBATARO
22                              Notary Public
      My Commission Expires:
23    July 16, 2021
24
25
```