# Exhibit 27

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FEDERAL TRADE COMMISSION, )
)
)
Plaintiff, )
)
vs. )
) Case No.
QUALCOMM INCORPORATED, a Delaware) 17-cv-00220-LHK-NMC
Corporation, )
)
Defendant. )
__________________________________)
)
IN RE: QUALCOMM ANTITRUST ) Case No.
LITIGATION ) 17-md-02773-LHK-NMC
__________________________________)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE: QUALCOMM LITIGATION ) Case No.
) 3:17-cv-00108-GPC-MDD
__________________________________)

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF DIRK WEILER

Brussels, Belgium

Tuesday, March 27, 2018

REPORTED BY:

RICH ALOSSI, RPR, CCRR, CSR NO. 13497



1  [redacted]

1      [redacted]

[redacted content - fully redacted page]

(Exhibit QX2786 was marked for identification by the court reporter and is attached hereto.)

BY MR. TAFFET:

Q Let me first ask the question, if you recognize this document.

A Yes, I do.

Q Okay. And what is this document?

A This document is the meeting report from the 65th General Assembly meeting of ETSI, which took place in Sophia Antipolis from the 17th to 18th of March 2015.

Q Okay. And at the time of this General Assembly meeting, what was your position in ETSI? Or positions, I should say.

A At that time, I continued to be the chairman of the ETSI IPR SC -- the ETSI IPR SC. And I also was at that time then the chairman of the ETSI board.

Q Okay. Who was the GA chairman?

A The chairman of the General Assembly is Simon Hicks from the UK government.

Q Okay. And just so that we understand this document, again, on the upper right-hand corner, there is a reference ETSI/GA(15)65_030r2.

Does that refer to that this was the second revision to the original meeting reports of the General Assembly meeting?

A Correct.

Q Okay. And would it be correct that the date of the revised version would be 17 November 2015? Correct?

A This is also correct.

Q And who is Carole Rodriguez, if you recall?

A Carole Rodriguez is the successor as secretary of these meetings of Julian -- from Julian Pritchard. So she is the current secretary of the GA, the board, and the IPR SC.

Q And do you recall whether, as revised, as reflected in this document, that this would reflect the final minutes of the General Assembly meeting held in March of 2015?

A When I recall correctly, these are the final minutes.

Q Okay. And on this version, if we look at Annex A -- I'm sorry, Annex D as in David -- this would reflect the participants in the General Assembly meeting; correct?

A This is correct.

detail.

Q Did he --

A He just was asking that.

Q Did he go into any detail at a different time that you're aware of?

A The European Commission had been involved in and were following the changes that were happening in IEEE.

They were also very well aware that the changes proposed to IEEE -- and those changes are -- were public because there were -- the mailing lists of the IEEE SA board and patent committee are public.

And so they saw that the very same proposals which were brought to ETSI as well as to ITU and to TSDSI were also brought into IEEE.

And the concerns of the European Commission, as far as I have heard that and understand that, were that these changes were not accepted in any of the other SDOs who were working by consensus for such changes, but that they were accepted in the IEEE; where the IEEE itself stated very clearly that they used consensus for the development of their standards, but they cannot use consensus for the development of their governance

structures and policies.

And this fact that changes which were not accepted in consensus-based organizations had been implemented in IEEE were a cause of concern.

Q And when you refer to "the very same proposals," are you referring to what we've been calling here today the common royalty base issue or the SSPPU basis as one of them?

A This is one of them. And the availability or the limitations of availability on injunctive relief is, for example, another one.

Q Okay. Turning back to the document, in the second paragraph under the heading IEEE IPR Policy, it refers to you, and it refers to you --

A Right.

Q -- as representing Nokia Networks.

A Correct.

Q When you participated in this meeting -- in this part of the meeting, were you acting as part of or representing Nokia Networks, or still acting as the IPR SC chair?

A As the meeting report correctly reflects, I made these statements as the representative of Nokia Networks.

Q Okay. And your statement here says --

for example?

A Yes.

Q And it's -- is it the same with respect to the organizational partners of oneM2M?

A Correct.

Q And in addition to the 3GPP organizational partners, are there other organizational partners of oneM2M?

A Yes, there are a few more. There is, in addition to the seven 3GPP ones, the TIA from the US, and then there is CEN and CENELEC from Europe.

Q C-E-N.

A Yeah. And all in capital letters, C-E-N-E-L-E-C.

They are also partners in oneM2M.

Q Okay. And you say that this analysis was done by the ETSI Secretariat.

What composes the ETSI Secretariat, or who composes?

A Two -- well, one part -- there are, of course, many parts.

But the relevant part responsible for doing this analysis is the legal and governance organization of ETSI, headed by Christian Loyau. He is the legal and governance director of ETSI; and

therefore, he is responsible for analyzing this compatibility.

Q And indeed, on the next page, on page 11, there's a reference to comments by Mr. Loyau; correct?

A Yes.

Q Excuse me.

And he makes reference that there is only an MOU, a memorandum of understanding, with IEEE at this point in time.

And what was the significance of that status between ETSI and the IEEE?

A You can sign -- ETSI can sign a memorandum of understanding with many types of organizations, including organizations which do not have a compatible IPR policy, because it does not involve joint development of specifications.

Therefore, this is an important distinction. We have an MOU, but this does not address any IPR policy compatibility.

Q So then Mr. Loyau identifies the two issues, what we've been calling the SSPPU issue, and the second is the injunction issue.

And then these minutes reflect the comment:

"Should a cooperation agreement be contemplated, the two introductions above would not be compatible with the ETSI IPR policy as commercial discussions between members have to take place outside ETSI, and secondly no provision in the IPR policy rules the use of injunction."

A Correct.

Q At this point in time, however, the analysis that Mr. Saro referred to had been undertaken by the ETSI Secretariat; correct?

A This is correct.

So for ETSI's -- from ETSI's perspective, this analysis has been done; and therefore, the -- he has seen this incompatibility.

For completeness, would IEEE ask to become a oneM2M member, then it would need to be that the existing partners jointly establish that the policy is not compatible.

MR. TAFFET: Okay. Mr. Weiler, thank you very much for your time today. I have completed my questions for the present time.

I would also suggest, Counsel, it's just about 12:30, that perhaps it's a good time to take a break for lunch.

MR. GOPENKO: Yeah. Why don't we go off the

I, Rich Alossi, Registered Professional Reporter, California Certified Shorthand Reporter Number 13497, do hereby certify:

That prior to being examined, the witness named in the foregoing proceedings was duly sworn;

That said proceedings were taken before me at the time and place therein set forth and were taken by me in stenographic shorthand and thereafter transcribed into typewritten form under my direction and supervision;

That the dismantling of this transcript will void the Reporter's certificate;

Before completion of the deposition, review of the transcript was [ ] was not [ XX ] requested. If requested, any changes made by the deponent and provided to the Reporter during the period allowed are appended hereto.

IN WITNESS WHEREOF, I hereunto subscribe my name this 28th day of March, 2018.

RICH ALOSSI, RPR, CCRR
CALIFORNIA CSR No. 13497



**ETSI/GA(15)65_030r2**
Carole Rodriguez
Submission date: ~~29 July~~17 November 2015
page 1 of 29

**ETSI 65th General Assembly meeting**
**Sophia Antipolis, 17-18 March 2015**

**Source:** GA Chairman

**Title:** Draft Summary minutes, decisions and actions from the 65th ETSI General Assembly Meeting

**Agenda item:** All

**Document for:**

| | |
|---|---|
| Decision | X |
| Discussion | |
| Information | |

Table of Contents

| | | Page |
|---|---|---|
| Meeting Report | | 2 |
| Annex A | List of decisions and actions | 18 |
| Annex B | Agenda | 20 |
| Annex C | List of documents | 21 |
| Annex D | List of participants | 23 |

Exhibit Qx2786
Wit Weiler
R. Alossi, RPR, CCRR, CSR 13497

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Q2014FTC02181046
Q2017MDL1_02019060

The ongoing action A-GA62/2 was updated as per the above.

Document [ETSI/GA(15)65S002r1] was withdrawn.

The Specially Convened Meeting (SCM) was cancelled further to the withdrawal of [ETSI/GA(15)65S002r1] - Proposed changes to Article 18 of the ETSI RoPs.

**IEEE IPR Policy**

Mr. Pedro Ortún, EC, would be interested to receive feedback/comments from the membership of ETSI involved in the IPR issues, on the IEEE IPR policy changes which occurred after the IPR#21 meeting in San Diego. Some members of IEEE are also members of ETSI. The EC is following closely these types of issues and would like to enrich their knowledge directly from the interested members of ETSI.

Mr. Dirk Weiler, Nokia Networks, said: we will clearly now look into our engagement with IEEE SA. This is a consequence of adopting a policy which has been discussed in other standardization bodies like ETSI, ITU, where similar proposed changes have not been accepted in other organizations Nokia Networks considers that the IEEE IPR policy is no longer compatible with the ETSI IPR policy.

Mr. Nick Sampson, Orange, shared the concerns raised by Mr. Dirk Weiler as it may reduce the innovative technologies that are contributed to IEEE. He had concerns about potential inconsistency with policies of other SDOs which may wish to work with or reference IEEE material.

Mr. Jochen Friedrich, IBM Europe, does not like to discuss other organization's IPR policies in ETSI. IBM very much appreciates the process in ETSI where discussions are held aiming for broad consensus and looking for a sustainable solution if any change is needed in the ETSI IPR policy. The ETSI IPR policy is not broken. Regarding the specific changes in IEEE IPR policy, IBM expresses its concerns about the process in IEEE and the outcome of the result which is not reflecting the full consensus of broad membership, as IEEE has a different membership structure. Banning injunctions in general is probably going too far without looking at any means of redress for patent holders if there is a bad behaviour. They are concerned that patent holders will stay away from standardization and not bring their technologies in anymore.

Mr. Jamshid Khun-Jush, Qualcomm CDMA Technologies, seconded the three previous speakers and raised their concern publicly about the IEEE IPR policy changes and incompatibility between the ETSI and IEEE IPR policy which should be addressed by ETSI.

Mr. Kari Lang, Nokia Corporation from Nokia Technologies part, also shared concerns on how the changes were made and the current content of the IEEE IPR policy.

Mr. Jonathan Brown, Apple, noted that the DoJ (Department of Justice) actually reviewed the proposed changes to the IEEE patent policy and they came out with the conclusion that the policy will not violate any law, it will address the procedural issue raised by the previous speakers. They found that the process was fair. The IEEE IPR changes deserve a close look. The DoJ analysed the changes and went through the availability of injunctive relief. The DoJ also analysed the meaning of a reasonable rate, they found those changes to be acceptable. The EC should note the DoJ Business Review Letter. He pointed to the letter as providing good guidance for the EC.

Mr. Luis Jorge Romero Saro indicated that ETSI with the oneM2M project is trying to achieve good co-operation in the Machine-to-Machine environment. Rules to join oneM2M require compliance with the oneM2M IPR principles and imply being compatible with the IPR policies of the different partners in oneM2M. Because we have had some discussions with IEEE about joining oneM2M partnership project, the ETSI Secretariat made an analysis and came to the conclusion that the IEEE IPR policy is not compatible with the ETSI IPR policy. Today, ETSI is not taking commercial issues into consideration. ETSI cannot therefore see how IEEE could join oneM2M, having in mind that there is such incompatibility.

Mr. Jonathan Brown, Apple, stated that he has not seen where the IEEE IPR Policy is incompatible with ETSI's IPR Policy.

Stephane Tronchon, Qualcomm Europe Inc., was confused about the quotation of the IEEE Business Review Letter. His understanding was that the Review Letter basically says that it will not bring an anti-trust enforcement. The substance of the changes was not blessed by the DoJ. He would welcome the invitation for the EC to contact the DoJ to discuss the issues further. Qualcomm has a concern regarding the process and substance of the IEEE IPR policy changes. These changes have a global impact.

The GA Chairman asked if the IPR SC would make any analysis of the IEEE IPR policy, giving any recommendations to ETSI regarding MoUs, etc... that would involve IEEE.

Mr. Dirk Weiler, IPR SC Chair, said that the IPR SC is an advisory Committee to the GA. No other organizations' policies have been discussed in the IPR SC. There is nothing reported from the IPR SC to the GA on that topic.

~~The compatibility check of IPR policies with other organizations when~~ When doing co-operation agreements or partnership projects, the compatibility check of IPR policies with other organizations is clearly the responsibility of the ETSI Secretariat. Mr. Weiler went on to say ~~that~~ that, according to the Secretariat analysis, the IEEE IPR policy is incompatible with the ETSI and oneM2M IPR policies. The ETSI preparation meeting minutes for the oneM2M Steering Committee #24 reports the incompatibility analysis done by the Secretariat.

Mr. Christian Loyau said that ETSI has only a MoU with IEEE, therefore there is no need to do an analysis on compatibility of the IPR policies. There are two introductions in the new IEEE IPR policy which are not in our policy:

1- the Smallest Saleable Unit (SSU) has been introduced and we do not have that,
2- the fact that injunctions are more or less impossible to trigger at least in a rather quick way if needed in case of bad faith negotiation from an implementer.

Should a co-operation agreement be contemplated, the two introductions above, would not be compatible with the ETSI IPR policy as commercial discussions between members have to take place outside ETSI and secondly no provision in the IPR policy rules the use of injunction.

Mr. Jochen Friedrich, IBM Europe, mentioned that we should not discuss the IEEE IPR policy in the ETSI IPR SC. As mentioned by Mr. Jonathan Brown, the changes have been checked according to legal framework. It is up to their members to decide about their IPR policy and if there are issues, we should look at them and resolve them. We should not cross-check IPR policies from membership-driven organizations.

The GA Chairman concluded the discussion and noted that a variety of opinions had been expressed.

## 12 Distribution of certificates to new Members & retiring Chairmen

Membership certificates were distributed to the new Members present and retiring committee Chairmen.

## 13 EC & EFTA issues

Mr. Pedro Ortún, EC, provided some information on the state of play in the ICT standardization. The EC has new Commissioners, new Vice-Presidents and new working methods.

The EC also has a new set of priorities, stated by Commission President Jean-Claude Juncker, as presented in the Commission Work program adopted in December 2014 by the EC.

Commission President Jean-Claude Juncker highlighted 10 priorities for his full mandate. The second one, connected Digital Single Market (DSM), is in the heart of many Commission services and the EC