# Exhibit 29

```
            UNITED STATES DISTRICT COURT

          NORTHERN DISTRICT OF CALIFORNIA

                 SAN JOSE DIVISION
```

FEDERAL TRADE COMMISSION,

        Plaintiff,    Case No. 5:17-cv-00220-LHK-NMC
                         CASE No. 5:17-md-02773-LHK

        v.

QUALCOMM INCORPORATED, a
Delaware corporation,

        Defendant.
_____

IN RE: QUALCOMM ANTITRUST
LITIGATION
_____

   *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

   VIDEOTAPED DEPOSITION OF MICHAEL HARTOGS, VOLUME I

             SAN DIEGO, CALIFORNIA

              FEBRUARY 28, 2018

Reported By:
PATRICIA Y. SCHULER
CSR No. 11949

Job No. 655307

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10         Q.    But Qualcomm requests that all licensees
11   cross license at least some patents back to Qualcomm;
12   is that right?
13         A.    Yes.
14         Q.    And why is that?
15         A.    Qualcomm has a product business, and in
16   granting a license under -- our outbound licenses are
17   typically all of our patents.  If we grant someone a
18   license under all of your patents and then that company
19   turns around and sues you for patent infringement the
20   next day, you are in a position to defend yourself.
21             So if a license results in us granting a
22   license under all of our patents, then we take the
23   license back to usually all of the patents of the
24   licensee for Qualcomm's products to assure that the QCT
25   business is free to operate without fear of
```

```
 1   infringement claims by a licensee.
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby certify:
 3              That the foregoing proceedings were taken
 4   before me at the time and place herein set forth; that
 5   any witnesses in the foregoing proceedings, prior to
 6   testifying, were duly sworn; that a verbatim record of
 7   the proceedings was made by me using machine shorthand
 8   which was thereafter transcribed under my direction;
 9   that the foregoing transcript is a true record of the
10   testimony given.
11              Further, that if the foregoing pertains to
12   the original transcript of a deposition in a Federal
13   Case, before completion of the proceedings, review of
14   the transcript [X] was [ ] was not requested.
15              I further certify I am neither financially
16   interested in the action nor a relative or employee of
17   any attorney of party to this action.
18              IN WITNESS WHEREOF, I have this date
19   subscribed my name.
20   Dated:  March 1, 2018
21
22                       _____
                         PATRICIA Y. SCHULER
23                       CSR NO. 11949
24
25
```