# Exhibit 31

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
TARANEH MAGHAME - 03/14/2018

```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2                   SAN JOSE DIVISION

 3   FEDERAL TRADE COMMISSION,

 4            Plaintiff,

 5             vs.         No. 17-cv-00220-LHK-NMC

 6   QUALCOMM INCORPORATED, a
     Delaware Corporation,
 7
              Defendant.
 8   _____/

 9   IN RE: QUALCOMM ANTITRUST   No. 17-md-02773-LHK-NMC
     LITIGATION
10   _____/

11            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF CALIFORNIA
12

13   IN RE: QUALCOMM
     LITIGATION              No. 3:17-cv-00108-GPC-MDD
14   _____/

15

16            VIDEOTAPED DEPOSITION OF

17                 TARANEH MAGHAME

18        30(B)(6) DESIGNEE, VIA LICENSING

19        _____

20            WEDNESDAY, MARCH 14, 2018

21

22    ***HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY***

23

24   REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR

25                                         (NY-166900)
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
TARANEH MAGHAME - 03/14/2018                          Page 25

1          Do you see that?  09:55:20
2     A.   Yes.  09:55:20
3     Q.   Again, do you know how it was determined  09:55:21
4  that the licensee should be the manufacturer or the  09:55:25
5  one who first sells an LTE-compliant functional  09:55:30
6  product into a distribution channel or to a  09:55:34
7  wireless operator?  09:55:36
8     A.   Well, I think that has been the standard  09:55:38
9  practice in licensing in the handset area, but I  09:55:40
10 don't know exactly how this slide came about or  09:55:44
11 this decision was made.  09:55:47
12    Q.   Would you mind turning next to page 32?  09:56:02
13 Still in the same exhibit.  This is the page that  09:56:06
14 reads "Revenue Sharing Approaches" in the top  09:56:19
15 slide.  09:56:25
16    A.   Right.  09:56:26
17    Q.   So first of all, just as a general  09:56:26
18 principle, what is being discussed here when they  09:56:29
19 reference revenue-sharing approaches?  09:56:31
20    A.   Give me a minute to just read this slide.  09:56:34
21    Q.   Sure.  09:56:36
22    A.   Because that's a very general topic.  09:56:37
23         All right.  I think what they're referring  09:56:53
24 to here is just basically the methodology by which  09:56:55
25 revenue that's taken in by Via would be distributed  09:56:58

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
TARANEH MAGHAME - 03/14/2018                          Page 112

| | | |
|---|---|---|
| 1 | have joined under the new structure. | 13:09:57 |
| 2 | MR. HOLTZ:  Thanks. | 13:10:01 |
| 3 | (Deposition Exhibit QX2528 was marked | 13:10:16 |
| 4 | for identification.) | 13:10:20 |
| 5 | BY MR. HOLTZ: | 13:10:42 |
| 6 | Q.  All right.  Ms. Maghame, you've been | 13:10:42 |
| 7 | handed Exhibit 2528.  This is a document produced | 13:10:44 |
| 8 | by Via Licensing.  On the first page, it reads "Via | 13:10:47 |
| 9 | Licensing Corporation Quarterly Revenue | 13:10:52 |
| 10 | Distribution Report," and it's dated May 15, 2017. | 13:10:55 |
| 11 | Just in broad terms, could you describe | 13:10:59 |
| 12 | what's reflected in this document? | 13:11:01 |
| 13 | A.  Well, this is the report that we provide | 13:11:03 |
| 14 | to our licensors on a quarterly basis that lays out | 13:11:07 |
| 15 | what revenue was taken in and how that was | 13:11:12 |
| 16 | allocated and distributed and who our current | 13:11:15 |
| 17 | licensees are. | 13:11:18 |
| 18 | Q.  Okay, great.  If you wouldn't mind turning | 13:11:19 |
| 19 | to what's marked as page 3.  This is Bates | 13:11:22 |
| 20 | page 2707. | 13:11:25 |
| 21 | So the names around the pie chart -- ZTE, | 13:11:29 |
| 22 | AT&T, et cetera -- those at this point in time were | 13:11:33 |
| 23 | the licensors in the Via pool.  Correct? | 13:11:37 |
| 24 | A.  That's right. | 13:11:40 |
| 25 | Q.  So MediaTek is listed there.  Correct? | 13:11:41 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
TARANEH MAGHAME - 03/14/2018                    Page 113

| | | |
|---|---|---|
| 1 | A. Yes. | 13:11:44 |
| 2 | Q. Okay. So at least as of March 31, 2017, | 13:11:45 |
| 3 | MediaTek was in the licensing pool. Correct? | 13:11:48 |
| 4 | A. Well, like I said, they joined in 2016. I | 13:11:52 |
| 5 | just didn't know the exact date. | 13:11:55 |
| 6 | Q. That's fair enough. | 13:11:56 |
| 7 | A. Yeah. | 13:11:58 |
| 8 | Q. And then in the gray box at the top of | 13:11:59 |
| 9 | that page, those are the -- you said the current | 13:12:01 |
| 10 | licensees under the program? | 13:12:04 |
| 11 | MR. HOPKIN: Objection. Form. | 13:12:07 |
| 12 | THE WITNESS: As of that date. Yes, as of | 13:12:07 |
| 13 | that date. | 13:12:10 |
| 14 | BY MR. HOLTZ: | 13:12:11 |
| 15 | Q. So MediaTek, at least at this point in | 13:12:11 |
| 16 | time, was a licensor, but it was not a licensee. | 13:12:14 |
| 17 | Correct? | 13:12:17 |
| 18 | A. That's correct. | 13:12:20 |
| 19 | Q. Okay. Do you know if MediaTek is a | 13:12:20 |
| 20 | licensee today of the LTE pool? | 13:12:22 |
| 21 | A. It is not. | 13:12:25 |
| 22 | Q. Do you know if Intel is a licensee of the | 13:12:29 |
| 23 | LTE pool? | 13:12:32 |
| 24 | A. It is not. | 13:12:33 |
| 25 | Q. Do you know if Spreadtrum is a licensee of | 13:12:34 |

1                    CERTIFICATE OF REPORTER

2           I, HOLLY THUMAN, a Certified Shorthand Reporter,

3      hereby certify that the witness in the foregoing

4      deposition was by me duly sworn to tell the truth, the

5      whole truth, and nothing but the truth in the

6      within-entitled cause; that said deposition was taken

7      down in shorthand by me, a disinterested person, at the

8      time and place therein stated; and that the testimony of

9      said witness was thereafter reduced to typewriting, by

10     computer, under my direction and supervision;

11          That before completion of the deposition review of

12     the transcript [] was [X] was not requested/offered.  If

13     requested, any changes made by the deponent (and

14     provided to the reporter) during the period allowed are

15     appended hereto.

16          I further certify that I am not of counsel or

17     attorney for either or any of the parties to the said

18     deposition, nor in any way interested in the event of

19     this cause, and that I am not related to any of the

20     parties thereto.

21

22     DATED: March 15, 2018

23     _____
            HOLLY THUMAN, CSR
24

25