# Exhibit 5



# 3GPP2 Partners









## Organizational Partners (OP)

3GPP2 is a collaborative effort between five officially recognized standards developing organizations. These are:



**Association of Radio Industries and Businesses** (Japan)



**China Communications Standards Association** (China)



**Telecommunications Industry Association** (North America)



**Telecommunications Technology Association** (Korea)



**The Telecommunication Technology Committee** (Japan)

## Market Representation Partners (MRP)

Market Representation Partners are organizations which have the ability to offer market advice to 3GPP2 and to bring into 3GPP2 a consensus view of market requirements (e.g. services, features and functionality) falling within the 3GPP2 scope.

**Mobility Development Group**



 **IPv6 Forum**

 **Small Cell Forum**

 **CDMA Certification Forum**

© Third Generation Partnership Project 2 (3GPP2)

