# Exhibit 10

About (https://www.tiaonline.org/about/)
MEID Database (https://www.tiaonline.org/what-we-do/products-services/meid-database/)
QuEST Forum (http://www.questforum.org/)   TIA NOW (http://tianow.org/homepage)
Member Login (https://www.tiaonline.org/login/)
Not a member? JOIN NOW! (https://www.tiaonline.org/membership/join/)

 (https://www.tiaonline.org/)

Home (https://www.tiaonline.org) > About (https://www.tiaonline.org/about/) > Our Members                SHARE

# OUR MEMBERS

0-9 | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | Y | Z

## TIA MEMBERS

**A MEMBERS**                                                                                           **TOP^**

Access Partnership (https://www.accesspartnership.com/)

ADTRAN (http://www.adtran.com/)

AECOM (https://www.aecom.com/)

Aeris Communications, Inc. (https://www.aeris.com/)

Aero Solutions, LLC (http://aerosolutionsllc.com/)

AESA Cortaillod (https://www.aesa-cortaillod.com/)

TIA uses cookies to give users the best experience on our website. Learn more about which cookies TIA uses
Affirmed Networks (http://www.affirmednetworks.com/)
or switch them off in settings.

ACCEPT AFL Hyperscale (https://www.aflhyperscale.com/)

Airbus DS Communications, Inc. (http://www.vestapublicsafety.com/)

Allen Tel Products (http://www.allentel.com/)

Allpro Consulting Group, Inc. (http://allprocgi.com/)

AMS Technology Consulting LLC (http://www.amstechllc.com/)

APCO International (https://www.apcointl.org/)

Apple (https://www.apple.com/)

Argent Associates, Inc. (https://www.argentassociates.com/)

Asociar LLC (http://asociar1.com/)

AT&T (https://www.att.com/)

Avion Networks, Inc (http://www.avionnetworks.com/)

Avtec Inc. (https://www.avtecinc.com/)

## B MEMBERS                                                                 TOP^

Bentley Systems, Inc. (https://www.bentley.com/)

Berk-Tek, A Nexans Company (http://www.berktek.us/eservice/US-en_US/navigate_321816/Berk_Tek.html)

Bird Technologies (http://www.birdrf.com/)

BK Technologies (https://www.bktechnologies.com/)

Blulogix (http://www.blulogix.com/)

## C MEMBERS                                                                 TOP^

CABLExpress (http://www.cablexpress.com/)

Carpenter & Cross (http://www.carpenterandcross.com/)

Center for Advanced Transportation Technology, UMD (http://www.catt.umd.edu/)

Cisco Systems, Inc. (https://www.cisco.com/)

CLS Group (http://www.clsgroup.com/)

CME Consulting (http://www.cmeconsultingservices.com/)

CNet Training (http://www.cnet-training.com/)

TIA uses cookies to give users the best experience on our website. Learn more about which cookies TIA uses or switch them off in settings.

ACCEPT

Cobham AvComm (https://aeroflex.com/)

Comcast Corporation (https://corporate.comcast.com/)

CommScope Network Solutions (https://www.commscope.com/)

Compass Wind Power – Engiso / V-Lab (http://www.engiso.com/)

Convergent Connectivity Technology (http://cctcable.com/)

CORD DATA (https://corddata.org/)

Corning Incorporated (http://www.corning.com/worldwide/en.html)

Crown Castle International Corp. (http://www.crowncastle.com/)

CSI Telecommunications, Inc. (http://www.csitele.com/)

### D MEMBERS                                                                 TOP^

Dan-Chief Technology Co., Ltd. (http://www.danchief.com/)

Daniel Research Group (http://www.danielresearchgroup.com/)

dbSpectra (http://www.dbspectra.com/)

DCiCON Limited (http://www.dcicon.com/)

Deep South Communications (http://www.deepsouthcommunications.com/)

Destek Engineering LLC (http://www.destekengineering.com/)

Dewberry Engineers Inc. (http://www.dewberry.com/)

Digital Voice Systems, Inc. (http://www.dvsinc.com/)

Dynofit, Inc. (http://www.dynofit.com/)

### E MEMBERS                                                                 TOP^

E.F. Johnson Technologies (https://www.efjohnson.com/)

Eagle Commercial Services (http://ecsperforms.com/)

EchoStar Corporation (https://www.echostar.com/)

EdgeConneX (http://www.edgeconnex.com/)

EET, L.L.C (http://www.eetengineering.com/)

Engineered Tower Solutions (http://www.engineeredtowersolutions.com/)

Enterprise Products Integration Pte Ltd (https://www.epi-ap.com/)

Ericsson Inc. (https://www.ericsson.com/en)

TIA uses cookies to give users the best experience on our website. Learn more about which cookies TIA uses or switch them off in settings.

ACCEPT

Etherstack Inc. (http://www.etherstack.com/us/)

Experior Laboratories, Inc. (https://experiorlabs.com/)

## F MEMBERS                                                                                           TOP^

FDH Infrastructure Services (http://www.fdh-is.com/)

Federal Bureau of Investigation (https://www.fbi.gov/)

Federal Engineering Inc. (http://www.fedeng.com/)

Fiber Optic Association (http://www.thefoa.org/)

Fibernet Ltd (http://www.fibernet-tech.com/)

Fluke Networks (http://www.flukenetworks.com/)

Fujitsu Network Communications, Inc. (http://www.fnc.fujitsu.com/)

Furukawa Electric LatAm S.A (http://www.furukawalatam.com/)

## G MEMBERS                                                                                           TOP^

GatesAir (http://www.gatesair.com/)

General Motors (https://www.gm.com/)

Georgia Institute of Technology (http://www.gatech.edu/)

GeoStructural (http://geostructural.com/)

Globecomm (http://www.globecomm.com/)

GoGo Air (https://www.gogoair.com/)

Greenlee Communications (https://www.greenleecommunications.com/)

Grid Net, Inc. (http://www.grid-net.com/)

## H MEMBERS                                                                                           TOP^

Harger, Inc. (http://www.harger.com/)

Hargis Engineers Inc. (https://hargis.biz/)

Harris Corporation (https://www.harris.com/)

Hengtong Group SA (http://www.htgd.com.cn/)

Henkels & McCoy Group, Inc. (http://www.henkelsgroup.com/)

TIA uses cookies to give users the best experience on our website. Learn more about which cookies TIA uses or switch them off in settings.

ACCEPT

Hitachi Cable America, Inc. (http://www.hca.hitachi-cable.com/)

Hodge Structural Engineers (https://www.hodgestructural.com/)

Huddly (https://www.huddly.com/)

### I MEMBERS                                                                 TOP^

Icom America Inc. (http://www.icomamerica.com/en/)

iconectiv (https://iconectiv.com/)

Ideal Industries, Networks Division (https://www.idealindustries.com/)

IFAST, LTD (http://www.ifast.org/)

IHS (https://technology.ihs.com/)

Imagine Communications (http://www.imaginecommunications.com/)

Infinera (https://www.infinera.com/)

Infinigy Solutions, LLC (http://www.infinigy.com/)

Innovation, Science and Economic Development Canada (https://www.canada.ca/en/innovation-science-economic-development.html)

Institute of Telecom Resellers (http://www.itre.org/)

Intel Corporation (https://www.intel.com/content/www/us/en/homepage.html)

Intertalk Critical Information Systems (https://intertalksystems.com/)

Intertek Testing Services (http://www.intertek.com/)

Iowa Statewide Interoperable Communications System Board (https://isicsb.iowa.gov/)

Itron, Inc. (https://www.itron.com/na/)

### J MEMBERS                                                                 TOP^

J&M Consultants, Inc. (http://www.j-and-m.com/)

JC Electronics (https://www.jcel.com/)

JGR Optics Inc. (http://jgroptics.com/)

JPMorgan Chase & Co. (https://www.jpmorganchase.com/)

Juniper Networks, Inc. (https://www.juniper.net/us/en/)

Kenwood USA Corporation (http://www.kenwood.com/usa/)

TIA uses cookies to give users the best experience on our website. Learn more about which cookies TIA uses or switch them off in settings.

ACCEPT

Jyh Eng Technology Co., Ltd. (http://www.je-net.com.tw/)

### K MEMBERS                                                                 TOP^

KGPCo (http://www.kgplogistics.com/)

Kiswe Mobile, Inc (http://www.kiswe.com/)

KITCO Fiber Optics (http://www.kitcofo.com/)

### L MEMBERS                                                                 TOP^

Legrand (https://www.ortronics.com/)

Leviton Network Solutions (http://www.levitonvoicedata.com/)

Lightwave Magazine (http://www.lightwaveonline.com/index.html)

Lockheed Martin Corporation (https://www.lockheedmartin.com/en-us/index.html)

### M MEMBERS                                                                 TOP^

Malouf Engineering Intern'l (http://www.maloufengineering.com/)

Marashlian & Donahue, PLLC (http://www.commlawgroup.com/contact-us/marashlian-donahue-llc)

METZ CONNECT USA Inc. (https://www.metz-connect.com/en/usbtr.asp)

Microsoft Corporation (https://www.microsoft.com/en-us/)

Miller Electric Company (http://www.mecojax.com/)

MJ Lynch & Associates (http://www.mjlallc.com/)

Morrison Hershfield, Ltd. (https://morrisonhershfield.com/)

Motion Intelligence (https://www.motionintelligence.com/)

Motorola Solutions (https://www.motorolasolutions.com/en_us.html?geo=redirect)

MUTI (http://www.mutionline.com/)

### N MEMBERS                                                                 TOP^

National Steel Erectors (http://www.nsec.com/)

NB+C, LLC (http://www.networkbuilding.com/)

NDC Technologies (http://www.betalasermike.com)

TIA uses cookies to give users the best experience on our website. Learn more about which cookies TIA uses or switch them off in settings.

ACCEPT

Newell-Rubbermaid (DYMO) (http://www.dymo.com/en-US/online-support/online-support-industrial-labeling)

Nippon Seisen Cable, LTD (http://www.nscable.co.jp/)

NIS (https://nis.consulting/)

Nokia (https://www.nokia.com/en_int)

## O MEMBERS                                                                TOP^

OFS (https://www.ofsoptics.com/)

OpenTechWorks (http://www.opentechworks.com/)

Optical Cable Corporation (http://www.occfiber.com/)

OptoTest Corp (https://www.optotest.com/)

Outside Plant Magazine (http://www.tsnn.com/organizers/outside-plant-magazine)

## P MEMBERS                                                                TOP^

Panasonic Corporation of North America (https://na.panasonic.com/us)

Panduit Corporation (https://www.panduit.com/en/home.html)

Pentair, Inc. Caddy Fastener Div. (https://www.erico.com/selectCountry.asp?returnURL=/default.asp)

Phoenix Contact (https://www.phoenixcontact.com/online/portal/us?1dmy&urile=wcm:path:/usen/web/home)

Photon Kinetics, Inc. (http://www.pkinetics.com/)

Pier Structural Engineering Corp (http://www.p-sec.ca/)

PM&A (http://www.pmass.com/)

Power & Telephone Supply Co. (https://www.ptsupply.com/)

Power of Design Group, LLC (http://www.podgrp.com/)

PowerTrunk, Inc. (https://www.powertrunk.com/)

Prysmian Cables and Systems USA, LLC (http://www.drakausa.com/)

## Q MEMBERS                                                                TOP^

TIA uses cookies to give users the best experience on our website. Learn more about which cookies TIA uses or switch them off in settings.

ACCEPT

Quabbin Wire & Cable Co., Inc. (http://www.quabbin.com/)

Qualcomm (https://www.qualcomm.com/)

| R MEMBERS | TOP^ |

R.J. Enterprises (http://www.cablings.com/shop/)

Ribbon Communications (https://ribboncommunications.com/)

Rosenberger North America (https://www.rosenberger.com/us_en/)

| S MEMBERS | TOP^ |

Samsung Electronics, LTD (https://www.samsung.com/us/)

Sasken Communications (https://www.sasken.com/)

Satra-Peru SAC (http://www.satranet.com/satra/)

SENKO Advanced Components, Inc. (http://www.senko.com/)

Sentinel Connector Systems (http://www.sentinelconn.com/)

Shanghai Liangxin (Nader) Electrical U.S. Co. Inc (http://www.sh-liangxin.com/en/)

Siemon Company (http://www.siemon.com/)

Signamax Connectivity Systems, Inc. (http://signamax.com/)

Sioux Falls Tower & Communications (http://www.siouxfallstower.com/)

SIRQIT

Softing Singapore Pte Ltd (https://itnetworks.softing.com/asia/)

SoftWright LLC (https://www.softwright.com/)

Spirent Communications plc (https://www.spirent.com/)

SSOE Group (http://www.ssoe.com/)

Stewart Connectors/Bel Group (https://www.belfuse.com/stewart-connector)

Sumitomo Electric Lightwave Corporation (https://www.sumitomoelectric.com/)

Surtec America (http://www.surtec.com.tw/)

Syston Cable Technology (https://systoncable.com/)

SZS Engineering, PLLC (http://szs.de/en/)

TIA uses cookies to give users the best experience on our website. Learn more about which cookies TIA uses or switch them off in settings.

ACCEPT

| T MEMBERS | TOP^ |

T-Squared Site Services, LLC (https://www.t-sqrd.com/)

Tait Communications (http://us.taitworld.com/)

Tarana Wireless Inc. (https://www.taranawireless.com/)

Technical Design Services, Inc. (http://www.tdsinc.biz/)

Technisonic Industries Ltd. (http://til.ca/)

Tectonic (http://www.tectonicengineering.com/)

Telecom Brokers (http://www.telecombrokers.com/)

Telect (http://www.telect.com/)

Telegartner Inc. (https://www.telegaertner.com/en/)

Telegence Corporation (http://www.telegence.com/)

Telit Communications S.p.A. (https://www.telit.com/)

Telit IoT Platforms (https://www.telit.com/m2m-iot-products/iot-platforms/iot-platform-overview/)

Tellabs, Inc. (https://www.tellabs.com/)

Tessco (https://www.tessco.com/)

Total Cable Solutions (http://www.totalcablesolutions.com/)

Tower Consultants, Inc. (http://www.tower-tci.com/index.html)

Tower Engineering Company (http://www.tower-engineers.com/)

Tower Engineering Solutions (http://www.jhdesignport.com/)

Tower Numerics Inc (http://www.towernx.com/)

Towerkraft Engineering, P.C. (https://www.towerkraft.com/)

TowerMRL, Inc (http://www.towermrl.com/)

Towersource, LLC (http://www.towersourceinc.com/)

Transtelco (https://transtelco.net/)

Troppus Software (https://www.echostar.com/)

Tuf-Tug Products (http://www.tuf-tug.com/)

Turris Corporation (http://www.turriscorp.com/)

TIA uses cookies to give users the best experience on our website. Learn more about which cookies TIA uses or switch them off in settings.

ALL MEMBERS                                                                                                                                    TOP^

ACCEPT

U.S. Conec LTD (http://www.usconec.com/)

U.S. Department of Homeland Security (https://www.dhs.gov/)

U.S. Department of Interior (https://www.doi.gov/)

UL, LLC (https://www.ul.com/)

Union Pacific Railroad (https://www.up.com/index.htm)

United States Coast Guard (https://www.uscg.mil/)

## V MEMBERS                                                       TOP^

Valid8 (https://www.valid8.com/)

Vapor IO, Inc (http://www.vapor.io/)

Verizon (https://www.verizon.com/about/homepage)

Vertical Bridge (http://www.verticalbridge.com/)

Vertical Structures, Inc. (http://www.verticalstructures.com/)

Vertiv (https://www.vertivco.com/en-us/)

Viakoo (https://www.viakoo.com/)

Viavi Solutions (https://www.viavisolutions.com/en-us)

Vulcan MMS (https://www.go-vulcan.com/)

## W MEMBERS                                                       TOP^

Walker and Associates (https://www.walkerfirst.com/)

Walker Engineering Inc. (http://www.walkerengineer.com/)

WavCatcher (http://www.wavcatcher.com/index.html)

Web Industries (http://www.webindustries.com/)

Westbrook Engineering (http://westbrook-eng.com/)

Whitesell Consulting LLC (http://whitesellfinancialgroup.com/)

Wilkofsky Gruen Associates (http://www.wilkofskygruen.com/)

Williams Communications, Inc. (https://www.wilcom.com/)

Wilson Electronics (https://www.weboost.com/)

Wire Werks (http://www.wirewerks.com/)

TIA uses cookies to give users the best experience on our website. Learn more about which cookies TIA uses or switch them off in settings.

ACCEPT

Wonderful Hi-Tech (http://www.wontex.com/)

## Y MEMBERS                                                              TOP^

Ygomi LLC (http://www.ygomi.com/)

## Z MEMBERS                                                              TOP^

Zetron, Inc. (http://www.zetron.com/)

Zinwave Ltd (https://www.zinwave.com/about)

ZTE Corporation (http://www.zte.com.cn/global/)

# BUSINESS PERFORMANCE COMMUNITY

3M Communication Markets Division (https://www.3m.com/3M/en_US/communications-us/)

ABS Quality Evaluations Inc (http://www.abs-qe.com/)

ADVA Optical Networking (https://www.advaoptical.com/en)

AFL Telecommunications LLC. (https://www.aflglobal.com/Home.aspx)

All Systems Broadband (http://www.allsystemsbroadband.com/)

ALOM Technologies Corporation (https://www.alom.com/)

Alpha Technologies Ltd (https://www.alpha.ca/)

Amphenol Telect, Inc. (https://www.telect.com/)

ANSI – ASQ National Accreditation Board (ANAB) (https://www.anab.org/)

ARRIS Group, Inc. (http://www.arris.com/)

Austrian Federal Ministry of Economy, Family and Youth (BMWFJ) (https://ec.europa.eu/growth/tools-databases/eip-raw-materials/en/content/bmwfj-%E2%80%93-austrian-federal-ministry-economy-family-and-youth)

Award Solutions (https://www.awardsolutions.com/portal/home)

Barry County Telephone Co. (https://www.barryarea.com/)

Bharti Airtel Limited (http://www.airtel.in/about-bharti/about-bharti-airtel)

Bizpeer Co. Ltd. (http://www.bizpeer.co.kr/main/main.php)

BIZPHYX, INC. (http://www.bizphyx.com/)

TIA uses cookies to give users the best experience on our website. Learn more about which cookies TIA uses or switch them off in settings.

ACCEPT

| |
|---|
| BSI Group (https://www.bsigroup.com/) |
| BT Group (https://www.btplc.com/Thegroup/) |
| Bureau Veritas Certification North America, Inc. (http://www.us.bureauveritas.com/) |
| Business for Social Responsibility (BSR) (https://www.bsr.org/en/) |
| Bywater Excel UK (https://www.bywater.co.uk/) |
| CABLCON (http://www.cablcon.com/) |
| Calix, Inc. (https://www.calix.com/) |
| Canoga Perkins (http://www.canoga.com/) |
| CANTO (https://www.canto.com/) |
| Capital Communications, Inc. (https://www.capcominc.com/) |
| CenturyLink (http://www.centurylink.com/) |
| CEPREI Certification Body (http://www.isoiec20000certification.com/home/CertificationBodies/RCBs/CEPREI.aspx) |
| Cherokee Nation Industries, LLC dba Cherokee Nation Telecommunications (http://cherokee-corp.com/Pages/home.aspx) |
| China National Accreditation Service for Conformity Assessment(CNAS) (https://www.cnas.org.cn/english/index.shtml) |
| Ciena Corporation (http://www.ciena.com/) |
| Cognizant Technology Solutions India Pvt. Ltd. (https://www.cognizant.com/) |
| Communications Test Design (CTDI) (https://www.ctdi.com/) |
| Comtech Telecommunications Corp (http://www.comtechtel.com/) |
| Comtest Networks, Inc. (https://comtestnetworks.com/) |
| Contec Holdings, LLC (http://gocontec.com/) |
| Coriant (https://www.coriant.com/) |
| Databox (https://databox.com/) |
| DNV GL (https://www.dnvgl.com/) |
| DQS Inc. (https://dqsus.com/) |
| ECI Telecom (http://www.ecitele.com/) |
| Emirates Telecommunication Corporation (Etisalat) (https://www.abudhabi.ae/portal/public/en/departments/etisalat;jsessionid=R- |

TIA uses cookies to give users the best experience on our website. Learn more about which cookies TIA uses or switch them off in settings.

ACCEPT

r_DNHf6Zulg8aGdvRr0x6ezU3Lw-Pkftj87KJl3RxRLwH8CRTn!-124795875!163664868!1524697453023)

epi Consulting (http://www.epiconsultants.com/)

FiberHome Telecommunications Technologies Inc. (http://www.fiberhome.com/en/default.aspx)

Fortis Networks, Inc (http://www.fortisnetworks.com/)

Fortress Solutions (http://www.fortsol.com/)

General Cable Corporation (https://www.generalcable.com/)

Genesis Networks, Inc. (http://www.genesisnet.com/)

GF MICRO OPTICS PHILIPPINES, INC. (http://www.gofoton.ph/)

Goetzpartners (https://www.goetzpartners.com/)

Goodman Networks (http://www.goodmannetworks.com/)

Great Plains Communications (https://www.gpcom.com/)

Hewlett Packard Enterprise (https://www.hpe.com/us/en/home.html)

Hong Kong Quality Assurance Agency (HKQAA) (http://www.hkqaa.org/en_index.php)

Huawei Technologies Co., Ltd. (http://www.huawei.com/us/)

ICBS (http://www.icbsrepair.com/)

INCREDITEK (https://www.increditek.com/)

Industrial Internet Consortium (IIC) (http://www.iiconsortium.org/)

IQor Global Services (https://www.iqor.com/)

IRAM (http://www.iram.org.ar/)

Jabil Circuit Inc (https://www.jabil.com/)

Japan Accreditation Board (JAB) (https://www.jab.or.jp/en/)

Japan Quality Assurance Organization – JQA (https://www.jqa.jp/english/)

Jiangsu Zhongtian Technology

KCI Telecommunications, LLC (https://kcitelecom.com/)

Korea Accreditation Board (http://www.kab.or.kr/English/kab/kab_greeting.html)

Korea Quality Assurance (KQA) (http://www.kqa.co.kr/)

KPN (https://www.kpn.com/)

TIA uses cookies to give users the best experience on our website. Learn more about which cookies TIA uses or switch them off in settings.

ACCEPT

LG Electronics Inc. (http://www.lg.com/us)

Link America, LLC (http://www.linkam.com/)

Lloyds Register Quality Assurance Inc. (http://www.lrqausa.com/)

Mastec North America, Inc. (http://www.mastec.com/)

MDSi (https://www.mdsiinc.com/)

Metrinomics GmbH (https://www.metrinomics.com/)

Microsemi Frequency and Time Corporation (https://www.microsemi.com/)

Millennium Technical Services, Inc. (http://www.millenniumtechnicalservices.com/)

National Association of Tower Erectors (NATE) (https://natehome.com/)

National Standards Authority of Ireland (https://www.nsai.ie/)

Nave Communications Co. (http://www.ncctel.com/)

NEC Groups (https://www.nec.com/)

New Lisbon Telephone Company (http://www.nltc.net/)

Nippon Telegraph and Telephone Corp. (NTT) (http://www.ntt.co.jp/index_e.html)

NQA (National Quality Assurance) (https://www.nqa.com/en-us)

NTSG, Inc. (https://www.ntsginc.com/)

Oracle (https://www.oracle.com/index.html)

Orion Registrar, Inc. (http://www.orion4value.com/)

P3 group (http://www.p3-group.com/)

PALCO Telecom Service, Inc. (http://www.gotopalco.com/)

PC Network Inc. (http://www.pcn-inc.com/)

Phoenix Telecom Solutions, Inc. (http://phoenix-ts.com/)

Plexus Corp (https://www.plexus.com/en-us/)

Prysmian Cables and Systems USA, LLC (https://www.prysmiangroup.com/en)

Purcell Systems, Inc (https://www.purcellsystems.com/)

QA – Quality Austria (https://www.qualityaustria.com/index.php?id=54&L=1)

RigNet (https://www.rig.net/)

Sector Supply LP (https://www.sectorsupply.com/)

SGS-CSTC Standards Technical Services Co., Ltd. (https://www.sgs.com/)

Shenzhen Association for Quality (SAQ) (http://www.szaq.org.cn/)

TIA uses cookies to give users the best experience on our website. Learn more about which cookies TIA uses or switch them off in settings.

ACCEPT

SPC (http://www.spc.net/)

Standards Council of Canada (SCC) (https://www.scc.ca/)

Sterlite Technologies Limited (https://www.sterlitetech.com/)

Superior Essex International LP (http://www.superioressex.com/)

Tata Communications Limited (https://www.tatacommunications.com/)

TE Connectivity (http://www.te.com/usa-en/home.html)

Tech Mahindra Limited (https://www.techmahindra.com/DAVID.html)

Technofer.Ltd.Japan (http://www.technofer.co.jp/)

Telamon Technologies Corporation (https://www.telamon.com/)

Telecommunications Consultants India Limited "TCIL" (https://www.tcil-india.com/)

TeleManagement (TM) Forum (https://www.tmforum.org/)

Telmar Network Technology – An iQor Company * (http://www.iqormarketplace.com/)

Teltech Communications (http://teltech.com/)

TELUS Communications (https://www.telus.com/en/ab/index.jsp)

Tempest Telecom Solutions (https://www.tempesttelecom.com/)

The DESARA Group, Inc. (http://www.desaragroup.com/)

Tii Technologies Inc. (http://www.tiitech.com/)

Trillion Communications Corporation (http://www.trillionusa.com/)

Trilogy Communications, Inc. (http://www.trilogycoax.com/)

TUV SUD America, Inc. (http://www.tuvamerica.com/)

TÜV Rheinland (China) Ltd. (https://www.tuv.com/usa/en/)

Vetco Solutions (http://www.vetcosolutions.com/)

Vodafone Business Services (https://www.vodafone.in/business/home)

Wipro Limited (https://www.wipro.com/en-US/)

World Wide Technology (https://www2.wwt.com/)

Worldlink (https://worldlink-us.com/)

# ENGINEERING COMMITTEE PARTICIPANTS

TIA uses cookies to give users the best experience on our website. Learn more about which cookies TIA uses or switch them off in settings.

ACCEPT

American Tower Corporation (http://www.americantower.com/corporateus/global-country-selector/index.htm)

B+T GRP (http://www.btgrp.com/)

Belden (https://www.belden.com/)

Black & Veatch (https://www.bv.com/)

CaptionCall LLC (https://captioncall.com/)

Chemours (https://www.chemours.com/)

Codan Radio Communications (http://www.codanradio.com/)

Condumex – Conductores Mexicanos Electricos y de Telecomunicaciones (http://www.condumex.com.mx/ES/Paginas/Condumex_cables.aspx)

Electronics Research, Inc. (https://www.eriinc.com/)

Elevated Structural Consultants

EXFO E.O. Engineering, Inc. (https://www.exfo.com/en/)

Futurecom Systems Group, ULC (http://www.futurecom.com/)

General Cable (https://www.generalcable.com/)

GlenMartin (http://www.glenmartin.com/)

Howell Laboratories (https://www.howelllabs.com/)

Hubbell Premise Wiring, Inc. (https://www.hubbell.com/)

Huber+Suhner AG (https://www.hubersuhner.com/en)

Jacobs (http://www.jacobs.com/)

MasTec Network Solutions (http://www.mastecnetworksolutions.com/)

Molex Inc. (http://www.molex.com/)

NetGemini, Inc. (http://www.netgemini.co.jp/)

ODVA (https://www.odva.org/)

Paul J. Ford & Company (http://pauljford.com/)

Plantronics (https://www.plantronics.com/us/en)

Proactive Telecommunications Solutions, LLC (http://www.proactivetelecom.co.nz/)

Reese Tower Services (https://www.reesetowerservices.com/)

Reichle & De-Massari, AG (https://www.rdm.com/)

TIA uses cookies to give users the best experience on our website. Learn more about which cookies TIA uses or switch them off in settings.

ACCEPT

| | |
|---|---|
| Rockwell Automation (https://www.rockwellautomation.com/) | |
| Rohn Products International Arabia (http://m.rohnproducts.com/) | |
| Sabre Industries, Inc. Towers and Poles Division (http://www.sabreindustries.com/) | |
| SBA Communications Corporation (http://en.sbasite.com/) | |
| Sterlite Technologies Ltd (https://www.sterlitetech.com/) | |
| Superior Essex (http://www.spsx.com/) | |
| T-Mobile USA, Inc. (https://www.t-mobile.com/) | |
| Tower Engineering Professionals, Inc. (http://tepgroup.net/) | |
| Tower Technology (http://www.ttikc.com/) | |
| Trylon TSF (http://www.trylon.com/) | |
| TSC Technology Service Corporation (http://www.tsc.com/) | |
| US Army Information Systems Engineering Command (http://cecom.army.mil/organizations.html#usaisec) | |
| Valmont Industries, Inc. (http://www.valmont.com/) | |
| X-Rite (https://www.xrite.com/) | |

# RELATED CONTENT

### MEMBERS ONLY (HTTPS://WWW.TIAONLINE.ORG/MEMBERSHIP/MEMBERS-ONLY/)
(https://www.tiaonline.org/membership/members-only/)

Maximize Your Benefits TIA and our members set the standards, policies, and make the markets that the industry operates in every Similar post


(https://www.tiaonline.org/news/newsletters/)

### NEWSLETTERS (HTTPS://WWW.TIAONLINE.ORG/NEWS/NEWSLETTERS/)
In "News"


(https://www.tiaonline.org/membership/)

### MEMBERSHIP (HTTPS://WWW.TIAONLINE.ORG/MEMBERSHIP/)
In "membership"

TIA uses cookies to give users the best experience on our website. Learn more about which cookies TIA uses or switch them off in settings.

ACCEPT

Telecommunications Industry Association
1320 North Courthouse Road, Suite 200
Arlington, VA 22201
main: +1.703.907.7700 fax: +1.703.907.7727

Contact Us (mailto:marketing@tiaonline.org)

(https:/ (https:/ (https:/ (https:/
/www.fa /twitter. /www.li /www.yo
cebook. com/TIA nkedin. utube.c
com/TIA online) com/co om/user
Events/) mpany/t /TheTIA
ia- Now)
tele
com
mu
nica
tion
s-
ind
ustr
y-
ass
ocia
tion
-)

TIA uses cookies to give users the best experience on our website. Learn more about which cookies TIA uses or switch them off in settings.

ACCEPT