# Exhibit 19

## Questionnaire for chipset manufacturers

The Korean Fair Trade Commission (the "KFTC") is reviewing market power abuses of Qualcomm Incorporated ("Qualcomm") in sales and licensing of chipsets. The purpose of this questionnaire is to obtain necessary information from you, a competitor of Qualcomm, in connection with the foregoing review.

Pursuant to Article 62 of the Monopoly Regulation and Fair Trade Act, your answers to this questionnaire will be kept as confidential information and will not be used for any purpose other than enforcement of the said act. Thus, we would appreciate if you could provide answers in maximum details based on facts. We ask you to be mindful of the confidentiality of the contents of this questionnaire and your answers and not to disclose them to outside.

After completing this questionnaire, please scan your answers and this questionnaire and send the scanned files to pars@korea.kr. If you have completed portions of this questionnaire, please send us the completed portions first followed by delivery of all of your final answers upon their completion...

In order for us to confirm that your answers are authentic, please impress your official seal (or any equivalent mark) on each page and put a serial number on each page.

For questions, please contact Anti-Monopoly Division Senior Deputy Director Young Wook YOO, sonoyoo@gmail.com; and Deputy Director Jung Hyun PARK, pars@korea.kr.

서울특별시 중구 남대문로 63 (소공동)
한진빌딩, TEL : 772-4000
Lee&Ko 법무법인 광장
대표변호사 : 김재훈 유원규 길태기
박용석 이가화 정우영



Confidential Commercial Information                                    MRVL-00000059

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

## 1. General Information

1-1. Please provide the following information about you:

> o Name of company :  Marvell Semiconductor, Inc. ("Marvell")
> o Name and title (grade) of officer : See outside counsel information below.
> o Email : See outside counsel information below.
> o Direct phone number : +1 408-222-2500   Facsimile number: +1 (408) 333-9827
> o Website address : Marvell's website is accessible from the website of Marvell Technology Group, Ltd.: www.marvell.com.
> o Mailing address (including postal code) :
> 5488 Marvell Lane, Santa Clara, CA 95054 USA
>
> o Name of law firm : Lee & Ko
> o Name and title of the attorney in charge :
> Yong Seok Ahn and Jun Taek Lee
> o Email : yongseok.ahn@leeko.com, juntaek.lee@leeko.com
> o Direct phone number : +82-2-772-4341, +82-2-772-4371   Facsimile number : +82-2-772-4001/2
> o Website address : www.leeko.com
> o Mailing address (including postal code) : Hanjin, Building 63 Namdaemun-ro, Jung-gu Seoul 100-770, Korea

1-2. Please provide general information about you. Sales information should separately specify Korean sales and worldwide sales.

This answer contains sensitive confidential information that Marvell requests to be held strictly confidential. *See* 7-1.

Marvell Semiconductor, Inc. ("Marvell") is a fabless semiconductor designer and provider. Sales information for Marvell and its affiliates is sensitive and confidential information that Marvell respectfully believes may only be disclosed after gaining a better understanding of the specific needs of the Commission in the context of this investigation of a third party



서울특별시 중구 남대문로 63(소공동)
한진빌딩, TEL : 772-4000
Lee & Ko 법무법인 광장
대표변호사 : 김재훈 유원규 길태기
박용석 이규화 정우영

2

renewal, solve the risk of infringing Qualcomm patents in connection with manufacture or sale of chipsets?

    Stopped manufacturing chipsets ( )

    Executed a covenant not to sue (or any alternative agreement) with Qualcomm ( )

    Withdrew from the sales business and engaged in foundry business only ( )

    Other (Please provide a detailed explanation) ( )

N/A

3-6. Have you entered into a binding agreement with a wireless telecommunication standard patent owner other than Qualcomm (e.g., Nokia, Samsung Electronics, Motorola) to use such owner's technologies to manufacture baseband chipsets used in mobile equipment?

    Yes ( )    No ( X )

This answer contains sensitive confidential information that Marvell requests to be held strictly confidential. *See* 7-1.

Marvell is a fabless designer that does not manufacture its chip designs. Marvell has cross-license relationship with other semiconductor providers such as Intel in the area of baseband chipsets. Please see 4-2.

3-7. If you answer to 3-6 is yes, please answer 3-7-1 to 3-7-3.

N/A

    3-7-1. Please explain the contents of such agreement in comparison to your answers to 3-2-1 to 3-2-9.

10