# EXHIBIT A

FEDERAL TRADE COMMISSION
Jennifer Milici
J. Alexander Ansaldo
Joseph R. Baker
Elizabeth A. Gillen
Daniel Matheson
Mark Woodward
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Tel.: (202) 326-2912
Fax: (202) 326-3496
jmilici@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
825 Eighth Avenue
New York, New York 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest (SBN 84065)
rvannest@keker.com
Eugene M. Paige (SBN 202849)
epaige@keker.com
Justina Sessions (SBN 270914)
jsessions@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

MORGAN, LEWIS & BOCKUS LLP
Richard S. Taffet (*pro hac vice*)
richard.taffet@morganlewis.com
101 Park Avenue
New York, New York 10178-0060
Tel: (212) 309-6000
Fax: (212) 309-6001

Attorneys for Defendant
QUALCOMM INCORPORATED

*Additional Counsel in the Signature Block*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**JOINT STIPULATION REGARDING UNDISPUTED FACTS** |

Plaintiff the Federal Trade Commission ("FTC") and Defendant Qualcomm Incorporated ("Qualcomm") (collectively, the "Parties") respectfully submit this Joint Stipulation Regarding Undisputed Facts.

The following facts are undisputed, and the Parties hereby stipulate to them for incorporation into the trial record without the necessity of supporting testimony or exhibits. However, the Parties agree that neither Party will object to the presentation of evidence in support of these stipulated facts at trial on the ground that such facts were the subject of this stipulation. The Parties agree that the stipulation of facts below is made without prejudice to each Party's ability to bring any motions *in limine*.

For purposes of the stipulated facts below: "Cellular Handsets" shall refer to complete cellular end-user cellular telephones, including feature phones and smartphones.

1.      QUALCOMM Incorporated ("Qualcomm") is headquartered in San Diego, California.

2.      Since at least 1989, Qualcomm has been, and is now, a corporation.

3.      Since at least 1989, Qualcomm has been, and is now, engaged in interstate and international commerce.

4.      Qualcomm's operating segment relating to its chip and software business is called Qualcomm CDMA Technologies ("QCT"). Qualcomm's operating segment relating to the licensing of its patents is called Qualcomm Technology Licensing ("QTL").

5.      In 2012, Qualcomm created Qualcomm Technologies, Inc. ("QTI"), a wholly owned subsidiary of Qualcomm. QTI operates substantially all of Qualcomm's products and services businesses, including QCT, as well as substantially all of Qualcomm's engineering, research and development functions. Qualcomm continues to operate QTL.

6.      Qualcomm CDMA Technologies Asia -Pacific Pte. Ltd. ("QCTAP"), a Singapore company, is a wholly owned indirect subsidiary of Qualcomm.

7.      Cellular communications depend on widely distributed networks that implement cellular communications standards.

Joint Stipulation Regarding Undisputed Facts
Case No. 5:17-cv-00220-LHK

8.    Some OEMs have purchased multimode modem chips for use in Cellular Handsets intended for operation on the major U.S. wireless networks.

9.    Cellular Handsets are designed, marketed, and sold by original equipment manufacturers ("OEMs") such as Samsung, Huawei, Apple, Xiaomi, Oppo, Vivo, Google, Lenovo/Motorola Mobility, and LG.

10.    Consumers purchase Cellular Handsets for a variety of reasons, including for (a) their ability to transmit and receive data at high-speeds over cellular networks, such as those implementing LTE, the highest-speed cellular standard which has been widely commercialized to date, and (b) their ability to perform voice calls.

11.    The Third Generation Partnership Project ("3GPP") and the Third Generation Partnership Project 2 ("3GPP2") are global collaborative partnerships of standards development/standards-setting organizations ("SDOs" or "SSOs") and other industry participants that develop technical specifications for cellular standards.

12.    The current "organizational partners" of 3GPP are seven regional SDOs, specifically: the European Telecommunications Standards Institute ("ETSI"), the Alliance for Telecommunications Industry Solutions ("ATIS"), the Association of Radio Industries and Businesses, Japan ("ARIB"), the Telecommunication Technology Committee, Japan ("TTC"), the China Communications Standards Association ("CCSA"), the Telecommunications Standards Development Society, India ("TSDSI"), and the Telecommunications Technology Association, Korea ("TTA").

13.    The current organizational partners of 3GPP2 are five regional SDOs, specifically: the Telecommunications Industry Association ("TIA"), ARIB, TTC, CCSA, and TTA.

14.    Cellular communications standards have evolved over "generations," including second-generation ("2G"), third-generation ("3G"), and fourth-generation ("4G") standards.

15.    2G cellular standards include the Global System for Mobile ("GSM") and cdmaOne (also sometimes called "TIA/EIA/IS-95" or "IS-95").

16.    ETSI adopted GSM as a cellular standard. ETSI also adopted General Packet

Joint Stipulation Regarding Undisputed Facts
Case No. 5:17-cv-00220-LHK

1  Radio Service ("GPRS") and Enhanced Data Global Evolution ("EDGE") as improvements to

2  GSM.  These are considered 2G standards.

3      17.   GSM uses time division multiple access ("TDMA") technology.

4      18.   TIA adopted cdmaOne as a cellular standard.  TIA also adopted IS-95A and

5  IS-95B as improvements to cdmaOne.  These are considered 2G standards.

6      19.   cdmaOne uses code division multiple access ("CDMA") technology.

7      20.   3G cellular standards include the Universal Mobile Telecommunications System

8  ("UMTS") and CDMA2000.

9      21.   UMTS is an umbrella term for three 3G cellular air interfaces standardized within

10  3GPP: UTRA-FDD, commonly called Wideband CDMA ("WCDMA"), used worldwide; UTRA-

11  TDD High Chip Rate, having little deployment; and UTRA-TDD Low Chip Rate, commonly

12  called Time Division-Synchronous CDMA ("TD-SCDMA"), used primarily in China.  The term

13  HSDPA refers to certain additional UMTS features included in Release 5. HSUPA refers to

14  certain additional UMTS features included in Release 6.  The combination of HSDPA and

15  HSUPA is commonly called HSPA, and HSPA/HSPA+ refers to certain additional UMTS

16  features included in Release 7 and beyond.

17      22.   Included within the CDMA2000 family of standards are CDMA2000 1x, often

18  called 1xRTT, and High Rate Packet Data, often called 1xEV-DO or EV-DO.

19      23.   CDMA2000 was standardized by 3GPP2.

20      24.   In the United States, AT&T and T-Mobile have operated WCDMA networks.

21  Verizon and Sprint have operated CDMA2000 networks.

22      25.   All four major U.S. carriers (Verizon, AT&T, T-Mobile and Sprint) have deployed

23  Long Term Evolution ("LTE"), which also encompasses the LTE Advanced, or "LTE-A,"

24  standard), as their 4G standard.

25      26.   LTE uses orthogonal frequency division multiple access ("OFDMA") technology

26  for downlink transmissions and single-carrier frequency division multiple access ("SC-FDMA")

27  technology for uplink transmissions.

28

Joint Stipulation Regarding Undisputed Facts
                                    Case No. 5:17-cv-00220-LHK

27. LTE was standardized by 3GPP.

28. Apple does not manufacture iPhones and iPads itself but instead uses third-party manufacturers ("Contract Manufacturers") to manufacture those products.

29. The Contract Manufacturers that currently manufacture iPhones and/or iPads for Apple include: (i) FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., and Foxconn International Holdings Limited (collectively "Foxconn"), (ii) Pegatron Corporation ("Pegatron"), (iii) Wistron Corporation ("Wistron"), and (iv) Compal Electronics, Inc. ("Compal").

30. In January 2007, Apple and Qualcomm entered into a Marketing Incentive Agreement, effective as of January 8, 2007 ("MIA").

31. In February 2011, Apple, Qualcomm, and QCTAP entered into a Transition Agreement, effective as of February 11, 2011 ("TA").

32. On February 28, 2013, Apple, Qualcomm, and QCTAP entered into a First Amendment to Transition Agreement, effective as of January 1, 2013 ("FATA").

33. On February 28, 2013, Apple and Qualcomm entered into a Business Cooperation and Patent Agreement, effective as of January 1, 2013 ("BCPA").

34. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.

35. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.

36. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.

37. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.

38. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.

39. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

4



1  ██████████████████████████████.

2      50.    Lenovo Mobile Communication Technology Ltd. ("Lenovo") is a successor in

3  interest to Legend.

4      51.    ███████████████████████████████████████████

5  █████████████████████████████████████████████████

6  █████████████████████████████████████████████████

7  ██.

8      52.    ███████████████████████████████████████████

9  ████████████████████████████████████.

10     53.    On October 30, 2014, Lenovo announced that it had completed the acquisition of

11  Motorola Mobility.

12     54.    █████████████████████████████████████████

13  ████████████████████████████████.

14     55.    ███████████████████████████████████████████

15  ██████████████████████████████.

16     56.    ████████████████████████████████████████████

17  ████████████████████████████████████████

18  ███████████████████████████████.

19     57.    ████████████████████████████████████████████

20  █████████████████████████████████████████████

21  ████████████████████████████.

22     58.    █████████████████████████████████████████

23  ██████████████████████████████████████████.

24     59.    ████████████████████████████████████

25  █████████████████████████████████.

26     60.    ██████████████████████████████████████████

27  █████████████████████████████████████████████.

28

Joint Stipulation Regarding Undisputed Facts
Case No. 5:17-cv-00220-LHK

1    61.    Goldstar Information & Communications, Ltd. is a corporate predecessor to LG

2    Electronics ("LGE").

3    62.    ██████████████████████████████████████████████

4    ████████████████████████████████████████████████████████

5    ████████████████.

6    63.    LG Information & Communications, Ltd. is a corporate predecessor to LGE.

7    64.    ████████████████████████████████████████████████████

8    ████████████████████████████████████████████████.

9    65.    ████████████████████████████████████████████████

10   ███████████████████████████████████████████████████████.

11   66.    ████████████████████████████████████████████████

12   ████████████.

13   67.    █████████████████████████████████████████████

14   ███████████████████████████████████████████████████

15   ████.

16   68.    ████████████████████████████████████████████████

17   ████████████████████████.

18   69.    ████████████████████████████████████████████

19   ████████████████████████████████████.

20   ███████████████████.

21   70.    ███████████████████████████████████████████████████

22   ████████████████████████.

23   71.    ██████████████████████████████████████████████

24   ████████████████████████████████████████████.

25   ████████████████████.

26   72.    ██████████████████████████████████████████████

27   ██████████████████████████.

28



85. [redacted].

86. [redacted].

87. [redacted].

88. [redacted].

89. [redacted].

90. [redacted].

91. [redacted].

92. [redacted].

93. [redacted].

94. [redacted].

95. [redacted].

1  96. ███████████████████████

2  ██████████████████████ .

3  97. ██████████████████████

4  ██████████████████████

5  ███████████████████████

6  ██████████████ .

7  98. ██████████████████████

8  ███████████████████████ .

9  99. ████████████████████████

10 ███████████████████████

11 ████████████████████ .

12 100. ████████████ .

13 101. █████████████ .

14 102. ██████████████ .

15 103. ████████████ .

16 104. ███████████ .

17 105. █████████████ .

18 106. ████████████ .

19 107. █████████████ .

20 108. ███████████████ .

21 109. ███████████████ .

22 110.   Current Qualcomm employment histories are stipulated to as of October 2018.

23 111.   Derek Aberle was President of Qualcomm from 2014 until January 3, 2018, when

24 he left the company.  His prior roles at Qualcomm included Legal Counsel (2000 to 2005),

25 General Manager of Licensing (2005-2008), Executive Vice President and President of QTL

26 (2008 to 2011) and Executive Vice President and Group President of QTL (2011 to 2014).

27 112.   Baaziz Achour is Senior Vice President of Engineering at QTI.  He has been in

28

Joint Stipulation Regarding Undisputed Facts
Case No. 5:17-cv-00220-LHK

this role for approximately ten years, and has worked at Qualcomm since 1993.

113.    Jeffrey (Jeff) Altman worked in Business Development within QTL from 1998 until his retirement on January 3, 2018.  He joined Qualcomm in 1992.

114.    Steven (Steve) Altman was President of Qualcomm from 2005 to 2011, and Vice Chairman from November 2011 until his retirement in January 2014.  Prior to those roles, he had worked at Qualcomm since 1989, in various roles including General Counsel, Senior Vice President and Vice President.

115.    Cristiano Amon is President of Qualcomm, a position he has held since January 2018, and oversees Qualcomm's semiconductor business.  He was previously Executive Vice President and President of QCT from 2015 to December 2018, and was Executive Vice President and Co-President of QCT from 2012 to 2015.  He started at Qualcomm in 1995 and since then, excluding a period from June 1999 to November 2001 during which he was not employed by Qualcomm, has held various other roles relating to Qualcomm's semiconductor business.

116.    Robert (Xiaopeng) An was Senior Director of Business Development at QTL, located in Beijing, until August 2018.  He began working at Qualcomm in approximately 2010.

117.    Marvin (Marv) Blecker was Senior Vice President of QTL from April 1995 to April 2005 and General Manager of QTL from November 2001 to April 2005, and then President of QTL from April 2005 through October 2008, also serving as Executive Vice President of Qualcomm from 2006 through October 2008. He also served as Senior Vice President of QTL from October 2008 until his retirement in February 2014. He joined Qualcomm in 1992.

118.    Lorenzo Casaccia is Vice President of Technical Standards at Qualcomm Europe Inc.  He has been the lead for Qualcomm's 3GPP technical standards efforts since 2008.  He joined Qualcomm in 2001.

119.    Yunhui Chae-Banks is Vice President of Business Development at QTL a position she has held since 2016.  Prior to her current role, she was an attorney for QTL and other Qualcomm business units since she started at Qualcomm in 2003.

120.    Anand Chandrasekher was Senior Vice President and General Manager for

Joint Stipulation Regarding Undisputed Facts
Case No. 5:17-cv-00220-LHK

Qualcomm's Datacenter Technologies Inc. from December 2015 until departing Qualcomm in July 2018.  He previously was Senior Vice President for Business Development of the Data Center Group from October 2013 to December 2015, and was Senior Vice President and Chief Marketing Officer from August 2012, when he joined Qualcomm, until October 2013.

121.  Liren Chen is Senior Vice President of Engineering and Legal Counsel in QTL, where he leads QTL's technology and product management team.  He has been a Senior Vice President of Engineering and Legal Counsel since October 2015; prior to that, from February 2009, he was Vice President of Engineering and Legal Counsel in the Intellectual Property and Strategic IP departments.  He joined Qualcomm in 1996.

122.  Victoria (Vicky) Chen is Senior Vice President, Legal Counsel at QTI.  She started at Qualcomm in 1998 as Attorney in the subscriber unit group.  That group was sold to Kyocera Wireless in 2000, and she re-joined Qualcomm in 2004.

123.  David Cianflone is Senior Vice President, Finance at QTL.  Prior to his current position, he has held various finance roles for different Qualcomm business units since he started in 1998.

124.  George Davis is Executive Vice President and Chief Financial Officer for Qualcomm, and has been since he joined Qualcomm in March 2013.

125.  Jim Doh was Vice Chairman, Qualcomm Asia, from approximately 2014 until his retirement in January 2017.  He previously held various other roles, including Senior Vice President of Worldwide Sales, President of QCT Asia, and Senior Vice President and President of QCT, since he started at Qualcomm in 1997.

126.  Deborah Dwight is Vice President, Division Counsel at QTL, a position she has held since May 2017.  She previously held various other roles as an attorney in QTL and in Qualcomm's Corporate Legal department since starting at the company in 2001.

127.  Fabian Gonell is Senior Vice President, Licensing Strategy, and Legal Counsel at QTL and has been in this role since 2017.  Prior to his current role, he has held roles as Division Counsel and as an attorney in QTL since 2009, and as an attorney in Qualcomm's Corporate

Joint Stipulation Regarding Undisputed Facts
Case No. 5:17-cv-00220-LHK

Legal department from 2007 to 2009.

128.    Matthew Grob was Executive Vice President of Technology from April 2017 until May 2018.  He previously was Qualcomm's Chief Technology Officer from 2011 to March 2017, Senior Vice President of Engineering in Qualcomm's Corporate R&D unit from 2006 to 2010, and held other engineering roles at Qualcomm since starting at the company in 1991.

129.    Kirti Gupta was Director of Economic Strategy within Qualcomm's Strategic Intellectual Property group from approximately 2012 through 2016, when she assumed her current role as Senior Director of Economic Strategy within Qualcomm's legal department.  She previously held various other roles since starting in Qualcomm, with the exception of a brief period from late 2008 through early 2009, when she was not a Qualcomm employee.

130.    Michael Hartogs was Senior Vice President and Division Counsel of QTL from October 2006 until 2012, and was Vice President and Division Counsel of QTL from June 2005 until February 2012.  He held roles in Qualcomm's Corporate Legal department when since he joined the company in 1999.

131.    Irwin Jacobs was a co-founder of Qualcomm in 1985.  He has served as President, Chief Executive Officer and Chairman of the company.  He left his role as Chief Executive Officer in 2005 and retired from Qualcomm in 2009.

132.    Paul Jacobs served as Chairman of the Qualcomm Board of Directors from March 2009 to March 2014, as Executive Chairman of the Board of Directors from March 2014 to March 2018.  Mr. Jacobs also served as a Director from June 2005 to March 2018. He served as Chief Executive Officer from June 2005 to March 2014.  He began working at Qualcomm full-time in 1990.

133.    Sanjay Jha was President of QCT from 2003 to 2008, as well as Chief Operating Officer of Qualcomm from 2006 to 2008.  He also served as Executive Vice President of QCT from 2003 to 2006.  He joined Qualcomm in 1994.

134.    Aliyar (Alex) Katouzian is Senior Vice President and General Manager of the Mobile Business Operations Unit at QTI.  He joined Qualcomm in October 2002.

Joint Stipulation Regarding Undisputed Facts
Case No. 5:17-cv-00220-LHK

1    135.    Eric Koliander is Vice President, Sales, in QCT.  He joined Qualcomm in 2006.

2    136.    Keith Kressin is Senior Vice President of Product Management at QTI, a position

3    he has held since 2015.  He has held various other roles in QTI and QCT since he joined

4    Qualcomm in 2008.

5    137.    James (Jim) Lederer was Executive Vice President and General Manager of QCT

6    from May 2009 until his retirement in January 2014.  He previously held other roles at

7    Qualcomm since he joined the company in 1997.

8    138.    Louis (Lou) Lupin was Senior Vice President, General Counsel, from 2000 to

9    2006, and Executive Vice President and General Counsel of Qualcomm from 2006 to August

10   2007.  He served as Legal Consultant from August 2007 until his retirement in August 2014.  He

11   previously held other roles at Qualcomm.  He joined Qualcomm in 1995.

12   139.    Durga Malladi is Senior Vice President of Engineering and General Manager of

13   4G/5G at QTI.  He has held this role since June 2018.  He held various other roles, including

14   Senior Vice President, Vice President of Engineering, Senior Director of Engineering, and Senior

15   Engineer, since he started at Qualcomm in 1998.

16   140.    Roger Martin was Senior Vice President, Chief IP Strategist at Qualcomm, from

17   October 2008 until his retirement in March 2018.  From April 2003 to October 2008 he served as

18   Vice President, Patent Counsel, and has held various other roles since he joined Qualcomm in

19   1993.

20   141.    Sanjay Mehta is Senior Vice President for Compute Products, a role has held since

21   July 2018.  He previously was Senior Vice President of QCT China from 2016 to July 2018, and

22   held various other roles in QCT since he started at Qualcomm in 2004.

23   142.    Steven (Steve) Mollenkopf is Chief Executive Officer of Qualcomm, a position he

24   has held since March 2014.  Prior to being Chief Executive Officer, he was President from

25   November 2011 to March 2014, Chief Operating Officer from approximately November 2011 to

26   December 2013, and prior to that he was Executive Vice President and President of QCT.  He

27   previously held various other roles at Qualcomm since he started with the company in 1994.

28
Joint Stipulation Regarding Undisputed Facts
                                                        Case No. 5:17-cv-00220-LHK

143.     Kun Qian is Vice President of Business Development at QTL.  He has been in this role since April 2017.  Prior to that role, he was Vice President, Account Management, from November 2016 to April 2017.  Before 2016 he was responsible for QCT's China sales, and he held various other sales roles since he started at Qualcomm in 2004.

144.     Eric Reifschneider was Senior Vice President at QTL from March 2016 until his departure from the company in July 2016.  He previously served as Senior Vice President and General Manager of QTL from April 2012, when he started at Qualcomm, to March 2016.

145.     Hank Robinson worked at QCT in various sales positions from approximately 2000 through 2015.  His last position was Vice President of Sales in QCT.

146.     Alexander (Alex) Rogers is Executive Vice President of Qualcomm and President of QTL, positions he has held since 2016.  He previously held other roles in QTL and Qualcomm's Corporate Legal department since joining the company in 2001.

147.     Abbaseh Samimi is Vice President of Strategic Market Analysis and Contracts at QTL, a position she has held since October 2008.  She has held other roles at Qualcomm since joining the company in 1996.

148.     James (Jim) Thompson is Executive Vice President of Engineering and Chief Technology Officer of QTI.  Previously, he was Senior Vice President of Engineering within QCT's Engineering Management unit, and Mr. Thompson has overseen all of QCT engineering since 2004.  He joined Qualcomm in 1992.

149.     Edward (Ed) Tiedemann, Jr., is Senior Vice President, Engineering within the Qualcomm Standards and Industry Organization unit at QTI.

150.     Jonathan Weiser is Senior Vice President and Division Counsel at QTI, positions he has held since June 2011.  He joined Qualcomm in 1994.

151.     Serge Willenegger is Senior Vice President and General Manager of Industrial IOT in QTI's Swiss Department business unit.  He joined Qualcomm in 1995.

152.     David (Dave) Wise is Senior Vice President and Treasurer at Qualcomm, positions he has held since December 2015.  He held various other roles since he joined Qualcomm in

1997.

   153. William (Will) Wyatt is Vice President, Finance at QTI, a position he began in October 2012.  He joined Qualcomm in 2005.

Dated:  November 29, 2018

Respectfully submitted,

FEDERAL TRADE COMMISSION,

*/s/ Jennifer Milici*
Jennifer Milici

J. Alexander Ansaldo
Joseph R. Baker
Elizabeth A. Gillen
Daniel Matheson
Mark Woodward
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Tel.:  (202) 326-2912
Fax:  (202) 326-3496
jmilici@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

CRAVATH, SWAINE & MOORE LLP,

*/s/ Gary A. Bornstein*
Gary A. Bornstein
Yonatan Even

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
gbornstein@cravath.com
yeven@cravath.com

17

1           Robert A. Van Nest
          Eugene M. Paige
2           Justina Sessions
          KEKER, VAN NEST & PETERS LLP
3           633 Battery Street
          San Francisco, CA 94111-1809
4           Tel: (415) 391-5400
          Fax: (415) 397-7188
5           rvannest@keker.com
6           epaige@keker.com
          jsessions@keker.com
7

8           Richard S. Taffet
          MORGAN, LEWIS & BOCKIUS LLP
9           101 Park Avenue
          New York, NY 10178-0060
10           Tel: (212) 309-6000
          Fax: (212) 309-6001
11           richard.taffet@morganlewis.com

12           Willard K. Tom
13           MORGAN, LEWIS & BOCKIUS LLP
          1111 Pennsylvania Ave. NW
14           Washington, DC 20004-2541
          Tel: (202) 739-3000
15           Fax: (202) 739 3001
16           willard.tom@morganlewis.com

17

18           Geoffrey T. Holtz
          MORGAN, LEWIS & BOCKIUS LLP
19           One Market, Spear Street Tower
          San Francisco, CA 94105-1126
20           Tel: (415) 442-1000
          Fax: (415) 442-1001
21           geoffrey.holtz@morganlewis.com

22           *Attorneys for Defendant Qualcomm Incorporated*

23

24

25

26

27

28

Joint Stipulation Regarding Undisputed Facts
Case No. 5:17-cv-00220-LHK