# EXHIBIT C

# DEFENDANT QUALCOMM INCORPORATED'S WITNESS LIST

Defendant Qualcomm Incorporated ("Qualcomm") discloses its list of witnesses, including a summary of each witness, that it may call at trial, other than for impeachment or rebuttal, identifying which witnesses it expects to call live and which it expects to call by deposition.  Qualcomm reserves the right to:  (1) add or remove witnesses or deposition testimony as necessary, including, but not limited to, in response to witness testimony, exhibits or other evidence that the Federal Trade Commission ("FTC") may proffer; (2) call witnesses or use deposition testimony that may be necessary to lay the foundation for the admissibility of evidence if the Parties are unable to agree to the admissibility of such evidence; (3) call additional witnesses or use deposition testimony not on this list for the purposes of rebuttal or impeachment; and (4) call any witness identified by the FTC on its live or by-designation witness lists or use any deposition testimony designated by the FTC.  By including witnesses on its lists, Qualcomm assumes no obligation to call or make available any witness at trial.

In the event that a witness from whom Qualcomm anticipates offering live testimony is unavailable to testify at trial, Qualcomm reserves the right to use deposition testimony given by such witness. For witnesses as to which Qualcomm currently believes it to be reasonably possible that the witness will not be available for trial and not within 100 miles of the courthouse, Qualcomm has listed the witness both as a live witness and as a witness by deposition.  In the event that the FTC objects to the use of Qualcomm's deposition designations at trial, Qualcomm reserves the right to call the deponent to provide live testimony.

Qualcomm further reserves the right to update the subjects on which the persons identified as witnesses may testify based on new information (including any newly produced documents); and to question the persons identified herein on any topics on which that person testified in a deposition or investigational hearing, or regarding any matter that is discussed in any document to which that person had access and that is designated as an exhibit by either party.

*Live Witnesses*

**Derek Aberle** was President of Qualcomm Incorporated until January 2018. Mr. Aberle may testify about Qualcomm's licensing program, practices and negotiations, Qualcomm's business relationships with cellular device makers, Qualcomm's corporate strategy, and any other issues addressed in Mr. Aberle's deposition or investigational hearing or any documents or data introduced into evidence by Qualcomm or the FTC as to which he has knowledge.

**Baaziz Achour** is Senior Vice President of Engineering at Qualcomm Technologies, Inc. ("QTI"). He has been in this role for approximately ten years, and has worked at Qualcomm since 1993. Mr. Achour may testify regarding modem chip engineering, Qualcomm's contributions to and innovations relating to cellular and non-cellular technologies, Qualcomm's research and development efforts, Qualcomm's investments with respect to particular technologies, projects, and/or customers, and any other issues addressed in Mr. Achour's deposition or documents or data introduced into evidence by Qualcomm or the FTC as to which he has knowledge.

**Jeffrey Andrews** is the Cullen Trust for Higher Education Endowed Professor in the Electrical and Computer Engineering Department of the University of Texas at Austin. Dr. Andrews may testify about the opinions disclosed in his expert reports and deposition.

**Steven Altman** was Vice Chairman of Qualcomm Incorporated until January 2014. Mr. Altman may testify about Qualcomm's licensing program, practices and negotiations, Qualcomm's business relationships with cellular device makers, Qualcomm's corporate strategy, and any other issues addressed in Mr. Altman's deposition or documents or data introduced into evidence by Qualcomm or the FTC as to which he has knowledge.

**Cristiano Amon** is President of Qualcomm, and responsible for oversight of Qualcomm's semiconductor business. He was previously Executive Vice President and President of Qualcomm CDMA Technologies ("QCT"). He started at Qualcomm in 1995 and since then, excluding a period from June 1999 to November 2001 during which he was not employed by

Qualcomm, has held various other roles relating to Qualcomm's semiconductor business. Mr. Amon may testify regarding Qualcomm's research and development efforts, Qualcomm's contributions to and innovations relating to cellular and non-cellular technologies, Qualcomm's modem chip sales, competition for sales of modem chips, Qualcomm's business relationships with OEMs, specific negotiations relating to the sale of chips, Qualcomm's investments with respect to particular technologies, projects, and/or customers, and any other issues addressed in Mr. Amon's deposition or investigational hearing or documents or data introduced into evidence by Qualcomm or the FTC as to which he has knowledge.

**Lorenzo Casaccia** is Vice President of Technical Standards of Qualcomm Europe Inc. Mr. Casaccia may testify about Qualcomm's role and history in the development of cellular standards and the cellular standardization process, and any other issues addressed in Mr. Casaccia's depositions or documents or data introduced into evidence by Qualcomm or the FTC as to which he has knowledge. Mr. Casaccia has been designated as a fact witness who may give expert opinions in this case and may testify about the opinions and topics disclosed in his expert disclosure, served pursuant to Fed R. Civ. P. 26(a)(2)(C), and depositions.

**Liren Chen** is Senior Vice President of Engineering and Legal Counsel at QTL. Mr. Chen may testify about Qualcomm's contributions to and innovations relating to cellular and non-cellular technologies, Qualcomm's practices regarding patent prosecution and licensing, the scope and history of Qualcomm's patent portfolio, including its patented cellular technologies and patented non-cellular technologies, and any other issues addressed in Mr. Chen's deposition or documents or data introduced into evidence by Qualcomm or the FTC as to which he has knowledge.

**Tasneem Chipty** is the Founder and Managing Principal at Matrix Economics. Dr. Chipty is an economist who has studied antitrust and competition economics, econometrics, and industrial organization for over twenty years. Dr. Chipty may testify about the opinions disclosed in her expert report and deposition.

**Fabian Gonell** is Senior Vice President, Licensing Strategy and Legal Counsel at QTL.  Mr. Gonell may testify about Qualcomm's licensing program, practices and negotiations, Qualcomm's business relationships with cellular device makers and patent licensing pools and platforms, and any other issues addressed in Mr. Gonell's depositions or investigational hearing, and any other documents or data introduced into evidence by Qualcomm or the FTC as to which he has knowledge.

**Michael Hartogs** was Senior Vice President and Division Counsel at QTL until January 2012.  Mr. Hartogs may testify about Qualcomm's licensing program, practices and negotiations, Qualcomm's business relationships with cellular device makers, and any other issues addressed in Mr. Hartogs's deposition or documents or data introduced into evidence by Qualcomm or the FTC as to which he has knowledge.

**Bertram Huber** is a Principal of IP*SEVA and is a Lecturer at the University of Tübingen/Germany on Laws of IPRs, International IP Strategy and Management and License Agreements/Licensing Law.  He has extensive negotiation and technology licensing experience, and has participated in the elaboration of IPR/patent policies at ETSI.  Dr. Huber may testify regarding the subject matter of his expert report.

**Irwin Jacobs** is the co-founder and former CEO, Chairman and Director of Qualcomm.  Mr. Jacobs may testify about the founding of Qualcomm, the development and roll-out of CDMA technology, Qualcomm's fundamental contributions to cellular and non-cellular technologies, Qualcomm's post-CDMA innovations, Qualcomm's licensing program, practices and negotiations, any other issues addressed in his deposition, and any documents or data introduced into evidence by Qualcomm or the FTC as to which he has knowledge.

**Chris Johnson** is a partner at Bain & Company, where he has worked since 2010.  Mr. Johnson may testify about work that Bain performed for Intel Corporation, and any issues addressed in his deposition or documents or data introduced into evidence by Qualcomm or the FTC as to which he has knowledge.

**Keith Kressin** is Senior Vice President, Product Management at QTI.  Mr. Kressin may testify about Qualcomm's contributions to and innovations relating to cellular and non-cellular technologies, Qualcomm's product roadmap, competition for sales of modem chips, Qualcomm's relationship with OEMs, and any other issues addressed in Mr. Kressin's deposition or documents or data introduced into evidence by Qualcomm or the FTC as to which he has knowledge.

**Louis Lupin** was Legal Consultant for QTL until August 2014.  Prior to that, Mr. Lupin was Executive Vice President and General Counsel of Qualcomm Incorporated until August 2007.  Mr. Lupin may testify about Qualcomm's licensing program, practices and negotiations, Qualcomm's business relationships with cellular device makers, and any other issues addressed in Mr. Lupin's deposition or documents or data introduced into evidence by Qualcomm or the FTC as to which he has knowledge.

**Taraneh Maghame** is Senior Director of Wireless Programs and Corporate Development at Via Licensing Corporation, and was a member of Apple's patent licensing and strategy group from 2010 to 2016.  Ms. Maghame may testify about Via Licensing's licensing and business practices and any issues addressed in her deposition or documents or data introduced into evidence by Qualcomm or the FTC as to which she has knowledge.

**Durga Malladi** is Senior Vice President Engineering and General Manager of 4G/5G at QTI.  Dr. Malladi may testify about Qualcomm's research and development efforts and innovations, Qualcomm's role in the development of cellular technologies and cellular standards, his patented inventions, and any other issues addressed in Dr. Malladi's deposition or documents or data introduced into evidence by Qualcomm or the FTC as to which he has knowledge.

**Robert Mansfield** was the Senior Vice President of Hardware Engineering from fall 2005 to early 2012, and then was Senior Vice President of Technologies at Apple from 2012 to 13.  Mr. Mansfield may testify about the design, engineering, assembly, procurement, and sale of Apple's cellular products, Apple's procurement of modem chips and other components from Qualcomm and other suppliers, whether modem chip suppliers other than Qualcomm met Apple's

technical and scheduling requirements for Apple cellular products from 2011 to 2014, and any other issues addressed in documents or data introduced into evidence by Qualcomm or the FTC as to which he has knowledge.

**Steve Mollenkopf** is Chief Executive Officer of Qualcomm, a position he has held since March 2014. Prior to being Chief Executive Officer, he was President from November 2011 to March 2014, Chief Operating Officer from approximately November 2011 to December 2013, and prior to that he was Executive Vice President and President of QCT. He joined Qualcomm in 1994. Mr. Mollenkopf may testify about Qualcomm's contributions to and innovations relating to cellular and non-cellular technologies, the development and commercialization of cellular technologies, competition for sales of modem chips, the rationale for and negotiation of various agreements with Apple, the superiority and differentiation of Qualcomm's modem chip products, any other issues addressed in his deposition or investigational hearing, and any documents or data introduced into evidence by Qualcomm or the FTC as to which he has knowledge.

**Aviv Nevo** is the George A. Weiss and Lydia Bravo Weiss University Professor at the Wharton School of Business and Department of Economics at the University of Pennsylvania. Professor Nevo is an economist who has studied antitrust and competition economics, econometrics, and industrial organization for over twenty years. Professor Nevo may testify about the opinions disclosed in his expert report and deposition.

**Eric Reifschneider** was Senior Vice President of QTL until July 2016. Mr. Reifschneider may testify about Qualcomm's licensing program, practices and negotiations, Qualcomm's business relationships with cellular device makers and any other issues addressed in Mr. Reifschneider's deposition or investigational hearing or documents or data introduced into evidence by Qualcomm or the FTC as to which he has knowledge.

**Alex Rogers** is Executive Vice President of Qualcomm and President of QTL, positions he began in 2016. Mr. Rogers may testify about Qualcomm's licensing program, practices and negotiations, Qualcomm's recent licensing negotiations and programs, Qualcomm's

relationships with OEMs, any other issues addressed in his deposition, and any documents or data introduced into evidence by Qualcomm or the FTC as to which he has knowledge.

**Matthias Sauer** held various positions at Infineon, including Director of Baseband Architecture, Head of Worldwide for Business Unit Feature Phone, and Senior Director for System Engineering for Business Line Smartphone and RF Engine, from 1998 to 2011. Mr. Sauer is now the Director of Cellular Systems at Apple. Mr. Sauer may testify about the design, engineering, assembly, procurement, and sale of Apple's cellular products, Apple's procurement of modem chips and other components from Qualcomm and other suppliers, whether modem chip suppliers other than Qualcomm met Apple's technical and scheduling requirements for Apple cellular products from 2011 to 2016, and any other issues addressed in Mr. Sauer's deposition or documents or data introduced into evidence by Qualcomm or the FTC as to which he has knowledge. Mr. Sauer may also testify about Infineon's design, engineering, manufacture and sale of Infineon chipsets.

**Mark Schankerman** is Professor of Economics at the London School of Economics. Professor Schankerman is an economist who has specialized in intellectual property rights, innovation, university-technology transfer, industrial organization and emerging economics. Professor Schankerman may testify regarding the subject matter of his expert report.

**Steve Schell** was the Senior Director of Wireless Systems Architecture from June 2005 to February 2015 at Apple. Mr. Schell may testify about the design, engineering, assembly, procurement, and sale of Apple's cellular products, Apple's procurement of modem chips and other components from Qualcomm and other suppliers, whether modem chip suppliers other than Qualcomm met Apple's technical and scheduling requirements for Apple cellular products from 2011 to 2016, and any other issues addressed in Mr. Schell's deposition or documents or data introduced into evidence by Qualcomm or the FTC as to which he has knowledge.

**Edward Snyder** is the Indra K. Nooyi Dean and William S. Beinecke Professor of Economics and Management at the Yale School of Management. Dr. Snyder began his professional career as an economist with the U.S. Department of Justice's Antitrust Division. He

earned a Ph.D. in Economics and an M.A. in Public Policy from the University of Chicago. Qualcomm expects Dr. Snyder will testify regarding the subject matter of his expert reports, including the modem chip industry and Apple's and the CMs' theories of antitrust harm.

**James Thompson** is Executive Vice President of Engineering and Chief Technology Officer of QTI. Previously, he was Senior Vice President of QCT, and Mr. Thompson has overseen all of QCT engineering since 2004. Mr. Thompson may testify about Qualcomm's contributions to and innovations relating to cellular and non-cellular technologies, modem chip engineering, Qualcomm's research and development efforts, Qualcomm's investments with respect to particular technologies, projects, and/or customers, competition for sales of modem chips, and any other issues addressed in Mr. Thompson's deposition or documents or data introduced into evidence by Qualcomm or the FTC as to which he has knowledge.

**Godavarthi Varadarajan** is the Senior Partner and Managing Director of Boston Consulting Group ("BCG"). Mr. Varadarajan may testify about BCG's work relating to strategic alternatives under consideration by a special committee of Qualcomm's Board of Directors in and around 2015 and any other issues addressed in Mr. Varadarajan's deposition or investigational hearing or any subject raised by Qualcomm or the FTC at trial as to which Mr. Varadarajan has knowledge.

**B.J. Watrous** has been Chief IP Counsel at Apple since he began at the company in June 2011. Mr. Watrous may testify about Apple's business relationship with Qualcomm, the practice within the cellular industry of licensing cellular SEPs and/or other patents, Apple's licensing practices, and any other issues addressed in Mr. Watrous's deposition or documents or data introduced into evidence by Qualcomm or the FTC as to which he has knowledge.

**Dirk Weiler** has been Nokia's Head of Standards Policy since 2017. He was previously a Vice President and Manager at Siemens AG, which Nokia acquired in 2006. From that point onwards, he became Head of Standards Management at Nokia. Mr. Weiler was Chair of ETSI's IPR Special Committee from 2008 through November 2018; was a member of the

ETSI Board from 2008 to the present, serving ex officio from 2010 to 2014, and as chairman from 2014 to the present. He was chair of ETSI's General Assembly, ETSI's highest ranking governance body, from 2010 to 2014. Mr. Weiler may testify about cellular industry licensing practices, including Nokia's licensing practices, the ETSI Intellectual Property Rights Policy, and any other issues addressed in Mr. Weiler's deposition or documents or data introduced into evidence by Qualcomm or the FTC as to which he has knowledge.

**Tim Williams** is the Chief Executive Officer of Beach Technologies, LLC, a consulting firm focused on technology, intellectual property, and business consulting. Dr. Williams may testify about the opinions disclosed in his expert reports and deposition.

**David Wise** is Senior Vice President and Treasurer at Qualcomm, positions he has held since December 2015. Mr. Wise may testify about strategic alternatives under consideration by a special committee of Qualcomm's Board of Directors in and around 2015, documents on the FTC's exhibit list that he drafted, revised, or received, and any other issues addressed in Mr. Wise's deposition or documents or data introduced into evidence by Qualcomm or the FTC as to which he has knowledge.

*Testimony by Deposition*

Each of the below-listed witnesses may testify about any issue addressed in the designated portions of his or her deposition testimony:

**Derek Aberle** was President of Qualcomm from 2014 until January 3, 2018, when he left the company, and was a paid consultant for Qualcomm after his departure from the company until April 2018. His prior roles at Qualcomm included Legal Counsel (2000-2005), General Manager of Licensing (2005-2011), and Group President of QTL (2011-2014).

**Seungho Ahn** is Head of Samsung's IP Center and is responsible for all matters relating to intellectual property at Samsung.

**Steven Altman** was President of Qualcomm from approximately 2005 to 2011, and Vice Chairman from approximately 2011 until his retirement in January 2014.

**Hermann Eul** was corporate vice president and general manager of the Mobile and Communications Group at Intel Corporation until 2016, and had worked at Intel since 2011, after Intel acquired his former employer, Infineon.

**John Grubbs** is Senior Director of IP Transactions at BlackBerry.

**Alex Hojin Kang** is the former Director of Purchasing at Samsung Mobile, and was employed by Samsung from 1987 to 2016.

**Sanjay Jha** is the former CEO of GlobalFoundries and former chairman and CEO of Motorola Mobility.  Mr. Jha was President of QCT from 2003 to 2008 and COO of Qualcomm from 2006 to 2008.

**Chris Johnson** is a partner at Bain & Company, where he has worked since 2010.

**Asha Keddy** is the manager of Intel's Next Generation and Standards team and has worked at Intel since 1999.

**Injung Lee** is the Head of the License Team at the IP Center at Samsung.

**Thomas Lindner** is Head of the Cellular Modem & Mobile Connectivity business line at Intel and has worked at Intel since 2011, after Intel acquired his former employer, Infineon.

**Taraneh Maghame** is Senior Director of Wireless Programs and Corporate Development at Via Licensing Corporation, and was a member of Apple's patent licensing and strategy group from 2010 to 2016.

**Isabel Mahe** is Managing Director for Greater China at Apple, and was Vice President of Wireless Technology at Apple from 2008 to 2017.

**Ranae McElvaine** is Vice President and Deputy General Counsel of Intellectual Property at InterDigital, where she has worked as an in-house lawyer since 2008.

**Christina Petersson** has been Vice President of Intellectual Property Rights in Ericsson's legal department since 2011.  She was previously Senior Legal Counsel in the Intellectual Property Rights Legal Services group from 2003 to 2011.

**Ilkka Rahnasto** is Vice President of Patent Licensing at Nokia. He previously served as an intellectual property lawyer at Nokia from 1997 to 2003, as Head of Intellectual Property from 2003 to 2010 and as Head of Legal for Nokia's Smartphone Business from 2010 to 2014.

**Robert Rango** is the former Executive Vice President and General Manager of Broadcom's Mobile and Wireless Group. He held that position from 2011 to 2014. He also previously served as Vice President and General Manager of Broadcom's Networking Infrastructure Group from 2002 to 2004, and as Executive Vice President and General Manager of the Wireless Connectivity Group from 2004 to 2011 (and Senior Vice President therein from 2004 to 2005).

**Spencer Shen** has been the Chief Intellectual Property Officer for ZTE since 2016 and previously served as ZTE's Chief Licensing Officer.

**Dirk Weiler** has been Nokia's Head of Standards Policy since 2017. He was previously a Vice President and Manager at Siemens AG, which Nokia acquired in 2006. From that point onwards, he became Head of Standards Management at Nokia. Mr. Weiler was Chair of ETSI's IPR Special Committee from 2008 through November 2018; was a member of the ETSI Board from 2008 to the present, serving ex officio from 2010 to 2014, and as chairman from 2014 to the present. He was chair of ETSI's General Assembly, ETSI's highest ranking governance body, from 2010 to 2014.

**Stefan Wolff** held several marketing and managerial positions at Infineon from 1996 to 2011, including Vice President and General Manager for RF and Modem, and held similar roles at Intel from 2011 to approximately 2017.

**Martin Zander** is Ericsson's Vice President and Head of Strategic Initiatives and Eco-Systems. He assumed this role in 2017. He previously joined Ericsson in 2000 as Strategic Product Manager. In 2003, he became Product Marketing Manager, and in 2005, he became General Manager of Product Marketing. From 2006 to 2008, he served as Director of Product Management for Mobile Platforms, and from 2008 to 2009 as Director of Portfolio Management

1  and Technology.  Between 2009 and 2011, he was ST-Ericsson's Head of Portfolio Management.
2  After ST-Ericsson dissolved, he rejoined Ericsson in 2015 as Vice President and Head of the
3  Partnering & Strategy Program Office.