# EXHIBIT F

Case 5:17-cv-00220-LHK Document 946-6 Filed 11/29/18 Page 2 of 7

Federal Trade Commission vs. Qualcomm, No. 17-cv-0220 (N.D. Cal.)
Joint Exhibit List - Redacted Version

| Trial Ex. No. | Date | Description | Producing Party | Bates - Begin | Bates - End | Sponsoring Witness | Purpose | Also Marked As | Also Produced As |
|---|---|---|---|---|---|---|---|---|---|
| JX0001 | 7/3/1990 | | Qualcomm | Q2017MDL5_04724160 | Q2017MDL5_04724190 | Qualcomm executives | See description | CX7676 | |
| JX0002 | 7/3/1990 | | Qualcomm | Q2017MDL3_00018471 | Q2017MDL3_00018487 | Qualcomm executives | See description | | |
| JX0003 | 9/26/1990 | | Qualcomm | Q2017MDL1_03041982 | Q2017MDL1_03041995 | Motorola or/and Qualcomm executives | See description | CX5615 | |
| JX0004 | 9/26/1990 | | Qualcomm | Q2017MDL1_02928410 | Q2017MDL1_02928446 | Motorola or/and Qualcomm executives | See description | CX7660 | |
| JX0005 | 4/9/1992 | | Qualcomm | Q2017MDL1_00688470 | Q2017MDL1_00688512 | Nokia or/and Qualcomm executives | See description | | |
| JX0006 | 8/31/1993 | | Samsung | SFT-0000061 | SFT-0000098 | Samsung or/and Qualcomm executives | See description | CX2661 | |
| JX0007 | 6/27/1997 | | Qualcomm | Q2017MDL3_00019207 | Q2017MDL3_00019241 | Qualcomm executives | See description | CX7870; QX0059 | |
| JX0008 | 3/24/1999 | | Ericsson; Qualcomm | ERC-CID-00000262 | ERC-CID-00000276 | Ericsson or/and Qualcomm executives | See description | CX4132; CX8180 | Q2017MDL5_04724861- Q2017MDL5_04724875 |
| JX0009 | 3/24/1999 | | Qualcomm | Q2014FTC04838817 | Q2014FTC04838836 | Ericsson or/and Qualcomm executives | See description | CX6833 | |
| JX0010 | 2/10/2000 | | Qualcomm | QNDCAL01090082 | QNDCAL01090121 | Compal or/and Qualcomm executives | See description | QX2151 | |
| JX0011 | 9/29/2000 | | Qualcomm | Q2017MDL1_03040664 | Q2017MDL1_03040672 | Qualcomm executives | See description | | |
| JX0012 | 12/2/2000 | | Qualcomm | Q2017MDL3_00019097 | Q2017MDL3_00019159 | Qualcomm executives | See description | | |
| JX0013 | 7/2/2001 | | Qualcomm | Q2017MDL1_02928693 | Q2017MDL1_02928739 | Nokia or/and Qualcomm executives | See description | | |
| JX0014 | 8/31/2001 | Email from I. Jacobs to S. Altman re: Fwd: K.T. Lee's Response | Qualcomm | Q2017MDL5_12371006 | Q2017MDL5_12371007 | Qualcomm executives | See description | CX6736 | |
| JX0015 | 1/7/2002 | | Qualcomm | Q2017MDL1_03043121 | Q2017MDL1_03043154 | Qualcomm executives | See description | | |
| JX0016 | 8/22/2002 | | Intel | 86600DOC000729 | 86600DOC000750 | Intel or/and Qualcomm executives | See description | CX1500 | |
| JX0017 | 8/22/2002 | | Qualcomm | Q2017MDL1_03048269 | Q2017MDL1_03048309 | Qualcomm executives | See description | | |
| JX0018 | 9/1/2002 | 3GPP2, Partnership Project Description (2002) | Public | N/A | N/A | Qualcomm executives | See description | | |
| JX0019 | 10/15/2002 | | Qualcomm | QAPPCMSD00007198 | QAPPCMSD00007230 | Qualcomm executives | See description | | |
| JX0020 | 1/1/2003 | | Blackberry (RIM) | BB_FTC_00049269 | BB_FTC_00049332 | Blackberry or/and Motorola executives | See description | QX0873 | |
| JX0021 | 4/11/2003 | | Qualcomm | Q2017MDL1_02928479 | Q2017MDL1_02928480 | Motorola or/and Qualcomm executives | Motorola or/and Qualcomm executives | CX7947 | |
| JX0022 | 5/29/2003 | | Huawei; Qualcomm | FTC-HUAWEI-0000704 | FTC-HUAWEI-0000732 | Huawei and/or Qualcomm executives | Huawei and/or Qualcomm executives | CX1018; Apple Irwin Jacobs 0001 | Q2017MDL1_00469461- Q2017MDL1_00469519; Q2017MDL1_02927276- Q2017MDL1_02927334 |

Case 5:17-cv-00220-LHK  Document 946-6  Filed 11/29/18  Page 3 of 7

Federal Trade Commission vs. Qualcomm, No. 17-cv-0220 (N.D. Cal.)
Joint Exhibit List - Redacted Version

| Trial Ex. No. | Date | Description | Producing Party | Bates - Begin | Bates - End | Sponsoring Witness | Purpose | Also Marked As | Also Produced As |
|---|---|---|---|---|---|---|---|---|---|
| JX0023 | 6/30/2003 | | Qualcomm | Q2014FTC00004693 | Q2014FTC00004751 | BlumbergI or/and Qualcomm executives | BlumbergI or/and Qualcomm executives | | Q2017MDL1_02927565-Q2017MDL1_02927623 |
| JX0024 | 3/29/2004 | | Qualcomm | Q2017MDL1_02929058 | Q2017MDL1_02929065 | Samsung or/and Qualcomm executives | Samsung or/and Qualcomm executives | CX7662; QX545 | Q2017MDL3_00017698-Q2017MDL3_00017705 |
| JX0025 | 7/11/2004 | | Qualcomm | Q2014FTC03412964 | Q2014FTC03412968 | LGE or/and Qualcomm executives | LGE or/and Qualcomm executives | CX6812 | |
| JX0026 | 7/11/2004 | | Qualcomm | Q2017MDL1_02927760 | Q2017MDL1_02927774 | LGE or/and Qualcomm executives | LGE or/and Qualcomm executives | CX6819 | |
| JX0027 | 7/21/2004 | | Huawei | FTC-HUAWEI-0000696 | FTC-HUAWEI-0000703 | Huawei and/or Qualcomm executives | Huawei and/or Qualcomm executives | CX1019 | |
| JX0028 | 12/31/2004 | | Qualcomm | Q2017MDL1_02930273 | Q2017MDL1_02930290 | ZTE or/and Qualcomm executives | ZTE or/and Qualcomm executives | | |
| JX0029 | 1/1/2005 | | Qualcomm | Q2017MDL1_02930092 | Q2017MDL1_02930130 | ZTE or/and Qualcomm executives | ZTE or/and Qualcomm executives | | |
| JX0030 | 1/6/2005 | | Qualcomm | Q2017MDL1_03043579 | Q2017MDL1_03043617 | Qualcomm executives | See description | | |
| JX0031 | 3/1/2005 | FA FN25 - TIA IPR Policy | Public | N/A | N/A | Qualcomm executives | See description | CX8145 | |
| JX0032 | 4/27/2005 | Email from Jeffrey Altman to Barry Corlett re: Qualcomm licensing program | Qualcomm | Q2017MDL5_04482120 | Q2017MDL5_04482120 | Qualcomm executives | See description | Apple Altman 0003 | |
| JX0033 | 5/11/2005 | Email from J. Adams to M. Blecker re: Intel - Qualcomm Meeting 5/12 | Intel | 86600DOC000861 | 86600DOC000878 | Intel executives | See description | CX1502 | |
| JX0034 | 9/21/2005 | | Qualcomm | Q2017MDL10_00169201 | Q2017MDL10_00169235 | Qualcomm executives | See description | | |
| JX0035 | 10/18/2005 | | Qualcomm | Q2017MDL1_02927066 | Q2017MDL1_02927155 | Qualcomm executives | See description | QX2203 | |
| JX0036 | 1/10/2006 | Email from Clint McClellan to Paul Jacobs, Marvin Blecker, Jeff Belk, et al. re: FW: Reminder: EU Complaint Call, 1/10, 9:30 am Pacific time w/Attach: QCOM Value Pres - JB - 010605 v1.ppt | Qualcomm | Q2017MDL1_00255347 | Q2017MDL1_00255351 | Qualcomm executives | See description | CX7225 | |
| JX0037 | 11/15/2006 | Email from Jeffrey Williams to Steve Jobs, Phil Schiller, Tony Fadell, et al. re: Qualcom | Apple | APL-QC_13381832 | APL-QC_13381832 | Apple executives | See description | CX0846 | |
| JX0038 | 1/1/2007 | | Qualcomm | Q2017MDL1_01497940 | Q2017MDL1_01497976 | LGE or/and Qualcomm executives | See description | CX6807 | |
| JX0039 | 1/8/2007 | Marketing Incentive Agreement between Apple and Qualcomm (Effective Jan. 8, 2007) | Qualcomm | QNDCAL01999625 | QNDCAL01999635 | Apple or/and Qualcomm executives | See description | Apple Blecker 0002 | |
| JX0040 | 1/8/2007 | Marketing Incentive Agreement between Apple and Qualcomm (Effective Jan. 8, 2007) | Apple | FTC-APPLE-0000031 | FTC-APPLE-0000042 | Apple or/and Qualcomm executives | See description | CX0500 | |
| JX0041 | 3/28/2007 | | Qualcomm | Q2017MDL1_02927624 | Q2017MDL1_02927632 | Lenovo or/and Qualcomm executives | See description | QX3654 | |

Case 5:17-cv-00220-LHK   Document 946-6   Filed 11/29/18   Page 4 of 7

Federal Trade Commission vs. Qualcomm, No. 17-cv-0220 (N.D. Cal.)
Joint Exhibit List - Redacted Version

| Trial Ex. No. | Date | Description | Producing Party | Bates - Begin | Bates - End | Sponsoring Witness | Purpose | Also Marked As | Also Produced As |
|---|---|---|---|---|---|---|---|---|---|
| JX0042 | 5/23/2007 | | Qualcomm | Q2017MDL1_03051474 | Q2017MDL1_03051509 | Wistron or/and Qualcomm executives | See description | CX7983; QX2053 | |
| JX0043 | 6/22/2007 | | Qualcomm | Q2017MDL1_03035452 | Q2017MDL1_03035455 | Compal or/and Qualcomm executives | See description | | |
| JX0044 | 1/14/2008 | | Apple | AAPL-FTC-00005282 | AAPL-FTC-00005301 | Apple executives | See description | PX178; QX2885 | ERIC-QCOM-00019871-ERIC-QCOM-00019889 |
| JX0045 | 2/28/2008 | Meeting Minutes: Qualcomm's Board of Directors Meeting (February 28, 2008) | Qualcomm | Q2017MDL1_00026705 | Q2017MDL1_00026707 | Qualcomm executives | See description | CX7252 | |
| JX0046 | 7/22/2008 | | Qualcomm | Q2017MDL10_00081203 | Q2017MDL10_00081246 | Nokia or/and Qualcomm executives | See description | CX7728 | |
| JX0047 | 1/1/2009 | | Samsung; Qualcomm | SFT-0000113 | SFT-0000199 | Samsung or/and Qualcomm executives | See description | CX2591; CX7665 | Q2017MDL1_02929103-Q2017MDL1_02929189 |
| JX0048 | 4/26/2009 | | Qualcomm | Q2017MDL3_00018539 | Q2017MDL3_00018634 | Qualcomm executives | See description | | |
| JX0049 | 8/31/2009 | | Qualcomm | Q2017MDL1_03043074 | Q2017MDL1_03043109 | Qualcomm executives | See description | | |
| JX0050 | 11/19/2009 | | Qualcomm | Q2017MDL1_01868300 | Q2017MDL1_01868392 | Mediatek or/and Qualcomm executives | See description | CX8168 | |
| JX0051 | 11/19/2009 | | Qualcomm | Q2017MDL1_02928175 | Q2017MDL1_02928212 | Mediatek or/and Qualcomm executives | See description | CX8186 | |
| JX0052 | 12/6/2009 | Strategic Terms Agreement between Apple and Qualcomm (Effective Dec. 16, 2009) | Apple | AAPL-FTC-00008963 | AAPL-FTC-00008979 | Apple or/and Qualcomm executives | See description | CX0501 | |
| JX0053 | 4/29/2010 | | Pegatron | Pegatron_0000000635 | Pegatron_0000000687 | Pegatron or/and Qualcomm executives | See description | CX4405; QX2553 | |
| JX0054 | 6/1/2010 | | Qualcomm | Q2017MDL1_03114839 | Q2017MDL1_03114843 | Pegatron or/and Qualcomm executives | See description | | |
| JX0055 | 12/20/2010 | Email from Steven Mollenkopf to Derek Aberle, Don Rosenberg, Paul Jacobs, et al. re:         *** privileged communication | Qualcomm | Q2017MDL1_02914747 | Q2017MDL1_02914755 | Qualcomm executives | See description | CX5362-B | |
| JX0056 | 1/1/2011 | | Blackberry (RIM) | BB_FTC_00000675 | BB_FTC_00000702 | Blackberry or/and Ericsson executives | See description | QX0872 | |
| JX0057 | 2/11/2011 | Transition Agreement between Apple and Qualcomm (Effective Feb. 11, 2011) and First Amendment to Transition Agreement between Apple and Qualcomm (Effective Jan 1, 2013) | Apple | FTC-APPLE-0000104 | FTC-APPLE-0000116 | Apple or/and Qualcomm executives | See description | CX0502 | |
| JX0058 | 2/11/2011 | Transition Agreement between Qualcomm and Apple (Effective Feb. 11, 2011) | Qualcomm | Q2017MDL1_01008968 | Q2017MDL1_01008972 | Apple or/and Qualcomm executives | See description | PX0071 | |
| JX0059 | 3/23/2011 | Email from Jeffrey Williams to Bob Mansfield, Isabel Mahe, Steven Mollenkopf, et al. re: Challenge! | Apple | AAPL-FTC-00077067 | AAPL-FTC-00077068 | Apple executives | See description | Qualcomm Williams 0012; QX1457 | AAPL-FTC-00077067-AAPL-FTC-00077068 |
| JX0060 | 7/1/2011 | | Qualcomm | Q2017MDL1_02929831 | Q2017MDL1_02929877 | ZTE or/and Qualcomm executives | See description | CX5366; QX1153 | Q2014FTC00006959-Q2014FTC00007005 |
| JX0061 | 8/20/2011 | Broadcom Presentation: 3YP Phase V Mobile and Wireless Group BOD Presentation | Broadcom | BCRM000026 | BCRM000071 | Broadcom executives | See description | QX1008 | |
| JX0062 | 1/17/2012 | Email from John Grubbs to Ram Menon | Blackberry (RIM) | BB_FTC_00023907 | BB_FTC_00023985 | Blackberry or/and Qualcomm executives | See description | CX3256 | |

Case 5:17-cv-00220-LHK Document 946-6 Filed 11/29/18 Page 5 of 7

Federal Trade Commission vs. Qualcomm, No. 17-cv-0220 (N.D. Cal.)
Joint Exhibit List - Redacted Version

| Trial Ex. No. | Date | Description | Producing Party | Bates - Begin | Bates - End | Sponsoring Witness | Purpose | Also Marked As | Also Produced As |
|---|---|---|---|---|---|---|---|---|---|
| JX0063 | 2/16/2012 | | Qualcomm | Q2017MDL1_03030090 | Q2017MDL1_03030121 | Sony or/and Qualcomm executives | See description | CX7971 | |
| JX0064 | 3/1/2012 | Email from Jonathan Pearl to Eric Reifschneider, Derek Aberle, Fabian Gonell, et al. re: ▮ w/Attach: ▮ | Qualcomm | Q2017MDL1_01855129 | Q2017MDL1_01855141 | Qualcomm executives | See description | CX7944 | |
| JX0065 | 3/26/2012 | Email from Rob Virk to Achim Pantfoerder, Aaron Schafer, Tony Blevins, et al. re: N6X/Steel - Notes w/Attach: Cellular Chipset Vendor and Program Alignment 032612 v2.pdf | Apple | AAPL-FTC-00104207 | AAPL-FTC-00104220 | Apple executives | See description | QX1458 | |
| JX0066 | 5/7/2012 | | Apple | APL-QC-FTC_07873707 | APL-QC-FTC_07873710 | Apple executives | See description | QX1470 | |
| JX0067 | 6/7/2012 | Email from Rob Virk to Achim Pantfoerder, Aaron Schafer, Isabel Mahe, et al. re: Cellular Chipset Options for 2014 - Notes w/Attach: Cellular Chipset Vendor and Program Alignment 060712 v1 .pdf | Apple | AAPL-FTC-00104902 | AAPL-FTC-00104914 | Apple executives | See description | QX1471; Qualcomm Schafer 0007 | AAPL-FTC-00104902- AAPL-FTC-00104914 |
| JX0068 | 6/29/2012 | Email from Aaron Schafer to David Tom and Tony Blevins re: IMC RFQ vs. ▮ slide update w/Attach: IMC vs. ▮ 2014 Implementation 2nd round quote 6.28.12.key | Apple | AAPL-FTC-00128294 | AAPL-FTC-00128297 | Apple executives | See description | CX0688; Qualcomm Schafer 0006 | AAPL-FTC-00128294- AAPL-FTC-00128297 |
| JX0069 | 8/13/2012 | | Qualcomm | Q2017MDL1_03044541 | Q2017MDL1_03044579 | Qualcomm executives | See description | | |
| JX0070 | 8/16/2012 | Email from S. Aon Mujtaba to Arun Mathias, Isabel Mahe, Inder Singh, et al. re: Innsbruck-N5x/Future Telephony --- status update | Apple | APL-QC-FTC_07874977 | APL-QC-FTC_07874979 | Apple executives | See description | PX0347 | |
| JX0071 | 9/30/2012 | | Qualcomm | Q2017MDL1_03030087 | Q2017MDL1_03030087 | Sony or/and Qualcomm executives | See description | CX7950 | |
| JX0072 | 10/1/2012 | | Qualcomm | Q2014FTC00660709 | Q2014FTC00660770 | Sony or/and Qualcomm executives | See description | | |
| JX0073 | 10/1/2012 | Email from Robinder Virk to Aaron Schafer, Achim Pantfoerder, Aon Mujtaba, et al. re: IMC Status/Next Steps Exec Prep Meeting w/Attach: Cellular Chipset Vendor schedule v5.pdf | Apple | APL-QC-FTC_33895231 | APL-QC-FTC_33895249 | Apple executives | See description | QX1462 | |
| JX0074 | 10/2/2012 | Email from Robinder Virk to Achim Pantfoerder, Aaron Schafer, Aon Mujtaba, et al. re: IMC status/next steps alignment - notes w/Attach: Cellular Chipset Vendor schedule v6.pdf | Apple | APL-QC-FTC_34560911 | APL-QC-FTC_34560931 | Apple executives | See description | CX0561, QX1463 | |
| JX0075 | 10/31/2012 | Email from Louis Sanguinetti to Stephan Schell re: feedback from 2013 roadmap meeting w/ Phil | Apple | APL-QC-FTC_29187125 | APL-QC-FTC_29187127 | Apple executives | See description | QX1531 | |
| JX0076 | 11/6/2012 | Email from Matthias Sauer to Stephan Schell and Louis Sanguinetti re: Intel CEO meeting | Apple | APL-QC-FTC_12120519 | APL-QC-FTC_12120521 | Apple executives | See description | QX1534 | |
| JX0077 | 1/1/2013 | First Amendment to Transition Agreement Among Apple, Qualcomm and QCTAP (Effective Jan. 1, 2013) | Apple | AAPL-FTC-00128495 | AAPL-FTC-00128502 | Apple or/and Qualcomm executives | See description | CX0586 | |
| JX0078 | 1/1/2013 | Business Cooperation and Patent Agreement between Apple and Qualcomm (Effective Jan. 1, 2013) | Apple | AAPL-FTC-00128520 | AAPL-FTC-00128536 | Apple or/and Qualcomm executives | See description | CX0587 | |
| JX0079 | 1/11/2013 | Email from Sanjay Mehta to Steven Mollenkopf, Murthy Renduchintala, James Lederer, et al. re: language on pricing w/Attach: walk away offer scenarios - Jan 10 post CES-v3.pptx | Qualcomm | Q2014FTC03858283 | Q2014FTC03858287 | Qualcomm executives | See description | CX7811; Apple Mehta 0014 | Q2014FTC03858283- Q2014FTC03858287 |
| JX0080 | 1/11/2013 | Email from Isabel Mahe to Stephan Schell and Robert Mansfield re: Hermann Eul | Apple | APL-QC-FTC_08027329 | APL-QC-FTC_08027330 | Apple executives | See description | PX348_Mahe | |
| JX0081 | 1/31/2013 | Email from Stephan Schell to Robert Mansfield re: Intel | Apple | APL-QC-FTC_12123224 | APL-QC-FTC_12123226 | Apple executives | See description | QX1356 | |
| JX0082 | 2/9/2013 | Email from Scott McGregor to Henry Samueli re: Final LTE Materials | Broadcom | BRCM176319 | BRCM176320 | Broadcom executives | See description | QX1011 | |

Case 5:17-cv-00220-LHK   Document 946-6   Filed 11/29/18   Page 6 of 7

Federal Trade Commission vs. Qualcomm, No. 17-cv-0220 (N.D. Cal.)
Joint Exhibit List - Redacted Version

| Trial Ex. No. | Date | Description | Producing Party | Bates - Begin | Bates - End | Sponsoring Witness | Purpose | Also Marked As | Also Produced As |
|---|---|---|---|---|---|---|---|---|---|
| JX0083 | 2/28/2013 | Amended and Restated Strategic Terms Agreement between Apple and Qualcomm (Effective Feb. 28, 2013) | Apple | AAPL-FTC-00128467 | AAPL-FTC-00128486 | Apple or/and Qualcomm executives | See description | CX0588 | |
| JX0084 | 2/28/2013 | Statement of Work for Qualcomm Chipsets for ▮ 7/8, ▮ 10, and ▮ 13 between Apple and Qualcomm (Effective Feb. 28, 2013) | Apple | AAPL-FTC-00128458 | AAPL-FTC-00128466 | Apple or/and Qualcomm executives | See description | CX0589 | |
| JX0085 | 3/21/2013 | Agreement for Subscriber Units (Effective Mar. 21, 2013) | Qualcomm | Q2017MDL1_03111128 | Q2017MDL1_03111135 | Qualcomm executives | See description | CX7613 | |
| JX0086 | 4/29/2013 | Email from Sanjay Mehta to Steven Mollenkopf, Marc McCloskey, James Lederer, et al. re: ▮ deck for board w/Attach: QCT TA Summary Slide for BOD (042513)w_Financials5.pptx | Qualcomm | Q2017MDL1_00435087 | Q2017MDL1_00435092 | Qualcomm executives | See description | CX5392 | |
| JX0087 | 6/28/2013 | ▮ | Qualcomm | Q2017MDL1_02927633 | Q2017MDL1_02927635 | Lenovo or/and Qualcomm executives | See description | CX7658; QX3655 | |
| JX0088 | 7/1/2013 | ▮ | Mediatek | MTKFTC_00000137 | MTKFTC_00000159 | Mediatek or/and Qualcomm executives | See description | CX3508 | |
| JX0089 | 9/23/2013 | Report on Chipset Strategy (Qualcomm, S.LSI, Intel) | Samsung | SFT-0030236_Official Translation | SFT-0030270_Official Translation | Samsung executives | See description | CX2500A; CX2500 | SFT-0030236-SFT-0030270 |
| JX0090 | 10/9/2013 | Samsung Presentation: 2014 Purchasing Strategy | Samsung | SFT-0030482 | SFT-0030493 | Samsung executives | See description | QX0523 | |
| JX0091 | 11/12/2013 | Broadcom Presentation: Mobile and Wireless | Broadcom | BCRM000173 | BCRM000205 | Broadcom executives | See description | QX1015 | |
| JX0092 | 1/25/2014 | Email from Cristiano Amon to Steven Mollenkopf, Murthy Renduchintala, and Sanjay Mehta re: TD LTE licensing w/Attach: China CY2014 LTE Impact.pptx | Qualcomm | Q2017MDL1_02591816 | Q2017MDL1_02591819 | Qualcomm executives | See description | CX5299 | |
| JX0093 | 3/7/2014 | Email from Sarah Guichard to Steve Zipperstein and James Yersh re: follow-up w/Attach: ▮ | Blackberry (RIM) | BB_FTC_00075179 | BB_FTC_00075305 | Blackberry or/and Qualcomm executives | See description | CX3268 | |
| JX0094 | 3/7/2014 | Email from Sarah Guichard to Steve Zipperstein and James Yersh re: Follow-up | Blackberry (RIM) | BB_FTC_00075179 | BB_FTC_00075259 | Blackberry executives | See description | QX0868 | |
| JX0095 | 5/30/2014 | Broadcom Board of Directors Meeting Agenda (May 30, 2014) | Broadcom | BCRM000251 | BCRM000307 | Broadcom executives | See description | QX1002 | |
| JX0096 | 06/??/14 | Qualcomm Presentation: 2014 Strategic Plan Financial Forecast | Qualcomm | Q2017MDL1_03031506 | Q2017MDL1_03031506 | Qualcomm executives | See description | CX7608 | |
| JX0097 | 7/1/2014 | ▮ | Huawei | FTC-HUAWEI-0000650 | FTC-HUAWEI-0000658 | Huawei and/or Qualcomm executives | See description | CX1023 | |
| JX0098 | 7/1/2014 | ▮ | Huawei | FTC-HUAWEI-0000572 | FTC-HUAWEI-0000649 | Huawei and/or Qualcomm executives | See description | CX1024 | |
| JX0099 | 8/1/2014 | 3GPP2 Working Procedures v17.0, August 2014 | Public | N/A | N/A | Qualcomm executives | See description | | |
| JX0100 | 1/1/2015 | ▮ | ZTE | ZQCS0000475 | ZQCS0000502 | ZTE or/and Qualcomm executives | See description | CX3932 | |
| JX0101 | 1/1/2015 | ▮ | Qualcomm | Q2014FTC03105503 | Q2014FTC03105523 | Qualcomm executives | See description | | |
| JX0102 | 1/1/2015 | ▮ | Qualcomm | Q2017MDL1_03125643 | Q2017MDL1_03125666 | Qualcomm executives | See description | | |
| JX0103 | 3/1/2015 | ATIS Operating Procedures | Public | N/A | N/A | Qualcomm executives | See description | | |
| JX0104 | 6/25/2015 | Email from Asha Keddy to Feargal Moorhead re: MCM Updates w/Attach: 1506018 SG CSD_FINAL.pptx; Unlicensed LTEUnlicensed_June15_2015_FINAL.pptx | Intel | INTEL-QCOM008124586 | INTEL-QCOM008124663 | Intel executives | See description | QX0074 | |
| JX0105 | 10/1/2015 | ▮ | Qualcomm | Q2014FTC03101212 | Q2014FTC03101346 | Qualcomm executives | See description | CX7614 | |
| JX0106 | 12/7/2015 | STA Assignment Agreement between Apple and Qualcomm (Effective Dec. 7, 2015) | Apple | AAPL-FTC-00128278 | AAPL-FTC-00128287 | Apple or/and Qualcomm executives | See description | CX0538 | |

Federal Trade Commission vs. Qualcomm, No. 17-cv-0220 (N.D. Cal.)
Joint Exhibit List - Redacted Version

| Trial Ex. No. | Date | Description | Producing Party | Bates - Begin | Bates - End | Sponsoring Witness | Purpose | Also Marked As | Also Produced As |
|---|---|---|---|---|---|---|---|---|---|
| JX0107 | 12/7/2015 | Statement of Work for Qualcomm Chipsets for ▮ 11, 13.x, and ▮ 16: Under the Amended and Restated Strategic Terms Agreement between Apple and Qualcomm (Effective Dec. 7, 2015) | Apple | AAPL-FTC-00128260 | AAPL-FTC-00128277 | Apple or/and Qualcomm executives | See description | CX0539 | |
| JX0108 | 12/15/2015 | Email from June Thanasophon to Carly Wyatt, Asha Keddy, Shira Getzler, et al. re: 5G White Paper attached w/Attach: Intel and 5G - Dec 2015 Update - vl 6.docx | Intel | INTEL-QCOM008077974 | INTEL-QCOM008077987 | Intel executives | See description | QX0073 | |
| JX0109 | 12/19/2015 | | Ericsson | ERIC-QCOM-00019600 | ERIC-QCOM-00019650 | Apple and/or Ericsson executives | See description | QX2887 | |
| JX0110 | 1/1/2016 | | Qualcomm | PX397-001 | PX397-023 | LGE or/and Qualcomm executives | See description | PX0937 | |
| JX0111 | 1/1/2016 | | Qualcomm | Q2014FTC03100436 | Q2014FTC03100439 | Qualcomm executives | See description | | |
| JX0112 | 1/1/2016 | | Qualcomm | Q2014FTC03107397 | Q2014FTC03107418 | Qualcomm executives | See description | | |
| JX0113 | 1/1/2016 | | Qualcomm | Q2017MDL1_03125668 | Q2017MDL1_03125691 | Qualcomm executives | See description | | |
| JX0114 | 4/1/2016 | | Qualcomm | Q2014FTC03107419 | Q2014FTC03107439 | Qualcomm executives | See description | | |
| JX0115 | 5/25/2016 | Email from Alex Tobi to William Wyatt, Jacobs Magdaleno, and Katie Arner re: strat slides w/Attach: FY17 Strat Plan Pricing Deck v8.pptx | Qualcomm | Q2014FTC03957400 | Q2014FTC03957401 | Qualcomm executives | See description | CX7570 | |
| JX0116 | 7/27/2016 | Email from Fabian Gonell to Larry Griffith and David Cianflone re: Avanci signed agreement w/Attach: 7-21-2016 side letter.pdf; Master LMA and appendices - signed by Ericsson and Avanci.pdf | Qualcomm | QNDCAL00601110 | QNDCAL00601249 | Ericsson or/and Qualcomm executives | See description | CX6790 | |
| JX0117 | 7/27/2016 | Email from Aicha Evans to Murthy Renduchintala, Brice Hill, Scott Fortmann, et al. re: iCDG PGBP PDF Deck for today's meeting w.Attach: iCDG PGBP Final.pdf | Intel | INTEL-QCOM002458604 | INTEL-QCOM002458670 | Intel executives | See description | QX0093 | |
| JX0118 | 10/1/2016 | | Apple | APL-QC-FTC_30594551 | APL-QC-FTC_30594749 | Apple or/and Qualcomm executives | See description | CX0827 | |
| JX0119 | 10/1/2016 | | Apple | APL-QC_00451156 | APL-QC_00451354 | Apple executives | See description | QX1378; Apple McElvaine 0003 | IDC-FTCQC-FTCSDT-000013-IDC-FTCQC-FTCSDT-000064 |
| JX0120 | 10/14/2016 | Ericsson's Responses to the CID Dated Aug. 25, 2016 | Ericsson | FTC-Ericsson-00000001 | FTC-Ericsson-00000025 | Ericsson executives | See description | QX2927 | |
| JX0121 | 10/20/2016 | 3GPP Working Procedures | Public | N/A | N/A | Qualcomm executives | See description | | |
| JX0122 | 1/1/2018 | | Qualcomm | QAPPCMSD02163037 | QAPPCMSD02163068 | Samsung or/and Qualcomm executives | See description | CX6625; QX0543; CX2629 | QAPPCMSD02163035-QAPPCMSD02163133 |
| JX0123 | 2/8/2018 | ETSI Directives | Public | N/A | N/A | Qualcomm executives; Weiler, Dirk (Nokia); Expert: Huber, Bertram | See description | | |
| JX0124 | 5/11/2018 | 3GPP - Partners | Public | N/A | N/A | Qualcomm executives; Weiler, Dirk (Nokia); Expert: Huber, Bertram | See description | | |
| JX0125 | 9/21/2018 | ATIS Member Listing | Public | N/A | N/A | Qualcomm executives; Weiler, Dirk (Nokia); Expert: Huber, Bertram | See description | | |
| JX0126 | 9/21/2018 | List of TIA Members | Public | N/A | N/A | Qualcomm executives; Weiler, Dirk (Nokia); Expert: Huber, Bertram | See description | | |