UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, et al.,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER GRANTING NON-PARTY MARVELL SEMICONDUCTOR'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 948 |

On November 21, 2018, the Court granted in part and denied in part motions to file under seal filed in connection with the parties' briefing on Plaintiff Federal Trade Commission's ("FTC") motion for partial summary judgment. ECF No. 935. In that Order, the Court denied the parties' request to seal information designated as confidential by non-party Marvell Semiconductor ("Marvell") because Marvell had failed to file a supporting declaration providing that the information was sealable, as is required by Civil Local Rule 79-5(e)(1). *Id.* at 5, 9–10.

Before the Court is Marvell's unopposed administrative motion to file under seal two references to "Marvell" in Defendant Qualcomm Incorporated's ("Qualcomm") opposition to the FTC's motion for partial summary judgment and one exhibit to Qualcomm's opposition. ECF No.

1

Case No. 17-CV-00220-LHK
ORDER GRANTING NON-PARTY MARVELL SEMICONDUCTOR'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

948. Having considered Marvell's brief and the Ninth Circuit's sealing case law, the Court GRANTS Marvell's motion to seal (1) the references to "Marvell" in Qualcomm's opposition to the FTC's motion for partial summary judgment; (2) and Exhibit 19 to Qualcomm's request for judicial notice.

**IT IS SO ORDERED.**

Dated: December 4, 2018

_____
LUCY H. KOH
United States District Judge

Case No. 17-CV-00220-LHK
ORDER GRANTING NON-PARTY MARVELL SEMICONDUCTOR'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL