*Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | NO. 5:17-CV-00220-LHK |
| Plaintiff, | **JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE FTC'S OPPOSITION TO QUALCOMM'S MOTION IN LIMINE NO. 1 EXCLUDE TESTIMONY FROM HUAWEI WITNESSES** |
| vs. | |
| QUALCOMM INCORPORATED, a Delaware corporation, | |
| Defendant. | CTRM: COURTROOM 8 |
| | JUDGE: HON. LUCY H. KOH |

1  Pursuant to Civil Local Rules 7-11 and 79-5(d), and this Court's September 5, 2018 Order
2  (ECF No. 821), Defendant Qualcomm Incorporation ("Qualcomm") and Plaintiff Federal Trade
3  Commission ("FTC") hereby jointly move the Court to issue an administrative order authorizing
4  the filing under seal of the FTC's Opposition to Qualcomm's Motion *in Limine* No. 1 to Exclude
5  Testimony from Huawei Witnesses and accompanying exhibits (the "Motion *in limine*
6  Opposition"). In accordance with the Court's Local Rules, a public redacted version of the
7  Motion *in limine* Opposition has been filed using the ECF system for the Northern District of
8  California.

9  Civil Local Rule 79-5 provides that documents, or portions thereof, may be sealed if a
10 party "establishes that the documents, or portions thereof, are privileged, protectable as a trade
11 secret or otherwise entitled to protection under the law." Civ. L.R. 79-5(b). A party seeking to
12 seal a document must submit "narrowly tailor[ed]" requests, *id.*, and overcome the "strong
13 presumption in favor of access" that applies to court documents other than those that are
14 traditionally kept secret. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1099 (9th
15 Cir.), *cert. denied sub nom. FCA U.S. LLC v. Ctr. for Auto Safety*, 137 S. Ct. 38, 196 L. Ed. 2d 26
16 (2016). Because a motion *in limine* is "more than tangentially related to the underlying cause of
17 action," *id.*; *see also* Order on Motions to Seal, Nov. 21, 2018, ECF No. 936, at 4, the
18 declarations must set forth the "compelling reasons supported by specific factual findings" which
19 "outweigh the general history of access and the public policies favoring disclosure," *Kamakana v.*
20 *City & Cty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006) (citation omitted).

21 Subsection (e) of Civil Local Rule 79-5, as supplemented by this Court's September 5,
22 2018 Order (ECF No. 821), sets forth procedures that apply when a party seeks to file information
23 designated as confidential by the opposing party or a non-party. Under subsection (e), the
24 submitting party's "declaration in support of the Administrative Motion to File Under Seal must
25 identify the document or portions thereof which contain the designated confidential material and
26 identify the party that has designated the material as confidential ('the Designating Party')."
27 Pursuant to this Court's order, the parties must file all necessary declarations concurrently with
28 this administrative motion, including third party declarations to the extent practicable. ECF No.

821. When this is not practicable with respect to non-parties, the parties' declarations must provide the reasons. *Id.*

The Motion *in limine* Opposition contains information designated as confidential by Huawei under the governing Protective Orders in *In re: Qualcomm Antitrust Litigation*, No. 17-md-02773-LHK-NMC (N.D. Cal.) ("MDL Action"); *Federal Trade Commission v. Qualcomm Incorporated*, No. 17-cv-00220-LHK-NMC (N.D. Cal.) ("FTC Action"); and *Apple, Inc. v. Qualcomm Incorporated*, No. 17-cv-0108-GPC-MDD ("S.D. Cal. Action") (together, "Protective Orders").

The FTC and Qualcomm respectfully move the Court to keep sealed portions of the Motion *in limine* Opposition, as described below. Filed concurrently herewith are declarations from counsel for the FTC attesting to compliance with the requirements of the Court's September 5, 2018 Order regarding administrative motions to seal (ECF No. 821).

**FTC's Opposition to Qualcomm's Motion in Limine No. 1 re: Huawei**

The information identified below was previously designated highly confidential by Huawei, as to which Qualcomm and the FTC take no position:

| ECF | Document | Page / Line # |
|---|---|---|
| 953 | Exhibit 1 to the Motion in limine Opposition | Entire exhibit |

\*   \*   \*

The declarations of FTC lead counsel and Qualcomm lead counsel, as well as a proposed order granting the Joint Administrative Motion to File Under Seal, are submitted herewith.

Dated:   December 4, 2018          Respectfully Submitted,

*/s/ Jennifer Milici*
Jennifer Milici
Joseph R. Baker
J. Alexander Ansaldo
Aaron Ross
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-3695; (202) 326-3496 (fax)
*jmilici@ftc.gov*

*Attorneys for Plaintiff*
*Federal Trade Commission*

CRAVATH, SWAINE & MOORE LLP,

*/s/ Gary A. Bornstein*
Gary A. Bornstein
Yonatan Even
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
gbornstein@cravath.com
yeven@cravath.com

Robert A. Van Nest
Asim M. Bhansali
Eugene M. Paige
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Tel: (415) 391-5400
Fax: (415) 397-7188
rvannest@keker.com
abhansali@keker.com
epaige@keker.com

3

Case No. 17-CV-0220-LHK
Joint Admin. Mot. to File Under Seal
FTC's Opposition to Qualcomm's MIL re: Huawei

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel: (212) 309-6000
Fax: (212) 309-6001
richard.taffet@morganlewis.com

Willard K. Tom
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Tel: (202) 739-3000
Fax: (202) 739 3001
willard.tom@morganlewis.com

Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415) 442-1001
geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*

4

Case No. 17-CV-0220-LHK
Joint Admin. Mot. to File Under Seal
FTC's Opposition to Qualcomm's MIL re: Huawei

**FILER'S ATTESTATION**

I, Jennifer Milici, am the ECF user whose identification and password are being used to make this filing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories of these documents have concurred in this filing.

*/s/ Jennifer Milici*
Jennifer Milici

5

Case No. 17-CV-0220-LHK
Joint Admin. Mot. to File Under Seal
FTC's Opposition to Qualcomm's MIL re: Huawei