UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>QUALCOMM INCORPORATED, et al.,<br><br>Defendants. | Case No. 17-CV-00220-LHK<br><br>**ORDER INSTRUCTING QUALCOMM TO FILE UNDER SEAL UNREDACTED VERSION OF THE ENTIRE DONALDSON EXPERT REPORT, INCLUDING ANY EXHIBITS AND APPENDICES**<br><br>Re: Dkt. No. 799 |

On August 30, 2018, Defendant Qualcomm, Incorporated ("Qualcomm") filed a motion to exclude the opinions of Richard Donaldson. ECF No. 799. Pursuant to Court order, ECF No. 901, Qualcomm filed the unredacted expert report of Richard Donaldson, but has failed to attach the exhibits and appendices to his expert report. The Court hereby ORDERS Qualcomm to file under seal an unredacted version of Richard Donaldson's *entire* expert report, including any exhibits and appendices, by December 7, 2018.

**IT IS SO ORDERED.**

1

Case No. 17-CV-00220-LHK
ORDER INSTRUCTING QUALCOMM TO FILE UNDER SEAL UNREDACTED VERSION OF THE ENTIRE DONALDSON EXPERT REPORT, INCLUDING ANY EXHIBITS AND APPENDICES

Dated: December 6, 2018

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

United States District Court
Northern District of California

2

Case No. 17-CV-00220-LHK
ORDER INSTRUCTING QUALCOMM TO FILE UNDER SEAL UNREDACTED VERSION OF THE ENTIRE DONALDSON EXPERT REPORT, INCLUDING ANY EXHIBITS AND APPENDICES