UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, et al.,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT ADMINISTRATIVE MOTION TO MODIFY AND EXTEND DEADLINE PURSUANT TO LOCAL RULE 79-5**<br><br>Re: Dkt. No. 958 |

Before the Court is the parties' Joint Administrative Motion to Modify and Extend Deadline Pursuant to Local Rule 79-5. ECF No. 958. The Court GRANTS IN PART and DENIES IN PART the Motion as follows:

1. The parties shall not be permitted to file the entire proposed findings of fact under seal. The Court notes that on December 6, 2018, the parties filed public redacted versions of their findings of fact. ECF Nos. 966, 967.

2. On December 7, 2018, the parties shall provide notice to all affected non-parties attaching a copy of this order and providing non-parties with information setting forth each non-party's Protected Information included in Parties' findings of fact.

1

3. By December 14, 2018, non-parties shall identify to the Parties which material that particular non-party seeks to seal and provide the Parties with declarations establishing that the information sought to be sealed is sealable.

4. On December 17, 2018, the parties shall file Joint Administrative Motions to Seal with all declarations supporting the requests to seal. If the parties do not request to seal all information currently redacted in the public versions of their findings of fact, the parties shall file updated redacted versions of their findings of fact on December 17, 2018.

**IT IS SO ORDERED.**

Dated: December 7, 2018

_____
LUCY H. KOH
United States District Judge