UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>     Plaintiff,<br><br>     v.<br><br>QUALCOMM INCORPORATED, et al.,<br><br>     Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER REQUIRING THE PARTIES TO FILE UNDER SEAL UNREDACTED VERSIONS OF THEIR PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

On December 6, 2018, the parties filed public redacted versions of their Proposed Findings of Fact and Conclusions of Law. ECF Nos. 966, 967. On December 10, 2018, the Court received paper copies of the unredacted versions of the Proposed Findings of Fact and Conclusions of Law. The Court hereby ORDERS the parties to file the unredacted versions of their Findings of Fact and Conclusions of Law to ECF, under seal, by December 11, 2018.

**IT IS SO ORDERED.**

Dated: December 10, 2018

_____
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-00220-LHK
ORDER REQUIRING THE PARTIES TO FILE UNREDACTED VERSIONS OF THEIR PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW