SIDLEY AUSTIN LLP
David C. Giardina (*pro hac vice*)
dgiardina@sidley.com
One South Dearborn
Chicago, IL  60603
312-853-7000 – Telephone
312-853-7036 – Facsimile

SIDLEY AUSTIN LLP
Nathan A. Greenblatt (SBN 262279)
ngreenblatt@sidley.com
1001 Page Mill Road, Bldg. 1
Palo Alto, CA  94304
650-565-7107 – Telephone
650-565-7100 – Facsimile

*Attorneys for Non-Party HUAWEI DEVICE USA, INC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 5:17-cv-00220-LHK |
| Plaintiff. | **DECLARATION OF STEVEN M. GEISZLER IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| QUALCOMM INC., | |
| Defendant. | |

## DECLARATION OF STEVEN GEISZLER

I, Steven M. Geiszler, declare as follows:

1. I am the U.S. Chief Intellectual Property Litigation Counsel for Non-Party Huawei Device USA, Inc. ("Huawei Device USA").

2. Pursuant to N.D. Cal. Civil Local Rule 79-5(d) and (e), and Judge Koh's Order regarding sealing procedures (Dkt. 821), I respectfully submit this declaration in support of Plaintiff's Administrative Motion to File Under Seal (Dkt. 961). I also respectfully submit a redacted public version, and an unredacted version sought to be sealed, of Exhibit 1 to Plaintiff's Opposition to Qualcomm's Motion in Limine #1 to Exclude Testimony from Huawei Witnesses (Dkt. 961-4) ("Exhibit 1"). Exhibit 1 consists of approximately seven pages of the deposition testimony of Huawei witness Jian Xin "Jason" Ding.

3. I reviewed Exhibit 1. Based on my review, Exhibit 1 discloses highly confidential information that, if publicly disclosed, would harm the competitive standing of Huawei Device USA and its affiliates. Huawei Device USA requests an order granting its motion to file under seal the following portions of Exhibit 1:

| Document | Portions to be Filed Under Seal | Party Claiming Confidentiality | Basis for Sealing |
|---|---|---|---|
| Exhibit 1, Excerpts from the Deposition of Jian Xin Ding, taken March 12, 2018 | Highlighted portions on page 60, lines 15-18 | Huawei Device USA, Inc. | Declaration of Steven M. Geiszler In Support of Plaintiffs' Administrative Motion to File Under Seal |

5. Specifically, the highlighted portions of Exhibit 1 describe the current status and amount of disputed royalty payments between Huawei and Qualcomm Inc. Huawei has kept this information confidential and has not publicly disclosed it. Public disclosure of this information will harm Huawei's competitive standing by revealing both the status of Huawei's confidential negotiations with Qualcomm and the magnitude of its royalty payments to Qualcomm.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed this day, December 11, 2018 in Plano, Texas.

*[signature]*

Steven M. Geiszler