# EXHIBIT 1
# to Declaration of
# Steven M. Geisler

# *(Redacted)*

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
JIAN XIN DING - 03/12/2018

```
 1                 UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA
                      SAN JOSE DIVISION
 3

 4  FEDERAL TRADE COMMISSION,     )
                                  )
 5                 Plaintiff,     )
                                  )
 6                 VS.            ) CASE NO.
                                  ) 17-CV-00220-LHK-NMC
 7  QUALCOMM INCORPORATED, a      )
    Delaware Corporation,         )
 8                                )
                   Defendant.     )
 9                                )
                                  )
10  In re:  Qualcomm Antitrust    ) CASE NO.
    Litigation                    ) 17-ND-02773-LHK-NMC
11  _____ )

12                 UNITED STATES DISTRICT COURT

13               SOUTHERN DISTRICT OF CALIFORNIA

14  _____
    IN RE:   QUALCOMM LITIGATION  ) CASE NO.
15  _____ ) 3:17-CV-00108-GPC-MOD

16                 **HIGHLY CONFIDENTIAL
                   ATTORNEY'S EYES ONLY**
17

18       VIDEOTAPED DEPOSITION OF JIAN XIN DING

19                       HONG KONG

20              Monday, March 12, 2018

21

22

23

24  REPORTED BY:
    HEATHERLYNN GONZALEZ
25  CSR #13646
```

DTI Court Reporting Solutions - New York

1-800-325-3376                         www.deposition.com

```
 1  Qualcomm has never interrupted Huawei's chip supply
 2  to your knowledge?
 3      A   Because I was not involved in the
 4  implementation of that agreement, I just can say that
 5  I didn't hear -- I didn't hear my colleague or say
 6  Qualcomm stopped the supply chip.  I didn't hear
 7  that.
 8      Q   So again, to your knowledge, you don't know
 9  of any instance in which Qualcomm interrupted
10  Huawei's chip supply; right?
11          MR. GIARDINA:  Objection.  Asked and
12  answered.
13          THE WITNESS:  No, I don't know.
14  BY MR. KENNAMER:
15  ███████████████████████████████████████████
    ███████████████████████████████████████████████
    ███████████████████████████████████████████
    ████████  Qualcomm has not interrupted Huawei's chip
19  supply; right?
20      A   My knowledge is that from the first quarter
21  of the '17 until now, they didn't.
22      Q   Are you aware of any instance in which
23  Qualcomm ever threatened to stop supplying base band
24  processor chips to Huawei?
25      A   Yes, I know -- I know once or twice.
                                                    Page
```

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
JIAN XIN DING - 03/12/2018                    Page 61

| | |
|---|---|
| 1   Q   What instance are you referring to -- or | 11:27:30 |
| 2 instances? | 11:27:31 |
| 3   A   In 2013, we have a CDMA -- CDMA license | 11:27:45 |
| 4 agreement with Qualcomm.  And in 2013, that agreement | 11:27:51 |
| 5 is -- was closed to the termination.  So when we want | 11:27:59 |
| 6 to renegotiate with Qualcomm, the framework of the | 11:28:04 |
| 7 license between two companies, the Qualcomm's -- that | 11:28:16 |
| 8 should be the president of the QTL, their technical | 11:28:20 |
| 9 licensing departments sent me an e-mail and say that | 11:28:27 |
| 10 Huawei may have a problem to use their chip set if we | 11:28:31 |
| 11 couldn't intend to renew the agreements.  With that | 11:28:39 |
| 12 time that we already use their competitor for ten | 11:28:43 |
| 13 years. | 11:28:46 |
| 14   Q   That's one instance, you mentioned I know | 11:28:58 |
| 15 once or twice, is there another instance that you can | 11:29:03 |
| 16 think of in which you believe Qualcomm threatened to | 11:29:08 |
| 17 stop supplying chips to Huawei? | 11:29:12 |
| 18   A   After the -- after the president of the QTL | 11:29:37 |
| 19 raise that issue, we have some e-mail back and forth. | 11:29:41 |
| 20 And it seems I remember he repeatedly emphasized that | 11:29:47 |
| 21 Huawei may have problem to use it -- use their CDMA | 11:29:52 |
| 22 chip set.  So when I say once or twice I mean we have | 11:29:57 |
| 23 this kind of discussion happen once or twice. | 11:30:00 |
| 24   Q   I see.  So you're referring to the same | 11:30:03 |
| 25 product.  The CDMA license agreement.  You're | 11:30:11 |

Page

```
                  HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
                  JIAN XIN DING - 03/12/2018              Page 62
```

| | | |
|---|---|---|
| 1 | referring to -- strike that. | 11:30:12 |
| 2 | You're referring to the 2013 renewal of the | 11:30:16 |
| 3 | CDMA license agreement; right? | 11:30:18 |
| 4 | A   Yes. | 11:30:19 |
| 5 | Q   And all of these instances that you're | 11:30:22 |
| 6 | referring to that you interpreted as threats all | 11:30:26 |
| 7 | relate to that one instance; right? | 11:30:28 |
| 8 | A   Yes. | 11:30:40 |
| 9 | Q   You're not aware of any other instance; | 11:30:43 |
| 10 | right? | 11:30:45 |
| 11 | A   So far, I cannot remember other instance. | 11:30:50 |
| 12 | Q   I'm going to show you what's been previously | 11:32:17 |
| 13 | marked as CX5224-1 through, looks like, three.  And | 11:32:29 |
| 14 | this is an e-mail -- well I'm referring to, at least | 11:32:48 |
| 15 | for now, the second e-mail on the string on the first | 11:32:51 |
| 16 | page from Eric Reifschneider. | 11:32:54 |
| 17 | Dated Tuesday 7. | 11:32:59 |
| 18 | THE REPORTER:  I'm sorry.  The month? | 11:33:00 |
| 19 | MR. KENNAMER:  May 7th, 2013.  Sorry. | 11:33:12 |
| 20 | Q   And it's addressed to Mr. Cheng at Huawei | 11:33:17 |
| 21 | and copies, among other people, you, is that right? | 11:33:23 |
| 22 | A   Yes. | 11:33:31 |
| 23 | Q   And Mr. Reifschneider is raising an issue | 11:33:41 |
| 24 | which you're raising which is the CDMA license | 11:33:45 |
| 25 | agreement SULA is going to expire soon.  Correct? | 11:33:55 |

Page

```
                   HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
                     JIAN XIN DING - 03/12/2018           Page 63

  1      A    Yes.                                                   11:34:15
  2      Q    And he's writing, is he not, that Qualcomm             11:34:28
  3 might not sell chips to Huawei -- CDMA chips if                  11:34:35
  4 Huawei were to become unlicensed.  Isn't that right?             11:34:42
  5      A    Yes.                                                   11:34:54
  6      Q    And in fact, didn't Mr. Reifschneider offer            11:34:57
  7 an interim license to Huawei while they tried to work            11:35:01
  8 out this issue to a resolution?                                  11:35:07
  9      A    Can you repeat your question.                          11:35:21
 10      Q    Sure.  As part of this negotiation, didn't             11:35:26
 11 Mr. Reifschneider offer an interim license to Huawei             11:35:32
 12 while both sides tried to arrive at a permanent                  11:35:36
 13 agreement?                                                       11:35:38
 14      A    This happened in -- almost five years ago.             11:36:01
 15 I couldn't recall whether they provided a temporary              11:36:07
 16 agreement.  I couldn't recall.                                   11:36:09
 17      Q    My question is whether he offered to do                11:36:11
 18 that.                                                            11:36:15
 19      A    My experience is that sometimes Qualcomm, if           11:36:32
 20 they have some negotiation with you couldn't make                11:36:34
 21 sometimes they extend that to you.  But regarding                11:36:41
 22 this particular negotiation I would just have been               11:36:46
 23 involved in the e-mail list.  At that time, Mr. Cheng            11:36:51
 24 handled the -- has a direct conversation with Ms. --             11:36:55
 25 Mr. Reifschneider.  So I don't remember the if they              11:37:01
                                                       Page
```

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
JIAN XIN DING - 03/12/2018                        Page 64

| | |
|---|---|
| 1  offered a temporary agreement to us. | 11:37:05 |
| 2       Q   Can I ask you why you interpret this as a | 11:37:45 |
| 3  threat to stop supplying CDMA chips? | 11:37:53 |
| 4       A   Normally the communication between companies | 11:38:14 |
| 5  will keep, you know, even there is some difficult y, | 11:38:18 |
| 6  the parties will keep very amicable conversation. | 11:38:23 |
| 7  But here, the words and sentence, the tone is strong | 11:38:27 |
| 8  enough to give us the feeling if we don't extend the | 11:38:35 |
| 9  CDMA license agreements, they will stop the supply of | 11:38:39 |
| 10 CDMA chip set.  I -- I believe it's clear in this | 11:38:44 |
| 11 sentence. | 11:38:44 |
| 12      Q   If you look at point 5 in | 11:38:51 |
| 13 Mr. Reifschneider's e-mail, is that what you're | 11:38:57 |
| 14 referring to when you say I believe it's clear in | 11:39:00 |
| 15 this sentence? | 11:39:01 |
| 16      A   Yes. | 11:39:17 |
| 17      Q   Okay.  He writes ways to avoid any | 11:39:24 |
| 18 disruption in chip set supply at the end of this | 11:39:28 |
| 19 month without creating undue risk for either party | 11:39:32 |
| 20 the simplest being for Huawei to exercise its right | 11:39:36 |
| 21 to renew the C2K license agreement under which it has | 11:39:42 |
| 22 been operating successfully for the last ten years. | 11:39:45 |
| 23 When he writes C2K license agreement is he referring | 11:39:50 |
| 24 to CDMA? | 11:39:53 |
| 25      A   Yes.  It is. | 11:40:18 |

Page

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
JIAN XIN DING - 03/12/2018                           Page 65

| | | |
|---|---|---|
| 1 | Q   Okay.  He writes the simplest being for | 11:40:21 |
| 2 | Huawei to exercise it's right to renew the C2K | 11:40:25 |
| 3 | license agreement.  Correct? | 11:40:30 |
| 4 | A   Yes. | 11:40:39 |
| 5 | Q   He's not saying it's the only way to avoid a | 11:40:42 |
| 6 | disruption in the CDMA chip supply; right? | 11:40:46 |
| 7 | A   During the negotiation they didn't provide | 11:40:58 |
| 8 | other alternative ways.  If -- in fact, this is the | 11:41:05 |
| 9 | only way. | 11:41:09 |
| 10 | Q   You're saying during the course of the | 11:41:16 |
| 11 | negotiations, Qualcomm offered no other alternatives | 11:41:21 |
| 12 | other than an immediate renewal for a ten-year term | 11:41:30 |
| 13 | of the CDMA license agreement? | 11:41:34 |
| 14 | A   Qualcomm is a very special patent license | 11:42:01 |
| 15 | program.  Normally, we have this kind of license | 11:42:05 |
| 16 | discussion with other license source, the parties | 11:42:09 |
| 17 | will show the patents, the value of the patents in | 11:42:14 |
| 18 | the discussion.  And you know, after the bargain back | 11:42:20 |
| 19 | and forth and finally signed agreements, but | 11:42:26 |
| 20 | Qualcomm, we never -- they never provide you know | 11:42:31 |
| 21 | similar way to negotiate that way.  So they just ask | 11:42:37 |
| 22 | us to enter into the -- the -- the license agreements | 11:42:44 |
| 23 | to ensure the supply of the chip sets. | 11:42:48 |
| 24 | Q   And that was something that you knew, having | 11:42:58 |
| 25 | entered into a ten-year -- and when I say "you," I | 11:43:03 |

Page

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
JIAN XIN DING - 03/12/2018                            Page 66

| | | |
|---|---|---|
| 1 | mean Huawei.  That's something that Huawei knew | 11:43:07 |
| 2 | having already entered into a ten-year license | 11:43:11 |
| 3 | agreement for CDMA chips; right? | 11:43:15 |
| 4 |         MR. GIARDINA:  Objection to form. | 11:43:20 |
| 5 |         THE WITNESS:  Repeat the question.  What | 11:43:37 |
| 6 | kind of arrangement? | 11:43:40 |
| 7 | BY MR. KENNAMER: | 11:43:40 |
| 8 |     Q   You knew that Qualcomm required a license | 11:43:51 |
| 9 | agreement; right?  Yes? | 11:43:59 |
| 10 |     A   Yes. | 11:44:00 |
| 11 |     Q   Huawei knew that because it had already | 11:44:02 |
| 12 | entered into the license agreement for CDMA chips | 11:44:07 |
| 13 | that was about to expire in 2013; right? | 11:44:15 |
| 14 |     A   Yes.  They know. | 11:44:30 |
| 15 |     Q   So there is no surprise at work here in year | 11:44:38 |
| 16 | ten of the ten-year license agreement for CDMA chips, | 11:44:43 |
| 17 | Huawei knows that Qualcomm will want a renewed | 11:44:49 |
| 18 | license; right? | 11:44:53 |
| 19 |     A   Yes, we knew. | 11:45:13 |
| 20 |     Q   And is it correct that prior to receiving | 11:45:18 |
| 21 | this e-mail in which you're copied, Huawei and | 11:45:24 |
| 22 | Qualcomm had been discussing license renewal for CDMA | 11:45:30 |
| 23 | chips? | 11:45:35 |
| 24 |     A   Yeah.  I believe that before this | 11:45:52 |
| 25 | communication happened in May, I believe there's some | 11:45:56 |

Page

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
JIAN XIN DING - 03/12/2018                              Page 172

1        CERTIFICATE OF REPORTER

2      I, Heatherlynn Gonzalez, a Certified Shorthand

3 Reporter, hereby certify that the witness in the

4 foregoing deposition was by me duly sworn to tell the

5 truth, the whole truth, and nothing but the truth in

6 the within-entitled cause; that said deposition was

7 taken down in shorthand by me, a disinterested

8 person, at the time place therein stated; and that

9 the testimony of said witness was thereafter reduced

10 to typewriting, by computer, under my direction and

11 supervision;

12      That before completion of the deposition, that

13 review of the transcript was offered.  If requested,

14 any changes made by the deponent (and provided to the

15 reporter) during the period allowed are appended

16 hereto.

17      I further certify that I am not of counsel or

18 attorney for either or any of the parties to the said

19 deposition, nor in any way interested in the event of

20 cause, and that I'm not related to any of the parties

21 thereto.

22 Dated:  Monday, March 12, 2018

23                     *Heatherlynn Gonzalez* (signature)

24      _____

25         Heatherlynn Gonzalez, CSR 13646