| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>Robert A. Van Nest (SBN 84065)<br>rvannest@keker.com<br>Eugene M. Paige (SBN 202849)<br>epaige@keker.com<br>Justina K. Sessions (SBN 270914)<br>jsessions@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391 5400<br>Facsimile: (415) 397 7188<br><br>CRAVATH, SWAINE & MOORE LLP<br>Gary A. Bornstein *(pro hac vice)*<br>gbornstein@cravath.com<br>Yonatan Even *(pro hac vice)*<br>yeven@cravath.com<br>825 Eighth Avenue<br>New York, New York 10019-7475<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700 | MORGAN, LEWIS & BOCKIUS LLP<br>Richard S. Taffet *(pro hac vice)*<br>richard.taffet@morganlewis.com<br>101 Park Avenue<br>New York, NY 10178-0060<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Willard K. Tom *(pro hac vice)*<br>willard.tom@morganlewis.com<br>1111 Pennsylvania Avenue NW<br>Washington, DC 20004-2541<br>Telephone: (202) 739-3000<br>Facsimile: (202) 739-3001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Geoffrey T. Holtz (SBN 191370)<br>gholtz@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001 |

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>QUALCOMM INCORPORATED,<br>a Delaware corporation,<br><br>　　　　　　Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**DEFENDANT QUALCOMM INCORPORATED'S NON-OPPOSITION TO PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION FOR LEAVE TO SERVE TRIAL SUBPOENA**<br><br>Courtroom: 8, 4th Floor<br>Judge:　　Hon. Lucy H. Koh |

Defendant Qualcomm Incorporated ("Qualcomm") submits this Non-Opposition to Plaintiff Federal Trade Commission's Administrative Motion for Leave To Serve Trial Subpoena ("Motion for Leave").

Qualcomm does not oppose the FTC's request for leave to serve trial subpoenas on its former employees Derek Aberle and Steven Altman by certified mail.  Qualcomm believes that the testimony of Messrs. Aberle and Altman would be helpful to the Court, and for that reason has included them on its own list of witnesses to be called live at trial.

In September 2018, the FTC inquired whether eight former Qualcomm employees, including Messrs. Aberle and Altman, would agree to appear at trial voluntarily.  Qualcomm promptly contacted those eight former employees (or, in one case, the individual's separate counsel).  As Qualcomm received answers from the former employees, Qualcomm promptly conveyed that information to the FTC.[1]  In the case of Messrs. Aberle and Altman, neither committed to attend, but neither ruled out the possibility that he would agree to do so.  On more than one occasion since the FTC first made the request, Qualcomm informed the FTC that neither had yet agreed to appear but that Qualcomm was still inquiring with each about his appearance.

The FTC states in its Motion for Leave that "Qualcomm's counsel reported for the first time that they were 'not authorized to accept trial subpoenas' for Messrs. Aberle and Altman" until November 25, and similarly that "Qualcomm's counsel announced for the first time on November 26 that it does not represent either Mr. Aberle or Mr. Altman". (ECF No. 984 at 2.) But the FTC *did not ask* counsel for Qualcomm whether they were authorized to accept service of a trial subpoena on behalf of Mr. Aberle or Mr. Altman until November 19; Qualcomm's counsel promptly responded on November 23, the day after Thanksgiving, that they were not authorized to accept service on behalf of either of those former employees.  Likewise, the FTC *did not ask* counsel for Qualcomm whether they represented Mr. Aberle or Mr. Altman in connection with their potential trial testimony until November 25; Qualcomm's counsel responded promptly on

---

[1] Of the remaining six besides Messrs. Aberle and Altman, Qualcomm was able to obtain confirmation that three of them—Irwin Jacobs, Michael Hartogs, and Eric Reifschneider—would agree to attend trial.  A fourth, who was deposed, is unable to travel to San Jose because of health reasons.  Qualcomm understands that the FTC has served subpoenas on the other two.

November 26 that they had not been retained by either former employee for that purpose.

At no point did counsel for Qualcomm ever suggest to the FTC that they were authorized to accept service of a trial subpoena on behalf of either Mr. Aberle or Mr. Altman or that they represented either of the two in connection with their potential trial testimony.  To the contrary, as the FTC is well aware, Mr. Aberle is affiliated with a group of former officers and directors that has expressed interest in acquiring Qualcomm.

Qualcomm does not oppose the FTC's request for leave to serve trial subpoenas on Messrs. Aberle and Altman by certified mail.

Dated:  December 12, 2018

/s/ Gary A. Bornstein
Gary A. Bornstein *(pro hac vice)*
Yonatan Even *(pro hac vice)*
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
gbornstein@cravath.com
yeven@cravath.com

Robert A. Van Nest (SBN 84065)
Eugene M. Paige (SBN 202849)
Justina K. Sessions (SBN 270914)
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile:  (415) 397-7188
rvannest@keker.com
epaige@keker.com
jsessions@keker.com

Richard S. Taffet *(pro hac vice)*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel.: (212) 309-6000
Fax: (212) 309-6001
richard.taffet@morganlewis.com

| | |
|---|---|
| 1 | Willard K. Tom *(pro hac vice)*<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue NW<br>Washington, DC 20004-2541<br>Tel.: (202) 739-3000<br>Fax: (202) 739 3001<br>willard.tom@morganlewis.com |

Geoffrey T. Holtz (SBN 191370)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel.: (415) 442-1000
Fax: (415) 442-1001
gholtz@morganlewis.com

Attorneys for Defendant
QUALCOMM INCORPORATED