# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**[PROPOSED] ORDER GRANTING FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION FOR LEAVE TO SERVE TRIAL SUBPOENA** |

**[PROPOSED] ORDER**

For good cause shown, the motion of the Federal Trade Commission for an order allowing it to effect service of Rule 45 trial subpoenas by certified mail addressed to the residences of Mr. Steven Altman and Mr. Derek Aberle is hereby GRANTED.

It is SO ORDERED.

Dated:   December 13   , 2018

*Lucy H. Koh*

Honorable Lucy H. Koh
United States District Judge