UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALCOMM INCORPORATED,<br><br>    Defendant. | Case No. 17-CV-00220-LHK<br><br>**PRETRIAL CONFERENCE ORDER** |

Plaintiff's Attorneys: Robert Van Nest, Eugene Paige, Justina Sessions, Gary Bornstein, Yonatan Even, Brent Byars, Jordan Peterson, and Geoff Holtz
Defendant's Attorneys: Jennifer Milici and Daniel Matheson

    A pretrial conference was held on December 13, 2018. At the pretrial conference, the Court made the following rulings on the record:

    By December 17, 2018, each party shall provide notice to third parties of any third-party confidential information that may be disclosed at trial, so that the third party may seek to seal their information. The parties have already given such notice to third parties regarding trial exhibits. This December 17, 2018 deadline applies to deposition testimony, trial testimony, and demonstratives.

    For all joint sealing motions, the parties shall include a chart with a row for each document, testimony, demonstrative or portion thereof that is sought to be sealed. The chart shall also include five additional columns that describe:
    1. whose confidential information is to be sealed;

1

Case No. 17-CV-00220-LHK
PRETRIAL CONFERENCE ORDER

2. where the confidential information appears;
3. the relevant standard for sealing;
4. the number of the paragraph in a specific declaration that justifies the sealing of that information under the relevant standard; and
5. any explanations.

By December 28, 2018, the parties shall reduce their number of exhibits to 400 per side. At trial, the parties shall be limited to the 126 exhibits currently on the joint exhibit list plus 220 exhibits each for a total of 566 exhibits.

**IT IS SO ORDERED.**

Dated: December 13, 2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No. 17-CV-00220-LHK
PRETRIAL CONFERENCE ORDER