UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, | Case No. 17-CV-00220-LHK |
|---|---|
| Plaintiff, | **ORDER REGARDING POSSIBLE UNITED STATES GOVERNMENT CESSATION** |
| v. | |
| QUALCOMM INCORPORATED, | |
| Defendant. | |

Should the continuing resolution that has been funding the Federal Trade Commission ("FTC") expire and appropriations to the FTC lapse, the Court will not stay this litigation and will proceed to trial on January 4, 2019. This Order shall constitute express legal authorization for the FTC to continue to prepare for trial despite any lapse in appropriations to the FTC. The FTC shall file a statement with the Court by December 19, 2018 as to whether this Order is sufficient for the FTC to continue its activities in this case or whether the FTC will need to file a motion to stay the litigation after appropriations have lapsed. For planning purposes, the FTC in its December 19, 2018 statement should indicate when it would file such a motion.

**IT IS SO ORDERED.**

Dated: December 17, 2018

1

Case No. 17-CV-00220-LHK
ORDER REGARDING POSSIBLE UNITED STATES GOVERNMENT CESSATION

_____
LUCY H. KOH
United States District Judge

Case No. 17-CV-00220-LHK
ORDER REGARDING POSSIBLE UNITED STATES GOVERNMENT CESSATION