United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALCOMM INCORPORATED,<br><br>    Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER PROPOSING SEALING PROCEDURES FOR TRIAL** |

In an effort to manage the use of sensitive third party information at trial, the Court proposes that the parties consider creating a glossary of third party company names and corresponding code names (e.g., "Firm A," "Firm B," etc.) to be filed under seal.  If the third party information is sufficiently general, such a glossary might enable the parties and the Court to discuss otherwise sealable third party information without having to seal the courtroom.  The parties should consult with relevant third parties to see if the Court's proposal would address the third parties' confidentiality concerns.  In addition, if the parties find that there is another manageable universe of terms for which a coded glossary would be helpful, the parties should so propose.  The parties shall file their response to the Court's proposal by January 2, 2019.

**IT IS SO ORDERED.**

1

Case No. 17-CV-00220-LHK
ORDER PROPOSING SEALING PROCEDURES FOR TRIAL

Dated: December 17, 2018

                                                   *Lucy H. Koh*
LUCY H. KOH
United States District Judge