Jennifer Milici, D.C. Bar No. 987096
Joseph R. Baker, D.C. Bar No. 490802
Daniel Matheson, D.C. Bar No. 502490
Mark J. Woodward, D.C. Bar No. 479537
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov
*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 5:17-CV-00220-LHK<br><br>**FEDERAL TRADE COMMISSION'S RESPONSE TO COURT ORDER REGARDING POSSIBLE UNITED STATES GOVERNMENT CESSATION** |

The Court's December 17, 2018 order (ECF No. 1010) directed the Federal Trade Commission ("FTC") to file a statement addressing the effect of a potential lapse in appropriations on the FTC's activities in this case. It is not yet known whether appropriations to the FTC will lapse. In light of the Court's order, if appropriations do lapse, the FTC will not file a motion to stay proceedings and will continue its activities in preparation for trial.

Respectfully submitted,

  */s/ Jennifer Milici*
Jennifer Milici
Joseph R. Baker
Daniel Matheson
Mark J. Woodward
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov
*Attorneys for Federal Trade Commission*