1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**
10                              **SAN JOSE DIVISION**
11

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>　　　　　Plaintiff<br><br>　　　v.<br><br>QUALCOMM INCORPORATED, a Delaware Corporation,<br>　　　　　Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**DECLARATION OF JENNIFER MILICI IN SUPPORT OF PLAINTIFF FEDERAL TRADE COMMISSION'S OPPOSITION TO QUALCOMM'S MOTION IN LIMINE NO. 3 TO EXCLUDE BCG DECLARATION AND DOCUMENTS**<br><br>Date:　　　　December 13, 2018<br>Time:　　　　1:30 p.m.<br>Courtroom:　8, 4th Floor<br>Judge:　　　Hon. Lucy H. Koh |

I, Jennifer Milici, do hereby declare and state as follows:

1. I am an active member in good standing with the District of Columbia Bar. I am employed by the Federal Trade Commission ("FTC"), an agency of the United States government. I am one of the attorneys of record in this matter for the FTC. I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness I could and would testify competently.

2. I respectfully submit this declaration in support of the FTC's Opposition to Qualcomm's Motion in Limine No. 3 to Exclude BCG Declaration and Documents..

3. Attached as Exhibit 1 is a true and correct copy of CX3761.  It is stamped with Bates numbers BCG00014932 through BCG00014953.

4. Attached as Exhibit 2 is a true and correct copy of CX3755.  It is stamped with Bates numbers BCG00014896 through BCG00014928.

5. Attached as Exhibit 3 is a true and correct copy of CX3758.  It is stamped with Bates numbers BCG00004386 through BCG00004400.

6. Attached as Exhibit 4 is a true and correct copy of CX5419. It is stamped with Bates numbers Q2017MDL1_02694510 through Q2017MDL1_02694577.

7. Attached as Exhibit 5 is a true and correct copy of a Letter from Jason M. Halper, Cadwalader, Wickersham & Tall LLP to Wesley G. Carson, Federal Trade Commission, dated November 10, 2017.

8. Attached as Exhibit 6 is a true and correct copy of a selected pages of the transcript of the deposition of David Wise, Senior Vice President, Finance and Treasurer at Qualcomm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of December, 2018.

*/s/ Jennifer Milici*

Jennifer Milici