UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>              Plaintiff<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware Corporation,<br>              Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**DECLARATION OF JENNIFER MILICI IN SUPPORT OF FEDERAL TRADE COMMISSION'S OPPOSITION TO QUALCOMM'S MOTION TO EXCLUDE EXPERT REPORTS OF RICHARD L. DONALDSON**<br><br>DATE:    October 18, 2018<br>TIME:    1:30 p.m.<br>CTRM:   8, 4th Floor<br>JUDGE:  Hon. Lucy H. Koh |

I, Jennifer Milici, do hereby declare and state as follows:

1. I am an active member in good standing with the District of Columbia Bar. I am employed by the Federal Trade Commission ("FTC"), an agency of the United States government. I am one of the attorneys of record in this matter for the FTC. I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness I could and would testify competently.

2. I respectfully submit this declaration in support of the FTC's Opposition to Qualcomm's Motion to Exclude Expert Reports of Richard L. Donaldson.

3. Attached as Exhibit 1 is a true and correct copy of Excerpts from Deposition of Richard Donaldson conducted in this litigation.

4. Attached as Exhibit 2 is a true and correct copy of Excerpts from the Deposition of Jeffrey G. Andrews conducted in this litigation.

5. Attached as Exhibit 3 is a true and correct copy of Excerpts from the Deposition of Dr. Bertram Huber conducted in this litigation.

6. Attached as Exhibit 4 is a true and correct copy of an excerpt of QAPPCMSD07786307 (Strategy Analytics "Global Handset Revenue, ASP and Profit in Q2 2017"), as produced by Qualcomm in this litigation.

7. Attached as Exhibit 5 is a true and correct copy of portions of Q2014FTC04150166 ("FY18-22 Strat Plan" May 24th, 2017), as produced by Qualcomm in this litigation.

8. Attached as Exhibit 6 is a true and correct copy of portions of Q2017MDL1_02944278 ("HS Market Share by Vendor"), also marked as Q2014FTC00045280, as produced by Qualcomm in this litigation.

9. Attached as Exhibit 7 is a true and correct copy of Q2017MDL1_01736777 (Email from Eric Reifschneider (Qualcomm) to Derek Aberle (Qualcomm), Apr. 9, 2013), as produced by Qualcomm in this litigation.

10. Attached as Exhibit 8 is a true and correct copy of Q2014FTC03470494 (Email from Eric Reifschneider (Qualcomm) to Huawei, May 6, 2013), also marked as Q2017MDL1_01197694, as produced by Qualcomm in this litigation.

11. Attached as Exhibit 9 is a true and correct copy of Excerpts from the Deposition of Cristiano Amon conducted in this litigation.

12. Attached as Exhibit 10 is a true and correct copy of QNDCAL02199665 (Email of Michael Hartogs (Qualcomm), Sept. 9, 2003), as produced by Qualcomm in this litigation.

13. Attached as Exhibit 11 is a true and correct copy of Q2017MDL1_02843092 (Email from Eric Reifschneider (counsel for Qualcomm) to Sony, Feb. 20, 2012), also marked as Q2014FTC03025677, as produced by Qualcomm in this litigation.

14. Attached as Exhibit 12 is a true and correct copy of Q2017MDL1_02697467 (Email from Steve Altman, Qualcomm, Feb. 27, 2008), also marked as Q2014FTC02865767, as produced by Qualcomm in this litigation.

15. Attached as Exhibit 13 is a true and correct copy of Q2014FTC03584363 (Qualcomm presentation, Nov. 16, 2015), as produced by Qualcomm in this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of September.

*/s/ Jennifer Milici*

Jennifer Milici