Katherine Vidal (SBN 194971)
kvidal@winston.com
WINSTON & STRAWN LLP
275 Middlefield Rd., Suite 205
Menlo Park, CA 94025
(650) 858-6500 – Telephone
(650) 858-6559 – Facsimile


Thomas M. Melsheimer (SBN: 13922550)
tmelsheimer@winston.com
Michael A. Bittner (SBN: 24064905)
mbittner@winston.com
WINSTON & STRAWN LLP
2121 North Pearl St., Suite 900
Dallas, TX 75201
(214) 453-6500 – Telephone
(214) 453-6400 – Facsimile

Attorneys for Third-Party
TEXAS INSTRUMENTS INCORPORATED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Federal Trade Commission<br><br>Plaintiff,<br><br>v.<br><br>Qualcomm Incorporated<br><br>Defendant. | **Case No. 17-cv-00220-LHK**<br><br>**THIRD-PARTY TEXAS INSTRUMENTS INCORPORATED NOTICE OF APPEARANCE**<br><br>Courtroom: 8, 4th Floor<br>Hon. Lucy Koh |

PLEASE TAKE NOTICE that Kathi Vidal, of Winston & Strawn, LLP, 275 Middlefield Rd., Suite 205, Menlo Park, CA 94025, hereby filed this Notice of Appearance in the above-referenced action as counsel for third-party Texas Instruments Incorporated.

Dated:  December 21, 2018            Respectfully submitted,

**Winston & Strawn, LLP**

By:  */s/ Kathi Vidal*

Attorney for Third-Party
TEXAS INSTRUMENTS INCORPORATED