Daniel J. Stephenson (SBN 270722)
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: (310) 552 5000
Facsimile: (310) 552 5001
Email: dan.stephenson@klgates.com

***Attorney for Lenovo (United States), Inc. and Motorola Mobility LLC***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

QUALCOMM INCORPORATED, a Delaware corporation,

Defendant.

Case No. 5:17-cv-00220-LHK-NMC

**DECLARATION OF TODD MADDEROM IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

I, Todd Madderom, Director of Procurement at Motorola Mobility LLC ("Motorola"), do hereby declare under oath as follows based upon my knowledge, information, and belief:

1. I understand that the Defendant Qualcomm, Inc. ("Qualcomm") has filed a Motion to Exclude Expert Testimony of Richard Donaldson, Dkt. No. 799 ("Qualcomm's Motion"), which attaches as an exhibit Richard Donaldson's expert report, Dkt. No. 799-2 and 1024-1 (the "Donaldson Report"), and that portions of the Donaldson Report contain non-public, confidential, and highly sensitive business and commercial information of Motorola, the disclosure of which would put Motorola at an unfair competitive disadvantage in the marketplace.

2. Consistent with the Administrative Motion to Seal filed by Qualcomm, Dkt. No. 1024 (the "Administrative Motion to Seal"), Motorola requests that the Court maintain certain limited portions of the Donaldson Report under seal. Motorola is seeking to seal only those limited portions that are truly confidential in nature and it is not seeking to seal all of the portions identified by Qualcomm – as noted below.

3. Paragraph 36 of the Donaldson Report consists of a narrative summary of the various agreements between Motorola and Qualcomm over a period of 15 years and discloses the terms of those agreements, including disclosing the specific royalty rates agreed to between Motorola and Qualcomm and how those royalties changed over time. Motorola maintains this type of sensitive business information, agreements, and terms in strict confidence; it is not publicly known.

4. Footnote 31 of the Donaldson Report discloses the specific royalty receipt rate between Qualcomm and Motorola from subscriber unit licenses. Motorola maintains this type of sensitive business information in strict confidence; it is not publicly known.

5. Footnote 206 of the Donaldson Report quotes and summarizes portions of my investigative testimony given on March 9, 2016 regarding Motorola's contractual and business negotiations with Qualcomm pertaining to cellular chipsets, including Motorola's internal concerns and strategy affecting, motivating, and shaping those negotiations and the business consequences of them. Motorola maintains this type of sensitive business information, strategy, and concerns in strict confidence; it is not publicly known.

6. If the terms of Motorola's agreements and its related negotiations, strategies, and concerns driving its business negotiations pertaining to cellular chipsets were to be released to the public, Motorola's competitors and potential business partners would gain insight into Motorola's internal business operations and strategy, which would compromise Motorola's competitive standing in the highly competitive cellular products market. Accordingly, Motorola's confidential information should be redacted from the Donaldson Report, as set forth below.

## Conclusion

7. Maintaining Motorola's internal business strategy, goals, plans, and analyses under strict confidence is critical to ensuring that its competitors are not able to exploit differences, modify to emulate, and at a minimum, better compete with Motorola. Public access to the information noted above could pose significant financial harm to Motorola with respect to its competitors as well as current and prospective business partners.

8. Accordingly, the following portions of the Donaldson Report should be redacted and sealed:

| Document | Portions to be Sealed |
|---|---|
| Donaldson Report (Dkt. No. 799-2 and 1024-1) | • Portions of Paragraph 36 disclosing the terms of the agreements between Motorola and Qualcomm;<br>• Portion of Footnote 31 disclosing the specific royalty receipt rate between Qualcomm and Motorola; and<br>• Portion of Footnote 206 citing and quoting the testimony of Todd Madderom. |

I DECLARE UNDER PENALTY OF PERJURY AS A REPRESENTATIVE OF MOTOROLA MOBILITY LLC THAT THE FOREGOING DECLARATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF. EXECUTED THIS 21 th DAY OF DECEMBER, 2018.

Todd Madderom
Director of Procurement
Motorola Mobility LLC

ATTESTATION

I, Daniel J. Stephenson, am the ECF User whose ID and password are being used to file this document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel and, in compliance with Local Rule 5-1(i)(3), hereby attest that all signatories concur with this filing.

Dated: December 21, 2018

*<u>/s/ Daniel J. Stephenson</u>*
Daniel J. Stephenson