Nathaniel L. Green (State Bar No. 260568)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:    (650) 461 - 5600
Facsimile:    (650) 461 - 5700
greenn@sullcrom.com

*Attorney for Non-Party Via Licensing Corporation*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br>v.<br>QUALCOMM INCORPORATED,<br>a Delaware corporation,<br>Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Laura Kabler Oswell (SBN 241281) of the law firm of Sullivan & Cromwell LLP, 1870 Embarcadero Road, Palo Alto, California 94303-3308, telephone no.: 650-461-5600, email address: oswelll@sullcrom.com, shall replace Nathaniel L. Green as counsel of record for Non-Party Via Licensing Corporation, effective immediately.

Date: December 21, 2018

       /s/ Nathaniel L. Green
Nathaniel L. Green (SBN 260568)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

Attorney for Non-Party Via Licensing Corporation