Nathan P. Eimer (*pro hac vice*)
Brian Y. Chang (SBN 287757)
EIMER STAHL LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
Phone: (312) 660-7600
Fax: (312) 692-1718
neimer@eimerstahl.com
bchang@eimerstahl.com

*Attorneys for non-party
LG Electronics, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>vs.<br><br>QUALCOMM INCORPORATED. | Case No. 5:17-cv-00220-LHK<br><br>The Honorable Lucy H. Koh<br><br>**DECLARATION OF NATHAN P. EIMER IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO SEAL DEFENDANT QUALCOMM INCORPORATED'S MOTION TO EXCLUDE EXPERT REPORTS OF RICHARD L. DONALDSON (DOC. 1024)** |

I, Nathan P. Eimer, do declare and state as follows:

1. I am an attorney with the law firm of Eimer Stahl LLP, counsel for non-party LG Electronics, Inc. ("LGE") in relation to the above-captioned matter. I am a member in good standing of the State Bar of Illinois. I submit this declaration in support of the Joint Administrative Motion to File Under Seal Portions of Defendant Qualcomm Incorporated's Motion to Exclude Expert Reports of Richard L. Donaldson (Doc. 1024). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I have reviewed the Joint Administrative Motion to File Under Seal Portions of Defendant Qualcomm Incorporated's Motion to Exclude Expert Reports of Richard L. Donaldson (Doc. 1024), the Declarations of Geoffrey T. Holtz, Gary A. Bornstein, and Jennifer Milici in Support of the Joint Administrative Motion to File Under Seal Portions of Defendant Qualcomm Incorporated's Motion to Exclude Expert Reports of Richard L. Donaldson (Docs. 1024-6, 1024-22, and 1024-23), and the relevant portions of the unredacted version of the Expert Report of Richard Donaldson, dated May 24, 2018 (Doc. 799-2), with the policy considerations outlined in Civil Local Rule 79-5 in mind.

3. Mr. Donaldson's Expert Report contains references to confidential testimony that was provided by LGE and designated as "Highly Confidential – Attorneys' Eyes Only" under the protective orders entered in these cases as Doc. 81 in the FTC Action (5:17-cv-00220-LHK) and as Doc. 46 in the MDL Action (5:17-md-02773-LHK). LGE asks that these portions of Mr. Donaldson's Expert Report be kept under seal for the reasons discussed below.

4. Good cause exists to keep under seal the highly confidential information contained in paragraphs 146 and 147 on pages 68 and 69, including accompanying footnotes 231, 233, 234, 235, and 236, in Mr. Donaldson's Expert Report (Doc. 799-2), for the reasons explained in my declaration of September 4, 2018, which was attached as Exhibit J (Doc. 1024-16) to the Joint Administrative Motion to File Under Seal Portions of Defendant Qualcomm Incorporated's Motion to Exclude Expert Reports of Richard L. Donaldson.

5. In support of sealing this information, LGE further provides the following information about why good cause exists to keep these excerpts under seal:

| Donaldson Report (Doc. 799-2) | Type of Information | Good Cause to Seal |
|---|---|---|
| Page 68, ¶ 146 | Trade secrets, including detailed descriptions of LGE's position in CDMA licensing negotiations with Qualcomm in 2003 and 2004. | Disclosure could harm LGE's position in future negotiations with suppliers and put LGE at a disadvantage among competitors. |
| Page 68–69, ¶ 147 | Trade secrets, including<br>(a) Detailed descriptions of LGE's position in CDMA licensing negotiations with Qualcomm in 2003 and 2004, and<br>(b) References to the highly confidential Hague Convention testimony of Hwi-Jae Cho about LGE's position in CDMA licensing negotiations and the business impact of LGE's purchasing options in the baseband processor market. | Disclosure could harm LGE's position in future negotiations with suppliers and put LGE at a disadvantage among competitors. The Court has already ordered that certain portions of Mr. Cho's testimony be kept under seal, as explained in more detail below. (Doc. 989.) |
| Page 68, fn. 231 | Trade secrets, including<br>(a) Confidential communications between Qualcomm and LGE that reveal LGE's position in CDMA licensing negotiations with Qualcomm, and<br>(b) Quotes from the Hague Convention Testimony of Hwi-Jae Cho (¶¶ 61, 66–67) that reveal LGE's position in CDMA licensing negotiations with Qualcomm. | Disclosure could harm LGE's position in future negotiations with suppliers and put LGE at a disadvantage among competitors. The Court has already ordered that ¶¶ 61 and 66–67 of Mr. Cho's testimony be kept under seal. (Doc. 989.) |
| Page 69, fn. 233, lines 3–9 | Trade secrets, including quotes from the Hague Convention Testimony of Hwi-Jae Cho (¶¶ 67, 105) that reveal information about LGE's position in CDMA licensing negotiations with Qualcomm and the business impact of LGE's purchasing options in the baseband processor market. | Disclosure could harm LGE's position in future negotiations with suppliers and put LGE at a disadvantage among competitors. The Court has already ordered that ¶¶ 67 and 105 of Mr. Cho's testimony be kept under seal. (Doc. 989.) |
| Page 69, fn. 234 | Trade secrets, including a quote from the Hague Convention Testimony of Hwi-Jae Cho (¶ 91) | Disclosure could harm LGE's position in future negotiations with suppliers and put LGE at |

| Donaldson Report (Doc. 799-2) | Type of Information | Good Cause to Seal |
|---|---|---|
| | that reveals information about LGE's position in CDMA licensing negotiations with Qualcomm. | a disadvantage among competitors. The Court has already ordered that ¶ 91 of Mr. Cho's testimony be kept under seal. (Doc. 989.) |
| Page 69, fn. 235 | Trade secrets, including quotes from the Hague Convention Testimony of Hwi-Jae Cho (¶¶ 93–95) that reveal information about LGE's position in CDMA licensing negotiations with Qualcomm. | Disclosure could harm LGE's position in future negotiations with suppliers and put LGE at a disadvantage among competitors. The Court has already ordered that ¶¶ 93–95 of Mr. Cho's testimony be kept under seal. (Doc. 989.) |
| Page 69, fn. 236 | Trade secrets, including quotes from the Hague Convention Testimony of Hwi-Jae Cho (¶¶ 132, 150–54) that reveal information about LGE's position in CDMA licensing negotiations with Qualcomm. | Disclosure could harm LGE's position in future negotiations with suppliers and put LGE at a disadvantage among competitors. The Court has already ordered that ¶¶ 132 and 150–54 Mr. Cho's testimony be kept under seal. (Doc. 989.) |

6. To protect LGE from substantial competitive harm, LGE respectfully requests that the portions of Mr. Donaldson's Expert Report identified above be fully redacted and sealed from public access.

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct to the best of my knowledge.

4  Executed on December 21, 2018, in Chicago, Illinois.

By:   __/s/ Nathan P. Eimer_____

Nathan P. Eimer (*pro hac vice*)
EIMER STAHL LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
Phone: (312) 660-7600
Fax: (312) 692-1718
neimer@eimerstahl.com

*Attorney for non-party
LG Electronics, Inc.*

**DECLARATION OF NATHAN P. EIMER IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO SEAL DEFENDANT QUALCOMM INCORPORATED'S MOTION TO EXCLUDE EXPERT REPORTS OF RICHARD L. DONALDSON (DOC. 1024)**
Case No. 5:17-cv-00220-LHK                                                                 5