1  *Counsel Listed on Signature Page*

2
3
4
5
6
7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN JOSE DIVISION**

| | |
|---|---|
| 11  FEDERAL TRADE COMMISSION, | NO. 5:17-CV-00220-LHK-NMC |
| 12  Plaintiff, | **JOINT SUBMISSION OF DESIGNATED TESTIMONY AND DISCOVERY** |
| 13  vs. | |
| 14  QUALCOMM INCORPORATED, a Delaware corporation, | CTRM: COURTROOM 8 |
| 15  Defendant. | JUDGE: HON. LUCY H. KOH |

16
17
18
19
20
21
22
23
24
25
26
27
28

1   Pursuant to the Court's Guidelines for Bench Trials and the parties' October 17, 2018 Joint Case Management Statement (ECF No. 914), Defendant Qualcomm Incorporated ("Qualcomm") and Plaintiff Federal Trade Commission ("FTC") hereby submit deposition testimony and other discovery that Qualcomm and/or the FTC have designated for use at trial, other than solely for impeachment or rebuttal.

In particular, the parties have designated or counter-designated testimony of the following individuals:

1. Derek Aberle [**Exhibit A**];
2. Seungho Ahn [**Exhibit B**];
3. Jeffery Altman [**Exhibit C**];
4. Steven Altman [**Exhibit D**];
5. Richard Blaylock [**Exhibit E**];
6. Marvin Blecker [**Exhibit F**];
7. Ira Blumberg [**Exhibit G**];
8. Hwi-Jae Cho [**Exhibit H**];
9. Brian Chong [**Exhibit I**];
10. Mark Davis [**Exhibit J**];
11. Jianxin (Jason) Ding [**Exhibit K**];
12. Hermann Eul [**Exhibit L**];
13. Benedicte Fauvarque-Cosson [**Exhibit M**];
14. John Grubbs [**Exhibit N**];
15. Alex Hojin Kang [**Exhibit O**];
16. Andrew Hong [**Exhibit P**];
17. Sanjay Jha [**Exhibit Q**];
18. Christopher Johnson [**Exhibit R**];
19. Asha Keddy [**Exhibit S**];
20. Yooseok Kim [**Exhibit T**];
21. Injung Lee [**Exhibit U**];

| | |
|---|---|
| 1 | 22. Thomas Lindner [**Exhibit V**]; |
| 2 | 23. Todd Madderom [**Exhibit W**]; |
| 3 | 24. Taraneh Maghame [**Exhibit X**]; |
| 4 | 25. Isabel Mahe [**Exhibit Y**]; |
| 5 | 26. Ranae McElvaine [**Exhibit Z**]; |
| 6 | 27. Scott McGregor [**Exhibit AA**]; |
| 7 | 28. Christina Petersson [**Exhibit BB**]; |
| 8 | 29. Ilkka Rahnasto [**Exhibit CC**]; |
| 9 | 30. Robert Rango [**Exhibit DD**]; |
| 10 | 31. Spencer Shen [**Exhibit EE**]; |
| 11 | 32. Tony (Taekwon) Son [**Exhibit FF**]; |
| 12 | 33. Richard Wang [**Exhibit GG**]; |
| 13 | 34. Dirk Weiler [**Exhibit HH**]; |
| 14 | 35. Steffan Wolff [**Exhibit II**]; |
| 15 | 36. Monica Yang [**Exhibit JJ**]; |
| 16 | 37. Nanfen (Nancy) Yu [**Exhibit KK**]; and |
| 17 | 38. Martin Zander [**Exhibit LL**]. |
| 18 | Qualcomm has designated the following discovery: |
| 19 | 1. The FTC's Responses to Qualcomm Interrogatories served on December 14, |
| 20 | 2017; January 8, 2018; February 7, 2018; March 12, 2018; March 23, 2018; |
| 21 | March 30, 2018; April 25, 2018 and May 24, 2018; and |
| 22 | 2. The FTC's Responses to Qualcomm's Requests for Admissions served on |
| 23 | March 12, 2018. |
| 24 | The FTC has designated the following discovery: |
| 25 | 1. Qualcomm's responses to the FTC's Civil Investigative Demands served in In |
| 26 | re Qualcomm Incorporated, FTC File No. 141-0199; |
| 27 | 2. Qualcomm's responses to the FTC's Interrogatories; |
| 28 | |

3. Qualcomm's responses to Apple's Interrogatories served in *In re: Qualcomm Litigation*, No. 17-cv-108 (S.D. Cal.); and

4. Qualcomm's Responses to the FTC's Requests for Admissions.

The parties make this joint submission without prejudice to any rights or objections that they may otherwise have regarding the admissibility or use of the designated testimony and discovery, or any other proffered evidence.

1  Dated:    December 21, 2018         Respectfully Submitted,

            */s/ Jennifer Milici*
            Jennifer Milici
            Joseph R. Baker
            J. Alexander Ansaldo
            Aaron Ross
            Federal Trade Commission
            600 Pennsylvania Avenue, N.W.
            Washington, D.C. 20580
            (202) 326-3695; (202) 326-3496 (fax)
            *jmilici@ftc.gov*

            *Attorneys for Plaintiff*
            *Federal Trade Commission*


                    CRAVATH, SWAINE & MOORE LLP,


                         */s/ Gary A. Bornstein*
                           Gary A. Bornstein
                             Yonatan Even
                          Worldwide Plaza
                          825 Eighth Avenue
                          New York, NY 10019
                          Tel: (212) 474-1000
                          Fax: (212) 474-3700
                          gbornstein@cravath.com
                          yeven@cravath.com

Robert A. Van Nest
Asim M. Bhansali
Eugene M. Paige
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Tel: (415) 391-5400
Fax: (415) 397-7188
rvannest@keker.com
abhansali@keker.com
epaige@keker.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel: (212) 309-6000
Fax: (212) 309-6001
richard.taffet@morganlewis.com

Willard K. Tom
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Tel: (202) 739-3000
Fax: (202) 739 3001
willard.tom@morganlewis.com

Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415) 442-1001
geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*

**FILER'S ATTESTATION**

I, Gary A. Bornstein, am the ECF user whose identification and password are being used to make this filing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories of these documents have concurred in this filing.

*/s/ Gary A. Bornstein*
Gary A. Bornstein