**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 5:17-cv-00220-LHK-NMC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION FOR LEAVE TO PLAY VIDEOTAPED DEPOSITION TESTIMONY FOR WITNESSES PREVIOUSLY IDENTIFIED AS LIVE** |
| vs. | |
| QUALCOMM INCORPORATED, a Delaware corporation, | |
| Defendant. | |

**[PROPOSED] ORDER**

On December 20, 2018, Plaintiff Federal Trade Commission filed an Administrative Motion for Leave to Play Videotaped Deposition Testimony for Witnesses Previously Identified as Live (the "Motion").

IT IS HEREBY ORDERED that the Motion is:

[ ] Granted. The FTC may play the videotaped deposition testimony of former Qualcomm employees Mr. Eric Reifschneider and Dr. Paul Jacobs, previously identified as witnesses the FTC intended to call live at trial, and may make corresponding substitutions to the FTC's exhibit list consistent with the exhibits used during the designated testimony.  The parties shall meet and confer to agree on a schedule for: (a) serving deposition designations and counter-designations, and objections to same; and (b) the disclosure of any documents to be added to either party's trial exhibit list, and the service of objections to any such documents.

[ ] Granted. Mr. Eric Reifschneider and Mr. Derek Aberle will be compelled to testify live on January 4, 2019.

It is SO ORDERED.

Dated: __December 21__, 2018

_Lucy H. Koh_
Honorable Lucy H. Koh
United States District Judge