UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALCOMM INCORPORATED,<br><br>    Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO QUASH TRIAL SUBPOENA**<br><br>Re: Dkt. No. 1041 |

On December 21, 2018, third parties Bain & Company, Inc. and Christopher Johnson (collectively "Bain") filed a motion to quash Qualcomm's trial subpoena to Christopher Johnson. ECF No. 1041. The Court ORDERS Qualcomm to file its opposition by December 28, 2018. The Court ORDERS Bain to file its reply by January 2, 2019.

**IT IS SO ORDERED.**

Dated: December 26, 2018

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

Case No. 17-CV-00220-LHK
ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO QUASH TRIAL SUBPOENA