Daniel J. Stephenson (SBN 270722)
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone:	(310) 552 5000
Facsimile:	(310) 552 5001
Email:  dan.stephenson@klgates.com

*Attorney for Lenovo (United States), Inc. and Motorola Mobility LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**DECLARATION OF TODD MADDEROM IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Todd Madderom, Director of Procurement at Motorola Mobility LLC ("Motorola"), do hereby declare under oath as follows based upon my knowledge, information, and belief:

1. I understand that the Plaintiff the Federal Trade Commission ("FTC") and Defendant Qualcomm, Inc. ("Qualcomm") (together, the "Parties") intend to file the Expert Report of Carl Shapiro on December 27, 2018 (the "Shapiro Report"), and that portions of the Shapiro Report contain non-public, confidential, and highly sensitive business and commercial information of Motorola, the disclosure of which would put Motorola at an unfair competitive disadvantage in the marketplace.

2. Consistent with the Administrative Motion to Seal filed by the Parties (the "Administrative Motion to Seal"), Motorola requests that the Court maintain certain limited portions of the Shapiro Report under seal. Motorola is seeking to seal only those limited portions that are truly confidential in nature and it is not seeking to seal all of the portions identified by the Parties – as noted below.

3. Paragraph 314[1] of the Shapiro Report quotes from and summarizes both a confidential, internal email I drafted as well as from my deposition on March 16, 2018 in this case, which disclose Motorola's efforts and plans to implement 5G technology, including suppliers and supply issues related to technological components needed to do so. Motorola maintains these types of sensitive business planning, strategy, and related analysis in strict confidence; they are not publicly known. f this information were to be released to the public, Motorola's competitors and potential business partners would gain insight into Motorola's internal business operations and strategy, which would compromise Motorola's competitive standing in the highly competitive cellular products market.

4. Maintaining Motorola's internal business strategy, goals, plans, and analyses under strict confidence is critical to ensuring that its competitors are not able to exploit differences, modify to emulate, and at a minimum, better compete with Motorola. Public access to the information noted above could pose significant financial harm to Motorola with respect to its competitors as well as current and prospective business partners.

5. Accordingly, the following portions of the Shapiro Report should be redacted and sealed:

| Document | Portions to be Sealed |
|---|---|
| Shapiro Report | • Portions of Paragraph 314 quoting from and summarizing my testimony and an email I drafted regarding Motorola's efforts and plans to implement 5G technology. |

I DECLARE UNDER PENALTY OF PERJURY AS A REPRESENTATIVE OF MOTOROLA MOBILITY LLC THAT THE FOREGOING DECLARATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF. EXECUTED THIS 28th DAY OF DECEMBER, 2018.

Todd Madderom
Director of Procurement
Motorola Mobility LLC

---

[1] The Parties did not provide Motorola with an unredacted copy of the Shapiro Report. Instead, Motorola was provided with a list of the confidential information and the associated paragraph or footnote number. Motorola cites to the paragraph or footnote numbers provided by the Parties herein.

**DECLARATION OF TODD MADDEROM IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL**
Case No. 5:17-md-00220-LHK-NMC
- 2 -

ATTESTATION

I, Daniel J. Stephenson, am the ECF User whose ID and password are being used to file this document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel and, in compliance with Local Rule 5-1(i)(3), hereby attest that all signatories concur with this filing.

Dated:  December 31, 2018

*/s/ Daniel J. Stephenson*
Daniel J. Stephenson