UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR OBJECTIONS FOR MONDAY EVIDENCE** |

On October 24, 2018, the Court set deadlines for high priority objections to demonstratives, exhibits, deposition testimony, and live testimony ("HPO evidence") during trial. ECF No. 922. The parties shall file their objections to HPO evidence to be introduced on Mondays by the preceding Friday at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: January 2, 2019

*Lucy H. Koh*

LUCY H. KOH
United States District Judge