**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br>　　　　　　Plaintiff, <br><br>　　vs. <br><br>QUALCOMM INCORPORATED, a Delaware corporation, <br><br>　　　　　　Defendant. | Case No. 5:17-cv-00220-LHK-NMC <br><br>**STIPULATION AND [PROPOSED] ORDER RE: FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION FOR LEAVE TO AMEND EXHIBIT LIST** |

**STIPULATION AND [PROPOSED] ORDER**

Pursuant to Civil Local Rule 7-12, Plaintiff Federal Trade Commission and Defendant Qualcomm Incorporated submit the following Stipulation and Proposed Order:

WHEREAS, the FTC has requested leave of Court to file an amended Exhibit List, replacing exhibit CX3262 with CX3264, based on a ministerial error while compiling the FTC's exhibit lists;

WHEREAS, the Parties have met and conferred and have agreed that Qualcomm will not oppose the FTC's request, and the FTC will not oppose similar future requests by Qualcomm, should any be necessary;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, and subject to the approval of the Court:

1. Should the FTC's request be granted, the FTC will promptly (1) file an amended version of its final pretrial exhibit list; (2) lodge with the Court a hard copy of CX3264, to replace CX3262 in the Court's hard copy exhibit binders; and (3) serve Qualcomm with a copy of CX3264.

2. The Parties agree that Qualcomm has not waived any objections with respect to CX3264.

Dated: December 31, 2018

Respectfully submitted,

FEDERAL TRADE COMMISSION

*s/ Daniel Matheson*

Jennifer Milici
Daniel Matheson
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov
dmatheson@ftc.gov

*Attorneys for Federal Trade Commission*

CRAVATH, SWAINE & MOORE LLP

*s/ Gary A. Bornstein*

Gary A. Bornstein
   Worldwide Plaza
      825 Eighth Avenue
         New York, NY 10019
            Telephone:  (212) 474-1000
               Facsimile:  (212) 474-3700
                  gbornstein@cravath.com

Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
KEKER, VAN NEST & PETERS LLP
   633 Battery Street
      San Francisco, CA 94111
         Telephone:  (415) 676-2289
            Facsimile:  (415) 397-7188
               rvannest@keker.com
               epaige@keker.com
               jsessions@keker.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
   101 Park Avenue
      New York, NY 10178
         Telephone:  (212) 369-6000
            Facsimile:  (212) 309-6001
               richard.taffet@morganlewis.com
Willard K. Tom
MORGAN, LEWIS & BOCKIUS LLP

1111 Pennsylvania Avenue, N.W.  
Washington, DC 20004  
Telephone: (202) 739-3000  
Facsimile: (202) 739-3001  
willard.tom@morganlewis.com  

Geoffrey T. Holtz  
MORGAN, LEWIS & BOCKIUS LLP  
One Market, Spear Street Tower  
San Francisco, CA 94105  
Telephone: (415) 442-1000  
Facsimile: (415) 442-1001  
donn.pickett@morganlewis.com  
geoffrey.holtz@morganlewis.com  

*Attorneys for Qualcomm Incorporated*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 2, 2019

*/s/ Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge