Jennifer Milici, D.C. Bar No. 987096
Daniel Matheson, D.C. Bar No. 502490
J. Alexander Ansaldo, Va. Bar No. 75870
Joseph R. Baker, D.C. Bar No. 490802
Elizabeth A. Gillen, Ca. Bar No. 260667
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Tel: (202) 326-2912; Fax (202) 326-3496
*jmilici@ftc.gov*

Lin W. Kahn, Ca. Bar No. 261387
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
Tel: (415) 848-5115; Fax: (415) 848-5184
*lkahn@ftc.gov*

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

KEKER VAN NEST & PETERS LLP
Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 676-2289
Facsimile: (415) 397-7188

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet (*pro hac vice*)
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-0060
Facsimile: (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Geoffrey T. Holtz (SBN 191370)
Geoffrey.holtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for Defendant
QUALCOMM INCORPORATED

*Additional Counsel listed on the Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>QUALCOMM INCORPORATED,<br>a Delaware corporation,<br><br>    Defendant. | Case No. 17-CV-00220-LHK<br><br>**STIPULATION CONCERNING SUBSTITUTION OF FOUR TRIAL EXHIBITS ON EACH PARTY'S EXHIBIT LIST** |

1    Pursuant to Local Civil Rule 7-12, the Federal Trade Commission (the "FTC") and
2  Qualcomm Incorporated ("Qualcomm") respectfully submit this Stipulation Concerning the
3  Substitution of Four Trial Exhibits on Each Party's Exhibit List:
4    **WHEREAS** on January 24, 2018, this Court and the U.S. District Court for the Southern
5  District of California entered a Joint Stipulation and Discovery Coordination Order coordinating
6  discovery in this case with discovery in the *In re Qualcomm Litigation* pending in the Southern
7  District of California (No. 17-cv-108, "SDCal Litigation") and providing that documents
8  produced by a Party in the SDCal Litigation shall be produced in this case, unless they relate
9  solely to claims concerning the Patents-In-Suit in the SDCal Litigation (ECF No. 513 at ¶ 4);
10   **WHEREAS** on October 2, 2018, in the coordinated SDCal Litigation, Magistrate Judge
11 Dembin issued an Order rejecting Apple, Inc.'s claims of privilege over 40 documents that Apple
12 had previously produced and then subsequently clawed back, and ordered Apple to produce the
13 40 documents (No. 17-cv-108, ECF No. 641);
14   **WHEREAS** Apple did not produce the documents to Qualcomm upon the issuance of
15 Magistrate Judge Dembin's Order, but instead stated its intent to file an Objection to Magistrate
16 Judge Dembin's Order and requested that Qualcomm's counsel continue sequestering the
17 documents during the pendency of its Objection, which Qualcomm agreed to do (*see* No. 17-cv-
18 108, ECF No. 651 at 5 n.2);
19   **WHEREAS** on October 10, 2018, Apple filed an Objection to Magistrate Judge
20 Dembin's Order (No. 17-cv-108, ECF No. 651);
21   **WHEREAS** because Qualcomm did not have access to the sequestered documents while
22 preparing its trial exhibit list in this case, Qualcomm reserved the right to add such documents as
23 trial exhibits after Judge Curiel's ruling on Apple's Objection (Qualcomm's Nov. 9, 2018
24 Pretrial Disclosures at 4 n.1);
25
26
27
28

**STIPULATION CONCERNING SUBSTITUTION OF FOUR TRIAL EXHIBITS**
17-CV-00220-LHK

1 **WHEREAS** on December 18, 2018, District Judge Curiel overruled Apple's Objection and affirmed Magistrate Judge Dembin's Order, finding that Apple had waived any privilege over the 40 documents (No. 17-cv-108, ECF No. 746);

**WHEREAS** on December 21, 2018, Qualcomm requested that the FTC stipulate to the addition of four trial exhibits drawn from Apple's previously sequestered documents to Qualcomm's Trial Exhibit List (ECF No. 946-5);

**WHEREAS** on December 26, 2018, the FTC stated that it would agree to Qualcomm's request for modification of its exhibit list, provided that the FTC could substitute for other documents on the FTC's Trial Exhibit List (ECF No. 946-4) four Qualcomm supply agreements with Original Equipment Manufacturers that the FTC had identified in its proposed Joint Exhibit List, and in the interest of compromise Qualcomm agreed to the FTC's request;

**WHEREAS** pursuant to this Court's Pretrial Conference Order (ECF No. 1003), each of the FTC and Qualcomm will reduce its trial exhibit list to no more than 400 exhibits, inclusive of the exhibits added pursuant to this Stipulation, by December 28, 2018;

**WHEREAS** pursuant to Paragraph D(1)(c) of this Court's Guidelines for Final Pretrial Conferences in Bench Trials, the parties will deliver all trial exhibits, including the exhibits added pursuant to this Stipulation, to the Court by December 28, 2018;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel:

Qualcomm may add to its Trial Exhibit List the exhibits identified as QX9339, QX9340, QX9341 and QX9342, and the FTC may add to its Trial Exhibit List the exhibits identified as CX1006, CX2528, CX5564 and CX6803.

| | |
|---|---|
| Dated: December 27, 2018 | Respectfully submitted, |
| | FEDERAL TRADE COMMISSION |
| | *s/ Daniel Matheson* |
| | Jennifer Milici |
| | Daniel Matheson |
| | 600 Pennsylvania Avenue, N.W. |
| | Washington, D.C. 20580 |
| | (202) 326-2912; (202) 326-3496 (fax) |
| | jmilici@ftc.gov |
| | dmatheson@ftc.gov |
| | *Attorneys for Federal Trade Commission* |

CRAVATH, SWAINE & MOORE LLP

*s/ Gary A. Bornstein*

Gary A. Bornstein
   Worldwide Plaza
      825 Eighth Avenue
         New York, NY 10019
           Telephone:  (212) 474-1000
              Facsimile:  (212) 474-3700
                 gbornstein@cravath.com

Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
KEKER, VAN NEST & PETERS LLP
   633 Battery Street
      San Francisco, CA 94111
         Telephone:  (415) 676-2289
          Facsimile:  (415) 397-7188
           rvannest@keker.com
           epaige@keker.com
           jsessions@keker.com

|   |   |
|---|---|
| 1 | Richard S. Taffet |
|   | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | 101 Park Avenue |
|   | New York, NY 10178 |
| 3 | Telephone:  (212) 369-6000 |
|   | Facsimile:  (212) 309-6001 |
| 4 | richard.taffet@morganlewis.com |

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone:  (212) 369-6000
Facsimile:  (212) 309-6001
richard.taffet@morganlewis.com

Willard K. Tom
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone:  (202) 739-3000
Facsimile:  (202) 739-3001
willard.tom@morganlewis.com

Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001
donn.pickett@morganlewis.com
geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*

**STIPULATION CONCERNING SUBSTITUTION OF FOUR TRIAL EXHIBITS**
17-CV-00220-LHK

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: January 2, 2019

*Lucy H. Koh*
_____
Honorable Lucy H. Koh
United States District Judge

**FILER'S ATTESTATION**

I, Gary A. Bornstein, am the ECF user whose identification and password are being used to file this Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories on this document have concurred in this filing.

s/ Gary A. Bornstein
_____
Gary A. Bornstein
