**EXHIBIT A**

| Witness | Beg. page | Beg. line | End page | End line | Objection | Basis |
|---|---|---|---|---|---|---|
| 1.  Chong, Brian | 212 | 11 | 212 | 15 | Improper completeness designation | New question and answer on different topic; not adjacent or close to any FTC designations. |
| 2.  Chong, Brian | 212 | 22 | 213 | 3 | Improper completeness designation | New question and answer on different topic; not adjacent or close to any FTC designations. |
| 3.  Grubbs, John | 93 | 15 | 93 | 19 | Improper completeness designation | New question and answer; not adjacent to any FTC designations. |
| 4.  Grubbs, John | 129 | 13 | 129 | 16 | Improper completeness designation | New question and answer on different topic; not adjacent or close to any FTC designations. |

| Witness | Beg. page | Beg. line | End page | End line | Objection | Basis |
|---|---|---|---|---|---|---|
| 5.   Grubbs, John | 316 | 21 | 316 | 24 | Improper completeness designation | New question and answer on different topic; not adjacent or close to any FTC designations. |
| 6.   Grubbs, John | 317 | 22 | 318 | 6 | Improper completeness designation | New question and answer on different topic; not adjacent or close to any FTC designations. |
| 7.   Grubbs, John | 322 | 12 | 322 | 22 | Improper completeness designation | New question and answer on different topic. |
| 8.   Jacobs, Paul | 153 | 25 | 154 | 24 | Improper completeness designation | New question and answer on different topic. |
| 9.   Jacobs, Paul | 184 | 23 | 185 | 6 | Improper completeness designation | New question and answer on different topic. |

| Witness | Beg. page | Beg. line | End page | End line | Objection | Basis |
|---|---|---|---|---|---|---|
| 10. Jacobs, Paul | 229 | 18 | 230 | 1 | Improper completeness designation | New question and answer on different topic. |
| 11. Reifschneider, Eric | 51 | 10 | 52 | 11 | Improper completeness designation | New question and answer on different topic. |
| 12. Reifschneider, Eric | 88 | 8 | 88 | 10 | Improper completeness designation | New question and answer on different topic. |
| 13. Reifschneider, Eric | 88 | 13 | 88 | 14 | Improper completeness designation | New question and answer on different topic. |
| 14. Reifschneider, Eric | 126 | 8 | 126 | 19 | Improper completeness designation | New question and answer on different topic. |
| 15. Reifschneider, Eric | 128 | 14 | 128 | 18 | Improper completeness designation | New question and answer on different topic. |
| 16. Reifschneider, Eric | 128 | 21 | 129 | 12 | Improper completeness designation | New question and answer on different topic. |
| 17. Yang, Monica | 122 | 13 | 122 | 16 | Improper completeness designation | New question and answer on different topic not addressed in FTC designations. |

| Witness | Beg. page | Beg. line | End page | End line | Objection | Basis |
|---|---|---|---|---|---|---|
| 18. Yang, Monica | 122 | 20 | 122 | 21 | Improper completeness designation | New question and answer on different topic not addressed in FTC designations. |
| 19. Yu, Nanfen (Nancy) | 70 | 8 | 70 | 9 | Improper completeness designation | New question and answer on different topic not addressed in FTC designations. |
| 20. Yu, Nanfen (Nancy) | 70 | 12 | 70 | 15 | Improper completeness designation | New question and answer on different topic not addressed in FTC designations. |
| 21. Yu, Nanfen (Nancy) | 71 | 11 | 71 | 13 | Improper completeness designation | New question and answer on different topic; not adjacent or close to any FTC designations. |