Jennifer Milici, D.C. Bar No. 987096
Daniel Matheson, D.C. Bar No. 502490
J. Alexander Ansaldo, Va. Bar No. 75870
Joseph R. Baker, D.C. Bar No. 490802
Elizabeth A. Gillen, Ca. Bar No. 260667
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Tel: (202) 326-2912; Fax (202) 326-3496
*jmilici@ftc.gov*

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

KEKER VAN NEST & PETERS LLP
Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 676-2289
Facsimile: (415) 397-7188

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet (*pro hac vice*)
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-0060
Facsimile: (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Geoffrey T. Holtz (SBN 191370)
Geoffrey.holtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for Defendant
QUALCOMM INCORPORATED

*Additional Counsel listed on the Signature Page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM INCORPORATED, a Delaware corporation, <br><br> Defendant. | Case No. 5:17-CV-0220-LHK-NMC <br><br> **STIPULATION AND [PROPOSED] ORDER CONCERNING EXCLUSION OF FACT WITNESSES FROM THE COURTROOM PURSUANT TO FEDERAL RULE OF EVIDENCE 615** |

Pursuant to Civil Local Rule 7-12 and Federal Rule of Evidence 615, the Federal Trade Commission (the "FTC") and Qualcomm Incorporated ("Qualcomm") respectfully submit this Stipulation and Proposed Order Concerning Exclusion of Fact Witnesses From the Courtroom:

**WHEREAS** the FTC has stated that it intends to request that the Court prevent fact witnesses who are current or former employees of Qualcomm from accessing the testimony of other fact witnesses pursuant to Federal Rule of Evidence 615;

**WHEREAS** Qualcomm has stated that it intends to request that the Court prevent third-party fact witnesses from accessing the testimony of other fact witnesses pursuant to Federal Rule of Evidence 615;

**WHEREAS** Federal Rule of Evidence 615 provides that "[a]t a party's request, the court must order witnesses excluded so that they cannot hear other witnesses' testimony", with certain exceptions stated in the Rule;

**WHEREAS** the Parties wish to compromise with respect to this issue;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, and subject to the approval of the Court:

1.	Every fact witness shall be excluded from the courtroom until after he or she testifies in a party's case-in-chief.  During such time as a fact witness is excluded from the courtroom, he or she also shall be prohibited from reading any portions of trial transcripts documenting proceedings in the above-captioned matter.

2.	Nothing in this Stipulation and Order shall be interpreted to exclude from the courtroom, or to prohibit from reading trial transcripts, any expert witness testifying on behalf of any party.

3.	Notwithstanding any other provision of this Stipulation and Order, Lorenzo Casaccia, who has been designated as a fact and an expert witness by Qualcomm, shall be allowed to hear or read testimony by the FTC's proposed experts Robert Akl and Michael Lasinski for purposes of Mr. Casaccia's proposed expert testimony.  Should Qualcomm wish to provide Mr. Casaccia any other trial testimony concerning the subject matters of Mr. Casaccia's

proposed expert testimony, the Parties shall meet and confer in good faith to identify such testimony that Mr. Casaccia may access for the purposes of Mr. Casaccia's proposed expert testimony.  Mr. Casaccia shall otherwise be subject to Paragraph 1 of this Stipulation and Order for purposes of his fact testimony.

4. Nothing in this Stipulation and Order shall be interpreted to require or justify the exclusion of any person who has not been disclosed as a fact witness on the witness lists filed by the Parties in the Joint Pretrial Statement (ECF No. 946).

5. Nothing in this Stipulation and Order shall be interpreted to prohibit a party from seeking a modification of this Stipulation and Order, subject to the approval of the Court.

Dated: January 2, 2019                    Respectfully submitted,

FEDERAL TRADE COMMISSION

*s/ Daniel Matheson*

Jennifer Milici
Daniel Matheson
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov
dmatheson@ftc.gov

*Attorneys for Federal Trade Commission*

CRAVATH, SWAINE & MOORE LLP

*s/ Gary A. Bornstein*

Gary A. Bornstein
   Worldwide Plaza
      825 Eighth Avenue
         New York, NY 10019
            Telephone:  (212) 474-1000
               Facsimile:  (212) 474-3700
                  gbornstein@cravath.com

Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
KEKER, VAN NEST & PETERS LLP
   633 Battery Street
      San Francisco, CA 94111
         Telephone:  (415) 676-2289
            Facsimile:  (415) 397-7188
               rvannest@keker.com
               epaige@keker.com
               jsessions@keker.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
   101 Park Avenue
      New York, NY 10178
         Telephone:  (212) 369-6000
            Facsimile:  (212) 309-6001
               richard.taffet@morganlewis.com

Willard K. Tom
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone:  (202) 739-3000
Facsimile:  (202) 739-3001
willard.tom@morganlewis.com

Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001
donn.pickett@morganlewis.com
geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*

**STIPULATION PURSUANT TO FEDERAL RULE OF EVIDENCE 615**
17-CV-0220-LHK-NMC

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED**

2 | Dated: January 3, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

## FILER'S ATTESTATION

I, Gary A. Bornstein, am the ECF user whose identification and password are being used to file this Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories on this document have concurred in this filing.

s/ Gary A. Bornstein
Gary A. Bornstein
