UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>QUALCOMM INCORPORATED, et al.,<br><br>Defendants. | Case No. 17-CV-00220-LHK<br><br>**ORDER RE QUALCOMM INC.'S NONCOMPLIANCE WITH COURT ORDERS** |

On October 24, 2018, the Court entered an order setting deadlines and page limits for high priority objections ("HPO") at trial. ECF No. 922. The order stated that by 8:00 a.m. 1 day before the HPO evidence will be introduced or used at trial, "the parties shall concurrently file no more than 6 pages of up to 10 high priority objections per side and responses to the opposing party's high priority objections." *Id.* at 2.

Despite the Court's order, Qualcomm Inc. ("Qualcomm") has filed 2 documents totaling 12 pages of high priority objections and responses. Moreover, Qualcomm's failure to file an unredacted version of its HPOs and responses to the Federal Trade Commission's HPOs hampers the Court's ability to timely rule on the high priority objections. Thus, the Court hereby ORDERS Qualcomm to file unredacted versions of its HPOs and responses to the FTC's HPOs by 11:00

1
Case No. 17-CV-00220-LHK
ORDER RE QUALCOMM INC.'S NONCOMPLIANCE WITH COURT ORDERS

a.m. on January 3, 2019. Furthermore, Qualcomm seeks to exclude deposition testimony but has failed to provide a copy of that testimony for the Court's consideration. Thus, Qualcomm shall also file unredacted versions of supporting exhibits, such as relevant deposition transcripts, referenced in its HPOs by 11:00 a.m. on January 3, 2019.

Going forward, any oversized briefs will be stricken, and the party filing the oversized brief will be deemed to have waived their HPOs and responses. Going forward, the parties shall file one single document of no more than 6 pages that includes the parties' HPOs and responses.

**IT IS SO ORDERED.**

Dated: January 3, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge