SIDLEY AUSTIN LLP
David C. Giardina (*pro hac vice*)
dgiardina@sidley.com
One South Dearborn
Chicago, IL 60603
312-853-7000 – Telephone
312-853-7036 – Facsimile

SIDLEY AUSTIN LLP
Nathan A. Greenblatt (SBN 262279)
ngreenblatt@sidley.com
1001 Page Mill Road, Bldg. 1
Palo Alto, CA 94304
650-565-7100 – Telephone
650-565-7100 – Facsimile

*Attorneys for Non-Party HUAWEI DEVICE USA, INC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM INCORPORATED, <br><br> Defendant. | Case No. 17-CV-00220-LHK <br><br> **DECLARATION OF STEVEN M. GEISZLER IN SUPPORT OF HUAWEI'S MOTION TO SEAL CERTAIN TRIAL TESTIMONY AND EXHIBITS** |

# DECLARATION OF STEVEN GEISZLER

I, Steven M. Geiszler, declare as follows:

1. I am the U.S. Chief Intellectual Property Litigation Counsel for Non-Party Huawei Device USA, Inc. ("Huawei Device USA").

2. Pursuant to N.D. Cal. Civil Local Rule 79-5 and the Court's Pretrial Conference Order (Dkt. 1003), I respectfully submit this declaration in support of the Huawei's Motion to Seal Certain Trial Testimony and Exhibits ("Huawei's Motion to Seal"). I have personal knowledge of the information set forth herein.

3. Huawei Device USA seeks to seal the following documents and designated deposition testimony because they contain highly confidential information that, if publicly disclosed, would harm the competitive standing of Huawei Device USA and its affiliates:

| Document | Party Claiming Confidentiality | Portions to be Sealed | Relevant Standard for Sealing | Basis for Sealing & Any Explanations |
|---|---|---|---|---|
| Deposition Testimony of Nanfen (Nancy) Yu ("Yu Deposition") | Huawei Device USA, Inc. ("Huawei") | 47:17-48:14; 70:3-5; 70:8-9; 70:12-15; 70:20-23; 116:7-8; 116:13-16; 116:19-20; 121:6-11; 122:5-11; 122:21-123:1; 132:13-24; 160:22-161:7; 162:2-5; 185:7-186:4; 195:23-196:13; 218:2-7; 218:18-21 | Compelling reasons | Declaration of Steven M. Geiszler In Support of Huawei's Motion to Seal ("Geiszler Declaration") ¶¶ 4-5 |
| CX-1101 | Huawei | Pages 2-3 (Huawei-Qualcomm-00012572 to 73) | Compelling reasons | Geiszler Declaration ¶¶ 4-5 |
| JX-022 | Huawei | Entire document | Compelling reasons | Geiszler Declaration ¶¶ 4-5 |
| JX-027 | Huawei | Entire document | Compelling reasons | Geiszler Declaration ¶¶ 4-5 |
| JX-097 | Huawei | Entire document | Compelling reasons | Geiszler Declaration ¶¶ 4-5 |
| JX-098 | Huawei | Entire document | Compelling reasons | Geiszler Declaration ¶¶ 4-5 |

4. The identified portions of the Yu Deposition disclose royalty rates paid to Qualcomm, monetary amounts that Qualcomm claims Huawei owes, details of ongoing license negotiations, and

specific license provisions regarding rights obtained by Huawei or Qualcomm, in license agreements between Huawei Technologies Co. Ltd. and its foreign affiliates and Qualcomm. Exhibit CX-1101 discloses proposed license agreement terms, including royalty rates, regarding ongoing negotiations between Huawei and Qualcomm. Exhibit CX-1011 also discloses specific terms of Qualcomm license agreements. Exhibits JX-022, JX-027, JX-097, and JX-098 are license agreements between Qualcomm and Huawei.

5. Huawei has a strong business interest in maintaining the confidentiality of its license terms and ongoing negotiations with Qualcomm, including royalty rates and the other information identified above. Within Huawei, access to such confidential information is restricted. Consistent with Huawei's continuous efforts to ensure that its confidential licenses and negotiations are not disseminated more widely than necessary, the documents containing this information were produced as "HUAWEI CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY" pursuant to the Supplemental Protective Order. (Dkt. 218). Public disclosure of this information would create an asymmetry between Huawei and its competitors and would hurt Huawei's competitive standing. Disclosing this information would disadvantage Huawei when negotiating with other licensors and licensees.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this day, January 3, 2019 in Plano, Texas.

Steven M. Geiszler