Jennifer Milici, D.C. Bar No. 987096
Daniel Matheson, D.C. Bar No. 502490
J. Alexander Ansaldo, Va. Bar No. 75870
Joseph R. Baker, D.C. Bar No. 490802
Elizabeth A. Gillen, Ca. Bar No. 260667
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Tel: (202) 326-2912; Fax (202) 326-3496
*jmilici@ftc.gov*

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven @cravath.com
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

KEKER VAN NEST & PETERS LLP
Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 676-2289
Facsimile: (415) 397-7188

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet (*pro hac vice*)
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-0060
Facsimile: (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Geoffrey T. Holtz (SBN 191370)
Geoffrey.holtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for Defendant
QUALCOMM INCORPORATED

*Additional Counsel listed on the Signature Page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br>v.<br><br>QUALCOMM INCORPORATED,<br>a Delaware corporation,<br><br>Defendant. | Case No. 5:17-CV-00220-LHK-NMC<br><br>**STIPULATION AND PROPOSED ORDER CONCERNING SUBSTITUTION OF A TRIAL EXHIBIT ON QUALCOMM INCORPORATED'S EXHIBIT LIST** |

Pursuant to Local Civil Rule 7-12, the Federal Trade Commission (the "FTC") and Qualcomm Incorporated ("Qualcomm") respectfully submit this Stipulation Concerning the Substitution of a Trial Exhibit on Qualcomm's Exhibit List:

**WHEREAS** on December 28, 2018, Qualcomm submitted its final trial exhibit list of 400 documents (ECF No. 1054), which included QX9210, bearing the initial Bates number Q2014FTC001069992;

**WHEREAS** Qualcomm identified Messrs. Derek Aberle, Steven Altman, Michael Hartogs and Alex Rogers, who are on Qualcomm's list of potential live witnesses, as sponsors for QX9210;

**WHEREAS** Q2017MDL1_01106145 is from a different version of the email thread in QX9210 that Qualcomm believes is easier to read, but was not among Qualcomm's prior disclosures of trial exhibits;

**WHEREAS** Qualcomm has agreed to use only the portion of Q2017MDL1_01106145 that is also included in the original QX9210 (Q2014FTC001069992);

**WHEREAS** on January 2, 2019, Qualcomm requested that the FTC consent to the substitution of Q2017MDL1_01106145 in place of the original QX9210 (Q2014FTC001069992) on Qualcomm's trial exhibit list;

**WHEREAS** on January 3, 2019, the FTC agreed to stipulate to Qualcomm's requested substitution of a new QX9210 (Q2017MDL1_01106145) in place of the original QX9210 (Q2014FTC001069992) on Qualcomm's trial exhibit list;

**WHEREAS** the Parties agree that the FTC has not waived any objections;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel:

Qualcomm may substitute a new QX9210 (Q2017MDL1_01106145) in place of the original QX9210 (Q2014FTC001069992) on Qualcomm's trial exhibit list by promptly lodging with the Court an amended version of its final pretrial exhibit list and hard copies of the new

1   QX9210 (Q2017MDL1_01106145), to replace the original QX9210 (Q2014FTC001069992) in

2   the Court's hard copy exhibit binders; and by serving the FTC with a copy of the new QX9210

3   (Q2017MDL1_01106145).

Dated: January 3, 2019

Respectfully submitted,

FEDERAL TRADE COMMISSION

*/s/ Jennifer Milici*

Jennifer Milici
Daniel Matheson
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov
dmatheson@ftc.gov

*Attorneys for Federal Trade Commission*

CRAVATH, SWAINE & MOORE LLP

*/s/ Gary A. Bornstein*

Gary A. Bornstein
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
gbornstein@cravath.com

Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
Telephone:  (415) 676-2289
Facsimile:  (415) 397-7188
rvannest@keker.com
epaige@keker.com
jsessions@keker.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
    101 Park Avenue
    New York, NY 10178
        Telephone:  (212) 369-6000
            Facsimile:  (212) 309-6001
                richard.taffet@morganlewis.com
Willard K. Tom
MORGAN, LEWIS & BOCKIUS LLP
    1111 Pennsylvania Avenue, N.W.
    Washington, DC 20004
        Telephone:  (202) 739-3000
            Facsimile:  (202) 739-3001
                willard.tom@morganlewis.com

Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
    San Francisco, CA 94105
        Telephone:  (415) 442-1000
            Facsimile:  (415) 442-1001
                donn.pickett@morganlewis.com
                geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*

1

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

2

3   Dated: _____

4                                                    _____

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

I, Gary A. Bornstein, am the ECF user whose identification and password are being used to file this Stipulation.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories on this document have concurred in this filing.


s/ Gary A. Bornstein
_____
Gary A. Bornstein