UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br>Plaintiffs, <br><br>v. <br><br>QUALCOMM INCORPORATED, et al., <br><br>Defendants. | Case No. 17-CV-00220-LHK <br><br>**ORDER RE MISCELLANEOUS ISSUES** |

The parties have provided one set of hard-copy deposition transcripts for some of the witnesses to be called at trial. A hard copy of the deposition transcripts of all the witnesses to be called at trial would be helpful to the Court in ruling on high priority objections. Therefore, the Court requests that the parties provide a total of 3 sets of hard-copy deposition transcripts, double-sided, in three-ring binders for all of the witnesses to be called at trial. The parties' provision of these 3 hard-copy sets of deposition transcripts eliminates the need for the parties to electronically file these transcripts with their high priority objections, which will also avoid a multitude of sealing motions.

Moreover, the Court notes that while delivering documents to the Court's law clerks, a member of Qualcomm Inc.'s legal team told the clerks to "settle the case for us." This statement

appears to have been made in jest. No one from the Federal Trade Commission's legal team was present. The parties are reminded that ex parte communications with the Court and its staff about the case are prohibited. The parties' comments about the case should only be made in open court or in legal filings.

**IT IS SO ORDERED.**

Dated: January 3, 2019

_____
LUCY H. KOH
United States District Judge