# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>QUALCOMM INCORPORATED,<br><br>　　　　Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**[PROPOSED] ORDER GRANTING HUAWEI'S MOTION TO SEAL CERTAIN TRIAL TESTIMONY AND EXHIBITS (DKT. 1089)** |

Before the Court is third-party Huawei Device USA, Inc.'s ("Huawei") motion to permit sealing of certain trial testimony and exhibits that contain Huawei confidential information (Dkt. 1089). Having considered Huawei's motion and the accompanying Declaration of Steven M. Geiszler, the Court finds that Huawei has provided compelling reasons for sealing the requested information. Accordingly, Huawei's motion is GRANTED. The following documents or portions thereof shall not be disclosed publicly at trial.

| Document | Party Claiming Confidentiality | Portions to be Sealed | Relevant Standard for Sealing | Disposition |
|---|---|---|---|---|
| Deposition Testimony of Nanfen (Nancy) Yu ("Yu Deposition") | Huawei | 47:17-48:14; 70:3-5; 70:8-9; 70:12-15; 70:20-23; 116:7-8; 116:13-16; 116:19-20; 121:6-11; 122:5-11; 122:21-123:1; 132:13-24; 160:22-161:7; 162:2-5; 185:7-186:4; 195:23-196:13; 218:2-7; 218:18-21 | Compelling reasons | |
| CX-1101 | Huawei | Pages 2-3 (Huawei-Qualcomm-00012572 to 73) | Compelling reasons | |
| JX-022 | Huawei | Entire document | Compelling reasons | |
| JX-027 | Huawei | Entire document | Compelling reasons | |
| JX-097 | Huawei | Entire document | Compelling reasons | |
| JX-098 | Huawei | Entire document | Compelling reasons | |

IT IS SO ORDERED.

Dated: _____, 2019

Honorable Lucy H. Koh