1

2

3

4

5

6

7

8

9

10

11

United States District Court
Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>            Plaintiff,<br><br>      v.<br><br>QUALCOMM INCORPORATED,<br><br>            Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER REQUESTING GLOSSARY OF TERMS AND WITNESS PHOTOS** |

The Court requests that by Monday, January 7, 2019, the parties file a glossary of key terms that will be used during the trial.  If the parties cannot agree on a term's definition, that term cannot be included in the glossary.

The Court also requests that the parties provide a witness photo before each witness testifies or before that witness's deposition excerpt is shown.  The photo shall include the witness's name and date of trial live or deposition testimony.  The photo shall reflect the witness's appearance on the date of the trial live or deposition testimony.   Because of the Court's late request, the parties shall provide these photos starting on Monday, January 7, 2019.  The parties shall provide the photos for the January 4 witnesses on January 7, 2019.

**IT IS SO ORDERED.**

Case No. 17-CV-00220-LHK
ORDER REQUESTING GLOSSARY OF TERMS AND WITNESS PHOTOS

1    Dated:  January 3, 2019

2                                                    _Lucy H. Koh_____

3                                                    LUCY H. KOH
                                                     United States District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

                                    2
Case No. 17-CV-00220-LHK
ORDER REQUESTING GLOSSARY OF TERMS AND WITNESS PHOTOS