UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER RE HIGH PRIORITY OBJECTIONS FOR JANUARY 4, 2019**<br><br>Re: Dkts. 1074, 1083, 1083-1 |

Before the Court are Qualcomm Inc.'s ("Qualcomm") high priority objections ("HPO"), ECF No. 1083, and responses, ECF No. 1083-1, and the Federal Trade Commission's ("FTC") high priority objections and responses, ECF No. 1074, for January 4, 2019, day 1 of the trial.

The parties are advised that HPOs to the testimony of multiple witnesses—even if the HPOs rest on the same argument—must be presented as separate HPOs. Therefore, although the FTC presents its HPO as a "sole" objection, the FTC has in fact filed six separate HPOs to Qualcomm's designations of deposition testimony from six separate witnesses.

Having considered the parties' briefs, the relevant law, the Federal Rules of Evidence, the record in this case, and balancing the factors set forth in Federal Rule of Evidence 403, the Court Rules as follows:

| HPO | Designation | Ruling |
|---|---|---|
| Qualcomm HPO # 1 | Blumberg, 130:23-132:7 | OVERRULED. |
| Qualcomm HPO # 1 | Blumberg, 148:25-149:13 | OVERRULED. |
| Qualcomm HPO # 1 | Blumberg, 271:23-271:17 | OVERRULED. |
| Qualcomm HPO # 1 | Blumberg, 44:23-45:13 | OVERRULED. |
| Qualcomm HPO # 2 | Blumberg, 155:12-156:11 | OVERRULED. |
| Qualcomm HPO # 2 | Blumberg, 160:4-15 | OVERRULED. |
| Qualcomm HPO # 2 | Blumberg, 214:3-215:5 | OVERRULED. |
| Qualcomm HPO # 2 | Blumberg, 228:20-230:7 | OVERRULED. |
| Qualcomm HPO # 3 | Blumberg, 155:12-156:11 | OVERRULED. |
| Qualcomm HPO # 4 | Chong, 360:13-18 | SUSTAINED. |
| Qualcomm HPO # 5 | Yang, 184:6-16 | OVERRULED. |
| Qualcomm HPO # 5 | Yang, 226:19-227:5 | OVERRULED. |
| Qualcomm HPO # 5 | Yang, 244:17-245:22 | OVERRULED. |
| Qualcomm HPO # 6 | Yu, 49:13-23 | OVERRULED. |
| Qualcomm HPO # 6 | Yu, 141:24-143:21 | OVERRULED. |
| FTC HPO # 1 | Chong, 212:11-15 | SUSTAINED. |
| FTC HPO # 1 | Chong, 212:22-213:3 | SUSTAINED. |
| FTC HPO # 1 | Grubbs, 93:15-19 | SUSTAINED. |
| FTC HPO # 1 | Grubbs, 129:13-16 | SUSTAINED. |
| FTC HPO # 1 | Grubbs, 316:21-24 | SUSTAINED. |
| FTC HPO # 1 | Grubbs, 317:22-318:6 | SUSTAINED. |
| FTC HPO # 1 | Grubbs, 322:12-22 | SUSTAINED. |
| FTC HPO # 1 | Jacobs, 153:25-154:24 | SUSTAINED. |
| FTC HPO # 1 | Jacobs, 184:23-185:6 | SUSTAINED. |
| FTC HPO # 1 | Jacobs, 229:18-230:1 | SUSTAINED. |
| FTC HPO # 1 | Reifschneider, 51:10-52:11 | SUSTAINED. |

Case No. 17-CV-00220-LHK
ORDER RE HIGH PRIORITY OBJECTIONS FOR JANUARY 4, 2019

| | | |
|---|---|---|
| FTC HPO # 1 | Reifschneider, 88:8-10 | SUSTAINED. |
| FTC HPO # 1 | Reifschneider, 88:13-14 | SUSTAINED. |
| FTC HPO # 1 | Reifschneider, 126:8-19 | SUSTAINED. |
| FTC HPO # 1 | Reifschneider, 128:14-18 | SUSTAINED. |
| FTC HPO # 1 | Reifschneider, 128:21-129:12 | SUSTAINED. |
| FTC HPO # 1 | Yang, 122:13-16 | SUSTAINED. |
| FTC HPO # 1 | Yang, 122:20-21 | SUSTAINED. |
| FTC HPO # 1 | Yu, 70:8-9 | SUSTAINED. |
| FTC HPO # 1 | Yu, 70:12-15 | SUSTAINED. |
| FTC HPO # 1 | Yu, 71:11-13 | SUSTAINED. |

**IT IS SO ORDERED.**

Dated: January 3, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

3

Case No. 17-CV-00220-LHK
ORDER RE HIGH PRIORITY OBJECTIONS FOR JANUARY 4, 2019