1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12

FEDERAL TRADE COMMISSION,

13

Plaintiff,

14

v.

15

QUALCOMM INCORPORATED,

16

Defendant.

17

Case No. 17-CV-00220-LHK

**ORDER GRANTING IN PART AND DENYING IN PART BLACKBERRY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Re: Dkt. No. 1098

18        Applying the compelling reasons standard, the Court rules on third party Blackberry's

19   motion to seal as follows:

20

21

| Document | Page/Line | Ruling |
|---|---|---|
| Grubbs Deposition | 224:4-7 | GRANTED. |
| Grubbs Deposition | 233:18-234:2 | GRANTED. |
| Grubbs Deposition | 236:1-7 | GRANTED. |
| Grubbs Deposition | 236:15-19 | GRANTED. |
| Grubbs Deposition | 244:6-13 | GRANTED. |
| Grubbs Deposition | 244:16-20 | GRANTED. |
| Grubbs Deposition | 245:11-17 | DENIED. |
| Grubbs Deposition | 247:4-248:4 | GRANTED. |
| Grubbs Deposition | 249:14-18, 20 | GRANTED. |
| Grubbs Deposition | 255:11-15 | GRANTED. |

1

28

United States District Court
Northern District of California

| Grubbs Deposition | 256:24-257:2 | DENIED. |
|---|---|---|
| Grubbs Deposition | 257:20-22 | GRANTED. |
| Grubbs Deposition | 257:25-258:6 | GRANTED. |
| Grubbs Deposition | 258:9-15 | DENIED. |
| Grubbs Deposition | 259:1-9 | GRANTED. |
| Grubbs Deposition | 259:10 | DENIED. |
| Grubbs Deposition | 259:13-25 | GRANTED. |
| Grubbs Deposition | 288:10 | DENIED. |
| Grubbs Deposition | 288:12-13 | GRANTED. |
| Grubbs Deposition | 288:15-17 | GRANTED. |
| CX3255 | Selected Portions | GRANTED. |
| CX3264 | Selected Portions | GRANTED. |
| CX3283 | Selected Portions | GRANTED. |
| JX0062 | Selected Portions | GRANTED. |
| JX0094 | Selected Portions | GRANTED. |

**IT IS SO ORDERED.**

Dated:  January 3, 2019

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge