UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER RE DEADLINES FOR HIGH PRIORITY OBJECTIONS** |

On October 24, 2018, the Court entered an order setting deadlines and page limits for high priority objections ("HPO") at trial. ECF No. 922. The order stated that by 8:00 a.m. 1 day before the HPO evidence will be introduced or used at trial, the parties "shall concurrently file no more than 6 pages of up to 10 high priority objections per side and responses to the opposing party's high priority objections." *Id.* at 2. On January 2, 2019, the Court further ordered that the parties "shall file their objections to HPO evidence to be introduced on Mondays by the preceding Friday at 8:00 a.m. ECF No. 1048.

On January 4, 2019, the FTC filed its HPOs and responses on time, but Qualcomm filed its HPOs late by nearly half an hour. *See* ECF No. 1104. If Qualcomm misses the 8:00 a.m. deadline on future days, the Court will not consider those HPOs or responses. It is unfair for Qualcomm to

have extra time to review the FTC's HPOs and responses before Qualcomm files its own HPOs and responses. In addition, any such delay impedes the Court's ability to issue its time-sensitive HPO rulings.

**IT IS SO ORDERED.**

Dated: January 4, 2019

_____
LUCY H. KOH
United States District Judge