UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALCOMM INCORPORATED,<br><br>    Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER FOR FTC TO FILE LIST OF AFTERNOON WITNESSES** |

By 12:55 p.m., the FTC shall file a list of the witnesses who will testify the afternoon of January 4, 2019, and note whether the witnesses will testify live or by deposition testimony.

**IT IS SO ORDERED.**

Dated: January 4, 2019

_____
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-00220-LHK
ORDER FOR FTC TO FILE LIST OF AFTERNOON WITNESSES