Jennifer Milici, D.C. Bar No. 987096
Joseph R. Baker, D.C. Bar No. 490802
Elizabeth A. Gillen, Cal. Bar No. 260667
Nathaniel M. Hopkin, New York Bar No. 5191598
Daniel Matheson, D.C. Bar No. 502490
Mark J. Woodward, D.C. Bar No. 479537
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S LIST OF AFTERNOON WITNESSES FOR TRIAL DAY 1, JANUARY 4, 2019** |

Pursuant to the Court's January 4, 2019 Order (ECF No. 1108), the Federal Trade Commission ("FTC") submits the following list of witnesses it intends to call live and by videotaped deposition on the afternoon of January 4, 2019 (Trial Day 1).

1. Ira Blumberg, Lenovo (by videotaped deposition) (continued)
2. Paul Jacobs, Qualcomm (by videotaped deposition)
3. David Wise, Qualcomm (live)
4. Nanfen (Nancy) Yu, Huawei (by videotaped deposition)
5. John Grubbs, Blackberry (by videotaped deposition) (time permitting)

Dated:  January 4, 2018

                Respectfully submitted,

                FEDERAL TRADE COMMISSION,

                */s/ Daniel Matheson*
                Jennifer Milici
                Joseph R. Baker
                Elizabeth A. Gillen
                Nathaniel M. Hopkin
                Daniel Matheson
                Mark J. Woodward
                Federal Trade Commission
                600 Pennsylvania Avenue, N.W.
                Washington, D.C. 20580
                (202) 326-2912; (202) 326-3496 (fax)
                jmilici@ftc.gov

                **Attorneys for Federal Trade Commission**