UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER DENYING LENOVO REQUEST TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 1072, 1100 |

After further reflection, the Court hereby DENIES Lenovo's motion to seal the deposition testimony of Ira Blumberg. The information revealed in Mr. Blumberg's testimony does not meet the compelling reasons standard. Moreover, the deposition testimony and exhibits of Eric Reifschneider of Qualcomm at trial publicly stated that it was Qualcomm's licensing practice to not sell chips to companies that did not have a Qualcomm license. The Court's order to seal the exhibits introduced with Mr. Blumberg's testimony remains as issued.

**IT IS SO ORDERED.**

Dated: January 4, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-00220-LHK
ORDER DENYING LENOVO REQUEST TO FILE UNDER SEAL