UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, et al., Plaintiffs, v. QUALCOMM INCORPORATED, et al., Defendants. | Case No. 17-CV-00220-LHK<br><br>**REVISED ORDER GRANTING IN PART AND DENYING IN PART BLACKBERRY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 1098 |
|---|---|

| Document | Page/Line | Ruling |
|---|---|---|
| Grubbs Deposition | 224:4-7 | DENIED. |
| Grubbs Deposition | 233:18-234:2 | GRANTED. |
| Grubbs Deposition | 236:1-7 | GRANTED. |
| Grubbs Deposition | 236:15-19 | GRANTED. |
| Grubbs Deposition | 244:6-13 | DENIED. |
| Grubbs Deposition | 244:16-20 | GRANTED. |
| Grubbs Deposition | 245:11-17 | DENIED. |
| Grubbs Deposition | 247:4-248:4 | GRANTED. |
| Grubbs Deposition | 249:14-18, 20 | GRANTED. |
| Grubbs Deposition | 255:11-15 | DENIED. |
| Grubbs Deposition | 256:24-257:2 | GRANTED. |
| Grubbs Deposition | 257:20-22 | GRANTED. |
| Grubbs Deposition | 257:25-258:6 | GRANTED. |
| Grubbs Deposition | 258:9-15 | DENIED. |
| Grubbs Deposition | 259:1-9 | GRANTED. |

1
Case No. 17-CV-00220-LHK
REVISED ORDER GRANTING IN PART AND DENYING IN PART BLACKBERRY'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL

| Document | Page/Line | Ruling |
|---|---|---|
| Grubbs Deposition | 259:10 | DENIED. |
| Grubbs Deposition | 259:13-25 | DENIED. |
| Grubbs Deposition | 288:10 | GRANTED. |
| Grubbs Deposition | 288:12-13 | GRANTED. |
| Grubbs Deposition | 288:15-17 | GRANTED. |
| CX3255 | Selected Portions | GRANTED. |
| CX3264 | Selected Portions | GRANTED. |
| CX3283 | Selected Portions | GRANTED. |
| JX0062 | Selected Portions | GRANTED. |
| JX0094 | Selected Portions | GRANTED. |

**IT IS SO ORDERED.**

Dated: January 4, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2
Case No. 17-CV-00220-LHK
REVISED ORDER GRANTING IN PART AND DENYING IN PART BLACKBERRY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL