Amanda Tessar (admitted *pro hac vice*)
ATessar@perkinscoie.com
**PERKINS COIE LLP**
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone:  303.291.2357
Facsimile:  303.291.2457

Sarah E. Stahnke, California Bar #264838
SStahnke@perkinscoie.com
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:  650.838.4489
Facsimile:  650.838.4350

**ATTORNEYS FOR NON-PARTY
BROADCOM CORPORATION**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA,

# SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>         Plaintiff,<br><br>    v.<br><br>QUALCOMM INCORPORATED, a<br>Delaware corporation,<br><br>         Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**NOTICE OF APPEARANCE OF SARAH E. STAHNKE FOR NON-PARTY BROADCOM CORPORATION** |

Please take notice that Sarah E. Stahnke of Perkins Coie LLP, 3150 Porter Drive, Palo Alto, CA 94304, hereby enters an appearance as counsel of record on behalf of non-party Broadcom Corporation.

DATED:  January 4, 2019

**PERKINS COIE LLP**

By:  _____/s/ Sarah E. Stahnke_____
                Sarah E. Stahnke

**ATTORNEYS FOR NON-PARTIES
BROADCOM CORPORATION**