UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER DIRECTING SAMSUNG TO FILE PROVISIONALLY UNDER SEAL**<br><br>Re: Dkt. No. 1112 |

On January 7, 2019, third party Samsung filed a motion to file under seal deposition testimony and specific trial exhibits that the FTC and Qualcomm plan to introduce on January 7, 2019. ECF No. 1112. However, Samsung did not e-file redacted and unredacted versions of the documents sought to be filed under seal, or unredacted versions, if Samsung seeks to file entire documents under seal. *See* Civ. L. R. 79-5(d)(1)(C)-(D). Samsung is hereby ORDERED to e-file provisionally under seal by 9:00 p.m., Friday, January 7, 2019, unredacted versions of the documents it seeks to seal, which indicate, "by highlighting or other clear method," the portions of the documents that have been omitted from the redacted version. *Id.* Samsung need not file under seal the excerpts from the deposition of Andrew Hong that Samsung seeks to seal, as Qualcomm has provided those excerpts to the Court.

1

Case No. 17-CV-00220-LHK
ORDER DIRECTING SAMSUNG TO FILE PROVISIONALLY UNDER SEAL

1  **IT IS SO ORDERED.**

2  Dated: January 4, 2019

3  _____
4  LUCY H. KOH
   United States District Judge