Amanda Tessar (admitted *pro hac vice*)
ATessar@perkinscoie.com
**PERKINS COIE LLP**
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone: 303.291.2357
Facsimile: 303.291.2457

Sarah E. Stahnke, California Bar #264838
SStahnke@perkinscoie.com
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4489
Facsimile: 650.838.4350

**ATTORNEYS FOR NON-PARTY BROADCOM CORPORATION**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA,

### SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**NOTICE OF APPEARANCE OF AMANDA TESSAR FOR NON-PARTY BROADCOM CORPORATION** |

    Please take notice that Amanda Tessar, previously admitted *pro hac vice* on September 18, 2018 [D.I. 860], of Perkins Coie LLP, 1900 Sixteenth Street, Suite 1400, Denver, CO 80202-5255, hereby enters an appearance as counsel of record on behalf of non-party Broadcom Corporation.

DATED: January 4, 2019

PERKINS COIE LLP

By: _____*/s/ Amanda Tessar*_____
            Amanda Tessar

**ATTORNEYS FOR NON-PARTY BROADCOM CORPORATION**