UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER RE HIGH PRIORITY OBJECTIONS FOR JANUARY 7, 2019**<br><br>Re: Dkt. Nos. 1103, 1105 |

Before the Court are the Federal Trade Commission's ("FTC") high priority objections ("HPO") and responses, ECF No. 1103, and Qualcomm Inc.'s ("Qualcomm") HPOs and responses, ECF No. 1105, for January 7, 2019, day 2 of the trial.

The Court reminds the parties that each HPO should specifically identify the document or witness testimony to which the parties object. Any HPO pertaining to an exhibit should identify the testifying witness through which a party will seek to introduce the exhibit.

Having considered the parties' briefs, the relevant law, the Federal Rules of Evidence, the record in this case, and balancing the factors set forth in Federal Rule of Evidence 403, the Court Rules as follows:

| HPO | Designation | Ruling |
|---|---|---|
| FTC HPO #1 | Hong, 80:25-81:1, 81:4-6 | SUSTAINED. |
| FTC HPO #1 | Hong, 98:3-18 | SUSTAINED. |
| FTC HPO #1 | Hong, 137:25-138:3 | SUSTAINED. |
| FTC HPO #1 | Hong, 138:21-139:6 | SUSTAINED. |
| FTC HPO #1 | Hong, 140:6-8 | SUSTAINED. |
| FTC HPO #1 | 140:14-16 | SUSTAINED. |
| FTC HPO #2 | QX9233 | SUSTAINED. |
| FTC HPO #3 | CX9252 | SUSTAINED. |
| FTC HPO #4 | QX9233 | OVERRULED AS MOOT PER RULING ON FTC HPO #2. |
| FTC HPO #5 | QX9308 | SUSTAINED. |
| Qualcomm HPO # 1 | Davis, 240:7-9 | OVERRULED. |
| Qualcomm HPO # 2 | Davis, 260:12-261:19 | OVERRULED. |
| Qualcomm HPO # 3 | Davis, 254:21-255:24 | OVERRULED. |
| Qualcomm HPO # 3 | Davis, 266:1-8 | OVERRULED. |
| Qualcomm HPO #4 | Hong, 139:23-140:5 | OVERRULED. |
| Qualcomm HPO #4 | Hong, 173:7-10 | OVERRULED. |
| Qualcomm HPO #5 | CX2612A | SUSTAINED. |
| Qualcomm HPO #5 | 161:6-13 | SUSTAINED. |
| Qualcomm HPO #5 | 161:14-162:24 | OVERRULED. |
| Qualcomm HPO #6 | CX3549 | SUSTAINED. |

**IT IS SO ORDERED.**

Dated: January 4, 2019

_____
LUCY H. KOH
United States District Judge

2

Case No. 17-CV-00220-LHK
ORDER RE HIGH PRIORITY OBJECTIONS FOR JANUARY 7, 2019