UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>QUALCOMM INCORPORATED, et al.,<br><br>Defendants. | Case No. 17-CV-00220-LHK<br><br>**ORDER GRANTING IN PART AND DENYING IN PART BLACKBERRY LIMITED'S ADMINISTRATIVE MOTION TO SEAL CERTAIN TRIAL EXHIBITS**<br><br>Re: Dkt. No. 1111 |

The Court finds that QX9252 meets the compelling reasons standard for sealing, and thus grants Blackberry Limited's motion to seal QX9252.

Blackberry Limited seeks to seal the entirety of its license agreement with Qualcomm, JX0093. The Ninth Circuit has held, and this Court has previously ruled, that "pricing terms, royalty rates, and guaranteed minimum payment terms" of patent licensing agreements plainly constitute trade secrets, and are thus sealable. *In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008). Blackberry Limited's request seeks to seal far more than this limited information and thus is overly broad. Accordingly, the Court denies without prejudice Blackberry Limited's motion to seal JX0093. If Blackberry Limited wishes to file an appropriately narrowly tailored

1

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART BLACKBERRY LIMITED'S ADMINISTRATIVE
MOTION TO SEAL CERTAIN TRIAL EXHIBITS

1  version of JX0093, it must do so by January 5, 2019.

2  **IT IS SO ORDERED.**

4  Dated: January 4, 2019

                                            _/s/ Lucy H. Koh_
                                            LUCY H. KOH
                                            United States District Judge

2

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART BLACKBERRY LIMITED'S ADMINISTRATIVE MOTION TO SEAL CERTAIN TRIAL EXHIBITS