UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER RE SAMSUNG'S MOTION TO SEAL**<br><br>Re: Dkt. 1112 |

The Ninth Circuit has held, and this Court has previously ruled, that "pricing terms, royalty rates, and guaranteed minimum payment terms" of patent licensing agreements plainly constitute trade secrets, and are thus sealable. *In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008). If Samsung seeks to seal more than this limited information, Samsung's motion to seal will be overly broad and will be denied.

**IT IS SO ORDERED.**

Dated: January 4, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge