United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 17-CV-00220-LHK |
| Plaintiff, | **ORDER VACATING IN PART SEALING ORDER RE HUAWEI** |
| v. | Re: Dkt. No. 1100 |
| QUALCOMM INCORPORATED, | |
| Defendant. | |

On January 4, 2019, David C. Giardina, appearing on behalf of third party Huawei, represented in open court that Huawei withdraws its request to seal the deposition excerpts of Nanfen (Nancy) Yu.  Therefore, the Court vacates the portions of its order at ECF No. 1100 that seal excerpts from the Yu deposition.

**IT IS SO ORDERED.**

Dated:  January 4, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1