# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
### Judge Lucy H. Koh
Courtroom 7 - 4th Floor
# Civil Minute Order and Trial Log

Date: January 4, 2019    **TIME IN COURT:** 6 hrs 53 mins
Courtroom Deputy Clerk: Elizabeth Garcia
Court Reporter: Lee-Anne Shortridge, Irene Rodriguez

**CASE NUMBER: 5:17-cv-00220-LHK**
**TITLE: Federal Trade Commission v. Qualcomm Incorporated**

Plaintiff(s) Attorney(s) present: Jennifer Milici, Daniel J. Matheson, Wesley G. Carson, Kent Cox, Nathaniel M. Hopkin, Philip J. Kehl

Defendant(s) Attorney(s) present: Robert A. Van Nest, Justina K. Sessions, Eugene M. Paige Christina Blais, Matan Shacham, Cody Harris, Kristin Hucek, Gary A. Bornstein, Michael Brent Byars, Yonatan Even, Jordan D. Peterson, Ming-Toy Taylor, Derek Sutton, Andrew Huynh. Also present: Mark Snyder

**PROCEEDINGS: Bench Trial**

**ORDER AFTER HEARING:**

Please see trial log for witnesses and exhibits. Refer to the court transcript for official trial time.
Continued Bench Trial set for January 7, 2019 at 9:00 AM.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: