# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 5:17-cv-00220-LHK
Case Name: Federal Trade Commission v. Qualcomm Incorporated

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Lucy H. Koh | Jennifer Milici | Robert Van Nest |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| January 4, 2019 | Lee-Anne Shortridge, Irene Rodriguez | Elizabeth Garcia |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:05 am | | | **Trial began. Counsel appearances for the record** | |
| | | 9:06 am | | | **The Court calls on counsel for the plaintiff to give opening argument** | |
| | | 9:37 am | | | **Plaintiff ends opening argument. Court calls on counsel for the defendant for opening argument** | |
| | | 9:38 am | | | **Opening argument by defense** | |
| PW | | 10:07 am | | | **Plaintiff opens case. Deposition designation of Eric Reifchneider played.** | |
| CX | | 10:11 am | X | X | **Plaintiff moves to admit exhibits. No objections. The exhibits were admitted.** | |
| CX | | | X | X | **CX 6548** | |
| CX | | | X | X | **CX 5186** | |
| CX | | | X | X | **CX 6534** | |
| CX | | | X | X | **CX 6528** | |
| CX | | | X | X | **CX 5211** | |
| CX | | | X | X | **CX 5210** | |
| CX | | | X | X | **CX 6491** | |
| CX | | | X | X | **CX 5179** | |
| CX | | | X | X | **CX 6500** | |
| CX | | | X | X | **CX 6516** | |
| CX | | | X | X | **CX 6522** | |
| CX | | | X | X | **CX 6530** | |
| CX | | | X | X | **CX 8300** | |
| | | | X | X | **CX 8297** | |
| | | 10:14 am | | | **Video deposition playback paused to address technical issue. Counsel for defendant reads into record missing deposition designation of witness** | |
| | | | | | ***Refer to the court transcript for official trial time*** | |

Case No: 5:17-cv-00220-LHK
Case Name: Federal Trade Commission v. Qualcomm Incorporated
Date: January 4, 2019
Courtroom Deputy: Elizabeth Garcia          Court Reporter:        Lee-Anne Shortridge, Irene Rodriguez

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:20 am | | | The court stands in recess for morning break | |
| | | 10:36 am | | | Proceeding resume. The court addresses housekeeping matters. | |
| | | 10:38 am | | | Video deposition of Eric Reifschneider resumes | |
| PW | | 11:39 am | | | Video deposition of Eric Reifscneider concludes. Plaintiff calls next witness by video deposition, Ira Blumberg. | |
| JX CX | | 11:40 am | X | X | Plaintiff moves to admit exhibits. No objections. The exhibits were admitted and were requested to be sealed. | |
| JX | | | X | X | JX 0087 | |
| CX | | | X | X | CX 2093 | |
| CX | | | X | X | CX 2079 | |
| CX | | | X | X | CX 2120 | |
| CX | | | X | X | CX 2121 | |
| CX | | | X | X | CX 2122 | |
| PW | | 11:41 am | | | Video deposition of Ira Blumberg played. | |
| | | 12:01 pm | | | Video deposition of Ira Blumberg stopped. Court addresses house keeping matters. | |
| | | 12:10 pm | | | The court takes the lunch recess. | |
| | | 1:08 pm | | | Proceedings resume. Court addresses housekeeping matters. | |
| | | 1:14 pm | | | Housekeeping matters conclude. Video deposition of Ira Blumberg continues. | |
| | | 1:25 pm | | | Colloquy by the court | |
| | | 1:26 pm | | | Video deposition of Ira Blumberg continues. | |
| | | 1:33 pm | | | Colloquy by the court | |
| | | 1:34 pm | | | Video deposition of Ira Blumberg continues. | |
| | | 1:55 pm | | | Video deposition of Ira Blumberg concludes. Plaintiff calls next witness, Paul Jacobs by video deposition. Plaintiff moves to admit exhibits. No objections. The exhibits were admitted. | |
| | | | | | *Refer to the court transcript for official trial time* | |

Case No: 5:17-cv-00220-LHK
Case Name: Federal Trade Commission v. Qualcomm Incorporated
Date: January 4, 2019
Courtroom Deputy: Elizabeth Garcia          Court Reporter:          Lee-Anne Shortridge, Irene Rodriguez

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|-----|-----|-------------|-----|
| JX |  | 1:55 pm | X | X | JX 0036 |  |
| JX |  |  | X | X | JX 0045 |  |
| CX |  |  | X | X | CX 7041 |  |
| CX |  |  | X | X | CX 7224 |  |
| CX |  |  | X | X | CX 7042 |  |
| CX |  |  | X | X | CX 6605 |  |
| CX |  |  | X | X | CX 7279 |  |
| CX |  |  | X | X | CX 7234 |  |
| CX |  |  | X | X | CX 7035 |  |
| PW |  | 1:58pm |  |  | Video deposition of Paul Jacobs played. |  |
|  |  | 2:32 pm |  |  | Video deposition concludes. The court takes a recess. |  |
|  |  | 2:51 pm |  |  | Proceedings resume. The court holds colloquy with counsel. |  |
| PD |  | 2:56 pm |  |  | Colloquy concludes. Counsel for plaintiff calls next witness, David Wise. Witness is sworn for testimony. Plaintiff moves to admit exhibits. Objections were made.  The exhibits were admitted over defense objections. |  |
| CX |  | 2:58 pm | X | X | CX 5248 |  |
| CX |  |  | X | X | CX 6837 |  |
| CX |  |  | X | X | CX 8299 |  |
| CX |  |  | X | X | CX 3755 |  |
| CX |  |  | X | X | CX 7200 |  |
| CX |  |  | X | X | CX 5417 |  |
| CX |  |  | X | X | CX 7251 |  |
| CX |  |  | X | X | CX 5953 |  |
|  | DX | 3:55 pm |  |  | Cross examination held of David Wise. |  |
| PRD |  | 4:02 pm |  |  | Redirect examination of David Wise. Plaintiff moves to admit exhibit. |  |
| CX |  | 4:02 pm |  |  | CX 5419 |  |
|  | DRX | 4:08 pm |  |  | Recross examination of David Wise. |  |
|  |  |  |  |  | *Refer to the court transcript for official trial time* |  |

Case No: 5:17-cv-00220-LHK
Case Name: Federal Trade Commission v. Qualcomm Incorporated
Date: January 4, 2019
Courtroom Deputy: Elizabeth Garcia          Court Reporter:        Lee-Anne Shortridge, Irene Rodriguez

### EXHIBIT and WITNESS LIST CONTINUED

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 4:10 pm | | | No further redirect. Court colloquy if witness is subject to recall. Witness is not subject to recall. Witness was excused. Court colloquy re: deposition videos subject to recall. Witnesses by deposition subject to further recall. | |
| | | 4:11 pm | | | Plaintiff calls next witness by video deposition of Nanfen (Nancy) Yu. Plaintiff moves to admit exhibits. No objections. Exhibits CX1101, JX 22,27,97,98 requested to be sealed. The Court granted the sealing request. | |
| CX | | | X | X | CX 1000 | |
| CX | | | X | X | CX 1006 | |
| CX | | | X | X | CX 1009 | |
| CX | | | X | X | CX 1101 | |
| JX | | | X | X | JX 0022 | |
| JX | | | X | X | JX 0027 | |
| JX | | | X | X | JX 0097 | |
| JX | | | X | X | JX 0098 | |
| PW | | 4:13 pm | | | Video deposition of Nanfen (Nancy) Yu played. | |
| | | 4:35 pm | | | Video deposition concludes. The court addresses housekeeping matters and time record. | |
| | | 4:55 pm | | | Proceedings conclude for the day. | |
| | | | | | Continued bench trial set for January 7, 2019 at9:00 am | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | *Refer to the court transcript for official trial time* | |