SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
ghalling@sheppardmullin.com
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
mscarborough@sheppardmullin.com
MONA SOLOUKI, Cal. Bar No. 215145
msolouki@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415.434.9100
Facsimile:   415.434.3947

Attorneys for Non-Parties
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG SEMICONDUCTOR, INC. and
SAMSUNG ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-cv-0220-LHK-NMC<br><br>The Hon. Lucy H. Koh<br><br>**NON-PARTY SAMSUNG'S NOTICE OF FILING DOCUMENTS PROVISIONALLY UNDER SEAL PURSUANT TO COURT ORDER** |

1. On January 4, 2019, non-parties Samsung Electronics Company Ltd., Samsung Semiconductor Inc., and Samsung Electronics America Inc. (collectively "Samsung") filed an Administrative Motion to Maintain Under Seal Portions of Andrew Hong Testimony and Certain Trial Exhibits Identified by Plaintiff Federal Trade Commission and Defendant Qualcomm Incorporated, and the Declaration of Sanghoon Park in Support of Samsung's Administrative Motion.  (Dkt. No. 1112).  Samsung seeks to maintain all ten trial exhibits under seal in their entirety.

2. On the same day, this Court issued an Order directing Samsung to "e-file provisionally under seal by 9:00 p.m., Friday, January 7, 2019, unredacted versions of the documents it seeks to seal." (Dkt. No. 1118).  Pursuant to that Order, Samsung files provisionally under seal the ten (10) trial exhibits described in the table below.

3. In a second Order regarding Samsung's Motion to Seal, this Court advised: "If Samsung seeks to seal more than [pricing terms, royalty rates, and guaranteed minimum payment terms], Samsung's motion to seal will be overly broad and will be denied." (Dkt. No. 1123).  Non-party Samsung's retained legal counsel will also file a motion for a one day extension of time to comply with this Order because retained outside counsel have insufficient time to connect with and consult with their client in Korea where it is currently the weekend.  Specifically, there is insufficient time to make selective redactions to Agreements, some of which are over 80 pages long, and obtain required client approval.  Counsel therefore will seek a one-day extension to 9:00 p.m., Saturday, January 5, 2019.

| Samsung Exhibit | Trial Exhibit Number | Relevant Standard | Disposition |
|---|---|---|---|
| Ex. A | CX2621A | Compelling Reasons | |
| Ex. B | CX2628 | Compelling Reasons | |
| Ex. C | JX0006 | Compelling Reasons | |
| Ex. D | JX0047 | Compelling Reasons | |
| Ex. E | JX0122 | Compelling Reasons | |

-1-

SMRH:489024862.1         SAMSUNG'S NOTICE OF FILING DOCUMENTS PROVISIONALLY UNDER SEAL PURSUANT TO COURT ORDER

| Samsung Exhibit | Trial Exhibit Number | Relevant Standard | Disposition |
|---|---|---|---|
| Ex. F | QX9214 | Compelling Reasons | |
| Ex. G | QX9224 | Compelling Reasons | |
| Ex. H | QX9271 | Compelling Reasons | |
| Ex. I | Q2017MDL1_01106145-51 | Compelling Reasons | |
| Ex. J | Q2017MDL3_00039813-14 | Compelling Reasons | |

Dated:  January 4, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ Gary L. Halling*
GARY L. HALLING
Attorneys for Non-Parties
Samsung Electronics Co., Ltd.,
Samsung Semiconductor Inc., and
Samsung Electronics America Inc.