UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>QUALCOMM INCORPORATED, et al.,<br><br>　　　　　Defendants. | Case No. 17-CV-00220-LHK<br><br>**ORDER GRANTING SAMSUNG'S MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 1129 |

Before the Court is third party Samsung's Motion for Extension of Time to Comply with this Court's Order ECF No. 1123, regarding redacted agreements. The Court GRANTS Samsung's motion for an extension to 9:00 p.m. on Saturday, January 5, 2019.

**IT IS SO ORDERED.**

Dated: January 5, 2019

　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge