SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
ghalling@sheppardmullin.com
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
mscarborough@sheppardmullin.com
MONA SOLOUKI, Cal. Bar No. 215145
msolouki@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415.434.9100
Facsimile:   415.434.3947

Attorneys for Non-Parties
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG SEMICONDUCTOR, INC. and
SAMSUNG ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-cv-0220-LHK-NMC<br><br>The Hon. Lucy H. Koh<br><br>**NON-PARTY SAMSUNG'S REVISED ADMINISTRATIVE MOTION TO MAINTAIN UNDER SEAL AS TO THE AGREEMENTS THAT ARE THE SUBJECT OF THIS COURT'S ORDER ECF NO. 1123** |

Non-parties Samsung Electronics Company Ltd., Samsung Semiconductor Inc., and Samsung Electronics America Inc. (collectively "Samsung") previously filed an Administrative Motion to Maintain Under Seal a small portion of Andrew Hong's testimony and Ten Trial Exhibits, and the Declaration of Sanghoon Park in Support of Samsung's Administrative Motion to Maintain Under Seal ("Park Decl."). ECF No. 1112. Samsung also filed provisionally under seal unredacted versions of the ten trial exhibits that were the subject of its sealing motion. ECF No. 1128.

Pursuant to this Court's follow-up Order re agreements (ECF No. 1123) and this Court's Order granting Samsung' motion for an extension of time to file (ECF No. 1130), Samsung files this Revised Administrative Motion to Seal Exhibits CX2628, JX0006, JX0047 and JX0122 provisionally under seal. Samsung is not withdrawing its motion as to the remaining documents it filed under seal which sought to seal the remaining documents in their entirety. Samsung filed those documents in unredacted form provisionally under seal in ECF No 1128. This motion only addresses the Court's Order related to the trial exhibits listed in the table below in order to narrow the scope of Samsung's prior sealing request as to those agreements. For brevity and given non-party Samsung's time constraints in making this motion, Samsung incorporates by reference its arguments in its previous sealing motion and the Park declaration supporting sealing of these four agreements (ECF No. 1112). For the Court's reference and convenience, Samsung is also refiling the supporting Park declaration with this motion.

Samsung has made its best effort to narrow the sealing request to the complex financial terms of the agreements, including those definitions and provisions that would otherwise reveal the royalty or other payment amounts and terms, royalty rates, and/or the manner in which royalties are calculated or are otherwise affected or modifiable due to the occurrence of certain events. Thus, these limited portions clearly meet the compelling reasons standard for sealing.

Of the four agreements, JX0006, JX0047 and JX0122 are not solely Samsung's proprietary information. As to these exhibits, Samsung cannot waive Qualcomm's right to file its own sealing motions as to the portions Qualcomm considers proprietary. Qualcomm will make a

separate request for sealing to the Court regarding the portions that it considers proprietary. Nonetheless and to comply with the Court's order to file both unredacted (under seal) and ***public redacted*** versions of these exhibits, Samsung is filing a joint unredacted version of those agreements that include both non-party Samsung's and Defendant Qualcomm's sealing requests [in red marking] in Exhibits JX0006, JX0047 and JX0122.  Samsung's sealing requests are reflected in the table below.  The redactions that are not addressed in the table below reflect Qualcomm's sealing requests, including for sections of JX0122 which Samsung also seeks to seal but for the reasons stated below has not had sufficient time to move with respect to.   Samsung is also filing a publicly-redacted version of each agreement, as required by the Court, that reflect the both non-party Samsung's and Defendant Qualcomm's joint redaction requests.

Although Exhibit JX0122 appears to contain multiple Samsung and Qualcomm agreements from 2018 (QAPPCMSD02163035 – 133), Samsung did not receive appropriate notice from the FTC regarding what documents were included in that exhibit because the documents were produced by Qualcomm, not Samsung and no bates numbers or copies of its content were provided to Samsung.  Samsung understood Exhibit JX0122 to include only the 2018 SULA Amendment (QAPPCMSD02163037 – 066) and thus only moved to seal that document supported by the Park Declaration.  However, because the exhibit contains several other agreements that were produced by Qualcomm, Samsung has thus incorporated Qualcomm's request to seal portions of the remaining agreements in order to avoid publicly disclosing those portions of these other agreements in a public redacted version.  As noted, Qualcomm is separately moving the Court as to the redactions in the remaining agreements which came from Qualcomm's production.

Accordingly, Samsung respectfully moves this Court to issue an Order to seal the following portions of the trial exhibits to be presented Monday, January 7, 2019:

| Samsung Exhibit | Trial Exhibit | Location of Information | Type of Information | Relevant Standard |
|---|---|---|---|---|
| Samsung Exhibit B | CX2628 | Table in §4.4(a) at SFT-0036349 | Pricing terms | Compelling Reasons |

| | | | | |
|---|---|---|---|---|
| Samsung Exhibit B | CX2628 | §4.5(a) at SFT-0036351 | Pricing terms | Compelling Reasons |
| Samsung Exhibit B | CX2628 | §4.5(d) and §4.7 at SFT-0036352 | Pricing terms | Compelling Reasons |
| Samsung Exhibit B | CX2628 | Second line at SFT-0036377 | Pricing terms | Compelling Reasons |
| Samsung Exhibit C | JX0006 | §3.1 at JX0006-009 | Licensing fees | Compelling Reasons |
| Samsung Exhibit C | JX0006 | §§5.2.1 - 5.2.4 at JX0006-012 – 13 | Royalty rates | Compelling Reasons |
| Samsung Exhibit C | JX0006 | §5.4 at JX0006-014 – 15 | Royalty rates | Compelling Reasons |
| Samsung Exhibit C | JX0006 | §6.2 at JX0006-016 – 17 | Royalty rates and terms | Compelling Reasons |
| Samsung Exhibit C | JX0006 | §7.1 at JX0006-017 | Pricing terms and payment terms | Compelling Reasons |
| Samsung Exhibit C | JX0006 | Percentages, unit values, and dollar values in §1 of Side Agreement at JX0006-036 | Pricing terms | Compelling Reasons |
| Samsung Exhibit C | JX0006 | Dollar amounts in §2 of Side Agreement at JX0006-037 | Pricing terms | Compelling Reasons |
| Samsung Exhibit D | JX0047 | §2 at JX0047-016 | Guaranteed payment terms | Compelling Reasons |
| Samsung Exhibit D | JX0047 | §4; §4.1 and subsections at JX0047-019 – 26 | Royalty rates | Compelling Reasons |
| Samsung Exhibit D | JX0047 | §4.2.3 at JX0047-027 | Royalty rates and pricing terms | Compelling Reasons |
| Samsung Exhibit D | JX0047 | §4.4.1 at JX0047-028 – 29 | Royalty rates, pricing terms, minimum payment terms | Compelling Reasons |
| Samsung Exhibit D | JX0047 | §4.4.3.1 at JX0047 – 031 | Pricing terms and minimum payment terms | Compelling Reasons |
| Samsung Exhibit D | JX0047 | §4.4.3.2 at JX0047-032 – 33 | Royalty rates, pricing terms, minimum payment terms | Compelling Reasons |

| | | | | |
|---|---|---|---|---|
| Samsung Exhibit D | JX0047 | §7 at JX0047-052 – 54 | Pricing terms, payment terms | Compelling Reasons |
| Samsung Exhibit D | JX0047 | §12 at JX0047-056 | Future expiration date for all terms | Compelling Reasons |
| Samsung Exhibit D | JX0047 | Exhibit C at JX0047-067 – 68 | Royalty rates | Compelling Reasons |
| Samsung Exhibit E | JX0122 | §§2.1-2.2 at QAPPCMSD02163042 | Royalty rates, pricing terms, minimum payment | Compelling Reasons |
| Samsung Exhibit E | JX0122 | §3 at QAPPCMSD02163044 | Pricing terms and royalty rates | Compelling Reasons |
| Samsung Exhibit E | JX0122 | §4.1.2.1 at QAPPCMSD02163046 | Pricing terms | Compelling Reasons |
| Samsung Exhibit E | JX0122 | §6.2 at QAPPCMSD02163061 – 62 | Licensing and pricing terms | Compelling Reasons |
| Samsung Exhibit E | JX0122 | §7 at QAPPCMSD02163062 – 63 | Royalty rates | Compelling Reasons |
| Samsung Exhibit E | JX0122 | §17.2 at QAPPCMSD02163065 – 67 | Licensing and royalty terms | Compelling Reasons |

Dated:  January 5, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Gary L. Halling*
GARY L. HALLING
Attorneys for Non-Parties
Samsung Electronics Co., Ltd.,
Samsung Semiconductor Inc., and
Samsung Electronics America Inc.

-4-