Jennifer Milici, D.C. Bar No. 987096
J. Alexander Ansaldo, Va. Bar No. 75870
Philip J. Kehl, D.C. Bar No. 1010284
Daniel Matheson, D.C. Bar No. 502490
Mark Woodward, D.C. Bar No. 479537
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>              Plaintiff,<br><br>    vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>              Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S RESPONSE TO MEDIATEK'S ADMINISTRATIVE MOTION TO SEAL CONFIDENTIAL INFORMATION** |

On January 4, 2019, non-party MediaTek Inc. ("MediaTek") filed an administrative motion to seal portions of identified proposed trial exhibits and to prevent counsel for the parties from eliciting public testimony from a live Day 2 witness, Mr. Finbarr Moynihan, regarding identified subjects. (ECF No. 1124, at 1.) As to testimony, MediaTek "asks that the Court exercise its discretion to preclude any question by the parties in open court, and to direct the parties to examine Mr. Moynihan on these subjects only in closed session. In the alternative, MediaTek requests that any examination on these subjects in open court be tailored to avoid disclosing detailed, specific testimony about these subjects." *Id.* at 1-2.

The FTC does not oppose MediaTek's motion to seal. The motion is narrowly targeted at sensitive business information that meets the applicable "compelling reasons" standard. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). The FTC further states that it expects to ask questions that may elicit testimony regarding some of the topics identified in MediaTek's motion to seal and that it is not possible to tailor its questions to avoid these topics. The FTC therefore anticipates that if the Court grants MediaTek's motion, a limited portion of the FTC's examination of Mr. Moynihan would have to proceed in closed session.

Dated:  January 6, 2019                                             Respectfully submitted,

                                                                    FEDERAL TRADE COMMISSION,


                                                                    */s/ Mark Woodward*
                                                                    Mark Woodward
                                                                    Jennifer Milici
                                                                    Daniel Matheson
                                                                    J. Alexander Ansaldo
                                                                    Philip J. Kehl
                                                                    Federal Trade Commission
                                                                    600 Pennsylvania Avenue, N.W.
                                                                    Washington, D.C. 20580
                                                                    (202) 326-2912; (202) 326-3496 (fax)
                                                                    jmilici@ftc.gov

                                                                    ***Attorneys for Federal Trade Commission***