UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, | Case No. 17-CV-00220-LHK |
|---|---|
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART BLACKBERRY LIMITED'S ADMINISTRATIVE MOTION TO SEAL CERTAIN TRIAL EXHIBITS** |
| v. | |
| QUALCOMM INCORPORATED, | |
| Defendant. | Re: Dkt. No. 1131 |

| Document | Portions of Pages | Ruling |
|---|---|---|
| JX0093 | JX0093-018-20 | GRANTED. |
| JX0093 | JX0093-022-23 | GRANTED. |
| JX0093 | JX0093-027-28 | GRANTED. |
| JX0093 | JX0093-031-35 | GRANTED. |
| JX0093 | JX0093-036-38 | DENIED. |
| JX0093 | JX0093-043-44 | DENIED. |
| JX0093 | JX0093-049-55 | GRANTED. |
| JX0093 | JX0093-058-60 | GRANTED. |
| JX0093 | JX0093-065-66 | GRANTED. |
| JX0093 | JX0093-083 | GRANTED. |
| JX0093 | JX0093-092 | GRANTED. |
| JX0093 | JX0093-095-97 | GRANTED. |
| JX0093 | JX0093-101-103 | GRANTED. |
| JX0093 | JX0093-114 | GRANTED. |
| JX0093 | JX0093-118-119 | GRANTED. |

1

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART BLACKBERRY LIMITED'S ADMINISTRATIVE MOTION TO SEAL CERTAIN TRIAL EXHIBITS

| Document | Portions of Pages | Ruling |
|---|---|---|
| JX0093 | JX0093-120 | DENIED. |

**IT IS SO ORDERED.**

Dated: January 6, 2019

_____
LUCY H. KOH
United States District Judge