United States District Court
Northern District of California

1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12   FEDERAL TRADE COMMISSION,                Case No. 17-CV-00220-LHK

13              Plaintiff,                     **ORDER DENYING WITHOUT
                                               PREJUDICE MOTIONS TO SEAL THE
14        v.                                   PARTIES' PRETRIAL PROPOSED
                                               FINDINGS OF FACT AND
15   QUALCOMM INCORPORATED,                    CONCLUSIONS OF LAW**

16              Defendant.                     Re: Dkt. No. 1013, 1016

17

18        Before the Court are the parties' joint administrative motions to seal portions of the pretrial

19   proposed findings of fact and conclusions of law. ECF Nos. 1013 and 1016.

20        Applying the compelling reasons standard for sealing, the Court finds that the motions are

21   overly broad and DENIES them without prejudice. The Court finds that much of the information

22   that the parties seek to seal has been publicly disclosed elsewhere or is too general to be sealed.

23   Even where the parties seek to seal information that may properly be sealed, they should seek to

24   seal only the sealable information and not whole paragraphs or sections that do not warrant

25   sealing.

26        The parties shall file their revised motions by January 14, 2019. The parties shall format

27
                                              1
28   Case No. 17-CV-00220-LHK
     ORDER DENYING WITHOUT PREJUDICE MOTIONS TO SEAL THE PARTIES' PRETRIAL PROPOSED
     FINDINGS OF FACT AND CONCLUSIONS OF LAW

1    their motions and exhibits in accordance with the Court's previous orders in this case.

2    **IT IS SO ORDERED.**

3

4    Dated: January 6, 2019

5    _____
     LUCY H. KOH

6    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                        2

28   Case No. 17-CV-00220-LHK
     ORDER DENYING WITHOUT PREJUDICE MOTIONS TO SEAL THE PARTIES' PRETRIAL PROPOSED
     FINDINGS OF FACT AND CONCLUSIONS OF LAW

United States District Court
Northern District of California