UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>QUALCOMM INCORPORATED, et al.,<br><br>Defendants. | Case No. 17-CV-00220-LHK<br><br>**ORDER GRANTING IN PART AND DENYING IN PART BROADCOM CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 1120 |

Broadcom Corporation ("Broadcom") has sought to seal portions of the McGregor Deposition as well as JX0095. Applying the compelling reasons standard for sealing, the Court rules on the sealing request for the McGregor Deposition below.

However, Broadcom has failed to provide the Court with an unredacted version JX0095, so the Court does not know what information Broadcom seeks to seal from this document. Thus, Broadcom's request to seal portions of JX0095 is DENIED without prejudice. Broadcom shall submit an unredacted version of JX0095 for the Court's consideration by 8:00 a.m. on January 7, 2019, or else its motion to file portions of JX0095 under seal will be denied with prejudice.

| Document | Portions of Pages | Ruling |
|---|---|---|
| McGregor Deposition | 17:4-18 | GRANTED. |

1

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART BROADCOM CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

| Document | Portions of Pages | Ruling |
|---|---|---|
| McGregor Deposition | 19:3-7 | GRANTED. |
| McGregor Deposition | 26:19-27 | DENIED. |
| McGregor Deposition | 173:20-175:21 | DENIED. |
| McGregor Deposition | 184:9-24 | GRANTED. |
| McGregor Deposition | 237:18-239:25 | DENIED. |

**IT IS SO ORDERED.**

Dated: January 6, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2
Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART BROADCOM CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL