UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No.17-cv-00220-LHK<br><br>**ORDER GRANTING MEDIATEK'S MOTION TO SEAL PORTIONS OF TRIAL EXHIBITS**<br><br>Re: Dkt. No. 1124 |

Before the Court is third-party MediaTek Inc.'s ("MediaTek") motion to seal certain portions of three trial exhibits. ECF No. 1124. Applying the compelling reasons standard, *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006), the Court GRANTS MediaTek's motion to seal the selected portions of exhibits CX3542, CX3545, and CX3551.

**IT IS SO ORDERED.**

Dated: January 6, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No. 17-cv-00220-LHK
ORDER GRANTING MEDIATEK'S MOTION TO SEAL PORTIONS OF TRIAL EXHIBITS