UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> QUALCOMM INCORPORATED, et al., <br><br> Defendants. | Case No. 17-CV-00220-LHK <br><br> **ORDER COMPELLING FTC TO FILE JANUARY 7, 2019 WITNESS LIST** |

On January 4, 2019, the parties agreed to file their list of witnesses 2 days before the witnesses are called. As of nearly 5:00 p.m. on January 6, 2019, the Federal Trade Commission ("FTC") has not yet filed its list of witnesses for Monday, January 7, 2019. Knowledge of the witnesses would be helpful to the Court in determining when third party sealing motions must be decided. The FTC is ordered to file its January 7, 2019 witness list by 6:00 p.m. on January 6, 2019.

**IT IS SO ORDERED.**

1
Case No. 17-CV-00220-LHK
ORDER COMPELLING FTC TO FILE JANUARY 7, 2019 WITNESS LIST

1 | Dated: January 6, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge