*Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>QUALCOMM INCORPORATED,<br>a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**QUALCOMM INCORPORATED'S BRIEF IN SUPPORT OF NON-PARTY SAMSUNG'S REVISED ADMINISTRATIVE MOTION TO MAINTAIN UNDER SEAL AS TO THE AGREEMENTS THAT ARE THE SUBJECT OF THIS COURT'S ORDER ECF NO. 1123** |

## INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5(d), and this Court's January 4, 2019 Order (ECF No. 1123), Defendant Qualcomm Incorporated ("Qualcomm") hereby submits this Brief in Support of Non-Party Samsung's Revised Administrative Motion to Maintain Under Seal as to the Agreements that are the Subject of this Court's Order ECF No. 1123 (the "Samsung Motion"). On January 5, 2019, Samsung filed the Samsung Motion moving the Court to issue an administrative order to seal certain portions of the following trial exhibits to be presented on January 7, 2019: JX0006, JX0047, and JX0122 (the "Trial Exhibits"). The Trial Exhibits contain both Samsung *and* Qualcomm confidential information, which Qualcomm seeks to have sealed. In accordance with the Court's Local Rules, public, redacted version of the Trial Exhibits have been filed. Qualcomm declarations are submitted as attachments to this Brief, in support of sealing the Trial Exhibits.

## LEGAL STANDARD

Local Rule 79-5 provides that documents, or portions thereof, may be sealed if a party "establishes that the documents, or portions thereof, are privileged, protectable as a trade secret, or otherwise entitled to protection under the law." Civ. L. R. 79-5(b). Where a party seeks to file under seal documents designated as confidential by an opposing party or non-party pursuant to a protective order, the submitting party "must identify the document or portions thereof which contain the designated confidential material and identify the party that has designated the material as confidential." Civ. L. R. 79-5(e). The burden then falls to the party that has previously designated the material as confidential to establish that the designated material is sealable. *Id*.

While courts apply a "strong presumption in favor of access" to court records, "[i]n general, 'compelling reasons' sufficient to outweigh the public's interest in disclosure and justify sealing court records exist when such 'court files might have become a vehicle for improper purposes,' such as the use of records to ... release trade secrets." *Kamakana v. City and Cty. Of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)). Sealing may be justified to prevent judicial documents from being used as

business information that might harm a litigant's competitive standing. *In re High-Tech Employee Antitrust Litig.*, 2013 WL 163779, at *1.

## ARGUMENT

### A. The Trial Exhibits Contain Both Qualcomm and Samsung Confidential Information

The redacted portions of the Trial Exhibits meet the standard for sealing under the "compelling reasons" standard or the "good cause" standard. The Trial Exhibits contain information regarding Qualcomm and Samsung that is designated as confidential under the governing Protective Orders and Supplemental Protective Orders in *In re: Qualcomm Antitrust Litigation*, No. 17-md-02773-LHK-NMC (N.D. Cal.) ("MDL Action"); *Federal Trade Commission v. Qualcomm Incorporated*, No. 17-cv-00220-LHK-NMC (N.D. Cal.) ("FTC Action"); and *Apple, Inc. v. Qualcomm Incorporated*, No. 17-cv-0108-GPC-MDD ("S.D. Cal. Action") (together, "Protective Orders").

Specifically, the Trial Exhibits contain and reference the following information designated by Qualcomm and by Samsung as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" under the Protective Orders.

| Trial Exhibit JX0006 | | | |
|---|---|---|---|
| **Location of Information** | **Type of Information** | **Relevant Standard** | **Supporting Paragraph from Declaration** |
| §3.1, Lines 3-4, between "amount of" and "(the 'Up-Front" at JX0006-009 | Royalty rates and Pricing terms | Compelling Reasons | St. George Decl. ¶¶16-17 |
| §3.1, Lines 4-5, between "License Fee')" and "of the up-front" at JX0006-009 | Royalty rates and Pricing terms | Compelling Reasons | St. George Decl. ¶¶16-17 |
| §3.1, Lines 8-9, between "the remaining" and "of the Up-Front License" at JX0006-009 | Royalty rates and Pricing terms | Compelling Reasons | St. George Decl. ¶¶16-17 |
| §3.1, Lines 11-12, between "follows: (i)" and "within thirty (30)" at JX0006-009 | Royalty rates and Pricing terms | Compelling Reasons | St. George Decl. ¶¶16-17 |
| §3.1, Lines 12-13, between "Date; (ii)" and "on or before December" at JX0006-009 | Royalty rates and Pricing terms | Compelling Reasons | St. George Decl. ¶¶16-17 |
| §3.1, Line 14 before "on or before March" at JX0006-009 | Royalty rates and Pricing terms | Compelling Reasons | St. George Decl. ¶¶16-17 |
| §3.1, Line 15, between "1994; (iv)" and "on or before" at JX0006-009 | Royalty rates and Pricing terms | Compelling Reasons | St. George Decl. ¶¶16-17 |
| §3.1, Line 16 after "and (v)" at JX0006-009 | Royalty rates and Pricing terms | Compelling Reasons | St. George Decl. ¶¶16-17 |
| §5.2.1, Lines 5-6, between "to (i)" and "of the Net Selling" at JX0006-012 | Royalty rates | Compelling Reasons | St. George Decl. ¶17 |
| §5.2.1, Line 7, between "and (ii)" and "of the" at JX0006-012 | Royalty rates | Compelling Reasons | St. George Decl. ¶17 |
| First paragraph after §5.2.1, Line 5, between "greater than" and "for" at JX0006-012 | Royalty rates | Compelling Reasons | St. George Decl. ¶17 |
| First paragraph after §5.2.1, Lines 6-7, between "pay only the" and "for each such" at JX0006-012 | Royalty rates | Compelling Reasons | St. George Decl. ¶17 |
| First paragraph after §5.2.1, Lines 7-12 after "Subscriber Unit Sold." at JX0006-012 | Royalty rates | Compelling Reasons | St. George Decl. ¶17 |

| | | | |
|---|---|---|---|
| §5.2.2, Lines 4-5, between "equal to (i)" and "of the Net Selling" at JX0006-012 | Royalty rates | Compelling Reasons | St. George Decl. ¶17 |
| §5.2.2, Line 6 after "Korea and (ii)" until "of the Net Selling Price" at JX0006-012-013 | Royalty rates | Compelling Reasons | St. George Decl. ¶17 |
| First paragraph, Lines 2-7 after "only in Korea." at JX0006-013 | Royalty rates | Compelling Reasons | St. George Decl. ¶17 |
| §5.2.3, Line 5, between "equal to (a)" and "of the Net Selling" at JX0006-013 | Royalty rates | Compelling Reasons | St. George Decl. ¶17 |
| §5.2.3, Line 8, between "(b) (i)" and "of the Net Selling" at JX0006-013 | Royalty rates | Compelling Reasons | St. George Decl. ¶17 |
| §5.2.3, Lines 10-11, between "Korea and (ii)" and "of the Net Selling" at JX0006-013 | Royalty rates | Compelling Reasons | St. George Decl. ¶17 |
| §5.2.3, Lines 13-19, after "only in Korea." at JX0006-013 | Royalty rates | Compelling Reasons | St. George Decl. ¶17 |
| Last paragraph after "that decreased from" until "based on the number of" at JX0006-014-015 | Royalty rates | Compelling Reasons | St. George Decl. ¶17 |
| §6.2.1, Line 3, between "above shall be" and "with respect only" at JX0006-016 | Royalty rates | Compelling Reasons | St. George Decl. ¶17 |
| First paragraph, Lines 6-9 after "exceed the lower of" at JX0006-017 | Royalty rates | Compelling Reasons | St. George Decl. ¶17 |
| §7.1, Lines 8-9, between "QUALCOMM an additional" and "for such deliverables" at JX0006-017 | Pricing terms | Compelling Reasons | St. George Decl. ¶16 |
| §7.1, Lines 12-13, between "pay QUALCOMM" and "of the Deliverable Payment"" at JX0006-017 | Pricing terms | Compelling Reasons | St. George Decl. ¶16 |
| §7.1, Line 14, between "1993, then such" and "payment" at JX0006-017 | Pricing terms | Compelling Reasons | St. George Decl. ¶16 |
| First paragraph at JX0006-029, Line 3 after "to the Carriers a" | Royalty rate | Compelling Reasons | St. George Decl. ¶17 |

| | | | |
|---|---|---|---|
| §1, Line 3 before "of the Net Selling Price" at JX0006-036 | Royalty rate | Compelling Reasons | St. George Decl. ¶17 |
| §1, Line 4, between "and (ii)" and "of the Net Selling Price" at JX0006-036 | Royalty rate | Compelling Reasons | St. George Decl. ¶17 |
| All percentages and numerical values immediately following the third paragraph at JX0006-036 | Royalty rate | Compelling Reasons | St. George Decl. ¶17 |
| Fourth paragraph, Line 5, between "that is greater than" and "for each Subscriber" at JX0006-036 | Royalty rate | Compelling Reasons | St. George Decl. ¶17 |
| Fourth paragraph, Line 6, between "shall pay only the" and "for each" at JX0006-036 | Royalty rate | Compelling Reasons | St. George Decl. ¶17 |
| Fourth Paragraph, Lines 7-9, after "Subscriber Unit Sold." until "To elect such option" at JX0006-036-037 | Royalty rate | Compelling Reasons | St. George Decl. ¶17 |
| Fourth paragraph, Line 3, between "QUALCOMM" and "of the" at JX0006-037 | Pricing Terms | Compelling Reasons | St. George Decl. ¶16 |
| Fourth Paragraph, Lines 6-8, between "includes the reduction of" and "QUALCOMM confirms that the" at JX0006-037 | Pricing Terms | Compelling Reasons | St. George Decl. ¶16 |
| Fourth Paragraph, Lines 9-10, between "to as low as" and "as set forth above" at JX0006-037 | Pricing Terms | Compelling Reasons | St. George Decl. ¶16 |
| Fourth Paragraph, Line 11, between "remaining" and "of the Up-" at JX0006-037 | Pricing Terms | Compelling Reasons | St. George Decl. ¶16 |

| Trial Exhibit JX0047 | | | |
|---|---|---|---|
| **Location of Information** | **Type of Information** | **Relevant Standard** | **Supporting Paragraph from Declaration** |
| First paragraph at JX0047-002 | Pricing terms and Royalty rates | Compelling Reasons | St. George Decl. ¶¶18-19 |
| Paragraph starting "Catastrophic Event", Line 10, between "at least" and "of" at JX0047-002 | Pricing terms and Royalty rates | Compelling Reasons | St. George Decl. ¶¶18-19 |
| Paragraph starting "Catastrophic Event", Line 12, between "from a" and "Worldwide Subscriber Unit" at JX0047-002 | Pricing terms and Royalty rates | Compelling Reasons | St. George Decl. ¶¶18-19 |
| Paragraph starting "Catastrophic Event", Line 12, between "Share to a" and "or lower" at JX0047-002 | Pricing terms and Royalty rates | Compelling Reasons | St. George Decl. ¶¶18-19 |
| Paragraph starting "Catastrophic Event", Line 16, between "result in a" and "(e.g.," at JX0047-002 | Pricing terms and Royalty rates | Compelling Reasons | St. George Decl. ¶¶18-19 |
| Paragraph starting "Catastrophic Event", Line 16, between "(e.g., from" and "or lower" at JX0047-002 | Pricing terms and Royalty rates | Compelling Reasons | St. George Decl. ¶¶18-19 |
| Paragraph starting "Catastrophic Event Inception Date", Line 3, between "decreases to" and "of LICENSEE's" at JX0047-002 | Pricing terms and Royalty rates | Compelling Reasons | St. George Decl. ¶¶18-19 |
| Paragraph starting "Solely for purposes of Sections 3, 5 and 7" Lines 1-6 after "'Components' means" at JX0047-003 | Pricing terms and royalty rates | Compelling Reasons | St. George Decl. ¶¶18-19 |
| Fourth paragraph at JX0047-005 | Pricing terms | Compelling Reasons | St. George Decl. ¶18 |
| Second paragraph at JX0047-006 | Pricing terms | Compelling Reasons | St. George Decl. ¶18 |
| Fifth paragraph through First paragraph at JX0047-006-007 | Pricing terms | Compelling Reasons | St. George Decl. ¶18 |

| | | | |
|---|---|---|---|
| Third paragraph until "'Litigate' means to" at JX0047-007-009 | Pricing terms | Compelling Reasons | St. George Decl. ¶18 |
| Fourth paragraph from the top at JX0047-010 after "'Minimum Rate' means" | Royalty rates | Compelling Reasons | St. George Decl. ¶19 |
| Last paragraph until "'Near Field Magnetic Resonance Wireless Charging'" at JX0047-010 -011 | Pricing terms | Compelling Reasons | St. George Decl. ¶18 |
| Third paragraph at JX0047-013, Lines 6-9 after "or this Amendment" | Royalty rates | Compelling Reasons | St. George Decl. ¶19 |
| Last paragraph until "The definition of 'Reportable Infrastructure Products'" at JX0047-013-014 | Pricing terms and Royalty rates | Compelling Reasons | St. George Decl. ¶¶18-19 |
| Last paragraph at JX0047-014 | Pricing terms | Compelling Reasons | St. George Decl. ¶18 |
| Last paragraph until "'Worldwide Subscriber Unit Revenue'" at JX0047-015-016 | Pricing terms and Royalty rates | Compelling Reasons | St. George Decl. ¶¶18-19 |
| §2, Line 4 before "(the 'Lump Sum Fee')" at JX0047-016 | Pricing terms | Compelling Reasons | St. George Decl. ¶18 |
| §2(a), Lines 1-2, between "amount of" and "shall be" at JX0047-016 | Pricing terms | Compelling Reasons | St. George Decl. ¶18 |
| §2(b), Lines 1-2, between "amount of" and "shall be" at JX0047-016 | Pricing terms | Compelling Reasons | St. George Decl. ¶18 |
| §2(c), Line 1 after "payment of" and "shall be" at JX0047-016 | Pricing terms | Compelling Reasons | St. George Decl. ¶18 |
| §4.1.1, Lines 9-12, between "amount" and "Such royalties" at JX0047-019 | Royalty rates | Compelling Reasons | St. George Decl. ¶19 |
| §4.1.1.1, Lines 3-6 after "(the 'Quarterly Payment')" through First paragraph, Lines 1-3 at JX0047-019-25 | Royalty rates | Compelling Reasons | St. George Decl. ¶19 |
| §4.1.3, Line 5, between "exceed" and "and (b)" at JX0047-025 | Royalty rates and Pricing terms | Compelling Reasons | St. George Decl. ¶¶18-19 |
| §4.1.3, Line 7 after "no event exceed" at JX0047-025 | Royalty rates and Pricing terms | Compelling Reasons | St. George Decl. ¶¶18-19 |

| | | | |
|---|---|---|---|
| Third paragraph at JX0047-026, Lines 1-2, between "at least" and "of the applicable" | Royalty rates and Pricing terms | Compelling Reasons | St. George Decl. ¶¶18-19 |
| Third paragraph at JX0047-026, Line 3, between "equal to" and "of the total number" | Royalty rates and Pricing terms | Compelling Reasons | St. George Decl. ¶¶18-19 |
| All percentages and numerical values in §4.2.3 at JX0047-027 | Royalty rates | Compelling Reasons | St. George Decl. ¶19 |
| §4.4.1, Lines 11-12, between "less than" and "(a 'Lower Lump" at JX0047-028 | Royalty rates | Compelling Reasons | St. George Decl. ¶19 |
| §4.4.1(i) until 4.4.2 at JX0047-028-029 | Royalty rates | Compelling Reasons | St. George Decl. ¶19 |
| §4.4.2, Line 11 after "represent more than" at JX0047-0029 | Royalty rates | Compelling Reasons | St. George Decl. ¶19 |
| All text after first paragraph until §4.5 at JX0047-030-036 | Royalty rates and Pricing terms | Compelling Reasons | St. George Decl. ¶¶18-19 |
| §5.3.3 at JX0047-038-039 | Pricing terms | Compelling Reasons | St. George Decl. ¶18 |
| §5.4.2(i) through (iii) at JX0047-041 | Pricing terms | Compelling Reasons | St. George Decl. ¶18 |
| §5.7 at JX0047-048-049 | Pricing terms | Compelling Reasons | St. George Decl. ¶18 |
| Second paragraph at JX0047-049 | Royalty rates and Pricing terms | Compelling Reasons | St. George Decl. ¶¶18-19 |
| §5.8, Line 10, between "Affiliates grant" and "licenses under their" at JX0047-049 | Royalty rates | Compelling Reasons | St. George Decl. ¶19 |
| §6.1, Line 3 after "QUALCOMM (i) the" at JX0047-049 | Royalty rates | Compelling Reasons | St. George Decl. ¶19 |
| §6.1, Line 4, between "(ii)" and "of the Patent Families" at JX0047-049 | Royalty rates | Compelling Reasons | St. George Decl. ¶19 |
| §6.1, Line 5, between "list of" and "Patent Families" at JX0047-049 | Royalty rates | Compelling Reasons | St. George Decl. ¶19 |
| §6.1, Line 7, between "(iii)" and "Patent Family" at JX0047-049 | Royalty rates | Compelling Reasons | St. George Decl. ¶19 |
| §6.1, Line 7, between "list of" and "Patent Families" at JX0047-049 | Royalty rates | Compelling Reasons | St. George Decl. ¶19 |
| §6.1, Line 10 before "Patent Families are collectively" at JX0047-049 | Royalty rates | Compelling Reasons | St. George Decl. ¶19 |

| | | | |
|---|---|---|---|
| §7.1 until §8 at JX0047-052-054 | Pricing terms | Compelling Reasons | St. George Decl. ¶18 |
| §12, Lines 2-3, between "expire on" and "unless the" at JX0047-056 | Pricing terms | Compelling Reasons | St. George Decl. ¶18 |
| §12, Lines 4-14, after "Section 15 thereof." until § 13 at JX0047-056-057 | Pricing terms | Compelling Reasons | St. George Decl. ¶18 |
| Exhibit E-1 at JX0047-061 after "Designed Patents" before "(Section 6.1)" | Pricing terms | Compelling Reasons | St. George Decl. ¶18 |
| All text after "Current Patent Pools (General)" at JX0047-062 | Pricing terms | Compelling Reasons | St. George Decl. ¶18 |
| All text after "Current Patent Pools (Multimedia Codec)" at JX0047-063 | Pricing terms | Compelling Reasons | St. George Decl. ¶18 |
| All text after "Pending Patent (General)" at JX0047-064 | Pricing terms | Compelling Reasons | St. George Decl. ¶18 |
| All text after "Pending Patent Pools (Multimedia Codec)" at JX0047-065 | Pricing terms | Compelling Reasons | St. George Decl. ¶18 |
| All text below "Exhibit C" at JX0047-067-068 | Royalty rates | Compelling Reasons | St. George Decl. ¶19 |
| All text at JX0047-071-085 | Pricing terms | Compelling Reasons | St. George Decl. ¶18 |

**Table 1: Proposed Redactions In JX0122**

BRIEF ISO MOT. TO FILE UNDER SEAL
Case No. 5:17-cv-00220-LHK-NMC

| Trial Exhibit JX0122 | | | |
|---|---|---|---|
| **Location of Information** | **Type of Information** | **Relevant Standard** | **Supporting Paragraph from Declaration** |
| All text after "Designated Third Party" at JX0122-004 | Pricing Terms | Compelling Reasons | St. George Decl. ¶20 |
| All text after "LICENSEE Other Patent" at JX0122-006 | Pricing terms, royalty rates | Compelling Reasons | St. George Decl. ¶¶20-21 |
| All text after "LICENSEE's Semiconductor Patents" (including all text in subparts (i) and (ii)) at JX0122-006 | Pricing terms, royalty rates | Compelling Reasons | St. George Decl. ¶¶20-21 |
| All text after "Other Components" at JX0122-007 | Pricing terms, royalty rates | Compelling Reasons | St. George Decl. ¶¶20-21 |
| §2.1, Lines 3-4 between "equal to" and "for each calendar" at JX0122-008 | Pricing terms | Compelling Reasons | St. George Decl. ¶20 |
| §2.2, Line 5 between "2018 Amendment)" and "for any such period" at JX0122-008 | Pricing terms | Compelling Reasons | St. George Decl. ¶20 |
| §4.1.3, Lines 5-6 between "no event exceed" and "and (b) the" at JX0122-010 | Royalty rates | Compelling Reasons | St. George Decl. ¶21 |
| §4.1.3, Lines 8-9 after "no event exceed" through six lines of text before §5 at JX0122-010-014 | Royalty rates and Pricing terms | Compelling Reasons | St. George Decl. ¶¶20-21 |
| §5.3.7 at JX0122-019-021 | Pricing terms | Compelling Reasons | St. George Decl. ¶20 |
| §5.5 and following paragraph at JX0122-024-025 | Pricing terms | Compelling Reasons | St. George Decl. ¶20 |
| §6.2 text after "License and Release" at JX0122-027-028 | Pricing terms | Compelling Reasons | St. George Decl. ¶20 |
| §7 at JX0122-028-29 | Royalty rates | Compelling Reasons | St. George Decl. ¶21 |
| §17.2 text after "Permitted Assignment by Qualcomm" at JX0122-031-032 | Pricing terms and royalty rates | Compelling Reasons | St. George Decl. ¶¶20-21 |
| 17.3 text after "Permitted Assignment by LICENSEE" at JX0122-032-33 | Pricing terms and royalty rates | Compelling Reasons | St. George Decl. ¶¶20-21 |

| Location | Reason | Legal Standard | Evidence |
|---|---|---|---|
| Third paragraph, Line 2, between "(a) no less than" and "of Core Chipset" at JX0122-036 | Not a Patent License Agreement ("PLA"); 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Third paragraph, Line 3, between "less than" and "of Core Chipset" at JX0122-036 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| §2(a), Line 2, between "equal to" and "for such" at JX0122-037 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| First paragraph after §2(b), Lines 1-2, between "greater of" and "(the 'First Quarter Rebate')" at JX0122-037 | Not a PLA; 2018 confidential pricing information | Compelling reasons | Arner Decl. ¶15 |
| Second paragraph after §2(b), Line 1, between "(a)" and "for the second" at JX0122-037 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Second paragraph after §2(b), Line 3, between "equals less than" and "then" at JX0122-037 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Second paragraph after §2(b), Line 4, between "Rebate and" and "(the 'Second" at JX0122-037 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Third paragraph after §2(b), Line 1, between "year, (a)" and "for the third" at JX0122-037 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Third paragraph after §2(b), Line 4, between "equals less than" and "then QCTAP" at JX0122-037 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Third paragraph after §2(b), Line 5, between "Rebate and" and "U.S. Dollars" at JX0122-037 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Fourth paragraph after §2(b), Line 1, between "year, (a)" and "for the fourth" at JX0122-037 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Fourth paragraph after §2(b), Line 4 after "equals less than" at JX0122-037 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |

| | | | |
|---|---|---|---|
| Fourth paragraph after §2(b), Line 7 after "Rebate and" at JX0122-037 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| First paragraph after §2(c), Line 1, between "greater of" and "for such" at JX0122-037 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| First paragraph after §2(c), Line 2, between "Devices or and "(the 'First" at JX0122-037 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Second paragraph after §2(c), Line 1, between "(a)" and "of the Net" at JX0122-037 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Second paragraph after §2(c), Line 3 after "equals less than" at JX0122-037 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Second paragraph after §2(c), Line 5, between "Rebate and" and "(the 'Second" at JX0122-037 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Third paragraph after §2(c), Line 1, between "(a)" and "for the third" at JX0122-037 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Third paragraph after §2(c), Line 4, between "less than" and "then QCTAP" at JX0122-037 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Third paragraph after §2(c), Line 6, between "Rebate and" and "(the 'Third" at JX0122-037 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| First paragraph at JX0122-038, Line 1, between "(a)" and "for the fourth" | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| First paragraph at JX0122-038, Line 5, between "less than" and "then QCTAP" | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| First paragraph at JX0122-038, Line 8 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Second paragraph after §2(d), Line 1, between "greater of" and "for such" at JX0122-038 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |

| | | | |
|---|---|---|---|
| Second paragraph after §2(d), Line 2, between "technology or" and "(the 'First" at JX0122-038 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Third paragraph after §2(d), Line 1, between "(a)" and "for the second" at JX0122-038 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Third paragraph after §2(d), Line 3 after "equals less than" at JX0122-038 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Third paragraph after §2(d), Line 5, between "Rebate and" and "(the 'Second" at JX0122-038 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Fourth paragraph after §2(d), Line 1, between "(a)" and "for the third" at JX0122-038 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Fourth paragraph after §2(d), Line 4, between "equals less than" and "then QCTAP" at JX0122-038 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Fourth paragraph after §2(d), Line 6-7, between "Rebate and" and "(the 'Third" at JX0122-038 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| §2(e), Line 2, between "amount equal to" and "for Connectivity" at JX0122-038 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| First paragraph after §2(g), Line 1, between "greater of" and "for High/Mid/Low" at JX0122-038 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| First paragraph after §2(g), Line 2, between "quarter or" and "(the 'First" at JX0122-038 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| First paragraph at JX0122-039, Line 1, between "(a)" and "for High/Mid/Low" | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| First paragraph at JX0122-039, Line 3, between "less than" and "then QCTAP" | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| First paragraph at JX0122-039, Line 4, between "Rebate and" and "(the 'Second" | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |

| Material to be Sealed | Basis | Standard | Evidence |
|---|---|---|---|
| Second paragraph at JX0122-039, Line 1, between "(a)" and "for High/Mid/Low" | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Second paragraph at JX0122-039, Lines 3-4, between "less than" and "then QCTAP" | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Second paragraph at JX0122-039, Line 6 before "(the 'Third" | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Third paragraph at JX0122-039, Line 1, between "(a)" and "for High/Mid/Low" | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Third paragraph at JX0122-039, Line 4, between "less than" and "then QCTAP" | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Third paragraph at JX0122-039, Line 7 after "Rebate and" | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| First paragraph after §2(h), Line 1, between "greater of" and "for such" at JX0122-039 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| First paragraph after §2(h), Line 2, between "Devices or" and "(the 'First" at JX0122-039 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Second paragraph after §2(h), Line 1, between "(a)" and "for the second" at JX0122-039 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Second paragraph after §2(h), Line 3, between "less than" and "then QCTAP" at JX0122-039 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Second paragraph after §2(h), Line 5, between "and" and "(the 'Second" at JX0122-039 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Third paragraph after §2(h), Line 1, between "(a)" and "for the third" at JX0122-039 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Third paragraph after §2(h), Line 4, between "less than" and "then QCTAP" at JX0122-039 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |

BRIEF ISO MOT. TO FILE UNDER SEAL
Case No. 5:17-cv-00220-LHK-NMC

| | | | |
|---|---|---|---|
| Third paragraph after §2(h), Line 6, between "Rebate and" and "(the 'Third" at JX0122-039 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Fourth paragraph after §2(h), Line 1, between "(a)" and "for the fourth" at JX0122-039 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Fourth paragraph after §2(h), Lines 4-5, between "less than" and "then QCTAP" at JX0122-039 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| Fourth paragraph after §2(h), Line 7 after "Rebate and" at JX0122-039 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| §2(i), Lines 1-2, between "SAMSUNG (i)" and "by June 30, 2018" at JX0122-039 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| §2(i), Line 5, between "(ii)" and "(the 'Galaxy" at JX0122-039 | Not a PLA; 2018 confidential pricing information | Compelling Reasons | Arner Decl. ¶15 |
| §1.1 at JX0122-050-052 | Not a PLA; 2018 confidential business information | Compelling Reasons | St. George Decl. ¶22 |
| §1.3(i) – (iv) at JX0122-053 | Not a PLA; 2018 confidential business information | Compelling Reasons | St. George Decl. ¶22 |
| §2.1, Lines 3-4, between "Samsung" and "the ('Settlement" at JX0122-054 | Not a PLA; 2018 confidential payment information | Compelling Reasons | St. George Decl. ¶23 |
| §2.1(1), Line 1 before "no later than" at JX0122-054 | Not a PLA; 2018 confidential payment information | Compelling Reasons | St. George Decl. ¶23 |
| §2.1(2), Line 1 before "no later than" at JX0122-054 | Not a PLA; 2018 confidential payment information | Compelling Reasons | St. George Decl. ¶23 |
| §3.1 through §3.9 at JX0122-055-058 | Not a PLA; 2018 confidential business information | Compelling Reasons | St. George Decl. ¶22 |
| Exhibit A, text after "Wire Transfer Information" at JX0122-063 | Not a PLA; 2018 confidential payment information | Compelling Reasons | St. George Decl. ¶23 |

| | | | |
|---|---|---|---|
| §3.1 at JX0122-064-065 | Not a PLA; 2018 confidential payment information | Compelling Reasons | St. George Decl. ¶24 |
| §5.1.2 at JX0122-068-069 | Not a PLA; 2018 confidential business information | Compelling Reasons | St. George Decl. ¶25 |
| §2.1, Lines 3-5, between "sum of" and "in accordance" at JX0122-081 | Not a PLA; 2018 confidential payment information | Compelling Reasons | St. George Decl. ¶26 |
| §2.2, Line 3 before "Subscriber Units" at JX0122-081 | Not a PLA; 2018 confidential payment and pricing information | Compelling Reasons | St. George Decl. ¶26-27 |
| §2.4, Line 3 after "Handsets that is" until "(the 'New Max NSP Cap')" at JX0122-081-082 | Not a PLA; 2018 confidential payment and pricing information | Compelling Reasons | St. George Decl. ¶27 |
| §4.3.2 after "Permitted Assignment by SAMSUNG" at JX0122-085-086 | Not a PLA; 2018 confidential business information | Compelling Reasons | St. George Decl. ¶28 |
| All text after "Collaboration Activities" at JX0122-095-099 | Not a PLA; 2018 confidential technical and payment information | Compelling Reasons | St. George Decl. ¶26 |

The information above describes confidential contractual terms between Qualcomm and Samsung. The Ninth Circuit has confirmed that these categories of information should properly be sealed in nearly identical circumstances. *See*, *e.g.*, *In re Elec. Arts, Inc.*, 298 Fed. App'x 568, 569–70 (9th Cir. 2008) (ordering sealed "pricing terms, royalty rates, and guaranteed minimum payment terms" in a licensing agreement); *Sun Microsystems Inc. v. Network Appliance*, No. C–08–01641–EDL, 2009 WL 5125817, at *9 (N.D. Cal Dec. 21, 2009) (sealing confidential business information, which if disclosed could cause harm to the parties). This information retains independent economic value from not being generally known to, and not being readily ascertainable through proper means to the general public. 18 U.S.C. § 1839(3)(B). If disclosed, this information would cause Qualcomm and respective third parties competitive and commercial

harm because it would provide competitors and counterparties insights into Qualcomm or third parties' business that they would not otherwise have, and could disadvantage Qualcomm and third parties in future negotiations with potential licensees and customers.  *See Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 598 (1978) ("[C]ourts have refused to permit their files to serve as … sources of business information that might harm a litigant's competitive standing"); *In re Elec. Arts, Inc.*, 298 Fed. App'x at 569–70.

## **CONCLUSION**

Accordingly, to comply with the Protective Orders and for the foregoing reasons, Qualcomm respectfully moves this Court to seal the portions of the Trial Exhibits as described above and in accordance with the proposed redactions filed as attachments to this Brief.  As mentioned above, filed concurrently herewith are declarations from Qualcomm in establishing the basis for the confidential nature of the portions sought to be sealed.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Dated: January 6, 2019

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Geoffrey T. Holtz*
Geoffrey T. Holtz

Robert A. Van Nest (SBN 84065)
Eugene M. Paige (SBN 202849)
Justina Sessions (SBN 270914)
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile:  (415) 397-7188

Gary A. Bornstein (pro hac vice)
Yonatan Even (pro hac vice)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel.: (212) 474-1000
Fax: (212) 474-3700
gbornstein@cravath.com
yeven@cravath.com

Richard S. Taffet (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel.: (212) 309-6000
Fax: (212) 309-6001
richard.taffet@morganlewis.com

Willard K. Tom (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Tel.: (202) 739-3000
Fax: (202) 739 3001
willard.tom@morganlewis.com

Geoffrey T. Holtz (SBN 191370)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel.: (415) 442-1000
Fax: (415) 442-1001
gholtz@morganlewis.com

Attorneys for Defendant
QUALCOMM INCORPORATED

**FILER'S ATTESTATION**

I, Geoffrey T. Holtz, am the ECF user whose identification and password are being used to make this filing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories of these documents have concurred in this filing.

*/s/ Geoffrey T. Holtz*
Geoffrey T. Holtz