UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER GRANTING IN PART, DENYING IN PART WITH PREJUDICE, AND DENYING IN PART WITHOUT PREJUDICE SAMSUNG'S MOTIONS TO SEAL**<br><br>Re: Dkts. 1112, 1132 |

Applying the compelling reasons standard, the Court rules on Samsung's sealing request below:

| Document | Page/Line | Ruling |
|---|---|---|
| Hong Deposition | 162:15-24 | DENIED. |
| CX2621A | Entire Document | This document has been excluded. Therefore, sealing is granted on basis of mootness. |
| CX2628 | Table in § 4.4(a) | GRANTED. |
| CX2628 | § 4.5(a) | GRANTED. |
| CX2628 | §§ 4.5(d), 4.7 | GRANTED. |
| CX2628 | Second line at SFT-0036377 | GRANTED. |
| JX0006 | § 3.1 | GRANTED. |
| JX0006 | §§ 5.21-5.24 | GRANTED. |
| JX0006 | § 5.4 | GRANTED. |

1

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART, DENYING IN PART WITH PREJUDICE, AND DENYING IN PART WITHOUT PREJUDICE SAMSUNG'S MOTIONS TO SEAL

| Document | Page/Line | Ruling |
|---|---|---|
| JX0006 | § 6.2 | GRANTED. |
| JX0006 | § 7.1 | GRANTED. |
| JX0006 | Percentages, unit values, and dollars values in § 1 of Side Agreement | GRANTED. |
| JX0006 | Dollar amounts in § 2 of Side Agreement | GRANTED. |
| JX0047 | § 2 | GRANTED. |
| JX0047 | §§ 4, 4.1 and subsections | GRANTED. |
| JX0047 | § 4.2.3 | GRANTED. |
| JX0047 | § 4.4.1 | GRANTED. |
| JX0047 | § 4.4.3.1 | GRANTED. |
| JX0047 | § 4.4.3.2 | GRANTED. |
| JX0047 | § 7 | DENIED. Contrary to Samsung's assertion, § 7 does not contain any pricing terms or payment terms. |
| JX0047 | § 12 | GRANTED. |
| JX0047 | Exhibit C | GRANTED. |
| JX0122 | §§ 2.1-2.2 | GRANTED. |
| JX0122 | § 3 | GRANTED. |
| JX0122 | § 4.1.2.1 | GRANTED. |
| JX0122 | § 6.2 | GRANTED. |
| JX0122 | § 7 | GRANTED. |
| JX0122 | § 17.2 | GRANTED. |
| QX9214 | Entire Document | DENIED WITHOUT PREJUDICE. |
| QX9224 | Entire Document | GRANTED as to page 8, which is Bates numbered Q2014FTC02364186, but DENIED WITH PREJUDICE as to pages 1-7 and 9. |
| QX9271 | Entire Document | DENIED WITHOUT PREJUDICE. |
| Q2017MDL1_01106145-51 | Entire Document | DENIED WITHOUT PREJUDICE. |
| Q2017MDL3_00039813-14 | Entire Document | DENIED WITHOUT PREJUDICE. |

Samsung has redacted information that it does not seek to seal, but believes Qualcomm might. Qualcomm has not filed any motion or declaration in support of sealing this information. Therefore, other than the above Samsung sealing requests that have been granted, Samsung must refile redacted versions of these documents consistent with this order by Monday, January 7, 2019 at noon.

1    Samsung may seal in its Monday, January 7 at noon version the documents for which
2    sealing is denied without prejudice.  However, Samsung must file a more narrowly tailored sealing
3    request that meets the compelling reasons standard for sealing for those documents by Monday,
4    January 7, 2019 at noon.

**IT IS SO ORDERED.**

Dated:  January 6, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART, DENYING IN PART WITH PREJUDICE, AND DENYING IN PART WITHOUT PREJUDICE SAMSUNG'S MOTIONS TO SEAL