Jennifer Milici, D.C. Bar No. 987096
J. Alexander Ansaldo, Va. Bar No. 75870
Joseph R. Baker, D.C. Bar No. 490802
Daniel Matheson, D.C. Bar No. 502490
Mark J. Woodward, D.C. Bar No. 479537
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S LIST OF WITNESSES FOR TRIAL DAYS 2-3, JANUARY 7-8, 2019**<br><br>Courtroom: 8, 4th Floor<br>Judge:     Hon. Lucy H. Koh |

Plaintiff Federal Trade Commission submits the following list of witnesses it intends to call live and by videotaped deposition on January 7, 2019 (Trial Day 2) and January 8, 2019 (Trial Day 3).

<u>January 7, 2019 (Trial Day 2)</u>

1. Nanfen (Nancy) Yu, Huawei (by videotaped deposition) (cont'd)
2. Steve Altman, former Qualcomm (live)
3. Derek Aberle, former Qualcomm (live)
4. Finbarr Moynihan, MediaTek (live)

    5.  Scott McGregor, former Broadcom (by videotaped deposition) (sealed)

    6.  John Grubbs, BlackBerry (by videotaped deposition) (sealed)

    7.  Andrew Hong, Samsung (by videotaped deposition) (time permitting)

    8.  Mark Davis, former VIA Telecom (by videotaped deposition) (time permitting)

    9.  Brian Chong, Wistron (by videotaped deposition) (time permitting)

    10. Monica Yang, Pegatron (by videotaped deposition) (time permitting)

<u>January 8, 2019 (Trial Day 3)</u>

    1.  William Wyatt, Qualcomm (live)

    2.  Cristiano Amon, Qualcomm (live)

    3.  Todd Madderom, Motorola (by videotaped deposition)

    4.  Hwi-Jae Cho, LG Electronics (by written deposition)

    5.  Aichatou (Aicha) Evans, Intel (live)

    6.  Isabel Mahe, Apple (by videotaped deposition) (time permitting)

Dated: January 6, 2019

    Respectfully submitted,

    FEDERAL TRADE COMMISSION

    <u>*/s/ Jennifer Milici*</u>
    Jennifer Milici
    J. Alexander Ansaldo
    Joseph R. Baker
    Daniel Matheson
    Mark J. Woodward
    Federal Trade Commission
    600 Pennsylvania Avenue, N.W.
    Washington, D.C. 20580
    (202) 326-2912; (202) 326-3496 (fax)
    jmilici@ftc.gov

    ***Attorneys for Federal Trade Commission***