**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**JOINT NOTICE OF TRIAL EXHIBITS ADMITTED ON JANUARY 4, 2019** |

Pursuant to the Court's request, the Parties submit a chart of admitted trial exhibits, attached here as Exhibit A.

Dated: January 6, 2019

Respectfully submitted,

FEDERAL TRADE COMMISSION

*s/ Jennifer Milici*

Jennifer Milici
Daniel Matheson
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov
dmatheson@ftc.gov

*Attorneys for Federal Trade Commission*

CRAVATH, SWAINE & MOORE LLP

*s/ Gary A. Bornstein*

Gary A. Bornstein
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
gbornstein@cravath.com

Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
Telephone:  (415) 676-2289
Facsimile:  (415) 397-7188
rvannest@keker.com
epaige@keker.com
jsessions@keker.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone:  (212) 369-6000
Facsimile:  (212) 309-6001
richard.taffet@morganlewis.com
Willard K. Tom
MORGAN, LEWIS & BOCKIUS LLP

1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone:  (202) 739-3000
Facsimile:  (202) 739-3001
willard.tom@morganlewis.com

Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001
donn.pickett@morganlewis.com
geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*

# EXHIBIT A

# ADMITTED EXHIBITS - PLAINTIFF

|  | Exhibit Number | Date Admitted | Witness | Sealed |
|---|---|---|---|---|
| 1 | CX6548 | 1/4/2019 | E. Reifscheider | |
| 2 | CX5186 | 1/4/2019 | E. Reifscheider | |
| 3 | CX6528 | 1/4/2019 | E. Reifscheider | |
| 4 | CX6534 | 1/4/2019 | E. Reifscheider | |
| 5 | CX5211 | 1/4/2019 | E. Reifscheider | |
| 6 | CX5210 | 1/4/2019 | E. Reifscheider | |
| 7 | CX6491 | 1/4/2019 | E. Reifscheider | |
| 8 | CX5179 | 1/4/2019 | E. Reifscheider | |
| 9 | CX6500 | 1/4/2019 | E. Reifscheider | |
| 10 | CX6516 | 1/4/2019 | E. Reifscheider | |
| 11 | CX6522 | 1/4/2019 | E. Reifscheider | |
| 12 | CX6530 | 1/4/2019 | E. Reifscheider | |
| 13 | CX8300 | 1/4/2019 | E. Reifscheider | |
| 14 | CX8297 | 1/4/2019 | E. Reifscheider | |
| 15 | CX2093 | 1/4/2019 | I. Blumberg | Sealed |
| 16 | CX2079 | 1/4/2019 | I. Blumberg | Sealed |
| 17 | CX2120 | 1/4/2019 | I. Blumberg | Sealed |
| 18 | CX2121 | 1/4/2019 | I. Blumberg | Sealed |
| 19 | CX2122 | 1/4/2019 | I. Blumberg | Sealed |
| 20 | CX7041 | 1/4/2019 | P. Jacobs | |
| 21 | CX7224 | 1/4/2019 | P. Jacobs | |
| 22 | CX7042 | 1/4/2019 | P. Jacobs | |
| 23 | CX6605 | 1/4/2019 | P. Jacobs | |
| 24 | CX7279 | 1/4/2019 | P. Jacobs | |
| 25 | CX7234 | 1/4/2019 | P. Jacobs | |
| 26 | CX7035 | 1/4/2019 | P. Jacobs | |
| 27 | CX5248 | 1/4/2019 | D. Wise | |
| 28 | CX6837 | 1/4/2019 | D. Wise | |
| 29 | CX8299 | 1/4/2019 | D. Wise | |
| 30 | CX3755 | 1/4/2019 | D. Wise | |
| 31 | CX7200 | 1/4/2019 | D. Wise | |
| 32 | CX5417 | 1/4/2019 | D. Wise | |
| 33 | CX7251 | 1/4/2019 | D. Wise | |
| 34 | CX5953 | 1/4/2019 | D. Wise | |
| 35 | CX5419 | 1/4/2019 | D. Wise | |
| 36 | CX1000 | 1/4/2019 | N. Yu | |
| 37 | CX1006 | 1/4/2019 | N. Yu | |
| 38 | CX1009 | 1/4/2019 | N. Yu | |
| 39 | CX1101 | 1/4/2019 | N. Yu | Sealed |

**ADMITTED JOINT EXHIBITS**

|   | Exhibit Number | Date Admitted | Witness | Sealed |
|---|---|---|---|---|
| 1 | JX0087 | 1/4/2019 | I. Blumberg | |
| 2 | JX0036 | 1/4/2019 | P. Jacobs | |
| 3 | JX0045 | 1/4/2019 | P. Jacobs | |
| 4 | JX0022 | 1/4/2019 | N. Yu | Sealed |
| 5 | JX0027 | 1/4/2019 | N. Yu | Sealed |
| 6 | JX0097 | 1/4/2019 | N. Yu | Sealed |
| 7 | JX0098 | 1/4/2019 | N. Yu | Sealed |