**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**JOINT NOTICE OF LAWYERS PRESENTING AT TRIAL**<br><br>Trial Date: January 4, 2019 |

Pursuant to the Court's request, the Parties submit a list of trial lawyers who will be presenting throughout the course of the trial.

<u>Lawyers for Plaintiff Federal Trade Commission</u>
Jennifer Milici
Daniel Matheson
J. Alexander Ansaldo
Joseph Baker
Wesley Carson
Kent Cox
Elizabeth Gillen
Nathaniel Hopkin
Mika Ikeda
Rajesh James
Philip Kehl
Kenneth Merber
Aaron Ross
Connor Shively
Mark Woodward

<u>Lawyers for Defendant Qualcomm Incorporated</u>
Robert Van Nest
Gary Bornstein
Brent Byars
Marc Collier
Yonatan Even
Eric Hall
Eugene Paige
Jordan Peterson
Antony Ryan
Justina Sessions
Matan Shacham
Richard Taffet
Bryn Williams
Richard Zembek

Dated: January 6, 2019

Respectfully submitted,

FEDERAL TRADE COMMISSION

*s/ Jennifer Milici*

Jennifer Milici
Daniel Matheson
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov
dmatheson@ftc.gov

*Attorneys for Federal Trade Commission*


CRAVATH, SWAINE & MOORE LLP

*s/ Gary A. Bornstein*

Gary A. Bornstein
   Worldwide Plaza
      825 Eighth Avenue
         New York, NY 10019
            Telephone:  (212) 474-1000
               Facsimile:  (212) 474-3700
                  gbornstein@cravath.com

Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
KEKER, VAN NEST & PETERS LLP
   633 Battery Street
      San Francisco, CA 94111
         Telephone:  (415) 676-2289
            Facsimile:  (415) 397-7188
               rvannest@keker.com
               epaige@keker.com
               jsessions@keker.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
   101 Park Avenue
      New York, NY 10178
         Telephone:  (212) 369-6000
            Facsimile:  (212) 309-6001
               richard.taffet@morganlewis.com
Willard K. Tom
MORGAN, LEWIS & BOCKIUS LLP
   1111 Pennsylvania Avenue, N.W.
      Washington, DC 20004
         Telephone:  (202) 739-3000
            Facsimile:  (202) 739-3001
               willard.tom@morganlewis.com

Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
donn.pickett@morganlewis.com
geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*