UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>QUALCOMM INCORPORATED, et al.,<br><br>Defendants. | Case No. 17-CV-00220-LHK<br><br>**ORDER VACATING PORTIONS OF SEALING ORDER, ECF NO. 1100, REGARDING PEGATRON AND WISTRON AND HUAWEI AND ORDERING PEGATRON AND WISTRON AND HUAWEI TO REFILE SEALING MOTIONS** |

On January 3, 2019, the Court entered an order sealing various portions of documents relating to Pegatron and Wistron and Huawei (collectively, "third parties"). ECF No. 1100. Upon further reflection, the Court finds that sealing these documents does not meet the compelling reasons standard for sealing. The Ninth Circuit has held, and this Court has previously ruled, that "pricing terms, royalty rates, and guaranteed minimum payment terms" of patent licensing agreements plainly constitute trade secrets, and are thus sealable. *In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008). Thus, the Court VACATES its sealing order relating to the following documents, and ORDERS Pegatron and Wistron and Huawei to file narrowly-tailored

1

Case No. 17-CV-00220-LHK
ORDER VACATING PORTIONS OF SEALING ORDER, ECF NO. 1100, REGARDING PEGATRON AND WISTRON AND HUAWEI AND ORDERING PEGATRON AND WISTRON AND HUAWEI TO REFILE SEALING MOTIONS

sealing motions for the following documents:

- JX0042 (ECF No. 1084-5)—Pegatron and Wistron
- JX0053 (ECF No. 1084-2)—Pegatron and Wistron
- JX-022 (Exhibit 3 to ECF No. 1089)—Huawei
- JX-027 (Exhibit 4 to ECF No. 1089)—Huawei
- JX-097 (Exhibit 5 to ECF No. 1089)—Huawei
- JX-098 (Exhibit 6 to ECF No. 1089)—Huawei

Pegatron and Wistron and Huawei shall have until January 8, 2019 to refile sealing requests for the above documents, or else the Court will deny their sealing motions with respect to the above documents with prejudice.

**IT IS SO ORDERED.**

Dated: January 6, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

United States District Court
Northern District of California

2

Case No. 17-CV-00220-LHK
ORDER VACATING PORTIONS OF SEALING ORDER, ECF NO. 1100, REGARDING PEGATRON AND WISTRON AND HUAWEI AND ORDERING PEGATRON AND WISTRON AND HUAWEI TO REFILE SEALING MOTIONS