Amanda Tessar (admitted *pro hac vice*)
ATessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO  80202-5255
Telephone:  303.291.2300
Facsimile:  303.291.2400

Sarah E. Stahnke, California Bar #264838
SStahnke@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4489
Facsimile: 650.838.4350

**ATTORNEYS FOR NON-PARTY
BROADCOM CORPORATION**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>                    Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>JURY TRIAL DEMANDED<br><br>**RESPONSE TO COURT'S ORDER ON NON-PARTY BROADCOM'S ADMINISTRATIVE MOTION TO SEAL** |

In the Court's Order on Non-Party Broadcom Corporation's ("Broadcom") Administrative Motion to Seal ("Motion"), dated January 6, 2019, the Court ordered Broadcom to "submit an unredacted version of JX0095." Dckt. 1139. As indicated in footnote 1 of Broadcom's Motion, the redactions upon which the Court has focused were in the version of JX0095 that was produced to the parties and were in the form of the document that was used at Mr. McGregor's deposition. These redactions were made due to privilege and relevancy concerns, and neither the FTC nor Qualcomm ever raised any objection to them. Because Broadcom did not redact JX0095 in connection with its Motion, there is no unredacted version of JX0095 for Broadcom to submit that is different from the version already submitted.

Moreover, in its Motion, Broadcom did not seek to seal those redacted pages of JX0095—nor other pages of the document such as the draft SEC filing and press release—but sought *only* to seal pages bearing Bates Nos. BCRM000251-258, BCRM000260, BCRM000277-292, BCRM000297-307, which contain unredacted text of minutes and other non-public documents from Broadcom's special Board of Directors meeting on May 30, 2014. It is that material that is the subject of Broadcom's motion to seal and which Broadcom wishes to shield from the public eye, and that portion is not redacted from the JX0095 document that Broadcom submitted to the Court with its Motion.

Broadcom remains willing to answer any questions from the Court and is available to appear telephonically tomorrow morning if necessary to resolve any concerns.

1 | Dated:  January 6, 2019

Respectfully submitted,

 */s/ Amanda Tessar*
Amanda Tessar (admitted *pro hac vice*)
ATessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO  80202-5255
Telephone:  303.291.2357
Facsimile:  303.291.2457

Sarah E. Stahnke, California Bar #264838
SStahnke@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4489
Facsimile: 650.838.4350

**ATTORNEYS FOR NON-PARTY BROADCOM CORPORATION**