Jennifer Milici, D.C. Bar No. 987096
J. Alexander Ansaldo, Va. Bar No. 75870
Daniel Matheson, D.C. Bar No. 502490
Wesley G. Carson, D.C. Bar No. 1009899
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S OPPOSITION TO QUALCOMM'S ADMINISTRATIVE MOTION TO SEAL**<br><br>CTRM:　Courtroom 8<br><br>JUDGE:　Hon. Lucy H. Koh |

1	On January 6, 2019, Qualcomm Incorporated ("Qualcomm") filed administrative motions to seal certain portions of exhibits that the FTC may seek to introduce at trial as early as Monday, January 7. (ECF Nos. 1148, 1150, 1151, 1152, and 1153).

Although Qualcomm did not seek the FTC's position on its administrative motions before filing, the FTC opposes Qualcomm's motions. The FTC requested on December 15 that Qualcomm provide narrowed confidentiality designations by December 21, so that the FTC could plan its examinations in a way to avoid revealing confidential information. Qualcomm did not agree to the FTC's request nor did it provide any narrowed confidentiality designations for its documents prior to January 6, 2019. As of the time of this filing, the FTC still has not received the specific redactions to the thirty-plus exhibits that Qualcomm seeks to seal. Thus, the FTC is unable to evaluate the information that Qualcomm seeks to seal before tomorrow. Based on a review of its public filing, however, Qualcomm appears to request redaction of information that is well over thirty-six months old, including stale pricing information, licensing *offers*, and information regarding expired agreements, such as CX7022 (1999), CX6469 (2002), CX8281 (2004), CX5198 (pricing information from mid-2015), and JX0063 (an agreement that by its terms expired in October 2012). Such documents do not contain confidential information that would meet the compelling reasons standard. Qualcomm's belated disclosure also prejudices the ability of the FTC to prepare for and efficiently conduct examinations using the documents at issue. Qualcomm should not be allowed raise confidentiality objections regarding these documents during the FTC's examinations, and any such objections should count against Qualcomm's trial time.

Qualcomm's motion to seal should be denied.

|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  |    |    |
| 3  | Dated:  January 6, 2019 | Respectfully submitted, |

FEDERAL TRADE COMMISSION,

*/s/ Jennifer Milici*
Jennifer Milici
Daniel Matheson
J. Alexander Ansaldo
Wesley G. Carson
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov

***Attorneys for Federal Trade Commission***