SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
ghalling@sheppardmullin.com
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
mscarborough@sheppardmullin.com
MONA SOLOUKI, Cal. Bar No. 215145
msolouki@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415.434.9100
Facsimile:    415.434.3947

Attorneys for Non-Parties
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG SEMICONDUCTOR, INC. and
SAMSUNG ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-cv-0220-LHK-NMC<br><br>The Hon. Lucy H. Koh<br><br>**NON-PARTY SAMSUNG'S RESPONSE TO THIS COURT'S ORDER ECF NO. 1144 REGARDING SAMSUNG'S REVISED ADMINISTRATIVE MOTION TO MAINTAIN UNDER SEAL** |

Non-parties Samsung Electronics Company Ltd., Samsung Semiconductor Inc., and Samsung Electronics America Inc. (collectively "Samsung") respond to this Court's Order (ECF 1144) regarding Samsung's sealing motions (ECF 1112 and 1132).

In its Order, the Court held: "Samsung has redacted information that it does not seek to seal, but believes Qualcomm might. Qualcomm has not filed any motion or declaration in support of sealing this information. Therefore, other than the above Samsung sealing requests that have been granted, Samsung must refile redacted versions of these documents consistent with this order by Monday, January 7, 2019 at noon."  ECF No. 1144.

The Case Docket indicates that Defendant Qualcomm Incorporated ("Qualcomm") did file its motion to seal and supporting declaration right before this Court's Order was issued. *See* ECF No. 1142 (Qualcomm's Administrative Motion to File Under Seal i/s/o Samsung's Revised Administrative Motion); ECF No. 1143 (Qualcomm's Declaration in Support of Administrative Motion to File Under Seal).

As non-party Samsung explained in its Revised Administrative Motion to Seal Administrative Motion to Seal (ECF 1132), the agreements at issue (JX0006, JX0047 and JX0122) are not solely Samsung's proprietary information, and Samsung cannot waive Qualcomm's right to file its own sealing motions as to the portions Qualcomm considers proprietary.  In order to comply with the Court's order, Samsung had to file joint unredacted versions of those agreements that included both non-party Samsung's and Defendant Qualcomm's sealing requests.

Accordingly, until the Court rules on Qualcomm's motion, Samsung cannot refile redacted versions of agreements between Samsung and Qualcomm, for which Qualcomm has an independent basis for sealing.

Samsung is willing to answer any questions from the Court and is available to appear telephonically tomorrow if necessary to resolve any concerns.

1 | Dated: January 6, 2019

2

3 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4

By  */s/ Gary L. Halling*

5    GARY L. HALLING
    Attorneys for Non-Parties
6    Samsung Electronics Co., Ltd.,
    Samsung Semiconductor Inc., and
7    Samsung Electronics America Inc.