*Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 5:17-cv-00220-LHK |
| Plaintiff, | **GLOSSARY OF KEY TERMS** |
| v. | |
| QUALCOMM INCORPORATED, a Delaware Corporation, | Dept:   Courtroom 7, 4th Floor<br>Judge:  Hon. Lucy H. Koh |
| Defendant. | |

Pursuant to the Court's Order dated January 3, 2019 (ECF 1097), the Federal Trade Commission and Qualcomm, Inc. ("the Parties") jointly submit the following glossary of key terms that are likely to be used at trial.

**Key Acronyms/Terms**

**AP:**  Application Processor

**ASIC**:   Application-Specific Integrated Circuit
- A chip that is designed to perform a particular function within a device

**ATIS**:   Alliance for Telecommunications Industry Solutions
- Standards-development organization that promulgates technical and interoperability standards for communications technology
- ATIS is a U.S. based SDO and the Organizational Partner of 3GPP for North America

**BRCM:**  Broadcom

**Carrier Aggregation**
- Technology that enables a single user to transmit to or receive data packets from a base station using more than one carrier frequency (called a "carrier")

**CDMA**:   Code Division Multiple Access
- Used in both 2G and 3G standards

**CDMA2000 (also referred to as "C2K" and "CDMA")**:
- A family of 3G standards developed by the 3GPP2 standards organization that uses CDMA

**Cellular Standard:** A protocol for communications among equipment and network elements in a cellular system.  Five generations of cellular standards have been developed so far:

- **1G**, developed in the 1980s, supported analog transmission of voice calls.

- **2G** standards were the first to support digital voice calls.  There were two leading 2G standards:  Global System for Mobile communications (GSM) using time division multiple access (TDMA), and Interim Standard-95 (IS-95) using code division multiple access (CDMA).

- **3G** standards supported more voice calls and higher data transmission speeds than 2G. Two main 3G standards grew out of the 2G standards.  3GPP developed UMTS (also known as WCDMA), while maintaining backwards compatibility with GSM.  In parallel, 3GPP2 developed CDMA2000, while maintaining backwards compatibility with IS-95.

- **4G** standards supported much higher data speeds.  The primary 4G system today is 4G LTE developed by 3GPP and was first deployed in 2009.  Most major network operators

have deployed LTE, but many operators around the world still rely on their 2G and 3G networks as a fallback where LTE is not available.

- **5G** is the latest generation of cellular standards and was standardized by 3GPP.

**CES:** Consumer Electronics Show

**CM**:   Contract Manufacturer
- A company that manufactures products for an OEM. Also referred to as "ODM."

**CPLA**:  Chinese Patent License Agreements
- Licensing agreements signed between Qualcomm and Chinese OEMs pursuant to the NDRC's agreement with Qualcomm

**CR&D:**  Qualcomm Corporate Research & Development

**CSA:**  Component Supply Agreement

**DG Comp.:**  European Commission, Directorate General, Competition

**EC:**  European Commission

**EDGE:**  Enhanced Data for GSM Evolution
- A 2G GSM standard improvement

**ETSI**:   European Telecommunications Standards Institute
- The leading cellular SDO.  ETSI is the European Organizational Partner and Secretariat of 3GPP

**EV-DO**:   Evolution-Data Optimized
- A family of standards adding high speed cellular data capabilities to CDMA2000 voice standards.
- Known as HDR (high data rate) technology within Qualcomm before standardization

**GPRS:**  General Packet Radio Service
- A 2G GSM standard improvement

**GPU:**  Graphics Processing Unit

**GSM**:   Global System for Mobile
- A 2G cellular communications standard that relied on TDMA (time division multiple access)

**HetNets**:   Heterogeneous Networks
- Technology allowing the use of different size and power base stations within a network

**HSPA/HSPA+:** High Speed Packet Access and Evolved High Speed Packet Access
- Refers to UMTS releases beginning with Release 5, and also includes UMTS technologies called HSDPA and HSUPA

**IEEE:**  Institute of Electrical and Electronics Engineers

**IFX:**  Infineon

**IMC:**  Intel Mobile Communications

**IoT:**  Internet of Things

**IPR:**  Intellectual Property Rights

**IS-95:**  Interim Standard 95
- The first CDMA-based cellular standard
- Also known as cdmaOne

**ITU:**  International Telecommunications Union

**JFTC:**  Japan Fair Trade Commission

**KFTC:**  Korea Fair Trade Commission

**LAA:**  Licensed Assisted Access
- A feature standardized in LTE Release 13 that allows cellular communications using unlicensed spectrum

**LGE:**  LG Electronics

**LTE:**   Long-Term Evolution
- Family of 4G communications standards developed by 3GPP

**LTE-A:**  LTE-Advanced
- Evolution of the LTE standard developed in 3GPP Releases 10-12

**LTE Advanced Pro:**
- Evolution of the LTE standard developed in 3GPP Releases 13-14

**LTE-TDD:**  LTE Time-Division Duplex
- 4G mobile telecommunications technology and standard

**LTE-U:**  A term that referred to LTE in unlicensed spectrum before it was standardized by 3GPP as Licensed Assisted Access (LAA)

**MIMO:**   Multiple Input Multiple Output

**Multimode chipset:**
- Modem chipset that supports multiple families of cellular standards

**NDRC**:   National Development and Reform Commission (NDRC)
- Chinese agency charged with investigations under China's Anti-Monopoly Law (AML)

**NR**:   New Radio
- Family of 5G communication standards developed by 3GPP

**NEP**:   Non-standard essential patent

**NSP:**   Net Selling Price

**OEM**:   Original Equipment Manufacturer
- Companies that design, market, and sell cellular handsets.

**OFDMA:**   Orthogonal Frequency Division Multiple Access
- Downlink transmission method in LTE and 5G-NR.

**QCT:**   Qualcomm CDMA Technologies
- An operating division of QTI for Qualcomm's chip and software business

**QCTAP:**   Qualcomm CDMA Technologies Asia-Pacific Pte. Ltd.
- A wholly owned indirect subsidiary of Qualcomm incorporated in Singapore.

**QTI:**   Qualcomm Technologies, Inc.
- A wholly owned subsidiary of Qualcomm.  It operates substantially all of Qualcomm's products and services businesses, and Qualcomm's engineering research and development functions related to ASICs.

**QTL:**   Qualcomm Technology Licensing
- Qualcomm Incorporated's division responsible for Qualcomm's licensing business.

**RF:**  Radio Frequency

**RFFE:**  Radio Frequency Front End
- Circuitry between antennas and RF transceiver

**RFIC:**  Radio Frequency Integrated Circuit

**SC-FDMA:**   Single-Carrier Frequency Division Multiple Access
- Uplink transmission method used in LTE and 5G-NR.

**SDO:**   Standards Development Organization
- Promulgates technical standards for device functions, interoperability, and interconnectivity based on industry consensus of interested stakeholders, including technology contributors, standards implementers, and others

**SEMC:**  Sony Ericsson Mobile Communications
- A joint venture between Sony and Ericsson

**SEP:**  Standard Essential Patent

**SoC:**  System on a Chip
- A chip that integrates multiple functionalities

**Spectrum:** Wireless spectrum
- Range of wireless frequencies
- Ranges of wireless frequencies, sometimes referred to as bands, may be designed for a specific purpose or may be defined as "shared" spectrum available to any device following sharing rules established for that spectrum

**SSO:**  Standards Setting Organization
- Another name for SDO

**STE:**  ST-Ericsson

**SULA:**  Subscriber Unit Licensing Agreement
- The title of many of Qualcomm's licensing agreements that grant OEMs the right to make and sell devices that utilize Qualcomm's patented technology

**TDMA:**  Time-Division Multiple Access
- Used in the 2G GSM standard

**TD-SCDMA:**  Time Division Synchronous Code Division Multiple Access
- Standard used by Chinese network operators

**TIA:**  Telecommunications Industry Association
- A U.S.-based SDO and the Organizational Partner of 3GPP2 for North America.

**UE:**  User Equipment
- Used in 3GPP standards to refer to complete mobile device

**UMB:**  Ultra Mobile Broadband

**UMTS:**  Universal Mobile Telecommunications System
- An umbrella term for 3G cellular air interfaces standardized within 3GPP, including Wideband CDMA (WCDMA) and TD-SCDMA (see above).

**VoIP:**  Voice over Internet Protocol
- A technology that carries voice communications over the Internet

**VoLTE:**  Voice over LTE
- A technology allowing LTE to carry voice communications using data as opposed to circuit-switched voice used in earlier cellular systems

**WCDMA:**   Wideband Code Division Multiple Access
- A type of cellular waveform used in 3G UMTS standards for communications in the air interface between user equipment (e.g., smart phones) and cellular base stations (e.g., cell towers)
- Also a shorthand for 3GPP's family of 3G standards

**WIMAX:**   Worldwide Interoperability for Microwave Access

**3GPP**:   Third Generation Partnership Project
- Global partnership of regional SDOs to develop cellular standards
- The current Organizational Partners of 3GPP are seven regional SDOs, including ETSI and ATIS.
- Developed GSM, UMTS, LTE, and 5G standards

**3GPP2**:   Third Generation Partnership Project 2
- Global collaborative partnership of standards development/standards-setting organizations
- The current Organizational Partners of 3GPP2 are five regional SDOs, including TIA.
- Developed CDMA2000

Dated:  January 7, 2019               KEKER, VAN NEST & PETERS LLP

                                By:   */s/ Robert A. Van Nest*
                                      ROBERT A. VAN NEST
                                      EUGENE M. PAIGE
                                      CODY S. HARRIS
                                      JUSTINA SESSIONS
                                      BRYN WILLIAMS

|   |   |   |
|---|---|---|
| 1 | | Gary A. Bornstein *(pro hac vice)* |
| 2 | | Yonatan Even *(pro hac vice)* |
|   | | CRAVATH, SWAINE & MOORE LLP |
| 3 | | Worldwide Plaza |
|   | | 825 Eighth Avenue |
| 4 | | New York, NY 10019-7475 |
|   | | Tel.:   (212) 474-1000 |
| 5 | | Fax:   (212) 474-3700 |
|   | | gbornstein@cravath.com |
| 6 | | yeven@cravath.com |

Richard S. Taffet *(pro hac vice)*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel.:   (212) 309-6000
Fax:   (212) 309-6001
richard.taffet@morganlewis.com

Willard K. Tom *(pro hac vice)*
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Tel.:   (202) 739-3000
Fax:   (202) 739 3001
willard.tom@morganlewis.com

Geoffrey T. Holtz (SBN 191370)
MORGAN, LEWIS & BOCKIUS LLP
One Market Plaza, Spear Street Tower
San Francisco, CA 94105-1596
Tel.:   (415) 442-1000
Fax:   (415) 442-1001
donn.pickett@morganlewis.com
gholtz@morganlewis.com

Attorneys for Defendant
QUALCOMM INCORPORATED

Dated: January 7, 2019      By:   */s/ Jennifer Milici*
                                  Jennifer Milici
                                  Daniel Matheson
                                  Wesley G. Carson
                                  J. Alexander Ansaldo
                                  Federal Trade Commission
                                  600 Pennsylvania Avenue, N.W.
                                  Washington, D.C. 20580
                                  (202) 326-2912; (202) 326-3496 (fax)
                                  jmilici@ftc.gov

                                  Attorneys for Plaintiff
                                  Federal Trade Commission

**FILER'S ATTESTATION**

I, Robert A. Van Nest, am the ECF user whose identification and password are being used to make this filing. In compliance with Civil Local rule 5-1(i)(3), I hereby attest that the signatories of these documents have concurred in this filing.

*/s/ Robert A. Van Nest*
Robert A. Van Nest