Case Clip(s) Detailed Report

# Qualcomm

Saturday, January 05, 2019, 9:14:16 PM

**Case Clip(s) Detailed Report**
**Saturday, January 05, 2019, 9:14:16 PM**

## Qualcomm

### Reifschneider, Eric (Vol. 01) - 02/22/2018                                1 CLIP  (RUNNING 00:52:03.866)

Could you state your name for the record? ...

ER V1                               61 SEGMENTS  (RUNNING 00:52:03.866)

**1. PAGE 12:18 TO 12:19 (RUNNING 00:00:03.814)**

```
    18              Could you state your name for the record?
    19      A      Eric Reifschneider.
```

**2. PAGE 13:07 TO 13:10 (RUNNING 00:00:07.311)**

```
    07      Q      And did you work for Qualcomm before you
    08   joined as an employee in 2012?
    09      A      I was outside counsel on certain matters
    10   before that.
```

**3. PAGE 24:21 TO 25:04 (RUNNING 00:00:39.490)**

```
    21      Q      So for the subscriber devices, can you think
    22   of any licensee who did not -- who was not a current
    23   modem chip customer?
    24      A      There's a Chinese company called Meizu that I
    25   remember we were negotiating with toward the end of my
00025:01   time as general manager.  I did not personally
    02   participate in negotiations with them, but I was part of
    03   the internal discussions about how to negotiate with
    04   them.
```

**4. PAGE 25:05 TO 25:08 (RUNNING 00:00:17.477)**

```
    05      Q      Can you think of any company that you
    06   negotiated with, for a SULA license, that was not a
    07   current customer, buying modem chips from Qualcomm?
    08      A      Not as I sit here right now.
```

**5. PAGE 26:17 TO 26:25 (RUNNING 00:00:45.436)**

```
    17      Q      While you were the general manager of QTL, did
    18   Qualcomm have a policy of not selling modem chips to
    19   customers unless they had a separate license agreement
    20   with Qualcomm?
    21      A      My understanding of the time I was general
    22   manager of QTL was that we had a practice of not selling
    23   modem chips to a company that was not licensed under the
    24   patent portfolio for the kind of product that that modem
    25   chip would go into.
```

**6. PAGE 27:16 TO 27:18 (RUNNING 00:00:05.763)**

```
    16      Q      Are you aware of any other company that has
    17   that practice?
    18      A      No, not that I can think of.
```

**7. PAGE 28:18 TO 28:19 (RUNNING 00:00:08.937)**

```
    18      Q      I'm going to hand you a document that's been
    19   marked Exhibit 6548 -- oh, sorry.  You're so far away.
```

**8. PAGE 29:05 TO 29:15 (RUNNING 00:00:34.098)**

```
    05      Q      It appears to be an e-mail from you to Derek
    06   Aberle, David Cianflone -- I don't know if I'm saying
    07   that right -- Marv Blecker, Lou Lupin, and Fabian
    08   Gonell.  Do you recall this e-mail?
    09      A      No.
```

**Qualcomm**

```
        10       Q    And it's dated May 4th, 2012?
        11       A    I see the date.
        12       Q    Do you have any reason to believe that this
        13  isn't an e-mail that you sent?
        14       A    No.
        15       Q    And attached to the e-mail is a slide.
```

**9.  PAGE 29:23 TO 31:04  (RUNNING 00:01:59.876)**

```
        23                 So the slide is titled "Licensee
        24  Disputes/Extensions," and the text says:  "Issue:
        25  Whether to maintain policy of refusing to sell ASICs to
   00030:01  unlicensed entities."
        02                 What's an ASIC?
        03       A    Application-specific integrated circuit.
        04       Q    And is that -- can we colloquially call that a
        05  "modem chip"?
        06       A    Well, ASIC could be any kind of chip.
        07       Q    Okay.  So that's broader than just a modem
        08  chip?
        09       A    The common use of the term, yes, it's broader.
        10       Q    Okay.  Under that point, it says:  "Such sales
        11  present the risk of a finding of patent exhaustion in a
        12  dispute over royalties."
        13                 Is that what you understand to be the
        14  reason for the policy?
        15       A    My understanding was that was the concern for
        16  the risk to the licensing business of selling -- selling
        17  chips to unlicensed customers, the -- the risk of a
        18  customer making an argument of patent exhaustion and
        19  sort of undercutting the ability to license the patent
        20  portfolio.  Yes.
        21       Q    Are you aware of any other reasons for the
        22  policy?
        23       A    I can't remember at this point.
        24       Q    And just to note that this is referred to as a
        25  policy in this slide.
   00031:01                So the only reason that you're aware of
        02  is the patent exhaustion?
        03       A    It's the only one I can remember at this
        04  point.
```

**10.  PAGE 33:03 TO 33:05  (RUNNING 00:00:13.289)**

```
        03       Q    (BY MS. MILICI)  Did Qualcomm communicate this
        04  policy to its customers and licensees?
        05       A    I believe so.
```

**11.  PAGE 33:17 TO 34:11  (RUNNING 00:01:16.551)**

```
        17       Q    So by the time that you were general manager
        18  at QTL, licensees generally knew that if they did not
        19  have a license, they could not purchase ASICs from
        20  Qualcomm; is that correct?
        21       A    I think, generally, licensees understood that
        22  they needed to have a license for the device that the
        23  ASIC would incorporate into.
        24       Q    Or they could not purchase ASICs from
        25  Qualcomm?
   00034:01       A    I think they understood that our practice was
        02  not to sell chips into unlicensed devices.
        03       Q    During licensing negotiations, did you ever
        04  remind a licensee about this practice?
        05       A    Yes.
        06       Q    Can you recall which licensees you reminded of
        07  this practice, during licensing negotiations?
        08       A    Yes.
        09       Q    Can you tell me who they are?
```

**Qualcomm**

```
          10      A   I remember Sony and Huawei.  I can't
          11  remember -- think of any others.
```

**12. PAGE 34:21 TO 35:09 (RUNNING 00:01:26.232)**

```
          21      Q   Starting with Sony, what do you recall about
          22  reminding them about the licensing practice during
          23  negotiations?
          24      A   Well, I recall in 2012 there was a very unique
          25  situation where the Sony Ericsson handset business,
    00035:01  which had been operating under the Ericsson license
          02  agreement because it was an affiliate of Ericsson,
          03  became -- or was going to become and did become
          04  unlicensed, as a result of Sony buying out Ericsson's
          05  stake in the joint venture.  And so the business was no
          06  longer an affiliate of Ericsson.  And I remember
          07  reminding -- or having discussions with people at Sony
          08  Mobile about the difficulty that would put us in, in
          09  terms of selling chips for unlicensed products.
```

**13. PAGE 42:06 TO 42:10 (RUNNING 00:00:20.389)**

```
          06      Q   So if I understand the concern, the concern is
          07  that if you sell a chip to an unlicensed customer, that
          08  you would not be able to get royalties for the IP
          09  embodied on the chip and the -- and not for any other
          10  IP?
```

**14. PAGE 42:13 TO 42:17 (RUNNING 00:00:17.427)**

```
          13      A   The concern, as I tried to explain before, was
          14  that the company we were dealing with would argue, or
          15  take the position, that, as a result of patent
          16  exhaustion, they did not need to pay royalties at all,
          17  or needed to pay less in royalties.
```

**15. PAGE 50:17 TO 51:09 (RUNNING 00:01:31.048)**

```
          17      Q   You said earlier that you had reminded Sony,
          18  during negotiations, about the policy, or practice, of
          19  not selling ASICs into unlicensed devices, and that you
          20  had also reminded Huawei; is that correct?
          21      A   Yes.
          22      Q   Can you tell me what you recall about the
          23  Huawei, the times you reminded Huawei of the policy?
          24      A   Yes.  So I remember there was a situation when
          25  Huawei had a sort of unique China license agreement.
    00051:01  Well, I say "China" because it was an agreement that
          02  bore out of unique circumstances in China.  And that
          03  agreement was going to expire.  I think it had a
          04  ten-year term.  And they had an option -- a unilateral
          05  option to renew it for another ten years, as I recall.
          06  And we were approaching the deadline for them to renew
          07  it.
          08      Q   And was that a 3G license?
          09      A   As I recall, yes.
```

**16. PAGE 53:12 TO 53:18 (RUNNING 00:00:40.312)**

```
          12              While you were a general manager of QTL,
          13  did Qualcomm have a policy of not granting exhaustive
          14  licenses to ASIC manufacturers?
          15      A   Well, again, I -- I didn't think of things in
          16  terms of policies.  But the practice at the time I was
          17  general manager was not to seek to license exhaustively
          18  other component suppliers.
```

**17. PAGE 87:02 TO 87:03 (RUNNING 00:00:05.076)**

```
          02      Q   I'm going to hand you what's been marked as
```

```
           03  5186.
```

**18. PAGE 87:04 TO 87:04  (RUNNING 00:00:01.766)**

```
           04                 Do you recognize this document?
```

**19. PAGE 87:05 TO 87:14  (RUNNING 00:00:31.898)**

```
           05       A    This appears to be a series of e-mails, sent
           06  in October of 2012, relating to our negotiations with
           07  Sony.
           08       Q    And the e-mail on top is from you to Marv
           09  Blecker, Fabian Gonell, and Derek Aberle, with other
           10  people copied, on October 20th, 2012; correct?
           11       A    I see that, yes.
           12       Q    Do you have any reason to believe you didn't
           13  send this e-mail?
           14       A    No.
```

**20. PAGE 87:24 TO 88:07  (RUNNING 00:00:15.850)**

```
           24       Q    (BY MS. MILICI)  It says, "Frankly, I am an
           25  outlier.  I would delay final approval of chip shipment
    00088:01  until Tuesday to let them know that we are serious about
           02  this."
           03                 Do you see that?
           04       A    Yes.
           05       Q    Do you understand what Marv meant by "let them
           06  know we are serious about this"?
           07       A    No.
```

**21. PAGE 88:15 TO 89:05  (RUNNING 00:01:22.753)**

```
           15       Q    (BY MS. MILICI)  And then, in your e-mail, it
           16  starts with, "At minimum, we need to be prepared to stop
           17  all chip shipments after Tuesday if they don't sign on
           18  Tuesday."  Do you recall writing that e-mail?
           19       A    I don't specifically recall writing it.
           20       Q    Do you recall having internal discussions
           21  about whether to stop chip shipments to Sony?
           22       A    I don't recall specific discussions.  I recall
           23  that we were generally, you know, very concerned about
           24  what to do since, as I recall, at this point in time, by
           25  October 20th, the six-month interim agreement had
    00089:01  expired.  I think we did a short-term extension after
           02  that, which had also expired.  So they were, again,
           03  unlicensed.  And we were on that horns of the dilemma I
           04  described earlier about what to do.  And so we had
           05  discussions around that.
```

**22. PAGE 89:25 TO 90:01  (RUNNING 00:00:08.033)**

```
           25       Q    I'm going to hand you what's been marked
    00090:01  as CX6534.
```

**23. PAGE 90:02 TO 90:04  (RUNNING 00:00:55.072)**

```
           02                 Do you recognize this document?
           03       A    This appears to be a couple other e-mails that
           04  branched off the earlier e-mail chain.
```

**24. PAGE 90:16 TO 91:15  (RUNNING 00:01:48.704)**

```
           16       Q    Okay.  And then in this, you write, "Arguably,
           17  it should not be a big deal if all that happens is that
           18  a shipment is delayed a few days."
           19                 And are you talking there about the
           20  shipment to Sony that was the subject of the earlier
           21  e-mail?
           22       A    It looks that way.
           23       Q    Okay.  And then the last sentence before the
```

**Qualcomm**

```
            24  redaction says, "The relevant questions are, one, are
            25  they more or less likely to sign on Tuesday if we hold
   00091:01  the shipment (if it makes any difference at all)."
            02           So were you considering delaying the
            03  shipment in order to increase the likelihood that
            04  they -- that Sony would sign?
            05       A   I don't -- I mean, I don't know.  I don't
            06  remember.
            07       Q   Okay.
            08       A   I mean, at the level of specificity you're
            09  asking me right now, I don't remember.
            10       Q   Well, is that -- is that what you would take
            11  from the sentence that you wrote?
            12       A   It appears that I was identifying as one
            13  relevant question, "Are they more or less likely to sign
            14  on Tuesday if we hold the shipment, if it makes any
            15  difference at all?"
```

### 25. PAGE 98:01 TO 98:21 (RUNNING 00:02:00.559)

```
   00098:01       Q   My apologies about that.  Okay.  I'm going to
            02  have Chris hand you what's been marked as 5224.  And my
            03  apologies in advance.  It looks like this printed in
            04  some weird, funky way.  I'm not sure why, but hopefully,
            05  we can muddle through anyway.
            06           So this appears to be an e-mail sent -- a
            07  series of e-mails sent from -- in May 1st, 2013, through
            08  May 8th, 2013, including several e-mails written by you.
            09  Do you recognize these e-mails?
            10       A   Generally, yes.
            11       Q   So the last e-mail we looked at was April 9th.
            12  And you referred to reminding them of the consequences
            13  of becoming unlicensed.  And then if you look at the
            14  first e-mail on this exhibit, it's May 1st.  And I'd
            15  like to draw your attention to the -- to the last
            16  sentence of the second-to-last paragraph on page 2.  And
            17  it --
            18       A   So we're looking at the e-mail --
            19       Q   I'm sorry.  Page 3.  The last page.  It's an
            20  e-mail from you, dated May 1st, 2013.
            21       A   Okay.
```

### 26. PAGE 98:22 TO 99:15 (RUNNING 00:01:05.212)

```
            22       Q   And who is this -- who is it addressed to?
            23  Who is that person?
            24       A   It looks like that's Xuxin Cheng.
            25       Q   And do you know who that is?
   00099:01       A   He was one of the people in Huawei's IP group
            02  that we dealt with on licensing issues.
            03       Q   Okay.  And then, if you look at the
            04  second-to-last paragraph, the last sentence, it says,
            05  "Moreover, as you know, if the C2K SULA expires and has
            06  not been replaced by a new patent license agreement
            07  covering C2K products, there will be issues with
            08  Huawei's ability to continue to use C2K chipsets or
            09  QMC's software, issues which I am sure both our
            10  companies would like to avoid."
            11           Do you see that?
            12       A   I see that.
            13       Q   And do you recall writing that?
            14       A   Not specifically, but I have no reason not to
            15  think this is an accurate copy of the e-mail.
```

### 27. PAGE 100:16 TO 100:17 (RUNNING 00:00:10.885)

```
            16       Q   Okay.  I'm going to hand you -- or Chris
            17  will -- a document marked CX6528.  And this is an e-mail
```

**Qualcomm**

**28. PAGE 100:16 TO 100:20 (RUNNING 00:00:15.185)**

```
16      Q    Okay.  I'm going to hand you -- or Chris
17 will -- a document marked CX6528.  And this is an e-mail
18 from you to Tom Rouse and Deborah Dwight.  And I think
19 you've told us who Tom Rouse is.  Who is Deborah Dwight?
20      A    She was a lawyer within QTL.
```

**29. PAGE 100:25 TO 101:04 (RUNNING 00:00:17.484)**

```
       25      Q    Okay.  So the -- so this is titled "Huawei
00101:01 meeting notes."  And it appears to be notes of a meeting
       02 with Huawei held on May 10th.  Is that the meeting that
       03 you were referencing?
       04      A    It looks like it.
```

**30. PAGE 102:15 TO 102:17 (RUNNING 00:00:07.198)**

```
15      Q    And at the end there, it says "TR."  I'm
16 assuming that's Tom Rouse?  Just a random guess.
17      A    Looks like it.
```

**31. PAGE 103:07 TO 103:14 (RUNNING 00:00:32.740)**

```
07      Q    Okay.  And for meeting notes like this, would
08 the practice of QTL have been to be accurate in the
09 notes?
10      A    Well, I don't -- there was no general practice
11 in taking meeting notes like this.  Tom had the habit of
12 doing this sort of thing.  I don't remember anyone else
13 doing it like Tom did.  I, you know, would expect Tom to
14 try to be as accurate as he could be.
```

**32. PAGE 106:16 TO 107:07 (RUNNING 00:01:05.966)**

```
       16      Q    And then skipping a sentence after that, it
       17 says, "Not to mention the chip supply problem."  And is
       18 that chip supply problem, again, the issue of the policy
       19 or practice of not selling chips into unlicensed
       20 devices?
       21      A    As I look at the sentence before that, which
       22 says, "Well, we've got some attractive terms, e.g.,
       23 265 -- 2.65 for C2K in China.  That would not be
       24 available if the agreement expired" -- which seems clear
       25 to me I'm talking about the expiration of the C2K
00107:01 framework agreement.  And the next sentence says, "Not
       02 to mention the chip supply problem."  So it appears to
       03 me that was a reference to the potential situation, if
       04 they did let the agreement expire without exercising
       05 their option to renew it, that there could be an issue
       06 with selling them chips for those devices if they wanted
       07 to buy those chips.
```

**33. PAGE 124:23 TO 124:23 (RUNNING 00:00:08.329)**

```
23      Q    I'm going to give you Exhibit 52 -- CX5211.
```

**34. PAGE 125:04 TO 126:07 (RUNNING 00:02:29.851)**

```
04      Q    And is this a recap of a Huawei meeting dated
05 July 11th, 2013, that you sent to Fabian Gonell and
06 Derek Aberle, Marv Blecker, and Tom Rouse?
07      A    Yes.  That's what it appears to be.
08      Q    And I believe you testified earlier that when
09 you wrote up such recaps or summaries, it would be your
10 intent to be as accurate as possible; is that correct?
11      A    I would do my best.
12      Q    Okay.  If you turn to page 2, 5211-002, the
13 second full paragraph says:  "We explain the rationale
14 behind our proposal and how it was designed to address
15 the concerns they raised at our meeting in San Diego,
```

**Qualcomm**

```
        16  how it deviates from our standard terms in some
        17  significant ways.  We explained why we have little
        18  flexibility with the royalty rates, given the
        19  established value of our patent portfolio, and indicated
        20  our willingness to consider other ways to have a mutual
        21  exchange of value, such as a patent transfer.  But we
        22  didn't have a specific proposal (regarding a patent
        23  transfer) because they had not gotten back to us."  I'm
        24  not going to read the rest of the sentence.
        25            So does this refresh your recollection of
00126:01  whether the patent transfer that you were talking about
        02  in an e-mail the next day was related to the license?
        03            MR. BORNSTEIN:  Object to the form of the
        04  question.
        05       A    Well, the -- the topic of a patent transfer
        06  was part of the overall conversation, part of the same
        07  discussion as the negotiation of license terms.
```

**35. PAGE 126:20 TO 127:07  (RUNNING 00:00:46.819)**

```
        20       Q    So to be clear:  Huawei was asking Qualcomm to
        21  reduce its rates.  Qualcomm was responding:  We can't
        22  reduce our rates, but we'll consider other ways to
        23  exchange value.  Is that correct?
        24       A    I think that's generally right.
        25       Q    And one of those other ways to exchange value
00127:01  was a patent transfer?
        02       A    Yes.
        03       Q    And as the e-mail from the next day we were
        04  looking at said, another way to exchange value would be
        05  a strat fund.
        06       A    Yes.  I don't recall that we ever proposed a
        07  strat fund to Huawei, and I don't think that we did.
```

**36. PAGE 132:04 TO 132:18  (RUNNING 00:01:03.915)**

```
        04       Q    Okay.  On the bottom of the next page --
        05            MR. BORNSTEIN:  You're on 003?
        06            MS. MILICI:  Yes.
        07       Q    (BY MS. MILICI)  That last paragraph mentions
        08  explaining the concept of a strat fund to them.
        09  Afterwards, they became much more interested.  Does that
        10  refresh your recollection about whether you offered a
        11  strat fund to Huawei?
        12            MR. BORNSTEIN:  Wait.  Where are you?
        13            MS. MILICI:  The last sentence on page 3.
        14            MR. BORNSTEIN:  Thank you.
        15       A    I see that.  I didn't recall that we had
        16  mentioned the idea or explained the idea of a strat fund
        17  to them at this meeting.  I don't recall that we ever
        18  made them a specific proposal around a strat fund.
```

**37. PAGE 137:03 TO 137:04  (RUNNING 00:00:07.054)**

```
        03       Q    I'm going to pass out what has been marked
        04  CX5210.  Do you recognize this document?
```

**38. PAGE 137:04 TO 138:11  (RUNNING 00:03:31.991)**

```
        04  CX5210.  Do you recognize this document?
        05       A    No.
        06       Q    This is a document titled "Lenovo 4G
        07  Strategy."  It's dated March 14th, 2013.
        08       A    I see that.
        09       Q    If you turn to page 8, there's a slide that
        10  says "Current Status of 4G Negotiations and Overdue
        11  Royalty Payments."  Does that refresh your recollection
        12  of what you were negotiating with Lenovo in March of
        13  2013?
```

**Qualcomm**

```
         14      A     A little bit.  A little bit.
         15      Q     Is it -- was Qualcomm trying to get Lenovo to
         16  sign a 4G license in the spring of 2013?
         17      A     As I recall, yes.
         18      Q     Okay.  If you could flip ahead to page 11,
         19  there is a slide titled "Carrots and Sticks."  Do you
         20  understand what "Carrots and Sticks" means in this
         21  context?
         22      A     Seems to me the carrots were a series of
         23  things we could possibly offer to them that would be
         24  some benefit to them, potentially.  And sticks were,
         25  sort of, things we could sort of -- I don't know how to
00138:01  put it.  I don't know how I would describe the term
         02  "sticks."
         03      Q     Would it be fair to say that carrots and
         04  sticks are two different sets of incentives you could
         05  use to encourage Lenovo to sign a 4G license?
         06      A     Seems possible.
         07      Q     The goal of all of these suggestions would be
         08  to get Lenovo to sign a 4G license.  Is that how you
         09  understand this slide?
         10      A     Presumably, as I look at the overall slide
         11  deck presentation.
```

**39. PAGE 150:05 TO 150:05 (RUNNING 00:00:05.745)**

```
         05      Q     I've got another exhibit.  It's CX6491.
```

**40. PAGE 150:06 TO 150:08 (RUNNING 00:01:14.690)**

```
         06            Do you recognize this document?
         07      A     Okay.  I've looked at it.  I don't
         08  specifically recall the e-mails, but . . .
```

**41. PAGE 152:11 TO 153:09 (RUNNING 00:01:37.717)**

```
         11      Q     Okay.  So this proposal has to do with QTI's
         12  Snapdragon chips --
         13            (Phone interruption.)
         14            MS. MILICI:  Sorry about that.
         15      Q     (BY MS. MILICI) -- in multimode handsets that
         16  are reported by Lenovo to Qualcomm under the applicable
         17  license agreement, and it's offering $5 per unit in
         18  funding, up to $80 million dollars, for eighteen months;
         19  and then $100 million during the last twelve months.  Do
         20  you remember that proposal?
         21      A     Vaguely.
         22      Q     And does this indicate that those funds would
         23  accrue on the use of Qualcomm chipsets in subscriber
         24  units?
         25      A     It indicates that the funds would accrue upon
00153:01  the sale of a handset containing the QTI Snapdragon chip
         02  that was reported by Lenovo to Qualcomm under the
         03  applicable license agreement.
         04      Q     So under this proposal, it would not accrue
         05  any funds on the -- on the reporting of handsets that
         06  used a competitor's chip instead of a QTI Snapdragon
         07  chip; is that correct?
         08      A     According to the terms of this proposal, I
         09  think that's right.
```

**42. PAGE 159:23 TO 160:01 (RUNNING 00:00:10.818)**

```
         23      Q     So I understand this proposal:  There is -- we
         24  have Lenovo wants lower royalty rates.  Is that correct?
         25  Do you recall that?
00160:01      A     Vaguely.
```

**Qualcomm**

**43. PAGE 175:09 TO 175:14  (RUNNING 00:00:53.243)**

```
   09      Q    I'm going to show you CX5179.  And the first
   10   e-mail in this chain is from you to Derek Aberle, Fabian
   11   Gonell, Tom Rouse, dated October 15th, 2015.  And it's
   12   "LGE update."  And it's reporting on a meeting with LGE.
   13   Do you recall that meeting?
   14      A    Vaguely.
```

**44. PAGE 177:20 TO 178:13  (RUNNING 00:01:10.973)**

```
   20      Q    Okay.  If you look at the e-mail above that,
   21   the last sentence, this is an e-mail from you to Derek
   22   Aberle, also dated October 15th, 2015.  And at the end
   23   of that e-mail, you say:  "I forgot to mention that they
   24   also complained about the strat fund and indemnity funds
   25   being tied to the use of QCT chips."
00178:01             Had -- had Qualcomm offered LGE a strat
   02   fund and indemnity funds tied to the use of QCT chips?
   03      A    I'm pretty sure this is referring to strat
   04   fund -- a strat fund and indemnity fund that were
   05   already in place.
   06      Q    So at some point, there was an offer of a
   07   strat fund and indemnity fund tied to the use of QCT
   08   chips, but it had been accepted and was an actual --
   09      A    Those funds were put in place before I joined
   10   Qualcomm.
   11      Q    And the funds were tied to the use of QCT
   12   chips?
   13      A    Apparently.
```

**45. PAGE 178:14 TO 178:14  (RUNNING 00:00:03.438)**

```
   14      Q    This is CX6500.  I think you testified earlier
```

**46. PAGE 178:14 TO 178:22  (RUNNING 00:00:45.318)**

```
   14      Q    This is CX6500.  I think you testified earlier
   15   that you only recalled a couple of strat funds that were
   16   negotiated, along with licenses; is that correct?
   17      A    That I was involved in.
   18      Q    Okay.  What about that you weren't involved
   19   in?
   20      A    Well, I -- I remember there being proposals of
   21   strat funds made to some of the Chinese licensees from
   22   time to time.
```

**47. PAGE 180:25 TO 181:08  (RUNNING 00:00:32.032)**

```
   25      Q    Then there's an e-mail from Jeff Altman,
00181:01   saying:  "We would like to propose the following to
   02   Yulong."  There's an up-front fee, two-year term, and
   03   then a 65-cents-per-unit MDF per C2K devices using QMC
   04   chips sold in China.
   05             Is "MDF" there meaning "market
   06   development fund"?
   07      A    I think that's what Jeff intended that acronym
   08   to stand for, yes.
```

**48. PAGE 181:15 TO 182:01  (RUNNING 00:01:02.390)**

```
   15      Q    And you say:  "Thanks.  Have we looked into
   16   how the accounting for this would work?"  And your next
   17   question is:  "Would any of this be allocated to QCT?"
   18             So how would you decide beforehand
   19   whether any of this would be allocated to QCT?
   20             MR. BORNSTEIN:  Object to the form.
   21      A    Well, it wasn't my decision.  But I would want
   22   to understand the impact of any potential deal to the
   23   QTL P&L.  And so understanding how much of a strat fund
```

**Qualcomm**

```
         24   might be allocated to QCT as opposed to QTL would be
         25   relevant to my understanding of the overall impact of
  00182:01   the deal on our -- on our -- on the QTL P&L.
```

**49. PAGE 182:02 TO 182:04 (RUNNING 00:00:06.645)**

```
         02        Q    And it's the accounting people who would
         03   decide that?
         04        A    Yes.
```

**50. PAGE 188:04 TO 188:04 (RUNNING 00:00:04.858)**

```
         04                  And this is CX6516.  This appears to be
```

**51. PAGE 188:04 TO 189:20 (RUNNING 00:03:24.538)**

```
         04                  And this is CX6516.  This appears to be
         05   an e-mail dated May 2nd, 2013, from you to Derek Aberle
         06   and Marv Blecker.  And the second paragraph -- well,
         07   first you start with, "Good meeting, in the end, with
         08   OPPO today."
         09                  In the second paragraph, it says, "Think
         10   we have a good chance of getting them to take a 4G
         11   license now if we are willing to give them, in addition
         12   to the 5 million strat fund, a cap deduction for
         13   marketing expenses."
         14                  Does that refresh your recollection on
         15   whether the strat funds were related to getting Chinese
         16   OEMs to take 4G licenses?
         17                  MR. BORNSTEIN:  Object to form.
         18        A    So as I look at this e-mail, I think I recall
         19   now the meeting with OPPO that it refers to.  And I
         20   recall at the time we were discussing with them the
         21   possibility of them entering into a 4G SULA with us.  I
         22   didn't remember the strat funds element of the proposal,
         23   but it sounds like there was one.  I remember this
         24   being, I think for me, my first time meeting them in
         25   person and, at least from my standpoint, a preliminary
  00189:01   discussion.  I don't remember there being -- I mean, so
         02   it was kind of a high-level discussion, not a lot of
         03   specifics.
         04        Q    (BY MS. MILICI)  So you don't recall that
         05   there were a number of strat funds offered to Chinese
         06   companies roughly around the same time, in connection
         07   with 4G licensing?
         08        A    Well, I remember -- I remember we were -- we
         09   were making an effort to -- to get 4G licenses signed,
         10   with Chinese companies in particular.  Samsung was
         11   already signed.  LG, I think, was already signed.  And,
         12   you know, I remember Jeff Altman was the one doing most
         13   of that work.  And I remember him suggesting or asking
         14   for permission, you know, from time to time to offer
         15   strat funds as part of those discussions he was having
         16   with certain companies.
         17                  I don't remember, of the -- now having
         18   seen these e-mails relating to OPPO and Yulong and
         19   Lenovo, I don't remember how many overall or which other
         20   ones there might have been.
```

**52. PAGE 203:08 TO 203:08 (RUNNING 00:00:05.602)**

```
         08        Q    (BY MS. MILICI)  So this is a document marked
```

**53. PAGE 203:09 TO 203:09 (RUNNING 00:00:02.176)**

```
         09   CX6522.  Do you recognize this document?
```

**54. PAGE 203:10 TO 203:14 (RUNNING 00:00:39.212)**

```
         10        A    I -- it's a long e-mail chain, the top of
```

```
        11  which is an e-mail from me, to a group of people at
        12  Qualcomm, when I was still in private practice.  I
        13  don't -- I mean, I don't recognize all the e-mails lower
        14  in the chain.
```

**55. PAGE 203:24 TO 204:09 (RUNNING 00:00:43.856)**

```
        24       Q    And the last full paragraph of this e-mail
        25  says, "At this time, given these unresolved licensing
 00204:01  and supply terms issues, our operations team has been
        02  advised to hold all component shipments to SCMC, Sony
        03  Mobile."  Do you see that?
        04       A    I see that.
        05       Q    Are you aware that the operations team was
        06  directed to hold shipments to Sony Mobile?
        07       A    I was not in the loop on what was going on
        08  with the operations team at this point in time, while I
        09  was still outside counsel.
```

**56. PAGE 205:03 TO 206:20 (RUNNING 00:03:51.291)**

```
        03       Q    Okay.  This is CX5180.  And there are -- the
        04  e-mail at the top is from Eric Reifschneider to Marv
        05  Blecker, Derek Aberle, Lou Lupin, Fabian Gonell, dated
        06  March 21st, 2012.
        07            I want to look at an e-mail that starts
        08  at the bottom of the second page and continues into the
        09  third page.  And it's from -- it's an e-mail from
        10  Mr. Reifschneider to others, but it's forwarding below
        11  an e-mail from J. Pearl.  And it starts, "Dear Eric" at
        12  the bottom of the page.  Do you see that?
        13       A    Yes.
        14       Q    And at the bottom of that e-mail, the last
        15  paragraph, it says:  "Finally, I am sure that, in
        16  raising the imminent delivery of Q chipsets, that you
        17  are not threatening to withdraw or delay chipset
        18  supplies."
        19            So did you have a conversation with
        20  Jonathan Pearl in February 2002 -- I mean 2012, where
        21  you raised the issue of Qualcomm chipset supply?
        22       A    I don't remember.  And if Jonathan is
        23  referring to me personally or the royal "you," Qualcomm,
        24  here, I just don't remember.
        25       Q    Well, do you recall ever reminding an OEM of
 00206:01  Qualcomm's policy or practice of not selling chips into
        02  unlicensed devices, while you were outside counsel?
        03       A    Well, no.  I mean, the only possible instance
        04  where that could have happened would have been these
        05  discussions with Sony.  And I just -- I don't remember
        06  exactly, you know, what happened in the short period of
        07  time with Sony.
        08       Q    Do you recall ever telling Sony that you were
        09  going to tell QTC that they had refused to sign a
        10  license?
        11            MR. BORNSTEIN:  Object to form.
        12       A    While I was outside counsel or --
        13       Q    (BY MS. MILICI)  No.  After you were at
        14  Qualcomm.
        15       A    After I was at Qualcomm?  I remember reminding
        16  Jonathan at different points in time that, you know, we
        17  had a -- a real problem we needed to solve, and it was
        18  going to get -- I mean, it was very serious.  Exactly
        19  how I expressed that to him, I don't remember at this
        20  point.
```

**57. PAGE 206:21 TO 206:23 (RUNNING 00:00:07.967)**

```
        21       Q    Okay.  I'll do one last document of the day,
```

**Qualcomm**

```
            22  because I understand we're running low on tape.  This is
            23  CX5204.  The e-mail on the top is from
```

### 58. PAGE 206:23 TO 207:16 (RUNNING 00:01:25.353)

```
            23  CX5204.  The e-mail on the top is from
            24  Mr. Reifschneider, to Don Rosenberg and others, and has
            25  been completely redacted.  But the first e-mail in the
   00207:01  chain is from Eric Reifschneider to Jonathan Pearl,
            02  dated October 27th, 2002.
            03              MR. BORNSTEIN:  2012.
            04              MS. MILICI:  I mean 2012.  Sorry.  It's a
            05  long day.
            06       Q    (BY MS. MILICI)  And at the end, the very last
            07  sentence in that e-mail, it says, "It is regrettable
            08  that SMC has chosen this course of action.  But at this
            09  point, I must report to QCT that SMC appears unwilling
            10  to enter into a license agreement with Qualcomm."
            11              Now, do you -- does that refresh your
            12  recollection of telling Sony that you were going to tell
            13  QCT that they wouldn't enter a license?
            14       A    Yes.  I see what I wrote here to Jonathan.
            15  And I was communicating to him what appears to be kind
            16  of the next step in the escalation process.
```

### 59. PAGE 207:17 TO 208:19 (RUNNING 00:02:08.536)

```
            17       Q    The next step in the escalation process -- the
            18  next step in what escalation process?
            19       A    Well, decisions about chip shipments were not
            20  mine.  And so -- I mean, I think, ultimately, they went
            21  to the very top of the company.  But, you know, the
            22  whole sort of situation, or issue, was triggered by the
            23  status of the license discussions.  And if the
            24  discussions, you know, were going well and we were done
            25  or close to done and everything seemed okay, that was
   00208:01  one type of report.
            02              If -- and what appears to be the case in
            03  this point in time from the e-mail -- the discussions,
            04  you know -- they weren't even getting back to us.  We
            05  thought we were just about done.  And then Lee wasn't
            06  even returning our phone calls, and we had no idea what
            07  was going on, on their side.  Then that was a different
            08  type of report I would have to give to people
            09  internally.
            10       Q    Did you tell Jonathan Pearl that this was just
            11  the next step in escalation and that you couldn't make
            12  the decision?
            13       A    I don't remember exactly what I said to him in
            14  oral conversations.  I mean, we were communicating on a,
            15  as I recall, pretty regular basis, you know, throughout
            16  all of this, working -- I thought, working together
            17  to -- to try to get an agreement done and get everything
            18  resolved.  But I don't remember, like, word for word
            19  exactly what I said.
```

### 60. PAGE 210:25 TO 211:08 (RUNNING 00:01:27.375)

```
            25       Q    All right.  This is 6530.  And do you
   00211:01  recognize that e-mail?
            02       A    I sort of recognize it.  I don't specifically
            03  remember writing it.  But, I mean, I recognize the topic
            04  it's addressing and so on.
            05       Q    And do you recall recommending that you
            06  discontinue chip supply for certain customers?
            07       A    I see here that it says that.  I don't, again,
            08  specifically remember writing the e-mail.
```

## Qualcomm

**61. PAGE 211:09 TO 211:21 (RUNNING 00:01:00.303)**

```
09         Q    Okay.  Do you recall what the response was
10   of -- what any response was to your recommendation?
11         A    I don't believe we ever discontinued chip
12   supply to any of these customers.
13         Q    Do you know why?
14         A    The decision was made by the people who made
15   the decision to continue shipping.  I don't recall
16   whether I -- you know, what their reasons were or if I
17   even knew their reasons.
18         Q    And who would have made that decision?
19         A    Well, I mean, I think, ultimately, the
20   decisions would have been made by Derek and Steve, maybe
21   some of the other senior EVP-level executives.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:52:03.866)**

Case Clip(s) Detailed Report

# Qualcomm

Saturday, January 05, 2019, 3:16:29 PM

**Case Clip(s) Detailed Report**
Saturday, January 05, 2019, 3:16:29 PM

## Qualcomm

 **Reifschneider, Eric (Vol. 02) - 02/23/2018**    1 CLIP  (RUNNING 00:09:39.096)

 MR. PIERCE:  This is PX402. ...

| ER V2 | 8 SEGMENTS  (RUNNING 00:09:39.096) |  |

**1. PAGE 313:04 TO 313:04 (RUNNING 00:00:02.980)**

```
        04                 MR. PIERCE:   This is PX402.
```

**2. PAGE 313:07 TO 313:16 (RUNNING 00:00:32.705)**

```
        07      Q    (BY MR. PIERCE)  There's two e-mails -- it's
        08 three e-mails here -- e-mail chain from February 20th,
        09 2015.  I'm going to be focusing on the top e-mail, which
        10 is an e-mail from you, Eric Reifschneider, to Derek
        11 Aberle and Fabian Gonell.
        12      A    Uh-huh.
        13      Q    Do you see that?  And it says -- the subject
        14 is regarding "Mav follow up."  Fair to say that this
        15 whole e-mail chain is about Apple negotiations?
        16      A    Yes.  Yes.
```

**3. PAGE 315:19 TO 316:07 (RUNNING 00:00:50.085)**

```
        19      Q    And it's towards the end, the second-to-last
        20 sentence.  "We have tried to find compromises and
        21 workarounds as they have whittled away, slowly and
        22 surely, at every layer of protection of our business
        23 model."
        24      A    Okay.  I see that, yes.
        25      Q    So your business model is built to protect
  00316:01 against an OEM bringing FRAND litigation; correct?
        02      A    No.  No.  What I think, as I sit here now and
        03 look at this, I was referring to was the ability to have
        04 both a licensing business and a product business -- in
        05 our case, a chip business -- at the same time and be
        06 able to generate revenues from both of those businesses
        07 at the same time.
```

**4. PAGE 318:09 TO 321:06 (RUNNING 00:05:08.054)**

```
        09      Q    And so everyone at Qualcomm understood that in
        10 this licensing negotiation with Apple, where Apple
        11 wanted a guarantee of chipset supply, the -- the return
        12 objective was that Qualcomm got legal language that
        13 protected them against exhaustion arguments; correct?
        14                 MR. BORNSTEIN:   Object to the form.
        15      A    That was an important consideration for us.
        16      Q    (BY MR. PIERCE)  But that consideration alone
        17 didn't seem to alleviate your concerns about how Apple
        18 was attacking your business model.  Based on this
        19 e-mail, it seems that you had broader concerns than just
        20 exhaustion.  You were also concerned about the fact that
        21 Apple could disrupt the peaceful relationship by, for
        22 example, initiating litigation that resulted in a
        23 judicial determination of a FRAND rate for Qualcomm's
        24 SEPs.
        25                 MR. BORNSTEIN:   Is there a question?
  00319:01      Q    (BY MR. PIERCE)  Isn't that a fair
        02 characterization of your -- of your comments in this
        03 e-mail, where you talk about how they are "whittling
        04 away slowly and surely at every layer of protection of
        05 our business model"?
        06      A    I remember being concerned, based on things
```

**Qualcomm**

```
           07  they had said about things they might do if we didn't
           08  work out some sort of agreement, that could create
           09  serious risks for QTL and for Qualcomm.
           10      Q   Is it a serious risk to QTL that a judge could
           11  determine a FRAND rate for Qualcomm's portfolio that was
           12  different from Qualcomm's proposed FRAND rate?
           13      A   At the time I was general manager, I think
           14  there were fewer such FRAND decisions than there are
           15  now.  But generally, I was concerned about that risk.
           16      Q   And Qualcomm's -- QTL is responsible for a
           17  majority of Qualcomm's profits.  And so if a judge came
           18  along and slashed -- slashed Qualcomm's royalty rate,
           19  that would destroy a great deal of the value of
           20  Qualcomm's business model; correct?
           21      A   As I said, I was concerned about the
           22  possibility of, you know, a FRAND determination having
           23  an impact on QTL royalty revenue.
           24      Q   And the first time that -- did Nokia bring
           25  FRAND claims against Qualcomm in the mid 2000s?
  00320:01      A   I believe so.
           02      Q   After that -- between that and the current
           03  Apple litigation, which I assume you've heard something
           04  about, has anybody -- has any other cell phone
           05  manufacturer brought FRAND claims against Qualcomm, to
           06  your knowledge, based on publicly available information?
           07      A   I can't think of -- I'm not -- as I think
           08  about it, I'm not aware of another situation where there
           09  is an actual lawsuit.  There were some arbitrations.
           10  I'd have to think a little bit harder about whether
           11  FRAND issues came up in those or not.  But I'm not -- I
           12  can't think of anything off the top of my head.
           13      Q   So Qualcomm's business model has been
           14  successful at -- apart from Apple and Nokia, at
           15  preserving a peaceful relationship with cell phone
           16  manufacturers where they don't initiate FRAND
           17  litigation; correct?
           18              MR. BORNSTEIN:  Object to the form of the
           19  question.
           20      A   I mean, we worked very hard to maintain
           21  peaceful relationships, which is why we were, you know,
           22  always willing to listen and engage in discussion.  And,
           23  you know, there was just no shortage of, you know,
           24  issues that would come up from time to time with
           25  licensees.  But we -- my time as general manager, we
  00321:01  were, I think, able to resolve most of them amicably.
           02  And there were some that were unresolved when I stepped
           03  down.  But I -- other than an arbitration with LG that
           04  was either pending or looming at the time, I don't
           05  remember any other situation that resulted in
           06  litigation.
```

**5. PAGE 456:11 TO 456:13 (RUNNING 00:00:10.277)**

```
           11      Q   (BY MR. RENNER)  Mr. Reifschneider, I've
           12  placed in front of you a document that we've marked as
           13  Apple Reifschneider Exhibit 10.  Exhibit 10 bears the
```

**6. PAGE 456:14 TO 456:14 (RUNNING 00:00:08.155)**

```
           14  Bates stamp Q2014FTC02874707.
```

**7. PAGE 456:15 TO 457:03 (RUNNING 00:00:32.870)**

```
           15              Now, it appears to be a set of
           16  handwritten notes that you took during the period of
           17  your employment at Qualcomm.  I can represent it was
           18  produced in your files.  There are pages in here that
           19  are -- appear to be images of notebook covers with your
```

**Qualcomm**

```
          20  name on them.  Let me ask you a series of questions that
          21  might help us to authenticate the document.
          22              In your tenure at QTL, did you
          23  occasionally take handwritten notes in the normal course
          24  of business?
          25       A    Yes.
00457:01       Q    And did you keep those handwritten notes in
          02  composition books?
          03       A    Sometimes.
```

### 8. PAGE 458:01 TO 459:15  (RUNNING 00:02:13.970)

```
00458:01       Q    And if we actually turn back two pages, I
          02  think it will help us to orient ourselves.  So turning
          03  back to the page that ends in 4745, you see there's a
          04  caption for "Sony"?
          05       A    Yes.
          06       Q    And the date "3-25" to the left of that?
          07       A    Yes.
          08       Q    Would it be your practice at QTL to take notes
          09  of, among other things, negotiations that you had with
          10  OEMs?
          11       A    Sometimes, yes.
          12       Q    Is this your handwriting that we're looking
          13  at?
          14       A    It looks like it.
          15       Q    Do you recognize these pages as something that
          16  you wrote?
          17       A    I believe so.
          18       Q    So let's go to the page I originally directed
          19  you to, ending in 4747.  At the top, does that read,
          20  "Sony feedback"?
          21       A    Looks like it, yes.
          22       Q    Okay.  And then you've got a few bullets.
          23  First bullet:  "Don't like three-year standstill";
          24  correct?
          25       A    Yes.
00459:01       Q    Do you know what that was a reference to?
          02       A    I don't remember at this point.
          03       Q    The next bullet reads:  "Sony concerned about
          04  QC applying pressure through chip supply."  Do you see
          05  that?
          06       A    I see that.
          07       Q    Can you tell me anything about how it came to
          08  be that you made that notation?
          09       A    No, I don't recall it.
          10       Q    Is that something you would have learned in
          11  your discussion with Sony?
          12       A    It appears I'm taking notes of, you know, the
          13  meeting with Sony and sort of writing down some of the
          14  things that were said at the meeting.  I don't recall
          15  whatever was said that prompted me to write that.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:09:39.096)**