Case Clip(s) Detailed Report

# Qualcomm

Saturday, January 05, 2019, 3:17:28 PM

Case Clip(s) Detailed Report
Saturday, January 05, 2019, 3:17:28 PM

**Qualcomm**

---

 **Jacobs, Paul (Vol. 01) - 04/17/2018**                                                                                                 **1 CLIP  (RUNNING 00:33:40.881)**

 Good morning. ...

    PJ                    **44 SEGMENTS  (RUNNING 00:33:40.881)**                                                          

**1. PAGE 11:03 TO 11:06  (RUNNING 00:00:05.656)**

```
    03    Q    Good morning.
    04    A    Good morning.
    05    Q    It's "Dr." Jacobs; correct?
    06    A    If you want.
```

**2. PAGE 76:16 TO 76:17  (RUNNING 00:00:04.116)**

```
    16    Q    I'm going to hand you what's been marked
    17 CX7041.
```

**3. PAGE 76:19 TO 76:23  (RUNNING 00:00:18.637)**

```
    19              MR. CHESLER:  Thanks.
    20 BY MS. MILICI:
    21    Q    And this has a Bates-stamp
    22 Q2014FTC03399394.  And it's an e-mail from Paul
    23 Jacobs to Bill Keitel, dated October 21st, 2005.
```

**4. PAGE 78:04 TO 78:15  (RUNNING 00:00:33.283)**

```
    04    Q    And then in the next paragraph, you say,
    05 "As we discussed, it is difficult for us to reduce
    06 Motorola's royalties given the impact it could have
    07 on other license agreements."  Do you see that?
    08    A    Yes.
    09    Q    What did you mean?
    10    A    Oh, of that particular sentence?
    11    Q    Yes.
    12    A    I assume it meant that we -- if we
    13 reduced Motorola's royalties, then it would have --
    14 we would need to reduce other people's royalties so
    15 that everybody was, you know, roughly the same.
```

**5. PAGE 78:16 TO 78:25  (RUNNING 00:00:36.287)**

```
    16    Q    Do you understand that everyone had
    17 roughly the same royalties?
    18    A    I actually don't -- I mean, I can't
    19 remember -- and I probably didn't even know at the
    20 time all the details of everybody's license
    21 agreements, but, in general, that was -- the notion
    22 was that we try to keep things as -- as even as we
    23 could across the industry, but I don't know -- I
    24 can't sit here and tell you I could pick up contract
    25 "X," "Y," or "Z" and point to it, specifically.
```

**6. PAGE 83:15 TO 83:21  (RUNNING 00:00:27.160)**

```
    15              In this instance, Motorola was asking for
    16 a reduction in royalties and Qualcomm was giving a
    17 counteroffer of a marketing incentive payment
    18 that -- that would be conditioned on Motorola using
    19 Qualcomm's chips in some percentage of its WCDMA
    20 phones?
    21    A    That's what it looks like, yes.
```

**7. PAGE 92:21 TO 93:08  (RUNNING 00:01:02.565)**

```
    21    Q    I'll hand you what's been marked CX7225.
```

**Qualcomm**

```
         22   This has a Bates-stamp Q2017MDL1_00255347.
         23             (Exhibit CX7225 marked)
         24             THE WITNESS:  Yes.
         25   ///
  00093:01   BY MS. MILICI:
         02       Q    And on this first page in the middle of
         03   the page, there's an e-mail from you dated
         04   January 9th, 2006.  It says, "We will be having a
         05   number of meetings with operators in the next week
         06   and we need to have an acceptable slide deck to show
         07   them."  Do you see that?
         08       A    Yes.
```

**8. PAGE 110:22 TO 111:06 (RUNNING 00:00:53.235)**

```
         22       Q    Okay.  Can you turn to page 26 of the
         23   document.  And this is a slide that's titled, "3GPP
         24   Contributions"?
         25       A    Hmm-hmm.
  00111:01       Q    And this pie chart shows that Qualcomm
         02   contributed 12.5 percent -- or had a share of the
         03   contribution of 12.5 percent?  Do you see that?
         04       A    Yeah.  I think what it's saying that
         05   12 -- of all the documents that were submitted,
         06   Qualcomm submitted 12.5 percent of those documents.
```

**9. PAGE 150:20 TO 150:20 (RUNNING 00:00:04.482)**

```
         20       Q    Okay.  I'm going to hand you CX7224.
```

**10. PAGE 150:23 TO 151:06 (RUNNING 00:00:36.383)**

```
         23   BY MS. MILICI:
         24       Q    So the Bates-stamp Q2017MDL1_01125900.
         25   Do you see that?
  00151:01       A    Yes.
         02       Q    And the first e-mail in this chain is
         03   from somebody named Andrew Gilbert.  It starts on
         04   page 3.  It's from Andrew Gilbert to Paul Jacobs and
         05   a number of other people?
         06       A    Hmm-hmm.
```

**11. PAGE 152:14 TO 153:24 (RUNNING 00:01:48.808)**

```
         14       Q    And then the text of the e-mail says,
         15   "There was a really excellent portion of the
         16   presentation we made to DG Comp related to" a way
         17   WCDMA -- sorry -- "a way to look at the proportion
         18   of valuable IP in the WCDMA standard."  Do you see
         19   that?
         20       A    I do.
         21       Q    And it says that, "A way of looking at it
         22   showed the percentage of citations we had."  Do you
         23   see that?
         24       A    Yes.
         25       Q    Do you know what that refers to?
  00153:01       A    I -- I think I do, but I'm not positive.
         02   I think what it was -- so when -- citations means
         03   another patent refers to a previous patent.  So I
         04   think that's what it means is that -- it's like a --
         05   like when Google ranked websites, they did it by
         06   looking at what websites linked to that particular
         07   website.  And that's how they promoted it, or made
         08   it higher, or lower in the ranking.  So this was the
         09   kind of thing that says:  If somebody made a good
         10   patent -- like, not one that just twiddled the bits,
         11   but actually something fundamental -- then people
         12   take those patents, and they build on top of them.
         13   That's the idea of the patent system that you
```

**Qualcomm**

```
          14   publish -- the patent, and then other people can see
          15   it, and they can innovate and do things.  And so the
          16   ex -- excuse me -- to extent that a patent --  a
          17   later patent refers to an earlier one, it means that
          18   the person that was doing the later innovation was
          19   building off of something that they saw on a patent.
          20           And so the idea of this is that patents
          21   are -- could you look as one measure of value, not
          22   necessarily dollar value, but just technical value,
          23   you could look at based off of how many patents
          24   later on referred to that earlier patent.
```

**12. PAGE 153:25 TO 154:24  (RUNNING 00:01:01.459)**

```
          25       Q    Okay.  And you write in this e-mail, "We
  00154:01  should use this to show that we are not unfair."  Do
          02   you see that?
          03       A    I do.
          04       Q    And what did you mean by, "use this to
          05   show that we are not unfair"?
          06       A    Well, I assume this probably happened
          07   after I had gone around and talked to a lot of
          08   operators.  But if you show people that the
          09   technical value of your patents is very high, as
          10   opposed to some of the patents as we discussed
          11   earlier that are just bit-twiddling ones and are
          12   only valuable because they're in a patent -- in a
          13   standard, this shows that these patents are valuable
          14   intrinsically; that they aren't necessarily valuable
          15   just because they're in a standard.  They're
          16   available because they were technical innovations
          17   that were important technical innovations, and we
          18   would just that they were technical innovations
          19   because other people thought they were important
          20   enough to build new innovations on top of them.
          21       Q    All right.  And if you go to the
          22   e-mail -- the last e-mail -- one at the very top of
          23   the first page.
          24       A    Yeah.
```

**13. PAGE 154:25 TO 155:20  (RUNNING 00:00:56.067)**

```
          25       Q    That's an e-mail from you to Steve
  00155:01  Altman.  And you say, "I've made the point that it
          02   isn't a good metric going forward since the system
          03   can be gamed."  Do you see that?
          04       A    Yes.
          05       Q    And what do you mean by "the system can
          06   be gamed"?
          07       A    So there's redacted stuff.  So I'm not
          08   100 percent sure.  But I think what it's referring
          09   to is the same thing that happens with, like, search
          10   engine optimization.  If I use the name analogy,
          11   people get their pages up by doing things to make
          12   references to a patent.
          13           So you've got a bunch of people to say:
          14   Oh, well, here's a patent that's not that valuable,
          15   but we're all going to write patents that reference
          16   it to try to make its value come up -- that would be
          17   a way of gaming the system.
          18       Q    Are there other ways to game that system?
          19       A    I'm sure there are, but I'd have to sit
          20   here and be creative to figure them out (Laughter).
```

**14. PAGE 157:21 TO 158:05  (RUNNING 00:00:30.851)**

```
          21       Q    Do you have an understanding of what
          22   Qualcomm's market share was in cdma2000 chips while
```

**Qualcomm**

```
           23  you were CEO?
           24      A     I know that at certain points we had high
           25  percentages of the market for cdma2000 chips but --
  00158:01  if that's a market, I don't know.
           02      Q     And when you say "high percentages," what
           03  do you mean?
           04      A     That most people were using our cdma2000
           05  chips.
```

**15. PAGE 168:14 TO 168:15 (RUNNING 00:00:05.657)**

```
           14      Q     Okay.  Let's move on.  I'll hand you
           15  CX7042.
```

**16. PAGE 168:19 TO 169:02 (RUNNING 00:00:43.928)**

```
           19      Q     This is Bates-stamped Q2014FTC03592698.
           20  And the e-mail is from Kathleen Young to qcbod?
           21      A     Yes.
           22      Q     And is "qcbod" an e-mail address for the
           23  board?
           24      A     Yes.
           25      Q     And who's Kathleen Young?
  00169:01      A     She is the secretary -- CFO's secretary.
           02  So she was Bill Keitel's assistant at that point.
```

**17. PAGE 169:03 TO 169:12 (RUNNING 00:00:58.502)**

```
           03      Q     All right.  And the PowerPoint attached
           04  is about a Motorola License Amendment.  See that?
           05      A     Yes.
           06      Q     Are you familiar with this?
           07      A     I think this -- I mean, it's possible
           08  this is the one that Ron Garriques did.  I mean, I
           09  don't know the specific time but this looks like the
           10  sort of things that -- that they agreed so.
           11            So -- yeah.  Essentially, they gave us
           12  not to assert.  Didn't remember the details of it.
```

**18. PAGE 169:13 TO 169:17 (RUNNING 00:00:19.395)**

```
           13      Q     All right.  On page 2, at the second
           14  bullet, under "Key terms," it says, "Motorola agrees
           15  not to assert its cdma2K and WCDMA-essential patents
           16  against our chip customers."  Do you see that?
           17      A     Yes.  Yeah.
```

**19. PAGE 171:09 TO 171:24 (RUNNING 00:00:36.313)**

```
           09      Q     Right.  And on page 3 under the Executive
           10  Summary, the first bullet says, "Pass-through rights
           11  for Motorola have significant value for Qualcomm"?
           12      A     Yes.
           13      Q     See that?
           14      A     Yes.
           15      Q     And then it says under that, "Help QCT
           16  gain market share through greater IP protection for
           17  its customers"?
           18      A     Yes.
           19      Q     Did having pass-through rights from other
           20  patent holders help QCT gain market share?
           21      A     Yeah.  I said earlier, to the extent we
           22  had the ability to do that and other chip
           23  competitors didn't do that, then we were in a
           24  stronger competitive position.  No question.
```

**20. PAGE 176:15 TO 176:15 (RUNNING 00:00:02.517)**

```
           15      Q     This is CX6605.
```

**Qualcomm**

**21. PAGE 176:19 TO 177:21 (RUNNING 00:01:18.494)**

```
        19      Q    And this has a Bates-stamp
        20   QNDCAL04808594.  And there's an e-mail from you
        21   starting this chain that's dated May 5th, 2007.
        22      A    Yup.
        23      Q    You see that?
        24      A    Yup.
        25      Q    And you wrote, "I have enclosed some
00177:01   initial thinking on potential scenarios for
        02   restructuring the company"?
        03      A    Yes.
        04      Q    So would it be fair to infer that you
        05   started thinking about how the company could be
        06   split -- how a split company could be restructured
        07   around May 2007?
        08      A    That seems a reasonable assumption.
        09      Q    And there's a response from Marv Blecker
        10   that says, "I've added a few pros and cons."  You
        11   see that?
        12      A    Yup.
        13      Q    And then if you look at the attachment,
        14   there's a -- there are a couple of scenarios
        15   proposed, and then some pros and cons of each one?
        16      A    Yes.
        17      Q    Did you draft the initial document?
        18      A    I believe I did.
        19      Q    And then the -- the edits are from Marv
        20   Blecker?
        21      A    That's what it looks like.
```

**22. PAGE 182:19 TO 184:22 (RUNNING 00:02:44.257)**

```
        19      Q    All right.  Number 11 there says,
        20   "Without chip business, more licensees, potential
        21   licensees might fight QTL license demands."  Do you
        22   see that?
        23      A    Yes.
        24      Q    And was that one of the cons of
        25   separating QTL from the rest of Qualcomm?
00183:01      A    I mean, what -- what he's talking about,
        02   and that's Marv's thing -- but the point there is
        03   that you -- by being a partner with companies on
        04   the -- on the chip side like you're helping them get
        05   their products out and when there's a new
        06   technology, that new technology often shows up in
        07   the form of a new chip and so forth.
        08           So the idea is that you're a closer
        09   partner with somebody through the combination of the
        10   two businesses than you would on any business alone;
        11   that if the licensing business was going out, and
        12   they didn't see that the licensing business would on
        13   its standalone basis was helping them -- helping a
        14   handset manufacturer get a new product with new
        15   technology into the market, then they might be less
        16   likely to, you know, be willing to negotiate on a
        17   friendly basis with you.
        18           And it's true in general of the licensing
        19   business.  I mean, in general, if you're negotiating
        20   with somebody and you have a good rapport with them,
        21   you're more likely to give them the benefit of the
        22   doubt on things, as opposed to being untrusting of
        23   them, and, therefore, you're more likely to find
        24   compromised positions, as opposed to ones where it's
        25   a strict quid pro quo; like, you give me this much,
00184:01   I value this -- yeah, you know, how negotiations go.
        02      Q    So I just want to understand this.
        03           So this here says, "Without chip business
```

```
04   more licensees, potential licensees might fight QTL
05   license demand."
06        A    Right.
07        Q    And you think that's true; correct?
08        A    Yeah.  I think that without the chip
09   business -- like a QTL standing on its own, naked,
10   going to somebody to get a license -- when that
11   company doesn't see kind of the whole Qualcomm
12   helping them bring out new products and they just
13   see this as, okay, it's a license for technology,
14   yeah, I think they're less -- you know, they're less
15   amenable.  They look at you less as your partner and
16   more as somebody who's coming and asking for stuff.
17            And there -- it's not like a definitive
18   thing.  It's more like a shading of something.
19   You're more likely to do it.  I think that's what he
20   was saying.  Without sort of the working
21   interrelationship that you have, companies would be
22   more likely to push back.
```

**23. PAGE 187:06 TO 187:07 (RUNNING 00:00:07.068)**

```
06        Q    Okay.  Great.  I am going to hand you
07   what's been marked CX7279.
```

**24. PAGE 187:12 TO 187:18 (RUNNING 00:00:35.109)**

```
12        Q    And this is Bates-stamped QNDCAL04966103.
13   This is an e-mail from you to Sanjay Jha, dated
14   July 2007.  Do you see that?
15        A    Yeah.
16        Q    And it's attaching a Berlin Strategic
17   Committee Discussion.  See that?
18        A    Yeah.
```

**25. PAGE 187:19 TO 187:23 (RUNNING 00:00:14.436)**

```
19        Q    And did you draft this document?
20        A    Did I draft the -- the PowerPoint?
21        Q    Yeah.
22        A    I doubt it.  I'm sure I read it, but I'm
23   sure somebody else drafted it.
```

**26. PAGE 209:18 TO 209:19 (RUNNING 00:00:07.202)**

```
18        Q    Okay.  I'm going to hand you what's been
19   marked CX7233.
```

**27. PAGE 209:24 TO 210:09 (RUNNING 00:00:49.314)**

```
24            And this has a Bates-stamp
25   Q2017MDL1_2696656.
00210:01 BY MS. MILICI:
02        Q    And this is an e-mail to you and Steve
03   Altman, Bill Keitel, Don Rosenberg, Stu Francis from
04   David Wise, attaching a Berlin presentation.  Do you
05   see that?
06        A    (Examining document).
07        Q    And so at this point, this is -- this
08   e-mail's dated December 2nd, 2007.
09        A    Yes.
```

**28. PAGE 212:11 TO 215:04 (RUNNING 00:03:23.086)**

```
11        Q    Okay.  And on the next page, there's,
12   again, a list of the pros and cons of Project
13   Berlin.  Under "Con," there is -- it just says,
14   "China."  Do you know why China would be identified
15   as a con of Project Berlin?
16        A    My guess is because of Jing's
```

```
           17  presentation or something.  I assume that's what it
           18  is.
           19       Q    And below that -- to below, that it says,
           20  "Increase attacks on QTL."
           21       A    I think that's talking about that issue
           22  that I said earlier, that if you're a closer partner
           23  with people, they're more likely to -- they're not
           24  taking a hard line and look for compromised
           25  positions as opposed to when they don't like you,
00213:01       they go after you.
           02       Q    And when you say being "a closer
           03  partner," you mean selling them chips; correct?
           04       A    I mean, not -- the selling of chips is
           05  the part of the -- is the outcome of a longer
           06  process which is working with them to create the
           07  product and getting them new technologies and
           08  creating markets for new things and inventing the
           09  next new thing that's going to cause a consumer to
           10  buy the phone and so on and so forth.
           11       Q    Is there a reason that QTL couldn't do
           12  those things without selling chips?
           13       A    It was just harder to get technology into
           14  the market like I said earlier.  And it's harder to
           15  create the relationship if you're not in there with
           16  them actually helping them get the product to
           17  market.  It's a little more attenuated of a
           18  relationship.
           19       Q    So as I understand, selling chips is a
           20  critical part of that relationship that helps QTL;
           21  is that correct?
           22       A    Selling chips is sort of the outcome of
           23  having this good relationship.  I mean, you have a
           24  relationship with the company.  You work with them
           25  to develop a product.  And then when that product is
00214:01       successful, you sell chips into it.  But the selling
           02  of chips -- the working with them and the stuff that
           03  all leads into selling the chips is a -- creates a
           04  lot of goodwill between companies because you're
           05  helping them get a new out to market.
           06       Q    That's why I'm confused.  Why couldn't
           07  QTL do all those things leading up to developing a
           08  product working with somebody to develop a product
           09  if it wasn't selling chips?
           10       A    Because it doesn't have the -- the
           11  product is built around the chip.  The chip is like
           12  the core of the product, and people put their stuff
           13  around it and so forth.  But the chip is kind of the
           14  thing that makes the product.  So they want the next
           15  new technology in the chip and they want to work
           16  with us so that -- it's not -- especially in the old
           17  days it wasn't that easy.  You put a chip on the
           18  Board and sometimes the radio stuff didn't work
           19  right or you had the wrong component.
           20            There's lots of reasons you had trouble
           21  getting a product to market even after getting the
           22  chip.  So having the people who developed it and
           23  could help you debug the software and hardware and
           24  all that stuff -- there's a huge amount of benefit
           25  to that.
00215:01            If you weren't selling the chips, it
           02  wouldn't be that intimately related to the
           03  development of a new product.  It's just one more
           04  step removed.
```

**29.  PAGE 216:07 TO 216:10  (RUNNING 00:00:29.259)**

```
           07       Q    I'm going to hand you what's been marked
```

```
      08   CX7234.  It's a large document.  And I apologize to
      09   the environment.  And this has a Bates number of
      10   QNDCAL02797418.
```

**30. PAGE 216:14 TO 216:22 (RUNNING 00:00:23.383)**

```
      14        Q    And this -- this is an e-mail from Bill
      15   Keitel that says, "Soft copy of January 11th board
      16   materials attached."  Do you see that?
      17        A    Yes.
      18        Q    And do you recognize this as the board
      19   materials from a discussion with -- regarding Berlin
      20   in January of 2008?
      21        A    I mean, I -- just because I see it here,
      22   I don't remember this specific document.
```

**31. PAGE 217:01 TO 217:07 (RUNNING 00:00:19.603)**

```
 00217:01        Q    And at page 4 of the PowerPoint, it says,
      02   "Preliminary recommendation, spin off QCT to
      03   shareholders."  Do you see that?
      04        A    Yes.
      05        Q    And that was management's recommendation
      06   as of July 11th -- January 11th; is that correct?
      07        A    Looks like it, yes.
```

**32. PAGE 217:18 TO 218:12 (RUNNING 00:00:45.526)**

```
      18             All right.  Sorry.
      19             We were very close to doing the spin.
      20   That was for sure.
      21        Q    You had come up with a name for the new
      22   company?
      23        A    I think -- actually, did they?  Is it in
      24   here somewhere?  I can't remember, actually.
      25        Q    No, you --
 00218:01        A    It was the first one they had bought all
      02   the advertising for that we launched BREW.
      03        Q    Have you determined who was going to be
      04   CEO of the new company?
      05        A    I assume Sanjay was going to take the
      06   chip business.
      07        Q    And --
      08        A    Actually, I should say more than that.
      09   I'm sure Sanjay was going to take it.
      10        Q    So you did come very, very close to doing
      11   this --
      12        A    Yes.
```

**33. PAGE 218:15 TO 219:08 (RUNNING 00:01:03.970)**

```
      15        Q    And what happened between January of 2008
      16   and your decision to -- to not go forward with
      17   Berlin?
      18        A    Like why did I come to that decision?
      19        Q    Yes.
      20        A    I guess I -- I don't -- I'm not sure I
      21   was ever completely sold that it was the right thing
      22   to do.  Although everybody wanted to do it.  And in
      23   the end, I decided that the -- I didn't agree with
      24   the balance of synergies and dyssynergies, and it
      25   turned out I was right.
 00219:01        Q    What do you mean, it turned out you were
      02   right?
      03        A    We solved the Nokia -- we settled with
      04   Nokia.  And the fact the businesses were together.
      05   The company grew 30 percent a year for a bunch of
      06   years.  Quadrupled the revenues, doubled the market
      07   cap.  It was the right now business decision.  And I
```

```
         08  think even Sanjay today would tell you that.
```

**34. PAGE 221:07 TO 221:10 (RUNNING 00:00:21.017)**

```
         07            And CX7252 has a Bates-stamp
         08  Q2017MDL1_00026705.  And these are minutes of a
         09  meeting of the board of directors of Qualcomm, dated
         10  February 28th, 2008.
```

**35. PAGE 221:23 TO 222:01 (RUNNING 00:00:11.640)**

```
         23     Q    Do you recall this meeting?
         24     A    I don't remember the specifics of it, but
         25  I -- like I said, I was sure the board had to have
  00222:01  agreed.  So.
```

**36. PAGE 222:08 TO 222:22 (RUNNING 00:00:35.532)**

```
         08     Q    And the board minutes continue, "At
         09  Dr. Irwin Jacobs's request, Dr. Paul Jacobs updated
         10  the board noting that it was management's current
         11  recommendation that its decision to spin the chip
         12  business is deferred."  Do you see that?
         13     A    Yes.
         14     Q    And it says: "Dr. Paul Jacobs briefed the
         15  board on the reasoning behind management's
         16  recommendation noting that the strategic landscape
         17  had changed, in particular with respect to China's
         18  decision to restructure its operators and to allow
         19  for broader competition for standards against
         20  TDS-CDMA."  Do you see that?
         21     A    I do -- and I didn't remember that aspect
         22  of it.  I do see that.
```

**37. PAGE 225:15 TO 226:20 (RUNNING 00:01:51.735)**

```
         15     Q    Okay.  I'm going to hand you what's been
         16  marked CX7035.  This has a Bates-stamp
         17  Q2017MDL1_2697467.  And this is an e-mail from Steve
         18  Altman to you and Don Rosenberg dated February 27th.
         19            (Exhibit CX7035 marked)
         20            THE WITNESS:  (Examining document).
         21  BY MS. MILICI:
         22     Q    Do you see that?
         23     A    Yes.
         24     Q    And that's the day before the meeting in
         25  which you recommended not going forward with Berlin
  00226:01  to the board; is that correct?
         02     A    Yes.
         03     Q    And what Steve writes is, "Here's one way
         04  we can view the China situation having positive
         05  change in our thinking."
         06            And then the second paragraph says,
         07  "Since our preliminary recommendation to spin, China
         08  has reorganized the carriers and China Telecom will
         09  own the cdma2000 network.  This is extremely
         10  positive news for us.  From a spin perspective, it
         11  militates against spinning."  Do you see that?
         12     A    Yes.
         13     Q    And is that the China restructuring that
         14  you were then referring to in February the
         15  February 28th board meeting?
         16     A    Certainly looks like it, yes.  I just
         17  have to see what -- what Steve actually said here.
         18  Or does that matter?  Do you want me to look at that
         19  or --
         20     Q    No.  That's okay.  I don't have any
```

**Qualcomm**

### 38. PAGE 226:19 TO 229:13  (RUNNING 00:03:52.507)

```
        19   or --
        20       Q    No.  That's okay.  I don't have any
        21   questions about that.
        22            If you look at -- towards the end of the
        23   paragraph there, it says, "If you consider the fact
        24   that the only companies that have attacked us today
        25   are companies that have essentially purchased little
00227:01   or no ASICs from us" -- do you see that?
        02       A    Yes.
        03       Q    Do you understand that to be true, that
        04   the companies that had attacked Qualcomm up to that
        05   date had been companies that did not purchase many
        06   ASICs from Qualcomm?
        07       A    I mean, certainly -- this was back in the
        08   day -- it was Nokia and Ericsson.  Nokia bought TI.
        09   Ericsson did their own chips.  Broadcom wasn't --
        10   wouldn't have bought chips, anyways.  TI, of course,
        11   not either.  NEC and Panasonic, I think were DoCoMo
        12   companies so they were probably getting their WCDMA
        13   chips from DoCoMo.  So, yeah, I think that's right.
        14       Q    And then he continues you can understand
        15   how the combination of QCT with QTL greatly enhances
        16   QTL's success.  See that?
        17       A    Yes.
        18       Q    And that's because customers of QCT are
        19   less likely to attack QTL; is that correct?
        20       A    I mean, it was this thing that I was
        21   saying earlier, that, you know, you keep a positive
        22   relationship because you're working together on
        23   the -- on getting the products out to market.  So,
        24   yes.  I mean, that's -- that's the -- that's the
        25   point I made earlier; that people working with the
00228:01   chip business created a positive relationship for --
        02   that helped QTL do licensing negotiation.
        03       Q    And that continues:  As cdma2000 and OEMs
        04   desire to participate in its further market share,
        05   OEMs will remain reliant on us for continued supply
        06   and will need to maintain positive relationships
        07   with us.  Do you see that?
        08       A    Yes.
        09       Q    And at this point, were other chip makers
        10   selling cdma2000 chips?
        11       A    I believe so, because earlier, it says
        12   today, QC is by far the leading cdma2000 ASIC
        13   supplier.  And then it says why:  Because people
        14   thought WCDMA was the market.  So we -- we were the
        15   leader in that market.
        16       Q    And according to Steve, OEMs will remain
        17   reliant on Qualcomm for continued supply.
        18       A    Because up to that point, other chip
        19   manufacturers hadn't put a lot of effort into
        20   cdma2000 because they thought it was a slow-growth
        21   market.
        22       Q    Okay.  And it's this dynamic you were
        23   reporting on to the board the next day on
        24   February 28, 2008; is that correct?
        25       A    I don't know whether I adopted Steve's
00229:01   point of view exactly, but certainly aspects of it,
        02   I -- I adopted.  It's hard to remember exactly.
        03       Q    Okay.  You referred a number of times to
        04   the positive relationship with chip manufacturers.
        05   I mean -- strike that.  Let me start over.
        06            You referred a number of times to having
        07   positive relationships with OEMs as a result of
        08   selling chips; is that correct?
```

```
           09       A    I mean, that it helped create a more
           10  positive relationship, yes.
           11       Q    OEMs have frequently complained about
           12  Qualcomm's royalty rates; is that correct?
           13       A    Yes.
```

### 39. PAGE 230:02 TO 230:07 (RUNNING 00:00:17.550)

```
           02       Q    I wasn't asking whether you thought
           03  Qualcomm's conduct was unfair.  I was asking whether
           04  companies that buy chips from Qualcomm complain that
           05  Qualcomm's royalties are unfair?
           06       A    I agreed.  I said, yes, there are some
           07  companies that complain about that.
```

### 40. PAGE 231:01 TO 231:02 (RUNNING 00:00:04.806)

```
  00231:01       Q    I'm going to hand you what's been marked
           02  as CX7244.
```

### 41. PAGE 231:07 TO 231:12 (RUNNING 00:00:27.817)

```
           07            So this is CX7244.  Bates-stamped
           08  Q2017MDL1_01442150.
           09  BY MS. MILICI:
           10       Q    And this is an e-mail exchange from 2011
           11  about ZTE.
           12       A    Yes.
```

### 42. PAGE 231:13 TO 231:19 (RUNNING 00:00:21.352)

```
           13       Q    Do you recall negotiations with ZTE from
           14  2011?
           15       A    Oooh.  I don't -- I remember negotiations
           16  with ZTE.  Whether I remember the specific ones in
           17  2011, I probably don't.  But I might remember
           18  aspects of it and just not know that was the date
           19  that it happened.
```

### 43. PAGE 233:11 TO 233:21 (RUNNING 00:00:27.204)

```
           11       Q    And do you know what a Strategic Fund is?
           12       A    That can mean lots of things.  But I
           13  assume that was either a marketing fund, or a
           14  product- development fund, or something that we
           15  contributed to help them with their business --
           16       Q    And --
           17       A    -- and us.
           18       Q    Sorry.  And the Strategic Fund was being
           19  offered to ZTE in the context of a license
           20  negotiation; is that correct?
           21       A    Looks like that from this document.
```

### 44. PAGE 233:22 TO 234:13 (RUNNING 00:01:03.713)

```
           22       Q    And the first bullet says, "ZTE is still
           23  not satisfactory [sic] with our proposal.  They
           24  agreed that based on their calculation with the 2010
           25  numbers, royalty paid versus chips purchased, they
  00234:01  still cannot meet the goal of reducing their royalty
           02  to 3.5 percent.  The result is 4 percent, even when
           03  the 2015 Strategic Fund rate of 2.5 percent
           04  applied."  Do you see that?
           05       A    Yes.
           06       Q    And your understanding that ZTE was
           07  looking at the -- it was calculating the Strategic
           08  Fund as a reduction of the royalty payment?
           09       A    I mean, I read what it says here, it
           10  looks like that was how they were mixing the dollars
           11  together.  Generally, with a Strategic Fund, there
```

**Qualcomm**

```
12    were requirements to do something -- product
13    development, marketing, those kinds of things, so --
```

<div style="border:1px solid; padding:8px; background:#ffffcc;">
**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:33:40.881)**
</div>