Case Clip(s) Detailed Report

# Qualcomm

Monday, January 07, 2019, 12:51:40 AM

## 📁 Yu, Nanfen (Vol. 01) - 03/14/2018

🎬 Would you please state and spell your name? ...

**NY   (63 SEGMENTS RUNNING 00:47:49.023)**

1. **PAGE 8:09 TO 8:11   (RUNNING 00:00:12.612)**

   ```
   09      Q   Would you please state and spell your name?
   10      A   My last name is Y-u, Yu, and my first name
   11  is N-a-n-f-e-n, Nanfen.
   ```

2. **PAGE 8:22 TO 8:23   (RUNNING 00:00:05.350)**

   ```
   22      Q   And what is your position at Huawei?
   23      A   I'm a senior legal counsel.
   ```

3. **PAGE 9:02 TO 9:04   (RUNNING 00:00:06.146)**

   ```
   02      Q   How long have you been senior legal counsel
   03  at Huawei?
   04      A   12 years.
   ```

4. **PAGE 49:13 TO 49:23   (RUNNING 00:00:56.308)**

   ```
   13              Have you ever heard that Qualcomm refused to
   14  supply chips to Huawei?
   15          MR. GIARDINA:  Objection to form.
   16          THE WITNESS:  Yes.
   17  BY MR. KENNAMER:
   18      Q   When was that?
   19      A   I cannot remember the specific date or year.
   20  But I understand that when we are trying to purchase
   21  the TDSCDMA chipset and the three mode chipset from
   22  Qualcomm, Qualcomm refused to provide those chipsets
   23  until we signed a license agreement.
   ```

5. **PAGE 52:06 TO 52:11   (RUNNING 00:00:14.824)**

   ```
   06      Q   Do you know whether Qualcomm ever threatened
   07  to stop supplying chips -- base band processor chips
   08  to Huawei?
   09      A   Yes.
   10      Q   When was that?
   11      A   It was in 2013.
   ```

6. **PAGE 52:12 TO 52:16   (RUNNING 00:00:42.973)**

   ```
   12      Q   And is that the only instance that you can
   13  think of?
   14      A   That's the one I can clearly remember.
   15      Q   You can't recall any others; right?
   16      A   That is the one that I was involved in.
   ```

7. **PAGE 52:17 TO 52:22   (RUNNING 00:00:23.655)**

   ```
   17      Q   When you say you were involved in this
   18  incident, what was the nature of your involvement?
   19  How were you involved?
   20      A   That happened when we were discussing about
   21  the extension of the CDMA subscriber units license
   22  agreement.  That was why I was involved.
   ```

8. **PAGE 53:01 TO 53:08   (RUNNING 00:00:39.741)**

```
00053:01     Q    Was it said orally?  Out loud?  The way I'm
      02  talking to you?  Was it put in writing?
      03     A    It's both in writing and orally.
      04     Q    And did Qualcomm ever stop supplying CDMA
      05  chips to Huawei?
      06     A    We did extend the CDMA license agreement; so
      07  that's probably why Qualcomm didn't stop supplying
      08  CDMA chipset.
```

   9. PAGE 53:21 TO 54:02   (RUNNING 00:00:21.237)

```
      21     Q    Okay.  Did you ever hear this threat?
      22     A    Yes.
      23     Q    From whom?
      24     A    From the Qualcomm team that we communicated
      25  and met with.
00054:01     Q    Do you remember specific people?
      02     A    Eric Reifschneider.
```

  10. PAGE 54:17 TO 54:24   (RUNNING 00:00:35.552)

```
      17     Q    Yes.  Anything you can remember.
      18     A    As far as I can remember, they said if we do
      19  not extend CDMA license agreement, they would stop
      20  supplying the chipset to us, and it would be a
      21  disruption of Huawei's business.
      22     Q    Do you know whether Qualcomm has a policy of
      23  coupling chip supply with a license agreement?
      24     A    Yes.  Everybody in this industry knows.
```

  11. PAGE 55:20 TO 56:02   (RUNNING 00:00:38.696)

```
      20     Q    Ms. Yu, you've been handed what's been
      21  marked as Exhibit QX2303.  And it is an e-mail
      22  string, the first of which is an e-mail from Eric
      23  Reifschneider dated May 8th, 2013.  To Mr. Cheng and
      24  CCing a variety of people including yourself; right?
      25     A    Yes.
00056:01     Q    Do you recognize receiving this e-mail?
      02     A    Yes.
```

  12. PAGE 56:08 TO 56:12   (RUNNING 00:00:13.994)

```
      08          Do you see this e-mail from
      09  Mr. Reifschneider dated May 1st -- May 1st, 2013?
      10     A    Yes.
      11     Q    And it's to Mr. Cheng; right?
      12     A    Yes.
```

  13. PAGE 59:19 TO 60:13   (RUNNING 00:01:07.458)

```
      19     Q    And my -- my question to you is was it
      20  Huawei's intention to allow the agreement to expire
      21  while it negotiated a new agreement?
      22     A    We didn't have any specific intention.  But
      23  if the parties needs more time, it's just consistent
      24  with the licensing practice in the industry.  We
      25  don't see that it will cause any problem on both
00060:01  sides.
      02     Q    To allow the agreement to expire while you
      03  negotiate a replacement agreement?
      04     A    That's the common practice.
      05     Q    Is that the common practice with Qualcomm?
      06     A    With everybody else.  Not with Qualcomm.
```

```
         07  Because Qualcomm never allowed to have the period of
         08  time to negotiate.  Otherwise, it would not provide a
         09  chipset.  Because if you don't have a license
         10  agreement, they would just cutoff the chipset supply.
         11  That's why they're in a hurry to push us to conclude
         12  or the extension of the new agreement, and why they
         13  see it's a problem if we don't do it at that time.
```

**14. PAGE 68:14 TO 68:23   (RUNNING 00:01:06.843)**

```
         14     Q   Did you ever ask Mr. Reifschneider to
         15  explain what he meant in this e-mail when he referred
         16  to ways to avoid any disruption in chipset supply?
         17     A   From Huawei's perspective, based on all the
         18  e-mails that has been exchanged at that time period
         19  and what the Qualcomm team has expressed orally, we
         20  considered that as a strong threat of stopping the
         21  chipset supply, and we didn't talk about the other
         22  ways to avoid such disruption, other than signing a
         23  license agreement in any form.
```

**15. PAGE 69:07 TO 69:15   (RUNNING 00:00:41.571)**

```
         07     Q   But did you ever ask Mr. Reifschneider
         08  personally to explain what he meant when he wrote
         09  about ways to avoid any disruption in chipset supply
         10  at the end of this month, without creating undue risk
         11  for either party?
         12     A   Eric make it very clear that we have to sign
         13  a license agreement in some form.  And we didn't see
         14  that there's any other possible ways to avoid the
         15  disruption of the chipset supply.
```

**16. PAGE 69:24 TO 70:02   (RUNNING 00:00:23.433)**

```
         24     Q   There wasn't a disruption in Huawei's supply
         25  of CDMA chips, was there?
00070:01     A   There wasn't, because we extended the
         02  license agreement.
```

**17. PAGE 90:02 TO 90:03   (RUNNING 00:00:04.906)**

```
         02         Do you recognize Exhibit QX2308?
         03     A   Yes.
```

**18. PAGE 90:24 TO 91:12   (RUNNING 00:00:42.846)**

```
         24         THE WITNESS:  This is an amendment to the
         25  license agreement between the parties entered into as
00091:01  of May 27th, 2013.
         02  BY MR. KENNAMER:
         03     Q   Right.  And what's the subject matter of
         04  this amendment?
         05     A   The subject matter is the license for CDMA
         06  subscriber units.
         07     Q   And did you participate in the negotiations
         08  regarding this amendment?
         09     A   Yes.
         10     Q   What role did you play?
         11     A   I'm responsible in reviewing and negotiating
         12  the license -- the terms in this amendment.
```

**19. PAGE 91:21 TO 92:02   (RUNNING 00:00:42.441)**

```
         21     Q   How important was the 2014 amendment --
```

```
           22   Exhibit QX2308 to Huawei?
           23        A    It's very important for us in terms of the
           24   -- to make sure that we continue to get the CDMA
           25   chips in supply.  But for the amendment itself, it's
 00092:01   just the consistency changes with the set of
           02   agreements that we enter into in 2014.
```

### 20.  PAGE 94:08 TO 94:19   (RUNNING 00:00:48.768)

```
           08        Q   Ms. Yu, what's been marked as Exhibit QX2309
           09   is a document entitled Subscriber Unit License
           10   Agreement.  It is entered into as of July 1st, 2014,
           11   between Qualcomm and Huawei.
           12             Do you know what this document is -- Exhibit
           13   QX2309?
           14        A   Yes.
           15        Q   What is it?
           16        A   It's a subscriber unit license agreement
           17   entered into between the parties in 2015.
           18        Q   And what technology does it cover?
           19        A   It covers both WCDMA and LTE licenses.
```

### 21.  PAGE 95:03 TO 95:10   (RUNNING 00:00:40.584)

```
           03        Q   And with respect to QX2309, this agreement,
           04   and the amendment regarding the CDMA subscriber units
           05   QX2308, they're both dated as of July 1st, 2014.  But
           06   do you understand that that's when the parties
           07   actually executed the agreements?
           08        A   The parties signed the agreement on around
           09   December 15, 2014.  But it's retroactively effective
           10   on July 1st, 2014.
```

### 22.  PAGE 97:06 TO 97:15   (RUNNING 00:00:27.692)

```
           06        Q   And did you recommend that Huawei enter into
           07   this agreement?
           08        A   We -- we had no choice.
           09        Q   That wasn't my question.  Did you recommend
           10   that Huawei enter into this agreement?
           11        A   We had no choice.
           12        Q   Did you recommend that Huawei enter into
           13   this agreement?
           14        A   I don't have a personal view on that,
           15   because that's what we had to do.
```

### 23.  PAGE 98:04 TO 98:14   (RUNNING 00:00:48.363)

```
           04        Q   Why do you say "we had no choice"?
           05        A   Firstly, there were dependency and need from
           06   the business unit for us to sign to maintain license
           07   agreement for them to be able to obtain chipsets from
           08   Qualcomm.
           09             And secondly, we had an existing agreement
           10   previously for WCDMA which doesn't have a term there,
           11   meaning that we're going to pay royalty forever.
           12        Q   What about LTE?
           13        A   Qualcomm wouldn't agree to sign any
           14   agreement if we don't include LTE license here.
```

### 24.  PAGE 113:25 TO 116:04   (RUNNING 00:04:50.143)

```
           25        Q   Through your work, did you have an
 00114:01   opportunity to become familiar with the Qualcomm
           02   Huawei agreements?
```

```
           03       A    Yes.  My -- my job requires me to read and
           04  interpret those agreements and requires me to be
           05  familiar with those agreements.
           06       Q    I would like to show you a document which
           07  has been labeled as CX1018.
           08            MR. COX:  And I'll note for the record,
           09  CX1018 is Bates labeled FTC-Huawei 0000704.
           10       Q    And what is this document?
           11       A    This is the CDMA subscriber unit license
           12  agreement entered into between Huawei and Qualcomm on
           13  May 29th, 2003.
           14       Q    What are the key provisions of this
           15  contract, in your view?
           16       A    It provides a license for CDMA patents of
           17  Qualcomm.  And the key terms would include the
           18  license around the term of the contract, and the
           19  royalty -- royalties that is payable from Huawei to
           20  Qualcomm.  And that the license back from Huawei to
           21  Qualcomm, and also Huawei's purchase commitment made
           22  to purchase Qualcomm chipsets.
           23            So those are the key terms of the agreement.
           24       Q    And when you say "purchase commitment," what
           25  do you mean by "purchase commitment"?
  00115:01       A    Purchase commitment means that Huawei was
           02  committed under this agreement to purchase all the
           03  CDMA chipsets from Qualcomm.  And if we purchase any
           04  single CDMA chipset from others, then Huawei would
           05  have to apply for higher royalty rate.
           06       Q    And what portion of the contract concerns
           07  that issue of the higher royalty rates?
           08       A    It's in Section 5.4.
           09       Q    So and what does 5.4 require?
           10       A    It requires that if -- commencing on the day
           11  that Huawei or any affiliate of Huawei first sells
           12  subscriber units incorporating CDMA Asics not
           13  purchased from Qualcomm, or a Qualcomm affiliate, the
           14  royalties for all the subscriber units sold by Huawei
           15  and all Huawei affiliates shall be at least what's
           16  set forth in section 5.2B, meaning a higher royalty
           17  rate than set -- than the royalty rate set forth in
           18  5.2A.
           19       Q    You use the term Asic or A-s-i-c.
           20            What does that mean?
           21       A    That means chipset.
           22       Q    And is the provision about higher royalty
           23  rate if you purchase a nonQualcomm CDMA chipset -- is
           24  that still in effect today?
           25       A    Yes.
  00116:01       Q    Have you had any -- has Qualcomm said
           02  anything to you to indicate they do not require
           03  Huawei to honor that commitment?
           04       A    No.

      25.  PAGE 120:01 TO 121:11   (RUNNING 00:02:32.749)

  00120:01  that document, this is a document that's been Bates
           02  labeled CX1006.
           03            Is this another document that you've worked
           04  with at -- in your role at Qualcomm?
           05       A    Sorry.  Can you repeat that question?
           06       Q    Sure.  Is this another document that you've
           07  seen in your role at Qualcomm?
           08       A    At Huawei?  Yes.
```

```
           09     Q   Huawei.  Thank you.  I'm sorry.
           10         So can you tell me what this document is?
           11     A   This is the component supply contract
           12 between Huawei and Qualcomm.
           13     Q   Is it still in effect?
           14     A   Yes.
           15     Q   And so what -- in general, what is the
           16 purpose of this contract?
           17     A   In general, this is a -- this is a contract
           18 that defines the rights and obligations on both
           19 sides, and sets forth the relationship between the
           20 parties for the procurement of chipsets from Qualcomm
           21 to Huawei.
           22     Q   And are there some terms in this contract
           23 that would you regard as key provisions?
           24     A   Yes.  As IP counsel, that I generally only
           25 review the provisions that's relevant to IPR.  So I
  00121:01 would review those provisions, such as the Section 9
           02 and Section 11, which is relevant to IPR.
           03     Q   And what language in Section 9 do you find
           04 to be of interest?
           05         MR. KENNAMER:  Object to form.
           06         THE WITNESS:  So Section 9 provides that --
           07 that the chipset that is sold by Qualcomm to Huawei
           08 does not contain the licenses of Qualcomm.  And it
           09 requires that Huawei -- to obtain a separate license
           10 and enter into a separate license agreement with
           11 Qualcomm for its patents.
```

**26. PAGE 121:20 TO 121:25   (RUNNING 00:00:19.427)**

```
           20     Q   Are there other suppliers that have that
           21 practice?
           22     A   Not that I'm aware.
           23     Q   Is this referred to as exhaustion?
           24     A   Yes.  Qualcomm is trying to avoid exhaustion
           25 by this provision.
```