UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>QUALCOMM INCORPORATED,<br><br>  Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER DENYING QUALCOMM'S MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 1148, 1150, 1151, 1152, 1153 |

Qualcomm's motions to seal approximately 950 pages filed late Sunday night, January 6, 2019, which Qualcomm claims may be used during trial on Monday, January 7, 2019, are DENIED. ECF Nos. 1148, 1150, 1151, 1152, 1153.

**IT IS SO ORDERED.**

Dated: January 7, 2019

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-00220-LHK
ORDER DENYING QUALCOMM'S MOTIONS TO SEAL