UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, et al., | Case No. 17-CV-00220-LHK |
|---|---|
| Plaintiffs, | **ORDER GRANTING IN PART AND DENYING IN PART BROADCOM CORPORATION'S ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| QUALCOMM INCORPORATED, et al., | Re: Dkt. No. 1120 |
| Defendants. | |

The Court rules on Broadcom Corporation's ("Broadcom") administrative motion to seal as follows. Broadcom shall file a public version of the following document sought to be sealed in compliance with the instant sealing order by January 8, 2019.

| **Document** | **Portions of Pages** | **Ruling** |
|---|---|---|
| JX0095 | BCRM000251-before Report of the Chief Executive Officer on BCRM000255. | DENIED. |
| JX0095 | From Report of the Chief Executive Officer on BCRM000255 to BCRM000258. | GRANTED. |

1

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART BROADCOM CORPORATION'S ADMINISTRATIVE MOTION TO SEAL

| Document | Portions of Pages | Ruling |
|---|---|---|
| JX0095 | BCRM000260. | DENIED. |
| JX0095 | BCRM000277-279. | DENIED. |
| JX0095 | BCRM000280-284. | GRANTED. |
| JX0095 | BCRM000285-286. | DENIED. |
| JX0095 | BCRM000287-290. | GRANTED. |
| JX0095 | BCRM000291-292. | DENIED. |
| JX0095 | BCRM000297-301. | DENIED. |
| JX0095 | BCRM000302-305. | GRANTED. |
| JX0095 | BCRM000306-307. | DENIED. |

**IT IS SO ORDERED.**

Dated: January 7, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2
Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART BROADCOM CORPORATION'S ADMINISTRATIVE MOTION TO SEAL