| | |
|---|---|
| CRAVATH, SWAINE & MOORE LLP<br>Gary A. Bornstein (*pro hac vice*)<br>gbornstein@cravath.com<br>Yonatan Even (*pro hac vice*)<br>yeven @cravath.com<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Richard S. Taffet (*pro hac vice*)<br>richard.taffet@morganlewis.com<br>101 Park Avenue<br>New York, NY 10178-0060<br>Telephone: (212) 309-0060<br>Facsimile: (212) 309-6001 | KEKER VAN NEST & PETERS LLP<br>Robert A. Van Nest<br>Eugene M. Paige<br>Justina K. Sessions<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 676-2289<br>Facsimile: (415) 397-7188<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Geoffrey T. Holtz (SBN 191370)<br>Geoffrey.holtz@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br><br>Attorneys for Defendant<br>QUALCOMM INCORPORATED<br><br>*Additional Counsel listed on the Signature Page* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>QUALCOMM INCORPORATED,<br>a Delaware corporation,<br><br>　　　　Defendant. | Case No. 5:17-CV-0220-LHK-NMC<br><br>**QUALCOMM'S STATEMENT REGARDING PUBLIC LICENSING INFORMATION** |

Pursuant to the Court's request on January 4, 2019 (Jan. 4. Tr. at 151:8-16, 152:10-13), and to assist the Court in considering motions to seal evidence to be presented at trial, Qualcomm hereby provides the following information regarding publicly available information about its licensing program.

Generally, Qualcomm has not sought to keep confidential information about the basic royalty rates it has sought as part of its licensing program. As the Court recognized, for example, it is well-publicized that, for portfolio-wide licenses (*i.e.*, licenses under both Qualcomm's SEPs and non-SEPs), Qualcomm has historically sought royalty rates of 5% of the net selling price of complete devices that implement 2G and/or 3G standards (whether or not the handsets also implement 4G LTE standards), subject to certain royalty caps. For example, as of April 2018, the maximum handset selling price (generally the licensee's wholesale selling price net of certain permissible deductions such as transportation, insurance, and other items) used to calculate the royalty owed to Qualcomm is $400.[1]

In December 2008, Qualcomm publicly announced that for handsets that implement 4G LTE standards only (*i.e.*, that do not implement 2G or 3G standards), "Qualcomm expects that it will charge royalties for a license under its standards essential LTE patents . . . of approximately 3.25% of the wholesale selling price of each such device, subject to reciprocity and other standard terms and conditions."[2]

In November 2017, in anticipation of the future release of 5G NR standards, Qualcomm publicly announced revised licensing terms as follows:

> Under Qualcomm's licensing program for cellular essential patents, the following royalty terms will apply on a worldwide basis to a license for Original Equipment Manufacturer (OEM) branded mobile handsets that

---

[1] https://www.qualcomm.com/media/documents/files/examples-of-royalties-for-smartphone-price-points.pdf

[2] https://www.qualcomm.com/media/documents/files/lte-wimax-patent-licensing-statement.pdf

**QUALCOMM'S STATEMENT REGARDING PUBLIC LICENSING INFORMATION**
17-CV-0220-LHK-NMC
1

implement the 5G NR standard, up to and including release 15 of the 3GPP specifications:

- An effective running royalty rate of 2.275% of the selling price of branded single-mode 5G handsets; and

- An effective running royalty rate of 3.25% of the selling price of branded multi-mode (3G/4G/5G) handsets.

. . .

In addition, Qualcomm will continue to offer licenses for OEM branded mobile handsets that include both Qualcomm's cellular standard essential patents as well as those patents not essential to the standard . . . at royalty rates of 4% of the selling price for branded single-mode handsets and 5% of the selling price for branded multi-mode handsets.[3]

Qualcomm noted in its November 2017 announcement that these terms are "generally consistent" with the terms of Qualcomm's Chinese Patent License Agreements ("CPLA").[4] The general terms of Qualcomm's CPLAs are likewise widely known:

For licenses of Qualcomm's 3G and 4G essential Chinese patents for branded devices sold for use in China, Qualcomm will charge royalties of 5% for 3G devices (including multimode 3G/4G devices) and 3.5% for 4G devices (including 3-mode LTE-TDD devices) that do not implement CDMA or WCDMA, in each case using a royalty base of 65% of the net selling price of the device.[5]

In addition, Qualcomm notes that the existence of a license agreement between Qualcomm and a particular counterparty (as opposed to the specific terms of the license agreement) is often not confidential, and Qualcomm discloses lists identifying many of its licensees on its website.[6]

---

[3] https://www.qualcomm.com/media/documents/files/qualcomm-5g-nr-royalty-terms-statement.pdf

[4] *Id.*

[5] https://investor.qualcomm.com/static-files/2a33b6bd-66bd-4977-8486-808386aac482

[6] https://www.qualcomm.com/invention/licensing

Dated: January 7, 2019                    Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP

*s/ Gary A. Bornstein*
Gary A. Bornstein
Yonatan Even
   Worldwide Plaza
      825 Eighth Avenue
         New York, NY 10019
            Telephone:  (212) 474-1000
               Facsimile:  (212) 474-3700
                  gbornstein@cravath.com

Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
KEKER, VAN NEST & PETERS LLP
   633 Battery Street
      San Francisco, CA 94111
         Telephone:  (415) 676-2289
            Facsimile:  (415) 397-7188
               rvannest@keker.com
               epaige@keker.com
               jsessions@keker.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
   101 Park Avenue
      New York, NY 10178
         Telephone:  (212) 369-6000
            Facsimile:  (212) 309-6001
               richard.taffet@morganlewis.com

Willard K. Tom
MORGAN, LEWIS & BOCKIUS LLP
   1111 Pennsylvania Avenue, N.W.
      Washington, DC 20004
         Telephone:  (202) 739-3000
            Facsimile:  (202) 739-3001
               willard.tom@morganlewis.com

| | |
|---|---|
| 1 | Geoffrey T. Holtz |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
| | One Market, Spear Street Tower |
| | San Francisco, CA 94105 |
| | Telephone: (415) 442-1000 |
| | Facsimile: (415) 442-1001 |
| | donn.pickett@morganlewis.com |
| | geoffrey.holtz@morganlewis.com |

*Attorneys for Qualcomm Incorporated*