UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>QUALCOMM INCORPORATED,<br><br>  Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 1063 |

Applying the compelling reasons standard, the Court DENIES the parties' joint administrative motion to file under seal the new information appearing in the FTC's Amended Exhibit List. ECF No. 1063.

**IT IS SO ORDERED.**

Dated: January 7, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge