Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Federal Trade Commission<br><br>Plaintiff(s),<br><br>v.<br><br>Qualcomm Incorporated<br><br>Defendant(s). | Case No: 17-00220<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Christopher Renner, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: MediaTek USA and MediaTek Inc. in the above-entitled action. My local co-counsel in this case is Steven Holtzman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
1401 New York Ave., N.W.
Washington, DC 20005

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
1999 Harrison Street, Suite 900
Oakland, CA 94612

MY TELEPHONE # OF RECORD:
(202) 237-2727

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(510) 574-1000

MY EMAIL ADDRESS OF RECORD:
crenner@bsfllp.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
sholtzman@bsfllp.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4406971.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/07/19

Christopher Renner
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Christopher Renner is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 7, 2019

*Lucy H. Koh*
UNITED STATES DISTRICT/MAGISTRATE JUDGE