# EXHIBIT B

# REDACTED VERSION OF DOCUMENT ORDERED TO BE SEALED

# BROADCOM CORPORATION

## SPECIAL MEETING OF THE BOARD OF DIRECTORS

MAY 30, 2014
4:00PM-5:00PM

## AGENDA

| Item | Description | Approval Required | Presenter(s) | Est. Time | Tab |
|---|---|---|---|---|---|
| I. | ACTION AND REVIEW ITEMS | | | | |
| | A. APPROVAL OF MINUTES | X | Henry Samueli | 1 min. | 1 |
| | B. FINANCIAL UPDATE | | Scott McGregor/ Eric Brandt | 15 min | 2 |
| | C. PROJECT BRUINS UPDATE | | Scott McGregor/ Eric Brandt | 20 min | 3 |
| | D. COMMUNICATIONS PLAN AND NEXT STEPS | | Scott McGregor/ Eric Brandt | 10 min. | 4 |
| | E. DISCUSSION AND APPROVAL OF BOARD RESOLUTIONS | X | Henry Samueli/ Art Chong | 15 min. | 5 |
| II. | ADJOURNMENT | | | | |

Exhibit QX 1002
Rango
Date: 2/13/18
P. Pyburn CSR 7304, RPR, CLR

*Broadcom Proprietary, Privileged and Confidential*

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

# Table of Contents

Tab 1 Approval of Minutes ..... 3
Tab 2 Financial Update ..... 28
Tab 3 Project Bruins Update ..... 35
Tab 4 Communications Plan and Next Steps ..... 41
Tab 5 Discussion and Approval of Board Resolutions ..... 51

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

# Tab 1 Approval of Minutes

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

**DRAFT RESOLUTIONS FOR CONSIDERATION BY THE BOARD OF DIRECTORS OF BROADCOM CORPORATION**

**May 30, 2014**

Approval of Minutes

RESOLVED, that the minutes of the meeting held May 13, 2014 as set forth to this Board of Directors be and hereby are approved.

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

**BROADCOM CORPORATION**

**MINUTES OF A MEETING OF THE BOARD OF DIRECTORS**

**May 13, 2014**

Pursuant to notice duly given or validly waived, the organizational meeting of the Board of Directors (the "Board") of Broadcom Corporation, a California corporation (the "Company"), was held at the offices of the Company on May 13, 2014, beginning at 8:00 a.m. Pacific Time. The following individuals, constituting all of the members of the Board, were present at the meeting:

Robert J. Finocchio, Jr.
Nancy H. Handel
Eddy W. Hartenstein
Maria M. Klawe, Ph.D.
John E. Major
Scott A. McGregor
William T. Morrow
Henry Samueli, Ph.D.
Robert E. Switz

Attending the meeting by invitation were Eric K. Brandt, Executive Vice President and Chief Financial Officer; Arthur Chong, Executive Vice President, General Counsel and Secretary; and Terri L. Timberman, Executive Vice President, Human Resources.

Dr. Samueli acted as Chairman. Mr. Chong acted as Secretary. Dr. Samueli called the meeting to order.

Approval of Minutes

Dr. Samueli presented minutes from the Board's meeting held February 13, 2014. Upon motion duly made and seconded, the Board unanimously adopted the following resolution:

RESOLVED, that the minutes of the meeting held February 13, 2014 as set forth to this Board of Directors be and hereby are approved.

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER



6 of 57

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

BCRM000256



7 of 57

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

BCRM000257



8 of 57

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

BCRM000258



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER



Adjournment and Recommencement

In light of the 2014 Annual Meeting of Shareholders, which was to begin at 10:00 a.m., upon motion duly made, seconded and unanimously carried, the meeting recessed at 9:45 a.m.

At 10:25 a.m. Pacific Time the following individuals, constituting all of the members of the Board, joined the meeting:

Robert J. Finocchio, Jr.
Nancy H. Handel
Eddy W. Hartenstein
Maria M. Klawe, Ph.D.
John E. Major
Scott A. McGregor
William T. Morrow
Henry Samueli, Ph.D.
Robert E. Switz

Ms. Timberman and Messrs. Brandt and Chong also joined the meeting.

Dr. Samueli, Chairman of the Board, called the meeting to order.

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER



BDMN 2014 05 13 (ORG).docx 18

22 of 57

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

BCRM000272



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

BCRM000273



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

BCRM000274



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

BCRM000275



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS
BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO
PROTECTIVE ORDER

BCRM000276

(j) to do all other acts which the Investment Committee may deem necessary for the proper conduct of the Investment Committee and the proper administration of the Plan, in accordance with the Plan and applicable laws, whether or not expressly authorized herein.

**2. Membership**

The Investment Committee shall consist of no fewer than three members. The Executive Vice President, Human Resources or, if none, the most-senior Human Resources officer ("Senior HR Officer") shall designate the members of the Investment Committee. In the event of a vacancy or vacancies resulting in the Investment Committee having fewer than three members, the then-current members of the Investment Committee may appoint sufficient interim members to bring the Investment Committee membership to three, who shall serve until the Senior HR Officer designates sufficient additional members to bring the Investment Committee membership to three.

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

BCRM000277

# Tab 2 Financial Update

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER



# CELLULAR PLAN

Board of Directors Meeting
May 30, 2014

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

BCRM000280



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

BCRM000281



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

BCRM000282



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

BCRM000283



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

BCRM000284

# Tab 3 Project Bruins Update

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

# PROJECT BRUINS DISCUSSION MATERIALS

May 2014

STRICTLY PRIVATE AND CONFIDENTIAL

**BRUINS**

J.P.Morgan

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

BCRM000287



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

BCRM000288



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

BCRM000289



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

BCRM000290

# Tab 4 Communications Plan and Next Steps

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

# CELLULAR - TIMELINE

BROADCOM.

June
July
Aug
Sept
6/2 – 6/6
6/9 – 6/13
6/16 – 6/20
6/23-6/27
6/30-7/4
7/7 – 7/11
7/14 – 7/18
7/21-7/25
7/28 -8/1
5/30 BoD Update
6/4-7 E. BRCM Tech Conference
6/2-3 E. Brandt SF-BofA Tech Conference
Employee Selections Due
Audit Committee Meeting
Employee Notifications 7/23-8/18
6/9-10 E. Brandt - NY Non Deal Roadshow
Solicit interest
Sell/Shut decision
Earnings Release

| T6/1 – 6/2 ime (PST) | Description |
|---|---|
| 6/1 7:00PM - 6/2 6:00AM | Samsung Notification |
| 4:00 AM | Press release on wire |
| 4:05 AM | CEO internal email to announce Employee All Hands |
| 4:00 AM - 8:30 AM | VIP Employee Calls (WCC Management) |
| 5:30AM - 12:00PM | VIP Customer Calls |
| 6:00 AM - 7:00 AM | Investor conference call |
| 7:00 AM - 12:00 PM | Investor/Analyst call backs |
| 9:30 AM - 11:00 AM | Employee All Hands in Irvine + webcast |
| 11:30AM - 10:00PM | EVP Team All Hands |

Broadcom Proprietary and Confidential © 2012 Broadcom Corporation. All rights reserved.

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

# FORM 8-K

## CURRENT REPORT

Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

Date of Report (Date of Earliest Event Reported): May 30, 2014

# Broadcom Corporation

(Exact name of registrant as specified in its charter)

| California | 000-23993 | 33-0480482 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| 5300 California Avenue, Irvine, California | 92617 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: (949) 926-5000

Not Applicable

Former name or former address, if changed since last report

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

[ ] Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
[ ] Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
[ ] Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
[ ] Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

**Item 2.06 Material Impairments.**

On June 2, 2014, Broadcom Corporation (the "Company" or "Broadcom") issued a press release announcing it is exploring strategic alternatives for its cellular baseband business, including a potential sale or wind-down. The full text of the press release is attached as Exhibit 99.1 to this Report and is hereby incorporated by reference herein. The Company's Board of Directors approved this decision on May 30, 2014. Unless the Company can successfully sell the cellular baseband business, the Company may likely record material non-cash charges for the impairment of certain long-term assets, including goodwill and purchased intangible assets, in the three months ending June 30, 2014. The Company is currently evaluating the recoverability of the assets related to the cellular baseband business. At this time, the Company is unable in good faith to estimate the amount or provide a range of amounts of any impairment charges.

Additionally, the Company is evaluating the number of employees and other resources necessary to support the ongoing business and may record material restructuring charges in connection with the wind-down or sale of the cellular baseband business, and more generally to right size the organization. At this time, the Company is unable in good faith to estimate the amount or provide a range of amounts of the restructuring charges.

Given that the Company is in the early stages of exploring strategic alternatives, the amount and timing of the impairment or restructuring charges is uncertain. The Company will amend this Current Report on Form 8-K, or disclose in another periodic filing with the Securities and Exchange Commission, the amount of any material impairment and restructuring charges once they are determinable.

**Cautions Regarding Forward-Looking Statements**

All statements included or incorporated by reference in this Current Report on Form 8-K, other than statements or characterizations of historical fact, are forward-looking statements within the meaning of the federal securities laws, including the Private Securities Litigation Reform Act of 1995. These forward-looking statements are based on the Company's current expectations, estimates and projections about its industry and business, management's beliefs, and certain assumptions made by Broadcom, all of which are subject to change. Forward-looking statements can often be identified by words such as "anticipates," "expects," "intends," "plans," "predicts," "believes," "seeks," "estimates," "may," "will," "should," "would," "could," "potential," "continue," "ongoing," similar expressions, and variations or negatives of these words. Examples of such forward-looking statements include, but are not limited to, the amount and timing of reduced research & development and selling, general & administrative expenses resulting from the exit of the cellular baseband business, the possibility of a sale or wind-down of such business, the Company's ability to drive growth through its planned reinvestments in its Broadband, Infrastructure and Connectivity businesses, and guidance provided on future revenue, product gross margin and operating expenses for the second quarter of 2014 (on both a GAAP and non-GAAP basis). These forward-looking statements are not guarantees of future results and are subject to risks, uncertainties and assumptions that could cause actual results to differ materially and adversely from those expressed in any forward-looking statement.

These risks and uncertainties include, but are not limited to the following:

- Broadcom's quarterly operating results may fluctuate significantly.
- Broadcom depends on a few significant customers for a substantial portion of its revenue.
- Broadcom faces intense competition.
- Broadcom manufactures and sells complex products and may be unable to successfully develop and introduce new products.
- Broadcom may fail to appropriately adjust its operations in response to changes in its strategy or market demand.
- Broadcom is exposed to risks associated with its international operations.
- Broadcom's business is subject to potential tax liabilities
- Broadcom's stock price is highly volatile.
- Broadcom's operating results may be adversely impacted by worldwide economic uncertainties and specific conditions in the markets it addresses.
- Broadcom may be required to defend against alleged infringement of intellectual property rights of others and/or may be unable to adequately protect or enforce its own intellectual property rights.
- Broadcom faces risks associated with its acquisition strategy.

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

- Broadcom may be unable to attract, retain or motivate key personnel.
- Broadcom is subject to order and shipment uncertainties.
- Broadcom depends on third parties to fabricate, assemble and test its products.
- Broadcom's systems are subject to security breaches and other cybersecurity incidents.
- Government regulation may adversely affect Broadcom's business.
- Broadcom's co-founders and their affiliates may strongly influence the outcome of matters that require the approval of Broadcom's shareholders.
- Broadcom's articles of incorporation and bylaws contain anti-takeover provisions.
- There can be no assurance that Broadcom will continue to declare cash dividends.
- Broadcom may be unable to successfully sell or wind down the cellular baseband business or realize the expected reduction in annualized research and development and selling, general and administrative expenses.
- There can be no assurance that Broadcom will be able to successfully grow or maintain its Connectivity business independent of the cellular baseband business.

Broadcom's Annual Report on Form 10-K for the year ended December 31, 2013, subsequent Quarterly Reports on Form 10-Q, recent Current Reports on Form 8-K, and other Securities and Exchange Commission filings discuss the foregoing risks as well as other important risk factors that could contribute to such differences or otherwise affect its business, results of operations and financial condition. The forward-looking statements in this Current Report on Form 8-K speak only as of this date. Broadcom undertakes no obligation to revise or update publicly any forward-looking statement to reflect future events or circumstances.

**Item 8.01 Other Events.**

The information set forth in Item 2.06 above is hereby incorporated by reference herein.

**Item 9.01. Financial Statements and Exhibits.**

(d) Exhibits.

99.1 Press release, dated June 2, 2014, of Broadcom Corporation.

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Broadcom Corporation

June 2, 2014

By: /s/ Eric K. Brandt

Name: Eric K. Brandt
Title. Executive Vice President and
Chief Financial Officer

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER



# Broadcom to Explore Strategic Alternatives for Cellular Baseband Business

*Company accelerates key initiatives in Broadband, Infrastructure and Connectivity Markets*

*Conference Call Webcasted at 6:00 am PT / 9.00 am ET www.broadcom.com/investors*

IRVINE, Calif., June 2, 2014 -- Broadcom Corporation (NASDAQ: BRCM), a global innovation leader in semiconductor solutions for wired and wireless communications, today announced it is exploring strategic alternatives for its cellular baseband business, including a potential sale or wind-down. The company has engaged investment bank JP Morgan in connection with its efforts.

The successful sale or wind-down of the cellular baseband business is currently expected to result in a roughly $700 million reduction in annualized GAAP research and development and selling, general and administrative expenses, of which approximately $100 million relates to estimated reductions in stock-based compensation. As such, non-GAAP research and development and selling, general and administrative expenses are currently expected to be reduced by roughly $600 million.

Broadcom currently expects to organically reinvest roughly $50 million of these savings on an annualized basis into projects in the Broadband, Infrastructure and Connectivity businesses. This incremental spending is currently expected to strengthen and accelerate the company's plans in the area of small cells, embedded processing and low-power connectivity.

Broadcom today also updated its business outlook for the second quarter of 2014. The company continues to expect revenue between $2.0 billion and $2.1 billion. The company expects both GAAP and non-GAAP product gross margin to be at or above the high end of the previously-guided range.

Broadcom will conduct a conference call with analysts and investors today at 6:00am Pacific Time (9:00am Eastern Time) and will broadcast the conference call via webcast over the Internet. To listen to the webcast, please visit the Investors section of Broadcom's website at www.broadcom.com/investors. The webcast will be recorded and available for replay, within 48 hours after the event, until 10:00 p.m. Pacific Time on July 2, 2014.

There can be no assurance that this exploration process will result in any transaction. The company does not intend to discuss developments with respect to the exploration of strategic alternatives in cellular baseband unless or until its Board of Directors has approved a definitive transaction or the process is otherwise complete.

**About Broadcom**

Broadcom Corporation (NASDAQ: BRCM), a FORTUNE 500® company, is a global leader and innovator in semiconductor solutions for wired and wireless communications. Broadcom® products seamlessly deliver voice, video, data and multimedia connectivity in the home, office and mobile environments. With the

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

industry's broadest portfolio of state-of-the-art system-on-a-chip solutions, Broadcom is changing the world by Connecting everything®. For more information, go towww.broadcom.com.

## Cautions Regarding Forward-Looking Statements

All statements included or incorporated by reference in this release and the related conference call for analysts and investors, other than statements or characterizations of historical fact, are forward-looking statements within the meaning of the federal securities laws, including the Private Securities Litigation Reform Act of 1995. These forward-looking statements are based on our current expectations, estimates and projections about our industry and business, management's beliefs, and certain assumptions made by us, all of which are subject to change. Forward-looking statements can often be identified by words such as "anticipates," "expects," "intends," "plans," "predicts," "believes," "seeks," "estimates," "may," "will," "should," "would," "could," "potential," "continue," "ongoing," similar expressions, and variations or negatives of these words. Examples of such forward-looking statements include, but are not limited to, the amount and timing of reduced research & development and selling, general & administrative expenses resulting from the exit of the cellular baseband business, the possibility of a sale or wind-down of such business, our ability to drive growth through our planned reinvestments in our Broadband, Infrastructure and Connectivity businesses, and guidance provided on future revenue, product gross margin and operating expenses for the second quarter of 2014 (on both a GAAP and non-GAAP basis). These forward-looking statements are not guarantees of future results and are subject to risks, uncertainties and assumptions that could cause our actual results to differ materially and adversely from those expressed in any forward-looking statement.

These risks and uncertainties include, but are not limited to the following:

- Our quarterly operating results may fluctuate significantly.
- We depend on a few significant customers for a substantial portion of our revenue.
- We face intense competition.
- We manufacture and sell complex products and may be unable to successfully develop and introduce new products.
- We may fail to appropriately adjust our operations in response to changes in our strategy or market demand.
- We are exposed to risks associated with our international operations.
- Our business is subject to potential tax liabilities.
- Our stock price is highly volatile.
- Our operating results may be adversely impacted by worldwide economic uncertainties and specific conditions in the markets we address.
- We may be required to defend against alleged infringement of intellectual property rights of others and/or may be unable to adequately protect or enforce our own intellectual property rights.
- We face risks associated with our acquisition strategy.
- We may be unable to attract, retain or motivate key personnel.
- We are subject to order and shipment uncertainties.
- We depend on third parties to fabricate, assemble and test our products.
- Our systems are subject to security breaches and other cybersecurity incidents.
- Government regulation may adversely affect our business.

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

- Our co-founders and their affiliates may strongly influence the outcome of matters that require the approval of our shareholders.
- Our articles of incorporation and bylaws contain anti-takeover provisions.
- There can be no assurance that we will continue to declare cash dividends.
- We may be unable to successfully sell or wind down the cellular baseband business or realize the expected reduction in annualized research and development and selling, general and administrative expenses.
- There can be no assurance that we will be able to successfully grow or maintain our Connectivity business independent of the cellular baseband business.

Broadcom's Annual Report on Form 10-K for the year ended December 31, 2013, subsequent Quarterly Reports on Form 10-Q, recent Current Reports on Form 8-K, and other Securities and Exchange Commission filings discuss the foregoing risks as well as other important risk factors that could contribute to such differences or otherwise affect our business, results of operations and financial condition. The forward-looking statements in this release speak only as of this date. We undertake no obligation to revise or update publicly any forward-looking statement to reflect future events or circumstances.

**BROADCOM CORPORATION**
**Updated Guidance for the Three Months Ending June 30, 2014**

| | Reported Three Months Ended March 31, 2014 | Prior Guidance Three Months Ending June 30, 2014 | Updated Guidance Three Months Ending June 30, 2014 |
|---|---|---|---|
| Total net revenue | $1 984 billion | ~$2.0 - ~$2.1 billion | ~$2 0 - $2.1 billion |
| Product gross margin (GAAP) | 49 4% | Up ~100 to ~200 bps | At or above the high end of the previously-guided range |
| Product gross margin (Non-GAAP) | 52.2% | Up ~75 - ~175 bps | At or above the high end of the previously-guided range |
| Research & development and selling, general, and administrative expenses (GAAP) | $821 million | Flat to up ~$20 million | Flat to up ~$20 million |
| Research & development and selling, general, and administrative expenses (Non-GAAP) | $706 million | Down ~$5 to up ~$15 million | Down ~$5 to up ~$15 million |

Broadcom has based the preceding guidance for the three months ending June 30, 2014 on expectations, assumptions and estimates that we believe are reasonable given our assessment of historical trends and other information reasonably available as of June 2, 2014. Our guidance consists of predictions only, however, and is subject to a wide range of known and unknown business risks and uncertainties, many of which are beyond our control. The forecasts and projections contained in the table above should not be regarded as representations by Broadcom that the estimated results will be achieved. Projections and estimates are necessarily speculative in nature and actual results may vary materially from the guidance we provide today. The non-GAAP guidance presented above is calculated in a manner consistent with the presentation of non-GAAP results as reported in our April 24, 2014 press release covering Broadcom's first quarter 2014 results.

The guidance set forth in the above table should be read together with the information under the caption, "Cautions Regarding Forward-Looking Statements" above, our Annual Report on Form 10-K for the year

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

ended December 31, 2013, subsequent Quarterly Reports on Form 10-Q, recent Current Reports on Form 8-K, and our other Securities and Exchange Commission filings. We undertake no obligation to publicly update or revise any forward-looking statements, including the guidance set forth herein, to reflect future events or circumstances.

**Note Regarding Use of Non-GAAP Financial Measures**

Broadcom believes that the presentation of the non-GAAP measures included herein provides important supplemental information to management and investors regarding financial and business trends relating to our financial condition and results of operations. Broadcom's management believes that the use of these non-GAAP financial measures provides consistency and comparability among and between results from prior periods or forecasts and future prospects, and also facilitates comparisons with other companies in our industry, many of which use similar non-GAAP financial measures to supplement their GAAP results. Broadcom's management has historically used these non-GAAP financial measures when evaluating operating performance, because we believe that the inclusion or exclusion of the items in these measures provides insight into our core operating results, our ability to generate cash and underlying business trends affecting our performance. Broadcom has chosen to provide this information to investors to enable them to perform additional analysis of past, present and future operating performance and as a supplemental means to evaluate our ongoing core operations. The non-GAAP financial information presented herein should be considered supplemental to, and not as a substitute for, or superior to, financial measures calculated in accordance with GAAP.

*Broadcom®, the pulse logo, Connecting everything®, the Connecting everything logo are among the trademarks of Broadcom Corporation and/or its affiliates in the United States, certain other countries and/or the EU. Any other trademarks or trade names mentioned are the property of their respective owners.*

**Press**
Karen Kahn
Vice President, Communications
949-926-3139
kkahn@broadcom.com

**Investors**
Chris Zegarelli
Senior Director, Investor Relations
949-926-7567
czegarel@broadcom.com

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

# Tab 5 Discussion and Approval of Board Resolutions

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS
BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO
PROTECTIVE ORDER

BCRM000302



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

BCRM000303

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

**IV. General Authorizations**

Filings

RESOLVED, that the appropriate officers of and counsel for the Company be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to do or cause to be done all such acts or things and to execute, deliver, acknowledge, file and record, or cause to be delivered, acknowledged, filed and recorded, all such agreements, documents, instruments and certificates (including, but not limited to, all notices and certificates required or permitted to be given or made under the terms of any of the agreements approved herein or to comply with the Securities Act of 1933, as amended, and the Securities and Exchange Act of 1934, as amended), for and in the name and on behalf of the Company or otherwise, as such officer or officers of the Company executing the same shall deem necessary, advisable or appropriate to effectuate or carry out the purposes and intent of the foregoing resolutions and to perform the obligations of the Company under the agreements and instruments referred to therein, such determination to be conclusively evidenced by the taking of any such action or the execution and delivery of any such instrument by such officer or officers; and

Secretary's Certificates

RESOLVED FURTHER, that the Secretary or any Assistant Secretary of the Company be, and each them hereby is, authorized to prepare and to certify as a resolution of this Board such additional resolutions as such officer, acting upon advice of counsel to the Company, shall deem necessary or advisable to accomplish the purposes of the foregoing resolutions, such determination to be conclusively evidenced by the taking of any such action by the Secretary or any Assistant Secretary of the Company; and

General Authority

RESOLVED FURTHER, that in addition to the specific authorizations set forth in any of the foregoing resolutions, the appropriate officers of the Company be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to take or cause to be taken any and all actions, as any of them in their discretion deems necessary, appropriate or advisable to effect the transactions contemplated in and the purposes and intents of the foregoing resolutions, such determination to be conclusively evidenced by the taking of any such action or the execution and delivery of any such instrument by such officer or officers; and

RESOLVED FURTHER, that all actions taken and all documents executed by the officers of the Company, or any person or persons designated and authorized to act by any of them, prior to the adoption of these resolutions in connection with the transactions described above, be and hereby are ratified, confirmed, approved and adopted in all respects.

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY CONTAINS BROADCOM CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER