1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, | Case No. 17-CV-00220-LHK |
|---|---|
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART QUALCOMM'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| QUALCOMM INCORPORATED, | Re: Dkt. No. 1142 |
| Defendant. | |

Applying the compelling reasons standard, the Court rules on Qualcomm's request to seal as follows:

| Document | Page/Line | Ruling |
|---|---|---|
| JX0006 | § 3.1 | GRANTED. |
| JX0006 | § 5.2.1 | GRANTED. |
| JX0006 | § 5.2.2 | GRANTED. |
| JX0006 | § 5.2.3 | GRANTED. |
| JX0006 | § 5.4 | GRANTED. |
| JX0006 | § 6.2.1 | GRANTED. |
| JX0006 | § 6.2.2 | GRANTED. |
| JX0006 | § 7.1 | GRANTED. |
| JX0006 | § 26 | GRANTED. |
| JX0006 | § 1, Side Agreement | GRANTED. |
| JX0006 | § 2, Side Agreement | GRANTED. |

| Document | Page/Line | Ruling |
|---|---|---|
| JX0047 | First paragraph on page 2 | GRANTED. |
| JX0047 | "Catastrophic Event" selections | GRANTED. |
| JX0047 | "Catastrophic Event Inception Date" selections | GRANTED. |
| JX0047 | "Solely for purposes" selections | GRANTED. |
| JX0047 | Definition on page 5 | GRANTED. |
| JX0047 | Selected paragraphs on pages 6-9 | GRANTED. |
| JX0047 | "Minimum rate" definition | GRANTED. |
| JX0047 | Selected definitions on pages 10-11 | GRANTED. |
| JX0047 | "Solely for purposes" selections | GRANTED. |
| JX0047 | Selected definitions on pages 13-14 | GRANTED. |
| JX0047 | Selected definitions on pages 15-16 | GRANTED. |
| JX0047 | § 2 | GRANTED. |
| JX0047 | § 4.1.1 | GRANTED. |
| JX0047 | §§ 4.1.1.1-4.1.2 | GRANTED. |
| JX0047 | § 4.1.3 | GRANTED. |
| JX0047 | § 4.14 | GRANTED. |
| JX0047 | § 4.2.3 | GRANTED. |
| JX0047 | § 4.4.1 | GRANTED. |
| JX0047 | § 4.4.2 | GRANTED. |
| JX0047 | §§ 4.4.3-4.4.5 | GRANTED. |
| JX0047 | § 5.3.3 | DENIED. |
| JX0047 | § 5.4.2 | GRANTED. |
| JX0047 | § 5.7 | DENIED. |
| JX0047 | § 5.8 | GRANTED. |
| JX0047 | § 6.1 | GRANTED. |
| JX0047 | §§ 7.1-7.4 | GRANTED. |
| JX0047 | § 12 | GRANTED. |
| JX0047 | Selection after "Designated Patents" for Exhibit E-1 | GRANTED. |

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART QUALCOMM'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

| Document | Page/Line | Ruling |
|---|---|---|
| JX0047 | Lists after "Current Patent Pools" in Exhibits A-1, A-2, A-3, A-4 | DENIED as to Exhibits A-1 and A-2, but GRANTED as to Exhibits A-3 and A-4. |
| JX0047 | Exhibit C | GRANTED. |
| JX0047 | Exhibit E-1 | GRANTED. |
| JX0122 | Definition of "Designated Third Party" | GRANTED. |
| JX0122 | Definition portions on page 4 | GRANTED. |
| JX0122 | Definition of "Other Components" | GRANTED. |
| JX0122 | § 2.1 | GRANTED. |
| JX0122 | § 2.2 | GRANTED. |
| JX0122 | § 4.1.3 | GRANTED. |
| JX0122 | § 4.4 | DENIED as to first paragraph of § 4.1.2.2 "Arbitration," but otherwise GRANTED. |
| JX0122 | § 5.3.7 | DENIED, except for definitions in (i)-(iii). |
| JX0122 | § 5.5 | DENIED. |
| JX0122 | § 6.2 | GRANTED. |
| JX0122 | § 7 | GRANTED. |
| JX0122 | § 17.2 | GRANTED. |
| JX0122 | § 17.3 | GRANTED. |
| JX0122 | Figures in "High/Mid/Low Chipset Launch" | GRANTED. |
| JX0122 | Figures in § 2 of Execution Version | GRANTED. |
| JX0122 | § 1.1 of Settlement Agreement | DENIED as to §§1.1(iii), (iv), (v), and (vi), but otherwise GRANTED. |
| JX0122 | § 1.3 | DENIED as to § 1.3(iv), but otherwise GRANTED. |
| JX0122 | § 2 | GRANTED. |
| JX0122 | §§ 3.1-3.9 | DENIED. |
| JX0122 | Exhibit A | GRANTED. |
| JX0122 | § 3.1 of Patent Commitment Agreement | GRANTED. |
| JX0122 | § 5.1.2 | GRANTED. |

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART QUALCOMM'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

| Document | Page/Line | Ruling |
|---|---|---|
| JX0122 | § 2.1 of Technical Collaboration Agreement | GRANTED. |
| JX0122 | § 2.2 | GRANTED. |
| JX0122 | § 2.4 | GRANTED. |
| JX0122 | § 4.3.2 | GRANTED. |
| JX0122 | Exhibit B | GRANTED. |
| JX0122 | Schedule 1 | GRANTED. |

**IT IS SO ORDERED.**

Dated:  January 7, 2019

_____
LUCY H. KOH
United States District Judge

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART QUALCOMM'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL