Mark D. Selwyn (SBN: 244180)
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

William F. Lee (*pro hac vice*)
Joseph J. Mueller (*pro hac vice*)
Mark A. Ford (*pro hac vice*)
Timothy Syrett (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

*Attorneys for Non-Party Intel Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**DECLARATION OF EVANGELINA ALMIRANTEARENA ON BEHALF OF NON-PARTY INTEL CORPORATION IN SUPPORT ITS ADMINISTRATIVE MOTION TO SEAL CONFIDENTIAL INFORMATION PURSUANT TO L.R. 7-11 & 79-5**<br><br>Courtroom: 8, 4th Floor<br>The Honorable Lucy H. Koh |

Case No. 5:17-CV-00220-LHK    Almirantearena Declaration ISO Non-Party Intel's Administrative Motion to Seal Confidential Information Pursuant to L.R. 7-11 & 79-5

ActiveUS 171183295v.1

I, Evangelina Almirantearena, declare as follows:

1. I am Vice President, Associate General Counsel, Antitrust and Commercial Litigation at Intel Corporation ("Intel"), where I have been employed for more than fourteen years. I received a Bachelor of Arts degree in International Relations and Affairs from Stanford University and a juris doctor degree from the University of California Berkeley School of Law. I am licensed to practice law in California. I am familiar with the facts set forth herein and, if called as a witness, I could and would testify competently to those facts under oath.

2. I respectfully submit this declaration in support of non-party Intel's Administrative Motion to Seal Confidential Information Pursuant to Local Rules 7-11 and 79-5.

3. In my role as Associate General Counsel at Intel, in which I supervise Intel litigation and provide legal advice to Intel business units, I am familiar with Intel's mobile business, including its sale of baseband chipsets. Further, I am also familiar with what Intel considers competitively sensitive information and the steps that Intel generally takes to prevent public disclosure of such information.

4. I am informed that in the above-captioned lawsuit, Qualcomm Incorporated ("Qualcomm") and the Federal Trade Commission ("FTC") have identified certain Intel documents that they may seek to admit as trial exhibits during the testimony of Aichatou ("Aicha") Evans, Senior Vice President and Chief Strategy Officer at Intel.

5. The documents identified below, which are a subset of those identified by Qualcomm and the FTC as potential trial exhibits, are internal Intel documents relating to Intel's mobile business, including its sale of baseband chipsets. The portions of these exhibits that Intel seeks to redact contain sensitive commercial information, including regarding Intel's business strategies, product plans or product roadmaps, margins, pricing, cost structure, and specific

Case No. 5:17-CV-00220-LHK   1   Almirantearena Declaration ISO Non-Party Intel's Administrative Motion to Seal Confidential Information Pursuant to L.R. 7-11 & 79-5

ActiveUS 171183295v.1

financial targets.  To the best of my knowledge, the portions of these documents for which Intel seeks redaction contain information that has never been disclosed publicly.  The disclosure of this information would cause Intel harm by disadvantaging Intel in negotiations with current or future business partners and/or by providing Intel's competitors (including Qualcomm, which I presume will have representatives in the courtroom) with information that they could use to gain a competitive advantage against Intel.  I am informed and understand that Qualcomm and the FTC have proposed adopting a presumption that documents created more than thirty-six months ago would not be sealed.  For any documents identified below that are thirty-six months or older, the information that Intel seeks to seal continues to be competitively sensitive because it relates to Intel's current strategies and/or provides insight into the financial structure of Intel's mobile business, including cost and pricing information and the efficiency of its investments.

    6.    Below I describe the information that Intel seeks to seal for each exhibit:

        a.    **JX0104** (INTEL-QCOM008124586 - INTEL-QCOM008124663) (Syrett Decl. Ex. 1):[1]  This exhibit contains a 2015 presentation that provides a detailed description of Intel's strategy for the fifth generation or 5G cellular communication standard, which is still in development and has not yet been commercialized.  The portions Intel seeks to seal contain information regarding: Intel's strategy for 5G, including its valuation of available business opportunities and areas of technological focus; Intel's research and development costs, allocations, and areas of emphasis; Intel's expectations of Qualcomm's 5G strategy and steps that Intel intends to take in response; and analysis of potential joint ventures and strategy for such ventures.

---

[1] Each of the exhibits discussed herein is being filed concurrently as an exhibit to the Declaration of Timothy Syrett ("Syrett Declaration").

Case No. 5:17-CV-00220-LHK     2     Almirantearena Declaration ISO Non-Party
Intel's Administrative Motion to Seal
Confidential Information Pursuant to L.R. 7-11
& 79-5

ActiveUS 171183295v.1

b. **JX0117** (INTEL-QCOM002458604 - INTEL-QCOM002458670) (Syrett Decl. Ex. 2): This exhibit contains a 2016 presentation regarding strategy for Intel's Communications Devices Group (ICDG). The portions Intel seeks to seal contain information regarding: ICDG's financial status and goals; Intel's valuation of and strategy for specific mobile product segments; Intel's product plans and roadmaps, including specific product features and areas of focus; details of Intel's R&D spending, including projected spending on areas of focus; and strategy and analysis of pricing and cost of production.

c. **QX0089** (INTEL-QCOM000354039 - INTEL-QCOM000354044) (Syrett Decl. Ex. 3): This exhibit is a 2016 whitepaper containing an analysis of Intel's efforts to develop mobile systems on a chip—i.e., a product that incorporates a cellular chipset along with an applications processor. The portions Intel seeks to seal contain information regarding: Intel's non-public research and development expenditures; the financial status of Intel's mobile business; detailed evaluation and analysis of Intel's products; and details of Intel's strategy for product development and production.

d. **QX0092** (INTEL-QCOM007957504 - INTEL-QCOM007957535) (Syrett Decl. Ex. 4): This exhibit contains a 2015 analysis of Intel's research and development spending compared with that of other baseband chipset suppliers. The portions Intel seeks to seal contain information regarding: Intel's non-public research and development expenditures and details of Intel's product planning, including particular features of contemplated products.

Case No. 5:17-CV-00220-LHK   3   Almirantearena Declaration ISO Non-Party Intel's Administrative Motion to Seal Confidential Information Pursuant to L.R. 7-11 & 79-5

ActiveUS 171183295v.1

e. **QX0094** (INTEL-QCOM000487295 - INTEL-QCOM000487302) (Syrett Decl. Ex. 5): This exhibit is a 2016 email thread discussing Intel's production of baseband chipsets. The portions Intel seeks to seal contain information regarding: Intel's detailed strategy for cost reduction in its production of baseband chipsets; and analysis of Intel's products.

f. **QX0095** (INTEL-QCOM002236311 - INTEL-QCOM002236327) (Syrett Decl. Ex. 6): This exhibit contains a 2017 presentation regarding a pricing proposal from Intel to Apple for baseband chipsets. The portions Intel seeks to redact contain information regarding: Intel's prices, pricing proposals, and pricing strategy; detailed technical analysis of Intel's products; Intel's valuation of future business opportunities; and Intel's business strategy.

g. **CX1598** (INTEL-QCOM000420594 INTEL-QCOM000420607) (Syrett Decl. Ex. 7): This exhibit contains an email and presentation regarding Intel's acquisition of Via Telecom. The portions Intel seeks to seal contain information regarding: Intel's financial valuation of the transaction; and summaries of terms of license agreements implicated by the transaction.

7. I also understand that parties may attempt to elicit testimony from Ms. Evans regarding Intel's 4G and 5G baseband chipset business, including regarding information that Intel seeks to seal in the trial exhibits described above. Information concerning Intel's margins, profitability, or cost structure relating to 4G or 5G baseband chipsets and Intel's future plans for products (or product roadmaps), future competitive position with respect to 4G or 5G chipsets, or information regarding the status of negotiations with potential baseband chipset customers (including disclosure of confidential prospective customers) is highly valuable and competitively

Case No. 5:17-CV-00220-LHK    4    Almirantearena Declaration ISO Non-Party Intel's Administrative Motion to Seal Confidential Information Pursuant to L.R. 7-11 & 79-5

ActiveUS 171183295v.1

sensitive. Intel treats this information as highly confidential and has not publicly disclosed such detailed information relating to its business. Intel maintains an active baseband chipset business, and public disclosure of detailed confidential information relating to Intel's 4G and 5G baseband chipset business would cause Intel substantial harm because it could disadvantage Intel in future negotiations with current or potential business partners and reveal confidential information to Intel's competitors.

| Case No. 5:17-CV-00220-LHK | 5 | Almirantearena Declaration ISO Non-Party Intel's Administrative Motion to Seal Confidential Information Pursuant to L.R. 7-11 & 79-5 |

ActiveUS 171183295v.1

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: January 7, 2019

By: _____
Evangelina Almirantearena

Case No. 5:17-CV-00220-LHK   6   Almirantearena Declaration ISO Non-Party Intel's Administrative Motion to Seal Confidential Information Pursuant to L.R. 7-11 & 79-5

ActiveUS 171173559v.5