Mark D. Selwyn (SBN: 244180)
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

William F. Lee (*pro hac vice*)
Joseph J. Mueller (*pro hac vice*)
Mark A. Ford (*pro hac vice*)
Timothy Syrett (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

*Attorneys for Non-Party Intel Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**DECLARATION OF TIMOTHY SYRETT ON BEHALF OF NON-PARTY INTEL CORPORATION IN SUPPORT OF ITS ADMINISTRATIVE MOTION SEAL CONFIDENTIAL INFORMATION PURSUANT TO L.R. 7-11 & 79-5**<br><br>Courtroom: 8, 4th Floor<br>The Honorable Lucy H. Koh |

Case No. 5:17-CV-00220-LHK      Syrett Declaration ISO Non-Party Intel's Administrative Motion to Seal Confidential Information Pursuant to L.R. 7-11 & 79-5

ActiveUS 171174428v.1

I, Timothy Syrett, declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for non-party Intel Corporation ("Intel") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts and am admitted to practice *pro hac vice* before the U.S. District Court for the Northern District of California. I am familiar with the facts set forth herein and, if called as a witness, I could and would testify competently to those facts under oath.

2. I respectfully submit this declaration in support of non-party Intel's Administrative Motion to Seal Confidential Information Pursuant to Local Rules 7-11 and 79-5.

3. On January 6, 2019, pursuant to the Court's December 13, 2018 Order (ECF No. 1003) and instructions given at the Pretrial Conference, defendant Qualcomm Incorporated ("Qualcomm") and plaintiff Federal Trade Commission ("FTC") informed Intel of the trial exhibits produced by Intel that they anticipate presenting at trial on January 8, 2019.

4. I have reviewed the Intel trial exhibits that Qualcomm and the FTC may present at trial on January 8, 2019. Intel seeks to seal portions of seven of the twelve Intel exhibits that Qualcomm and the FTC have identified as ones they may offer at trial on January 8, 2019.

5. Attached hereto as **Exhibits 1-7** are the seven exhibits that Qualcomm and the FTC have identified and of which Intel seeks to seal portions. Intel has marked for redaction portions of **Exhibits 1-7** containing highly sensitive information, including concerning Intel's business strategies, product plans or roadmaps, margins, pricing, cost structure, and specific financial targets. In the versions filed under seal, the portions Intel seeks to seal are marked with red boxes (or in the case of QX0092, which already contains red boxes, Intel has added orange boxes). The accompanying Proposed Order lists each page of each exhibit on which Intel has marked information that it seeks to seal.

Case No. 5:17-CV-00220-LHK   1   Syrett Declaration ISO Non-Party Intel's Administrative Motion to Seal Confidential Information Pursuant to L.R. 7-11 & 79-5

ActiveUS 171174428v.1

6. Attached hereto with proposed redactions as **Exhibit 1** is proposed trial exhibit **JX0104** (INTEL-QCOMM008124586 – INTEL-QCOM008124656[1]), containing a June 2015 PowerPoint presentation entitled "5G CSD MCM Review." This exhibit is designated "Intel Highly Confidential – Outside Attorneys' Eyes Only" under the protective order in this litigation.

7. Attached hereto with proposed redactions as **Exhibit 2** is proposed trial exhibit **JX0117** (INTEL-QCOM002458604 - INTEL-QCOM002458670), containing a 2016 PowerPoint presentation entitled "ICDG PGBP Strategy Update." This exhibit is designated "Intel Highly Confidential – Outside Attorneys' Eyes Only" under the protective order in this litigation.

8. Attached hereto with proposed redactions as **Exhibit 3** is proposed trial exhibit **QX0089** (INTEL-QCOM000354039 - INTEL-QCOM000354044), contains a document entitled "Mobile Best in Class/14 nm Whitepaper." This exhibit is designated "Intel Highly Confidential – Outside Attorneys' Eyes Only" under the protective order in this litigation.

9. Attached hereto with proposed redactions as **Exhibit 4** is proposed trial exhibit **QX0092** (INTEL-QCOM007957504 - INTEL-QCOM007957535), containing a July 2015 PowerPoint presentation entitled "Mobile R&D Benchmarking." This exhibit is designated "Intel Highly Confidential – Outside Attorneys' Eyes Only" under the protective order in this litigation.

10. Attached hereto with proposed redactions as **Exhibit 5** is proposed trial exhibit **QX0094** (INTEL-QCOM000487295 - INTEL-QCOM000487302), a September 2016 email

---

[1] The Bates range for JX0104 provided by counsel for Qualcomm is INTEL-QCOM008124586 - INTEL-QCOM008124663. The pages for bates range INTEL-QCOM008124657 - INTEL-QCOM008124663 consist of images from within the PowerPoint presentation that appear to have been generated as separate files during production by Intel. Those pages are not included herein because they are duplicative of images within the PowerPoint found at INTEL-QCOM008124587 - INTEL-QCOM008124656.

Case No. 5:17-CV-00220-LHK                2        Syrett Declaration ISO Non-Party Intel's
                                                   Administrative Motion to Seal Confidential
                                                   Information Pursuant to L.R. 7-11 & 79-5

ActiveUS 171174428v.1

memorandum with the subject "7360 1$ [sic] Cost Challenge – Response." This exhibit is designated "Intel Highly Confidential – Outside Attorneys' Eyes Only" under the protective order in this litigation.

11. Attached hereto with proposed redactions as **Exhibit 6** is proposed trial exhibit **QX0095** (INTEL-QCOM002236311 - INTEL-QCOM002236327), containing a May 2017 PowerPoint entitled "ICE Multi-generational LTE Pricing Proposal." This exhibit is designated "Intel Highly Confidential – Outside Attorneys' Eyes Only" under the protective order in this litigation.

12. Attached hereto with proposed redactions as **Exhibit 7** is proposed trial exhibit **CX1598** (INTEL-QCOM000420594 - INTEL-QCOM000420607), containing an email and a July 2015 Executive Office Review detailing the acquisition and integration of Via Technologies. This exhibit is designated "Intel Highly Confidential – Outside Attorneys' Eyes Only" under the protective order in this litigation.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: January 7, 2019

By: /s/ Timothy Syrett
     Timothy Syrett

Case No. 5:17-CV-00220-LHK     3     Syrett Declaration ISO Non-Party Intel's Administrative Motion to Seal Confidential Information Pursuant to L.R. 7-11 & 79-5

ActiveUS 171174428v.1