UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER FOR SAMSUNG TO FILE REVISED REDACTED PUBLIC VERSIONS OF DOCUMENTS SOUGHT TO BE SEALED** |

On Sunday, January 6, 2019, the Court granted in part and denied in part Samsung's motion to seal portions of three exhibits containing agreements between Qualcomm and Samsung. ECF No. 1144. On Monday, January 7, 2019, the Court granted in part and denied in part Qualcomm's motion to seal other portions of the same three exhibits. ECF No. 1174. By Tuesday, January 8, 2019, at 5:00 p.m., Samsung shall file revised redacted public versions of the exhibits consistent with the Court's sealing rulings.

**IT IS SO ORDERED.**

Dated: January 7, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-00220-LHK
ORDER FOR SAMSUNG TO FILE REVISED REDACTED PUBLIC VERSIONS OF DOCUMENTS SOUGHT TO BE SEALED