## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 5:17-cv-00220-LHK
Case Name: Federal Trade Commission v. Qualcomm Incorporated

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Lucy H. Koh | Jennifer Milici | Robert Van Nest |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| January 7, 2019 | Lee-Anne Shortridge, Irene Rodriguez | Elizabeth Garcia |

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 9:04 am | | | Trial continues. Defense colloquy with the court on sealing motion. The Court makes oral ruling. |
| PD | | 9:15 am | | | Continued video deposition of Nanfen (Nancy) Yu. |
| | | 9:42 am | | | End of video deposition of Nanfen (Nancy) Yu. Not subject to recall. |
| PD | | 9:49 am | | | Counsel for Plaintiff calls Steven Altman. Counsel for Plaintiff moves to admit exhibits. No objections. The exhibits were admitted: |
| JX | | 9:49 am | X | X | JX 0003 |
| CX | | | X | X | CX 6983 |
| CX | | | X | X | CX 6729 |
| CX | | 10:02 am | X | X | CX 8281 |
| JX | | 10:05 am | X | X | JX 0030 |
| CX | | 10:06 am | X | X | CX 7141 |
| CX | | 10:08 am | X | X | CX 6987 |
| CX | | 10:09 am | X | X | CX 6979 |
| CX | | 10:11 am | X | X | CX 7799 |
| CX | | 10:12 am | X | X | CX 8177 |
| CX | | 10:13 am | X | X | CX 6980 |
| CX | | 10:14 am | X | X | CX 6663 |
| CX | | 10:14 am | X | X | CX 6992 |
| CX | | 10:25 am | X | X | CX 7886 |
| | DX | 10:29 am | | | Cross examination of Steven Altman |
| | | 10:35 am | | | The court takes the mid-morning recess. |
| | | 10:54 am | | | Proceedings resume with cross examination of Steven Altman. |
| | | | | | *Refer to the court transcript for official trial time and exhibits |

Case No: 5:17-cv-00220-LHK
Case Name: Federal Trade Commission v. Qualcomm Incorporated
Date: January 7, 2019
Courtroom Deputy: Elizabeth Garcia   Court Reporter: Lee-Anne Shortridge, Irene Rodriguez

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | Counsel for Defendant moves to admit exhibits. No objections. The exhibits were admitted. JX 0006 was requested to be sealed. Request was granted: |
| JX | | 10:55 am | X | X | JX 0001 |
| JX | | 10:59 am | X | X | JX 0002 |
| JX | | 11:01 am | X | X | JX 0004 |
| JX | | 11:04 am | X | X | JX 0005 |
| QX | | 11:07 am | X | X | QX 9268 |
| QX | | 11:08 am | X | X | QX 9262 |
| JX** | | 11:11 am | X | X | JX 0006 (Sealed) |
| PRD | | 11:30 am | | | Redirect of Steven Altman |
| | | 11:37 am | | | No re-cross. Court inquires if witness is excused and subject to recall. Witness is not subject to recall. Witness is excused. |
| PD | | 11:38 am | | | Counsel for plaintiff calls next witness, David Aberle. Counsel for Plaintiff moves to admit exhibits. No objections. The exhibits were admitted: |
| CX | | 11:42 am | X | X | CX 6469 |
| CX | | 11:44 am | X | X | CX 7650 |
| JX | | 11:49 am | X | X | JX 00063 |
| JX | | 11:52 am | X | X | JX 00072 |
| CX | | 11:54 am | X | X | CX 6974 |
| CX | | 11:56 am | X | X | CX 6998 |
| CX | | 12:02 pm | X | X | CX 5231 |
| | | 12:02 pm | | | The Court takes the lunch recess. |
| | | 1:07 pm | | | Proceedings resume. Court holds colloquy with counsel re sealing portions of exhibits. |
| | | 1:14 pm | | | Continued direct of witness David Aberle. Counsel for Plaintiff moves to admit exhibits. No objections. The exhibits were admitted: |
| CX | | 1:20 pm | X | X | CX 6658 |
| CX | | 1:25 pm | X | X | CX 7105 |
| | | | | | *Refer to the court transcript for official trial time and exhibits **Sealed |

Case No: 5:17-cv-00220-LHK
Case Name: Federal Trade Commission v. Qualcomm Incorporated
Date: January 7, 2019
Courtroom Deputy: Elizabeth Garcia   Court Reporter: Lee-Anne Shortridge, Irene Rodriguez

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| CX | | 1:30 pm | X | X | CX 6556 |
| | DX | 1:34 pm | | | Cross examination of David Aberle. Counsel for Defendant moves to admit exhibits. No objections. The exhibits were admitted: |
| | QX | 1:45 pm | X | X | QX 9120 |
| | QX | 1:48 pm | X | X | QX 9212 |
| | QX | 1:58 pm | X | X | QX 9124 |
| PRD | | 2:08 pm | | | Redirect examination of David Aberle. |
| | | 2:18 pm | | | No re-cross examination. Witness not subject to recall. Witness is excused. |
| | | 2:19 pm | | | The Court takes the mid afternoon recess. |
| | | 2:32 pm | | | Processing resume. Colloquy with counsel regarding public and request to seal testimony. The Court will proceed with testimony of witness Finbarr Moynihan in open court and then under seal. |
| PD | | 2:37 pm | | | Counsel for Plaintiff calls Finbarr Moynihan. Direct examination in open court. Counsel for Plaintiff moves to admit exhibits. No objections. The exhibits were admitted: |
| JX | | 2:52 pm | X | X | JX 0050 |
| JX | | 2:59 pm | X | X | JX 0051 |
| | DX | 3:05 pm | | | Cross examination of Finbarr Moynihan in open court. Counsel for Defendant moves to admit exhibits. No objections. The exhibits were admitted: |
| | QX | 3:07 pm | X | X | QX 291? |
| PRD | | 3:33 pm | | | Redirect of Finbarr Moynihan in open court. |
| | | 3:36 pm | | | No open court recross of Finbarr Moynihan. The Court takes a brief recess. |
| | | 3:45 pm** | | | Proceedings resume. The Court moves into sealed testimony by witness Finbarr Moynihan. The courtroom is cleared. |
| PD** | | 3:48 pm | | | Direct examination under seal of Finbarr Moynihan. Counsel for Plaintiff moves to admit exhibits. No objections. The exhibits were admitted under seal. |
| | | | | | *Refer to the court transcript for official trial time and exhibits  **Sealed |

3

Case No: 5:17-cv-00220-LHK
Case Name: Federal Trade Commission v. Qualcomm Incorporated
Date: January 7, 2019
Courtroom Deputy: Elizabeth Garcia   Court Reporter: Lee-Anne Shortridge, Irene Rodriguez

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
|  | DX** | 4:03 pm |  |  | **Cross examination of Finbarr Moynihan. Under seal** |
| PRD** |  | 4:11 pm |  |  | **Redirect examination of Finbarr Moynihan. Under seal. No re-cross examination.** |
|  |  | 4:12 pm |  |  | **Witness not subject to recall. Witness is excused.** |
| PD** |  | 4:15 pm |  |  | **The Court moves into sealed testimony by witness John Grubbs by video deposition. The courtroom is cleared. Counsel for Plaintiff moves to admit exhibits. No objections. The exhibits were admitted under seal.** |
|  |  | 4:40 pm |  |  | **Video deposition of John Grubbs concludes. The Court returns to open court. The court holds colloquy with counsel on January 28/29 trial dates, preparation for closings, lodged depositions and time used as to both sides.** |
|  |  | 4:56 pm |  |  | **Proceedings conclude. Bench trial continues January 8, 2019 at 9:00 AM.** |
|  |  |  |  |  | *\*Refer to the court transcript for official trial time and exhibits*<br>*\*\* Sealed* |