UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALCOMM INCORPORATED,<br><br>    Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER GRANTING IN PART AND DENYING IN PART LENOVO AND MOTOROLA'S MOTION TO SEAL**<br><br>Re: Dkt. No. 1166 |

Applying the compelling reasons standard, the Court rules on Lenovo and Motorola's motion to seal as follows. By Tuesday, January 8, 2019, at 5:00 p.m., Lenovo and Motorola shall refile redacted public versions of the below exhibits consistent with the Court's sealing rulings.

| Document | Page/Line | Ruling |
|---|---|---|
| CX2018 | Entire Document | GRANTED. |
| CX2060 | Portions on pp. 008-011 | GRANTED. |
| CX2060 | Portions on pp. 014-016 | GRANTED. |
| CX2060 | Portions on pp. 019-023 | GRANTED. |
| CX2065 | Portions on p. 001 | GRANTED. |
| CX2123 | Portions on p. 003 | GRANTED. |
| CX2123 | Portions on p. 004 | GRANTED. |
| CX2123 | Portions on pp. 007-009 | GRANTED. |
| CX2124 | Portions on pp. 003-005 | GRANTED. |
| CX2124 | Portions on pp. 006-010 | GRANTED. |

1

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART LENOVO AND MOTOROLA'S MOTION TO SEAL

| Document | Page/Line | Ruling |
|---|---|---|
| CX2125 | Portions on p. 001 | GRANTED. |
| CX2168 | Portions on p. 002 | DENIED. |
| CX2168 | Portions on pp. 004-005 | DENIED. |
| CX2168 | Portions on pp. 007-009 | GRANTED. |
| CX2168 | Portions on p. 013-014 | DENIED as to p. 013, but GRANTED as to p. 014. |

**IT IS SO ORDERED.**

Dated:  January 7, 2019

_____
LUCY H. KOH
United States District Judge

2

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART LENOVO AND MOTOROLA'S MOTION TO SEAL