Jennifer Milici, D.C. Bar No. 987096
J. Alexander Ansaldo, Va. Bar No. 75870
Joseph R. Baker, D.C. Bar No. 490802
Elizabeth A. Gillen, Cal. Bar No. 260667
Daniel Matheson, D.C. Bar No. 502490
Mark J. Woodward, D.C. Bar No. 479537
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S UPDATED LIST OF WITNESSES FOR TRIAL DAY 3, JANUARY 8, 2019**<br><br>Courtroom: 7, 4th Floor<br>Judge:    Hon. Lucy H. Koh |

Plaintiff Federal Trade Commission submits the following updated list of witnesses it intends to call live and by videotaped deposition on January 8, 2019 (Trial Day 3):

1. John Grubbs, BlackBerry (by videotaped deposition) (sealed) (cont'd)
2. Scott McGregor, former Broadcom (by videotaped deposition) (sealed)
3. Andrew Hong, Samsung (by videotaped deposition)
4. William Wyatt, Qualcomm (live)
5. Mark Davis, former VIA Telecom (by videotaped deposition) (time permitting)
6. Cristiano Amon, Qualcomm (live)

7. Aichatou (Aicha) Evans, Intel (live)

8. Todd Madderom, Motorola (by videotaped deposition) (time permitting)

9. Brian Chong, Wistron (by videotaped deposition) (time permitting)

10. Monica Yang, Pegatron (by videotaped deposition) (time permitting)

11. Hwi-Jae Cho, LG Electronics (by written deposition) (time permitting)

12. Isabel Mahe, Apple (by videotaped deposition) (time permitting)

Dated: January 7, 2019

                                    Respectfully submitted,

                                    FEDERAL TRADE COMMISSION

                                    */s/ Jennifer Milici*
                                    Jennifer Milici
                                    J. Alexander Ansaldo
                                    Joseph R. Baker
                                    Elizabeth A. Gillen
                                    Daniel Matheson
                                    Mark J. Woodward
                                    Federal Trade Commission
                                    600 Pennsylvania Avenue, N.W.
                                    Washington, D.C. 20580
                                    (202) 326-2912; (202) 326-3496 (fax)
                                    jmilici@ftc.gov

                                    ***Attorneys for Federal Trade Commission***