**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>               Plaintiff,<br><br>    vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>               Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**JOINT NOTICE OF UPDATED ADMITTED EXHIBIT LIST THROUGH JANUARY 7, 2019** |

1  Pursuant to the Court's request, the Parties submit an updated chart of admitted trial
2  exhibits attached here as Exhibit A.

3
4  Dated: January 8, 2019                    Respectfully submitted,

5                                            FEDERAL TRADE COMMISSION

6                                            *s/ Jennifer Milici*

7                                            Jennifer Milici
                                             Daniel Matheson
8                                            600 Pennsylvania Avenue, N.W.
                                             Washington, D.C. 20580
9                                            (202) 326-2912; (202) 326-3496 (fax)
                                             jmilici@ftc.gov
10                                           dmatheson@ftc.gov

11                                           *Attorneys for Federal Trade Commission*

12                                           CRAVATH, SWAINE & MOORE LLP

13                                           *s/ Gary A. Bornstein*
14                                           Gary A. Bornstein
                                                Worldwide Plaza
15                                                 825 Eighth Avenue
                                                      New York, NY 10019
16                                                       Telephone: (212) 474-1000
                                                            Facsimile: (212) 474-3700
17                                                             gbornstein@cravath.com

18                                           Robert A. Van Nest
                                             Eugene M. Paige
19                                           Justina K. Sessions
                                             KEKER, VAN NEST & PETERS LLP
20                                              633 Battery Street
                                                   San Francisco, CA 94111
21                                                    Telephone: (415) 676-2289
                                                         Facsimile: (415) 397-7188
22                                                          rvannest@keker.com
                                                            epaige@keker.com
23                                                          jsessions@keker.com

24                                           Richard S. Taffet
                                             MORGAN, LEWIS & BOCKIUS LLP
25                                              101 Park Avenue
                                                   New York, NY 10178
26                                                    Telephone: (212) 369-6000
                                                         Facsimile: (212) 309-6001
27                                                          richard.taffet@morganlewis.com
                                             Willard K. Tom
28                                           MORGAN, LEWIS & BOCKIUS LLP

1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone:  (202) 739-3000
Facsimile:  (202) 739-3001
willard.tom@morganlewis.com

Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001
donn.pickett@morganlewis.com
geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*

# EXHIBIT A

# ADMITTED EXHIBITS - FTC

|    | Exhibit Number | Date Admitted | Witness | Sealed[1] |
|----|----------------|---------------|---------|-----------|
| 1  | CX6548 | 1/4/2019 | E. Reifschneider | |
| 2  | CX5186 | 1/4/2019 | E. Reifschneider | |
| 3  | CX6528 | 1/4/2019 | E. Reifschneider | |
| 4  | CX6534 | 1/4/2019 | E. Reifschneider | |
| 5  | CX5211 | 1/4/2019 | E. Reifschneider | |
| 6  | CX5210 | 1/4/2019 | E. Reifschneider | |
| 7  | CX6491 | 1/4/2019 | E. Reifschneider | |
| 8  | CX5179 | 1/4/2019 | E. Reifschneider | |
| 9  | CX6500 | 1/4/2019 | E. Reifschneider | |
| 10 | CX6516 | 1/4/2019 | E. Reifschneider | |
| 11 | CX6522 | 1/4/2019 | E. Reifschneider | |
| 12 | CX6530 | 1/4/2019 | E. Reifschneider | |
| 13 | CX8300 | 1/4/2019 | E. Reifschneider | |
| 14 | CX8297 | 1/4/2019 | E. Reifschneider | |
| 15 | CX2093 | 1/4/2019 | I. Blumberg | At least partially sealed |
| 16 | CX2079 | 1/4/2019 | I. Blumberg | At least partially sealed |
| 17 | CX2120 | 1/4/2019 | I. Blumberg | At least partially sealed |
| 18 | CX2121 | 1/4/2019 | I. Blumberg | At least partially sealed |
| 19 | CX2122 | 1/4/2019 | I. Blumberg | At least partially sealed |
| 20 | CX7041 | 1/4/2019 | P. Jacobs | |
| 21 | CX7224 | 1/4/2019 | P. Jacobs | |
| 22 | CX7042 | 1/4/2019 | P. Jacobs | |
| 23 | CX6605 | 1/4/2019 | P. Jacobs | |
| 24 | CX7279 | 1/4/2019 | P. Jacobs | |
| 25 | CX7234 | 1/4/2019 | P. Jacobs | |
| 26 | CX7035 | 1/4/2019 | P. Jacobs | |
| 27 | CX5248 | 1/4/2019 | D. Wise | |
| 28 | CX6837 | 1/4/2019 | D. Wise | |
| 29 | CX8299 | 1/4/2019 | D. Wise | |
| 30 | CX3755 | 1/4/2019 | D. Wise | |
| 31 | CX7200 | 1/4/2019 | D. Wise | |
| 32 | CX5417 | 1/4/2019 | D. Wise | |
| 33 | CX7251 | 1/4/2019 | D. Wise | |
| 34 | CX5953 | 1/4/2019 | D. Wise | |
| 35 | CX5419 | 1/4/2019 | D. Wise | |
| 36 | CX1000 | 1/4/2019 | N. Yu | |
| 37 | CX1006 | 1/4/2019 | N. Yu | |
| 38 | CX1009 | 1/4/2019 | N. Yu | |
| 39 | CX1101 | 1/4/2019 | N. Yu | At least partially sealed |
| 40 | CX5231 | 1/7/2019 | D. Aberle | |
| 41 | CX6469 | 1/7/2019 | D. Aberle | |
| 42 | CX6658 | 1/7/2019 | D. Aberle | |

---

[1] The parties understand that the Court may revisit at least some prior sealing orders (Trial Tr. 393:6-12). If it would be helpful to the Court, the parties are prepared to identify the specific sealed portions of each document in future versions of this filing.

| | Exhibit Number | Date Admitted | Witness | Sealed[1] |
|---|---|---|---|---|
| 43 | CX6974 | 1/7/2019 | D. Aberle | |
| 44 | CX6998 | 1/7/2019 | D. Aberle | |
| 45 | CX7105 | 1/7/2019 | D. Aberle | |
| 46 | CX7556 | 1/7/2019 | D. Aberle | |
| 47 | CX7650 | 1/7/2019 | D. Aberle | |
| 48 | CX3542 | 1/7/2019 | F. Moynihan | At least partially sealed |
| 49 | CX3551 | 1/7/2019 | F. Moynihan | At least partially sealed |
| 50 | CX3255 | 1/7/2019 | J. Grubbs | At least partially sealed |
| 51 | CX3264 | 1/7/2019 | J. Grubbs | At least partially sealed |
| 52 | CX3283 | 1/7/2019 | J. Grubbs | At least partially sealed |
| 53 | CX6663 | 1/7/2019 | S. Altman | |
| 54 | CX6729 | 1/7/2019 | S. Altman | |
| 55 | CX6979 | 1/7/2019 | S. Altman | |
| 56 | CX6983 | 1/7/2019 | S. Altman | |
| 57 | CX6987 | 1/7/2019 | S. Altman | |
| 58 | CX6992 | 1/7/2019 | S. Altman | |
| 59 | CX7141 | 1/7/2019 | S. Altman | |
| 60 | CX7580 | 1/7/2019 | S. Altman | |
| 61 | CX7799 | 1/7/2019 | S. Altman | |
| 62 | CX7886 | 1/7/2019 | S. Altman | |
| 63 | CX8177 | 1/7/2019 | S. Altman | |
| 64 | CX8206 | 1/7/2019 | S. Altman | |
| 65 | CX8281 | 1/7/2019 | S. Altman | |

## ADMITTED EXHIBITS - QUALCOMM

| | Exhibit Number | Date Admitted | Witness | Sealed |
|---|---|---|---|---|
| 1 | QX219 | 1/7/2019 | F. Moynihan | |
| 2 | QX9210 | 1/7/2019 | D. Aberle | |
| 3 | QX9212 | 1/7/2019 | D. Aberle | |
| 4 | QX9214 | 1/7/2019 | D. Aberle | |
| 5 | QX9262 | 1/7/2019 | S. Altman | |
| 6 | QX9278 | 1/7/2019 | S. Altman | |

## ADMITTED JOINT EXHIBITS

| | Exhibit Number | Date Admitted | Witness | Sealed |
|---|---|---|---|---|
| 1 | JX0087 | 1/4/2019 | I. Blumberg | |
| 2 | JX0036 | 1/4/2019 | P. Jacobs | |
| 3 | JX0045 | 1/4/2019 | P. Jacobs | |
| 4 | JX0022 | 1/4/2019 | N. Yu | At least partially sealed |
| 5 | JX0027 | 1/4/2019 | N. Yu | At least partially sealed |
| 6 | JX0097 | 1/4/2019 | N. Yu | At least partially sealed |
| 7 | JX0098 | 1/4/2019 | N. Yu | At least partially sealed |

|    | Exhibit Number | Date Admitted | Witness | Sealed |
|----|----------------|---------------|---------|--------|
| 8  | JX0063 | 1/7/2019 | D. Aberle | |
| 9  | JX0072 | 1/7/2019 | D. Aberle | |
| 10 | JX0093 | 1/7/2019 | D. Aberle | At least partially sealed |
| 11 | JX0050 | 1/7/2019 | F. Moynihan | |
| 12 | JX0051 | 1/7/2019 | F. Moynihan | |
| 13 | JX0062 | 1/7/2019 | J. Grubbs | At least partially sealed |
| 14 | JX0094 | 1/7/2019 | J. Grubbs | At least partially sealed |
| 15 | JX0001 | 1/7/2019 | S. Altman | |
| 16 | JX0002 | 1/7/2019 | S. Altman | |
| 17 | JX0004 | 1/7/2019 | S. Altman | |
| 18 | JX0006 | 1/7/2019 | S. Altman | At least partially sealed |
| 19 | JX0003 | 1/7/2019 | S. Altman | |
| 20 | JX0005 | 1/7/2019 | S. Altman | |
| 21 | JX0030 | 1/7/2019 | S. Altman | |