United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-cv-00220-LHK<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL FTC'S PRETRIAL BRIEF**<br><br>Re: Dkt. No. 1062 |

Before the Court is a joint administrative motion to file under seal the FTC's pretrial brief. ECF No. 1062. Applying the compelling reasons standard, the Court rules as follows:

| Document | Portions of Pages | Ruling |
|---|---|---|
| FTC Pretrial Brief | 5:18-19 | DENIED. |
| FTC Pretrial Brief | 5:22-25 | DENIED. |
| FTC Pretrial Brief | 5:27-28 | GRANTED. |
| FTC Pretrial Brief | 6:2-4 | DENIED. |
| FTC Pretrial Brief | 6:12-14 | GRANTED. |
| FTC Pretrial Brief | 6:19-26 | DENIED. |
| FTC Pretrial Brief | 7:2-3 | DENIED. |
| FTC Pretrial Brief | 7:17-19 | DENIED. |
| FTC Pretrial Brief | 7:21-22 | DENIED. |
| FTC Pretrial Brief | 7:23-28 | GRANTED. |

| Document | Portions of Pages | Ruling |
|---|---|---|
| FTC Pretrial Brief | 8:4 | GRANTED. |
| FTC Pretrial Brief | 8:8-9 | DENIED. |
| FTC Pretrial Brief | 8:15-17 | GRANTED. |
| FTC Pretrial Brief | 8:20-22 | DENIED. |
| FTC Pretrial Brief | 9:14-15 | DENIED. |
| FTC Pretrial Brief | 9:19-24 | DENIED. |
| FTC Pretrial Brief | 9:26 | DENIED. |
| FTC Pretrial Brief | 10:6 | DENIED. |
| FTC Pretrial Brief | 10:8-11 | DENIED. |
| FTC Pretrial Brief | 10:18-20 | DENIED. |
| FTC Pretrial Brief | 10:22-23 | DENIED. |
| FTC Pretrial Brief | 10:25-26 | DENIED. |
| FTC Pretrial Brief | 10:28-11:5 | DENIED. |
| FTC Pretrial Brief | 11:9-12:8 | DENIED. |
| FTC Pretrial Brief | 14:9 | DENIED. |
| FTC Pretrial Brief | 15:25-26 | DENIED. |
| FTC Pretrial Brief | 15:27-16:2 | DENIED. |
| FTC Pretrial Brief | 16:24-17:3 | DENIED. |
| FTC Pretrial Brief | 17:6-13 | DENIED. |
| FTC Pretrial Brief | 17:17-27 | DENIED. |
| FTC Pretrial Brief | 18:1-8 | DENIED. |
| FTC Pretrial Brief | 18:13-16 | DENIED. |
| FTC Pretrial Brief | 18:22-19:4 | DENIED. |
| FTC Pretrial Brief | 19:9-10 | DENIED. |
| FTC Pretrial Brief | 19:19-23 | DENIED. |
| FTC Pretrial Brief | 19:27-20:12 | DENIED. |
| FTC Pretrial Brief | 20:18-24 | DENIED. |
| FTC Pretrial Brief | 21:3-7 | DENIED. |
| FTC Pretrial Brief | 21:8-9 | GRANTED. |
| FTC Pretrial Brief | 22:9-11 | DENIED. |
| FTC Pretrial Brief | 22:15-17 | DENIED. |

By Wednesday, January 9, 2019, the FTC shall file a revised redacted public version of its Pretrial Brief consistent with this order.

**IT IS SO ORDERED.**

Dated: January 8, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2

Case No. 17-cv-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL FTC'S PRETRIAL BRIEF