| | |
|---|---|
| From: | Todd Madderom <madderom@motorola.com> |
| To: | Hui Lv <lvhui@lenovo.com> |
| CC: | Janet Robinson <Janet.Robinson@motorola.com>;Yang Chu <chuyang@lenovo.com> |
| Sent: | 5/8/2015 3:04:10 AM |
| Subject: | Some Slides |
| Attachments: | Chipset Strategy - May 2015.pptx |

Lv,

Still working this, but here's a preliminary copy of what I'm building for Monday's discussion with Motorola engineering.

I'll finish this tomorrow. � Goodnight and good day!

Todd



EXHIBIT
QX2465
3-16-18 TB

HIGHLY CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MOTO-QUAL-01320237

CX2168-001

## Sole sourced – How did Motorola get here?

For many good reasons, Motorola has become sole sourced Qualcomm for chipsets

- Modem technology leadership - CDMA, LTE and LTE-A
- Building our global market presence from a U.S. centric product requirements & design basis
- Platforming – design and software reuse
- Minimizing complexity to rebuild our product quality and image
- Leveraging awards in Value (alternatives exist) to improve our pricing in Premium (no alternatives)

motorola confidential

MOTOROLA CONFIDENTIAL

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

MOTO-QUAL-01320238.pptx
CX2168-002



HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY       MOTO-QUAL-01320238.pptx
CX2168-003

# Qualcomm relations – the good and bad



### What's working well with Qualcomm?

- Global market chipset readiness
- Technical interactions and exchanges
- Engineering design and development support
- Platforming does reduce engineering costs
- Exec relations – easy and quick to escalate

### Opportunities for improvement

- 20 – 25% overcharges in Premium
- Egregious IP licensing / royalty charges
- Nickel & diming charges – upfront fees, AOST
- Spills at nearly all launches since 1st Moto X
- Major supply gaps – Moto E & Moto G
- IP ownership risks
- Legalese – 18 agreements executed in FY'14

motorola confidential

MOTOROLA CONFIDENTIAL
HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
MOTO-QUAL-01320238.pptx
CX2168-004



# Qualcomm dominance now threatened

Qualcomm's dominant position in industry is now threatened

- 2015 share & revenues significantly reduced: Galaxy S6 & Apple non-CDMA modem loss
- Losing control of licensing stranglehold: government investigations, IEEE rulings, reduced essential IP
- Still ahead in modem technology but MTK, Samsung and Intel quickly close gaps.  CDMA set to expire.
- Samsung aggressively pursuing market with Exynos.  MTK pursuing U.S. market readiness for 2H16.

Qualcomm "in a pickle" between shareholder & customer expectations – upsetting all.

- Loss of Samsung & Apple revenues = Protecting revenues with us remaining customers

motorola confidential

MOTOROLA CONFIDENTIAL

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

MOTO-QUAL-01320238.pptx
CX2168-005



# Qualcomm CY 1Q15 Earnings

Revenues of $6.9B vs. $6.4B in previous year (8% growth and beating estimates)

Net Income of $1.1B vs. $2.0B in previous year **(40% decline)**
- **NRDC charge of $975M** taken this quarter
- Not deductible from taxes so also results in increased tax % estimate.

Operating Cash Flow: -$0.7B vs. +$1.8B in previous year **($2.5B decrease)**
- **$950M** *prepayment* to supplier of integrated circuits to secure long-term supply assurance
- Still holding $29.6B of cash

Outlook: **Reducing outlook** for Q3 and Q4 2015 due to *"increased impact of customer shifts within the premium tier…"* and *"a decline in our share at a large customer"*

MOTOROLA CONFIDENTIAL

motorola confidential

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

MOTO-QUAL-01320238.pptx
CX2168-006





Decisions 2016

motorola confidential

MOTOROLA CONFIDENTIAL

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

MOTO-QUAL-01320238.pptx
CX2168-009



Janus: Qualcomm vs. Samsung

motorola confidential

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY    MOTO-QUAL-01320238.pptx

CX2168-010



HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

MOTO-QUAL-01320238.pptx
CX2168-011



HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

MOTO-QUAL-01320238.pptx
CX2168-012

# Chipset Summary

| | |
|---|---|
| 1. Technology | • CDMA still needed in North America through 2016<br>• Modem requirements evolving rapidly in all tiers<br>   • Banding, CA, VoLTE |
| 2. Key Challenges | • Single sourced with Qualcomm<br>   • Limited leverage for cost reduction, especially in high tier<br>   • Supply assurance risks<br>   • Primarily due to modem requirements, we have had limited alternatives - Intel, MTK and Samsung. Other's have exited.<br>• Engineering staffing of 2nd source chipset implementation |
| 3. Team Strategies | • Deliver performance that matters at the best cost<br>   • Worldwide carrier support<br>   • Graphics and imaging resolution with no jank<br>   • 64-bit support aligned with Android ecosystem<br>   • Support of Motorola differentiating experiences<br>• Drive supply diversity for best cost. Break Qualcomm's monopoly. |

motorola confidential

MOTOROLA CONFIDENTIAL

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

MOTO-QUAL-01320238.pptx
CX2168-013



Case 5:17-cv-00220-LHK   Document 1184   Filed 01/08/19   Page 15 of 15



Produced in Native

HIGHLY CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MOTO-QUAL-01320238

CX2168-015