UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER GRANTING IN PART AND DENYING IN PART INTEL'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 1175 |

Applying the compelling reasons standard, the Court rules on Intel's motion to seal as follows. By Wednesday, January 9, 2019, at 5:00 p.m., Intel shall file redacted public versions of the below exhibits consistent with the Court's sealing rulings. If the parties intend to question Ms. Evans in open court, then their questions should be phrased to avoid disclosing any sealed information.

| Document | Selected Portions of Page | Ruling |
|---|---|---|
| JX0104 | INTEL-QCOM008124595 | GRANTED. |
| JX0104 | INTEL-QCOM008124596 | GRANTED. |
| JX0104 | INTEL-QCOM008124598 | GRANTED. |

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART INTEL'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

United States District Court
Northern District of California

| Document | Selected Portions of Page | Ruling |
|---|---|---|
| JX0104 | INTEL-QCOM008124601 | GRANTED. |
| JX0104 | INTEL-QCOM008124603 | GRANTED. |
| JX0104 | INTEL-QCOM008124607 | GRANTED. |
| JX0104 | INTEL-QCOM008124608 | GRANTED. |
| JX0104 | INTEL-QCOM008124609 | GRANTED. |
| JX0104 | INTEL-QCOM008124610 | GRANTED. |
| JX0104 | INTEL-QCOM008124611 | GRANTED. |
| JX0104 | INTEL-QCOM008124612 | GRANTED. |
| JX0104 | INTEL-QCOM008124613 | GRANTED. |
| JX0104 | INTEL-QCOM008124615 | GRANTED. |
| JX0104 | INTEL-QCOM008124616 | GRANTED. |
| JX0104 | INTEL-QCOM008124617 | GRANTED. |
| JX0104 | INTEL-QCOM008124618 | GRANTED. |
| JX0104 | INTEL-QCOM008124619 | GRANTED. |
| JX0104 | INTEL-QCOM008124620 | GRANTED. |
| JX0104 | INTEL-QCOM008124642 | GRANTED. |
| JX0117 | INTEL-QCOM002458608 | GRANTED. |
| JX0117 | INTEL-QCOM002458609 | GRANTED. |
| JX0117 | INTEL-QCOM002458610 | GRANTED. |
| JX0117 | INTEL-QCOM002458611 | GRANTED. |
| JX0117 | INTEL-QCOM002458612 | GRANTED. |

2

| Document | Selected Portions of Page | Ruling |
|---|---|---|
| JX0117 | INTEL-QCOM002458614 | GRANTED. |
| JX0117 | INTEL-QCOM002458615 | GRANTED. |
| JX0117 | INTEL-QCOM002458616 | GRANTED. |
| JX0117 | INTEL-QCOM002458618 | GRANTED. |
| JX0117 | INTEL-QCOM002458619 | GRANTED. |
| JX0117 | INTEL-QCOM002458620 | GRANTED. |
| JX0117 | INTEL-QCOM002458622 | GRANTED. |
| JX0117 | INTEL-QCOM002458623 | GRANTED. |
| JX0117 | INTEL-QCOM002458625 | GRANTED. |
| JX0117 | INTEL-QCOM002458626 | GRANTED. |
| JX0117 | INTEL-QCOM002458629 | GRANTED. |
| JX0117 | INTEL-QCOM002458631 | GRANTED. |
| JX0117 | INTEL-QCOM002458632 | GRANTED. |
| JX0117 | INTEL-QCOM002458636 | DENIED. |
| JX0117 | INTEL-QCOM002458639 | GRANTED. |
| JX0117 | INTEL-QCOM002458640 | GRANTED. |
| JX0117 | INTEL-QCOM002458641 | GRANTED. |
| JX0117 | INTEL-QCOM002458642 | GRANTED. |
| JX0117 | INTEL-QCOM002458643 | GRANTED. |
| JX0117 | INTEL-QCOM002458644 | GRANTED. |
| JX0117 | INTEL-QCOM002458645 | GRANTED. |

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART INTEL'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

| Document | Selected Portions of Page | Ruling |
|---|---|---|
| JX0117 | INTEL-QCOM002458646 | GRANTED. |
| JX0117 | INTEL-QCOM002458647 | GRANTED. |
| JX0117 | INTEL-QCOM002458648 | GRANTED. |
| JX0117 | INTEL-QCOM002458649 | GRANTED. |
| JX0117 | INTEL-QCOM002458651 | GRANTED. |
| JX0117 | INTEL-QCOM002458652 | GRANTED. |
| JX0117 | INTEL-QCOM002458653 | GRANTED. |
| JX0117 | INTEL-QCOM002458656 | GRANTED. |
| JX0117 | INTEL-QCOM002458660 | GRANTED. |
| JX0117 | INTEL-QCOM002458661 | GRANTED. |
| JX0117 | INTEL-QCOM002458662 | GRANTED. |
| JX0117 | INTEL-QCOM002458663 | GRANTED. |
| JX0117 | INTEL-QCOM002458665 | GRANTED. |
| JX0117 | INTEL-QCOM002458666 | GRANTED. |
| JX0117 | INTEL-QCOM002458667 | GRANTED. |
| JX0117 | INTEL-QCOM002458668 | GRANTED. |
| QX0089 | INTEL-QCOM000354040 | GRANTED. |
| QX0089 | INTEL-QCOM000354041 | GRANTED. |
| QX0089 | INTEL-QCOM000354042 | GRANTED. |
| QX0089 | INTEL-QCOM000354043 | GRANTED. |
| QX0089 | INTEL-QCOM000354044 | GRANTED. |

United States District Court
Northern District of California

4

| Document | Selected Portions of Page | Ruling |
|---|---|---|
| QX0092 | INTEL-QCOM007957511 | GRANTED. |
| QX0092 | INTEL-QCOM007957513 | GRANTED. |
| QX0092 | INTEL-QCOM007957522 | GRANTED. |
| QX0092 | INTEL-QCOM007957530 | GRANTED. |
| QX0094 | INTEL-QCOM000487295 | GRANTED. |
| QX0094 | INTEL-QCOM000487296 | GRANTED. |
| QX0094 | INTEL-QCOM000487297 | GRANTED. |
| QX0095 | INTEL-QCOM002236313 | GRANTED. |
| QX0095 | INTEL-QCOM002236314 | GRANTED. |
| QX0095 | INTEL-QCOM002236315 | GRANTED. |
| QX0095 | INTEL-QCOM002236316 | GRANTED. |
| QX0095 | INTEL-QCOM002236317 | GRANTED. |
| QX0095 | INTEL-QCOM002236320 | GRANTED. |
| QX0095 | INTEL-QCOM002236321 | GRANTED. |
| QX0095 | INTEL-QCOM002236322 | GRANTED. |
| QX0095 | INTEL-QCOM002236323 | GRANTED. |
| QX0095 | INTEL-QCOM002236324 | GRANTED. |
| QX0095 | INTEL-QCOM002236325 | GRANTED. |
| QX0095 | INTEL-QCOM002236326 | GRANTED. |
| QX0095 | INTEL-QCOM002236327 | GRANTED. |
| CX1598 | INTEL-QCOM000420594 | GRANTED. |

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART INTEL'S ADMINISTRATIVE MOTION TO FILE
UNDER SEAL

| Document | Selected Portions of Page | Ruling |
|---|---|---|
| CX1598 | INTEL-QCOM000420595 | GRANTED. |
| CX1598 | INTEL-QCOM000420597 | GRANTED. |
| CX1598 | INTEL-QCOM000420598 | GRANTED. |
| CX1598 | INTEL-QCOM000420600 | GRANTED. |
| CX1598 | INTEL-QCOM000420601 | GRANTED. |
| CX1598 | INTEL-QCOM000420602 | GRANTED. |
| CX1598 | INTEL-QCOM000420603 | GRANTED. |
| CX1598 | INTEL-QCOM000420604 | GRANTED. |

**IT IS SO ORDERED.**

Dated: January 8, 2019

LUCY H. KOH
United States District Judge

United States District Court
Northern District of California

6