UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, | Case No. 17-CV-00220-LHK |
|---|---|
| Plaintiffs, | **ORDER GRANTING IN PART AND DENYING IN PART QUALCOMM'S ADMINISTRATIVE MOTION TO SEAL LIST OF TRIAL EXHIBITS** |
| v. | |
| QUALCOMM INCORPORATED, | Re: Dkt. No. 1061 |
| Defendants. | |

Applying the compelling reasons standard, the Court rules on Qualcomm's motion to seal as follows. By Thursday, January 10, 2019, at 5:00 p.m., Qualcomm shall file a redacted public version of its list of trial exhibits consistent with the Court's sealing rulings.

| **Trial Ex. No.** | **Ruling** |
|---|---|
| QX0029 | DENIED. |
| QX0109 | DENIED. |
| QX0120 | DENIED. |
| QX0121 | DENIED. |
| QX0122 | DENIED. |
| QX0123 | DENIED. |
| QX0124 | DENIED. |
| QX0202 | DENIED. |

1
Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART QUALCOMM'S ADMINISTRATIVE MOTION TO SEAL LIST OF TRIAL EXHIBITS

| Trial Ex. No. | Ruling |
|---|---|
| QX0204 | DENIED. |
| QX0208 | DENIED. |
| QX0212 | DENIED. |
| QX0213 | DENIED. |
| QX0214 | DENIED. |
| QX0216 | DENIED. |
| QX0219 | DENIED. |
| QX0222 | DENIED. |
| QX0536 | DENIED. |
| QX0580 | DENIED. |
| QX0879 | DENIED. |
| QX0881 | DENIED. |
| QX1170 | DENIED. |
| QX1353 | DENIED. |
| QX1391 | DENIED. |
| QX1459 | DENIED. |
| QX2260 | DENIED. |
| QX2452 | DENIED. |
| QX2454 | DENIED. |
| QX2456 | DENIED. |
| QX2459 | DENIED. |
| QX2462 | DENIED. |
| QX2464 | DENIED. |
| QX2778 | DENIED. |
| QX2884 | DENIED. |
| QX2928 | DENIED. |
| QX2929 | DENIED. |
| QX9066 | DENIED. |
| QX9073 | DENIED. |
| QX9094 | DENIED. |
| QX9095 | DENIED. |
| QX9109 | DENIED. |
| QX9115 | GRANTED. |
| QX9128 | DENIED. |
| QX9129 | DENIED. |
| QX9130 | DENIED. |
| QX9134 | DENIED. |
| QX9135 | DENIED. |
| QX9136 | DENIED. |
| QX9137 | DENIED. |
| QX9155 | DENIED. |
| QX9186 | DENIED. |
| QX9190 | DENIED. |

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART QUALCOMM'S ADMINISTRATIVE MOTION TO SEAL LIST OF TRIAL EXHIBITS

| Trial Ex. No. | Ruling |
|---|---|
| QX9203 | DENIED. |
| QX9208 | DENIED. |
| QX9213 | DENIED. |
| QX9217 | DENIED. |
| QX9221 | DENIED. |
| QX9222 | DENIED. |
| QX9225 | DENIED. |
| QX9234 | DENIED. |
| QX9236 | DENIED. |
| QX9237 | DENIED. |
| QX9239 | DENIED. |
| QX9243 | DENIED. |
| QX9255 | DENIED. |
| QX9282 | DENIED. |
| QX9300 | DENIED. |
| QX9301 | DENIED. |
| QX9302 | DENIED. |
| QX9307 | DENIED. |
| QX9308 | DENIED. |
| QX9314 | DENIED. |
| QX9325 | DENIED. |
| QX9327 | DENIED. |
| QX9335 | DENIED. |
| QX9336 | DENIED. |

**IT IS SO ORDERED.**

Dated: January 8, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

3
Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART QUALCOMM'S ADMINISTRATIVE MOTION TO SEAL LIST OF TRIAL EXHIBITS