UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM INCORPORATED, <br><br> Defendant. | Case No. 17-CV-00220-LHK <br><br> **ORDER FOR SAMSUNG TO FILE PUBLIC UNREDACTED VERSIONS OF CERTAIN EXHIBITS** <br><br> Re: Dkt. No. 1144 |

On January 6, 2019, the Court denied without prejudice Samsung's request to seal the following exhibits: QX9214, QX9224, QX9271, Q2017MDL1_01106145-51, and Q2017MDL1_00039813-14. ECF No. 1144. The Court instructed Samsung that if Samsung wished to seal those documents or portions thereof, Samsung "must file a more narrowly tailored sealing request that meets the compelling reasons standard for sealing" by Monday, January 7, 2019, at noon. *Id.* at 3. Samsung has not filed such a renewed sealing motion with respect to those documents. Therefore, Samsung must file public unredacted versions of those exhibits by January 9, 2019, at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: January 8, 2019

_____
LUCY H. KOH
United States District Judge