SYRETT DECLARATION

# EXHIBIT 2

# REDACTED VERSION

Message

| | |
|---|---|
| **From:** | Evans, Aicha [/O=INTEL/OU=AMERICAS01/CN=RECIPIENTS/CN=AEVANS] |
| **Sent:** | 7/27/2016 9:57:35 AM |
| **To:** | Renduchintala, Murthy [/O=INTEL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Renduchintala, Venkatadb6]; Hill, Brice [/O=INTEL/OU=Americas01/cn=Workers/cn=Hill, Brice]; Fortmann, Scott [/O=INTEL/OU=Americas01/cn=Workers/cn=Fortmann, Scott]; Davis, Doug L [/O=INTEL/OU=Americas01/cn=Workers/cn=Davis, Doug L]; Shenoy, Navin [/O=INTEL/OU=Americas01/cn=Recipients/cn=nshenoy]; Fisher, Douglas W [/O=INTEL/OU=Americas01/cn=Workers/cn=Fisher, Douglas W]; Faintuch, Amir [/O=INTEL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Faintuch, Amir9f0]; Kelly, Christopher J [/O=INTEL/OU=Americas01/cn=Workers/cn=Kelly, Christopher J] |
| **CC:** | McInerney, Rory [/O=INTEL/OU=Americas01/cn=Workers/cn=McInerney, Rory]; Turaga, Vish [/O=INTEL/OU=Americas01/cn=Recipients/cn=vturaga]; Vachani, Dipti [/O=INTEL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Vachani, Dipti45d]; Glaser, Shelagh [/O=INTEL/OU=Americas01/cn=Workers/cn=Glaser, Shelagh]; Sasaki, Steven K [/O=INTEL/OU=Americas01/cn=Workers/cn=Sasaki, Steven K]; Wyatt, Carly [/O=INTEL/OU=Americas01/cn=Recipients/cn=clwyatt] |
| **Subject:** | RE: iCDG PGBP PDF Deck for today's meeting |
| **Attachments:** | iCDG PGBP Final.pdf |

My apologies, I sent all of you the wrong version, please ignore and use this one instead…

Thank you,

Aicha

**From:** Evans, Aicha
**Sent:** Wednesday 27 July 2016 9:45 AM
**To:** Renduchintala, Murthy <murthy@intel.com>; Hill, Brice <brice.hill@intel.com>; Fortmann, Scott <scott.fortmann@intel.com>; Davis, Doug L <doug.l.davis@intel.com>; Shenoy, Navin <navin.shenoy@intel.com>; Fisher, Douglas W <douglas.w.fisher@intel.com>; Faintuch, Amir <amir.faintuch@intel.com>; Kelly, Christopher J <christopher.j.kelly@intel.com>
**Cc:** McInerney, Rory <rory.mcinerney@intel.com>; Evans, Aicha <aicha.evans@intel.com>; Turaga, Vish <vish.turaga@intel.com>; Vachani, Dipti <dipti.vachani@intel.com>; Glaser, Shelagh <shelagh.glaser@intel.com>; Sasaki, Steven K <steven.k.sasaki@intel.com>
**Subject:** iCDG PGBP PDF Deck for today's meeting

Hello Everyone,

As promised this is the iCDG PGPB deck – in PDF given file size mainly due to detailed back up.

Please do not forward given the customer and Intel confidential and sensitive information.

I will open up and then the team members will cover their respective sections since they do not get as much exposure to Murthy and CISA staff.

This is a work in progress as to all the specifics to get to the goal.

Thank you,

Aicha

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY



# ICDG PGBP STRATEGY UPDATE

CISA Executive Office – July 27, 2016

Aicha Evans and iCDG Team

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458606

## Our Purpose

We will revolutionize mobile computing

## Vision

Working together with our customers, internal and external partners to profitably deliver and scale game changing wireless products and IP

**One Team** → **Work Smarter** → **Deliver** → **Disrupt**

# "We find a way or make a way"

Intel Communication and Devices Group 

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458607

# ICDG GROUP GOALS

Drive 5G standards and ecosystem leadership
Develop and deliver wireless IP across Intel
Grow stand-alone communications business

REDACTED CBI

**Deliver 5G Standards and Ecosystem Leadership**

3GPP    IEEE

Ericsson

AT&T

Prototype image



**Deliver wireless IP across Intel**

LTE    BT

WiGig

ZigBee    5G



**Grow stand-alone communications business**

High End Modems

Connectivity

WIOT

5G Verticals

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# iCDG PGBP: Executive Summary

- iCDG transforming continuously including through ACT

REDACTED CBI

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# Strategic Imperatives Across 4 Key Domains

| High End Modem | 5G | WIoT | Connectivity |
|---|---|---|---|
| REDACTED CBI | • Achieve 5G feature & KPI leadership by 2020 | REDACTED CBI | • Lead in Tri-band, Modem convergence and 11AX transition |
| • Achieve full feature & KPI competitiveness | • Expand standards and impact in both 3GPP and IEEE | • Leverage cellular IP into bandwidth & power optimized BC & NBIoT devices | • Disrupt with CNV – driving ubiquity, SoW & convergence by anchoring on ICE |
| • Leverage Intel assets (Technology, Connectivity) | • Partner with incumbent TEMs to co-develop 5G | • Develop scale across segments (wearables, automotive, 5G) | • Extend IP reuse and scale across all segments |
| • Disrupt with RF Leadership | • Pre-commercial development and trials to ensure TTM and early use case research | • Meet customer cadence on features & schedule | |
| • Extend IP reuse for SoC integration | | | |

Enable Intel's        Virtuous Cycle of Growth

Intel Confidential - **For Internal Use Only**        iCDG - Intel Communication and Devices Group



INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                INTEL-QCOM002458610

# iCDG Focus Areas – The HOW…

REDACTED CBI



INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458611

# iCDG PGBP <u>Direct</u> R&D Spending

| $ Million | Total ICDG Gross Spending | | | | | | Allocated to ICDG P&L | | | | | Allocated to Other P&Ls | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2016 | 2017 | 2018 | 2019 | 2020 | 2016 | 2017 | 2018 | 2019 | 2020 |
| Discrete Modem | 438 | 443 | 425 | 425 | 425 | 425 | 386 | 371 | 371 | 371 | 371 | 56 | 54 | 54 | 54 | 54 |
| Connectivity | 360 | 351 | 320 | 320 | 320 | 320 | 73 | 73 | 73 | 73 | 73 | 278 | 246 | 246 | 246 | 246 |
| Mobile SOCs | 178 | 82 | 30 | 25 | 25 | 25 | 82 | 30 | 25 | 25 | 25 | | | | | |
| CDMA | 10 | 27 | 12 | 12 | 12 | 12 | 27 | 12 | 12 | 12 | 12 | | | | | |
| IOT, M2M, Automotive, Wearables | 22 | 84 | 100 | 105 | 107 | 108 | 76 | 92 | 94 | 99 | 98 | 8 | 8 | 11 | 8 | 10 |
| 22nm | 0 | 50 | 68 | 68 | 68 | 68 | 12 | 17 | 17 | 17 | 17 | 37 | 51 | 51 | 51 | 51 |
| 5G | 0 | 82 | 150 | 150 | 150 | 150 | 22 | 41 | 41 | 41 | 41 | 59 | 109 | 109 | 109 | 109 |
| Other (ETS, Infrastructure) | 445 | 428 | 384 | 384 | 384 | 384 | 374 | 335 | 335 | 335 | 335 | 54 | 49 | 49 | 49 | 49 |
| **Total Gross R&D Spending** | **1,452** | **1,546** | **1,488** | **1,489** | **1,491** | **1,492** | **1,053** | **971** | **969** | **974** | **972** | **493** | **517** | ▪ **519** | **517** | **519** |
| Total COS | 85 | 119 | 140 | 136 | 138 | 137 | 63 | 97 | 97 | 97 | 97 | 48 | 52 | 52 | 52 | 52 |
| **Total Net ICDG R&D Spending** | **1,367** | **1,427** | **1,349** | **1,353** | **1,352** | **1,355** | **990** | **874** | **872** | **876** | **875** | **445** | **465** | **467** | **465** | **467** |
| Allocation from CCG central *) | | | | | | | | 50 | 49 | 49 | 48 | | | | | |
| **Total Net R&D Spending** | **1,367** | **1,427** | **1,349** | **1,353** | **1,352** | **1,355** | | **924** | **920** | **925** | **923** | **445** | **465** | **467** | **465** | **467** |

1) Gross Spending reduction from 2016 to 2017 due to ACT
2) ACT reductions in 2017 partially compensated by higher spending for WIOT and 5G

REDACTED CBI

*) Represents "Direct Controllable R&D" spending allocation to iCDG from CCG central

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY        INTEL-QCOM002458612



# FINANCE REVIEW

CISA Executive Office – July 27, 2016

Steve Sasaki and iCDG Team

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458613

# Finance PGBP – Key Messages

**Anchor** – Drive YoY improvement, baseline not enough, goal is to achieve profitability with REDACTED CBI end of the LRP horizon

Critical actions to achieve the profitability goal are:



REDACTED CBI

- **Spending**:  All aspects of spending with fiscal discipline and implement "work smarter" tangible sprints and "pay smarter"

- **ORG**:  Top down push and bottom up push with crowd sourcing, good news is we have CNV successful recipe to rely on

Intel Confidential - **For Internal Use Only**

ICDG - Intel Communication and Devices Group

(intel) | 9

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458614

# PGBP '16: iCDG P&L

REDACTED CBI

| Segment |
| --- |
| **Total Volume** |
| Discrete Modem |
| M2M/IoT |
| Modem IA-Attach |
| SOC |
| **Total Net Revenue** |
| Discrete Modem |
| M2M/IoT |
| Modem IA-Attach |
| SOC |
| **Total  Costs** |
| Discrete Modem |
| M2M/IoT |
| Modem IA-Attach |
| SOC |
| **Total Gross Margin** |
| **Gross Margin %** |
| Discrete Modem |
| M2M/IoT |
| Modem IA-Attach |
| SOC |
| **Total Spending** |
| Discrete Modem |
| M2M/IoT |
| Modem IA-Attach |
| SOC |
| **Total OM** |
| **Total OM %** |

Intel Confidential - Fo

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# PGBP '16:  Key Financial Metrics

REDACTED CBI

| Volume |
| Revenue |
| GM% |
| OM $ |
| OM% |
| ICE Discrete Modem MSS |
| ICE Discrete Modem GM% |



INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                     INTEL-QCOM002458616



# HIGH END MODEM

CISA Executive Office – July 27, 2016

Horst Pratsch, Tom Horvath and iCDG Team

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458617

# High End Modem - Key Messages

**Drive towards
High End Modem Leadership
in 2020**



- Achieve **cost, feature and KPI competitiveness**
- Leverage **Intel assets** (Technology, Connectivity, 5G)
- Drive **RF System Leadership**

**Grow business
with ICE**

- Drive **profitability** in LRP horizon
- Deliver **key capabilities** for ICE **share growth**
- Become **leading modem supplier**
- Meet **customer's annual cadence** on schedule and content
- Grow **content** and **share**

**Scale Modem
beyond ICE**

- Use **disruptions** for re-entry at scale at major players and emerging segments
- Drive **bi–annual cadence** for M.2 modules for Windows clients
- Provide Modem IP for **SOC integration** (e.g. Glenview)
- Sustain **support capabilities** and **ecosystem partnerships**

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY          INTEL-QCOM002458618

# High End Modem Roadmap Towards 2020:
## 3 Years to Leave Follower Position and Take Leadership



REDACTED CBI

**XMM7160/7260**
Crawl/Walk:
Learn LTE with
Samsung

Win ICE ✔

**XMM7360/7480**
Run:
Re-Entry to ICE

14nm

**XMM7560**
Move to TMG
Feature Parity

PV 13/14

PV 16/17 → ICE16/17

PV 17 → ICE18

Build up LTE
capabilties

Mature with
customers

Aggressive
catch up

Adapt to ICE
requirements

600 Mbps (7480)

CMCC Challenge

Execution Focus

Crossing the
Chasm to TMG

GNSS

CDMA

1 Gbps Modem

Shape the ecosystem  +  Scale beyond ICE

Drive RF Leadership with complete portfolio

Intel Confidential - **For Internal Use Only**

ICDG - Intel Communication and Devices Group



INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# ICE: Aspiration is 100% ☺ and Integration



INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    INTEL-QCOM002458620



# PHONES

CISA Executive Office – July 27, 2016

Sam Spangler and iCDG, IOTG, PEG, CCG Teams

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458621

# Phones PGBP – Key Messages

| Wireless Leadership and AP Differentiation | Strategic, Targeted OEM Engagements | Expand Operator Footprint in NA and China | Path to 5G |
|---|---|---|---|
| • 6-mode modem<br><br>• 7480 & CNV integrated as hard IPs<br><br>• GLNV – single thread CPU perf; customize imaging solution | • Target OEMs who need disruption to gain mobile share<br><br>• GLNV as a pre-requisite to disruptive 5G engagements<br><br>• Phase I (Mot, LGE) Phase II (HTC, Sony & 1 China ODM/OEM) | • AT&T, Verizon, Sprint and CTC as Phase I<br><br>• Two RF FE SKUs based on SkyLite ID module for NA and RoW for cost competitiveness and flexibility | • GLNV as a pre-commericial development vehicle for 5G trials |

REDACTED CBI

REDACTED CBI



REDACTED CBI

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458622

# Mobile SoC – Path to 5G



*Other names and brands may be claimed as the property of others.

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY



# 5G

CISA Executive Office – July 27, 2016

Asha Keddy, Rob Topol and iCDG, DCG/NPG Teams

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458624

# 5G Key Messages



REDACTED CBI

Intel Confidential - **For Internal Use Only**

ICDG - Intel Communication and Devices Group



INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458625

# 5G Building Blocks



| | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|
| **Standards** 3GPP IEEE | | Rel-15 NSA-NR Q4'17 | Rel-15 Q3'18 | Rel-16 Q4'19 |
| | | | Final Spec. Q2'19 | |

**Trials**: Early Specification / Operator Trials (Docomo, SKT, KT, ATT, Verizon, CMCC...)

**FPGA Mobile Trial Platform**: Continuously evolving — REDACTED CBI

**RF HW**: 28 GHz / Sub 6 GHz | 39 GHz / Sub 6 GHz / 60 GHz follow-on | Sub 6 GHz / 60 GHz follow-on

**BB HW**: Goldridge | Hunter Ridge / 5G-IOT

**CNV**

**Infrastructure**: NPG Solutions: FLEX Ran, FLEX Core, MEC, Network Slicing, NFV

Intel Confidential - **For Internal Use Only**        iCDG - Intel Communication and Devices Group



INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458626



# WIRELESS IOT

CISA Executive Office – July 27, 2016

Horst Pratsch, Yaniv Garty, and iCDG Team

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458627

# CNV IoT - Key Messages

- **Deliver optimized and diversified CNV IP solutions to IA SoC**



- **CNV Discrete Solutions**
  - Previous attempts to follow adopt/modify have failed or negative ROI (one-off attempt to enable CCG to IOTG product)
  - Moving forward:
    - Opportunistic on IA platforms only
    - Lead with CNVi when available. Enable module vendor with capabilities across both iCDG and IoTG (HW, OS, support)
  - End state – CNV tightly embedded in iCDG, IOTG and NTG platforms. We will drive the work with the BUs to align on platform (segments) level strategies.

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY     INTEL-QCOM002458628

# Wireless-IoT - Key Messages

| **Status quo:** **Key player in W–IoT** | **Major Segments** | **Fast growing TAM** **Lead in Standardization** |
|---|---|---|



- All major **module vendors** as customers

- **IBIS:** low power, custom **modem SoC**, creating the second swim lane
- **NB–IoT:** early market creator with 7115, in time with 7315
- **Slim modem** for industrial, POS and smart metering
- **M2M auto:** 7272 design-win with **Tesla**, first step to 5G

- **W–IoT** is the **foundation** for the **Virtuous Cyle**
- 2020 TAM **600 Mio units**
- 2020 revenue **500Mio USD**
- **Converge** CNV & Cellular IoT in 5G

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    INTEL-QCOM002458629



# CONNECTIVITY

CISA Executive Office – July 27, 2016

Alex Quach, Yaniv Garty and iCDG Team

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458630

# Connectivity PGBP – Key Messages

**Grow: Connectivity to be >$1.2B by 2020 (2in1/PC, Phone, IoT)**

REDACTED CBI

beyond the PC

REDACTED CBI



## Disrupt: **Both PC and Phone Markets**
- IA SoC CNVi:  Game changer, drives ubiquity and SOW
- Phone:  Revenue, volume, & convergence via anchor on ICE

## Lead: **Technology Leadership**
- Lead the industry on Triband, Modem Convergence & KPIs
- Lead the transition to .11ax via CNVi

## Extend: **IP Reuse and scale across all segments**
- Start w/Phone IP & KPIs, waterfall to PCs
- WIoT: Deliver IP to IA SoCs, discrete product engagements start with CNVi
  to drive scale and ROI

# WiFi/BT Opportunity – Client, Mobile & IOT

## 2013-2020+



REDACTED CBI

WiFi/BT REVENUE & OP M...
2013-2020

REDACTED CBI



REDACTED CBI

|  | $272 | $324 | | |
|---|---|---|---|---|
| | 2013 | 2014 | | |

- Client
- Mobile Glenview IP
- Client OM
- Client CNVi uplit
- SoFIA & SoFIA 3GR
- ICE OM
- Mobile ICE
- IOT Atlas Peak IP
- Cient + ICE OM

LINK →  Chart Details

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    INTEL-QCOM002458632



# WIGIG

CISA Executive Office – July 27, 2016

Alex Quach, Yaniv Garty, and iCDG Team

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458633

# WiGig PGBP – Key Messages

**WiGig leadership opportunity for Intel ahead of and into 5G**
- Unique P2P capabilities, 3rd Wi-Fi band
- Segment specific strategies

**Biggest challenge is P&L optimization for this still emerging technology**
- Past focus on traditional Windows client OEMs without ecosystem enablement failed to generate traction
- ICE emerges as a potential game changer. MSFT branded devices opportunity

**Pivot to address both ICE and Client with fiscal discipline**
- Anchor on ICE discrete solution, drive reuse into Client
    - Client SoC integration to anchor on TGL, reuse ICE for ICL (discrete)
    - No new discrete products ahead of ICL (carry on existing discrete solution)
- Opportunistic on adjacent segments & capabilities (Backhaul, VR, APs, Automotive…)

**Technology leadership, disrupt with integration**
- Maintain and drive QoS, HVM, PALs. Close KPI gaps by move to 28nm, improve power, pull-in 802.11ay capabilities
- TGL SoC integrations (iMAC, WGBOX, Triband Wi-Fi)

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    INTEL-QCOM002458634



# SUMMARY

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458635

# iCDG PGBP Summary

- Driving for Profitability – it is on us

- High End Modem – ICE and Scale

- CNV – Continue momemtum and Scale, ICE is a game changer

- WIOT – The Wireless trojan horse to new markets

- 5G – LEAD, End to End is Intel's advantage...

- ORG – Work Smarter and Drive Hard

- IP and Solutions for CCG, IOTG, DCG, NTG



INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    INTEL-QCOM002458636



# BACKUP

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458637



# PGBP '16 FINANCE REVIEW – BACK UP

July 25th , 2016 – Version 15

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# ICE ASP Walk

ICE Phon REDACTED CBI



REDACTED CBI

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# iCDG PGBP <u>Direct</u> R&D Spending



REDACTED CBI

| $ Million |
|---|
| Discrete Modem |
| Connectivity |
| Mobile SOCs |
| CDMA |
| IOT, M2M, Automotive, Wearables |
| 22nm |
| 5G |
| Other (ETS, Infrastructure) |
| **Total Gross R&D Spending** |
| Total COS |
| **Total Net iCDG R&D Spending** |
| Allocation from CCG central *) |
| **Total Net R&D Spending** |

1) Gross Spending reduction from 2016 to 2017 due to ACT
2) ACT reductions in 2017 partially compensated by higher spending for WIOT and 5G

REDACTED CBI

*) Represents "Direct Controllable R&D" spending allocation to iCDG from CCG central



INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# iCDG PGBP Total Spending



Scenario shows total net iCDG spending after allocations to other businesses

Direct spending by segment includes allocated spending for iCDG central, 5G, Infrastructure, ETS, etc.

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# Modem Investment by Generation



REDACTED CBI

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458642



REDACTED CBI

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458643

# Silicon Efficiency

REDACTED CBI



INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458644

# Potential Scaling Targets



| OEM |
| --- |
| Samsung |
| Huawei |
| Oppo |
| Vivo |
| LGE |
| Sony |
| Lenovo/Motorola |
| ZTE |
| Others (Xiaomi, Asus, MS,…) |

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# Details by platform*

REDACTED CBI

| Segment |
| --- |
| Slim modem |
| Slim modem |
| Slim modem |
| Slim modem |
| Slim modem |
| Slim modem |
| M2M / IoT AUTO |
| M2M / IoT AUTO |
| M2M / IoT AUTO |
| M2M / NB CAT Mx |
| M2M / NB IoT CAT NBx |
| M2M / NB CAT Mx |
| M2M / NB IoT CAT NBx |
| M2M / NB CAT Mx |
| M2M / IoT Cat 1 |
| M2M / NB IoT Cat 1 |
| M2M / NB IoT Cat 1 |
| M2M / IoT |
| M2M / IoT |
| M2M / IoT |
| M2M / IoT |
| M2M / IoT |
| M2M / IoT |
| M2M / IoT |
| M2M / IoT |
| M2M / IoT |
| M2M / IoT |
| M.2 |
| Wearables |
| |

R
E



# Details by platform*

REDACTED CBI

| Segment |
| --- |
| Slim modem |
| Slim modem |
| Slim modem |
| Slim modem |
| Slim modem |
| Slim modem |
| M2M / IoT AUTO |
| M2M / IoT AUTO |
| M2M / IoT AUTO |
| M2M / NB CAT Mx |
| M2M / NB IoT CAT NBx |
| M2M / NB CAT Mx |
| M2M / NB IoT CAT NBx |
| M2M / NB CAT Mx |
| M2M / IoT Cat 1 |
| M2M / NB IoT Cat 1 |
| M2M / NB IoT Cat 1 |
| M2M / IoT |
| M2M / IoT |
| M2M / IoT |
| M2M / IoT |
| M2M / IoT |
| M2M / IoT |
| M2M / IoT |
| M2M / IoT |
| M2M / IoT |
| M2M / IoT |
| M.2 |
| Wearables |
| Wearables |

Details on PM with Biz case PCOS in Back up

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458647

# Slim Modem ASP and Product Margin Overview



INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458648

# Q3 '16 LRP: Modem–platforms – Component–breakdown

| Segment | Modem Platform | PV | 1st Vol. | Mode | CDMA | BB Node | BB/SOC | RF | Companion RF | Addit. RF | ET | PMU | SOC/AP PMIC | ICNV IP | CNV RF | GNSS | Gateway | Internal/External | Planner |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Slim modem | XMM7360 | Available | Available | LTE | No | 28 | X-GOLD736G | SMARTi 5 (28nm) | SMARTi 5 or 5C | | | X-PMU 736 (65nm) | | | | | | External | H. Sorenson |
| Slim modem | XMM7480 | Q4'16 | Q2'17 | LTE | No | 28 | X-GOLD748G | SMARTi 6T (28nm) | SMARTi 6T or 6TC | | | X-PMU 748 (65nm) | | | | | | External | Z. Zhang |
| Slim modem | XMM7560 | Q2'17 | Q2'18 | LTE | yes | 14 | X-GOLD756 | SMARTi 7 (28nm) | SMARTi 7U (28nm) | | Amp Track2 (65nm) | X-PMU 756 (65nm) | | | | integrated in RF | | Internal | T. Rueckschloss |
| Slim modem | XMM7660 | Q2'18 | Q2'19 | LTE | yes | 14 | X-GOLD766 | SMARTi 8 (28nm) | SMARTi 8C (28nm) | | 2 x Amp Track3 (65nm) | X-PMU 766 (65nm) | | Quasar | Harrison Peak (28nm) | integrated in RF | | Internal | R. Wuerth |
| | | | | | | | | | REDA | | | | | | | | | | R. Wuerth |
| | | | | | | | | | REDA | | | | | | | | | | R. Wuerth |
| M.2 | XMM6260 | Q3'16 | Q1'17 | 3G | No | 40 | X-GOLD 626C | SMARTi UE2 A2 | | | | | | | | | | External | R. Muir |
| M.2 | XMM7160 | Available | Available | LTE | No | 40 | X-GOLD 716 | SMARTi 4G | | | | | | | | CG1960 | | External | R. Muir |
| M.2 | XMM7260 (China) | Q2'16 | Q4'16 | LTE | No | 28 | X-GOLD 726GDP2O | SMARTi 4.5 | | | | | | | | CG2100 | | External | R. Muir |
| M.2 | XMM7360 | Q2'17 | Q1'18 | LTE | No | 28 | X-GOLD736G | SMARTi 5 | | | | X-PMU 736 | | | | CG2100 | | External | R. Muir |
| M.2 | XMM7560 | | Q1'20 | LTE | Yes | 14 | X-GOLD756G | SMARTi 7 (28nm) | SMARTi 7U (28nm) | | Amp Track2 (65nm) | X-PMU 756 (65nm) | | | | integrated in RF | | External | R. Muir |
| M2M / IoT | XMM1010 | Done | Done | EDGE | | 130 | X-GOLD 101 | | | | | | | | | | | External | G. Peini |
| M2M / IoT | XMM1020-ULC2+ | Done | Done | EDGE | | 130 | X-GOLD 102 | | | | | | | | | | | External | G. Peini |
| M2M / IoT | XMM1100 | Done | Done | EDGE | | 65 | X-GOLD 110 | | | | | | | | | | | External | G. Peini |
| M2M / IoT | XMM1180 | Done | Done | EDGE | | 65 | X-GOLD 118 | | | | | | | | | | | External | G. Peini |
| M2M / IoT | XMM6250 | Done | Done | HSPA | | 40 | X-GOLD 625 | SMARTi UE2 | | | | | | | | | | External | G. Peini |
| M2M / IoT | XMM6250M | Q3'16 | Q3'16 | HSPA | | 28 | X-GOLD 625M | SMARTi UE2 | | | | | | | | | | External | G. Peini |
| M2M / IoT | XMM6255 | Done | Done | HSPA | | 40 | X-GOLD 625 | SMARTi UE2p | | | | | | | | | | External | G. Peini |
| M2M / IoT | XMM6255M | Q3'16 | Q3'16 | HSPA | | 28 | X-GOLD 625M | SMARTi UE2p | | | | | | | | | | External | G. Peini |
| M2M / IoT | XMM6260 | Done | Done | HSPA+ | | 40 | X-GOLD 626C | SMARTi UE2 A2 | | | | | | | | | | External | G. Peini |
| M2M / IoT | XMM7120 | Done | Done | Cat 1 | | 28 | X-GOLD712 | SMARTi 4G | | | | | | | | | | External | F. Stevens |
| M2M / IoT | XMM7120M | Q3'16 | Q4'16 | Cat 1 | | 28 | X-GOLD712M | SMARTi 4G | | | | | | | | | | External | F. Stevens |
| M2M / IoT | XMM7422 Aut | Q3'18 | Q1'20 | Cat 1 | | 28 | X-GOLD 7422 | in BB integrated | | | | X-PMU 7422 (same package as X-Gold) | | | | | | External | C. Mulligan |
| M2M / IoT | XMM7425 IoT | Q3'18 | Q4'18 | Cat 1 | | 28 | X-GOLD 7425 | in BB integrated | | | | X-PMU 7425 (same package as X-Gold) | | | | | | External | J. Prjadeha |
| Wearables | IBIS1 | Q1'18 | Q3'18 | Cat 1/M1 | | 28 | | | | | | | | | | | | | H. Pratsch |
| Wearables | IBIS2 | Q1'20 | Q3'20 | Cat Mx | | 28 | | | | | | | | | | | | | H. Pratsch |
| M2M / IoT | XMM7115 | Q4'16 | Q1'17 | NBx | | 40 | X-GOLD 716 | SMARTi 4G | | | | | | | | | | External | J. Prjadeha |
| M2M / IoT | XMM7315 | Q4'17 | Q4'17 | Cat M1 | | 28 | X-GOLD 731 | in BB integrated | | | | X-PMU 731 (same package as X-Gold) | | | | | | External | J. Prjadeha |
| M2M / IoT | XMM7505 | Q1'19 | Q3'19 | NBx | | 22 ULP | X-GOLD 7505 | in BB integrated | | | | 7505 AON PMU (same package as X-Gold) | | | | | | Internal | J. Prjadeha |
| M2M / IoT | XMM7515 | Q1'19 | Q3'19 | Cat Mx | | 22 ULP | X-GOLD 7515 | in BB integrated | | | | X-PMU 7515 (same package as X-Gold) | | | | | | Internal | J. Prjadeha |
| RED | | | | | | | | | | | | | | | | | | | J. Prjadeha |
| RED | | | | | | | | | | | | | | | | | | | J. Prjadeha |
| RED | | | | | | | | | | | | | | | | | | | J. Prjadeha |
| RED | | | | | | | | | | | | | | | | | | | F. Stevens |
| M2M / IoT | XMM7160M | Q3'16 | Q2'17 | Cat 3+ | | 40 | X-GOLD 716M | SMARTi 4G | | | | | | | | | | External | C. Mulligan |
| M2M / IoT | XMM7272 Aut | Q3'16 | Q2'17 | Cat 3+ | | 28 | Atom x3 M7272 | SMARTi 4.5 | | | | | X-PMU 832 | | | CG2100 | | External | C. Mulligan |
| M2M / IoT | XMM7562 Aut | Q3'18 | Q1'19 | Cat 3+ | | 14 | X-GOLD756 ES2 | SMARTi 7 | SMARTi 7U | | | X-PMU 756 | | | | integrated in RF | Twin Mtn. | Internal | C. Mulligan |
| | | | | | | | | | | | | | | | RE | | | | C. Mulligan |

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458649



# HIGH END MODEM – BACK UP

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458650

**DRAFT**

# Execution Strategy across Segments

REDACTED CBI



46

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458651

# Smartphone TAM: Significant Opportunity for Slim Modems

## SMARTPHONE TAM



INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458652

**DRAFT**

# Drive RF leadership and profitability with complete RF portfolio including RF Front-end



INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458653



# 5G PGBP – BACK UP

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458654

# Deliverables and 3GPP Schedule



| Deliverables | Metrics and interim milestones | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2015** | | | | **2016** | | | | **2017** | | | | **2018** |
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 |

**Win Partnerships with key TEMs, MSOs and MNOs** — 1ˢᵗ Partnership Agreements Complete ...

**Create a Compelling Trial Air Interface Definition for 5G** — 1ˢᵗ Trial Air Interface Spec. Complete ...

All milestones are "knock out rounds"

**Push Intel 5G Definition Through Standard** — 1ˢᵗ Standard Specs.

**Translate into Prototypes and Commercial Architecture** — Prototypes and Samples

**Execute Trials at Winter Olympic Games Feb. 2018** — CPEs — Multiple Form-Factor Designs

**Model and deliverables have expanded significantly since June 2015 CSD**
**• Vectors include commercialization, CPE, global scale up and verticals**



9

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458655



REDACTED CBI

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458656

# Technical Specifications – 5G Era Timelines

5G pre-commercial development | Product development | Go-to-market

**3GPP Schedule**
**Rel-14 – Mar-17**
Stage 1 – Mar'16
Stage 2 – Sep'16
**Rel-15 – ~Q3-18**
**Rel-16 – ~Q4-19**

## Diverse Set of Competitive 5G Specifications Targeting 2019-2020

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# 5G Strategic Partners and Opportunities





**5G End-to-End Landscape Today***

*Not complete list

Intel Confidential

 53

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458658



# CONNECTIVITY BACKUP

CCG Wireless Marketing
Intel Confidential

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458659

# CNV Strategy

**CNV Oct'15 MCM Update**

## CNV Strategy On a Page

Proactively driving leadership in our CNV IP technology portfolio to optimally serve Intel's strategy, platforms and UXs

**IP**: **Drive BIC IP CNV portfolio** - balancing IP, architecture and Implementation gaps through organic growth, whitebox licensing (sub-IP blocks) and acquisitions

**Client**: **Maintain #1 MSS, Drive integration across,** and Continue lead market **transitions** (WiFi as first priority)

**Mobile**: [redacted] and through CNV-Modem integration (7x60) and WiGig (Tri-band) in non-IA

**Wearbales/ IoT**: Win through highly integrated **Edge Devices,** and **Increase WPAN** portfolio

**E2E and 5G**: **Drive leadership in 5G and E2E** through pillars of 11ax and 11ay, and Better-Together WiFi Access Point

REDACTED CBI

[redacted]

*5G covered in a separate PGBP session; 11ax and 'better together' addressed later in this section*

(arrow) = In Scope of this presentation

# Client: financials

## Key Highlights 2016–2020

- Executing on CNVi strategy successfully will drive Intel MSS through 2020

REDACTED CBI

- Q1 LRP aligned with Playbook & PGBP

## Opportunities & Risks

REDACTED CBI





## WiFi A/R & VOLUME (NB, DT & TABLET)

REDACTED CBI

| WiFi PnL (Q1 LRP) | 2016 | 2017 | 2018 | 2019 | 2020 Grand Total | |
|---|---|---|---|---|---|---|
| Volume | | | | | | |
| Revenue | | | | | | |
| Gross Margin | REDACTED CBI | | | | | |
| GM% | | | | | | |
| Total Spending | | | | | | |
| Operating Margin | | | | | | |
| OM% | | | | | | |
| SOC Revenue | | | | | | |
| SOC GM | | | | | | |
| OM with SOC GM | | | | | | |

REDACTED CBI

LINK → CNL Scenarios
LINK → Worst Case





REDACTED CBI

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458662

# Business case

REDACTED CBI

**Financial Summary**

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458663

# WIGIG BACKUP

CCG Wireless Marketing
Intel Confidential

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Modification on top May'16

# WiGig Strategy on a Page

Proactively driving leadership in our WiGig IP technology to optimally serve Intel's strategy, platforms and capabilities

REDACTED CBI

Jun'16

# WiGig PC Strategy

Drive new capabilities, platform SOW, scale post Integration

REDACTED CBI

### Add 3rd Wi–Fi band Capabilities/Innovation

'15:  P2P Productivity Docking

'16:  Win10 Docking UI
       integration, WFA Cert

'17:  D2D, 60GHz NW Access
       (MSFT Enablement;
       WFA NW Access Cert)
       Soft Rx

Under exploration (for '17):
       WiHMD (VR over WiGig)
       4K docking*

* 4K docking WIP using 3rd party adaptor

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# Phone clients – Focus on ICE

REDACTED CBI

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

(intel) | 62

INTEL-QCOM002458667

REDACTED CBI



INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458668



# WiGig* Vision



**In the home**

**Data Explosion**

**At the Office**

**On the Go**

**M2M**

**Carriers RFPing 60GHz**

**Adjacent Opportunities:**
- Backhaul (FB, GOOG)
- Medical devices (Sterile Relief)
- Smart Sensors (video)



CCG Wireless Marketing
Intel Confidential

11ay: 10-20Gbps, Near line of sight (1 wall)

(intel) | 64

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458669



## Intel Communication and Devices Group

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002458670