**SYRETT DECLARATION**

# EXHIBIT 3

# REDACTED VERSION

Message

| | |
|---|---|
| **From**: | Wyatt, Carly [/O=INTEL/OU=AMERICAS01/CN=RECIPIENTS/CN=CLWYATT] |
| **Sent**: | 5/10/2017 12:17:29 PM |
| **To**: | Evans, Aicha [/O=INTEL/OU=Americas01/cn=Recipients/cn=aevans] |
| **Subject**: | FW: SoC Learnings Whitepaper |
| **Attachments**: | MBIC_Mobile 14nm Learnings Final.docx |

☺

**From:** Wyatt, Carly
**Sent:** Wednesday, May 03, 2017 3:36 PM
**To:** Salvador, Tony <tony.salvador@intel.com>; Wright, Melissa S <melissa.s.wright@intel.com>; Trudeau, Michael <michael.trudeau@intel.com>; Ries, Bernhard <bernhard.ries@intel.com>; Barnett, Brandon <brandon.barnett@intel.com>; Herrgott, Thomas L <thomas.l.herrgott@intel.com>; Cauthen, Jason <jason.cauthen@intel.com>
**Cc:** Wyatt, Carly <carly.wyatt@intel.com>
**Subject:** SoC Learnings Whitepaper

Hi All,

Several of you have heard about the work on SoFIA/building mobile SoCs at Intel and our subsequent whitepaper on learnings. Here it is ☺

Best,

Carly

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Intel Confidential – Internal Use Only

**Mobile Best-In-Class/14nm White Paper**

By Aicha Evans, Ed Lilya and Matthew Formica, June 13, 2016



As a result, a cross-functional effort was established, called alternatively "Mobile SOCs on 14nm" or "Mobile Best-In-Class" (MBIC) to drive root cause identification, technical solutions, specific product intercepts and organizational commitment/funding. This white paper documents the challenges and learnings the team encountered over the ensuing year.

**PnL Analysis**

The team was fundamentally guided by the PnL of the relevant businesses. Despite iCDG's LRP reaching



Additionally, both iCDG's LRP and historical LRPs from MCG pointed to significant execution challenges impacting predictability and time to market relative to plans.  These execution challenges would drive down ASPs as products shipped late while simultaneously driving the already high R&D spending even higher, further pressuring profitability.

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Intel Confidential – Internal Use Only



*Charts as of Glenview Business Review Q1'16*

1. 

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Intel Confidential – Internal Use Only



INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM000354042

Intel Confidential – Internal Use Only



INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM000354043

Intel Confidential – Internal Use Only



**Summary**