**SYRETT DECLARATION**

# EXHIBIT 4

# REDACTED VERSION

| From: | Ardalan, Kayvan <kayvan.ardalan@bain.com> |
|---|---|
| Sent: | Tuesday, July 07, 2015 1:51 AM |
| To: | Faintuch, Amir |
| Cc: | Evans, Aicha; Topol, Robert J; Tan, Hang; Hill, Brice; Miller, Chi K; Sasaki, Steven K; Pandey, Parth |
| Subject: | RE: PEG Benchmarking |
| Attachments: | 150702 iCDG Benchmarking vShared (3).pptx |

All,

Attached is the latest rev of the material.  Please feel free to come back to me with questions/comments.  Will greatly appreciate your input.
Thanks to Parth and Steve for helping on Intel resource levels.

Best,
Kayvan

-----Original Message-----
From: Faintuch, Amir [mailto:amir.faintuch@intel.com]
Sent: Monday, June 22, 2015 11:39 AM
To: Ardalan, Kayvan
Cc: Evans, Aicha; Topol, Robert J; Tan, Hang; Hill, Brice; Miller, Chi K
Subject: Re: PEG Benchmarking

Kayvan
Thx.

One more at to look at it is that the assumptions during 2011-2013 were also very conservative.

Even if the numbers are less then the estimated comparisons of 9.5-10k which I believe is accurate and let's assume it's only 8k ( very conservative ) still iCDG is missing ~1500-2000 HC.  ( for a smaller output ) Amir

On Jun 19, 2015, at 10:56 AM, Ardalan, Kayvan <kayvan.ardalan@bain.com<mailto:kayvan.ardalan@bain.com>> wrote:

Amir,

Thanks.  We will work with Rob and team and get to the bottom of this quickly.  It's relatively straightforward.
Stacy is recalling work from 2011 and 2012 where TOTAL SOC HC was similar across both companies.  QCOM thru acquisition and aggressive hiring has ramped up headcount significantly.  Chart below shows total mobile HC by year for both companies.

[cid:image001.png@01D0AA7E.99733590]

We reviewed this work with Chi and Josh last year prior to the 2015 plan conversations.  Now the 'double click' to see how Aicha group fairs vs QCOM is what you are referring to.

1

QX0092

A few important points to add to this discussion:

*      Our product output is significantly less than QCOM

*      While Aicha group is smaller, the chart above suggests that other areas in PEG are likely bigger than comp

*      Finally, QCOM is going through a cost transformation program and I would expect that their HC will reduce somewhere in the 10-15% range

We will have all of this clearly spelled out and make the math tie so there is no confusion and no information asymmetry.

Best,
Kayvan

From: Faintuch, Amir [mailto:amir.faintuch@intel.com]
Sent: Friday, June 19, 2015 9:55 AM
To: Ardalan, Kayvan; Evans, Aicha; Topol, Robert J
Cc: Tan, Hang; Hill, Brice; Miller, Chi K; Faintuch, Amir
Subject: RE: PEG Benchmarking
Importance: High

Kayvan

Thanks ..I am leaving tomorrow on vacation and work out of Israel for few weeks

I talked to Aicha and Rob on feedback we got from Stacy that past Bain analysis indicated that our cellular spend was matching competition.
Your recent (good) analysis indicates QCOM at 9.5-10K and MTK at 8K+ Vs. Intel so clearly we are underspending to meet comp. w/ the apple to apple roadmaps.
David C also confirmed that in the past Bain advice Intel that the spending was similar to the comp.... hence come the question (info) we need to address - why we believe we have such a large gap Vs our past analysis

I think that the gap is real and that is a real issue in our ability to execute with the budget we have... we face it every day now...

Pls work w/ Rob and team on that task.. we need to get to the bottom of it by m/o next week pls Thx much for reaching out Amir


From: Ardalan, Kayvan [mailto:kayvan.ardalan@bain.com]
Sent: Thursday, June 18, 2015 2:17 PM
To: Faintuch, Amir
Cc: Tan, Hang
Subject: PEG Benchmarking

Amir,

I wanted to get time with you to review the past and current work we have done on PEG benchmarking.  Who should I coordinate with to get on your calendar?

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    INTEL-QCOM007957505

QX0092

Best,

Kayvan Ardalan, Ph.D.
Partner
Bain & Company, Inc. | 1901 Ave of the Stars | LA, CA 90067 | USA
tel: (1) 310 229 3086  mobile: (1) 310 962 4360 mailto:kayvan.ardalan@bain.com | web:
www.bain.com<http://www.bain.com>


Assistant:  Evelyn Roman
Tel:  (310) 229-3121
mailto:evelyn.roman@bain.com<mailto:kayvan.ardalan@bain.com>

_____

This e-mail, including any attachments, contains confidential information of Bain & Company, Inc. ("Bain") and/or its
clients. It may be read, copied and used only by the intended recipient. Any use by a person other than its intended
recipient, or by the recipient but for purposes other than the intended purpose, is strictly prohibited. If you received this
e-mail in error, please contact the sender and then destroy this e-mail. Opinions, conclusions and other information in
this message that do not relate to the official business of Bain shall be understood to be neither given nor endorsed by
Bain.

_____

This e-mail, including any attachments, contains confidential information of Bain & Company, Inc. ("Bain") and/or its
clients. It may be read, copied and used only by the intended recipient. Any use by a person other than its intended
recipient, or by the recipient but for purposes other than the intended purpose, is strictly prohibited. If you received this
e-mail in error, please contact the sender and then destroy this e-mail. Opinions, conclusions and other information in
this message that do not relate to the official business of Bain shall be understood to be neither given nor endorsed by
Bain.

_____


This e-mail, including any attachments, contains confidential information of Bain & Company, Inc. ("Bain") and/or its
clients. It may be read, copied and used only by the intended recipient. Any use by a person other than its intended
recipient, or by the recipient but for purposes other than the intended purpose, is strictly prohibited. If you received this
e-mail in error, please contact the sender and then destroy this e-mail. Opinions, conclusions and other information in
this message that do not relate to the official business of Bain shall be understood to be neither given nor endorsed by
Bain.

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                                        INTEL-QCOM007957506



# Mobile R&D Benchmarking

July 2015



INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Executive Summary

- Historically, Intel and QCOM investment in mobile SOC has been on par but QCOM product output 2-3X Intel
- In 2015, QCOM mobile SOC HC expected to be 10-20% greater than Intel driven by:
  - QCOM aggressive hiring to maintain mobile leadership & CSR acquisition
  - Intel re-org of MCG and de-scoping of BXT leading to migration of HC to Core products
- This difference is particularly pronounced within iCDG (modem, CNV & SoFIA)
  - iCDG and QCOM comparable HC at ~8k and ~10k, respectively (BB only)
- However, Intel overall mobile productivity still lags QCOM by ~50%, largely driven by Intel supporting multiple architectures (e.g. SoFIA, BXT, CHV)
- To address HC gap, Intel should address the capabilities gap while exploring options of converging arch. and driving engineering efficiencies throughout PEG

 2

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY



QX0092

# Mobile engineering HC has seen steady growth

## Intel

| | 2011 | 2012 | 2013 | 2014 | 2015F |
|---|---|---|---|---|---|
| **Blue Badges** | ~8.8k | ~11.0k | N/A | ~14.2k | ~14.0k |
| **Green Badges** | N/A | ~3.1k | N/A | ~2.5k | ~2.7k |

## Qualcomm

| | 2011 | 2012 | 2013 | 2014 | 2015F |
|---|---|---|---|---|---|
| **Blue Badges** | ~9.2k | ~11.5k | ~15.0k | ~17.3k | N/A |
| **Green Badges** | N/A | ~1.5k | ~2.0k | ~2.3k | N/A |

1. Aggressive hiring between 2012 and 2013 aimed at maintaining mobile leadership and mirroring top-line growth

   _2012 Earnings Call:_
   *"Leadership across multiple technologies required to succeed in mobile remains our strategic priority for our business, and we are increasing our R&D investments in fiscal 2013, including investments in our modem, the AP and driving new process technologies, as well as our reference design effort."*

   Steven M. Mollenkopf
   President and COO, Qualcomm

2. 2013 to 2014 increase driven by CSR acquisition adding another 1K, primarily in connectivity

3. Qualcomm in the middle of a cost transformation program (investor activism); Mobile R&D likely to be cut by 10-15%

Notes: QCOM '11-'12 HC excludes all Corp R&D (27% of rev) and '13-'14 includes mobile Corp R&D with <3yr time-to-rev.
*Total and BB CAGR includes HC from the CSR acquisition.
Source: LinkedIn profiles; Qualcomm benchmarking; expert interviews; lit search

# Intel lagging in product output

## INTEL

**Smartphone & Tablet SOC unique dies (by scheduled PRQ date)**



| SKUs | 2 | 4 | 8 | 8 | TBD |
|---|---|---|---|---|---|
| Cumulative Complexity | 10-12 | 28-32 | 18-20 | 40-42 | TBD |
| OS Support | *Android/Linux, Windows Phone, Windows* | | | | |

## QUALCOMM

**Smartphone & Tablet SOC unique dies (by sampling date)**



| SKUs | 10 | 14 | 32 | 12 | N/A |
|---|---|---|---|---|---|
| Cumulative Complexity | 15-20 | 25-30 | 30-35 | >45 | N/A |
| OS Support | Android/Linux, Windows Phone, Windows RT | | | | |

Note: Cherrytrail Die 1 1st customer PRQ targeted for WW'52 2014, *BXT proof-of-concept stepping in 2015, PRQ slipped to Q1/2 2016
Source: Intel roadmaps, QCOM website, pdadb.net, lit search, Bain Analysis

 4

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# Comparison of iCDG comparable R&D investment

2015 MTK comparable HC expected to be ~8.5k (15-20% increase from '14)

## PRELIMINARY DIRECTIONAL

| | | | SoFIA/GNV/WWAN/CNV[†] | Qualcomm | MediaTek |
|---|---|---|---|---|---|
| **Investment** | | As of date | Current | 2014 | 2014 |
| | | **Comparable R&D HC** | **7.7k** | **~9.5k** | **~7.25k** |
| | | **Super Burden Rate ($/yr)\*** | REDACTED CBI | ~$230k | ~$140k |
| | | **Total R&D $** | | ~$2.2B | ~$1.0B |
| **Output** | SoC | 3 Year Unique Die Output ('15-17) | 5 | ~15-17\*\* | ~20-24\*\* |
| | | Average Die Complexity | ~4-6 | 4-5 | ~4-5 |
| | Modem | 3 Year Unique Die Output ('15-17) | ~3 | ~3 | ~2 |
| | | TTM relative to QCOM[1] | <1 year | NA | ~3 Years |
| | CNV | 3 Year Unique Die Output ('15-17) | 8 | 5-7 | 3-5 |
| | Process node | Process node cadence | 24-48 Months | 24-48 Months | 24-48 Months |
| | | Node intercept relative[2] to initial node availability | ~24 Months | 24-36 Months | 24-36 Months |
| **Productivity** | | **R&D HC / Cumulative Unique Dies** (SoC, WWAN, & CNV) | 484 | 380 | 259 |

Note: Temp/green badge employees not included in HC;
† Headcount includes all individuals working on iCDG Related products: SoFIA, GNV, WWAN, or CNV (including CCG/SSG).
\*super burden rate includes salary, BTI, and other per BB overhead; Qualcomm super burden is segment specific
\*\*details of die output are in backup
[1] Intel has closed the gap to QCOM on modem feature releases to under 1 year, MDTK at ~ 3 years
[2] Defined as the time between process qualification and first product PRQ
Source: Bain Analysis; LinkedIn; Analyst Reports; PECA



5

# Intel overall mobile productivity lags QCOM by ~50%; gap narrower for iCDG at ~20%

| **All Mobile** | | **iCDG** |

**Mobile HC ('12-'14 avg) / unique SoC dies ('12-'14 avg)**

**Mobile HC ('12-'14 avg) / SoC SKUs ('12-'14 avg)**

**iCDG HC ('15) / unique dies including SoC, WWAN and CNV ('15-'17 cumulative)**







Notes: Intel HC data unavailable for 2013; therefore only 2012 and 2014 were used for Intel's productivity calculation.
Source: LinkedIn profiles; Qualcomm benchmarking; expert interviews; lit search

 6

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY





# iCDG projected R&D spend as % of revenue vs. competitors

REDACTED CBI

REDACTED CBI

2014

23%    20%

Qualcomm (QCT Only)    MediaTek (iCDG Comparable)

| | Qualcomm (QCT Only) | MediaTek (iCDG Comparable) |
|---|---|---|
| Revenue | $18.7B | $5.0B |
| R&D spe | $4.3B | $1.0B |

Note: Qualcomm includes $4.3B in mobile R&D expense
Source: Bain Analysis; LinkedIn; Analyst Reports

  7

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                                        INTEL-QCOM007957513

# Breakdown of Intel current mobile R&D HC



## INTEL MOBILE R&D HEADCOUNT AND DIE OUTPUT BY SEGMENT

Mobile R&D headcount ('15) and unique die output ('15-'17 cumulative)

HC per Unique Die

Overall: 0.7k

14k — Other Mobile (BXT, CHV), Other iCDG*, iCDG
21 dies — Other Mobile (4 Dies), iCDG (16 Dies)

Other Mobile: 1.6k

iCDG: 0.5k

Headcount (BB Only) / Die Output

*Other iCDG includes HC outside iCDG working on iCDG products (e.g. CCG)

## POTENTIAL ACTION IMPLICATIONS

**1 Address capability gaps**
- Hire externally to bring in capabilities required to fill the gaps

**2 De-scope/converge architectures**
- Explore options on BXT, CHV - understand tradeoffs
- Convergence of architectures to focus on iCDG products can free up over 2k functional HC (assumes IP HC will stay in their roles)

**3 Drive engineering efficiencies throughput PEG**
- Cutting productivity gap vs. QCOM in half can free up over 3k HC

Note: Assumes IP groups for CPU, GPU & Media, Imaging, and Other IP have not changed from November 2014 benchmarking. iCDG Products include SoFIA, GNV, WWAN, and CNV.
Source: Bain Analysis

 8

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Next Steps

- Further understand tradeoffs from de-scoping/converging architectures – impact on resource, revenue, etc.

- Develop plans to accelerate engineering efficiencies across PEG

- Determine HC plan for iCDG that differentiates between capability and pure HC gaps

 9

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# Appendix

Additional data on Intel & comp. R&D HC allocation, product output

Detailed product roadmap of QCOM, MTK, Intel

Benchmarking methodology & function category definition

 10

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# Breakdown of Intel vs. QCOM mobile R&D HC

| CATEGORY | INTEL | QCOM | HC DIFFERENCE |
|---|---|---|---|
| WWAN | 2,469 | 3,600-3,800 | (1,150-1,350) |
| CNV | 1,749 | 2,150-2,450 | (400-700) |
| CPU | 415 | 500-600 | (100-200) |
| GPU & Media (Includes driver/SW) | 1,374 | 1,000-1,200 | 150-350 |
| Imaging | 484 | 400-450 | 50-100 |
| Other IP* (DSP, Audio, Security, Sensor Hub, PMIC, I/Os, etc.) | 1,538 | 1,200-1,500 | |
| **Total BB IP** | **8,029 (57%)** | **~9,400 (54%)** | |
| SoC Integration (AP only, excl. verif.) | 780 | 1,500-1,700 | (700-900) |
| Validation & Test (incl. SoC Verification) | 976 | 1,600-1,800 | (600-800) |
| DA/TFM | 380 | 100-200 | 200-300 |
| Platform Integration / Customer Facing Eng. | 3,838 | 4,300-4,600 | (700-1,000) |
| **Total BB Functional** | **5,974 (43%)** | **~7,900 (46%)** | |
| **Total BB HC** | **~14.0k** | **~17.3k** | **(3.3k)** |
| **Total GB HC** | **~2.7k** | **~2.3k**\*\* | **.4k** |
| **Total HC** | **~16.7k** | **~19.6k** | **(2.9k)** |
| **Total SoC Die** | **4** | **8** | |
| **Total SoC Complexity** | **40-42** | **>45** | |

Company w/higher functional HC

Notes: Qualcomm figures as of November 2014 *QCOM DSP 300-400HC. **Based on 2013 Qualcomm Sustainability Report. Includes HC from recent acquisitions, including: Wilocity, Black Sand, and Arteris.  Does not include IoT/Embedded or Corporate R&D functions. CNV and Other IP include HC added through the CSR acquisition.
Source: LinkedIn profiles; expert interviews; lit search



11

## Detailed breakdown of Intel current mobile R&D HC

| CATEGORY | iCDG PRODUCTS | | OTHER MOBILE (BXT, CHV, ANN) | TOTAL MOBILE |
| --- | --- | --- | --- | --- |
| | iCDG HC | HC outside iCDG on iCDG products | | |
| WWAN | 2,469 | | | 2,469 |
| CNV | 1,749 | | | 1,749 |
| CPU | | | 415 | 415 |
| GPU & Media (Includes driver/SW) | | | 1,374 | 1,374 |
| Imaging | 2 | | 482 | 484 |
| Other IP* (DSP, Audio, Security, Sensor Hub, PMIC, I/Os, etc.) | 288 | | 1,250 | 1,538 |
| SoC Integration (AP only, excl. verif.) | 360 | 10 | 410 | 780 |
| Validation & Test (incl. SoC Verification) | 331 | 75 | 570 | 976 |
| DA/TFM | 100 | 90 | 190 | 380 |
| Platform Integration | 707 | 345 | 1,168 | 1,970 |
| Customer Facing Eng. | 618 | 600 | 400 | 1,618 |
| **Total BB HC** | **6,624** | **1,120** | **6,259** | **14,003** |

Note: Assumes IP groups for CPU, GPU & Media, Imaging, and Other IP have not changed from November 2014 benchmarking.
iCDG Products include SoFIA, GNV, WWAN, and CNV.
Source: Bain Analysis



12



INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## <u>QCOM</u>: comparable R&D at ~$2.2B and 9-10k HC

**<u>PRELIMINARY</u> <u>DIRECTIONAL</u>**

Qualcomm Mobile Headcount
(k employees)

**FUNCTIONAL BREAKDOWN**

| Total | 9k-10k |
|---|---|
| DA/TFM | 100-150 |
| Other IP* | 300-350 |
| Cust. Facing | 400-450 |
| SoC Int. | 600-650 |
| Val. & Test | 650-700 |
| Platform Int. | 1,350-1,500 |
| CNV | 2,150-2,400 |
| WWAN | 3,450-3,800 |

Chart axis labels: 20K, 15, 10, 5, 0

- 16-18
- CPU / Imaging / GPU & Media / Other IP* (2.8-3.4)
- Platform Int / Val & Test / SoC Int (3.7-4.5)
- (0.4-0.5)
- DA/TFM / Other IP* / Cust. Facing / 9-10 / SoC Int / Val & Test / Platform Int / CNV / WWAN

**Adjustments for scope of activities**

X-axis categories: 2014 Total Mobile R&D | Non-comparable IP Design | Perf SoCs Development** | Customer Support / FAE | QCOM 2014 Comparable

| **Corresponding R&D Spend ($B)** | ~4.3B | ~(0.9B) | ~(1.2B) | ~(0.1B) | ~2.2B |
|---|---|---|---|---|---|

Note: HC includes 650-750 heads from the CSR acquisition. Excludes HC dedicated to snapdragon 800 series products, all other products assumed comparable to iCDG. Temp/green badge employees not included. 100% of GPU & Media, CPU, and Imaging excluded. All but 300 employees from Other IP (DSP, Audio, Security, etc.) excluded. 60% of Platform Int., Validation & Test, and SoC Integration excluded as part of Snapdragon 800. 50% of Customer Support/FAE excluded as part of Snapdragon 800.
Source: Bain Analysis; LinkedIn; Analyst Reports



(intel) | 14

## MediaTek: comparable R&D at ~$1.0B and 6.5-8k HC

PRELIMINARY DIRECTIONAL



MediaTek Headcount
(2014, k employees)

9.5-10.5

(1.5-2.0)

(0.3-0.4)

Other*
ISP, Media, Disp.
(0.4-0.8)

Expected mobile
R&D growth of
15%-20% for
2015

6.5-8.0

SoC Int.
WWAN
CNV
Other

Adjustment for scope of activities

Total R&D   DTV   PC Optical   Other   MTK 2014 Comparable

**MTK heavily investing in mobile R&D in '15 to fund international expansion**

*"Higher spending continues in 2015 for [MediaTek] to **stay aggressive on LTE.**"*
Credit Suisse, Feb 2015

*"The meaningful part [of R&D increase] we'll still be **investing into our handset business**... our market share is still very low. That's why we're trying to **increase the investment to try to grab this [LTE] opportunity.**"*
MediaTek CFO, Feb 2015

| Corresponding R&D Spend ($B) | ~1.4B | ~(0.2B) | ~(0.1B) | ~(0.1B) | ~1.0B |
| --- | --- | --- | --- | --- | --- |

Note: Temp/green badge employees not included. Comparable headcount excludes 100% of the follow groups: DTV (mStar acquisition), PC Optical, ISP, Media, Display, and Other IP. SoC Int., WWAN, and CNV allocation based on LinkedIn benchmarking.
*Other includes consumer DVD, LCD monitor, STB, etc.
Source: Bain Analysis; LinkedIn; Analyst Reports; Lit Search

 15



QX0092

REDACTED CBI

# Intel: R&D at [redacted] and ~7.7k HC on iCDG products

REDACTED CBI

**Corresponding R&D Spend ($B)** [redacted]

Note: Assumes IP groups for CPU, GPU & Media, Imaging, and Other IP have not changed from November benchmarking. iCDG Products include SoFIA, GNV, WWAN, and CNV. Assumes a full burden rate of $200K.
Source: Bain Analysis, Intel org. database

intel

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# Intel is catching up on IP cadence while competitiveness gaps remain (except CPU)



| | CADENCE | COMPETITIVENESS |
|---|---|---|
| **CPU** | Tick/Tock (~1yr) vs. 2-2.5yr (w/~1yr updates) | Leading on Perf./W for single and multi-threaded |
| **GPU** | Both ~1yr | Competitive in perf tablet; licensing for entry segments |
| **Imaging** | Both ~1yr arch and ~6mth SW | Lagging today, will not completely close gap by BXT (throughput) |
| **CNV** | Both ~1yr | Gaps in cost, integration, location, and low-power (furthered by CSR M&A) |
| **WWAN** | Both ~1yr | Narrowing gap from 2 years to fast follower (1yr) through '15; not integrated in BXT |

*Other IP gaps include media and memory*

▲ Intel Major IP Update   ▲ QCOM Major IP Update   ■ Intel Leading   ■ Comparable   ■ Intel Lagging

Note:*CPU, GPU, ISP dates reflect first SoC sampling using IP; CNV and WWAN dates reflect first discrete chip sampling
Source: Lit. Search; Company Web; Client Analysis; Bain Analysis

 17

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY



QX0092

MediaTek Roadmap
Left edge of boxes approximates PRQ
SoCK ASP
2013 2014 2015 2016 2017 2018 2019
Process node 32/28nm
Process node 22/20nm
16 / 14nm
Process node 10nm
Process node 7nm
$30+
$25
$20
$15
$10
$5
Mid
Value
Entry
No Int. Modem
MT6797 2+4+4C A72/A53 Mali-T880MP4 2x32LPDDR3 LTE Cat 6 2CA
8-9
MT6897 aka 6895 2+4+6C A72/A53 GX7450 LPDDR3/LPDDR4 LTE Cat 6 2CA
MT6997 2+4+6C Pro/Ananke GX8450 4xLPDDR4-3200 LTE Cat 9/10
MT7097 2+6+8C Pro/Ananke GX9650 4xLPDDR4-3667 LTE Cat 10+
MT6595 4+4C A17/A7- 2.0 G6200 2xLPDDR3 LTE Cat 4
5.1
MT6795 8C A53- 2.0+ G6200 2xLPDDR3 LTE Cat 4
MT6796 2+2C A72/A53 GX6250 2x32LPDDR3 LTE Cat 6 2CA
MT6896 2+2C Artemis/A53 GX7250 LPDDR3 LTE Cat 6 2CA
MT6996 2+2C Artemis/Ananke GX8250 LPDDR3 LTE Cat 6 2CA
MT6755 8C A53 -2G Mali-T860MP2 1x32 LPDDR3 CNV/LTE Cat 6 CDMA2k
MT6952 8C A53 – 1.7+GHz Mali-T834 or 824 CNV / LTE Cat6
MT7052 8C Ananke – 1.7GHz Mali-T924 2xLPDDR4-3200 (16) CNV / LTE Cat9
MT7152 8C Ananke – 2GHz? Mali-T10xx, 2x2 11ac 2xLPDDR4-3200 (16) CNV / LTE Cat9
MT6752/6732 8C A53 – 1.7 Mali-T762 1xLPDDR3 CNV/LTE Cat 4 MT6732 = fuse
5.1
MT6753 8C A53 -TBD Mali-T720MP3 CNV/LTE Cat 4 CDMA2k
MT6589 4C A7 – 1.2GHz SGX544MP1 1xLPDDR2-1066 WCDMA/HSPA+
3.4
MT6592/91/88 8/6/4C A7 – 1.7-2.0GHz Mali-450MP4 1xLPDDR3-1066 HSPA+ / CNV
2.6
MT6735 4C A53 – 1.5 Mali-T720MP2 CNV/LTE Cat 4 CDMA2k
MT6932 4C A53 – 1.5GHz Mali-T824 CNV / LTE Cat6
MT7032 4C Ananke – 1.7GHz Mali-T824 2xLPDDR4-2400 CNV / LTE Cat6
MT7132 4C Ananke – 2GHz? Mali-10xx 2xLPDDR4-2400 CNV / LTE Cat6
MT6582 4C A7 – 1.2GHz Mali-400MP2 1xLPDDR3-1066 3G /
3.3
MT6735M 4C A53 CNV/LTE Cat 4
MT68xx 4C Mercury – 1.4GHz Mali-T7xx/Custom 1xLPDDR3-1333 CNV / LTE Cat4
MT6832 4C Mercury – 1.5GHz Mali-T7xx/Custom 1xLPDDR3-1600 CNV / LTE Cat6
MT6842 4C Mercury – 1.5GHz Mali-T7xx/Custom 1xLPDDR3-1600 CNV / LTE Cat6
MT6572 2C A7 – 1.2GHz Mali-400MP1 LPDDR1/2-1066 CNV/WCDMA/H21
4.2
MT6571 2C A7 – 1.2GHz Mali-400MP1 LPDDR2-1066 CNV/2G/TD-S
MT6580 4C A7 – 1.2GHz Mali-400MP2 1xLPDDR3-1066 3G / CNV
CR - 2 chip solution
MT68xx 4C Mercury – 1.4GHz Mali-T7xx/Custom 1xLPDDR3-1333 CNV / 3G only
MT6771 (LTE) 4C Mercury – 1.xGHz LPDDR3-1600 LTE cat 4 /CNV/H21/TDS
MT6781 (LTE) 4C Mercury– 1.xGHz LPDDR3-1600 LTE cat 4 /CNV/H21/TDS
MT6570 2C A7 – 1.2GHz Mali-400MP1 LPDDR1/2-1066 CNV/WCDMA/H21
3 chip solution
$99 Kindle Fire 6"
Chromebook design win 2H' 15
MT8135 2+2C A15/A7 – 1.5 G6200 1xLPDDR3/DDR3L
MT8173 2+2C A72/A53 – 2.0GHz GX6250 2xLPDDR3-1866
MT8273 2+2C Artemis/A53 – 2.0GHz GX6250 2x32 LPDDR3-1866
MT8373 2+2C Pro/Ananke – 1.8GHz GX7250 4xLPDDR4-3100
2015-2017 : 20-24 dies
Avg Complexity score – 4-5
intel
18

QX0092

Mediatek  2015 -17  24 dies represented  on the roadmap. Lower end of the range assuming MTK does not deliver all the entry dies projected here
201510 dies 6797,6795,6796,6755,6753,6735,6735M,6580,6570,  8173
20167 dies 6897,6896,6952,6932,68xx cat4, 68xx 3G,8273
20177  dies  6997, 6996, 7052, 7032, 6832, 6771, 8373

INTEL-QCOM007957525

QX0092

Qualcomm SoC (WWAN) Roadmap
Left edge of boxes approximates PRQ
SoCK ASP
2012 2013 2014 2015 2016 2017 2018 2019
Q3 Q4 Q1 Q2 Q3 Q4 Q1 Q2 Q3 Q4 Q1 Q2 Q3 Q4 Q1 Q2 Q3 Q4 Q1 Q2 Q3 Q4 Q1 Q2 Q3 Q4 Q1 Q2 Q3 Q4
Process node 32/28nm
Process node 22/20nm
16 / 14nm
Process node 10nm
Process node 7nm
$60+
Perf
$30
$25
Mid
$20
$15
Value
$10
Entry
$5
8064/8064Pro (Q4)
4C KRT – 1.5/1.7GHz
A320 – 400MHz
2xLPDDR2-1067
8x60A PRO
2C KRT – 1.7GHz
A320 – 400MHz
2xLPDDR3-1066
LTE Cat 3, DCHSPA+
8x74/AB/AC
4C Krait400 – 2.26-2.45 GHz
A330
2xLPDDR3-1600/1867
LTE Cat 4 2CA
8x94
4+4C A57/A53 –2.0/1.5GHz,
A430 4x16b LPDDR4-3200
LTE Cat 9, 3CA
8x92
2+4C A57/A53 –2.0/1.5GHz
A418
2x32b LPDDR3-1867
LTE Cat 6/7, 3CA
5.6
8x96 (4C)
2C Kryo 300 2.2
+2C KLL 1.7GHz , A530
4x16 LPDDR4-4200
LTE Cat 11, 3/4CA
8x93
X
8x98
2C Kryo 400 2.4
+2C KLL 1.8GHz , A560
4x16 LPDDR4-4667
LTE Cat 11+, 5CA
8x97
X
8x9A (SD '18)
4C Kryo2 2.3GHz
A630
4x16 LPDDR5-5200
LTE Cat 11+, 5CA
8x9C (SD '19)
4C Kryo2 2.5GHz
A660
4x16 LPDDR5-6400
LTE Cat 11+, 5CA
8084
4C KRT450(LPAE)– 2.7GHz
A420
2xLPDDR3-1600/DDR3L-1867(No Comms)
8976/8956
4+4C A72 1.8/A53
A510
2x32 LPDDR3-1866
LTE Cat 6 2CA
8956 = fused 2+4C
8977/8957
4+4C A72/A53 2.0/1.5
A515
4x16 LPDDR4-2400
LTE Cat 9/10 3CA
8957 = fused 2+4C
8978/8958
4+4C Pro/Ananke
2.0/1.5
A518
4x16LPDDR4-3200
LTE Cat 11/12 3/4CA
8958 = fused 2+4C
8979/8959
4+4C Pro/Ananke
2.2/1.5
A618
4x16LPDDR4-4200
LTE Cat 11/12 3/4CA
8959 = fused 2+4C
8x27
2C KRT – 1.0GHz
A305 – 400MHz
1xLPDDR2-800
2G/3G+ on Die
8X30AB
4C KRT 1.7GHz
A305
1xLPDDR3-1200
LTE Cat3
8928
4C A7 1.4-1.6GHz
A305/1xLPDDR3
LTE Cat4 2CA
8926
4C A7 – 1.2GHz
A305
LTE Cat 4 CA
H42/TDS/2G/DSDA
8939
5.6
8C A53
1.7GHz/1GHz
A405
1xLPDDR3-1600
LTE Cat 4
8936 = fused 4C
8952
8C A53 1.7/1.2
A405
1xLPDDR3-1866
LTE Cat 7 2CA
8953
8C A53 1.9/1.2
A50x
1xLPDDR3-1866
LTE Cat 7 2CA
8937/xxxx
8C/4C A53 – 1.5GHz
A40x
LTE Cat 4 2CA
8931 (8953)
8C A53 1.8GHz/1GHz
A405+
2xLPDDR4-2400
LTE Cat 6
8941 (8954)
8C Ananke 1.8GHz
A505
2x16 LPDDR4-3200
LTE Cat 9
8951 (8955)
4+4C Artemis or
8C Ananke 2.2?
A507, 2x2 11ac
2x32 LPDDR4-3200
LTE Cat 9 3CA
8x25Q
4C A5 – 1.0GHz
A203 – 245MHz
1xLPDDR1-400
HSUPA/1xDO
8x26
4C A7 – 1.2GHz
A305 – 450MHz
1xLPDDR2-1067
H42/TDS/DSDA
3
8916
4C A53 – 1.2GHz
A306
CNV/LTE Cat4/
H42+/TDS
8929
8C A53 1.4GHz/1GHz
A405
1xLPDDR3-1600
LTE Cat 4
8920
4C A53 1.5GHz
A405+
2xLPDDR4-2400
LTE Cat 6
8930
4C Ananke 1.8GHz
A505
2x16 LPDDR4-2400
LTE Cat 6
8940
4C Ananke 2.2?
A507, 2x211ac?
2x16 LPDDR4-3200
LTE Cat 6
8x25
2C A5 – 1GHz
A203 – 320MHz
1xLPDDR1-400
2G/3G
8x12
4C A7 – 1.2GHz
A302
1xLPDDR2-600
CNV/HSPA+/TD-S/DSDA
8x10
2C A7 – 1.2GHz
A302
1xLPDDR2-600
CNV/HSPA/TD-S/DSDS
8909/08
3
4C A7 – 1.2GHz
A304
CNV/LTE Cat 4
2x10MHz CA
8x08 = 3G only
8913
4C A53 – 1.0GHz
A306
CNV/LTE Cat6/
H42+/TDS/2G/DSDA
8914
4C Mercury – 1.2GHz
LTE Cat 6
8915
4C Mercury – 1.5GHz
LTE Cat 6
891X
4C Mercury – 1.2GHz
A304
CNV/H41/LTE Cat 4
89xx
4C Mercury – 1.5GHz
LTE Cat 4
2015-2017 : 15-17 dies
Avg Complexity score – 4-5
intel
20

2015 -17   15 dies represented on the roadmap. Adding 2 more for the higher end of range
20154 dies 8976, 8952, 8929, 8909
20165 dies8977,8953, 8937, 8913, 8931
20176 dies8978, 8941, 8920,8930,891x,8914

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# Internal Planning Modem Roadmap
Left edge as PRQ/ PV (S8)

| 2014 | | | 2015 | | | | 2016 | | 2017 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q2 | Q3 | Q4 |

**XMM™ 7262V3**
X-GOLD™ 726G, SMARTi™ 4.5P3C
28 nm / 23 bands* / LTE Cat 6
**V3 Enhancements:**
TDD Cat 6 DL 2CA 40MHz
Addtl. 2CA band combinations (V3.0)
Enhanced MultiSIM (V3.1)
Optional: GPS/GLONASS/Beidou/Galileo
PRQ/PV: Q2.15 (X-GOLD 726G)

**XMM™ 7360**
X-GOLD™ 736G, X-PMU 736, SMARTi™ 5/5c, Endeavour
28 nm / 28 bands* / LTE Cat 10
3GPP Rel.11
LTE FDD/TDD DL 3CA; 60 MHz
LTE FDD/TDD Cat 9, 450/50 Mbps
TDD 2CA UL (intra band cont.) -> Cat 10
TD-SCDMA 2.8/2.2;
feICIC, CoMP UL, FDD/TDD TM9
HSDPA Cat 24, 42 Mbps
HSUPA Cat 7, 11Mbps
LTE / WiFi antenna sharing
Multi-SIM: DR-DSDS, DSDA / SGLTE
Optional:
GPS/GLONASS/Beidou/Galileo with CG2000/CG2100
Pending CRs for „V2" (PRQ Dec 18 – TBD):
Joint FDD/TDD CA;eMBMS TDD; UL-4QAM
RF cost down opt. w/ SMARTi™ 4s-engine
PRQ/PV: Oct 15

**XMM™ 7260/7262 V2**
X-GOLD™ 726G, SMARTi™ 4.5, CG1960
**V2 enhancements:**
FDD-DL 2CA 40MHz, Cat 6, 300/50Mbps
MDT, MTC, eMBMS, eICIC
LTE / WiFi antenna sharing
28 nm / 23 bands* / LTE Cat 6
PRQ/ PV: Dec 14

**XMM™ 7260/7262 V1**
X-GOLD™ 726G, SMARTi™ 4.5, CG1960
28 nm / 23 bands* / LTE Cat 6
3GPP Rel.10
LTE FDD DL 2CA 30MHz, Cat 6, 225/50Mbps
LTE TDD 20MHz, Cat 4, 150/50 Mbps
DC-HSPA+ 42 / 11 Mbps (Cat 24/7)
TD-SCDMA 2.8/2.2 Mbps
Multi-SIM w/ XMM™ 2230: DSDA AnyRAT/2G and SGLTE
Envelope Tracking; GPS/GLONASS
PRQ/ PV: Jun 14

**XMM™ 6255/M**
X-GOLD™ 625 , SMARTi™ UE2p  40 nm
XMM™ 6250 + TRX with integr. 3G-PA
PRQ/ PV: Mar 14; X-GOLD625M: PRQ: Q3.15

**XMM™ 7460**
X-GOLD™ 746G, X-PMU 746
SMARTi™ 6/6c, Endeavour
3GPP Rel. 12
14 nm / LTE Cat 10+
LTE FDD/TDD DL 4B 4CA; up 80MHz
LTE FDD/TDD Cat 12+, 600/150 Mbps
Joint FDD/TDD CA;
LTE UL-64QAM
LTE FDD/TDD UL 2CA; 40 MHz
feICIC, CoMP UL/DL, TM9, TM10, ePDCCH
Enhanced voice service EVS;
TD-SCDMA 2.8/2.2 Mbps
DB-3C-HSDPA 63 Mbps (Cat 29);
DC-HSUPA 11Mbps (Cat 8)
Multi-SIM: DR-DSDS, DSDA / SGLTE
Free running oscillator 38.4MHz
Support of
GPS/GLONASS/Beidou/Galileo with CG2000/CG2100

Under discussion for V2 (PRQ Dec 16 – TBD)
LTE FDD/TDD 4B 5CA
LTE FDD/TDD 8x4 DL-MIMO (4 RX)
Dual connectivity; MCO link aggregation
ICS/NAICS; LTE-U; Triple-SIM (TSTS);
LTE UL-MIMO;

PRQ/PV: Q2.16

**XMM™ 7560**
X-GOLD™ 756G, X-PMU 756  14 nm
SMARTi™ 7, Endeavour-Plus
3GPP Rel 12 with sel. 3GPP Rel. 13

Extension to XMM7460:
LTE FDD/TDD DL 5CA; 100MHz
LTE FDD/TDD Cat 12+, >600/>150 Mbps
LTE-U (5.8GHz)
LTE FDD/TDD UL 3CA; >40 MHz
LTE FDD/TDD DL 256QAM
LTE D2D (device-to-device)
Dual connectivity
MCO link aggregation
DR-DSDS, DSDA AnyRAT/AnyRAT, (GNSS Integration into core chipset tbd)
Triple-SIM (TSTS)

PRQ/PV: Q2.17

+3Q

| Available | Development | In Planning | Idea |  * # of bands supported on platform |

(intel)  22

MDT: Mobile drive test (Mobile supported network scanning)
MTC: Machine type communication
eICIC: enhanced Inter Cell Interference Cancellation
eMBMS: enhanced Multimedia Broadcast Multicast Service
RAT: Radio Access Technology
DR-DSDS: Dual receive Dual Sim Dual Standby
DSDA: Dual Sim Dual Active
SGLTE: Simultaneous GSM and LTE
ICS: Interference cancellation and suppression
NAICS: Network assisted interference cancellation and suppression

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY



QX0092

Internal Planning Smartphone Roadmap
Left edge as ~QS/ Beta, PRQ/ PV at " ", TTM modem & CNV in bold
2014 2015 2016 2017 2018
Q4 Q1 Q2 Q3 Q4 Q1 Q2 Q3 Q4 Q1 Q2 Q3 Q4 Q1 Q2 Q3 Q4
Performance
Mid
Value
Entry
Broxton
4 Core 14 nm
Goldmont; Gen 9 Gfx
CoPOP LPDDR4
LnP/CG2100/FLP; XMM™ 7360
REDACTED CBI
[redacted]
Moorefield
4 Core 22 nm
Silvermont; SGX6430 Gfx
CoPOP LPDDR3
XMM™ 7160, 6360 DSDS, 7260 V1,
7262 V1 w/ DSDA option
SoFIA Mid
8 Core 14 nm
Airmont Class
Integrated CNV
Integrated LTE cat. 9 3 DL CA
Rel 11; DSDA; Sm5, LcP2, PMIC
REDACTED CBI
[redacted]
SoFIA LTE*
4 Core 28 nm
Airmont Class
Integrated LTE Cat 4 (XG726-based)
SMARTi™ 4.5s, LnP/CG2000, Android.
PMIC
SoFIA LTE 2
4 Core 14 nm
Airmont Class
Integrated LTE Cat 6 (XG726-based)
SMARTi™ 4.5s, LnP / CG2000,
PMIC
REDACTED CBI
[redacted]
SoFIA 3G –
4 Core 28 nm
SoFIA 3G
2 Core 28 nm
Silvermont class
Integrated HSPA+
A-GOLD 620: 2G/3G RF, CNV, PMU, Audio
Available
In Development
In Planning
Idea
B Base/Anchor product from which derivatives would be developed
Platforms without an OS icon support both Windows and Android
NOTE: display resolutions are for internal display
* SoFIA LTE is our Windows 10 Mobile development vehicle, productization plan is TBD
intel
24

NDA SoF LTE W left edge

Chipset and sw roadmaps separately

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# Data gathering sources

### EXPERT INTERVIEWS

- Conducted expert interviews with the following former employees:
  - Former Director Strategic Technology and Product Costing, Qualcomm
  - Former Director of Product Management, Qualcomm
  - Former VP, Corporate Development & Strategy, Qualcomm
  - Former Director of Engineering, Qualcomm
  - Former Executive Vice President, Qualcomm
  - Former Senior Advisor, MediaTek
  - Former Director of IC, MediaTek
  - Former Special Advisor to CEO / Chief Strategy Officer, MediaTek
  - Former Business Development Manager, MediaTek
  - Former Engineering Director, MediaTek
- Validated estimates of group size, allocation across groups, development timelines, burden rates, and aggregate spend

### SECONDARY SOURCES

- Pulled data from available public sources including:
  - Public filings
  - Earnings call transcripts
  - Investor day presentations
  - Diversity / corporate responsibility reports
  - Analyst reports / forecasts
  - Company website
  - Data sheets
  - Public press
- Utilized third-party data sources:
  - Gartner
  - IDC
  - Linley group

### LINKEDIN BENCHMARKING

- Determined search criteria to capture the target functions
- Sampled >4,000 LinkedIn profiles and categorized them using job description, experience, and skills
- Adjusted totals based on company and geography specific penetration rates
- Validated approach using Intel group data

 26

# QCOM HC benchmarking methodology

| | Overall Mobile HC & group allocation | Adjustment for scope of activities (iCDG comparable) | | |
|---|---|---|---|---|
| | | ⊖ Non-Relevant IPs | ⊖ Perf. Portion of Functional Groups | ⊖ Perf. Portion of Customer Facing |
| **Top-down** | • Utilizedd 2014 10-K headcount numbers (31.3K) and isolated R&D via "diversity and inclusion" report (70%)<br>• Validated top-level group size with expert interviews<br>  - Refined allocation with former Qualcomm employees at Intel | • Determined IP groups that were outside iCDG scope<br>• Excluded 100% of CPU, GPU & Media, and Imaging<br>  - 2.1k headcount overall | • Performed expert interviews with former Qualcomm employees to determine appropriate allocation to performance smartphone | • Performed expert interviews with former Qualcomm employees to determine appropriate allocation to performance smartphone |
| **Bottom-up** | • Performed LinkedIn Benchmarking<br>  - Sampled >4,000 LinkedIn profiles and categorized them using job description, experience, and skills (see attached)<br>  - Excluded non-relevant groups<br>  - Adjusted totals based on company and geo- specific penetration rates<br>• Validated methodology using Intel group data | • Determined only a portion of "Other IP" is found within iCDG<br>• Excluded all but 300 headcount to account for individuals associated with low-end ISP development group, audio, and security resources<br>  - Assumed same headcount as Intel for these groups | • Aggregate workload model:<br>  - Utilized experts to determine the cost and timeline for dev. of each product on Qualcomm's roadmap<br>  - Modeled the ramp-up/ramp-down of to determine the peak HC by segment<br>  - Compared peak resource allocation using assumptions from each of the experts and averaged the results | • Allocation to performance based on concentration of OEMs by segment<br>• Reviewed Qualcomm's website for the # of OEMs for each of the product lines and segments<br>• Assumed consistent headcount for each product/OEM combination |
| **Results** | • ~19.6K HC associated with mobile split across functional groups, GB/BB, and CSR acquisition | • Removed ~3.1k HC split across CPU, GPU & Media, Imaging, and Other IP | • Determined that 60% of resources are allocated to performance products<br>• Removed ~4.1K headcount | • Determined that 50% of resources are allocated to performance products<br>• Removed ~.4K headcount |

INTEL-QCOM007957533

# QCOM HC category definitions 1/2

| CATEGORY NAME | DEFINITION | LINKEDIN JOB DESCRIPTION EXAMPLE |
|---|---|---|
| WWAN | • Architect, design, and validate wireless WAN hardware and software for integrated or discrete modems<br>• Next-gen standards development | • "Systems Engineer- LTE: Modem systems design, transmitter and receiver algorithm development" |
| CNV | • Architect, design, and validate wireless connectivity hardware and software, including WiFi, Bluetooth, GNSS, and NFC. | • "Principal Engineer: Delivering innovative WLAN/BT radio solutions "<br>• "Sr. Software Engineer: Implemented components of the Bluetooth stack." |
| CPU | • Architect, design, and verification of CPU core (e.g. Krait core)<br>• Integration support to SoC teams | • "CPU Design Engineer: Design and verification of advanced custom CPUs for the Snapdragon platform" |
| GPU and Media | • Architect, design, and verification of GPU or multi-media HW CODECs, drivers | • "Senior Engineer: Responsible for maintaining and delivering Adreno  GPUs RTL and netlist"<br>• "Staff Engineer: Developing Adreno OpenGLS drivers" |
| Imaging | • Architect, design, and verification of ISP<br>• ISP drivers, algorithms, etc. | • "Senior Development Engineer: Deal with ISPs for Snapdragon chipsets related to Statistics SW."<br>• "Imaging Architect: Camera ISP pipe imaging architecture development and optimization." |
| DSP | • Architect, design, and verification of DSPs<br>• Firmware and RTOS development for DSP | • "Senior Engineer: Designing DSPs as part of the DSP/compiler team in Austin, TX"<br>• "DSP firmware Engineer: Develop RTOS and firmware for Hexagon DSPs" |
| Others | • Architect, design, and verification of Audio, Security, Sensors, PMIC, I/O (HIP/SIP) | • "Hardware Engineer: Member of HS-USB HW Team (USB-UICC, HS-USB Core, Emulation)"<br>• "Staff Engineer: Power Management IC design" |

(Left spanning label: **IP Development**)



28

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## QCOM HC category definitions 2/2

| | CATEGORY NAME | DEFINITION | LINKEDIN JOB DESCRIPTION EXAMPLE |
|---|---|---|---|
| **Integration and Test** | SoC Integration | • Integration of IP blocks into an IC (e.g. Application Processor, I/O, PMIC etc.) | • "Senior Engineer: Back-end design for SoCs"<br>• "Engineer: Floorplanning/PnR for complex IP blocks in SoCs" |
| | Platform Integration | • Integrate overall HW/SW platform (e.g. SoC + OS + drivers + other board components)<br>• OS optimization<br>• Develop test boards and FFRDs | • "Senior Engineer: Core BSP engineer"<br>• "Staff Engineer:  Software integration onto advanced mobile platforms"<br>• "Senior Engineer: BSP Device Driver" |
| | Validation and Test | • SoC and platform-level validation and testing<br>• Process engineering and foundry interface | • "Testing Engineer: Software test development and execution"<br>• "Staff Engineer: Drive co-emulation to validate SoCs"<br>• "Staff Engineer: NPI product and process qualification/evaluation" |
| **Support Engineering** | Design Automation & Tools/Flows/ Methods (DA/TFM) | • Development and support for tools, including design automation and peripheral lab development/maintenance<br>• Custom cell libraries | • "Support Engineer: providing lab support for capacity-constrained projects"<br>• "Sr. Staff Engineer: standard cell library dev for 20nm" |
| | Customer-facing Engineering | • Customer Technical Support, Field Applications Engineer | • "Staff Engineer: Customer Engineering for 3D graphics support on Android"<br>• "Field Application Engineer: Responsible for handling any issue customers face using Qualcomm's WiFi chipsets." |
| **Corp. R&D** | Corporate Research and Development | • Early-stage, path-finding R&D that does not generate revenue in a 3-year period<br>• Includes: Mirasol, Vuforia, materials research, robotics, mesh networking | • "Staff Research Engineer: MEMS [Mirasol] display technology"<br>• "Engineer: Working in the  Office of the Chief Scientist on compilers and Virtual Machines research"<br>• "Engineer: Developing Qualcomm's NPU [Neural Processing Unit] with the Zeroth team" |

 29

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY