**SYRETT DECLARATION**

# EXHIBIT 5

# REDACTED VERSION

Message

| | |
|---|---|
| **From:** | Jungman, Frank J [/O=INTEL/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JUNGMAN, FRANK JCBF] |
| **Sent:** | 9/12/2016 10:57:31 AM |
| **To:** | Evans, Aicha [/O=INTEL/OU=Americas01/cn=Recipients/cn=aevans] |
| **CC:** | Vaihinger, Jochen [/O=INTEL/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Vaihingj]; Wright, Howard [/O=INTEL/OU=EXCHANGE ADMINISTRATIVE |
| | GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Wright, Howardc4d] |
| **Subject:** | 7360 1$ Cost Challenge ---> Response |

Aicha,

Sorry for the delay in getting this to you, but we are inordinately busy in WMD.

I see that you are also asking for things that can drive down 7480 cost. Maybe I can be helpful there.

Just to be clear, for 7360, you are not talking about soft costs and our efficiencies, as these die are cast (pun intended). I'm reading this as you wanting direct cost reductions to increase the margin. Well, if there is $1 left on the table, some Intel supply-chain jobs should be in serious jeopardy! We are also talking about product shipping to ICE, who, you know, is maniacal about understanding the supplier's costs and reducing them. I'm certain my first set of ideas here would have been looked at already, but I've learned not to make assumptions at Intel, so I've listed them here.

For ICE 7360:



REDACTED CBI

For Non-ICE 7360:

REDACTED CBI

For 7480 and beyond:

REDACTED CBI



I hope you find some of this useful. I believe, in total, there is a dollar to be found, but dollars are found by finding 1,000 places to save 0.1¢...


Thanks,


Frank Jungman

Director – OEM Technical Marketing

f.jungman@intel.com | +1 760 554 3263

Communication and Devices Group

Intel Corporation




**From:** Aicha Evans <aicha.evans@intel.com>
**Date:** Wednesday, August 10, 2016 at 8:30 AM
**To:** "Vaihinger, Jochen" <jochen.vaihinger@intel.com>, "Herman, David A" <david.a.herman@intel.com>
**Cc:** iCDG Extended Staff <icdg.extended.staff@intel.com>, "Sharma, Kailash Kumar" <kailash.kumar.sharma@intel.com>, "Dobra, Nicusor" <nicusor.dobra@intel.com>, "Knudsen, Jasper" <jasper.knudsen@intel.com>, Kevin G Constantine <kevin.g.constantine@intel.com>, "Vickers, Trevor E" <trevor.e.vickers@intel.com>, "Shukla, Sachin" <sachin.shukla@intel.com>, "Playle, Gareth" <gareth.playle@intel.com>, "Foley, Michael" <michael.foley@intel.com>,

"Pandit, Tushar" <tushar.pandit@intel.com>, "Sturm, Jackie" <jackie.sturm@intel.com>
**Subject:** Announcing iCDG 7360 1$ Cost Challenge Starting Today

(Attorney Client Confidential and Privileged)

Hi Jochen,

It is my pleasure to let you know that you have been unanimously selected to drive a XMM7360 Cost Challenge Sprint to save 1USD of product cost by EOY ☺… Thank you in advance for accepting to lead this quintessential activity… You can be proud that the leadership team is trusting you with this, and everyone is at your service to make it happen…

At Launch, we will get a lot of good will and compliments from investors, press, and the industry… Not long after that will come that the focus will shift to can we Intel do this on a yearly cadence and what do the financials look like.

I stand by the stated strategy to first earn the business as the only realistic and proven alternative to QCOM, the incumbent. We have done this including what needed to be done to get the socket and start a fair and square competition with Q.

I have Jackie Sturm on this thread so she knows we will be coming to her and her team one more time ☺ again for help…

Step 2 is to drive to profitability and there are many vectors:

- Cost

- ASP

- Investment

- Work Smarter so we can scale better, faster, and with continuous efficiency improvements

I will issue a detailed write up on the above as we build the trackers per what we committed to ourselves to go do.

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

In the meantime Unit Cost and ASP are so close on 7360, let's please find a dollar reduction. So Jochen, here is what we would like:

- Build a tracker with all cost that go into 7360, knowing the die area for chip kits is fixed on this one

    o Suppliers we pay and what would a reduction look like and whom would drive it (components, boards, outsourcing, TSMC, OSAT, other?)

    o Internal costs (iCDG, and others at Intel)

- Issue an email from you and I to the ORG or to the 7360/7480 team asking for ideas – no idea is stupid and every cent matters! Disposition the ideas as they come in and add to tracker or pass on to CSG staff for future products

- Have another tab in the tracker for 7480 so we apply cost savings that are applicable and start with ideas specific to it now

- Come to Staff or Ship Captain or your meeting of choice to present progress and help/decision needed on a weekly basis

- Issue weekly email summary with a race chart on progress

- Reaching this goal by EOY means positive GM for this particular product – That will be AWESOME!!!


Thank you and consider that all of us and iCDG are working for you on this one!


Let's climb hard ☺


Cheers,

Aicha

INTEL-QCOM000487299



INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM000487300



INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY



INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY