SYRETT DECLARATION

# EXHIBIT 6

# REDACTED VERSION

| | |
|---|---|
| **From:** | Spangler, Samuel G |
| **Sent:** | Tuesday, May 30, 2017 10:45 AM |
| **To:** | Lindner, Thomas; Vickers, Trevor E; Balasubramanian, Jayashree; Wittmann, Michael; Wight, Adam R; Constantine, Kevin G |
| **Subject:** | Multi-Generational LTE Pricing Proposal - Final Slides |
| **Attachments:** | 7560_7660 Price Analysis 053017 Pres.pptx |

Here are the final slides for the meeting at 11:30.

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY   INTEL-QCOM002236311



# ICE Multi-generational LTE Pricing Proposal

May 30, 2017

Intel Confidential — Do Not Forward

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# Executive Summary

Intel Communication and Devices Group (intel) 2

Intel Confidential

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002236313

# Competitive Assessment



Intel Confidential

Intel Communication and Devices Group  3

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY



Intel Communication and Devices Group  (intel)  4

Intel Confidential

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002236315

# Project financials

Intel Confidential

Intel Communication and Devices Group  **intel**  5

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM002236316

# Price Proposal



Intel Communication and Devices Group (intel) 6

Intel Confidential

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY



# Backup

WW5, 2017

Intel Confidential — Do Not Forward

INTEL-QCOM002236318

OPTIONAL INFORMATION (for users who need a revision history)
Title:     <Document Title>
Document ID:     <Document ID: N/A>
Owner:   <Name>
Status:   <Draft, Released>
Revision:               <xx.yy>
Date:     <yyyy-mm-dd>

REVISION HISTORY (keep information about released versions only)
<xx.yy>
<yyyy-mm-dd>
<Name>
<Change>

# XMM7560 Competitive Positioning



Intel Communication and Devices Group (intel)

Intel Confidential

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# XMM7660 Competitive Positioning



Intel Communication and Devices Group

Intel Confidential

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# Slim modem cost trend comparison May 2017



INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# Competitive Cost Analysis



Intel Communication and Devices Group (intel)

Intel Confidential

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# Scaling beyond ICE phones / tablets



Intel Confidential

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# 7560 Pricing Scenarios



INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# 7660 Pricing Scenarios



Intel Communication and Devices Group (intel)

Intel Confidential

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

