**SYRETT DECLARATION**

# EXHIBIT 7

# REDACTED VERSION

Message

| | |
|---|---|
| **From**: | Lin, Anthony [/O=INTEL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LALIN] |
| **Sent**: | 7/28/2015 7:35:11 PM |
| **To**: | Krzanich, Brian [/O=INTEL/OU=Americas01/cn=Workers/cn=Krzanich, Brian]; Smith, Stacy J |
| | [/O=INTEL/OU=Americas01/cn=Workers/cn=Smith, Stacy J]; Brooks, Wendell M [/O=INTEL/OU=EXCHANGE |
| | ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Brooks, Wendell Mdef] |
| **CC**: | Faintuch, Amir [/O=INTEL/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Faintuch, Amir9f0]; Evans, Aicha |
| | [/O=INTEL/OU=Americas01/cn=Recipients/cn=aevans]; Woolard, Jeff |
| | [/O=INTEL/OU=Americas01/cn=Workers/cn=Woolard, Jeff]; Miller, Chi K |
| | [/O=INTEL/OU=Americas01/cn=Workers/cn=Miller, Chi K]; Shah, Raheel |
| | [/O=INTEL/OU=Americas01/cn=Workers/cn=Shah, Raheel]; Jacob, Ravi |
| | [/O=INTEL/OU=Americas01/cn=Workers/cn=Jacob, Ravi]; Giordano, Susie [/O=INTEL/OU=EXCHANGE |
| | ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Sgiorda1]; Legaspi, Mark L |
| | [/O=INTEL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Legaspi, Mark L] |
| **Subject**: | Vine Pre-Sign - Executive Office Approval Requested by 7/29 Please |
| **Attachments**: | Vine Executive Office Approval Materials 72815 vFinal .pptx |

Brian/Stacy/Wendell,

We are requesting authorization to execute the asset purchase agreement for Vine (actual name Via Telecom). The purchase price is REDACTED CBI

Vine is a fabless semiconductor company with a core development capabilities in CDMA baseband processors. The company has approximately 500 employees, majority of whom are located in China and Taiwan. Vine is the only viable alternative to Qualcomm for CDMA.

The strategic rationale for the deal is:

■ Provide an entry-point to the China Telecom/China market and compete against Qualcomm/ MediaTek

■ Add 6-mode CDMA solution to win Apple

■ Highly skilled (modem/system engineering/low-cost SoC) engineers to provide a competitive SoFIA Entry platform for third party scaling strategy (Rockchip/Spreadtrum)

■ Acquire a strong/experienced team with expertise in CDMA/LTE interworking and proprietary IP

■ Ensure the right skillset for a SoFIA Entry platform (modem, low cost SoC capability)

Total DCF value for deal is estimated at **REDACTED CBI** If the rate of CDMA decline continues to shift further out, the incremental upside is another **REDACTED CBI** which is not included in the **REDACTED** We have negotiated a purchase of **REDACTED CBI**

**APPROVAL REQUESTED: May we have your approval to sign Wednesday (7/29) or Thursday (7/30), 2015.  Please respond by 5pm tomorrow.**

Thanks,

Anthony

# Vine – Executive Office Review

INTEL EXECUTIVE OFFICE APPROVAL MATERIALS

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM000420596

# Executive Summary

- Proposed acquisition of Via Telecom for the Communications and Devices Group (iCDG) within Platform Engineering Group (PEG)
  - Vine is a fabless semiconductor company with a core development focus in CDMA baseband processors with expertise in reference designs/complete platforms (data cards, USB dongles, ultra low cost smartphones)
  - Vine's business was acquired from LSI in 2002 by the Wang family (HTC) of Taiwan (90%+ owned by Wang family and 10% is reserved for employee options)
  - Vine is a private company with 2014 Revenue of $58M ($39M product revenues)
  - Vine has ~500 employees (~320 in China, ~80 in Taiwan and ~80 in San Diego, CA)
    - ~380 employee engineering team (~245 in China, ~60 in Taiwan and ~75 in San Diego, CA)

- Strategic Rationale
  - Provide entry-point to the China Telecom/China market and compete against Qualcomm/ MediaTek
  - Add 6-mode CDMA solution to win Apple
  - Highly skilled (modem/system engineering/low-cost SoC) engineers to provide a competitive SoFIA Entry anchor platform for third party scaling strategy (Rockchip/Spreadtrum)
  - Acquire a strong/experienced team with expertise in CDMA/LTE interworking and proprietary IP
  - Ensure the right skillset for a SoFIA Entry platform (modem, low cost SoC capability)

Requesting approval for acquisition of Vine for an aggregate consideration of
**REDACTED CBI** in cash

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    INTEL-QCOM000420597

# CDMA Market Opportunity

## Apple TAM (NA and China)

| Volume (MU) | 2018 | 2023 | CAGR |
|---|---|---|---|
| Phones and Tablets | 265 | 265 | 0% |
| North America (All vol) | 64 | 64 | 0% |
| China (All vol) | 70 | 70 | 0% |
| Total (NA + China) | 134 | 134 | 0% |
| Intel Share | 50 | 67 | 6% |

**Assumption Detail:**
- Volume assumed flat through 2024
- Assume a 1 SKU strategy for each CDMA region
  - North America  SKU needs CDMA for Verizon and Sprint
  - China SKU needs CDMA for China Telecom
- CDMA product launch in 2018, with XMM 7460
  - Share ramps from 37% to 50% by 2019 assuming Apple follows dual sourcing strategy

Source: Intel Estimates – Q115 iCDG Market Model

## SoFIA CDMA Market

| Volume (MU) | 2018 | 2023 | CAGR |
|---|---|---|---|
| WW CDMA TAM | 173 | 86 | -13% |
| CDMA North America | 100 | 32 | -20% |
| CDMA China | 73 | 54 | -6% |
| Intel Share | 10 | 13 | 6% |

**Assumption Detail:**
- US CDMA volume ramp down starts in 2018 with ROW zero, and China starts in 2022
  - US Verizon migrates to single-mode LTE  in 2018 and expect CDMA shutdown by 2021, Sprint still requires CDMA fallback
- CDMA product launch in Q1 2017 with Sofia LTE in Value segment
  - Glenview launch Q1 2018, REDACTED CBI

INTEL EXECUTIVE OFFICE APPROVAL MATERIALS

3

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# QCOM and MTK have 6-mode Solutions

## Cellular Technologies by Silicon Player

| | GSM | CDMA | TD-SCDMA | WCDMA | LTE - TDD | LTE - FDD |
|---|---|---|---|---|---|---|
| Intel | ✔ | | ✔ | ✔ | ✔ | ✔ |
| Vine | | ✔ | | | | |
| QCOM | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| Samsung | ✔ | | | ✔ | ✔ | ✔ |
| MediaTek | ✔ | Via ✔ License | ✔ | ✔ | ✔ | ✔ |
| Marvell | ✔ | | ✔ | ✔ | ✔ | |
| BRCM | ✔ | Exited Cellular Business ✔ | | | ✔ | |

## Smartphone Market

- Verizon, Sprint, and China Telecom prolonging **CDMA deployment,** keeping it relevant for Asia and US

- **MTK's entry into CDMA** increases likelihood of "**box feature**" and OEM single SKU approach

- **Apple, CTC, Huawei,** and other Chinese players looking for CDMA alternative to QCOM

## Vine is the only non-QCOM CDMA alternative

Note: Third party names and logos may be claimed as the property of others.

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM000420599

# Vine Technology and IPR

- Acquiring approximately 340 patents and 140 patent applications generally in the CDMA field
  - SEPs largely and pre-2006 commercially necessary patents largely licensed into the Qualcomm ecosystem; some SEPs may also be subject to SSO FRAND commitments
  - Patents also licensed to the Vine parent, which can sublicense to HTC
  - Patents & technology licensed to VAS, a JV with a Shanghainese  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
  - Under a separate agreement, VAS JV has two Chinese military, limited-featured CDMA products, being retained by Vine
- In addition, Intel sublicensed to all non-acquired IPR from Vine and its Affiliates (including its parent) to use the acquired Vine Technology
  - REDACTED CBI ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# Valuation Rationale

Expected Case – REDACTED CBI

6 mode capability key to China for competing against QCOM/MTK

- Verizon, Sprint and China Telekom prolonging CDMA deployment, keeping it relevant for Asia and US
- CDMA MSS gain with Apple dual sourcing CDMA SKUs, assumes 50% MSS
- Vine existing customer relationships provide opportunity for design wins at HTC on Smartphones, Tablets and Modems

REDACTED CBI

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL CONFIDENTIAL

# Vine Valuation



REDACTED CBI

- Base business is the value of Vine's existing chip business
  - Assumes that current business maintained and customers transitioned to IA products in 2-3 years



- REDACTED CBI

INTEL EXECUTIVE OFFICE APPROVAL MATERIALS

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY  INTEL-QCOM000420602

# Preliminary Integration Plan

- **Fully Integrate Vine into Intel over time reporting to Aicha Evans (GM, iCDG)**
  - Vine employees would immediately start working with iCDG post close on 6-mode CDMA products while winding down/EOL specific product lines as contractual obligations permit.
  - TSA from parent to aid transition; small Intel team to provide "Reverse TSA" to Vine-parent for their existing license support

- **Technology plan**
  - Continue with existing products until Intel products can transition (approx. 2 years) to keep customer relationships and momentum
  - Create 6 mode device by adding CDMA to modem platform (XMM7460, 7560) for Apple, LG, Telematics addressing market segments in US, China, Korea
  - Est. production release Q1 2017
  - Add CDMA to SoFIA LTE / R by provide 6 mode CDMA technology to 3rd party derivatives based on existing products (Spreadtrum, Rockchip)
  - REDACTED CBI
  - Strip down SoFIA LTE to 7220 MTC Cat 1 for M2M & IoT market segments (Sierra, Telit, Gemalto, Amazon, Samsung, Verizon)
  - Leverage Vine relationships for HTC design wins

- **HR retention plan**
  - Fully integrate into Intel at close (Intel compensation/benefits/systems)
  - Intel will set up a small retention bonus (~$700K) for ~ 10 key employees

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# Recommendation

- Executive Office approval to acquire Vine for an aggregate purchase price of REDACTED CBI

INTEL EXECUTIVE OFFICE APPROVAL MATERIALS

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

INTEL-QCOM000420604

# Appendix

10

INTEL-QCOM000420605

# Vine Company Profile

## Company Description

- Vine is a fabless semiconductor company with **a core development focus in CDMA baseband processors**

- Expert in **Ref-Designs and complete platforms**: data cards, USB dongles, **ultra low cost  smartphones**

- Vine's business was acquired from LSI in 2002 by the **Wang family of Taiwan** (90%+ owned by Wang Family – 50% directly/40% through the parent, Vine Technologies)

- Vine is HQ in San Diego, roughly **~500 employees**

- ~320 in China, ~80 in Taiwan, ~80 in CA (mostly San Diego)

- Vine **has shipped ~150M units, has ~70 customers**, mainly in China, including the HTC Desire 709d and **Huawei P7**

- 2014 Revenue of $58M ($39M product revenues)

- **Only viable alternative to QCOM for CDMA**

## Key Customers / Operator Overview

| Key Cust./ Operator | Status | Units/ Volumes |
|---|---|---|
| **China Telecom** | Shipping 1xRTT phones, smart phones, EVDO dongles and GSM/CDMA dual mode | Shipping significant volume into CT this year |
| **Verizon** | Shipping 1xRTT since '07. Qual'd and commercialized smart phones | Shipped 10 phone models with Verizon |
| **KDDI** | Shipping low cost feature phone.   (OEM- Pantech) | Highest volume CDMA phone in Japan |
| **Huawei** | Shipping CDMA modem to CTC P7) | Low single digit million |

## Key Chipset Products

- CDMA/GSM, CDMA2000, CDMA 2000 EVDO RevA data
- CDMA implementation at ULC (<$14 total BOM)
- LTE solutions by partnering (HiSilicon, Samsung, MOT, GCT)

Note: Third party names and logos may be claimed as the property of others.

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                              INTEL-QCOM000420606

# iPhone 6 SKUs

| iPhone Model | UMTS/HSPA+, DC-HSDPA | CDMA, EV-DO | TD-SCDMA | LTE Bands |
|---|---|---|---|---|
| A1549* (GSM/North America) | 850, 900, 1700/2100, 1900, 2100 MHz | None | None | 1, 2, 3, 4, 5, 7, 8, 13, 17, 18, 19, 20, 25, 26, 28, 29 |
| A1549 (CDMA/Verizon) | 850, 900, 1700/2100, 1900, 2100 MHz | 800, 1700/2100, 1900, 2100 MHz | None | 1, 2, 3, 4, 5, 7, 8, 13, 17, 18, 19, 20, 25, 26, 28, 29 |
| A1586** (Global/Sprint) | 850, 900, 1700/2100, 1900, 2100 MHz | 800, 1700/2100, 1900, 2100 MHz | 1900 (F), 2000 (A) | FDD-LTE (1, 2, 3, 4, 5, 7, 8, 13, 17, 18, 19, 20, 25, 26, 28, 29); TD-LTE (38, 39, 40, 41) |
| A1589 (China Mobile) | 850, 900, 1700/2100, 1900, 2100 MHz | None | 1900 (F), 2000 (A) | FDD-LTE (1, 2, 3, 4, 5, 7, 8, 13, 17, 18, 19, 20, 25, 26, 28, 29); TD-LTE (38, 39, 40, 41)† |

*The GSM version of A1549 is sold unlocked and without a contract on T-Mobile US and it does not support CDMA.
** The A1586 is sold as global "Unlocked iPhone 6"

INTEL HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    INTEL-QCOM000420607