UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 5:17-cv-00220-LHK
Case Name: Federal Trade Commission v. Qualcomm Incorporated

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Lucy H. Koh | Jennifer Milici | Robert Van Nest |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| January 8, 2019 | Lee-Anne Shortridge, Irene Rodriguez | Elizabeth Garcia |

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| PD | | 9:06 am** | | | Trial continues. <u>The Court continues with sealed testimony</u> by witness John Grubbs by video deposition. The courtroom is cleared. |
| | | 9:26 am** | | | Video deposition concludes. Witness is subject to recall. |
| PD | | 9:30 am** | | | <u>The Court moves into sealed testimony</u> by witness Scott McGregor by video deposition. The courtroom remains cleared. Counsel for plaintiff moves to admit trial exhibit and requests the exhibit be sealed. The Court granted the request to admit and seal the exhibit. |
| | | 9:44 am | | | Deposition of Scott McGregor concludes. Witness is subject to recall. The court concludes sealed testimony and reopens the courtroom. |
| PD | | 9:46 am | | | Counsel for Plaintiff calls next witness Andrew Hong by video deposition. Counsel for plaintiff moves to admit the following exhibits: |
| CX | | 9:47 am | X | X | CX 2628 |
| | | 9:47 am | X | X | JX 00122 |
| | | 10:01 am | | | Video deposition of Andrew Hong interrupted. Colloquy re: exhibits with counsel. |
| | | 10:02 am | | | Continued video deposition of Andrew Hong. |
| | | 10:08 am | | | Video deposition of Andrew Hong concludes. Witness is subject to recall. |
| | | 10:10 am | | | Colloquy re sealing of various exhibits. The Court seals exhibits in part: |
| | CX | | X | X | CX 7591 |
| | CX | | X | X | CX 5551 |
| PD | | 10:15 am | | | Counsel for plaintiff calls next witness, William Wyatt for direct examination. |
| | | | | | *Refer to the court transcript for official trial time and exhibits<br>**Sealed |

Case No: 5:17-cv-00220-LHK
Case Name: Federal Trade Commission v. Qualcomm Incorporated
Date: January 8, 2019
Courtroom Deputy: Elizabeth Garcia  Court Reporter: Lee-Anne Shortridge, Irene Rodriguez

### TRIAL SHEET, EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | Counsel for plaintiff moves to admit exhibits into evidence. The exhibits were admitted: |
| CX | | 10:18 am | X | X | CX 5800 |
| CX | | 10:20 am | X | X | CX 7591 |
| CX | | 10:24 am | X | X | CX 5551 |
| CX | | 10:26 am | X | X | CX 8291 |
| CX | | 10:31 am | X | X | CX 5809 |
| CX | | 10:33 am | X | X | CX 5767 |
| CX | | 10:36 am | X | X | CX 8292 |
| | DX | 10:39 am | | | Cross examination of William Wyatt |
| | | | X | | QX 9312 |
| | | 10:48 am | | | The court takes the mid morning recess. |
| | | 11:02 am | | | Proceedings resume with cross examination of William Wyatt. |
| | | 11:06 am | | | Counsel for Defendant moves to admit exhibits into evidence: |
| | | 11:06 am | X | X | QX 9250 |
| | | 11:24 am | | X | QX 9312 |
| PRD | | 11:25 am | | | Redirect examination of William Wyatt. |
| | | 11:26 am | | | No re-cross. Witness not subject to recall. Witness is excused. The Court holds colloquy on various exhibits that may be requested to be sealed by defendant. The Court granted the sealing request as to the following: |
| | | | | | JX 0086 |
| | | | | | CX 7644 |
| | | | | | JX 0096 |
| PD | | 11:39 am | | | Plaintiff calls Cristiano Amon for direct examination. Plaintiff moves exhibits into evidence: |
| CX | | 11:42 am | X | X | CX 8257 |
| CX | | 11:45 am | X | X | CX 5393 |
| | | | | | *Refer to the court transcript for official trial time and exhibits*<br>**Sealed* |

2

Case No: 5:17-cv-00220-LHK
Case Name: Federal Trade Commission v. Qualcomm Incorporated
Date: January 8, 2019
Courtroom Deputy: Elizabeth Garcia  Court Reporter: Lee-Anne Shortridge, Irene Rodriguez

### TRIAL SHEET, EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| CX | | 11:47 am | X | X | CX 5294 |
| CX | | 11:48 am | | | CX 5279 |
| CX | | 11:48 am | | | CX 6839 |
| CX | | 11:55 am | | | CX 6840 |
| CX | | 11:57 am | | | CX 8276 |
| CX | | 11:58 am | | | CX 7606 |
| CX | | 12:00 pm | | | CX 7607 |
| | | 12:00 pm | | | **The court takes the lunch recess.** |
| | | 1:01 pm | | | **Colloquy regarding follow up on sealing of specific exhibits. The Court grants in part, denies in part sealing for the following exhibit:** |
| | | | | | **CX 8256** |
| | | 1:10 pm | | | **Continued direct examination of Cristiano Amon. Counsel for plaintiff moves the following exhibits into evidence. The exhibits were admitted:** |
| | CX | 1:12 pm | X | X | **CX 7644** |
| | JX | 1:14 pm | X | X | **JX 0096** |
| | CX | 1:16 pm | X | X | **CX 8256** |
| | CX | 1:18 pm | X | X | **CX 5321** |
| | CX | 1:23 pm | X | X | **CX 5053** |
| | CX | 1:24 pm | X | X | **CX 7024** |
| | DX | 1:26 pm | | | **Cross examination of Cristiano Amon.** |
| | | | | | **Counsel for defendant moves to admit the following exhibit. The Court granted it admitted for limited purpose:** |
| | QX | 2:05 pm | X | X | **QX 9225** |
| PRD | | 2:20 pm | | | **Redirect examination of Cristiano Amon.** |
| | | 2:28 pm | | | **No further re-cross. Witness is subject to recall.** |
| | | 2:29 pm | | | **The court takes the mid afternoon recess.** |
| PD | | 2:41 pm | | | **Proceedings resume. Plaintiff calls next witness, Aichatou Evans for direct examination.** |
| | | | | | *Refer to the court transcript for official trial time and exhibits* *\*\*Sealed* |

3

Case No: 5:17-cv-00220-LHK
Case Name: Federal Trade Commission v. Qualcomm Incorporated
Date: January 8, 2019
Courtroom Deputy: Elizabeth Garcia  Court Reporter: Lee-Anne Shortridge, Irene Rodriguez

### TRIAL SHEET, EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 3:21 pm | | | Plaintiff moves to admit exhibits into evidence. Exhibits were admitted: |
| | | 3:21 pm | X | X | CX 1599 |
| | | 3:27 pm | X | X | CX 1598 |
| | | 3:34 pm | | | The court takes the mid afternoon recess. |
| | | 3:45 pm | | | Proceedings resume. Continued direct examination of Aichatou Evans. |
| | DX | 3:46 pm | | | Direct examination concludes. Cross examination of Aichatou Evans. |
| | | | | | Counsel for defendant moves the following exhibit into evidence. No objections. Exhibit admitted: |
| | QX | 3:53 pm | X | X | QX 76 |
| | | 3:58 pm | | | Colloquy re admission of exhibit QX 92. Exhibit admitted: |
| | | 4:00 pm | | | QX 92 |
| | | 4:07 pm | | | Counsel for defendant moved the following exhibit into evidence. Exhibit admitted: |
| | | 4:07 pm | | | QX 89 |
| | | 4:17 pm | | | QX 94 |
| | | 4:19 pm | | | Colloquy with counsel. |
| | | 4:20 pm | | | Cross examination of Aichatou Evans continues. |
| | | 4:36 pm | | | The court asks the witness Aichatou Evans to return on Friday, January 11, 2018 at 9:00 am for continuance of her testimony. The court holds colloquy with counsel on housekeeping matters. |
| | | 4:44 pm | | | Proceedings conclude. Further Bench Trial set for January 11, 2019 at 9:00 am. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | *Refer to the court transcript for official trial time and exhibits<br>** Sealed |