UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, | Case No.17-cv-00220-LHK |
|---|---|
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL QUALCOMM'S OPPOSITION TO BAIN'S MOTION TO QUASH TRIAL SUBPOENA** |
| v. | |
| QUALCOMM INCORPORATED, | |
| Defendant. | Re: Dkt. No. 1160 |

Before the Court is a joint administrative motion to seal Qualcomm's opposition to third party Bain's motion to quash the trial subpoena to Christopher Johnson. ECF No. 1060. Applying the compelling reasons standard, *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006), the Court rules as follows:

| Document | Portions of Pages | Ruling |
|---|---|---|
| Qualcomm's Opposition to Motion to Quash | 1:17 | DENIED. |
| Qualcomm's Opposition to Motion to Quash | 2:7-12 | DENIED. |
| Qualcomm's Opposition to Motion to Quash | 2:18-20 | DENIED. |

1

Case No. 17-cv-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL QUALCOMM'S OPPOSITION TO BAIN'S MOTION TO QUASH TRIAL SUBPOENA

| Document | Portions of Pages | Ruling |
|---|---|---|
| Qualcomm's Opposition to Motion to Quash | 2:26-3:8 | DENIED. |
| Qualcomm's Opposition to Motion to Quash | 3:11-13 | DENIED. |
| Qualcomm's Opposition to Motion to Quash | 3:14-16 | DENIED. |
| Qualcomm's Opposition to Motion to Quash | 3:17-20 | DENIED. |
| Qualcomm's Opposition to Motion to Quash | 3:21-22 | DENIED. |
| Qualcomm's Opposition to Motion to Quash | 3:23-4:2 | DENIED. |
| Qualcomm's Opposition to Motion to Quash | 5:15-16 | DENIED. |
| Qualcomm's Opposition to Motion to Quash | 6:14-17 | DENIED. |
| Qualcomm's Opposition to Motion to Quash | 6:19-21 | DENIED. |
| Qualcomm's Opposition to Motion to Quash | 11:17 | DENIED. |
| Qualcomm's Opposition to Motion to Quash | 12:12-13 | DENIED. |
| Byar's Exhibit A to Qualcomm's Opposition | 10:15-16 | DENIED. |
| Byar's Exhibit A to Qualcomm's Opposition | 38:7-39:14 | DENIED. |
| Byar's Exhibit A to Qualcomm's Opposition | 39:17-19 | DENIED. |
| Byar's Exhibit A to Qualcomm's Opposition | 41:22-42:12 | DENIED. |
| Byar's Exhibit A to Qualcomm's Opposition | 52:23-53:8 | DENIED. |
| Byar's Exhibit A to Qualcomm's Opposition | 76:14-23 | DENIED. |
| Byar's Exhibit A to Qualcomm's Opposition | 81:21-82:2 | DENIED. |
| Byar's Exhibit A to Qualcomm's Opposition | 87:22-88:2 | DENIED. |
| Byar's Exhibit A to Qualcomm's Opposition | 95:21-96:8 | DENIED. |
| Byar's Exhibit A to Qualcomm's Opposition | 101:6-11 | GRANTED. |

Case No. 17-cv-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL QUALCOMM'S OPPOSITION TO BAIN'S MOTION TO QUASH TRIAL SUBPOENA

| Document | Portions of Pages | Ruling |
|---|---|---|
| Byar's Exhibit A to Qualcomm's Opposition | 103:7-11 | DENIED. |

Qualcomm shall publicly file its Opposition and Exhibit A to its Opposition consistent with this Order by Thursday, January 10, 2019.

Byar's Exhibit D to Qualcomm's Opposition was introduced at trial on January 8, 2019, as QX0092. The Court ruled on Intel's sealing request as to this document on January 8, 2019. ECF No. 1189. Therefore, the joint administrative motion to seal this document is denied as moot.

As to Byar's Exhibits B, C, and E to Qualcomm's Opposition, the Court denies the joint administrative motion to seal these documents in their entirety without prejudice. Based on Intel's more narrowly tailored sealing motion filed on January 7, 2019, and the public disclosures of Intel's witness, Ms. Evans, at trial on January 8, 2019, it is clear that the joint administrative motion to seal these documents in their entirety is overly broad. Thus, Bain and/or Intel shall file a renewed motion to seal these exhibits by Friday, January 11, 2019. If Bain and/or Intel fail to file a renewed motion to seal by January 11, 2019, Qualcomm shall publicly file these documents by Monday, January 14, 2019.

**IT IS SO ORDERED.**

Dated: January 8, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No. 17-cv-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL QUALCOMM'S OPPOSITION TO BAIN'S MOTION TO QUASH TRIAL SUBPOENA