UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>QUALCOMM INCORPORATED,<br><br>　　　　Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER RE QUALCOMM SEALING DURING TRIAL** |

If Qualcomm seeks to seal any of the exhibits to be introduced on Friday, January 11, 2019, Qualcomm shall file a narrowly tailored motion to seal today as soon as possible. Moving forward, the Court requests that Qualcomm file timely and narrowly-tailored motions to seal.

**IT IS SO ORDERED.**

Dated: January 9, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 17-CV-00220-LHK
ORDER RE QUALCOMM SEALING DURING TRIAL

1