Jennifer Milici, D.C. Bar No. 987096
J. Alexander Ansaldo, Va. Bar No. 75870
Joseph R. Baker, D.C. Bar No. 490802
Wesley G. Carson, D.C. Bar No. 1009899
Elizabeth A. Gillen, Cal. Bar No. 260667
Daniel Matheson, D.C. Bar No. 502490
Mark J. Woodward, D.C. Bar No. 479537
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S UPDATED LIST OF WITNESSES FOR TRIAL DAY 4, JANUARY 11, 2019**<br><br>Courtroom: 7, 4th Floor<br>Judge:  Hon. Lucy H. Koh |

Plaintiff Federal Trade Commission submits the following list of witnesses it intends to call live and by videotaped deposition on January 11, 2019 (Trial Day 4):

1. Aichatou (Aicha) Evans, Intel (live) (cont'd)*

2. Mark Davis, former VIA Telecom (by videotaped deposition)*

3. Todd Madderom, Motorola (by videotaped deposition)*

4. Steve Mollenkopf, Qualcomm (live)

5. Tony Blevins, Apple (live)

6. Isabel Mahe, Apple (by videotaped deposition)*

7. Brian Chong, Wistron (by videotaped deposition)*

8. Monica Yang, Pegatron (by videotaped deposition)*

9. Hwi-Jae Cho, LG Electronics (by written deposition)*

10. Injung Lee, Samsung (by videotaped deposition) (time permitting)

11. Yooseok Kim, Samsung (by videotaped deposition) (time permitting)

12. Richard Blaylock, counsel for ZTE (by videotaped deposition) (time permitting)

At the close of Trial Day 3, counsel for the FTC addressed the status of motions to seal associated with third-party testimony. (Trial Tr. 632:6 - 633:5.) A number of witnesses listed above, denoted with an asterisk, were disclosed in advance of prior trial days, but time has not permitted the FTC to introduce their testimony. The Court has already received and addressed motions to seal in connection with these witnesses' testimony and proposed exhibits, or the third party did not seek to seal relevant materials. For remaining third-party witnesses, third parties may file motions to seal testimony and proposed exhibits.

Dated: January 9, 2019

Respectfully submitted,

FEDERAL TRADE COMMISSION

  /s/ Jennifer Milici
Jennifer Milici
J. Alexander Ansaldo
Joseph R. Baker
Wesley G. Carson
Elizabeth A. Gillen
Daniel Matheson
Mark J. Woodward
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov

***Attorneys for Federal Trade Commission***