UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, | Case No.17-cv-00220-LHK |
|---|---|
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART SEALING MOTION RELATED TO MOTION TO EXCLUDE NEVO TESTIMONY** |
| v. | |
| QUALCOMM INCORPORATED, | Re: Dkt. No. 1047 |
| Defendant. | |

Before the Court is the joint administrative motion to seal the FTC's motion to exclude Prof. Nevo's expert testimony and Qualcomm's opposition to the FTC's motion. ECF No. 1047. Applying the compelling reasons standard, the Court orders as follows:

| **Document** | **Page/Line** | **Ruling** |
|---|---|---|
| FTC Motion | 2:4-5 | GRANTED. |
| FTC Motion | 2:18-28 | GRANTED. |
| FTC Motion | 3:3-4 | GRANTED. |
| FTC Motion | 4:6 | DENIED. |
| FTC Motion | 4:24-28 | DENIED. |
| FTC Motion | 5:18 | GRANTED. |

1

Case No. 17-cv-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART SEALING MOTION RELATED TO MOTION TO EXCLUDE NEVO TESTIMONY

| **Document** | **Page/Line** | **Ruling** |
|---|---|---|
| FTC Motion, Milici Declaration | 2:15-16 | GRANTED. |
| FTC Motion, Milici Declaration | 2:20-21 | GRANTED. |
| FTC Motion, Milici Declaration | 2:24-25 | GRANTED. |
| FTC Motion, Milici Declaration | 3:2-3 | DENIED. |
| FTC Motion, Milici Declaration | 3:6-7 | DENIED. |
| FTC Motion, Nevo Rebuttal Report | 49, ¶ 94, selected portions | GRANTED. |
| FTC Motion, Nevo Rebuttal Report | 49, n. 179 | GRANTED. |
| FTC Motion, Nevo Rebuttal Report | 149, ¶ 292, selected portions | GRANTED. |
| FTC Motion, Nevo Rebuttal Report | 150, ¶ 296, selected portions | GRANTED. |
| FTC Motion, Nevo Rebuttal Report | 150, n. 513 | GRANTED. |
| FTC Motion, Nevo Rebuttal Report | 151, ¶ 299, selected portions | GRANTED. |
| FTC Motion, Nevo Rebuttal Report | 151, n. 517 | GRANTED. |
| FTC Motion, Nevo deposition transcript | 256:13 | GRANTED. |
| FTC Motion, Nevo deposition transcript | 256:16-17 | DENIED. |
| FTC Motion, Nevo deposition transcript | 257:1 | DENIED. |
| FTC Motion, Nevo deposition transcript | 257:9 | DENIED. |
| FTC Motion, Nevo deposition transcript | 257:14-15 | GRANTED. |
| FTC Motion, Nevo deposition transcript | 257:18-19 | DENIED. |
| FTC Motion, Exhibits 3 to 7 | Entire exhibits. | GRANTED. |
| FTC Motion, Exhibit 8 | Entire exhibit. | DENIED. |
| Qualcomm Opposition | 2:25-26 | GRANTED. |
| Qualcomm Opposition | 2:27-3:2 | GRANTED. |
| Qualcomm Opposition | 3:4 | GRANTED. |

Case No. 17-cv-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART SEALING MOTION RELATED TO MOTION TO EXCLUDE NEVO TESTIMONY

| Document | Page/Line | Ruling |
|---|---|---|
| Qualcomm Opposition | 3:5-8, selection before "license agreement" | DENIED. |
| Qualcomm Opposition | 3:8, selection between "license agreement" through line 10 | GRANTED. |
| Qualcomm Opposition | 3:11-14 | GRANTED. |
| Qualcomm Opposition | 3:17 | GRANTED. |
| Qualcomm Opposition | 3:19 | GRANTED. |
| Qualcomm Opposition | 3:22-23 | GRANTED. |
| Qualcomm Opposition | 3:26-27 | GRANTED. |
| Qualcomm Opposition | 4:3-4 | GRANTED. |
| Qualcomm Opposition | 4:7 | GRANTED. |
| Qualcomm Opposition | 4:14-15 | GRANTED. |
| Qualcomm Opposition | 4:22 | DENIED. |
| Qualcomm Opposition | 5:9-11 | GRANTED. |
| Qualcomm Opposition | 6:13-14 | GRANTED. |
| Qualcomm Opposition | 8:1-2 | DENIED. |
| Qualcomm Opposition | 8:3-4 | DENIED. |
| Qualcomm Opposition | 8:5-6 | GRANTED. |
| Qualcomm Opposition | 8:8-9 | DENIED. |
| Qualcomm Opposition | 8:12 | GRANTED. |
| Qualcomm Opposition | 9:16 | GRANTED. |
| Qualcomm Opposition, Byars Declaration | 1:11-12 | GRANTED. |
| Qualcomm Opposition, Byars Declaration | 1:14-15 | GRANTED. |
| Qualcomm Opposition, Gonell Declaration | 1:8-10 | GRANTED. |
| Qualcomm Opposition, Gonell Declaration | 1:12-16 | GRANTED. |
| Qualcomm Opposition, Gonell Declaration | 1:17-20 | GRANTED. |
| Qualcomm Opposition, Gonell Declaration | 1:21-25 | GRANTED. |
| Qualcomm Opposition, Gonell Declaration | 2:1-4 | GRANTED. |
| Qualcomm Opposition, Shapiro Expert Report | 117-18, ¶ 314 | GRANTED. |
| Qualcomm Opposition, Shapiro Expert Report | 118, ¶ 315 | DENIED. |
| Qualcomm Opposition, Shapiro Expert Report | 118, notes 595-603 | DENIED. |
| Qualcomm Opposition, Shapiro Rebuttal Report | 39, ¶ 112 | DENIED. |

Case No. 17-cv-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART SEALING MOTION RELATED TO MOTION TO EXCLUDE NEVO TESTIMONY

| Document | Page/Line | Ruling |
|---|---|---|
| Qualcomm Opposition, Shapiro Rebuttal Report | 39, note 118 | DENIED. |

The parties shall refile the above documents by January 11, 2019, consistent with the above sealing rulings.

**IT IS SO ORDERED.**

Dated: January 9, 2019

_____
LUCY H. KOH
United States District Judge

4

Case No. 17-cv-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART SEALING MOTION RELATED TO MOTION TO EXCLUDE NEVO TESTIMONY