UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, et al., | Case No. 17-CV-00220-LHK |
|---|---|
| Plaintiffs, | **ORDER GRANTING IN PART AND DENYING IN PART HUAWEI'S ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| QUALCOMM INCORPORATED, et al., | Re: Dkt. No. 1195 |
| Defendants. | |

Applying the compelling reasons standard, the Court rules on Huawei's motion to seal as follows. By Friday, January 11, 2019, at 5:00 p.m., Huawei shall refile redacted public versions of the below exhibits consistent with the Court's sealing rulings.

| Document | Portion of Page | Ruling |
|---|---|---|
| JX-022 | FTC-Huawei-0000706 | GRANTED. |
| JX-022 | FTC-Huawei-0000711 | GRANTED. |
| JX-022 | FTC-Huawei-0000713-14 | GRANTED. |
| JX-022 | FTC-Huawei-0000715 § 5.4 | DENIED. |
| JX-022 | FTC-Huawei-0000715 § 5.5 | GRANTED. |
| JX-022 | FTC-Huawei-0000719 | GRANTED. |
| JX-022 | FTC-Huawei-0000536 | GRANTED. |
| JX-027 | FTC-Huawei-0000698 | GRANTED. |
| JX-027 | FTC-Huawei-0000701 | GRANTED. |

1

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART HUAWEI'S ADMINISTRATIVE MOTION TO SEAL

| Document | Portion of Page | Ruling |
|---|---|---|
| JX-097 | FTC-Huawei-0000651-55 | DENIED. |
| JX-097 | FTC-Huawei-0000657 | GRANTED. |
| JX-098 | FTC-Huawei-0000573-77 | DENIED. |
| JX-098 | FTC-Huawei-0000580 through the end of § 3.2.4 on FTC-Huawei-0000581 | DENIED. |
| JX-098 | § 3.4.1 on FTC-Huawei-0000581 through FTC-Huawei-0000587 | GRANTED. |
| JX-098 | FTC-Huawei-0000590-93 | GRANTED. |
| JX-098 | FTC-Huawei-0000594-97 | DENIED. |
| JX-098 | FTC-Huawei-0000602-03 | GRANTED. |
| JX-098 | FTC-Huawei-0000610 | DENIED. |
| JX-098 | FTC-Huawei-0000611 | GRANTED. |
| JX-098 | FTC-Huawei-0000612-13 | DENIED. |
| JX-098 | FTC-Huawei-0000617 | GRANTED. |
| JX-098 | FTC-Huawei-0000618-19 | DENIED. |
| JX-098 | FTC-Huawei-0000625-27 | GRANTED. |
| JX-098 | FTC-Huawei-0000642-47 | GRANTED. |
| JX-098 | FTC-Huawei-0000648-49 | GRANTED. |

**IT IS SO ORDERED.**

Dated: January 9, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge