1    *Counsel Listed on Signature Page*

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11                             SAN JOSE DIVISION

12

13   FEDERAL TRADE COMMISSION,              Case No. 5:17-cv-00220-LHK

14                    Plaintiff,            **QUALCOMM INCORPORATED'S**
                                            **SECOND ADMINISTRATIVE**
15            vs.                           **MOTION TO FILE CERTAIN**
                                            **PORTIONS OF TRIAL EXHIBITS**
16   QUALCOMM INCORPORATED,                 **UNDER SEAL**
     a Delaware corporation,
17                                          Dept:  Courtroom 8, 4th Floor
                     Defendant.            Judge: Hon. Lucy H. Koh
18

19

20

21

22

23

24

25

26

27

28

**INTRODUCTION**

Qualcomm respectfully submits this second motion in response to the Court's Order of January 9, 2019 (ECF No. 1200).  The exhibits listed in this motion are exhibits that may be used in Court on Friday, January 11.  Because the FTC designated **3,811 pages** of exhibits this morning that it has indicated it may seek to introduce into evidence on Friday, Qualcomm filed an initial motion to seal the confidential material it was able to identify as of the time of that filing, and now files this second motion to seal the remainder.

Qualcomm has expeditiously reviewed the thousands of pages of possible trial exhibits identified by the FTC and now moves the Court to maintain certain portions of those exhibits under seal. These requests to seal are consistent with what the parties had indicated to the Court they would seek to seal, as well as with the Court's stated explanation of the types of material appropriate for sealing.  Since Qualcomm does not know whether the FTC will seek to introduce into evidence all or only a subset of the documents included on its list of this morning, in response to the Court's Order, Qualcomm is moving to seal all of the listed documents that contain confidential information subject to sealing.  This filing addresses the second set of 20 exhibits Qualcomm is seeking to seal.

Pursuant to the procedures that the Court has established in this case for the protection of confidential material, Qualcomm does not object to these documents being used during the trial proceedings, so long as the public monitors are turned off while they are being displayed, and the information sought to be sealed is not revealed during the course of questioning.

This motion is supported by the Declaration of Bryn Williams as well as the Declarations of Zack Arner on behalf of QCT and Albert St. George on behalf of QTL.  Because third parties with possible confidential information in these documents may file motions to seal portions of these exhibits, Qualcomm is filing under seal versions of the documents with their proposed redactions highlighted in yellow.

**LEGAL STANDARD**

Local Rule 79-5 provides that documents, or portions thereof, may be sealed if a party

1

1   "establishes that the documents, or portions thereof, are privileged, protectable as a trade secret,

2   or otherwise entitled to protection under the law."  Civ. L. R. 79-5(b).

3           While courts apply a "strong presumption in favor of access" to court records, "[i]n

4   general, 'compelling reasons' sufficient to outweigh the public's interest in disclosure and justify

5   sealing court records exist when such 'court files might have become a vehicle for improper

6   purposes,' such as the use of records to ... release trade secrets." *Kamakana v. City and Cty. Of*

7   *Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.,* 435

8   U.S. 589, 598 (1978)).  Sealing may be justified to prevent judicial documents from being used as

9   business information that might harm a litigant's competitive standing.  *In re High-Tech*

10  *Employee Antitrust Litig.*, No. 11–CV–02509–LHK, 2013 WL 163779, at *1 (N.D. Cal. Jan. 15,

11  2013).

12                                **ARGUMENT**

13          The information Qualcomm seeks to seal is the type that the Ninth Circuit has held to

14  properly be kept under seal.  This Court has previously "held that 'pricing terms, royalty rates,

15  and guaranteed minimum payment terms of a license agreement' are sealable." *Apple, Inc. v.*

16  *Samsung Elecs. Co.*, No. 11-CV-01846-LHK, 2013 WL 5693759, at *2 (N.D. Cal. Oct. 15, 2013)

17  (*quoting In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008)).  The Ninth Circuit has

18  confirmed that these categories of information should properly be sealed.  *See*, *e.g.*, *In re Elec.*

19  *Arts, Inc.*, 298 Fed. App'x 568, 569–70 (9th Cir. 2008) (ordering sealed "pricing terms, royalty

20  rates, and guaranteed minimum payment terms" in a licensing agreement); *Sun Microsystems Inc.*

21  *v. Network Appliance*, No. C–08–01641–EDL, 2009 WL 5125817, at *9 (N.D. Cal Dec. 21,

22  2009) (sealing confidential business information, which if disclosed could cause harm to the

23  parties).  This information retains independent economic value from not being generally known

24  to, and not being readily ascertainable through proper means to the general public.  18 U.S.C. §

25  1839(3)(B).  If disclosed, this information would cause Qualcomm competitive and commercial

26  harm because it would provide competitors and actual or potential counterparties insights into

27  Qualcomm's business that they would not otherwise have, and could disadvantage Qualcomm in

28  future negotiations with potential licensees and customers.  *See Nixon*, 435 U.S. at 598 ("[C]ourts

have refused to permit their files to serve as … sources of business information that might harm a litigant's competitive standing"); *In re Elec. Arts, Inc.*, 298 Fed. App'x at 569-70.

As detailed in the attached Williams, Arner and St. George declarations, portions of the following trial exhibits are sealable because they contain information relating to "pricing terms, royalty rates, and guaranteed minimum payment terms reflected in Qualcomm's patent licensing agreements," contain exceptionally sensitive commercial information that might harm Qualcomm's competitive standing, and/or contain Qualcomm confidential information more recent than three years old, the threshold for sealing the parties have agreed upon.  (ECF 1067.)

Qualcomm accordingly moves to seal these limited portions of the identified trial exhibits.

| Exhibit | Information sought to be sealed | Standard | Explanation |
|---------|-------------------------------|----------|-------------|
| JX0040 | Portions of 002 | Compelling Reasons | Williams Decl.¶ 8 |
| JX0078 | Portions of 006 | Compelling Reasons | St. George Decl.¶ 16 |
| JX0052 | Portions of 001-011 | Compelling Reasons | Williams Decl.¶7 |
| JX0052 | Portions of 013-014 | Compelling Reasons | Williams Decl.¶7 |
| JX0057 | Portions of 001-004 | Compelling Reasons | Williams Decl.¶ 9 |
| JX0057 | Portions of 006-009 | Compelling Reasons | Williams Decl.¶ 9 |
| CX5389 | Portions of 001 | Compelling Reasons | Arner Decl. ¶ 13 |
| CX5389 | Portions of 007-009 | Compelling Reasons | Arner Decl. ¶ 13 |
| CX5389 | Portions of 011 | Compelling Reasons | Arner Decl. ¶ 13 |
| CX5839 | 012 in full | Compelling Reasons | Arner Decl. ¶ 13 |
| CX5739 | Portions of 001-003 | Compelling Reasons | Arner Decl. ¶ 14 |
| CX5739 | Portions of 006-007 | Compelling Reasons | Arner Decl. ¶ 14 |
| CX8195 | Portions of 23 | Compelling Reasons | Zuckerman Decl. ¶13 |
| CX8195 | Portions of 26 | Compelling Reasons | Zuckerman Decl. ¶13 |
| CX8195 | Portions of 28 | Compelling Reasons | Zuckerman Decl. ¶13 |
| CX8195 | Portions of 33-34 | Compelling Reasons | Zuckerman Decl. ¶13 |
| CX8195 | Portions of 36-37 | Compelling Reasons | Zuckerman Decl. ¶13 |
| CX8195 | Portions of 40 | Compelling Reasons | Zuckerman Decl. ¶13 |
| CX8195 | Portions of 42 | Compelling Reasons | Zuckerman Decl. ¶13 |
| CX8195 | Portions of 46 | Compelling Reasons | Zuckerman Decl. ¶13 |
| CX8195 | Portions of 49 | Compelling Reasons | Zuckerman Decl. ¶13 |
| CX8195 | Portions of 51 | Compelling Reasons | Zuckerman Decl. ¶13 |
| CX8195 | Portions of 56-57 | Compelling Reasons | Zuckerman Decl. ¶13 |
| CX8195 | Portions of 59-60 | Compelling Reasons | Zuckerman Decl. ¶13 |
| CX8195 | Portions of 63 | Compelling Reasons | Zuckerman Decl. ¶13 |
| CX8195 | Portions of 65 | Compelling Reasons | Zuckerman Decl. ¶13 |
| CX8196 | Portions of 009 | Compelling reasons | Zuckerman Decl. ¶14 |
| CX8196 | Portions of 014-015 | Compelling reasons | Zuckerman Decl. ¶14 |
| CX8196 | Portions of 030 | Compelling reasons | Zuckerman Decl. ¶14 |
| CX8196 | 039 in full | Compelling reasons | Zuckerman Decl. ¶14 |
| CX8196 | 041 to 42 in full | Compelling reasons | Zuckerman Decl. ¶14 |
| CX8196 | 044 to 45 in full | Compelling reasons | Zuckerman Decl. ¶14 |
| CX8196 | 047 in full | Compelling reasons | Zuckerman Decl. ¶14 |

MOTION TO FILE UNDER SEAL
Case No. 5:17-cv-00220-LHK-NMC

| Exhibit | Information sought to be sealed | Standard | Explanation |
|---------|-------------------------------|----------|-------------|
| CX8196 | 049 to 51 in full | Compelling reasons | Zuckerman Decl. ¶14 |
| CX8196 | 054 to 59 in full | Compelling reasons | Zuckerman Decl. ¶14 |
| CX8196 | 062 in full | Compelling reasons | Zuckerman Decl. ¶14 |
| CX8196 | Portions of 063 | Compelling reasons | Zuckerman Decl. ¶14 |
| CX8196 | Portions of 073 | Compelling reasons | Zuckerman Decl. ¶14 |
| CX8196 | 078 in full | Compelling reasons | Zuckerman Decl. ¶14 |
| CX8196 | 109 to 110 in full | Compelling reasons | Zuckerman Decl. ¶14 |
| CX8196 | 113 to 116 in full | Compelling reasons | Zuckerman Decl. ¶14 |
| CX8196 | 118 in full | Compelling reasons | Zuckerman Decl. ¶14 |
| CX8196 | 128 to 131 in full | Compelling reasons | Zuckerman Decl. ¶14 |
| CX8196 | 133 in full | Compelling reasons | Zuckerman Decl. ¶14 |
| CX8196 | 136 in full | Compelling reasons | Zuckerman Decl. ¶14 |
| CX8196 | 140 in full | Compelling reasons | Zuckerman Decl. ¶14 |
| CX8196 | Portions of 141 | Compelling reasons | Zuckerman Decl. ¶14 |
| CX8196 | Portions of 287 | Compelling reasons | Zuckerman Decl. ¶14 |
| CX8196 | 292 to 293 in full | Compelling reasons | Zuckerman Decl. ¶14 |
| CX8191 | Portions of 8 | Compelling reasons | Zuckerman Decl. ¶12 |
| CX8191 | Portions of 11 to 14 | Compelling reasons | Zuckerman Decl. ¶12 |
| CX8191 | Portions of 16 to 17 | Compelling reasons | Zuckerman Decl. ¶12 |
| CX8191 | Portions of 63 | Compelling reasons | Zuckerman Decl. ¶12 |
| CX8191 | Portions of 65 | Compelling reasons | Zuckerman Decl. ¶12 |
| CX8191 | Portions of 69 to 72 | Compelling reasons | Zuckerman Decl. ¶12 |
| CX8191 | Portions of 78 | Compelling reasons | Zuckerman Decl. ¶12 |
| CX8191 | Portions of 80 | Compelling reasons | Zuckerman Decl. ¶12 |
| CX8191 | Portions of 83 | Compelling reasons | Zuckerman Decl. ¶12 |
| CX8191 | Portions of 85 | Compelling reasons | Zuckerman Decl. ¶12 |
| CX8191 | Portions of 87 | Compelling reasons | Zuckerman Decl. ¶12 |
| CX8191 | Portions of 91 | Compelling reasons | Zuckerman Decl. ¶12 |
| CX8191 | Portions of 93 to 85 | Compelling reasons | Zuckerman Decl. ¶12 |
| CX8191 | Portions of 97 to 99 | Compelling reasons | Zuckerman Decl. ¶12 |
| CX8191 | Portions of 102 to 107 | Compelling reasons | Zuckerman Decl. ¶12 |
| CX8191 | Portions of 114 to 117 | Compelling reasons | Zuckerman Decl. ¶12 |
| CX8191 | Portions of 120 to 122 | Compelling reasons | Zuckerman Decl. ¶12 |
| CX8191 | Portions of 124 to 125 | Compelling reasons | Zuckerman Decl. ¶12 |
| CX8191 | Portions of 129 to 134 | Compelling reasons | Zuckerman Decl. ¶12 |
| CX0526 | Portions of 002 | Compelling reasons | Williams Decl.¶ 10 |
| CX0526 | Portions of 005 | Compelling reasons | Williams Decl.¶ 10 |
| CX0526 | Portions of 009-011 | Compelling reasons | Williams Decl.¶ 10 |
| CX0526 | Portions of 012-013 | Compelling reasons | Williams Decl.¶ 10 |
| CX5913 | 012-019 in full | Compelling reasons | Arner Decl. ¶ 15 |
| CX5913 | Portions of 020 | Compelling reasons | Arner Decl. ¶ 15 |
| CX5913 | 021 in full | Compelling reasons | Arner Decl. ¶ 15 |
| CX5913 | 025-026 in full | Compelling reasons | Arner Decl. ¶ 15 |
| CX5913 | 028-029 in full | Compelling reasons | Arner Decl. ¶ 15 |
| CX5913 | 031-035 in full | Compelling reasons | Arner Decl. ¶ 15 |
| CX5913 | 037-044 in full | Compelling reasons | Arner Decl. ¶ 15 |
| CX5913 | 046-056 in full | Compelling reasons | Arner Decl. ¶ 15 |
| CX5913 | 057-067 in full | Compelling reasons | Arner Decl. ¶ 15 |
| CX5913 | 069 in full | Compelling reasons | Arner Decl. ¶ 15 |
| CX5913 | 073 in full | Compelling reasons | Arner Decl. ¶ 15 |
| CX5913 | Portions of 074-076 | Compelling reasons | Arner Decl. ¶ 15 |
| CX5913 | 077 in full | Compelling reasons | Arner Decl. ¶ 15 |
| CX5913 | Portions of 078 | Compelling reasons | Arner Decl. ¶ 15 |

| Exhibit | Information sought to be sealed | Standard | Explanation |
|---|---|---|---|
| CX5913 | 079 in full | Compelling reasons | Arner Decl. ¶ 15 |
| CX5348 | 005 in full | Compelling reasons | St. George Decl.¶ 17 |
| CX5360 | Portions of 001 | Compelling reasons | Arner Decl. ¶ 16 |
| CX5360 | Portions of 003 through 004 | Compelling reasons | Arner Decl. ¶ 16 |
| CX5360 | Portions of 010 | Compelling reasons | Arner Decl. ¶ 16 |
| CX5360 | Portions of 011 through 017 | Compelling reasons | Arner Decl. ¶ 16 |
| CX5360 | Portions of 018 through 019 | Compelling reasons | Arner Decl. ¶ 16 |
| CX5360 | 020 in full | Compelling reasons | Arner Decl. ¶ 16 |
| CX5360 | 022-027 in full | Compelling reasons | Arner Decl. ¶ 16 |
| CX5360 | 028-033 in full | Compelling reasons | Arner Decl. ¶ 16 |
| CX5376 | Portions of 004-008 | Compelling reasons | Arner Decl. ¶ 17 |
| CX5391 | Portions of 003 | Compelling reasons | Arner Decl. ¶ 18 |
| CX5391 | Portions of 005 through 009 | Compelling reasons | Arner Decl. ¶ 18 |
| CX5425 | Portions of 002-009 | Compelling reasons | Arner Decl. ¶ 19 |
| JX0055 | Portions of 006 through 009 | Compelling reasons | Arner Decl. ¶ 20 |
| CX5383 | Portions of 001 | Compelling reasons | Arner Decl. ¶ 21 |
| QX9209 | Portions of Q2014FTC00786755 | Compelling reasons | Arner Decl. ¶ 22 |
| QX9209 | Portions of Q2014FTC00786757 to Q2014FTC00786759 | Compelling reasons | Arner Decl. ¶ 22 |
| CX5527 | Portions of 028 | Compelling reasons | Zuckerman Decl. ¶ 11 |
| CX5527 | Portions of 029 | Compelling reasons | Zuckerman Decl. ¶ 11 |
| CX5527 | Portions of 030-032 | Compelling reasons | Zuckerman Decl. ¶ 11 |
| CX5527 | Portions of 035 | Compelling reasons | Zuckerman Decl. ¶ 11 |
| CX5527 | 041-044 in full | Compelling reasons | Zuckerman Decl. ¶ 11 |
| CX5527 | Portions of 054 | Compelling reasons | Zuckerman Decl. ¶ 11 |
| CX5527 | 056-057 in full | Compelling reasons | Zuckerman Decl. ¶ 11 |

## **CONCLUSION**

For the foregoing reasons, Qualcomm respectfully moves this Court to keep the above-listed portions of trial evidence under seal.

Dated:  January 9, 2019

KEKER, VAN NEST & PETERS LLP

*/s/ Bryn Williams*
ROBERT A. VAN NEST
EUGENE M. PAIGE
CODY S. HARRIS
JUSTINA SESSIONS
BRYN WILLIAMS

Attorneys for Defendant
QUALCOMM INCORPORATED

By:

6

1

2

3

4

Robert A. Van Nest (SBN 84065)
Eugene M. Paige (SBN 202849)
Justina Sessions (SBN 270914)
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile:  (415) 397-7188

5

6

7

8

9

10

Gary A. Bornstein (pro hac vice)
Yonatan Even (pro hac vice)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel.: (212) 474-1000
Fax: (212) 474-3700
gbornstein@cravath.com
yeven@cravath.com

11

12

13

14

Richard S. Taffet (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel.: (212) 309-6000
Fax: (212) 309-6001
richard.taffet@morganlewis.com

15

16

17

18

Willard K. Tom (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Tel.: (202) 739-3000
Fax: (202) 739 3001
willard.tom@morganlewis.com

19

20

21

22

Geoffrey T. Holtz (SBN 191370)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel.: (415) 442-1000
Fax: (415) 442-1001
gholtz@morganlewis.com

23

Attorneys for Defendant
QUALCOMM INCORPORATED

24

25

26

27

28

MOTION TO FILE UNDER SEAL
Case No. 5:17-cv-00220-LHK-NMC