Jennifer Milici, D.C. Bar No. 987096
Daniel Matheson, D.C. Bar No. 502490
Mark J. Woodward, D.C. Bar No. 479537
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S RESPONSE TO QUALCOMM MOTION TO SEAL** |

At the pretrial conference, Qualcomm stated that "there may be a small number of things Qualcomm would consider confidential still." (ECF No. 1005 at 11.) The FTC has repeatedly requested that Qualcomm identify which of its documents, fewer than 100 of which were created in the last 36 months, Qualcomm would seek to seal. Qualcomm has refused to provide that information, which would have allowed the parties to confer regarding ways to minimize the burden on the Court.

In light of the sealing motions that Qualcomm filed with the Court yesterday, the FTC will agree not to use with witnesses on Friday the following documents:

CX5952

CX8195

CX8196

If the FTC determines that it may use these documents with subsequent witnesses, it will provide appropriate notice to Qualcomm.

Dated:  January 10, 2019

Respectfully submitted,

FEDERAL TRADE COMMISSION,

*/s/ Jennifer Milici*
Jennifer Milici
Daniel Matheson
Mark J. Woodward
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov

**Attorneys for Federal Trade Commission**