UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER DENYING ZTE'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. No. 1211 |

Applying the compelling reasons standard, the Court rules on ZTE's motion to seal as follows. By Friday, January 11, 2019, at 8:00 a.m., ZTE shall refile a redacted public version of the below exhibit consistent with the Court's sealing rulings.

| Document | Portion of Page/Line No. | Ruling |
|---|---|---|
| Blaylock Deposition | 84:12; 84:14-18 | DENIED. |
| Blaylock Deposition | 129:20-130:13 | DENIED. |
| Blaylock Deposition | 228:19-20; 228:24-229:2 | DENIED. |
| Blaylock Deposition | 262:16-263:8 | DENIED. |
| Blaylock Deposition | 283:12-283:14; 283:16-284:2 | DENIED. |
| Blaylock Deposition | 284:17-19; 284:22-285:3 | DENIED. |
| Blaylock Deposition | 285:12-13; 285:15-20 | DENIED. |
| Blaylock Deposition | 312:19-22; 312:24-25 | DENIED. |
| Blaylock Deposition | 316:22-317:1; 317:6-317:16 | DENIED. |

1
Case No. 17-CV-00220-LHK
ORDER DENYING ZTE'S ADMINISTRATIVE MOTION TO SEAL

| Document | Portion of Page/Line No. | Ruling |
|---|---|---|
| Blaylock Deposition | 323:11-324:4 | DENIED. |

**IT IS SO ORDERED.**

Dated: January 10, 2019

Lucy H. Koh

LUCY H. KOH
United States District Judge

United States District Court
Northern District of California

2

Case No. 17-CV-00220-LHK
ORDER DENYING ZTE'S ADMINISTRATIVE MOTION TO SEAL