UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, | Case No. 17-CV-00220-LHK |
|---|---|
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART SAMSUNG'S ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| QUALCOMM INCORPORATED, | Re: Dkt. No. 1210 |
| Defendant. | |

Applying the compelling reasons standard, the Court rules on Samsung's motion to seal as follows. By Friday, January 11, 2019, at 8:00 a.m., Samsung shall refile redacted public versions of the below exhibits consistent with the Court's sealing rulings.

| Document | Portion of Page/Line No. | Ruling |
|---|---|---|
| Lee Deposition | 144:16-18 | GRANTED. |
| Lee Deposition | 144:25-145:6 | GRANTED. |
| Lee Deposition | 145:11-18 | GRANTED. |
| Lee Deposition | 145:21-23 | GRANTED. |
| Lee Deposition | 195:23-24 | GRANTED. |
| JX0024 | § 2 at JX0024-002 | GRANTED. |
| JX0024 | § 3 at JX0024-003 | GRANTED. |
| JX0024 | § 6 at JX0024-005 | GRANTED as to the royalty rate |

1
Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART SAMSUNG'S ADMINISTRATIVE MOTION TO SEAL

| Document | Portion of Page/Line No. | Ruling |
|---|---|---|
|  |  | and royalty cap, otherwise DENIED. |
| JX0024 | § 7 at JX0024-006 | DENIED. |
| JX0024 | § 8.2.2 at JX0024-007 | DENIED. |
| CX2643/CX2643A | CX2643-004 and CX2643A-004 | GRANTED. |
| CX2564/CX2564A | CX2564-001 and CX2564A-001 | GRANTED. |
| CX2564/CX2564A | CX2564-002 and CX2564A-002 | GRANTED. |
| CX2641/CX2641A | CX2641-002 and CX2641A-002 | GRANTED. |
| CX2641/CX2641A | CX2641-004 and CX2641A-004 | GRANTED. |
| CX2568/CX2568A | CX2568-001 and CX2568A-001 | GRANTED. |
| CX2568/CX2568A | CX2568-002 and CX2568A-002 | GRANTED. |
| CX2642/CX2642A | CX2642-002 and CX2642A-002 | GRANTED. |
| CX2642/CX2642A | CX2642-003 and CX2642A-003 | GRANTED. |
| QX9219 | Q2014FTC01845280 | GRANTED. |

**IT IS SO ORDERED.**

Dated: January 10, 2019

_____
LUCY H. KOH
United States District Judge

2
Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART SAMSUNG'S ADMINISTRATIVE MOTION TO SEAL