# EXHIBIT B

## (JX0024)

# [REVISED PUBLIC REDACTED PURSUANT TO ECF 1225]

### Amendment to Infrastructure and Subscriber Unit License and Technical Assistance Agreement (the "Amendment")

This Amendment is entered into as of March 29, 2004 (the "Amendment Effective Date") between QUALCOMM Incorporated ("QUALCOMM"), a Delaware corporation, and Samsung Electronics Co., Ltd. ("LICENSEE"), a Korean corporation, with respect to the following facts:

WHEREAS, QUALCOMM and LICENSEE entered into that certain Infrastructure and Subscriber Unit License and Technical Assistance Agreement dated August 31, 1993, as previously amended in writing (collectively, the "License Agreement");

WHEREAS, pursuant to the License Agreement, QUALCOMM granted LICENSEE, among other things, a license under certain of QUALCOMM's and its Affiliates' patents to make (and have made), use and sell single-mode CDMA Subscriber Units and multi-mode CDMA Subscriber Units (e.g., multi-mode CDMA/GSM Subscriber Units) for CDMA-based wireless applications, including but not limited to wireless applications based on those CDMA standards commonly referred to as IS-95, cdma2000, and WCDMA (or UMTS);

WHEREAS, pursuant to the License Agreement, LICENSEE granted QUALCOMM, among other things, a license under certain of LICENSEE's and its Affiliates' patents to make (and have made), use and sell Components for use in single-mode CDMA Subscriber Units and multi-mode CDMA Subscriber Units (e.g., Components implementing multi-mode CDMA/GSM in Subscriber Units) for CDMA-based wireless applications, including but not limited to wireless applications based on those CDMA standards commonly referred to as IS-95, cdma2000, and WCDMA (or UMTS); and

WHEREAS, subject to and in accordance with the terms and conditions of this Amendment, QUALCOMM and LICENSEE desire to amend the License Agreement to, among other things, reduce the royalties payable by LICENSEE for Eligible Subscriber Units (as defined below) and replace the license granted by LICENSEE to QUALCOMM with respect to Components with an agreement to not assert LICENSEE's Intellectual Property and its Affiliates' Intellectual Property (as such term would be defined if each such Affiliate was a Party) against QUALCOMM, QUALCOMM's Affiliates, and, subject to certain limitations, any QUALCOMM Customer (as specifically set forth in Section 5 below). For the avoidance of doubt, the term UMTS does not include TD-SCDMA.

NOW, THEREFORE, the Parties hereby agree to amend the License Agreement as follows:

1.   Headings And Definitions.

Unless otherwise specified herein, capitalized terms shall have the meanings specified in the License Agreement. The following additional or modified terms shall have the meanings specified below:

QUALCOMM Proprietary                                            1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q2014FTC00006186
Q2017MDL1_02929058
CX7662-001
JX0024-001

fine

"CDMA ASIC" means QUALCOMM's mobile station modem (MSM) CDMA application specific integrated circuits, and any revision, generation, modifications or integration to or of the MSM, purchased by LICENSEE from QUALCOMM or its Affiliates.

"Eligible Subscriber Unit" means a Qualifying Subscriber Unit that is Sold by LICENSEE and/or its sublicensed Affiliates for use in all or a part of the Rest of the World (i.e., is not Sold for use only in Korea).

"Non-Eligible Subscriber Unit" means (i) any Subscriber Unit that is not a Qualifying Subscriber Unit; and (ii) any Qualifying Subscriber Unit that is Sold for use only in Korea.

"QUALCOMM Customer" means any entity that purchases Components from QUALCOMM and/or its Affiliates and incorporates such Components into its Subscriber Units or Infrastructure Equipment (as such terms would be applied if such entity were a Party).

"Qualifying Subscriber Unit" means only a Subscriber Unit (including but not limited to a Subscriber Unit implementing CDMA technology in compliance with the IS-95, cdma2000, WCDMA and/or UMTS standards) that incorporates a CDMA ASIC.

"Rest of World" or "ROW" means the entire world, except Korea.

"Third Party Infrastructure License Agreement" means any infrastructure equipment license agreement entered into between QUALCOMM and a Chinese manufacturer that is the same as or not more favorable to a Chinese manufacturer than the infrastructure equipment license agreement QUALCOMM offered to LICENSEE by letter dated July 19, 2001.

"Third Party Subscriber Unit License Agreement" means any subscriber unit license agreement entered into between QUALCOMM and a Chinese manufacturer that is the same as or not more favorable to a Chinese manufacturer than the subscriber unit license agreement QUALCOMM offered to LICENSEE by letter dated July 19, 2001.

2. <u>Royalty Rate for Eligible Subscriber Units</u>. Notwithstanding anything to the contrary in the License Agreement (but subject to Section 3 below), the royalty payable by LICENSEE and its sublicensed Affiliates for the Sale of each Eligible Subscriber Unit Sold ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ shall be an amount equal to ▮▮▮▮▮▮▮▮ of the Net Selling Price of each such Eligible Subscriber Unit. The royalties payable by LICENSEE and its sublicensed Affiliates for the Sale of all Non-Eligible Subscriber Units shall continue to be payable in accordance with the terms and conditions (including but not limited to the royalty rates) set forth in the License Agreement as they existed prior to the execution of this Amendment.

3. <u>Maximum Royalty on Qualifying Subscriber Units</u>. Because of the increase in Net Selling Prices of high-end Subscriber Units caused by, among other things, the

QUALCOMM Proprietary        2



FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q2014FTC00006187
Q2017MDL1_02929059
CX7662-002
JX0024-002

incorporation of integrated modules and subassemblies such as cameras, video technology and other multi-media functionality into such Subscriber Units and notwithstanding anything to the contrary in the License Agreement, the maximum royalty to be paid by LICENSEE or its sublicensed Affiliates to QUALCOMM under the License Agreement for each Qualifying Subscriber Unit Sold by LICENSEE or its sublicensed Affiliates during ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓) shall be ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (the "Cap"). The Cap in this Section 3 applies only to Qualifying Subscriber Units.

4.   Future Discussions. LICENSEE agrees that it will not assert at any time prior to the termination or expiration of this Amendment that Section 2 of that certain Amendment to Infrastructure and Subscriber Unit License and Technical Assistance Agreement dated November 17, 1997 (the "1997 Amendment") requires QUALCOMM to agree to modify any of the royalty obligations (including but not limited to the royalty rates) set forth in the License Agreement or this Amendment. In the event that LICENSEE asserts such a claim against QUALCOMM prior to the termination or expiration of this Amendment, QUALCOMM shall be entitled to immediately terminate this Amendment. Further, in the event that the Parties engage in negotiations pursuant to Section 2 of the 1997 Amendment regarding whether the Parties should agree to modify LICENSEE's royalty obligations in the License Agreement, such negotiations shall be based upon the terms and conditions of the License Agreement as they existed prior to this Amendment, not the terms of this Amendment (i.e., the Parties shall not consider or rely upon the modifications to LICENSEE's royalty obligations set forth in this Amendment for purposes of such negotiations).

5.   QUALCOMM's Components License.   Only the licenses granted by LICENSEE to QUALCOMM for Components in Sections 6.1.1 and 6.1.2 of the License Agreement are hereby deleted and replaced with the following provisions effective as of December 31, 2000:

   5.1   Covenant to QUALCOMM. LICENSEE, on behalf of itself and its Affiliates, covenants not to Assert any of LICENSEE's Intellectual Property and/or its Affiliates' Intellectual Property (as such term would be defined if each such Affiliate was a Party) against (i) QUALCOMM or its Affiliates for making, having made, using, importing, leasing, selling, or otherwise disposing of Components (including but not limited to associated software) or (ii) QUALCOMM's and its Affiliates' suppliers for manufacturing Components for, or selling Components to, QUALCOMM or its Affiliates, provided that nothing herein shall prevent LICENSEE from asserting its intellectual property rights against QUALCOMM's and its Affiliates' suppliers for making Components for, or selling Components to, any third party other than QUALCOMM and/or its Affiliates. The term "Assert or Assertion" means to assert any claim for patent infringement or to commence or prosecute (or threaten to commence or prosecute) patent infringement litigation (or a similar proceeding, including any proceeding in the International Trade Commission). For the avoidance of doubt, LICENSEE's Intellectual Property and its Affiliates' Intellectual Property shall not include any intellectual property rights acquired or developed after December 31, 2000 by LICENSEE or its Affiliates. Without limiting the covenants granted above, nothing in

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q2014FTC00006188
Q2017MDL1_02929060
CX7662-003
JX0024-003

this Section 5.1 shall be construed as granting a license to QUALCOMM, its Affiliates or their suppliers or any rights to any QUALCOMM Customer or its Affiliates.

5.2     Covenant to QUALCOMM Customers. LICENSEE, on behalf of itself and its Affiliates, covenants not to Assert any of LICENSEE's Limited Intellectual Property against (i) a QUALCOMM Customer or its Affiliates (as such term would be applied if such customer were a Party) for making, having made, using, importing, selling, leasing or otherwise disposing of Covenant Products where the alleged basis for infringement arises from the use or incorporation of such QUALCOMM Components (including but not limited to associated software) in such Covenant Products and/or (ii) any other third party against which LICENSEE would not have been able to Assert LICENSEE's Limited Intellectual Property had the licenses granted to QUALCOMM in Sections 6.1.1 and 6.1.2 of the License Agreement with respect to Components remained in effect (the "Covered Third Parties") with respect to a QUALCOMM Customer's or its Affiliates' Covenant Products to the extent LICENSEE would not have been able to Assert LICENSEE's Limited Intellectual Property against such third party had the licenses granted to QUALCOMM in Sections 6.1.1 and 6.1.2 of the License Agreement with respect to Components remained in effect (the "Covenant Rights") so long as such QUALCOMM Customer and its Affiliates do not Assert any of their intellectual property rights against LICENSEE and/or its Affiliates for making, having made, using, importing, selling, leasing or otherwise disposing of Covenant Products where the alleged basis for infringement arises from the use or incorporation of such QUALCOMM Components (including but not limited to associated software) in such Covenant Products; provided that in the event of any such Assertion by a QUALCOMM Customer or its Affiliates, LICENSEE shall provide written notice to such QUALCOMM Customer and to QUALCOMM (the "Notice") of its intent to terminate such QUALCOMM Customer's Covenant Rights and shall not terminate such QUALCOMM Customer's Covenant Rights in the event such QUALCOMM Customer or its Affiliate withdraws its Assertion in writing to LICENSEE within sixty (60) days of such Notice. In the event such QUALCOMM Customer or its Affiliate does not withdraw such Assertion within such sixty (60) days, then (i) such QUALCOMM Customer's Covenant Rights shall terminate with respect to Covenant Products which are Sold by such QUALCOMM Customer or its Affiliates after the date of the Notice, and/or (ii) to the extent such QUALCOMM Customer's or its Affiliate's Assertion seeks damages for infringement allegedly arising from the use or incorporation of QUALCOMM's Components and occurring prior to the date of the Notice, LICENSEE shall be entitled to terminate such QUALCOMM Customer's Covenant Rights retroactively with respect to Covenant Products Sold by such QUALCOMM Customer, its Affiliates and the Covered Third Parties of such QUALCOMM Customer or its Affiliates after the later of either the date of the first such allegedly infringing act or December 31, 2000, provided that such retroactive termination shall only be effective as long as it does not result in any liability for QUALCOMM or its Affiliates. Notwithstanding anything to the contrary above, (i) LICENSEE shall not be entitled to terminate any QUALCOMM Customer's Covenant Rights in the event that LICENSEE and/or its Affiliates first Assert any patents against such QUALCOMM Customer and/or its Affiliates for making, having made, using, importing, selling, leasing or otherwise disposing of Covenant Products or Covered Third Parties for using, importing, selling, leasing or otherwise disposing of such

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q2014FTC00006189
Q2017MDL1_02929061
CX7662-004
JX0024-004

QUALCOMM Customer's or its Affiliates' Covenant Products where the alleged basis for infringement arises from the use or incorporation of such QUALCOMM Components (including but not limited to associated software) in such Covenant Products prior to any Assertion by such QUALCOMM Customer or its Affiliates against LICENSEE or its Affiliates which would otherwise trigger LICENSEE's right to terminate such QUALCOMM Customer's Covenant Rights; and (ii) in the event that (a) LICENSEE terminates a QUALCOMM Customer's Covenant Rights in accordance with the terms of this Section 5.2 and thereafter LICENSEE or its Affiliates Assert any of LICENSEE's Limited Intellectual Property against such QUALCOMM Customer and/or its Affiliates for making, having made, using, importing, selling, leasing or otherwise disposing of Covenant Products or Covered Third Parties for using, importing, selling, leasing or otherwise disposing of such QUALCOMM Customer's or its Affiliates' Covenant Products and (b) such QUALCOMM Customer and/or its Affiliate withdraws its Assertion which gave rise to LICENSEE's termination of such QUALCOMM Customer's Covenant Rights, then such QUALCOMM Customer's Covenant Rights shall be deemed to have never been terminated by LICENSEE. For purposes of this Section 5.2, (i) "LICENSEE's Limited Intellectual Property" means LICENSEE's Intellectual Property and its Affiliates' Intellectual Property which LICENSEE and/or its Affiliates would not have been entitled to Assert against a QUALCOMM Customer, its Affiliates or Covered Third Parties had the licenses granted to QUALCOMM in Sections 6.1.1 and 6.1.2 of the License Agreement with respect to Components remained in effect. For the avoidance of doubt, "LICENSEE's Limited Intellectual Property" and its Affiliates' Intellectual Property shall not include any intellectual property rights acquired or developed after December 31, 2000 by LICENSEE or its Affiliates; and (ii) "Covenant Products" means an entity's Subscriber Units and Infrastructure Equipment that incorporate Components purchased by such entity from QUALCOMM or its Affiliates.. Without limiting the covenants granted above, nothing in this Section 5.2 shall be construed as granting a license to QUALCOMM's Customers or their Affiliates or any Covered Third Parties.

5.3   Transfer of Patents. Neither Party or any of their Affiliates may sell, assign, or otherwise transfer any patent which is subject to the covenants granted in this Section 5 or the licenses granted in the License Agreement to any third party unless such patent remains subject to the covenants granted in Sections 5.1 and 5.2 above or the licenses in the License Agreement, as the case may be, for the life of such patent.

6.   Third Party License Agreements. Excluding only QUALCOMM's license agreements with Ericsson, Lucent and Chinese manufacturers, and recognizing that QUALCOMM's agreements in some cases differ in terms of addressing high-end and/or high-priced Subscriber Units (e.g., the Cap set forth in Section 3 of this Amendment) and determining the selling price upon which royalties are paid (e.g., the right to deduct QUALCOMM Components), as of the Amendment Effective Date, QUALCOMM hereby represents and warrants to LICENSEE that (i) every other licensed Subscriber Unit manufacturer that is not an Affiliate of QUALCOMM has a royalty rate that is at least ▮▮▮▮▮▮ and (ii) no other licensed Subscriber Unit manufacturer that is not an Affiliate of QUALCOMM has a royalty cap that is the same as the Cap and that is less than ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (with one limited exception) from

QUALCOMM Proprietary                         5

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q2014FTC00006190
Q2017MDL1_02929062
CX7662-005
JX0024-005

QUALCOMM for Subscriber Units for CDMA-based wireless applications, including but not limited to wireless applications based on those CDMA standards commonly referred to as IS-95, cdma2000, and WCDMA (or UMTS). LICENSEE agrees that it will not assert any claim against QUALCOMM alleging that the terms and conditions (including but not limited to the royalty rates) of the Third Party Subscriber Unit License Agreement or the Third Party Infrastructure License Agreement are more favorable than the terms and conditions (including but not limited to the royalty rates) set forth in the License Agreement or this Amendment. For the avoidance of doubt, LICENSEE is not agreeing to waive any claims it may have under Section 5.4 of the License Agreement with respect to any license agreement that is not a Third Party Subscriber Unit License Agreement or a Third Party Infrastructure License Agreement. This Section 6 shall survive any termination or expiration of this Amendment.

7.  Disclosure of Terms. In the event that, for any reason, it is reported or otherwise disclosed that QUALCOMM has reduced or otherwise modified LICENSEE's royalty rate(s) under the License Agreement, QUALCOMM shall be entitled to respond to any such report or disclosure by publicly stating the following : (i) Since entering into the License Agreement in 1993, QUALCOMM and LICENSEE have maintained a close business relationship and today LICENSEE remains one of QUALCOMM's largest ASIC customers; and (ii) in recognition of that relationship, QUALCOMM agreed to reduce, in some cases, the royalty rates payable by LICENSEE under the License Agreement to conform them to its standard royalty rates with respect to certain of LICENSEE's Subscriber Units that incorporate QUALCOMM's CDMA ASICs. In the event that QUALCOMM intends to release the above statement, QUALCOMM shall notify LICENSEE at least twenty-four (24) hours prior to releasing such statement. In the event that QUALCOMM intends to release a responsive statement with additional or different language than the foregoing, QUALCOMM shall notify LICENSEE and provide such specific language for review and comment by LICENSEE no later than five (5) days prior to issuing any such statement and will not release such statement without LICENSEE's prior written consent, which consent shall not be unreasonably withheld or delayed.

8.  Term and Termination

   8.1  Term. Unless otherwise terminated or renewed, this Amendment shall expire and terminate two (2) years after the Amendment Effective Date. Notwithstanding the foregoing, LICENSEE, at its sole option, may renew this Amendment for an additional period of time to be specified by LICENSEE at the time of such renewal by providing written notice to QUALCOMM no later than sixty (60) days prior to any such expiration of the Amendment.

   8.2  Termination of this Amendment.

       8.2.1  Either Party may terminate this Amendment in the event that the other Party breaches any material term or condition of the License Agreement or this Amendment (including but not limited to material covenants, representations, and obligations) and such breaching Party fails to cure such breach within thirty (30) days after receiving written notice of such breach from the other Party.

QUALCOMM Proprietary                        6

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q2014FTC00006191
Q2017MDL1_02929063
CX7662-006
JX0024-006

8.2.2    In addition to any other remedies available, QUALCOMM may terminate this Amendment by providing thirty (30) days written notice to LICENSEE in the event that: (1) LICENSEE and its Affiliates cease to purchase from QUALCOMM or its Affiliates, in any one calendar year, at least (a) seventy percent (70%) of LICENSEE's and its Affiliates' requirements of CDMA ASICs (for the aggregate of all CDMA standards for which QUALCOMM offers to sell CDMA ASICs to LICENSEE) for incorporation and use in Subscriber Units Sold by LICENSEE and its Affiliates, or (b) fifteen (15) million CDMA ASICs in 2004, twenty (20) million CDMA ASICs in 2005 and twenty five (25) million CDMA ASICs in 2006 and each year thereafter, provided that (i) any CDMA ASIC for which QUALCOMM has accepted a purchase order from LICENSEE or its Affiliates and for which QUALCOMM should have accepted such a purchase order had it been exercising commercially reasonable efforts to do so, but which QUALCOMM or its Affiliates are not able to supply in accordance with the terms of delivery set forth in QUALCOMM's sales order confirmation document for such CDMA ASIC shall be deemed purchased by LICENSEE for purposes of determining whether LICENSEE has satisfied the requirements of (1) (a) and (1) (b) above for a particular calendar year as long as the agreed-upon delivery date is within such calendar year, (ii) LICENSEE's and its Affiliates' requirements of CDMA ASICs for TD-SCDMA products shall not be considered in determining whether LICENSEE has satisfied the requirements of (1) (a) above, and (iii) QUALCOMM shall not be entitled to terminate this Amendment under (1) (a) and/or (1) (b) above if LICENSEE can demonstrate that the CDMA ASICs being supplied by QUALCOMM and/or its Affiliates to LICENSEE and its Affiliates are not competitive (i.e., such CDMA ASICs are causing LICENSEE's or its sublicensed Affiliates' Subscriber Units a material competitive disadvantage considering overall functionality, features and price as compared to similar ASICs being offered by other third party suppliers to LICENSEE), provided that if QUALCOMM remedies any such competitive disadvantage and LICENSEE continues to fail to satisfy the requirements of (1) (a) and/or (1) (b) above, QUALCOMM shall be entitled to terminate this Amendment; or (2) LICENSEE and/or its Affiliates assert any claim for patent infringement against QUALCOMM or its Affiliates for manufacturing, having manufactured, using, importing, selling, leasing or otherwise disposing of Components (including but not limited to associated software) or against QUALCOMM's and its Affiliates' foundries or suppliers for manufacturing Components for, or selling Components to, QUALCOMM or its Affiliates, provided that QUALCOMM shall not be entitled to terminate this amendment based on LICENSEE's or its Affiliates' assertion of its intellectual property rights against QUALCOMM's and its Affiliates' suppliers for making Components for, or selling Components to, any third party other than QUALCOMM and/or its Affiliates.  In addition, either Party may terminate this Amendment by providing thirty (30) days written notice to the other Party in the event that such other Party asserts any claim against it arising out of or relating to the License Agreement or this Amendment.

8.3    Effect of Termination or Expiration.  Upon any expiration or termination of this Amendment, all rights and/or obligations of both Parties under this Amendment shall also terminate (except Section 6 of this Amendment) and the License Agreement shall remain in full force and effect as it existed prior to the Amendment Effective Date.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q2014FTC00006192
Q2017MDL1_02929064
CX7662-007
JX0024-007

Upon any such termination or expiration of this Amendment, royalties on LICENSEE's and its Affiliates' Sales of all Subscriber Units shall be payable to QUALCOMM in accordance with the terms and conditions of the License Agreement as they existed prior to the execution of this Amendment. Further, upon any expiration or termination of this Amendment, Sections 6.1.1 and 6.1.2 of the License Agreement shall be reinstated in the License Agreement as they existed prior to the execution of this Amendment.

9. No Other Amendment or Modification. Except as expressly set forth in this Amendment, the License Agreement remains in full force and effect without modification. The terms and conditions of this Amendment and the License Agreement shall not be modified or amended except by a writing signed by authorized representatives of both Parties. In the event of any conflict between the terms of this Amendment and the License Agreement, the terms of this Amendment shall govern.

IN WITNESS WHEREOF, the Parties hereto have caused this Amendment to be executed as of the Amendment Effective Date.

QUALCOMM Incorporated

By: _____

Title: Ex. VP

Samsung Electronics Co., Ltd.

By: _____

Title: PRESIDENT

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q2014FTC00006193
Q2017MDL1_02929065
CX7662-008
JX0024-008