UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER RE HIGH PRIORITY OBJECTIONS FOR JANUARY 11, 2019**<br><br>Re: Dkt. Nos. 1220, 1222 |

Before the Court are the Federal Trade Commission's ("FTC") high priority objections ("HPO") and responses, ECF No. 1222, and Qualcomm Inc.'s ("Qualcomm") HPOs and responses, ECF No. 1220, for January 11, 2019, day 4 of the trial. Having considered the parties' briefs, the relevant law, the Federal Rules of Evidence, the record in this case, and balancing the factors set forth in Federal Rule of Evidence 403, the Court rules as follows:

| HPO | Designation/Document | Ruling |
|---|---|---|
| Qualcomm HPO #1 | Blaylock Dep., 129:20-130:13, 228:19-229:2 | OVERRULED, but cannot be admitted for the truth of the matter asserted. |
| Qualcomm HPO #2 | CX2639, CX2639A | OVERRULED. |
| Qualcomm HPO #3 | CX2643, CX2643A | OVERRULED. |

1
Case No. 17-CV-00220-LHK
ORDER RE HIGH PRIORITY OBJECTIONS FOR JANUARY 11, 2019

| | | |
|---|---|---|
| Qualcomm HPO # 3 | Lee Dep., 135:14-15, 136:16-17, 136:19-137:4, 137:6-8 | OVERRULED. |
| Qualcomm HPO #4 | Lee Dep., 135:23-25, 136:3-5, 166:3-9, 166:12-167:7, 197:21-22, 197:24-198:10, 198:13-20, 198:23-199:2, 233:1-24 | OVERRULED. |
| FTC HPO #1 | QX9219 | OVERRULED, but cannot be admitted for the truth of the matter asserted. |
| FTC HPO #2 | QX9244 | OVERRULED. |
| FTC HPO #3 | QX9097 | OVERRULED, but cannot be admitted for the truth of the matter asserted. |
| FTC HPO #4 | QX9071 | OVERRULED, but cannot be admitted for the truth of the matter asserted. |

**IT IS SO ORDERED.**

Dated: January 10, 2019

_____
LUCY H. KOH
United States District Judge