UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | Case No. 17-CV-00220-LHK |
| Plaintiff, | |
| v. | **ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO SEAL** |
| QUALCOMM INCORPORATED, | Re: Dkt. No. 1229 |
| Defendant. | |

Applying the compelling reasons standard, the Court rules on Apple's motion to seal as follows. Apple shall file redacted public versions of the below exhibits consistent with this order by Friday, January 11, 2019, at 12:00 p.m.

| Document | Portion of Page | Ruling |
|---|---|---|
| QX9097 | APL-QC-FTC_20218611 | GRANTED. |
| CX-0534 | CX-0534 pages 004, 005 | GRANTED. |
| CX0597 | CX0597 pages 002, 004, 005, 007, 008 | GRANTED. |
| CX0855 | CX0855 pages 008, 013, 017, 019, 020, 021, 023, 024, 026, 039 | GRANTED. |
| CX0856 | CX0856-001 | GRANTED. |
| CX0858 | CX0858 pages 001, 002, 003 | GRANTED. |
| JX0107 | JX0107 pages 013, 014, 015 | GRANTED. |

**IT IS SO ORDERED.**

Dated: January 10, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-00220-LHK
ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO SEAL