UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PEGATRON AND WISTRON'S RENEWED MOTION TO SEAL**<br><br>Re: Dkt. No. 1199 |

Applying the compelling reasons standard, the Court rules on Pegatron and Wistron's renewed motion to seal as follows. By Friday, January 11, 2019, at noon, Pegatron and Wistron shall refile redacted public versions of the below exhibits consistent with the Court's sealing rulings.

| Document | Section | Ruling |
|---|---|---|
| JX0042 | § 1 | GRANTED as to definition of "InterDigital's Excluded Patents" through definition of "InterDigital's Patents" and definition of "Phillips' CDMA Technically Necessary Patents," but otherwise DENIED. |

1

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART PEGATRON AND WISTRON'S RENEWED MOTION TO SEAL

| Document | Section | Ruling |
|---|---|---|
| JX0042 | § 2 | DENIED. |
| JX0042 | § 3 (portions) | GRANTED. |
| JX0042 | § 4 | DENIED. |
| JX0042 | § 5.1 | DENIED as to § 5.1.1 and § 5.1.2, but GRANTED as to § 5.1.3. |
| JX0042 | § 5.2 (portions) | GRANTED. |
| JX0042 | § 5.3 | GRANTED. |
| JX0042 | § 5.6 | GRANTED. |
| JX0042 | § 5.7 | GRANTED. |
| JX0042 | § 6 | GRANTED. |
| JX0042 | § 7 | DENIED. |
| JX0042 | §§ 11-12 | DENIED. |
| JX0042 | §§ 14-15 | GRANTED as to percentages and dollar amounts in § 14.2, but otherwise DENIED. |
| JX0042 | § 17 | DENIED. |
| JX0042 | §§ 19-27 | DENIED. |
| JX0042 | Signature and signature block of Wistron Vice President | DENIED. |
| JX0042 | Exhibits | DENIED as to Exhibit A, but GRANTED as to Exhibit B. |
| JX0053 | § 1 | DENIED. |
| JX0053 | § 2 | DENIED. |
| JX0053 | § 3 (portions) | GRANTED. |
| JX0053 | § 4 | DENIED. |
| JX0053 | § 5.1 | DENIED. |
| JX0053 | § 5.2 (portions) | GRANTED. |
| JX0053 | § 5.3 | GRANTED. |
| JX0053 | § 5.6 | GRANTED. |
| JX0053 | § 6 | DENIED as to § 6.4 and § 6.5, but otherwise GRANTED. |
| JX0053 | § 7 | DENIED. |
| JX0053 | §§ 11-12 | DENIED. |
| JX0053 | §§ 14-15 | GRANTED to as percentages in § 14.2, but otherwise DENIED. |
| JX0053 | § 17 | DENIED. |
| JX0053 | §§ 19-27 | DENIED. |
| JX0053 | Signature and signature block of Pegatron CEO | DENIED. |
| JX0053 | Exhibits | GRANTED as to Exhibits A-1, A-2, and A-3, DENIED as to Exhibit B, and GRANTED as to Exhibit C. |

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART PEGATRON AND WISTRON'S RENEWED MOTION TO SEAL

**IT IS SO ORDERED.**

Dated: January 10, 2019

_____
LUCY H. KOH
United States District Judge