UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, | Case No.17-CV-00220-LHK |
|---|---|
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART QUALCOMM'S MOTION TO SEAL** |
| v. | |
| QUALCOMM INCORPORATED, | Re: Dkt. Nos. 1215, 1216, 1217, 1218, 1219 |
| Defendant. | |

Before the Court is Qualcomm Inc.'s ("Qualcomm") second administrative motion to file under seal portions of trial exhibits that may be introduced by the Federal Trade Commission ("FTC") on January 11, 2019. ECF No. 1215, 1216, 1217, 1218, 1219. Applying the compelling reasons standard, the Court orders as follows:

| Document | Portions of Pages | Ruling |
|---|---|---|
| CX0526 | Selected portions of 002 | GRANTED. |
| CX0526 | Selected portions of 005 | GRANTED. |
| CX0526 | Selected portions of 009-013 | GRANTED. |
| CX5348 | Selected portions of 005 | GRANTED. |
| CX5360 | Selected portions of 001 | GRANTED. |
| CX5360 | Selected portions of 003-004 | GRANTED. |

| Document | Portions of Pages | Ruling |
|---|---|---|
| CX5360 | Selected portions of 010-020 | GRANTED. |
| CX5360 | Selected portions of 022-033 | GRANTED. |
| CX5376 | Selected portions of 004-008 | GRANTED. |
| CX5383 | Selected portions of 001 | GRANTED. |
| CX5389 | Selected portions of 001 | GRANTED. |
| CX5389 | Selected portions 007-009 | GRANTED. |
| CX5389 | Selected portions of 011-012 | GRANTED. |
| CX5391 | Selected portions of 003 | GRANTED. |
| CX5391 | Selected portions of 005-009 | GRANTED. |
| CX5425 | Selected portions of 002-010 | GRANTED. |
| CX5527 | Selected portions of 028-032 | GRANTED. |
| CX5527 | Selected portions of 035 | GRANTED. |
| CX5527 | Selected portions of 039 | GRANTED. |
| CX5527 | Selected portions of 041-044 | GRANTED. |
| CX5527 | Selected portions of 054 | GRANTED. |
| CX5527 | Selected portions of 056-057 | GRANTED. |
| CX5527 | Selected portions of 059 | GRANTED. |
| CX5739 | Selected portions of 001-003 | GRANTED. |
| CX5739 | Selected portions of 006-007 | GRANTED. |
| JX0040 | Selected portions of 002 | GRANTED. |
| JX0055 | Selected portions of 006-009 | GRANTED. |
| JX0057 | Selected portions of 001-004 | GRANTED. |
| JX0057 | Selected portions of 006-009 | GRANTED. |
| JX0078 | Selected portions of 006 | GRANTED. |
| QX9209 | Selected portions of Q2014FTC00786755 | GRANTED. |
| QX9209 | Selected portions of Q2014FTC00786757 to Q2014FTC00786759 | GRANTED. |
| CX8191 | Selected portions of 008 | DENIED. |
| CX8191 | Selected portions of 011, 2nd through 5th bullet points | GRANTED. |
| CX8191 | Selected portions of 011, 6th bullet point | DENIED. |
| CX8191 | Selected portions of 012-014 | GRANTED. |
| CX8191 | Selected portions of 016-017 | GRANTED. |
| CX8191 | Selected portions of 063 | GRANTED. |
| CX8191 | Selected portions of 065 | GRANTED. |
| CX8191 | Selected portions of 069-072 | GRANTED. |
| CX8191 | Selected portions of 078 | GRANTED. |
| CX8191 | Selected portions of 080 | GRANTED. |
| CX8191 | Selected portions of 083 | GRANTED. |
| CX8191 | Selected portions of 085 | GRANTED. |
| CX8191 | Selected portions of 087 | GRANTED. |
| CX8191 | Selected portions of 093-095 | GRANTED. |
| CX8191 | Selected portions of 097-099 | GRANTED. |

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART QUALCOMM'S MOTION TO SEAL

| Document | Portions of Pages | Ruling |
|---|---|---|
| CX8191 | Selected portions of 102-107 | GRANTED. |
| CX8191 | Selected portions of 114-117 | GRANTED. |
| CX8191 | Selected portions of 120-122 | GRANTED. |
| CX8191 | Selected portions of 124-125 | GRANTED. |
| CX8191 | Selected portions of 129-134 | GRANTED. |
| JX0052 | Portions of §§ 2, 4.1, 4.4, 4.6, 5, 6.1, 6.2, 6.3, 9, 10, 11 | GRANTED. |
| JX0052 | Portions of §§ 4.2, 4.5, 8 | DENIED. |
| JX0052 | Selected portions of JX0052-010, 011, 013, and 014 | GRANTED. |

Qualcomm shall file by Friday, January 11, 2019, at 8:00 a.m., all of the above documents publicly in redacted form consistent with this order.

Qualcomm has failed to satisfy the compelling reasons standard for sealing virtually the entirety of CX5913, an April 2014 strategic plan. Therefore, the Court DENIES Qualcomm's request to seal CX5913 without prejudice. Qualcomm must seek sealing of this document in open court and use Qualcomm's trial evidence time.

The FTC filed a response, stating that it would not seek to introduce CX8195 and CX8196 into evidence on January 11, 2019. Therefore, the Court DENIES without prejudice Qualcomm's motion as to these exhibits.

**IT IS SO ORDERED.**

Dated: January 10, 2019

_____
LUCY H. KOH
United States District Judge