UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | Case No. 17-CV-00220-LHK |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING IN PART AND DENYING IN PART ERICSSON'S ADMINISTRATIVE MOTION TO SEAL** |
| QUALCOMM INCORPORATED, | |
| Defendant. | Re: Dkt. No. 1233 |

Ericsson publicly filed versions of the documents it seeks to seal. The Court assumes this was an inadvertent error. As a result, the Court locked down the documents to be sealed within less than an hour and a half of Ericsson's filing. After applying the compelling reasons standard, the Court rules on Ericsson's motion as follows. Ericsson shall publicly file a redacted version of the below documents consistent with this order by Friday, January 11, 2019, at 5:00 p.m.

| Document | Portion of Page | Ruling |
|---|---|---|
| Petersson Deposition | 170:18-171:18; 171:25-172:4 | GRANTED. |
| CX4155 | §§ 2.1, 3.44 | GRANTED. |
| JX0120 | Entire exhibit | GRANTED as to JX120-18 and JX120-22, but otherwise DENIED. |
| Lasinski Demonstrative | % numbers in row Ericsson/HTC | GRANTED. |

**IT IS SO ORDERED.**

Dated: January 10, 2019

_____
LUCY H. KOH
United States District Judge

1

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART ERICSSON'S ADMINISTRATIVE MOTION TO SEAL