United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER GRANTING IN PART AND DENYING IN PART QUALCOMM'S MOTION TO SEAL**<br><br>Re: Dkt. Nos. 1212, 1213, 1214 |

Qualcomm filed the unredacted versions of the exhibits it seeks to seal in an order that differed from the order listed in its motion to seal. This increased the burden on the Court. The Court requests that Qualcomm's future motions include consistent ordering of exhibits.

Applying the compelling reasons standard, the Court rules on Qualcomm's administrative motion to seal as follows. By Friday, January 11, 2019, at 8:00 a.m., Qualcomm shall refile redacted public versions of the below exhibits consistent with the Court's sealing rulings.

| Document | Section | Ruling |
|---|---|---|
| CX5260 | Portions of 002, 005-008, 016-023, 025-028, 041, and the entirety of 009-015, 048 | GRANTED. |

| Document | Section | Ruling |
|---|---|---|
| CX5260 | Portions of 032-036 | DENIED as to portions on p. 032, but otherwise GRANTED. |
| CX5260 | Portions of 043-047 | DENIED as to first paragraph on p. 045, but otherwise GRANTED. |
| CX5260 | Portions of 049-056 | GRANTED. |
| CX5260 | Portions of 065-066 | DENIED. |
| CX5260 | Portions of 069-071 | DENIED as to 069-070, but GRANTED as to 071. |
| CX5260 | Portions of 073 | GRANTED. |
| CX5260 | 074 | GRANTED. |
| CX5260 | Portions of 075 | GRANTED. |
| CX5260 | Portions of 079 | GRANTED. |
| CX5260 | 080-083 | GRANTED. |
| CX5260 | Portions of 084 | GRANTED. |
| CX5260 | Portions of 086 | DENIED. |
| CX5260 | 087-088 | DENIED. |
| CX5260 | Portions of 089 | DENIED. |
| CX6774 | Portions of 005 | GRANTED. |
| CX6774 | Portions of 016 | GRANTED. |
| CX6774 | Portions of 021 | DENIED. |
| JX0110 | Portions of 004-007 | GRANTED. |
| JX0110 | Portions of 009-010 | GRANTED. |
| JX0110 | Portions of 012-013 | GRANTED. |
| CX4155 | Portions of 009, 014 | GRANTED. |
| Cho Questionnaire | Questions 38(g), 38(h), 195, 203 | GRANTED. |
| Cho Questionnaire | Questions 99 | DENIED. |
| CX2568 & CX2568A | Portions of 001-002 | GRANTED. |
| CX2641 & CX2641A | Portions of 001-002, 004 | GRANTED. |
| CX2642 & CX2642A | Portions of 001, 003 | GRANTED. |
| CX0855 | Portions of 004-005 | GRANTED. |
| CX0855 | Portions of 008-009 | GRANTED. |
| CX0855 | Portions of 013-014 | GRANTED. |
| CX0855 | Portions of 017 | GRANTED. |
| CX0855 | Portions of 019-021 | GRANTED. |
| CX0855 | Portions of 023-026 | GRANTED. |
| CX0855 | Portions of 030 | GRANTED. |
| CX0855 | Portions of 039 | GRANTED. |
| CX0855 | Portions of 042 | GRANTED. |
| CX0858 | Portions of 001-003 | GRANTED. |
| JX0068 | Portions of 001-002 | GRANTED. |

| Document | Section | Ruling |
|---|---|---|
| JX0068 | Portions of 004 | DENIED without prejudice. Qualcomm's unredacted filing includes no highlighting on this page, and thus does not make clear which portions of p. 004 Qualcomm seeks to seal. If the exhibit is introduced at trial, Qualcomm must seek sealing of this document in open court and use Qualcomm's trial evidence time. |
| CX0597 | Portions of 002-005 | GRANTED. |
| CX0597 | Portions of 007-008 | GRANTED. |
| CX8190 | Entire Document Except 001-003, 008, 016, 024, 039, 054, 056, 061, 065, 070, 079, 089, 105, 111-12, 117, 128, 141, 157, 160, 168, 175, 181, 182, 190, 210, 220, 227, 234, 243, 250, 257, 259, 269-74, 280-81, 291, 294, 296-98, 303, 306, 309, 314, 322, 330 | DENIED without prejudice. This document is 348 pages. Qualcomm has made insufficient effort to narrowly tailor its sealing request. The Court assumes that the parties only need a subset of the 348 pages for trial. If so, the FTC must identify what subset of pages of this document the FTC intends to use and introduce into evidence. The FTC's identification will be done in open court and use the FTC's trial evidence time. Qualcomm must then identify which of those pages or portions of pages it seeks to seal in open court and use Qualcomm's trial evidence time for sealing. |

**IT IS SO ORDERED.**

Dated: January 10, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

3
Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART QUALCOMM'S MOTION TO SEAL