*Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                Plaintiff,<br><br>        vs.<br><br>QUALCOMM INCORPORATED,<br>a Delaware corporation,<br><br>                Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**QUALCOMM INCORPORATED'S ADMINISTRATIVE MOTION TO RECONCILE OVERLAPPING INTER-PARTY COURT ORDERS**<br><br>Dept:  Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |

Defendant Qualcomm Incorporated ("Qualcomm") moves the Court for an administrative order to address potential and actual overlapping Court rulings on requests to seal.

As the Court is aware, given the highly sensitive nature of much of the evidence presented in this trial, Qualcomm and numerous third parties have filed motions to seal portions of the evidence that meet the standard for sealing or redactions. However, because parties may seek to seal differing portions of the same exhibit, the Court's rulings granting requests to seal may give rise to overlapping redaction orders.

For example, both Qualcomm and Apple moved to seal portions of Exhibits CX0855, CX0597, and CX0858 – agreements between those parties – but they moved to redact different portions. The Court granted both Apple's and Qualcomm's redaction requests and ordered each party to publicly file versions of the exhibits reflecting the moving party's redactions. Literal compliance with the Court's orders would thus result in a scenario whereby each exhibit publicly filed by Qualcomm would disclose confidential material that the Court ordered could be redacted by Apple, and *vice versa*. In this instance, Qualcomm was able to recognize the discrepancy and reach out to Apple to propose filing versions of the exhibits that reflect both of the Court's orders on redactions.

The parties with interests in redacting the same document do not necessarily file a motion to seal on the same day, nor would the Court necessarily issue orders on the sealing requests on the same day. Qualcomm is willing to track the Court's orders on requests to seal by third parties and take measures to ensure that neither Qualcomm or a third party inadvertently violates a Court order by submitting a public version that fails to redact information the Court ordered to be redacted in an order not directed to the filing party. In order to ensure that all relevant sealing requests have been adjudicated, Qualcomm proposes that the Court permit 48 hours after an order permitting a proposed redaction is entered for Qualcomm to review past or future potentially overlapping sealing requests and orders and to reach out to the affected parties to prepare a filing that reflects all Court-sanctioned redactions.

Qualcomm would be prepared to further discussion of this issue in Court if the Court so wishes.

| | | |
|---|---|---|
| Dated: January 10, 2019 | | KEKER, VAN NEST & PETERS LLP |
| | By: | */s/ Robert A. Van Nest* <br> ROBERT A. VAN NEST <br><br> Attorneys for Defendant <br> QUALCOMM INCORPORATED |

Robert A. Van Nest (SBN 84065)
Eugene M. Paige (SBN 202849)
Justina Sessions (SBN 270914)
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile:  (415) 397-7188

Gary A. Bornstein (pro hac vice)
Yonatan Even (pro hac vice)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel.: (212) 474-1000
Fax: (212) 474-3700
gbornstein@cravath.com
yeven@cravath.com

Richard S. Taffet (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel.: (212) 309-6000
Fax: (212) 309-6001
richard.taffet@morganlewis.com

Willard K. Tom (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Tel.: (202) 739-3000
Fax: (202) 739 3001
willard.tom@morganlewis.com

Geoffrey T. Holtz (SBN 191370)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel.: (415) 442-1000
Fax: (415) 442-1001
gholtz@morganlewis.com

Attorneys for Defendant
QUALCOMM INCORPORATED

**FILER'S ATTESTATION**

    I, Geoffrey T. Holtz, am the ECF user whose identification and password are being used to make this filing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories of these documents have concurred in this filing.

*/s/ Geoffrey T. Holtz*
Geoffrey T. Holtz