Jennifer Milici, D.C. Bar No. 987096
J. Alexander Ansaldo, Va. Bar No. 75870
Joseph R. Baker, D.C. Bar No. 490802
Wesley G. Carson, D.C. Bar No. 1009899
Elizabeth A. Gillen, Cal. Bar No. 260667
Daniel Matheson, D.C. Bar No. 502490
Mark J. Woodward, D.C. Bar No. 479537
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S UPDATED LIST OF WITNESSES FOR TRIAL DAYS 4 AND 5, JANUARY 11 AND 14, 2019**<br><br>Courtroom: 7, 4th Floor<br>Judge:     Hon. Lucy H. Koh |

Plaintiff Federal Trade Commission submits the following updated list of witnesses it intends to call live and by videotaped deposition on January 11, 2019 (Trial Day 4) and a list of witnesses it intends to call live and by videotaped deposition on January 14, 2019 (Trial Day 5).

**January 11, 2019 (Trial Day 4)**

1. Aichatou (Aicha) Evans, Intel (live) (cont'd)
2. Mark Davis, former VIA Telecom (by videotaped deposition)

    3. Tony Blevins, Apple (live) (portions may be sealed)[1]

    4. Todd Madderom, Motorola (by videotaped deposition)

    5. Hwi-Jae Cho, LG Electronics (by written deposition read into the record) (portions sealed)[2]

    6. Injung Lee, Samsung (by videotaped deposition) (portions sealed)[3]

    7. Steve Mollenkopf, Qualcomm (live)

    8. Brian Chong, Wistron (by videotaped deposition)

    9. Monica Yang, Pegatron (by videotaped deposition)

    10. Richard Blaylock, counsel for ZTE (by videotaped deposition) (time permitting)

    11. Isabel Mahe, Apple (by videotaped deposition) (time permitting)

    12. Yooseok Kim, Samsung (by videotaped deposition) (time permitting)

**January 14, 2019 (Trial Day 5)**

    1. Jeff Williams, Apple (live)

    2. Christina Petersson, Ericsson (by videotaped deposition) (portions sealed)[4]

    3. Michael J. Lasinski, proposed FTC expert (live) (portions sealed)[5]

    4. Richard Donaldson, proposed FTC expert (live) (portions may be sealed)[6]

---

[1] The Court granted relevant portions of Qualcomm's motion to seal documents relating to the Qualcomm-Apple relationship. (ECF Nos. 1235, 1240.) It may not be possible to question Mr. Blevins without sealing the courtroom for substantial portions of his examination.

[2] The Court granted Qualcomm's motion to seal portions of Mr. Cho's testimony. (ECF No. 1240.) The FTC is prepared to read the sealed testimony into the record in a closed courtroom if the Court would like to proceed in that way. The FTC is also prepared to submit the sealed testimony (or all of the testimony) in writing if the Court would prefer.

[3] The Court granted Samsung's motion to seal portions of Mr. Lee's testimony. (ECF No. 1225.)

[4] The Court granted Ericsson's motion to seal portions of Ms. Petersson's testimony. (ECF No. 1236.)

[5] Portions of Mr. Lasinski's testimony will likely need to be presented in closed court to comply with the Court's order granting Ericsson's motion to seal. (ECF No. 1236.) The FTC has disclosed to other third parties information that Mr. Lasinski may disclose, and these third parties may seek to seal such information.

[6] The FTC believes that Mr. Donaldson's testimony can be presented in open court consistent with the standards the Court has applied to sealing materials at trial. On January 2, 2019, however, the Court granted a joint motion to seal large portions of Mr. Donaldson's expert report, including information that has since been disclosed in open court. *Compare, e.g.,* ECF No. 1066,

5. Marvin Blecker, former Qualcomm (by videotaped deposition) (time permitting)

6. Professor Carl Shapiro (live), proposed FTC expert (time permitting)

Dated:  January 10, 2019

Respectfully submitted,

FEDERAL TRADE COMMISSION

   */s/ Jennifer Milici*
Jennifer Milici
J. Alexander Ansaldo
Joseph R. Baker
Wesley G. Carson
Elizabeth A. Gillen
Daniel Matheson
Mark J. Woodward
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov

***Attorneys for Federal Trade Commission***

---

at 6 (sealing in part 799-2 ¶ 105) *with* Trial Day 1 Tr. at 27:22-25 (Qualcomm counsel referencing "5 percent royalty rate"); *compare* ECF 1066, at 6 (sealing 799-2 ¶ 136) *with* ECF No. 1161-2, Blumberg Dep. 158:25-159:4 ("After checking with our business people and confirming that they definitely needed access to Qualcomm chips, it was clear that terminating the agreement and risking lack of supply was not an option."); ECF No. 1066 at 6 (sealing 799-2 ¶ 138) *with* Trial Day 3 Tr. at 512:13-14 ("Eric constantly threatening to cut off supply"). The FTC will proceed in open or closed court per the Court's guidance.