# CX0597

# REDACTED VERSION

| | |
|---|---|
| From: | Tony Blevins <tblevins@apple.com> |
| Subject: | Fwd: QCOM Pricing Targets |
| Received(Date): | Mon, 02 Dec 2013 19:27:04 -0800 |
| To: | Jeff Williams <jwilliams@apple.com> |
| Attachment: | Eureka - 2016 RFP LTE modem points to consider.pdf |
| Attachment: | QMtg Summary_2013-10-30_r1.key |
| Date: | Mon, 02 Dec 2013 19:27:04 -0800 |

Jeff, given the vital importance of the QCOM pricing topic and the fact that I'll unfortunately miss the next Proc review on Tues, I want to provide you a quick update.

As mentioned in email below, we did make some progress in our last mtg in San Diego and agreed to follow-up F2F again in Cupertino. They have since proved very elusive on this topic so we reverted to a concall on Fri, 11/22 before the break.

They had no further pricing input and instead emphasized their LTE technical advantages in attached slide deck.

Following that, Cristiano and I chatted and he was perhaps as forthcoming as he's every been. He said that he just returned from an investors' conf in NYC where he pitched that QCOM has a unique LTE technical advantage through 2016/17 (and possibly longer). He says that they are under pressure from the investor markets to "capitalize" upon this advantage and have no alternative but to do so. He further said QCOM believes that no one else could satisfy Apple's technical req'mts. He went on to say that he found no major discrepancies in our cost models or targets but that LTE was not a commodity and would therefore have to be priced "upon value - not cost." He basically rationalized that they would price at the highest level the market would bear, near term, and that Apple's affordability level should be higher than others.

I mention this because I expect this negotiation to be very difficult - perhaps even more so than originally estimated. I think we need to either make the award longer than '16 (where they feel less comfort) or take a very aggressive stance on trying to enable some real competition (which would most likely be BRCM via RSP assets, although IMC is still a possibility as well).

Thx,
Tony

Begin forwarded message:

> From: Tony Blevins <tblevins@apple.com>
> Subject: Re: QCOM Pricing Targets
> Date: October 31, 2013 at 11:29:34 AM PDT
> To: Jeff Williams <jwilliams@apple.com>
>

Confidential

**HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY**

AAPL-FTC-00077423
CX0597-001

>
> Thanks Jeff.
>
> Based on the importance of this topic, we made an audible and gave them a slightly more aggressive target for '16 which was ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇. We dug up the data from last year and this was very consistent with what we told them at that juncture ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.
>
> We did make some progress with them yesterday. The Flagship quote was reduced by qtr as follows: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ which equated to an avg reduction of ▇▇▇▇▇
>
> QCOM also said that the 9x22 project offered no real technical advantages as opposed to the 9x15 that we use today in iPhone5S so concentrating on cost-reducing this as opposed to a new development effort might be a better Entry alternative for both sides. Schell is initially intrigued (as am I) but SW implications would require evaluation, which we have initiated. If we went this route, then the equivalent reduction achieved by qtr is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ for an avg reduction of ▇▇▇▇ (vs their 9x22 quote).
>
> Overall, some progress but we are still way off both our initial target to them and where we would hope to land. Details attached.
>
> Slide2 in the deck was their presentation material. They are claiming that we need to account for rebates ▇▇▇▇ for VIF and ▇▇▇▇ in licensing reductions to ▇▇▇▇. I took Cristiano aside and told him that the ▇▇▇ reduction related to licensing could NOT be used to bridge nominal chip pricing vs competitive target. I mention it only because they have made their initial tactic very clear…
>
> Thx,
> Tony
>
>
>
>
>
>
>
>
> On Oct 29, 2013, at 8:58 PM, Jeff Williams <jwilliams@apple.com> wrote:
>
>> I am OK with these targets.
>>
>> On Oct 28, 2013, at 4:18 PM, Tony Blevins <tblevins@apple.com> wrote:
>>
>>>
>>> Jeff, just as a quick follow-up, we would like to lock-down pricing targets (per 2016 RFP) with QCOM prior to the end of the year. They responded to our RFP with an

Confidential

HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY

AAPL-FTC-00077424
CX0597-002

exorbitant proposal on both the high-end and low-end products. As next steps, we plan to meet with them on Wed and counter-propose (per their request) what we believe to be fair. Given the history & circumstance, we would like to get your specific input & approval before issuing the counter-proposal.
\>\>\>
\>\>\> We have used the IC knowledge model and our own internal assessment of foundry wafer pricing to estimate their actual costs. We have also deduced that QCT has an average margin ▮▮▮▮ albeit they do not publicly disclose. Thus, if we would realistically target a final GM ▮▮▮▮ for Apple products ,then we would suggest beginning at ▮▮▮▮
\>\>\>
\>\>\> The gap between our ▮▮ assumption and their 1st proposal, however, is quite large - see table below.
\>\>\>
\>\>\>
\>\>\>
\>\>\> <QCOM_GM.pdf>
\>\>\>
\>\>\>
\>\>\>
\>\>\>
\>\>\> Again, our suggested starting point is ▮▮ which leaves a huge gap relative tot their quote, but we can choose a different number if you like. Our plan is to do a large review w BRCM on Tues in Irvine and the drive to S.D. on Wed (a fact that will be visible to QCOM). Note: our costing models are on the aggressive side (as usual) so the margin #'s could be slightly overestimated in all cases.
\>\>\>
\>\>\> Thx,
\>\>\> Tony
\>\>\>
\>\>\> Some additional detail behind our cost calcs and comparisons to their quote are included purely for reference.
\>\>\>
\>\>\>
\>\>\> <2016_RFP_Summary__TB_10.18_Abr_SB_v6.key>
\>\>
\>

---

Jeff, given the vital importance of the QCOM pricing topic and the fact that I'll unfortunately miss the next Proc review on Tues, I want to provide you a quick update.

As mentioned in email below, we did make some progress in our last mtg in San Diego and agreed to follow-up F2F again in Cupertino. They have since proved very elusive on this topic so we reverted to a concall on Fri, 11/22 before the break.

Confidential

HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY

AAPL-FTC-00077425
CX0597-003

They had no further pricing input and instead emphasized their LTE technical advantages in attached slide deck.

Following that, Cristiano and I chatted and he was perhaps as forthcoming as he's every been. He said that he just returned from an investors' conf in NYC where he pitched that QCOM has a unique LTE technical advantage through 2016/17 (and possibly longer). He says that they are under pressure from the investor markets to "capitalize" upon this advantage and have no alternative but to do so. He further said QCOM believes that no one else could satisfy Apple's technical req'mts. He went on to say that he found no major discrepancies in our cost models or targets but that LTE was not a commodity and would therefore have to be priced "upon value - not cost." He basically rationalized that they would price at the highest level the market would bear, near term, and that Apple's affordability level should be higher than others.

I mention this because I expect this negotiation to be very difficult - perhaps even more so than originally estimated. I think we need to either make the award longer than '16 (where they feel less comfort) or take a very aggressive stance on trying to enable some real competition (which would most likely be BRCM via RSP assets, although IMC is still a possibility as well).

Thx,

Tony

---

Begin forwarded message:

**From:** Tony Blevins <tblevins@apple.com>

**Subject: Re: QCOM Pricing Targets**

**Date:** October 31, 2013 at 11:29:34 AM PDT

**To:** Jeff Williams <jwilliams@apple.com>

Thanks Jeff.

Based on the importance of this topic, we made an audible and gave them a slightly more aggressive target for '16 which was ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ We dug up the data from last year and this was very consistent with what we told them at that juncture ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

We did make some progress with them yesterday. The Flagship quote was reduced by qtr as follows: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ which equated to an avg reduction of ▮▮▮▮

QCOM also said that the 9x22 project offered no real technical advantages as opposed to the 9x15 that we use today in iPhone5S so concentrating on cost-reducing this as opposed to a new

Confidential

**HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY**

AAPL-FTC-00077426
CX0597-004

development effort might be a better Entry alternative for both sides. Schell is initially intrigued (as am I) but SW implications would require evaluation, which we have initiated. If we went this route, then the equivalent reduction achieved by qtr is ██████████ for an avg reduction of ███ (vs their 9x22 quote).

Overall, some progress but we are still way off both our initial target to them and where we would hope to land. Details attached.

Slide2 in the deck was their presentation material. They are claiming that we need to account for rebates ████ for VIF and ████ in licensing reductions to ████. I took Cristiano aside and told him that the ████ reduction related to licensing could NOT be used to bridge nominal chip pricing vs competitive target. I mention it only because they have made their initial tactic very clear…

Thx,

Tony

---

On Oct 29, 2013, at 8:58 PM, Jeff Williams <jwilliams@apple.com> wrote:

> I am OK with these targets.
>
> On Oct 28, 2013, at 4:18 PM, Tony Blevins <tblevins@apple.com> wrote:
>
> Jeff, just as a quick follow-up, we would like to lock-down pricing targets (per 2016 RFP) with QCOM prior to the end of the year. They responded to our RFP with an exorbitant proposal on both the high-end and low-end products. As next steps, we plan to meet with them on Wed and counter-propose (per their request) what we believe to be fair. Given the history & circumstance, we would like to get your specific input & approval before issuing the counter-proposal.
>
> We have used the IC knowledge model and our own internal assessment of foundry wafer pricing to estimate their actual costs. We have also deduced that QCT has an average margin of ████ albeit they do not publicly disclose. Thus, if we would realistically target a final GM ████ for Apple products, then we would suggest beginning at ████
>
> The gap between our ████ assumption and their 1st proposal, however, is quite large - see table below.
>
> <QCOM_GM.pdf>
>
> Again, our suggested starting point is ████ which leaves a huge gap relative tot their quote, but we can choose a different number if you like. Our plan is to do a large review w BRCM on Tues in Irvine and the drive to S.D. on Wed (a fact that will be visible to QCOM). Note: our costing models are on the aggressive side (as usual) so the margin #'s could be slightly

overestimated in all cases.

Thx,
Tony

Some additional detail behind our cost calcs and comparisons to their quote are included purely for reference.

<2016_RFP_Summary__TB_10.18_Abr_SB_v6.key>

Confidential

HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY

AAPL-FTC-00077428
CX0597-006

Low Cost Chipset Update - 10/30

Confidential
AAPL-FTC-00077429
CX0597-007
HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY

# Low Cost Chipset Update - 10/30

## Revised low tier LTE proposal to Maverick

| Chipset Configuration | Previous Price Indication | | | | |
|---|---|---|---|---|---|
| | | Q1'16 | Q2'16 | Q3'16 | Q4'16 |
| **Previous Proposal**<br>MDM9622<br>WTR33925<br>PMD9635<br>QFE1100 | MDM9222 High (2x CA included)<br>MDM9222 Low (without CA) | | | | |

### Revised Price Indication - MDM9625/MDM9615

\* Revised Price Indication is for future programs only and not applicable to existing programs (e.g. Mav10, Mav7/8)

| | | Q1'16 | Q2'16 | Q3'16 | Q4'16 |
|---|---|---|---|---|---|
| **New Proposal**<br>MDM9625<br>WTR1625<br>WFR1620<br>PM8019<br>QFE1100<br>+<br>MDM9615 v3.0<br>WTR1605L<br>PM8018 | MDM9225 Chipset (2x CA included)<br>Net of Incentives (~$3.30)<br>MDM9215 Chipset<br>Net of Incentives (~$3.30) | | | | |

Confidential
HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY
AAPL-FTC-00077430
CX0597-008

# Qualcomm's Modem Advantage

**QUALCOMM**

*Qualcomm Confidential & Proprietary Information*

AAPL-FTC-00077431
CX0597-009

Confidential
**HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY**

# The Bar is getting higher

- Optimize power and performance in a mobile environment
- Solve interworking complexity
- Support all technologies, bands, modes, ...

| LOW POWER | HIGH DATA RATE | SMALL SIZE | MITIGATE HEAT |

LTE FDD | EV-DO | LTE TDD | GSM/EDGE | UMTS | CDMA 1X | TD-SCDMA | Wi-Fi | GPS | BT

700/850/900    1500/1700/1900    2300/2600

All Major Cellular Standards +Standards Evolution

~40 RF Bands
17 LTE Voice Modes

Wi-Fi, Positioning, Bluetooth

* Qualcomm Confidential & Proprietary Information

Components of the type(s) mentioned in this slide are products of Qualcomm Technologies, Inc. and/or its subsidiaries.

2

Confidential

HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY

AAPL-FTC-00077432
CX0597-010

# Modem Complexity That Qualcomm Has Solved

Connectivity: Wi-Fi, BT, GPS

Coexistence

Radio Frequency Bands: 2, 3, 4, 5, 6, 8, 9, 1, 18, 25, 20, 21, 22, 33, 35, 36, 29, 19, 23, 24, 26, 27, 28, 34, 39, 40, 41, 37, 38, 7, 10, 11, 12, 42, 43, 13, 14, 17, 44

EV-DO | GERAN | CDMA 1x | WCDMA/HSPA+ | TD-SCDMA | LTE TDD/FDD

Handover Techniques (Multiple Can Apply in Each Case)
- System Selection
- Blind Redirection
- Redirection w/ Measurements
- Reselection
- PS Handover
- CS Fallback
- CSFB w/ SI Tunneling
- Single Radio VCC

Handover Combinations (Hypothetical Examples)
- LTE
- 2G/3G

\* Qualcomm Confidential & Proprietary Information

3

Confidential

AAPL-FTC-00077433
CX0597-011

HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY



AAPL-FTC-00077434
CX0597-012
Confidential
HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY

# The first global RF solution for 4G LTE devices

RF360 front end architectural solution address RF complexity with CA

One solution
Designed for:
all modes
all bands

QUALCOMM
Processor
Modem
RFIC
PMIC

Qualcomm
RF360
Half the size*

| Multiband, Multimode | |
|---|---|
| Antenna matching tuner | Envelope power tracker |
| Power amp & antenna switch | RF POP |

Advantages
- Single SKU
- Power
- Performance
- Size
- Reduced development time

*As compared to the previous Qualcomm RF solution.

* Qualcomm Confidential & Proprietary Information

5

Confidential
HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY

AAPL-FTC-00077435
CX0597-013

# LTE Multimode product and technology challenges
## New features, plus backwards compatibility raises the bar

Higher

**MDM6x00 (2009)**
- CDMA
- EV-DO
- GSM
- HSPA+ R7
- 2G/3G Mobility

**MDM 9x00 (2010)**
- LTE FDD
- LTE TDD
- CAT3 100Mbps
- CSFB
- CDMA
- EV-DO
- GSM
- DC-HSPA+ R8
- Q-ICE
- 4G Data Mobility
- 2G/3G Mobility

**MDM 9x15 (2012)**
- VOLTE/SRVCC
- LTE Broadcast
- LTE FDD
- LTE TDD
- CAT3 100Mbps
- CSFB & 1xeCSFB
- TD-SCDMA
- CDMA
- EV-DO
- GSM
- DC-HSPA+
- HSPA+ CPC
- Cell FACH
- Seamless TDD-FDD
- 4G voice Mobility
- 4G data Mobility
- 2G/3G Mobility

**MDM 9x25 (2013)**
- 20 MHz CA
- CAT4 150Mbps
- VOLTE/SRVCC
- LTE Broadcast
- LTE FDD
- LTE TDD
- CSFB
- TD-SCDMA
- CDMA
- EV-DO
- GSM
- HSPA+ R10
- Inter band HSDPA
- DC-HSUPA
- HSPA 64 QAM
- DC-HSDPA
- HSPA+ CPC
- QICE
- Seamless TDD-FDD
- 4G voice Mobility
- 4G data Mobility
- 2G/3G Mobility

**MDM 9x35 (2014)**
- 40 MHz CA
- CAT 6 300 Mbps
- FeICIC
- TM9, TM10
- LTE Adv Receiver
- VOLTE/SRVCC
- LTE Broadcast
- LTE FDD
- LTE TDD
- CSFB
- TD-SCDMA
- CDMA
- EV-DO
- GSM
- 3C-HSDPA
- Inter band HSDPA
- DC-HSUPA
- HSPA 64 QAM
- HSPA+ CPC
- QICE
- HSPA+ R10
- Seamless TDD-FDD
- 4G voice Mobility
- 4G data Mobility
- 2G/3G Mobility

MODEM PERFORMANCE, ADVANCED FEATURES

Qualcomm Confidential & Proprietary Information
Confidential
HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY
AAPL-FTC-00077436
CX0597-014

# Advanced Features for a Differentiated Experience
## Above and Beyond Standards

**ADVANCED FEATURES FOR SUPERIOR PERFORMANCE**

Q-ICE™
(Interference Cancellation & Adv. Equalizer for HSPA/+)

Integrated GNSS

ISM BAND COEXISTENCE

Low Power VOICE

Adv Rx Diversity
(improved cell edge performance)

**LATEST STANDARDS FEATURES**

DC-HSPA+    LTE FDD, TDD    EV-DO RevB

GSM/EDGE    TD-SCDMA    1xAdvanced

LTE Advanced Receivers

Qualcomm RF360 Front End

\* Qualcomm Confidential & Proprietary Information

7

Confidential

AAPL-FTC-00077437
CX0597-015

**HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY**

# Increasing Complexity for Multi-SIM with LTE

| | | Multi-SIM Features planned | 9x25 | 9x35 |
|---|---|---|---|---|
| CMCC | Single SIM | SGLTE/SGTDS multimode TDD-LTE/TDS/G | Y | Y |
| | | TDD-LTE/TDS/G with CSFB to TDS/G | Y | Y |
| | | GSM SRLTE | | Y |
| | Dual SIM | GSM SRLTE + G DSDS | Y | Y |
| | | TDS/G+G DSDS* | Y | Y |
| | | SGLTE + GSM DSDA | | Y |
| | | TD-L/TDS/G + G DR-DSDS with CSFB to TDS/G | | Y |
| CU | Single SIM | FDD/TDD-LTE/W/G with CSFB to W/G | Y | Y |
| | | W/G+G DSDS* | Y | Y |
| | Dual SIM | TDD/FDD-LTE(Cat.4)/W/G+G DSDS with CSFB to W/G | Y | Y |
| | | FDD/TDD-L/W/G + G DR-DSDS with CSFB to W/G | | Y |
| CT | Single SIM | SVLTE (FDD or TDD) | Y | Y |
| | | 1xSRLTE | Y | Y |
| | Dual SIM | 1xSRLTE + G DSDS | Y | Y |
| | | C+G DSDS* | Y | Y |
| | | C+G DR-DSDS* | | Y |
| | | C+G DSDA* | | Y |
| | | SVLTE + GSM DSDA | | Y |

\* For 3G Only Devices

\* Qualcomm Confidential & Proprietary Information

Confidential
HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY
AAPL-FTC-00077438
CX0597-016

# Single platform deployed at global scale

**Global Platform**

New Gobi Modem Features

Gobi LTE modems tested & optimized across 10+ infrastructure vendors

Infra 1 — Functional testing — Infra N

Infra 1 — Performance optimization — Infra N

100+ networks

Operator 1 — Chipset certification — Operator N

Operator 1 — Chipset certification — Operator N

...and 100s of unique designs

Device 1, Device 2, Device 3 ... Device N

Device Technical Acceptance Testing by Operator

Launch-ready

**100+** Networks

**700+** Modem Features

Increasing number of configurations to support

*Qualcomm Confidential & Proprietary Information

9

Confidential

HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY

AAPL-FTC-00077439
CX0597-017

# Key Takeaways

- **Qualcomm LTE modems have maturity and scale with multi-year advantage**
  - Enables global SKU via support for all modes, bands, and inter-RATs across all infrastructure vendors and operators

- **Modem Complexity Continues to Increase – Massive investment from Qualcomm to lead in**
  - LTE CA
  - Coexistence with GNSS/WiFi/BT
  - Advanced Services such as VoLTE, VT, eMBMS
  - Multi-SIM with LTE

- **Modem Performance and Maturity Matters**
  - Faster TTM, Lower Risk, and Lower Development Costs
  - Enhanced User Experience
  - Lower Operator CAPEX & OPEX

10

* Qualcomm Confidential & Proprietary Information

Confidential
HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY
AAPL-FTC-00077440
CX0597-018