# CX0858

# REDACTED VERSION

```
        Subject: Fwd: Karoo / QC chipset cost savings
           From: "Tony Blevins" <tblevins@apple.com>
Received(Date): Fri, 11 Dec 2015 16:10:18 +0000
             To: "Sabih Khan" <sabih@apple.com>
           Date: Fri, 11 Dec 2015 16:10:18 +0000
```

Hi Sabih, there's a great deal more substance re: the inter-relationship between QTL, QTI and IMC than may be apparent on the surface. I can explain in more detail if you have specific questions/concerns.

Thx,

Tony

Begin forwarded message:

From: "Aaron J. Schafer" <aaron_schafer@apple.com>

**Subject: Re: Karoo / QC chipset cost savings**

Date: December 10, 2015 at 9:39:13 PM PST

To: Donal Conroy <donal_conroy@apple.com>

Cc: Sabih Khan <sabih@apple.com>, Tony Blevins <tblevins@apple.com>, Larry McDevitt <lmcdevitt@apple.com>

Donal -

There is a [REDACTED] delta between solutions still. Tony was able to extract yet another $0.25 from Qualcomm, but when you offset chipset pricing plus GPS and any RF differences between Qualcomm and IMC, the differential is [REDACTED]

Note, that SW + HW teams all agreed this week to increase allocation to IMC from [REDACTED] share to [REDACTED] share resulting in further cost avoidances for D10/11/12.

Thanks,

Aaron

On Dec 10, 2015, at 8:40 PM, Donal Conroy <donal_conroy@apple.com> wrote:

With the correct Aaron this time!

Sent from my iPhone

Exhibit PX 693

T. Blevins
3/14/18

Elizabeth Wilks-Lewis
CCRR, RPR, CSR No. 12155

Confidential
INTEL HIGHLY CONFIDENTIAL -
OUTSIDE ATTORNEYS' EYES ONLY

AAPL-FTC-00153047

CX0858-001

> Begin forwarded message:
>
> **From:** Donal Conroy <donal_conroy@apple.com>
> **Date:** December 10, 2015 at 6:29:05 PM PST
> **To:** Sabih Khan <sabih@apple.com>
> **Cc:** Aaron Shelley <apshelley@apple.com>, Tony Blevins <tblevins@apple.com>, Larry McDevitt <lmcdevitt@apple.com>
> **Subject: Fwd: Karoo / QC chipset cost savings**
>
> Sabih
>
> per our quick discussion ..below is the summary of the delta due to karoo from early October. At the time we were summarizing a net benefit of ▮▮▮ (i.e a blended ▮▮▮ on the chip, partially offset by ▮▮▮ loss of royalty rebate). This was based on as assumption that without Karoo we would have got Qualcomm to ▮▮, but with karoo we got qualcomm to ▮▮ which when we blend with Karoo at ▮▮ blends to ▮▮ (assuming 50/50 mix).
>
> Aaron this data is a couple of months old, do you mind letting us know if the Qualcomm or Karoo price has improved since?
>
> Donal
>
> > Begin forwarded message:
> >
> > **From:** Larry McDevitt < lmcdevitt@apple.com >
> > **Subject: Re: Karoo / QC chipset cost savings**
> > **Date:** October 5, 2015 at 8:37:47 PM PDT
> > **To:** Aaron Schafer < aaron_schafer@apple.com >, Donal Conroy <_donal_conroy@apple.com >
> > **Cc:** Stephen Wang < sfwang@apple.com >, Sarah Rachlin < srachlin@apple.com >, Grace Hampton < gchampton@apple.com >
> >
> > Thanks Aaron.
> > See updated summary below.
> >
> > The Mav 16 price negotiation has been ongoing for the better part of 24 months and still remains open. Please see below for pricing over time and price benefit of Karoo:
> >
> > • QC initially offered ▮▮ for Mav 16; negotiated down to ▮▮ over 7 months, whereafter Karoo project kicked off
> > • Given historical negotiations, procurement team believes they could have gotten this down to ▮▮
> > • As of today, Eureka pricing is ▮▮▮
> > • Karoo chipset pricing is ▮▮ (incl chipset + GPS)
> > • Blended chipset pricing at 50/50 mix is ▮▮▮
> >
> > • Blended price vs Expected Eureka price benefit is ▮▮▮▮▮

Confidential
INTEL HIGHLY CONFIDENTIAL -
OUTSIDE ATTORNEYS' EYES ONLY

AAPL-FTC-00153048

CX0858-002

- **Blended price benefit adjusted for the royalty offset is** ▉ (royalty offset accounts for increase from ▉ → ▉

Some additional context and benefits of Karoo:

- Overall Eureka deal also involved Mav 11 pricing at ▉ down from ▉ for Mav 10
- Current royalty agreements (ie, rebates down to ▉ expire in Dec 2016; we are in a much better position with Karoo to negotiate favorable commercial terms going forward

thanks!
Larry

&lt;PastedGraphic-2.png&gt;

Confidential
INTEL HIGHLY CONFIDENTIAL -
OUTSIDE ATTORNEYS' EYES ONLY

AAPL-FTC-00153049

CX0858-003