# EXHIBIT 5 TO APPLE'S MOTION TO SEAL

# (CX0856)
# PUBLIC REDACTED VERSION

**From:** Tony Blevins <tblevins@apple.com>
**Subject:** QCOM/Mollenkoepf
**Received(Date):** Wed, 10 Sep 2014 08:30:06 -0700
**To:** Jeff Williams <jwilliams@apple.com>
**Attachment:** 2016 Deal Summary_AJS_2014-7-9.pdf
**Date:** Wed, 10 Sep 2014 08:30:06 -0700

Jeff, I want to provide some further background for your call w/ Mollenkopf and try to clear-up any confusion that may have been created. I sense previous explanations may not have been clear or satisfactory.

We have always assumed an effective royalty rate of $7.50 but at QCOM's request, this is achieved via a chipset rebate scheme. We have told them that moving forward we want replace the gross and net (after rebate) chipset price with a single NET number and no rebate and that the royalty cannot exceed $7.50/ea. See attached letter from Jul9 which supports numerous verbal discussions that have been consistent from the outset.

I want to try and explain how the proposed chipset pricing compares to today (both gross and NET).
================================================================

- If we were to take today's Mav10 gross chipset price ($19.10) and extrapolate it to 20nm, normalize for size and defect density differences, and then reduce it for expected cost curve takedowns then the Mav16 equivalent gross price in '16 would be ▓

- The exact same set of assumptions applied to today's Mav10 NET price ($15.90) would make the Mav16 equivalent price ▓ in '16.

- The actual negotiated price on the table for Mav16 is ▓ Its for this reason that I have stated that the Mav16 is essentially priced equivalent to today's NET price. I have argued that since I no longer receive a chipset rebate and I've told them very clearly to assume the royalty is no more than $7.50 that we cannot afford to pay them more than $7.50 for licensing.

Derek's argument is that today's actual royalty is $10.00 and the chipset price is Cristiano's business. Only if we bring to them some 'additional value' (e.g. chipset exclusivity), would he consider a reduction of the $10.00

I just want to clarify what I've been trying to say. Also, I do understand that my argument for NTE of $7.50 licensing combined with chipset pricing equivalent to today's NET price is somewhat aggressive... (purposefully). However, I would point out that if I could exercise my TSMC die pricing relative to QCOM's chips, then my foundry cost would be only ~▓ (as compared to their price offer of ▓. Vanessa believes that QCOM's TSMC price is closer to $11.00 in which case their current pricing would contain about ▓ margin -which is already

Exhibit PX 689
T. Blevins
3/14/18
Elizabeth Willis-Lewis
CCRR, RPR, CSR No. 12155

AAPL-FTC-00073946

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

CX0856-001

on the lower end of the scale for them.

Hope this helps to clarify.

Thx

Tony

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00073947

CX0856-002