BOIES SCHILLER FLEXNER LLP
Edward H. Takashima, SBN 270945
etakashima@bsfllp.com
401 Wilshire Blvd, Suite 850
Santa Monica, CA 90401
Telephone: (310) 752-2400
Facsimile: (310) 752-2490

*Attorney for Non-Party APPLE INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM INCORPORATED, a Delaware corporation, <br><br> Defendant. | Case No. 5:17-cv-00220-LHK-NMC <br><br> **NON-PARTY APPLE INC.'S NOTICE OF FILING PUBLIC REDACTED DOCUMENTS** <br><br> Courtroom: 8, 4th Floor <br><br> The Honorable Lucy H. Koh |

The Court's January 10, 2019 Order Granting Apple's Administrative Motion to Seal (ECF No. 1232) directed Non-Party Apple Inc. ("Apple") to file public redacted versions of the potential trial exhibits addressed in that motion by Friday, January 11, 2019, at 12:00 p.m.  Three of the exhibits (CX0597, CX0855, and CX0858) were also subject to the Court's January 10, 2019 Order Granting in Part and Denying in Part Qualcomm's Motion to Seal (ECF No. 1240). Accordingly, counsel for Apple and Qualcomm met and conferred, and agreed on a set of redactions reflecting both Orders.  Qualcomm filed those public redacted versions today.  (ECF No. 1246).  Apple previously filed public redacted versions of three other potential exhibits (QX9097, CX0534, and JX0107) in connection with its Motion to Seal, and all of Apple's requests to seal were granted.  (ECF No. 1232).  The final remaining public redacted version (CX0856) was filed today before 12:00 p.m. (ECF No. 1255).

Dated:  January 11, 2019               Respectfully submitted,

By:  /s/ Edward H. Takashima

Edward H. Takashima, SBN 270945
etaskashima@bsfllp.com
BOIES SCHILLER FLEXNER LLP
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Telephone: (310) 752-2400
Fax: (310) 752-2490

*Attorney for Non-Party Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document and its attachments has been served on January 11, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-1(e). Any other counsel of record will be served by electronic mail and/or U.S. mail.

By: */s/ Edward H. Takashima*
Edward H. Takashima