James G. Kress
Andrew L. Lucarelli
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
james.kress@bakerbotts.com
drew.lucarelli@bakerbotts.com

Stuart C. Plunkett (SBN 187971)
BAKER BOTTS L.L.P.
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (415) 291-6203
Facsimile: (415) 291-6303
stuart.plunkett@bakerbotts.com

*Attorneys for non-party Ericsson Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　Plaintiff<br><br>　　v.<br><br>QUALCOMM INCORPORATED, a Delaware Corporation,<br><br>　　　　　　Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>The Honorable Lucy H. Koh<br><br>**NON-PARTY ERICSSON, INC.'S RESPONSE IN SUPPORT OF NON-PARTY AVANCI LLC'S ADMINISTRATIVE MOTION TO SEAL CONFIDENTIAL INFORMATION PURSUANT TO CIVIL L.R. 7-11 & 79-5 (DKT. NO. 1256)** |

1   Non-Party Ericsson Inc. ("Ericsson") respectfully asks the Court to consider this response in support of Non-Party's Avanci LLC's ("Avanci") Administrative Motion to Seal Confidential Information Pursuant to Civil L.R. 7-11 & 79-5 (Dkt. No. 1256) ("Motion").

Counsel for Ericsson learned only this afternoon that certain slides of the Lasinki Demonstratives discussed in the Motion contained Ericsson confidential information not previously disclosed to Ericsson. In order to avoid burdening the Court with multiple sealing motions for the same information, and in consideration of the fact that the evidence is expected to be used at trial on Monday, January 14, 2019, Ericsson instead provides this response.

One of each of the slides described in paragraph 1 and paragraph 2 contain Ericsson confidential information the disclosure of which, as well described in the Motion and Avanci's supporting declaration, would cause competitive harm to Ericsson. Thus, compelling reasons exist to seal this information.

Ericsson respectfully asks the Court to grant the Motion.

Dated: January 11, 2019

Respectfully submitted,
BAKER BOTTS L.L.P.

*/s/  Stuart C. Plunkett*

James G. Kress
Andrew L. Lucarelli
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
james.kress@bakerbotts.com
drew.lucarelli@bakerbotts.com

Stuart C. Plunkett (SBN 187971)
BAKER BOTTS L.L.P.
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (415) 291-6203
Facsimile: (415) 291-6303
stuart.plunkett@bakerbotts.com

***Attorneys for non-party Ericsson Inc.***

**ATTESTATION**

I, Stuart C. Plunkett, hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

BAKER BOTTS L.L.P.

 */s/ Stuart C. Plunkett*
Stuart C. Plunkett (SBN 187971)
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (415) 291-6203
Facsimile: (415) 291-6303
stuart.plunkett@bakerbotts.com