1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12   FEDERAL TRADE COMMISSION,              Case No.17-CV-00220-LHK

13              Plaintiff,                   **ORDER GRANTING IN PART AND
                                             DENYING IN PART QUALCOMM,**
14        v.                                 **SAMSUNG, AVANCI, AND NOKIA'S
                                             MOTIONS TO SEAL**
15   QUALCOMM INCORPORATED,
                                             Re: Dkt. Nos. 1237, 1238, 1239, 1243,
16              Defendant.
                                             1256, 1258
17

18        Before the Court are Qualcomm, Samsung, Avanci, and Nokia's administrative motions to

19   file under seal trial exhibits to be used on January 14, 2019. ECF Nos. 1237, 1238, 1239, 1243,

20   1256, 1258. Applying the compelling reasons standard, the Court orders as follows:

| Document | Portions of Pages | Ruling |
|----------|-------------------|--------|
| CX0502 | Selected amount | GRANTED. |
| CX5363 | 003-005 in full | GRANTED. |
| CX5363 | 006, two amounts | GRANTED. |
| CX5363 | 009-010, selected portions | GRANTED. |
| CX5363 | 012-013, selected portions | GRANTED. |
| CX5363 | 015, selected portions | GRANTED. |
| CX5363 | 017-018, selected portions | GRANTED. |
| CX8260 | 001-002, selected amounts | GRANTED. |
| CX0102 | 001-035, 5th and 6th columns | GRANTED. |

1

United States District Court
Northern District of California

| Document | Portions of Pages | Ruling |
|---|---|---|
| CX0103 | 001-009, 8th through 12th columns | GRANTED. |
| CX0105 | 001-002, 4th through 10th columns | GRANTED. |
| JX0116 | 002, selected portions | GRANTED. |
| JX0116 | 012, selected portions | GRANTED. |
| JX0116 | 014, selected portions | GRANTED. |
| JX0116 | 035, selected portions | GRANTED. |
| JX0116 | 046, selected portions | GRANTED. |
| JX0116 | 048, portion before § 5.1 | DENIED. |
| JX0116 | 048, § 5.1 | GRANTED. |
| JX0116 | 049-050 in full | DENIED. |
| JX0116 | 059-060, selected portions | GRANTED. |
| JX0116 | 071, selected portions | GRANTED. |
| JX0116 | 073, portion before § 5.1 | DENIED. |
| JX0116 | 073, § 5.1 | GRANTED. |
| JX0116 | 074-075 in full | DENIED. |
| JX0116 | 084, selected portions | GRANTED. |
| JX0116 | 095, selected portions | GRANTED. |
| JX0116 | 097, portion before § 5.1 | DENIED. |
| JX0116 | 097, § 5.1 | GRANTED. |
| JX0116 | 097-099, portions after § 5.1 | DENIED. |
| JX0116 | 108, selected portions | GRANTED. |
| JX0116 | 119, selected portions | GRANTED. |
| JX0116 | 121, portion before § 5.1 | DENIED. |
| JX0116 | 121, § 5.1 | GRANTED. |
| JX0116 | 121-123, portions after § 5.1 | DENIED. |
| JX0116 | 133-135, selected portions | GRANTED. |
| JX0037 | 001, selected portions | GRANTED. |
| CX0599 | 002, selected portions | GRANTED. |
| CX0861 | 001, selected portions | GRANTED. |
| Lasinski Demonstrative | p. 8, portions designated by Samsung and Nokia | GRANTED. |
| Lasinski Demonstrative | p. 10, selected portions | DENIED. |
| Lasinski Demonstrative | p. 11, selected portions | GRANTED. |
| Lasinski Demonstrative | p. 15, selected portions | GRANTED. |
| Lasinski Demonstrative | pp. 12-13, portions of Figures 31 and 32 designated by Avanci | GRANTED. |
| Lasinski Demonstrative | pp. 14-15, portions designated by Avanci | GRANTED. |
| Shapiro Demonstrative | pp. 34-39, selected portions | GRANTED. |

2

1    The pages of the Lasinski Demonstrative are not numbered. However, the parties appear to

2    begin their count with the cover slide. The Court follows that convention and encourages the

3    parties in the future to number their demonstratives for ease of ruling on sealing motions.

4    Qualcomm objects to two exhibits that FTC intends to use which Qualcomm asserts were

5    not on FTC's exhibit list. This dispute shall be addressed in open court and require the use of the

6    parties' trial evidence time.

7    **IT IS SO ORDERED.**

8    Dated:  January 11, 2019

9    

10   LUCY H. KOH
     United States District Judge

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART QUALCOMM, SAMSUNG, AVANCI, AND NOKIA'S
MOTIONS TO SEAL