UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, | Case No.17-CV-00220-LHK |
|---|---|
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART APPLE'S MOTION TO SEAL PORTIONS OF QUALCOMM'S HPOS FOR JANUARY 11, 2019** |
| v. | |
| QUALCOMM INCORPORATED, | |
| Defendant. | Re: Dkt. No. 1262 |

Before the Court is Apple Inc.'s administrative motion to seal portions of Qualcomm's High Priority Objections for January 11, 2019. ECF No. 1262. Apple seeks to seal lines 4:16-4:20, beginning after the text "not with Qualcomm." However, any language after the phrase "not with Qualcomm" is on lines 18-20. Thus, Apple does not request the sealing of lines 16-17. Applying the compelling reasons standard, the Court GRANTS the motion as to lines 18-20 on page 4, but DENIES the motion with prejudice as to lines 16-17 on page 4. **IT IS SO ORDERED.**

Dated: January 11, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No. 17-cv-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART APPLE'S MOTION TO SEAL PORTIONS OF QUALCOMM'S HPOS FOR JANUARY 11, 2019