UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 5:17-cv-00220-LHK
Case Name: Federal Trade Commission v. Qualcomm Incorporated

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Lucy H. Koh | Jennifer Milici | Robert Van Nest |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| January 11, 2019 | Lee-Anne Shortridge, Irene Rodriguez | Elizabeth Garcia |

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
|  |  | 9:05 a.m. |  |  | **Colloquy with counsel re: 3P sealing requests. The court denied motion at ECF No. 1242. The court requests coordination of further sealing request.** |
|  | DX | 9:19 a.m. |  |  | **Colloquy concludes. Continued cross examination of Aichatou Evans resumes** |
|  |  | 9:21 a.m. |  |  | **Counsel for Defendant moves to admit the following exhibit. No objections made. The Court admits the exhibit:** |
|  | QX | 9:21 a.m. | X | X | **QX 95** |
| RD |  | 9:29 a.m. |  |  | **Cross examination concludes. Further redirect of Aichatau Evans.** |
|  | DX | 9:31 a.m. |  |  | **Further recross examination of Aichatau Evans.** |
| RD |  | 9:32 a.m. |  |  | **Further redirect examination of Aichatau Evans.** |
|  |  | 9:33 a.m. |  |  | **Witness excused. Not subject to recall.** |
|  |  | 9:34 a.m. |  |  | **Counsel for plaintiff calls next witness, Mark Davis by video deposition. Counsel for plaintiff moved to admit the following exhibits. No objections. The exhibits were admitted:** |
| JX |  |  | X | X | **JX 0007** |
| CX |  |  | X | X | **CX 8295** |
| CX |  |  | X | X | **CX 1770** |
| CX |  |  | X | X | **CX 1771** |
| CX |  |  | X | X | **CX 6552** |
| CX |  |  | X | X | **CX 1774** |
| CX |  |  | X | X | **CX 1785** |
| PD |  | 9:35 a.m. |  |  | **Video deposition of Mark Davis played.** |
|  |  |  |  |  | *Refer to the court transcript for official trial time and exhibits* <br> **Sealed* |

1

Case No: 5:17-cv-00220-LHK
Case Name: Federal Trade Commission v. Qualcomm Incorporated
Date: January 11, 2019
Courtroom Deputy: Elizabeth Garcia  Court Reporter: Lee-Anne Shortridge, Irene Rodriguez

## TRIAL SHEET, EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
|  |  | 9:58 a.m. |  |  | **Video deposition completed of Mark Davis. Witness not subject to recall. The court holds colloquy with counsel regarding potential sealed testimony of next witness. Counsel does not move to seal the courtroom at the time.** |
| PD |  | 10:01 a.m. |  |  | **Counsel for Plaintiff calls witness Tony Blevins. Witness sworn. Direct examination begins.** |
|  |  |  |  |  | **Counsel for Plaintiff moved to admit the following exhibits. No objections. Individual exhibits were designated sealed or sealed in part. The following exhibits were admitted:** |
| JX |  | 10:10 a.m. | X | X | **JX 0032** |
| CX |  | 10:14 a.m. | X | X | **CX 0507** |
| JX |  | 10:16 a.m. | X | X | **JX 0040** |
| JX |  | 10:17 a.m. | X | X | **JX 0052** |
| JX |  | 10:18 a.m. | X | X | **JX 0057** |
| JX |  | 10:19 a.m. | X | X | **JX 0078** |
| CX |  | 10:22 a.m. | X | X | **CX 8261** |
| JX |  | 10:28 a.m. | X | X | **JX 0074** |
| CX |  | 10:33 a.m. | X | X | **CX 0531** |
| CX |  | 10:39 a.m. | X | X | **CX 0853** |
| CX |  | 10;41 a.m. | X | X | **CX 0578** |
| CX** |  | 10:43 a.m. | X | X | **CX 0856**** |
|  |  | 10:45 a.m. |  |  | **The Court takes the mid morning recess.** |
| PD |  | 11:01 a.m. |  |  | **Proceedings resume. Continued direct examination of Tony Blevins. Partial objection to foundation. Foundation laid. Individual exhibits were designated sealed or sealed in part. The following exhibits were admitted:** |
| CX** |  | 11:04 a.m. | X | X | **CX 0597** - sealed in part** |
| CX** |  | 11:09 a.m. | X | X | **CX 0534** - sealed in part** |
|  | DX | 11:15 a.m. |  |  | **Cross examination of Tony Blevins. Counsel for defendant moved to admit the following exhibits. Objections made. The court admitted the exhibit not for the truth of the matter.** |
|  |  |  |  |  | *Refer to the court transcript for official trial time and exhibits*<br>***Sealed* |

Case No: 5:17-cv-00220-LHK
Case Name: Federal Trade Commission v. Qualcomm Incorporated
Date: January 11, 2019
Courtroom Deputy: Elizabeth Garcia  Court Reporter: Lee-Anne Shortridge, Irene Rodriguez

**TRIAL SHEET, EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
|  | QX | 11:25 a.m. | X | X | QX 9097 |
| RD |  | 11:39 a.m. |  |  | Redirect examination of Tony Blevins. |
|  |  | 11:41 a.m. |  |  | No re-cross. Witness not subject to recall. Witness excused. |
|  |  | 11:42 a.m. |  |  | Plaintiff calls next witness, Injung Lee, by video deposition. Plaintiff counsel relays there are sealed and unsealed portions of the video. Colloquy regarding display of English translation of answer in running display. Counsel moves to admit the following exhibits. No objections. The exhibits were admitted: |
| CX |  | 11:42 a.m. | X | X | CX 2564A |
| CX |  | 11:42 a.m. | X | X | CX 2563A |
| CX |  | 11:42 a.m. | X | X | CX 2639A |
| CX |  | 11:42 a.m. | X | X | CX 2641A |
| CX |  | 11:42 a.m. | X | X | CX 2642A |
| CX |  | 11:42 a.m. | X | X | CX 2643A |
| PD |  | 11:44 a.m. |  |  | Unsealed portions of video deposition designations of Injung Lee played. |
|  |  | 11:52 a.m. |  |  | Unsealed portion of video deposition conclude. Counsel colloquy to seal courtroom to play sealed portions of the video depositions. The Court cleared the courtroom and notified members of the public that proceedings would resume at 1:00 p.m. Counsel for Apple, Samsung and contracting manufactures also remained in the courtroom. |
| PD** |  | 11:55 a.m. |  |  | Sealed portions of video deposition designations of Injung Lee played. |
|  |  | 12:04 p.m. |  |  | Sealed portion of video deposition designation concludes. The Court reopens the courtroom. The Court takes the lunch recess. |
|  |  | 1:07 p.m. |  |  | Colloquy regarding coordination of sealing requests |
|  |  | 1:11 p.m. |  |  | Colloquy concludes. Continued of video deposition designations of Injung Lee |
|  |  | 1:27 p.m. |  |  | Video deposition designations of Injung Lee conclude. Witness not subject to recall. |
|  |  |  |  |  | *Refer to the court transcript for official trial time and exhibits*<br>**Sealed* |

3

Case No: 5:17-cv-00220-LHK
Case Name: Federal Trade Commission v. Qualcomm Incorporated
Date: January 11, 2019
Courtroom Deputy: Elizabeth Garcia  Court Reporter: Lee-Anne Shortridge, Irene Rodriguez

**TRIAL SHEET, EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 1:27 p.m. | | | **Counsel for Plaintiff calls next witness, Todd Madderom, by video deposition designations. Plaintiff moves to admit the following exhibits. No objections. The following exhibits were admitted:** |
| CX | | 1:27 p.m. | X | X | **CX 2018** |
| CX | | 1:27 p.m. | X | X | **CX 2060** |
| CX | | 1:27 p.m. | X | X | **CX 2123** |
| CX | | 1:27 p.m. | X | X | **CX 2124** |
| CX | | 1:27 p.m. | X | X | **CX 2125** |
| CX | | 1:27 p.m. | X | X | **CX 2168** |
| PD | | 1:28 p.m. | | | **Video deposition designation of Todd Madderom played.** |
| | | 2:11 p.m. | | | **Video deposition designations of Todd Madderom conclude. Witness not subject to recall.** |
| | | 2:12 p.m. | | | **Colloquy regarding sealing portions of exhibits. The Court granted the request.** |
| PD | | 2:22 p.m. | | | **Colloquy concludes. Counsel for Plaintiff calls Steve Mollenkopf for testimony. Direct examination begins.** |
| | | | | | **Counsel for Plaintiff moves to admit the following exhibits. No objections. Individual exhibits were designated sealed or sealed in part. The following exhibits were admitted:** |
| CX | | 2:23 p.m. | X | X | **CX 8287** |
| CX | | 2:25 p.m. | X | X | **CX 5376** |
| CX** | | 2:27 p.m. | X | X | **CX 8190 ** portions sealed** |
| CX | | 2:32 p.m. | X | X | **CX 6191** |
| CX | | 2:36 p.m. | X | X | **CX 8198** |
| CX | | 2:37 p.m. | X | X | **CX 8197** |
| CX | | 2:38 pm. | X | X | **CX 5193 – 1st two (2) pages** |
| CX | | 2:40 p.m. | X | X | **CX 6439** |
| CX | | 2:41 p.m. | X | X | **CX 7559** |
| CX | | 2:46 p.m. | X | X | **CX 6381** |
| CX | | 2:47 p.m. | X | X | **CX 5348** |
| | | 2:49 p.m. | | | **The court takes the afternoon recess.** |
| | | | | | *Refer to the court transcript for official trial time and exhibits*<br>*** Sealed* |

4

Case No: 5:17-cv-00220-LHK
Case Name: Federal Trade Commission v. Qualcomm Incorporated
Date: January 11, 2019
Courtroom Deputy: Elizabeth Garcia  Court Reporter: Lee-Anne Shortridge, Irene Rodriguez

## TRIAL SHEET, EXHIBIT and WITNESS LIST CONTINUED

| | | | | | |
|---|---|---|---|---|---|
| PD | | 3:02 p.m. | | | Proceedings resume. Continued direct examination of Steve Mollenkopf. Counsel for Plaintiff moves to admit the following exhibits. No objections. Individual exhibits were designated sealed or sealed in part. The following exhibits were admitted: |
| CX | | 3:03 p.m. | X | X | CX 5357 |
| CX | | 3:05 p.m. | X | X | CX 5360 |
| JX | | 3:06 p.m. | X | X | JX 55** |
| CX | | 3:08 p.m. | X | X | CX 5425 |
| CX | | 3:12 p.m. | X | X | CX 5425 |
| CX | | 3:14 p.m. | X | X | CX 7592 |
| CX | | 3:15 p.m. | X | X | CX 7592 |
| CX | | 3:17 p.m. | X | X | CX 5378 |
| CX | | 3:19 p.m. | X | X | CX 5381 |
| CX** | | 3:21 p.m. | X | X | CX 5739** |
| CX | | 3:22 p.m. | X | X | CX 7910 |
| CX** | | 3:26 p.m. | X | X | CX 5389** - partially sealed |
| CX | | 3:27 p.m. | X | X | CX 5391** - partially sealed |
| CX | | 3:30 p.m. | X | X | CX 5527 |
| CX | | 3:32 p.m. | X | X | CX 7257 |
| | | 3:33 p.m. | | | Direct examination concludes of Steve Mollenkopf. |
| | | 3:34 p.m. | | | Cross examination of Steve Mollenkopf. |
| | CX | 3:46 p.m. | X | X | CX 7824 |
| | | 4:00 p.m. | | | The Court takes the mid afternoon recess. |
| | | 4:10 p.m. | | | Proceedings resume. Continued cross examination of Steven Mollenkopf. |
| RD | | 4:34 p.m. | | | Further redirect of Steven Mollenkopf. |
| | | 4:38 p.m. | | | Further recross of Steven Mollenkopf. |
| | | 4:39 p.m. | | | No further redirect. Witness is subject to recall. Witness is excused. Trial evidence concludes. The Court takes up housekeeping matters with counsel including: Upcoming sealing requests and trial time usage for trial day and to date. |
| | | | | | *Refer to the court transcript for official trial time and exhibits<br>** Sealed |

5

Case No: <u>5:17-cv-00220-LHK</u>
Case Name: <u>Federal Trade Commission v. Qualcomm Incorporated</u>
Date: <u>January 11, 2019</u>
Courtroom Deputy: <u>Elizabeth Garcia</u> Court Reporter: <u>Lee-Anne Shortridge, Irene Rodriguez</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST CONTINUED**

|  |  | 4:52 p.m. |  |  | **Proceedings conclude. Further Bench Trial set for January 14, 2019 at 9:00 am.** |
|---|---|---|---|---|---|
|  |  |  |  |  | *\*Refer to the court transcript for official trial time and exhibits*<br>*\*\* Sealed* |

6