UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, | Case No. 17-CV-00220-LHK |
|---|---|
| Plaintiff, | **ORDER RE HIGH PRIORITY OBJECTIONS FOR JANUARY 14, 2019** |
| v. | Re: Dkt. Nos. 1250, 1251 |
| QUALCOMM INCORPORATED, | |
| Defendant. | |

Before the Court are the Federal Trade Commission's ("FTC") high priority objections ("HPO") and responses, ECF No. 1251, and Qualcomm Inc.'s ("Qualcomm") HPOs and responses, ECF No. 1250, for January 14, 2019, day 5 of the trial. Having considered the parties' briefs, the relevant law, the Federal Rules of Evidence, the record in this case, and balancing the factors set forth in Federal Rule of Evidence 403, the Court rules as follows:

| FTC Objections | Ruling |
|---|---|
| **Marvin Blecker, former Qualcomm** | |
| FTC HPO #1: Blecker Dep., 43:4-9, 108:16-19, 108:22-109:3 | SUSTAINED. |
| **Jeff Williams, Apple** | |
| FTC HPO #2: QX9121 | SUSTAINED. |

1

Case No. 17-CV-00220-LHK
ORDER RE HIGH PRIORITY OBJECTIONS FOR JANUARY 14, 2019

| Qualcomm Objections | Ruling |
|---|---|
| **Jeff Williams, Apple** | |
| Qualcomm HPO #1: CX5363 | SUSTAINED as to CX5363-001 to CX5363-005, but OVERRULED as to CX5363-006 to CX5363-018. |
| **Richard Donaldson, FTC Expert** | |
| Qualcomm HPO #2: CX0101 | OVERRULED. |
| Qualcomm HPO #3: CX0104 | OVERRULED. |
| **Michael Lasinski, FTC Expert** | |
| Qualcomm HPO #4: Lasinski Demonstrative Slide re: HTC | OVERRULED. |
| **Prof. Carl Shapiro, FTC Expert** | |
| Qualcomm HPO #5: CX0102 | OVERRULED. |
| Qualcomm HPO #6: CX0103 | OVERRULED. |
| Qualcomm HPO #7: CX0105 | OVERRULED. |
| **Marvin Blecker, former Qualcomm** | |
| Qualcomm HPO #8: CX6436 | OVERRULED, but emails from Mr. Zhang may not be admitted for the truth of the matter asserted. |

**IT IS SO ORDERED.**

Dated: January 11, 2019

_____
LUCY H. KOH
United States District Judge