Jennifer Milici, D.C. Bar No. 987096
Daniel Matheson, D.C. Bar No. 502490
Aaron Ross, D.C. Bar No. 1026902
Mark J. Woodward, D.C. Bar No. 479537
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S RESPONSE TO APPLE'S MOTION TO SEAL** |

1   The FTC does not oppose Apple's motion to seal certain information that the FTC's
2   proposed patent valuation expert Michael Lasinski may disclose in his testimony, including
3   through the use of demonstratives. *See* ECF No. 1270. The FTC expects that Mr. Lasinski will
4   testify on Monday, January 14. *See* ECF No. 1245 (FTC witness list).

5   The Court previously granted in part motions to seal information contained in
6   demonstratives that Mr. Lasinski will use in connection with his testimony. *See* ECF No. 1236
7   (granting in relevant part Ericsson motion to seal, ECF No. 1233); ECF No. 1263 (granting in part
8   Qualcomm motion to seal, ECF No. 1237; Samsung motion to seal, ECF No. 1243; Avanci
9   motion to seal, ECF No. 1256; and Nokia motion to seal, ECF No. 1258). Apple seeks to seal
10  information that is comparable to information already sealed by the Court with respect to other
11  third parties.

12  The FTC is not currently aware of any other third party that plans to file a motion to seal
13  information contained in Mr. Lasinski's demonstratives.

14  In light of the Court's orders granting in part motions to seal information that Mr. Lasinski
15  may disclose, the FTC expects that the courtroom will have to be sealed for portions of Mr.
16  Lasinski's testimony.

17  The FTC also does not oppose Apple's motion to seal portions of QX9121 and QX9114,
18  disclosed in connection with anticipated testimony from Apple executive Jeff Williams on
19  January 14, 2019, though it notes that the Court sustained the FTC's high priority objection to the
20  use of QX9121 with Mr. Williams. *See* ECF No. 1267.

Dated: January 11, 2018

Respectfully submitted,

FEDERAL TRADE COMMISSION,

*/s/ Jennifer Milici*
Jennifer Milici
Daniel Matheson
Aaron Ross
Mark J. Woodward
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov

**Attorneys for Federal Trade Commission**