Jennifer Milici, D.C. Bar No. 987096
J. Alexander Ansaldo, Va. Bar No. 75870
Joseph R. Baker, D.C. Bar No. 490802
Wesley G. Carson, D.C. Bar No. 1009899
Elizabeth A. Gillen, Cal. Bar No. 260667
Daniel Matheson, D.C. Bar No. 502490
Mark J. Woodward, D.C. Bar No. 479537
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S UPDATED LIST OF WITNESSES FOR TRIAL DAYS 5 AND 6, JANUARY 14 AND 15, 2019**<br><br>Courtroom:  7, 4th Floor<br>Judge:         Hon. Lucy H. Koh |

Plaintiff Federal Trade Commission submits the following updated list of witnesses it intends to call live and by videotaped or written deposition on January 14, 2019 (Trial Day 5) and a list of witnesses it intends to call live on January 15, 2019 (Trial Day 6).

**January 14, 2019 (Trial Day 5)**

1. Jeff Williams, Apple (live)

2. Hwi-Jae Cho, LG Electronics (by written deposition read into the record) (portions

sealed)[1]

3. Richard Donaldson, proposed FTC expert (live)[2]

4. Christina Petersson, Ericsson (by videotaped deposition) (portions sealed)[3]

5. Michael J. Lasinski, proposed FTC expert (live) (portions sealed)[4]

6. Brian Chong, Wistron (by videotaped deposition)

7. Monica Yang, Pegatron (by videotaped deposition)

8. Richard Blaylock, counsel for ZTE (by videotaped deposition)

9. Marvin Blecker, former Qualcomm (by videotaped deposition) (time permitting)

10. Isabel Mahe, Apple (by videotaped deposition) (time permitting)

11. Yooseok Kim, Samsung (by videotaped deposition) (time permitting)

**January 15, 2019 (Trial Day 6)**

1. Professor Carl Shapiro, proposed FTC expert (live)

---

[1] The Court granted Qualcomm's motion to seal portions of Mr. Cho's testimony. (ECF No. 1240.) The FTC is prepared to read the sealed testimony into the record in a closed courtroom if the Court would like to proceed in that way. The FTC is also prepared to submit the sealed testimony (or all of the testimony) in writing if the Court would prefer.

[2] The FTC believes that Mr. Donaldson's testimony can be presented in open court consistent with the standards the Court has applied to sealing materials at trial. Per the Court's instructions on Friday (Trial Tr. at 744:18-20), the FTC has filed a lesser-redacted version of Mr. Donaldson's expert reports on the public docket, removing redactions from already-disclosed information.

[3] The Court granted Ericsson's motion to seal portions of Ms. Petersson's testimony. (ECF No. 1236.)

[4] Portions of Mr. Lasinski's testimony will need to be presented in closed court to comply with the Court's orders granting motions to seal information he may disclose. (ECF Nos. 1236, 1263.)

Dated: January 12, 2019

Respectfully submitted,

FEDERAL TRADE COMMISSION

  /s/ Jennifer Milici
Jennifer Milici
J. Alexander Ansaldo
Joseph R. Baker
Wesley G. Carson
Elizabeth A. Gillen
Daniel Matheson
Mark J. Woodward
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov

*Attorneys for Federal Trade Commission*