KEKER VAN NEST & PETERS LLP
Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 676-2289
Facsimile: (415) 397-7188

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet (*pro hac vice*)
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-0060
Facsimile: (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Geoffrey T. Holtz (SBN 191370)
Geoffrey.holtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for Defendant
QUALCOMM INCORPORATED

*Additional Counsel listed on the Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br>a Delaware corporation,<br><br>Defendant. | Case No. 5:17-CV-0220-LHK-NMC<br><br>**QUALCOMM'S WITNESS LIST FOR JANUARY 15, 2019 (TRIAL DAY 6)** |

The FTC has indicated that it expects to rest its case on January 15, 2019. Qualcomm respectfully submits its list of witnesses that it may call on January 15, 2019 following the conclusion of the FTC's case, together with the status of any relevant sealing requests that have been made or that are anticipated. Qualcomm will endeavor to update this list as further information regarding any sealing requests is received.

| **Witness** | **Affiliated Company** | **Witness's Testimony Previously Heard In FTC's Case** | **Status of Any Sealing Requests** |
|---|---|---|---|
| Dr. Irwin Jacobs (live) | Qualcomm | n/a | If necessary, Qualcomm will file any motion to seal testimony or exhibits relating to Dr. Jacobs on January 13, 2019, following the parties' disclosures of exhibits they may use with Dr. Jacobs. |
| Dr. Durga Malladi (live) | Qualcomm | n/a | If necessary, Qualcomm will file any motion to seal testimony or exhibits relating to Dr. Malladi on January 13, 2019, following the parties' disclosures of exhibits they may use with Dr. Malladi. |
| Scott McGregor (by deposition) (time permitting) | Broadcom | January 8, 2019 | On January 11, 2019, Qualcomm gave notice to Broadcom that it may play Qualcomm's designated testimony on January 15, 2019. Broadcom has indicated that it will request sealing of portions of Qualcomm's designations. |

| Witness | Affiliated Company | Witness's Testimony Previously Heard In FTC's Case | Status of Any Sealing Requests |
|---|---|---|---|
| Nanfen Yu (by deposition) (time permitting) | Huawei | January 4 and 7, 2019 | By January 13, 2019, Qualcomm will file a motion to seal a portion of Ms. Yu's testimony that would reveal information that is confidential to Qualcomm.  Subject to the Court's approval, Qualcomm will be prepared to play Ms. Yu's testimony in closed session and publicly file a redacted transcript of testimony that has not been sealed. On January 11, 2019, Qualcomm gave notice to Huawei that it may play Qualcomm's designated testimony on January 15, 2019. |
| John Grubbs (by deposition) (time permitting) | Blackberry | January 8, 2019 | On January 11, 2019, Qualcomm gave notice to Blackberry that it may play Qualcomm's designated testimony on January 15, 2019. |
| Ira Blumberg (by deposition) (time permitting) | Lenovo | January 4, 2019 | On January 11, 2019, Qualcomm gave notice to Lenovo that it may play Qualcomm's designated testimony on January 15, 2019. |

| Witness | Affiliated Company | Witness's Testimony Previously Heard In FTC's Case | Status of Any Sealing Requests |
|---|---|---|---|
| Stefan Wolff (by deposition) (time permitting) | Intel | n/a | On January 11, 2019, Qualcomm gave notice to Intel that it may play Qualcomm's designated testimony on January 15, 2019. |
| Thomas Lindner (by deposition) (time permitting) | Intel | n/a | On January 11, 2019, Qualcomm gave notice to Intel that it may play Qualcomm's designated testimony on January 15, 2019. |
| Eric Reifschneider (by deposition) (time permitting) | Qualcomm | January 4, 2019 | Qualcomm will not request to seal Qualcomm's designated testimony of Mr. Reifschneider. |
| Eushuk Andrew Hong (by deposition) (time permitting) | Samsung | January 8, 2019 | On January 11, 2019, Qualcomm gave notice to Samsung that it may play Qualcomm's designated testimony on January 15, 2019. |

| Witness | Affiliated Company | Witness's Testimony Previously Heard In FTC's Case | Status of Any Sealing Requests |
|---|---|---|---|
| Yooseok Kim (by deposition) (time permitting) | Samsung | n/a | On January 11, 2019, Qualcomm gave notice to Samsung that it may play Qualcomm's designated testimony on January 15, 2019. |

CRAVATH, SWAINE & MOORE LLP

*s/ Gary A. Bornstein*

Gary A. Bornstein
Yonatan Even
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
gbornstein@cravath.com
yeven@cravath.com

Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 676-2289
Facsimile: (415) 397-7188
rvannest@keker.com
epaige@keker.com
jsessions@keker.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 369-6000
Facsimile: (212) 309-6001
richard.taffet@morganlewis.com

Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*