# CX8190

# REDACTED VERSION

| From: | Taylor Cabaniss |
|---|---|
| To: | Steve Mollenkopf |
| CC: | Akash Palkhiwala; Cristiano Amon |
| Sent: | 10/26/2017 9:22:59 PM |
| Subject: | QCT Earnings Call and Budget Financial & Units Decks |
| Attachments: | FY18 Budget FINAL UNITS - QCT v6.0.pptx; QCT Earnings Call Q4 FY17.pptx; QCT FY18 Budget Deck.pptx |

Steve,

Please find attached the QCT earnings call deck (same attachment as the other email that just went out to the larger group), plus our budget financials and budget units deck in case you are looking for longer term trends in our forecast.  Let us know if there are any questions.

Thanks,

Taylor

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# FY18 QCT Chipset Forecast Delta, by Qtr

## QCT units down ▇ vs prior driven by Non-HS, offset with low-end strength in China

| 3G/4G Modem Forecast, M | Dec'17 TAM | Dec'17 Shr % | Dec'17 QCT | Mar'18 TAM | Mar'18 Shr % | Mar'18 QCT | Jun'18 TAM | Jun'18 Shr % | Jun'18 QCT | Sep'18 TAM | Sep'18 Shr % | Sep'18 QCT | FY18 - Δ vs Prior TAM | FY18 - Δ vs Prior Shr % | FY18 - Δ vs Prior QCT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Handsets** | | | | | | | | | | | | | | | |
| Maverick | | | | | | | | | | | | | | | |
| Samsung | | | | | | | | | | | | | | | |
| Tier 1.5 | | | | | | | | | | | | | | | |
| China Diamond | | | | | | | | | | | | | | | |
| China Other | | | | | | | | | | | | | | | |
| Handset Subtotal | | | | | | | | | | | | | | | |
| iPad/Watch | | | | | | | | | | | | | | | |
| MBB | | | | | | | | | | | | | | | |
| Total Core | | | | | | | | | | | | | | | |
| **Adjacent Markets** | | | | | | | | | | | | | | | |
| Compute | | | | | | | | | | | | | | | |
| Auto | | | | | | | | | | | | | | | |
| IoT | | | | | | | | | | | | | | | |
| **Adjacent Subtotal** | | | | | | | | | | | | | | | |
| **Total 3G/4G Modems** | | | | | | | | | | | | | | | |
| **APQ** | | | | | | | | | | | | | | | |
| Compute | | | | | | | | | | | | | | | |
| Auto | | | | | | | | | | | | | | | |
| IoT | | | | | | | | | | | | | | | |
| **APQ Subtotal** | | | | | | | | | | | | | | | |

Qualcomm Technologies, Inc. Confidential – For Internal Use Only

64

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

CX8190-066

# FY18 QCT Chipset Forecast, by Qtr

## QCT units down ▮ vs prior driven by Non-HS, offset with low-end strength in China



- FY18 TAM down versus stratplan ▮▮▮ , ▮▮▮ Handsets and ▮▮▮ Non-Handsets]
- FY18 QCT Units down versus stratplan [▮▮▮ Handsets and ▮▮ Non-Handsets]
- Auto: Units down driven by lower sell through; Chinese government import bans impacting LG's business

Qualcomm Technologies, Inc. Confidential – For Internal Use Only

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

CX8190-067

# FY18 QCT Chipset Forecast, by Qtr

## QCT units down ▓ vs prior driven by Non-HS, offset with low-end strength in China



- FY18 TAM down versus stratplan [▓, ▓ Handsets and ▓ Non-Handsets]
- FY18 QCT Units down versus stratplan [▓ Handsets and ▓ Non-Handsets]
- Auto: Units down driven by lower sell through; Chinese government import bans impacting LG's business

Qualcomm Technologies, Inc. Confidential – For Internal Use Only

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

CX8190-068

# FY18 QCT Chipset Forecast Delta, by Qtr

## QCT units down ▮▮▮ vs prior driven by Non-HS, offset with low-end strength in China



- FY18 TAM down versus stratplan ▮▮▮▮▮▮▮ Handsets and ▮▮▮ Non-Handsets]
- FY18 QCT Units down versus stratplan [▮▮▮▮▮▮ Handsets and ▮▮▮ Non-Handsets]
- Auto: Units down driven by lower sell through; Chinese government import bans impacting LG's business

Qualcomm Technologies, Inc. Confidential – For Internal Use Only

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

CX8190-069



HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

CX8190-259



HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

CX8190-260



HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

CX8190-261



HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

CX8190-262



HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

CX8190-263



HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

CX8190-265



HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

CX8190-266



HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

CX8190-267



HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

CX8190-268