UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | Case No. 17-CV-00220-LHK |
|---|---|
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART APPLE'S ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| QUALCOMM INCORPORATED, | Re: Dkt. No. 1270 |
| Defendant. | |

Applying the compelling reasons standard, the Court rules on Apple's motion to seal as follows.

| Document | Portion | Ruling |
|---|---|---|
| Lasinski Demonstrative | Selected portion of p. 8 | GRANTED. |
| QX9121 | Selected portions | This request is moot. The Court sustained the FTC's objection to this exhibit and it will not be introduced at trial. ECF No. 1267. |

| Document | Portion | Ruling |
|---|---|---|
| QX9114 | All selected portions | DENIED without prejudice.  The sealing request on this 129-page document is overly broad.  The party that seeks to move this document into evidence or to question a witness about this document must identify the portions of this document the moving party intends to use and the relevance of those portions in order to aid the Court in evaluating the probative value of the information.  Apple may then make narrowly-tailored sealing requests as to those particular portions.  The moving party must use their trial evidence time for this sealing process. |

**IT IS SO ORDERED.**

Dated: January 13, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2
Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART APPLE'S ADMINISTRATIVE MOTION TO SEAL