UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, et al., Plaintiffs, v. QUALCOMM INCORPORATED, et al., Defendants. | Case No. 17-CV-00220-LHK<br><br>**ORDER GRANTING IN PART AND DENYING IN PART HUAWEI'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. No. 1277 |
|---|---|

Applying the compelling reasons standard, the Court rules on Huawei's motion to seal as follows. By Monday, January 14, 2019, at 5:00 p.m., Huawei shall refile a redacted public version of the below document consistent with the Court's sealing rulings.

| Document | Portion | Ruling |
|---|---|---|
| Yu Deposition | 43:23-44:8 | DENIED. |
| Yu Deposition | 47:17-24 | DENIED. The Court's previous ruling sealing this portion was in error. This portion does not satisfy the compelling reasons standard for sealing. |
| Yu Deposition | 47:25-48:3 | GRANTED. |
| Yu Deposition | 70:20-25 | DENIED. The Court's previous ruling sealing the question was in error. This question does not satisfy the compelling reasons standard for sealing. |

**IT IS SO ORDERED.**

Dated: January 13, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART HUAWEI'S ADMINISTRATIVE MOTION TO SEAL