UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALCOMM INCORPORATED,<br><br>    Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER REGARDING QUALCOMM'S UNSEALING OF APPLE PAYMENT AMOUNT** |

On Friday, January 11, 2019, Qualcomm Inc.'s ("Qualcomm") CEO Steve Mollenkopf testified that non-party Apple, in exchange for an exclusivity agreement, "wanted [Qualcomm] to pay [Apple], I think it was a billion dollars." Transcript at 819:4-5. Mollenkopf also testified that as part of the resulting Transition Agreement that Qualcomm and Apple reached in 2011, "[Qualcomm] would pay [Apple] a billion dollars in incentive." *Id.* at 822:23-24. At the trial, Qualcomm's trial counsel stated that the $1 billion figure was "known and not sealed." *Id.* at 823:3-4.

However, on Thursday, January 10, 2019, Qualcomm represented that the $1 billion amount of Qualcomm's incentive payment to Apple was a "confidential pricing term" and sought to seal references to the $1 billion figure. *See* ECF No. 1216; ECF No. 1216-1, ¶ 20. The Court

granted Qualcomm's motion to seal the $1 billion payment amount based on Qualcomm's representation that the $1 billion figure was a "confidential pricing term." ECF No. 1235.

After having successfully sealed the $1 billion payment amount, Qualcomm then asserted in a filing Friday night that the $1 billion incentive in the 2011 Transition Agreement is not confidential because it is public information. ECF No. 1269 at 1. Qualcomm cited the FTC's public complaint in this action, which alleges only that "Qualcomm's 2011 and 2013 agreements with Apple provided for billions of dollars in conditional rebates from Qualcomm to Apple." ECF No. 1 ¶ 124. Contrary to Qualcomm's assertion, the FTC's complaint does not reveal that Qualcomm paid Apple $1 billion via the 2011 Transition Agreement. Qualcomm does not cite any instance where the specific amount paid by Qualcomm to Apple via the 2011 Transition Agreement has been publicly revealed.

In its motion to seal, Qualcomm asserted that compelling reasons merited sealing both the $1 billion total payment amount and the amounts Qualcomm paid to Apple via specific funds in order to reach that $1 billion amount. ECF No. 1216. Now that Qualcomm has chosen to publicly reveal the $1 billion payment amount, compelling reasons no longer exist to seal the amounts Qualcomm paid to Apple via specific funds in order to reach the $1 billion total payment amount.

Therefore, Qualcomm shall unseal any references to the $1 billion payment amount and the amounts Qualcomm paid to Apple via specific funds in order to reach that $1 billion amount. By January 14, 2019, at 8:00 a.m., Qualcomm shall file revised public redacted versions of any documents containing those figures consistent with this order.

**IT IS SO ORDERED.**

Dated: January 13, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge