UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER DENYING WITHOUT PREJUDICE AVANCI'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 1280 |

On Sunday evening, Avanci filed a motion to seal lengthy documents and demanded a ruling before Monday morning. Avanci's motion is untimely and therefore DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: January 13, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-00220-LHK
ORDER DENYING WITHOUT PREJUDICE AVANCI'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL