# CX0103

# REDACTED VERSION

## Revenues and WCDMA units sold under WCDMA and CDMA license agreements signed between OEMs and Qualcomm

*Federal Trade Commission v. Qualcomm Incorporated*, Case No. 5:17-cv-00220-LHK-NMC (N.D. Cal.)
Summary Pursuant to Federal Rule of Evidence 1006

| Company name | Contract number | License type | WCDMA-only license (as flagged in Nevo report) | WCDMA license signed before LTE (before 2011) | License effective date CDMA | License effective date WCDMA | Total royalty | Total gross handset revenue | MediaTek WCDMA units | Qualcomm WCDMA units | Total WCDMA units |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Action Prowave Tech, Ltd. | ACT-151459 | Non-Government | No | No | 12/13/2011 | 12/13/2011 | | | | | |
| Action Prowave Tech, Ltd. | ACT-151459-AR1 | Non-Government | No | No | 12/13/2011 | 12/13/2011 | | | | | |
| Agama Telecommunication, Ltd. | AGA-153221 | Non-Government | Yes | No | | 1/10/2012 | | | | | |
| Agold Communication Co., Ltd. | AGO-102720 | Non-Government | Yes | Yes | | 2/25/2010 | | | | | |
| A'Hong Communication & Digital Information Group Company Limited | AHO-112172 | Non-Government | No | Yes | 8/18/2010 | 8/18/2010 | | | | | |
| Aiji Systems Co., Ltd. | AIJ-22141 | Non-Government | No | No | 11/17/2005 | | | | | | |
| AL Communications Co., Ltd. | ALC-05051 | Non-Government | No | No | 6/12/2003 | | | | | | |
| Alcatel-Lucent USA Inc. | AME-03618 | Non-Government | No | Yes | 7/3/1990 | 7/3/1990 | | | | | |
| Alps Electric Co., Ltd. | ALP-02717 | Non-Government | Yes | Yes | 8/23/1992 | 11/20/2001 | | | | | |
| Amoi Mobile Co., Ltd. | AMO-10355 | Non-Government | Yes | Yes | 5/27/2004 | 4/26/2005 | | | | | |
| AnyDATA Corporation | UNI-04268 | Non-Government | Yes | Yes | 6/21/1999 | 12/1/2000 | | | | | |
| Arasor International Group Holding Limited Company | ARA-24910 | Non-Government | No | No | 3/13/2006 | | | | | | |
| Arima Communications Corporation | ARI-82771 | Non-Government | Yes | Yes | | 2/10/2009 | | | | | |
| ASUSTeK Computer, Inc. | ASK-333128 | Non-Government | Yes | No | | 1/1/2016 | | | | | |
| ASUSTeK Computer, Inc. | ASU-54699 | Non-Government | Yes | Yes | | 10/11/2007 | | | | | |
| Axesstel, Inc. | AXE-02737 | Non-Government | Yes | Yes | 11/14/2000 | 10/2/2007 | | | | | |
| BBK Communication Technology Co., Ltd. | BBK-99981 | Non-Government | Yes | Yes | | 12/28/2009 | | | | | |
| BBK Communication Technology Co., Ltd. | VIV-344242 | Non-Government | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| Beijing ErenEben Information Technology Co., Ltd. | BEI-125926-AR1 | Non-Government | Yes | No | | 3/29/2012 | | | | | |
| Beijing ErenEben Information Technology Co., Ltd. | BEI-125926 | Non-Government | Yes | No | | 4/6/2011 | | | | | |
| Beijing Tianyu Communication Equipment Co., Ltd. | BEI-78176 | Non-Government | No | Yes | 11/17/2008 | 11/17/2008 | | | | | |
| Bess Mobile Holding S.A. | BES-102327 | Non-Government | Yes | Yes | | 2/17/2010 | | | | | |
| Best Korea Mold, Inc. dba BKM Inc. | BES-308466 | Non-Government | No | No | 7/29/2015 | 7/29/2015 | | | | | |
| Bittium Technologies Ltd. | ELE-186005 | Non-Government | Yes | No | | 2/21/2013 | | | | | |
| Bkav Corporation | BKA-206411 | Non-Government | Yes | No | | 12/11/2013 | | | | | |
| BlackBerry Limited | RES-04201 | Non-Government | Yes | Yes | 3/22/2000 | 3/21/2001 | | | | | |
| Bluebank Communication Technology Co., Ltd. | BLU-369640 | Non-Government | Yes | No | 6/22/2017 | 6/22/2017 | | | | | |
| Bluebank Communication Technology Co., Ltd. | BLU-220666 | Non-Government | Yes | No | | 6/16/2014 | | | | | |
| Borqs International Holding Corp. | BOR-198572 | Non-Government | No | No | 8/22/2013 | 8/22/2013 | | | | | |
| Brighter Wireless Technology (Beijing) Ltd. | BRI-155149 | Non-Government | Yes | No | | 1/26/2012 | | | | | |
| Britania Eletrodomesticos S.A. | BRI-184277 | Non-Government | Yes | No | | 2/5/2013 | | | | | |
| Cal-Comp Electronics (Thailand) Public Company Limited | CAL-41148 | Non-Government | No | No | 12/15/2006 | | | | | | |
| Casio Computer Co., Ltd. | CAS-02771 | Non-Government | Yes | Yes | 3/24/1998 | 12/5/2005 | | | | | |
| Cathay Communications International Limited | CAT-101471 | Non-Government | Yes | Yes | 12/9/2010 | 2/3/2010 | | | | | |
| CEC Telecom Co. Ltd. | CEC-09052 | Non-Government | No | No | 3/9/2004 | | | | | | |
| CHANGJIA Group Co., Ltd. | CHA-214592 | Non-Government | Yes | No | | 4/7/2014 | | | | | |
| Cheng Uei Precision Industry Co., Ltd. | CHE-106332 | Non-Government | No | Yes | 5/4/2010 | 5/4/2010 | | | | | |
| Chengdu BONA Communication Technology Co., Ltd. | CHE-146728 | Non-Government | Yes | No | | 9/19/2011 | | | | | |
| Cherish Telecom Co., Ltd. | CHE-13389 | Non-Government | No | No | 6/20/2000 | | | | | | |
| Chicony Electronics Co., Ltd. | CHI-345839 | Non-Government | No | No | 8/19/2016 | 8/19/2016 | | | | | |
| China Zhenhua (Group) Science & Technology Co., Ltd. | CHI-62836 | Non-Government | No | No | 4/7/2008 | | | | | | |
| Chongqing Datang New Digital Co., Ltd. | CHO-147796 | Non-Government | Yes | No | | 10/27/2011 | | | | | |
| CK Telecom Limited | CKT-94072 | Non-Government | Yes | Yes | | 8/11/2009 | | | | | |
| CK Telecom Limited | CKT-94072-AR1 | Non-Government | Yes | No | 5/12/2014 | 5/12/2014 | | | | | |
| CloudMinds (Shenzhen) Holdings Co., Ltd. | CLO-373514 | Non-Government | No | No | 9/21/2017 | 9/21/2017 | | | | | |
| Compal Electronics, Inc. | COM-02786 | Non-Government | Yes | Yes | 2/10/2000 | 6/22/2007 | | | | | |
| Companhia Brasileira de Tecnologia Digital S.A. | COM-186977 | Non-Government | Yes | No | | 3/28/2013 | | | | | |
| Company 129 Limited | COM-361343 | Non-Government | No | No | 6/8/2017 | 6/8/2017 | | | | | |
| Compass Information Technology Ltd. | COM-152964 | Non-Government | Yes | No | | 12/21/2011 | | | | | |
| Creditel, Inc. | CRE-13392 | Non-Government | No | No | 3/22/2002 | | | | | | |
| Crest Glory Corporation | EAN-02850 | Non-Government | Yes | Yes | 9/22/2000 | 12/1/2000 | | | | | |
| Cybertel Bridge Co., Ltd. | CYB-342299 | Non-Government | No | No | 7/11/2016 | 7/11/2016 | | | | | |
| Datawind Innovations Private Limited | UNI-153935 | Non-Government | No | No | 1/13/2012 | 1/13/2012 | | | | | |
| Deming Tongxun (Shanghai) Ltd. | ASI-63505 | Non-Government | No | Yes | 4/16/2008 | 4/16/2008 | | | | | |
| Denso Corporation | DEN-02875 | Non-Government | Yes | Yes | 3/28/1996 | 11/30/2000 | | | | | |
| Dewav Electronics Technology (Group) Co., Ltd. | SHA-155167-AR1 | Non-Government | Yes | No | | 6/6/2013 | | | | | |

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

## Revenues and WCDMA units sold under WCDMA and CDMA license agreements signed between OEMs and Qualcomm
*Federal Trade Commission v. Qualcomm Incorporated*, Case No. 5:17-cv-00220-LHK-NMC (N.D. Cal.)
Summary Pursuant to Federal Rule of Evidence 1006

| Company name | Contract number | License type | WCDMA-only license (as flagged in Nevo report) | WCDMA license signed before LTE (before 2011) | License effective date CDMA | License effective date WCDMA | Total royalty | Total gross handset revenue | MediaTek WCDMA units | Qualcomm WCDMA units | Total WCDMA units |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dewav Electronics Technology (Group) Co., Ltd. | SHA-155167 | Non-Government | Yes | No | | 2/2/2012 | | | | | |
| Digibee Mobile Ltd. | DIG-42906 | Non-Government | Yes | Yes | 2/15/2007 | 1/26/2009 | | | | | |
| Digibee Mobile Ltd. | DIG-41151 | Non-Government | No | No | 12/18/2006 | | | | | | |
| Digibras Industria do Brasil S.A. | DIG-162224 | Non-Government | Yes | No | | 5/2/2012 | | | | | |
| Egyptian Electronics Technology Company S.A.E. | EGY-14486 | Non-Government | No | No | 2/16/2005 | | | | | | |
| Electronics Company Limited | ELE-233745 | Non-Government | Yes | No | | 11/26/2014 | | | | | |
| EpiCom Co., Ltd. | SUN-17371 | Non-Government | No | No | 3/31/2005 | | | | | | |
| Ericsson | TEL-04585 | Non-Government | No | Yes | 3/24/1999 | 3/24/1999 | | | | | |
| Eternity Electronics Pvt. Ltd. | ETE-131262 | Non-Government | No | No | 6/30/2011 | 6/30/2011 | | | | | |
| FIH Mobile Limited | FOX-190525 | Non-Government | No | No | 4/23/2013 | 4/23/2013 | | | | | |
| FIH Mobile Limited | FOX-21715 | Non-Government | Yes | Yes | 10/18/2005 | 3/27/2006 | | | | | |
| Flex Ltd. | FLE-234493 | Non-Government | No | No | 10/1/2014 | 10/1/2014 | | | | | |
| Flex Ltd. | FLE-09161 | Non-Government | No | Yes | 2/27/2004 | 2/27/2004 | | | | | |
| Flyaudio Corporation | FLY-153187 | Non-Government | Yes | No | | 1/10/2012 | | | | | |
| Foxda Technology Industrial (Shenzhen) Co., Ltd. | FOX-102320 | Non-Government | No | No | 2/17/2010 | | | | | | |
| Foxda Technology Industrial (Shenzhen) Co., Ltd. | FOX-102320-AR1 | Non-Government | Yes | No | 6/30/2011 | 6/30/2011 | | | | | |
| Freight Security Net, Inc. | FRE-106297 | Non-Government | No | No | 5/4/2010 | | | | | | |
| Fujitsu Limited | FUJ-02905 | Non-Government | Yes | Yes | 7/24/1995 | 9/27/2000 | | | | | |
| Full Link Electronics Limited | FUL-127593 | Non-Government | No | No | 12/31/2011 | | | | | | |
| G Plus (HK) Technology Co., Limited | GPL-225271 | Non-Government | Yes | No | | 8/12/2014 | | | | | |
| Galaxy Microsystems Limited | GAL-210072 | Non-Government | Yes | No | | 2/5/2014 | | | | | |
| Garmin Corporation | GAR-03219 | Non-Government | No | No | 5/9/2000 | | | | | | |
| Giga-Byte Technology Co., Ltd. | GIG-35854 | Non-Government | Yes | Yes | | 7/21/2006 | | | | | |
| Gionee Communications Equipment Co., Ltd. | GIO-358754 | Non-Government | No | No | 10/1/2016 | 10/1/2016 | | | | | |
| Gionee Communications Equipment Co., Ltd. | GIO-84512 | Non-Government | No | Yes | 3/20/2009 | 3/20/2009 | | | | | |
| Gowell Telecom Technology Limited | GOW-86923 | Non-Government | No | Yes | 5/6/2009 | 5/6/2009 | | | | | |
| GTRAN Wireless, Inc. | FIR-03153 | Non-Government | Yes | Yes | 6/23/2000 | 4/30/2001 | | | | | |
| GuangDong OPPO Mobile Telecommunications Corp. Ltd. | GUA-84716 | Non-Government | Yes | Yes | | 3/25/2009 | | | | | |
| GuangDong OPPO Mobile Telecommunications Corp. Ltd. | GUA-343822 | Non-Government | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| Guangzhou Hedy Digital Technology Co., Ltd. | GUA-156900 | Non-Government | Yes | No | | 3/1/2012 | | | | | |
| Guangzhou Jinpeng Group Co., Ltd. | GUA-17374 | Non-Government | No | No | 3/16/2005 | | | | | | |
| Guangzhou Ruixin Electronics Co., Ltd. | GUA-226176 | Non-Government | Yes | No | | 8/1/2014 | | | | | |
| Hangzhou Gozone Communication Technology Co., Ltd. | HAN-103744 | Non-Government | No | Yes | 3/18/2010 | 3/18/2010 | | | | | |
| Hanwha Corporation | HAN-04272 | Non-Government | No | No | 9/9/1997 | | | | | | |
| Harbour Technologies | HAR-13594 | Non-Government | No | No | 11/23/2004 | | | | | | |
| Hi-P International Limited | HIP-183713 | Non-Government | Yes | No | | 2/13/2013 | | | | | |
| Himachal Futuristic Communication Limited | MON-34725 | Non-Government | No | No | 6/15/2006 | | | | | | |
| Hitachi, Ltd. | HIT-213072 | Non-Government | No | No | 1/1/2014 | 1/1/2014 | | | | | |
| Hitachi, Ltd. | KOK-03215 | Non-Government | No | No | 3/28/1997 | | | | | | |
| Hitachi, Ltd. | HIT-03177 | Non-Government | Yes | Yes | 9/12/1997 | 3/17/2000 | | | | | |
| Hong Kong Goodtech Communication Co., Limited | SHE-76852 | Non-Government | No | No | 10/17/2008 | | | | | | |
| Hop-On Wireless, Inc. | HOP-03387 | Non-Government | No | No | 10/15/2002 | | | | | | |
| Hop-On Wireless, Inc. | HOP-20986 | Non-Government | No | No | 9/21/2005 | | | | | | |
| HTC Corporation | HIG-03268 | Non-Government | No | Yes | 12/20/2000 | 12/20/2000 | | | | | |
| Huaqin Telecom Technology Co., Ltd. | SHA-69699 | Non-Government | Yes | Yes | 6/29/2008 | 7/22/2009 | | | | | |
| Huawei Device Co., Ltd. | HUA-235522 | Non-Government | Yes | No | | 7/1/2014 | | | | | |
| Hughes Network Systems, LLC | HUG-13408 | Non-Government | No | No | 12/22/1995 | | | | | | |
| Huizhou BYD Electronic Co., Ltd. | BYD-50227 | Non-Government | Yes | Yes | 7/20/2007 | 4/15/2008 | | | | | |
| Huzhou Zhiyuan Share Technology Co., Ltd. | HUZ-193714 | Non-Government | Yes | No | | 6/25/2013 | | | | | |
| Hytera Communications Co., Ltd. | HYT-339707 | Non-Government | No | No | 7/11/2016 | 7/11/2016 | | | | | |
| IDEA International Development Limited | IDE-200182 | Non-Government | Yes | No | | 9/11/2013 | | | | | |
| Infomark Co., Ltd. | INF-234319 | Non-Government | Yes | No | | 12/10/2014 | | | | | |
| Inhon Communications Co. Ltd. | INH-157843 | Non-Government | No | No | 3/1/2012 | 3/1/2012 | | | | | |
| inkel Corporation | HAI-02859 | Non-Government | No | No | 12/26/1996 | | | | | | |
| Innominds Software Pvt. Ltd. | INN-146689-AR1 | Non-Government | No | No | 6/6/2013 | 6/6/2013 | | | | | |
| Innominds Software Pvt. Ltd. | INN-146689 | Non-Government | No | No | 10/12/2011 | 10/12/2011 | | | | | |

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

## Revenues and WCDMA units sold under WCDMA and CDMA license agreements signed between OEMs and Qualcomm
*Federal Trade Commission v. Qualcomm Incorporated*, Case No. 5:17-cv-00220-LHK-NMC (N.D. Cal.)
Summary Pursuant to Federal Rule of Evidence 1006

| Company name | Contract number | License type | WCDMA-only license (as flagged in Nevo report) | WCDMA license signed before LTE (before 2011) | License effective date CDMA | License effective date WCDMA | Total royalty | Total gross handset revenue | MediaTek WCDMA units | Qualcomm WCDMA units | Total WCDMA units |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Inventec Appliances Corp. | INV-24256 | Non-Government | No | Yes | 12/10/2005 | 12/10/2005 | | | | | |
| IQLinks Limited Liability Company | IQL-25430 | Non-Government | No | No | 3/18/2006 | | | | | | |
| iWave Systems Technologies Private Limited | IWA-367823 | Non-Government | No | No | 5/15/2017 | 5/15/2017 | | | | | |
| JDM Mobile Internet Solution (Shanghai) Co., Ltd. | JDM-210897 | Non-Government | Yes | No | | 2/20/2014 | | | | | |
| JiangXi JingGangShan Cking Communication Technology Ltd. | JIA-108552 | Non-Government | Yes | Yes | | 6/11/2010 | | | | | |
| JSR Limited | JSR-114717 | Non-Government | No | Yes | 9/16/2010 | 9/16/2010 | | | | | |
| JSR Limited | JSR-114717-AR1 | Non-Government | No | No | 7/1/2012 | 7/1/2012 | | | | | |
| JVC Kenwood Corporation | KEN-03409 | Non-Government | Yes | Yes | 6/28/1996 | 11/30/2000 | | | | | |
| Kangzhan Electronic Technology (Hong Kong) Limited | KAN-374737 | Non-Government | No | No | 9/27/2017 | 9/27/2017 | | | | | |
| KingShine Communication Technology Co., Ltd. | KIN-153124 | Non-Government | Yes | No | | 1/11/2012 | | | | | |
| Koninklijke Philips N.V. | KON-03548 | Non-Government | No | Yes | 2/26/1998 | 2/26/1998 | | | | | |
| KT Freetel Co., Ltd. | KTF-13442 | Non-Government | No | No | 2/18/1998 | | | | | | |
| KyeongWon Industry Inc. | UBI-20784 | Non-Government | No | No | 9/8/2005 | | | | | | |
| Kyocera Corporation | KYO-02727 | Non-Government | Yes | Yes | 8/31/1996 | 9/29/2000 | | | | | |
| Le Shi Zhi Xin Electronic Technology (Tianjin) Limited | LES-204616 | Non-Government | Yes | No | | 11/14/2013 | | | | | |
| LeadTek Research Inc. | LEA-79452 | Non-Government | Yes | Yes | | 12/3/2008 | | | | | |
| Lemobile Information Technology (Beijing) Co., Ltd. | LEM-352536 | Non-Government | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| LEO Integrated Technologies Pvt. Ltd. | LEO-82511 | Non-Government | No | Yes | 2/5/2009 | 2/5/2009 | | | | | |
| Lime-I Co., Ltd. | SUN-17371-AR1 | Non-Government | No | No | 6/30/2011 | | | | | | |
| Linktop Technology Co., Ltd. | LIN-78173 | Non-Government | Yes | Yes | 11/15/2008 | 9/21/2009 | | | | | |
| Longcheer Telecommunication Limited | LON-26373 | Non-Government | Yes | Yes | 8/18/2010 | 3/25/2008 | | | | | |
| MDO Wireless Technology Co., Limited | MDO-125923 | Non-Government | No | No | 4/6/2011 | 4/6/2011 | | | | | |
| Meida Communication (Shenzhen) Co., Ltd. | MEI-234834 | Non-Government | Yes | No | | 12/19/2014 | | | | | |
| MeiG Smart Technology Co., Ltd. | SHE-155910 | Non-Government | Yes | No | | 2/16/2012 | | | | | |
| Meizu Technology Co., Ltd. | MEI-358748 | Non-Government | No | No | 1/1/2017 | 1/1/2017 | | | | | |
| MiTAC International Corporation | MIT-69378 | Non-Government | Yes | Yes | | 7/1/2008 | | | | | |
| Mitsubishi Electric Corporation | MIT-03774 | Non-Government | Yes | Yes | 2/22/1995 | 9/30/2000 | | | | | |
| Mobinnova Corp. | MOB-34181 | Non-Government | Yes | Yes | 4/15/2008 | 6/5/2006 | | | | | |
| Mobitek Communication Limited | MOB-162893 | Non-Government | Yes | No | | 5/24/2012 | | | | | |
| MobiWire | SAG-47563 | Non-Government | Yes | Yes | | 4/27/2007 | | | | | |
| Modottel Co., Ltd. | MOD-03778 | Non-Government | No | No | 7/2/2002 | | | | | | |
| modu Ltd. | MOD-83290 | Non-Government | Yes | Yes | | 3/2/2009 | | | | | |
| Motorola Mobility Holdings LLC | MOT-04810 | Non-Government | Yes | Yes | 9/26/1990 | 4/11/2003 | | | | | |
| Motorola Solutions, Inc. | MOT-309826 | Non-Government | No | No | 7/23/2015 | 7/23/2015 | | | | | |
| Multilaser Industrial S.A. | MUL-206832 | Non-Government | Yes | No | | 12/17/2013 | | | | | |
| NEC Corporation | NEC-03979 | Non-Government | Yes | Yes | 12/15/1994 | 10/31/2000 | | | | | |
| NeoPoint, Inc. | NEO-07363 | Non-Government | No | No | 9/23/1999 | | | | | | |
| NewGen Telecom Co., Ltd. | NEW-24783 | Non-Government | No | Yes | 2/23/2006 | 2/23/2006 | | | | | |
| Newings Communication Equipment Co., Ltd. | NEW-180489 | Non-Government | No | No | 12/11/2012 | | | | | | |
| NG Industrial Ltda. | NGI-03780 | Non-Government | No | No | 12/31/1999 | | | | | | |
| Ningbo Sanxing Communication Equipment Co., Ltd. | NIN-176327 | Non-Government | Yes | No | | 10/16/2012 | | | | | |
| Nokia Corporation | NOK-76639 | Non-Government | No | Yes | 7/22/2008 | 7/22/2008 | | | | | |
| Nokia Corporation | NOK-04052 | Non-Government | No | No | 4/9/1992 | | | | | | |
| Nokia Corporation | NOK-02731 | Non-Government | Yes | Yes | 7/2/2001 | 7/2/2001 | | | | | |
| Nollec Wireless Co., Ltd. | NOL-197309 | Non-Government | Yes | No | | 8/6/2013 | | | | | |
| Novatel Wireless, Inc. | NOV-03781 | Non-Government | Yes | Yes | 5/5/2000 | 8/1/2002 | | | | | |
| OKI Electric Industry Co., Ltd. | OKI-13493 | Non-Government | No | Yes | 7/26/1991 | 7/26/1991 | | | | | |
| ONSE Telecom | AXE-13595 | Non-Government | No | No | 12/15/2004 | | | | | | |
| Panasonic System Solutions Japan Co., Ltd. | MAT-04007 | Non-Government | No | Yes | 12/20/1993 | 12/20/1993 | | | | | |
| Pantech, Inc. | PAN-354970 | Non-Government | No | No | 9/11/2017 | 9/11/2017 | | | | | |
| Pegatron Corporation | PEG-106462 | Non-Government | Yes | Yes | 4/29/2010 | 6/1/2010 | | | | | |
| Phicomm (Shanghai) Co., Ltd. | SHA-150341 | Non-Government | No | No | 11/29/2011 | 11/29/2011 | | | | | |
| Positivo Tecnologia S.A. | POS-190520 | Non-Government | Yes | No | | 5/15/2013 | | | | | |
| Prowave Technology Co., Limited | PRO-90542 | Non-Government | No | Yes | 3/29/2010 | 3/29/2010 | | | | | |
| PT. NOXX Teknologi Inovasi | PTN-340053 | Non-Government | No | No | 1/9/2017 | 1/9/2017 | | | | | |
| PT. Prasimax Inovasi Teknologi | PTP-363982 | Non-Government | No | No | 6/12/2017 | 6/12/2017 | | | | | |

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

**Revenues and WCDMA units sold under WCDMA and CDMA license agreements signed between OEMs and Qualcomm**
*Federal Trade Commission v. Qualcomm Incorporated*, Case No. 5:17-cv-00220-LHK-NMC (N.D. Cal.)
Summary Pursuant to Federal Rule of Evidence 1006

bottom

| Company name | Contract number | License type | WCDMA-only license (as flagged in Nevo report) | WCDMA license signed before LTE (before 2011) | License effective date CDMA | License effective date WCDMA | Total royalty | Total gross handset revenue | MediaTek WCDMA units | Qualcomm WCDMA units | Total WCDMA units |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PT. Tata Sarana Mandiri | PTT-341882 | Non-Government | No | No | 7/11/2016 | 7/11/2016 | | | | | |
| Q Innovations Private Limited | QIN-97728 | Non-Government | No | Yes | 11/4/2009 | 11/4/2009 | | | | | |
| Qisda Corporation | BEN-13951 | Non-Government | Yes | Yes | 1/6/2005 | 1/6/2005 | | | | | |
| Qisda Corporation | ACE-02287 | Non-Government | No | No | 8/5/1998 | | | | | | |
| QUANTA Computer Inc. | QUA-25540 | Non-Government | Yes | Yes | 10/27/2010 | 3/28/2006 | | | | | |
| Queclink Wireless Solutions Co., Ltd. | QUE-335201 | Non-Government | No | No | 1/26/2016 | 1/26/2016 | | | | | |
| Ragentek Technology Group Limited | RAG-124072 | Non-Government | Yes | No | | 3/8/2011 | | | | | |
| REACH Tech (Xiamen) Co., Ltd. | REA-86405 | Non-Government | Yes | Yes | | 4/29/2009 | | | | | |
| REACH Tech (Xiamen) Co., Ltd. | REA-128647 | Non-Government | No | No | 4/21/2011 | | | | | | |
| Sanyo Electric Co., Ltd. | SAN-04228 | Non-Government | Yes | Yes | 7/17/1995 | 6/30/2000 | | | | | |
| Semi5 India Private Limited | SEM-334543 | Non-Government | No | No | 2/2/2016 | 2/2/2016 | | | | | |
| Semp Toshiba Informatica Ltda. | SEM-170083 | Non-Government | Yes | No | | 8/13/2012 | | | | | |
| Shanghai Basewin Technology Co., Ltd. | SHA-182693 | Non-Government | No | No | 1/22/2013 | 1/22/2013 | | | | | |
| Shanghai Kinglink Information Technology Corp. Ltd. | KIN-187979 | Non-Government | Yes | No | | 4/11/2013 | | | | | |
| Shanghai LovDream Communication Technology Co., Ltd. | SHA-233566 | Non-Government | Yes | No | | 11/26/2014 | | | | | |
| Shanghai MobileTek Communication Ltd. | SHA-356399 | Non-Government | No | No | 10/18/2017 | 10/18/2017 | | | | | |
| Shanghai MobileTek Communication Ltd. | SHA-128236-AR1 | Non-Government | Yes | No | | 3/21/2012 | | | | | |
| Shanghai Wind Science and Technologies Co., Ltd. | SHA-370860 | Non-Government | No | No | 1/1/2017 | 1/1/2017 | | | | | |
| Shanghai YiXi Technology Co., Ltd. | SHA-225317 | Non-Government | Yes | No | | 8/12/2014 | | | | | |
| SHARP Corporation | SHA-02726 | Non-Government | Yes | Yes | 4/30/1997 | 9/22/2000 | | | | | |
| Shenzhen Basicom Electronic Co., Ltd. | SHE-198599 | Non-Government | Yes | No | | 8/22/2013 | | | | | |
| Shenzhen Bestone Technology Co., Ltd. | SHE-173781 | Non-Government | Yes | No | | 9/20/2012 | | | | | |
| Shenzhen Coosea Electronics Industry Co., Ltd. | SHE-146838 | Non-Government | Yes | No | | 10/12/2011 | | | | | |
| Shenzhen COSHIP Electronics Co., Ltd. | SHE-86398 | Non-Government | No | No | 4/14/2009 | | | | | | |
| Shenzhen Eidolon Communications Technology Co., Ltd. | SHE-126676 | Non-Government | Yes | No | | 4/14/2011 | | | | | |
| Shenzhen EINPAD Digital Co., Ltd. | SHE-107097 | Non-Government | No | No | 5/19/2010 | | | | | | |
| Shenzhen Eycom Technology Co., Ltd. | SHE-158571 | Non-Government | Yes | No | | 3/21/2012 | | | | | |
| Shenzhen GaoRan Communication Co., Ltd. | SHE-373981 | Non-Government | No | No | 9/8/2017 | 9/8/2017 | | | | | |
| Shenzhen Grandsun Electronic Co., Ltd. | SHE-341757 | Non-Government | No | No | 9/7/2016 | 9/7/2016 | | | | | |
| Shenzhen Heyuan Electronics Co., Ltd. | HEY-233374 | Non-Government | Yes | No | | 1/1/2014 | | | | | |
| Shenzhen Highcharacter Science and Technology Development Co., Ltd. | SHE-372078 | Non-Government | No | No | 7/18/2017 | 7/18/2017 | | | | | |
| Shenzhen Hipad Telecommunication Technology Co., Ltd. | SHE-170492 | Non-Government | Yes | No | | 8/23/2012 | | | | | |
| Shenzhen HISIKI Communication Technology Co., Ltd. | SHE-190889 | Non-Government | Yes | No | | 5/21/2013 | | | | | |
| Shenzhen Hongyu Shun Technology Limited | SHE-191676 | Non-Government | Yes | No | | 5/30/2013 | | | | | |
| Shenzhen Huaxuchang Telecom Technology Co., Ltd. | SHE-129167 | Non-Government | Yes | No | | 5/26/2011 | | | | | |
| Shenzhen Huiye Communication Technology Co., Ltd. | SHE-371819 | Non-Government | No | No | 10/16/2017 | 10/16/2017 | | | | | |
| Shenzhen Huiye Communication Technology Co., Ltd. | SHE-131564 | Non-Government | Yes | No | | 7/8/2011 | | | | | |
| Shenzhen iRedscarf S&T Co., Ltd. | SHE-376463 | Non-Government | No | No | 11/3/2017 | 11/3/2017 | | | | | |
| Shenzhen Kenxinda Technology Co., Ltd. | SHE-179691 | Non-Government | Yes | No | | 12/6/2012 | | | | | |
| Shenzhen Kingsun Technology Co., Ltd. | SHE-101537 | Non-Government | No | Yes | 1/27/2010 | 1/27/2010 | | | | | |
| ShenZhen KINODA Technology Co., Ltd. | SHE-157820 | Non-Government | Yes | No | | 3/8/2012 | | | | | |
| Shenzhen Kuang Sheng Technology Co., Ltd. | SHE-180015 | Non-Government | Yes | No | | 12/11/2012 | | | | | |
| Shenzhen Loongtake Industrial Development Co., Ltd. | LON-151217 | Non-Government | Yes | No | | 12/13/2011 | | | | | |
| Shenzhen Malata Mobile Communication Co., Ltd. | SHE-171669 | Non-Government | Yes | No | | 9/5/2012 | | | | | |
| Shenzhen Sangfei Consumer Communications Co., Ltd. | SHE-130188 | Non-Government | Yes | No | | 6/16/2011 | | | | | |
| Shenzhen Sanmu Intelligent Technology Co., Ltd. | SHE-83671 | Non-Government | No | No | 3/9/2009 | | | | | | |
| Shenzhen Sanmu Intelligent Technology Co., Ltd. | SHE-83671-AR1 | Non-Government | Yes | Yes | 5/6/2009 | 5/6/2009 | | | | | |
| Shenzhen Sanyu Electronic Co., Ltd. | SHE-188889 | Non-Government | Yes | No | | 4/25/2013 | | | | | |
| Shenzhen Shijitianyuan Communication Technology Co., Ltd. | SHE-84503 | Non-Government | No | No | 3/4/2009 | | | | | | |
| Shenzhen Sunny Electronic Co., Ltd. | SHE-89530 | Non-Government | No | Yes | 6/9/2009 | 6/9/2009 | | | | | |
| Shenzhen Tinno Mobile Technology Corp. | SHE-124845 | Non-Government | Yes | No | | 3/16/2011 | | | | | |
| Shenzhen Unicair Communication Technology Co., Ltd. | SHE-128248-AR1 | Non-Government | No | No | 9/20/2012 | 9/20/2012 | | | | | |
| Shenzhen Water World Technology Co., Ltd. | SHE-92628 | Non-Government | Yes | Yes | | 7/29/2009 | | | | | |
| Shenzhen Water World Technology Co., Ltd. | SHE-92628-AR3 | Non-Government | No | No | 11/20/2012 | 11/20/2012 | | | | | |
| Shenzhen Water World Technology Co., Ltd. | SHE-92628-AR1 | Non-Government | Yes | Yes | 2/1/2010 | 2/1/2010 | | | | | |
| Shenzhen Water World Technology Co., Ltd. | SHE-92628-AR2 | Non-Government | Yes | No | 9/8/2011 | 9/8/2011 | | | | | |

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

**Revenues and WCDMA units sold under WCDMA and CDMA license agreements signed between OEMs and Qualcomm**
*Federal Trade Commission v. Qualcomm Incorporated*, Case No. 5:17-cv-00220-LHK-NMC (N.D. Cal.)
Summary Pursuant to Federal Rule of Evidence 1006

| Company name | Contract number | License type | WCDMA-only license (as flagged in Nevo report) | WCDMA license signed before LTE (before 2011) | License effective date CDMA | License effective date WCDMA | Total royalty | Total gross handset revenue | MediaTek WCDMA units | Qualcomm WCDMA units | Total WCDMA units |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Shenzhen Wisky Technology Co., Ltd. | SHE-193464 | Non-Government | Yes | No | | 6/20/2013 | | | | | |
| Shenzhen XinHai Hong Science & Technology Co., Ltd. | SHE-176232 | Non-Government | Yes | No | | 10/16/2012 | | | | | |
| Shenzhen Yecon Industry Co., Ltd. | SHE-184236 | Non-Government | Yes | No | | 2/21/2013 | | | | | |
| Shenzhen Zowee Technology Co., Ltd. | SHE-138332 | Non-Government | Yes | No | | 8/4/2011 | | | | | |
| Sichuan MOBA Industry Co., Ltd. | SIC-154240 | Non-Government | Yes | No | | 1/18/2012 | | | | | |
| Siemens Aktiengesellschaft | SIE-04566 | Non-Government | Yes | Yes | | 8/22/2002 | | | | | |
| Siemens Aktiengesellschaft | SIE-04560 | Non-Government | No | No | 6/28/1996 | | | | | | |
| Sierra Wireless, Inc. | SIE-04543 | Non-Government | Yes | Yes | 6/11/1999 | 12/1/2000 | | | | | |
| Sierra Wireless, Inc. | AIR-02704 | Non-Government | No | No | 9/22/2000 | | | | | | |
| SIM Technology Group (BVI) Limited | SIM-22404 | Non-Government | No | Yes | 12/10/2008 | 12/10/2008 | | | | | |
| Sirin Labs AG | SIR-231389 | Non-Government | Yes | No | | 11/3/2014 | | | | | |
| SK Telesys | SKT-72037 | Non-Government | Yes | Yes | | 8/8/2008 | | | | | |
| Smart n Power Communications (SNPowercom) Co., Ltd. | SMA-309687 | Non-Government | Yes | No | 8/18/2015 | 1/1/2016 | | | | | |
| Smartisan Technology Co., Ltd. | SMA-199020 | Non-Government | Yes | No | | 8/28/2013 | | | | | |
| Smartron India Private Limited | SMA-357363 | Non-Government | No | No | 4/11/2017 | 4/11/2017 | | | | | |
| Sohamsaa Systems Pvt. Ltd. | SOH-162881 | Non-Government | No | No | 5/14/2012 | 5/14/2012 | | | | | |
| Sony Mobile Communications Inc. | SON-162065 | Non-Government | Yes | No | 2/16/2012 | 2/16/2012 | | | | | |
| Sony Mobile Communications Inc. | SON-04244 | Non-Government | No | No | 9/27/1996 | | | | | | |
| Sony Mobile Communications Inc. | SON-312112 | Non-Government | No | No | 10/1/2015 | 10/1/2015 | | | | | |
| Starway Technology Development Ltd. | STA-220065 | Non-Government | Yes | No | | 6/12/2014 | | | | | |
| Techfaith Wireless Technology Group Limited | TEC-09055 | Non-Government | No | Yes | 9/14/2007 | 9/14/2007 | | | | | |
| Telacom Science & Technology Development Co., Ltd. | TEL-102312 | Non-Government | Yes | Yes | | 2/16/2010 | | | | | |
| Teleepoch Limited | TEL-51561 | Non-Government | No | No | 8/12/2007 | | | | | | |
| Telit Wireless Solutions Co., Ltd. | BEL-02770 | Non-Government | No | No | 10/10/2007 | | | | | | |
| Telpa Teknoloji Hizmetleri A.S. | TEL-359288 | Non-Government | No | No | 9/20/2017 | 9/20/2017 | | | | | |
| Telular Corporation | TEL-03490 | Non-Government | No | No | 4/14/2003 | | | | | | |
| Teracom Limited | TER-40355 | Non-Government | No | No | 11/27/2006 | | | | | | |
| Thing-talk Wireless Communication Technologies Corporation Limited | THI-151193 | Non-Government | No | No | 12/8/2011 | | | | | | |
| Top Multi Profit, Ltd. | TOP-112880 | Non-Government | Yes | Yes | | 8/26/2010 | | | | | |
| TopWise Communication Co., Ltd. | TOP-112165 | Non-Government | Yes | Yes | | 8/18/2010 | | | | | |
| Toshiba Corporation | TOS-04258 | Non-Government | Yes | Yes | 7/12/1995 | 6/26/2000 | | | | | |
| TP-Link Technologies Co., Ltd. | TPL-121042 | Non-Government | Yes | No | | 1/13/2011 | | | | | |
| Uniden Corporation | UNI-04266 | Non-Government | No | No | 2/12/1998 | | | | | | |
| Uniscope Technologies (Shanghai) Co., Ltd. | UNI-155056 | Non-Government | Yes | No | | 1/25/2012 | | | | | |
| Universal Global Technology (Kunshan) Co., Ltd. | UNI-225991 | Non-Government | No | No | 8/22/2014 | 8/22/2014 | | | | | |
| UTStarcom, Inc. | UTS-08513 | Non-Government | No | Yes | 1/30/2004 | 1/30/2004 | | | | | |
| Vanzo Communication Inc. | VAN-128231 | Non-Government | Yes | No | | 5/11/2011 | | | | | |
| Velankani Electronics Private Limited | VEL-339396 | Non-Government | No | No | 4/12/2017 | 4/12/2017 | | | | | |
| Vestel Elektronik Sanayi ve Ticaret A.S. | VES-238052 | Non-Government | Yes | No | | 12/23/2014 | | | | | |
| Vietnam Post and Telecommunication Industry Technology JSC | VIE-361035 | Non-Government | No | No | 2/20/2017 | 2/20/2017 | | | | | |
| Vitelcom Mobile Technology S.A. | VIT-08875 | Non-Government | No | Yes | 2/19/2004 | 2/19/2004 | | | | | |
| VVDN Technologies Private Limited | VVD-315786 | Non-Government | Yes | No | | 10/28/2015 | | | | | |
| Wherify Wireless, Inc. | WHE-02063 | Non-Government | No | No | 1/31/2003 | | | | | | |
| Wingtech Mobile Communication Co., Ltd. | JIA-70355-AR1 | Non-Government | Yes | No | 3/1/2013 | 3/1/2013 | | | | | |
| Wingtech Mobile Communication Co., Ltd. | JIA-70355 | Non-Government | No | No | 7/10/2008 | | | | | | |
| Wistron Corporation | WIS-47560 | Non-Government | Yes | Yes | | 5/23/2007 | | | | | |
| Wistron NeWeb Corporation | WIS-87696 | Non-Government | No | Yes | 5/6/2009 | 5/6/2009 | | | | | |
| Xiamen 35 Mobile Communication Technology Co., Ltd. | 35M-146729 | Non-Government | Yes | No | | 10/12/2011 | | | | | |
| Xiamen Hongkang Network Communication Equipment Co., Ltd. | XIA-70540 | Non-Government | No | No | 6/13/2008 | | | | | | |
| Xiamen Meitu Mobile Technology Co., Ltd. | XIA-372044 | Non-Government | No | No | 7/1/2017 | 7/1/2017 | | | | | |
| Xiaomi Corporation | XIA-117261 | Non-Government | Yes | Yes | | 10/27/2010 | | | | | |
| Xiaomi Corporation | XIA-380548 | Non-Government | No | No | 10/1/2017 | 10/1/2017 | | | | | |
| Xinsite Electronics (Hong Kong) Limited | XIN-353425 | Non-Government | No | No | 10/26/2016 | 10/26/2016 | | | | | |
| Yangzhou New Telecom Science & Technology Co., Ltd. | YAN-114311-AR1 | Non-Government | Yes | No | | 9/1/2012 | | | | | |
| Yulong Computer Telecommunication Scientific (Shenzhen) Co., Ltd. | YUL-22439 | Non-Government | No | Yes | 11/30/2005 | 11/30/2005 | | | | | |
| Zoom Technologies, Inc. | ZOO-124028 | Non-Government | Yes | No | | 3/8/2011 | | | | | |

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

## Revenues and WCDMA units sold under WCDMA and CDMA license agreements signed between OEMs and Qualcomm

*Federal Trade Commission v. Qualcomm Incorporated*, Case No. 5:17-cv-00220-LHK-NMC (N.D. Cal.)
Summary Pursuant to Federal Rule of Evidence 1006

| Company name | Contract number | License type | WCDMA-only license (as flagged in Nevo report) | WCDMA license signed before LTE (before 2011) | License effective date | | In first 5 years of WCDMA license | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | CDMA | WCDMA | Total royalty | Total gross handset revenue | MediaTek WCDMA units | Qualcomm WCDMA units | Total WCDMA units |
| ZTE Corporation | ZTE-25823 | Non-Government | Yes | Yes | 12/31/2004 | 12/31/2004 | | | | | |
| ZTEWelink Technology Co., Ltd. | SHE-365941 | Non-Government | No | No | 12/8/2017 | 12/8/2017 | | | | | |
| Appeal Telecom Co., Ltd. | MIT-02228 | Korean | No | No | 8/21/1997 | | | | | | |
| Deltacom Co., Ltd. | DEL-07362 | Korean | No | No | 5/23/2000 | | | | | | |
| ERON Technologies Corporation | QUA-02901 | Korean | No | No | 12/21/2001 | | | | | | |
| Hyundai Syscomm, Inc. | HYU-02432 | Korean | No | Yes | 8/31/1993 | 8/31/1993 | | | | | |
| Intercube Co., Ltd. | INT-04507 | Korean | No | No | 5/25/2003 | | | | | | |
| KT Tech Inc. | KTF-02246 | Korean | Yes | Yes | 2/12/2003 | 10/17/2006 | | | | | |
| LG Electronics Inc. | LGE-02724 | Korean | No | No | 12/24/1996 | | | | | | |
| LG Electronics Inc. | GOL-03563 | Korean | No | Yes | 8/31/1993 | 8/31/1993 | | | | | |
| Maxon Telecom Co., Ltd. | MAX-04034 | Korean | No | Yes | 8/31/1993 | 8/31/1993 | | | | | |
| Pantech, Inc. | HYU-02640 | Korean | Yes | Yes | 1/7/2002 | 1/7/2002 | | | | | |
| Pantech, Inc. | PAN-03995 | Korean | No | No | 8/12/1997 | | | | | | |
| Rose Telecom Co. Ltd. | VAN-02062 | Korean | Yes | Yes | 2/5/2003 | 3/17/2008 | | | | | |
| Samsung Electronics Co., Ltd. | SAM-02725 | Korean | No | Yes | 8/31/1993 | 8/31/1993 | | | | | |
| SK Telecom Co., Ltd. | SKT-04577 | Korean | Yes | Yes | 7/29/1997 | 11/30/2000 | | | | | |
| SoNUS Telecom, Inc. | SON-13522 | Korean | No | No | 9/25/2001 | | | | | | |
| Synertek, Inc. | SYN-02729 | Korean | No | No | 2/6/2003 | | | | | | |
| Synertek, Inc. | SYN-02729-AR1 | Korean | No | No | 7/25/2008 | | | | | | |
| Telson Information & Communications Co., Ltd. | TEL-04257 | Korean | No | No | 2/8/2000 | | | | | | |
| VK Corporation | VKC-09216 | Korean | No | No | 4/2/2004 | | | | | | |
| Action Prowave Tech, Ltd. | ACT-303217 | CPLA | No | No | 1/1/2015 | 1/1/2015 | | | | | |
| Amoi Mobile Co., Ltd. | AMO-305246 | CPLA | No | No | 1/1/2015 | 1/1/2015 | | | | | |
| Axesstel, Inc. | AXE-303701 | CPLA | No | No | 1/1/2015 | 1/1/2015 | | | | | |
| BBK Communication Technology Co., Ltd. | VIV-344243 | CPLA | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| Beijing ErenEben Information Technology Co., Ltd. | BEI-312242 | CPLA | Yes | No | 7/1/2015 | 7/1/2015 | | | | | |
| Beijing ErenEben Information Technology Co., Ltd. | BEI-358189 | CPLA | No | No | 12/31/2017 | 12/31/2017 | | | | | |
| Beijing Shu Zi Jia Yuan Technology Limited | BEI-306545 | CPLA | No | No | 6/25/2015 | 6/25/2015 | | | | | |
| Beijing Tianyu Communication Equipment Co., Ltd. | BEI-332961 | CPLA | No | No | 1/1/2015 | 1/1/2015 | | | | | |
| Beijing Weipass Panorama Information Technology Co., Ltd. | BEI-334194 | CPLA | No | No | 10/1/2015 | 10/1/2015 | | | | | |
| Beijing Weipass Panorama Information Technology Co., Ltd. | BEI-308399 | CPLA | No | No | 7/29/2015 | 7/29/2015 | | | | | |
| Best Korea Mold, Inc. dba BKM Inc. | BES-308523 | CPLA | No | No | 7/6/2015 | 7/6/2015 | | | | | |
| Blackshark Technologies (Nanchang) Co., Ltd. | BLA-376503 | CPLA | No | No | 10/20/2017 | 10/20/2017 | | | | | |
| Bluebank Communication Technology Co., Ltd. | BLU-361039 | CPLA | Yes | No | 6/22/2017 | 6/22/2017 | | | | | |
| Bluebird Inc. | BLU-316182 | CPLA | No | No | 11/26/2015 | 11/26/2015 | | | | | |
| Bozhou Technologies Co., Ltd. | BOZ-370417 | CPLA | No | No | 8/9/2017 | 8/9/2017 | | | | | |
| CGmobile Ltd. | CGM-301492 | CPLA | No | No | 1/1/2015 | 1/1/2015 | | | | | |
| China Zhenhua (Group) Science & Technology Co., Ltd. | CHI-300970 | CPLA | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| Chinachip Technology Limited | CHI-306409 | CPLA | No | No | 6/24/2015 | 6/24/2015 | | | | | |
| Chongqing Luobin Information Technology Co., Ltd. | CHO-309384 | CPLA | No | No | 8/11/2015 | 8/11/2015 | | | | | |
| Civilization Telecom Co., Ltd. | CIV-306378 | CPLA | No | No | 1/1/2015 | 1/1/2015 | | | | | |
| CloudMinds (Shenzhen) Holdings Co., Ltd. | CLO-343975 | CPLA | No | No | 9/8/2016 | 9/8/2016 | | | | | |
| CloudMinds Inc. | CLO-309427 | CPLA | No | No | 8/21/2015 | 8/21/2015 | | | | | |
| Dongguan BBK Educational Technology Corp., Ltd. | GUA-342901 | CPLA | No | No | 12/16/2016 | 12/16/2016 | | | | | |
| Dxdragon Inc. | DXD-363062 | CPLA | No | No | 5/15/2017 | 5/15/2017 | | | | | |
| Excelpoint Systems (H.K.) Ltd. | EXC-358640 | CPLA | No | No | 4/17/2017 | 4/17/2017 | | | | | |
| Fasti Technology (HK) Co., Limited | FAS-378839 | CPLA | No | No | 12/8/2017 | 12/8/2017 | | | | | |
| Flex Ltd. | FLE-300977 | CPLA | No | No | 1/1/2015 | 1/1/2015 | | | | | |
| Flyaudio Corporation | FLY-303212 | CPLA | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| Fujian Fenyun Intelligence Technology Co., Ltd. | FUJ-366514 | CPLA | No | No | 4/13/2017 | 4/13/2017 | | | | | |
| Fuzhou Wisbo Information Technology Co., Ltd. | FUJ-308427 | CPLA | No | No | 7/29/2015 | 7/29/2015 | | | | | |
| Gionee Communications Equipment Co., Ltd. | GIO-345759 | CPLA | No | No | 10/1/2016 | 10/1/2016 | | | | | |
| GoerTek Inc. | GOE-313733 | CPLA | No | No | 10/28/2015 | 10/28/2015 | | | | | |
| GuangDong OPPO Mobile Telecommunications Corp. Ltd. | GUA-343823 | CPLA | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| Guangzhou Ruixin Electronics Co., Ltd. | GUA-307081 | CPLA | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| Guiyang Gaoxin WangYong Software Co., Ltd. | GUI-336478 | CPLA | No | No | 5/5/2016 | 5/5/2016 | | | | | |

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

CX0103-006

## Revenues and WCDMA units sold under WCDMA and CDMA license agreements signed between OEMs and Qualcomm
*Federal Trade Commission v. Qualcomm Incorporated*, Case No. 5:17-cv-00220-LHK-NMC (N.D. Cal.)
Summary Pursuant to Federal Rule of Evidence 1006

| Company name | Contract number | License type | WCDMA-only license (as flagged in Nevo report) | WCDMA license signed before LTE (before 2011) | License effective date CDMA | License effective date WCDMA | Total royalty | Total gross handset revenue | MediaTek WCDMA units | Qualcomm WCDMA units | Total WCDMA units |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Guizhou Wanzhen Times Communication Technology Co., Ltd. | GUI-307065 | CPLA | No | No | 7/6/2015 | 7/6/2015 | | | | | |
| Hangzhou Gozone Communication Technology Co., Ltd. | HAN-300663 | CPLA | No | No | 1/1/2015 | 1/1/2015 | | | | | |
| Hangzhou Puxuan Internet of Things Technology Co., Ltd. | HAN-368721 | CPLA | No | No | 6/12/2017 | 6/12/2017 | | | | | |
| Hangzhou Topzen Digital Technology Co., Ltd. | HAN-309426 | CPLA | No | No | 8/18/2015 | 8/18/2015 | | | | | |
| Hi-P International Limited | HIP-354470 | CPLA | Yes | No | 10/1/2016 | 10/1/2016 | | | | | |
| Hisense Group Co., Ltd. | HIS-337786 | CPLA | No | No | 1/1/2016 | 1/1/2016 | | | | | |
| Hong Kong Goodtech Communication Co., Limited | HON-301498 | CPLA | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| Huaqin Telecom Technology Co., Ltd. | HUA-382557 | CPLA | No | No | 10/1/2017 | 10/1/2017 | | | | | |
| Huatune Technology (Shanghai) Co., Ltd. | HUA-309821 | CPLA | No | No | 8/20/2015 | 8/20/2015 | | | | | |
| Huizhou BYD Electronic Co., Ltd. | HUI-306384 | CPLA | No | No | 1/1/2015 | 1/1/2015 | | | | | |
| Huizhou TCL Mobile Communication Co., Ltd. | HUI-313592 | CPLA | No | No | 1/1/2015 | 1/1/2015 | | | | | |
| Hytera Communications Co., Ltd. | HYT-332831 | CPLA | No | No | 12/31/2015 | 12/31/2015 | | | | | |
| iFire Technology Co., Ltd. | IFI-314152 | CPLA | No | No | 11/5/2015 | 11/5/2015 | | | | | |
| Jiaxing Lonkun Hongfeng Electronic Technology Co., Ltd. | JIA-336599 | CPLA | No | No | 4/20/2016 | 4/20/2016 | | | | | |
| Jide Technology (Hong Kong) Limited | JID-311179 | CPLA | No | No | 9/14/2015 | 9/14/2015 | | | | | |
| Joy-Technology (Shenzhen) Co., Ltd. | JOY-375924 | CPLA | No | No | 9/21/2017 | 9/21/2017 | | | | | |
| JSR Limited | JSR-302107 | CPLA | No | No | 1/1/2015 | 1/1/2015 | | | | | |
| Kangzhan Electronic Technology (Hong Kong) Limited | KAN-374739 | CPLA | No | No | 9/27/2017 | 9/27/2017 | | | | | |
| Keenway Communication Technology Limited | KEE-333631 | CPLA | No | No | 12/31/2015 | 12/31/2015 | | | | | |
| Koninklijke Philips N.V. | KON-301628 | CPLA | No | No | 1/1/2015 | 1/1/2015 | | | | | |
| Le Shi Zhi Xin Electronic Technology (Tianjin) Limited | LES-311178 | CPLA | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| LeadTek Research Inc. | LEA-301934 | CPLA | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| Lemobile Information Technology (Beijing) Co., Ltd. | LEM-352534 | CPLA | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| Lenovo Mobile Communication Technology Ltd. | LEN-334940 | CPLA | No | No | 1/1/2016 | 1/1/2016 | | | | | |
| Linktop Technology Co., Ltd. | LIN-308100 | CPLA | No | No | 1/1/2015 | 1/1/2015 | | | | | |
| Make1 Technology Co., Ltd. | MAK-370910 | CPLA | No | No | 7/25/2017 | 7/25/2017 | | | | | |
| Meida Communication (Shenzhen) Co., Ltd. | MEI-301489 | CPLA | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| Meizu Technology Co., Ltd. | MEI-358751 | CPLA | No | No | 1/1/2017 | 1/1/2017 | | | | | |
| New Guide Electronics Limited | NEW-373135 | CPLA | No | No | 8/9/2017 | 8/9/2017 | | | | | |
| Newings Communication Equipment Co., Ltd. | NEW-308722 | CPLA | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| ONTIM Technologies Ltd. | ONT-369819 | CPLA | No | No | 6/21/2017 | 6/21/2017 | | | | | |
| ORA Data Technology (Hong Kong) Co. Limited | ORA-380190 | CPLA | No | No | 11/15/2017 | 11/15/2017 | | | | | |
| Phicomm (Shanghai) Co., Ltd. | SHA-311775 | CPLA | No | No | 1/1/2015 | 1/1/2015 | | | | | |
| PT. NOXX Teknologi Inovasi | PTN-343327 | CPLA | No | No | 1/9/2017 | 1/9/2017 | | | | | |
| PT. Prasimax Inovasi Teknologi | PTP-363987 | CPLA | No | No | 6/12/2017 | 6/12/2017 | | | | | |
| Qiku Internet Network Scientific (Shenzhen) Co., Ltd. | QIK-333357 | CPLA | No | No | 10/15/2015 | 10/15/2015 | | | | | |
| Qingdao Haier Telecom Co., Ltd. | QIN-332967 | CPLA | No | No | 1/1/2015 | 1/1/2015 | | | | | |
| Queclink Wireless Solutions Co., Ltd. | QUE-335200 | CPLA | No | No | 1/26/2016 | 1/26/2016 | | | | | |
| REACH Tech (Xiamen) Co., Ltd. | REA-302196 | CPLA | No | No | 1/1/2015 | 1/1/2015 | | | | | |
| RedTea Mobile (Hong Kong) Limited | RED-338423 | CPLA | No | No | 4/30/2016 | 4/30/2016 | | | | | |
| Shanghai Datang Mobile Communications Equipment Co., Ltd. | SHA-337593 | CPLA | No | No | 6/11/2016 | 6/11/2016 | | | | | |
| Shanghai Fortune Techgroup Co., Ltd. | SHA-335963 | CPLA | No | No | 6/21/2016 | 6/21/2016 | | | | | |
| Shanghai Hinge Electronic Technology Co., Ltd. | SHA-367177 | CPLA | No | No | 5/15/2017 | 5/15/2017 | | | | | |
| Shanghai LovDream Communication Technology Co., Ltd. | SHA-304338 | CPLA | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| Shanghai MobileTek Communication Ltd. | SHA-340756 | CPLA | Yes | No | 1/1/2016 | 1/1/2016 | | | | | |
| Shanghai MobileTek Communication Ltd. | SHA-356396 | CPLA | No | No | 10/18/2017 | 10/18/2017 | | | | | |
| Shanghai Mobvoi Information Technology Company Limited | SHA-336641 | CPLA | No | No | 5/5/2016 | 5/5/2016 | | | | | |
| Shanghai RemoWireless Communication Technology Co., Ltd. | SHA-343357 | CPLA | No | No | 9/27/2016 | 9/27/2016 | | | | | |
| Shanghai Shenteng Electronics Technology Co., Ltd. | SHA-332822 | CPLA | No | No | 12/31/2015 | 12/31/2015 | | | | | |
| Shanghai Shichuang Industrial Development Co., Ltd. | SHA-374597 | CPLA | No | No | 11/16/2017 | 11/16/2017 | | | | | |
| Shanghai Viroyal Communication Company Limited | SHA-316045 | CPLA | No | No | 12/17/2015 | 12/17/2015 | | | | | |
| Shanghai Wind Science and Technologies Co., Ltd. | SHA-359083 | CPLA | No | No | 3/13/2017 | 3/13/2017 | | | | | |
| Shanghai Wind Science and Technologies Co., Ltd. | SHA-374229 | CPLA | No | No | 1/1/2017 | 1/1/2017 | | | | | |
| Shanghai Yu Fly Milky Way Technology Ltd. | SHA-342208 | CPLA | No | No | 8/5/2016 | 8/5/2016 | | | | | |
| Shanghai ZoomSmart Technology Co., Ltd. | SHA-363850 | CPLA | No | No | 4/13/2017 | 4/13/2017 | | | | | |
| Shenzhen 1Link Intelligent Internet of Things Co., Ltd. | SHE-339687 | CPLA | No | No | 7/11/2016 | 7/11/2016 | | | | | |

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

**Revenues and WCDMA units sold under WCDMA and CDMA license agreements signed between OEMs and Qualcomm**
*Federal Trade Commission v. Qualcomm Incorporated*, Case No. 5:17-cv-00220-LHK-NMC (N.D. Cal.)
Summary Pursuant to Federal Rule of Evidence 1006

| Company name | Contract number | License type | WCDMA-only license (as flagged in Nevo report) | WCDMA license signed before LTE (before 2011) | License effective date CDMA | License effective date WCDMA | Total royalty | Total gross handset revenue | MediaTek WCDMA units | Qualcomm WCDMA units | Total WCDMA units |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Shenzhen 3nod Information Technology Co., Ltd. | SHE-368717 | CPLA | No | No | 8/23/2017 | 8/23/2017 | | | | | |
| Shenzhen Basicom Electronic Co., Ltd. | SHE-303334 | CPLA | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| Shenzhen Borui Technology Co., Ltd. | SHE-316047 | CPLA | No | No | 1/12/2016 | 1/12/2016 | | | | | |
| Shenzhen Chushang Technology Co., Ltd. | SHE-368359 | CPLA | No | No | 7/31/2017 | 7/31/2017 | | | | | |
| Shenzhen Continental Wireless Co., Ltd. | SHE-355665 | CPLA | No | No | 2/7/2017 | 2/7/2017 | | | | | |
| Shenzhen CooTelFone Technology Co., Ltd. | SHE-308439 | CPLA | No | No | 7/29/2015 | 7/29/2015 | | | | | |
| Shenzhen D-Light Technology Co., Ltd. | SHE-332828 | CPLA | No | No | 12/31/2015 | 12/31/2015 | | | | | |
| Shenzhen Dudu Smart-Tech Co., Ltd. | SHE-335199 | CPLA | No | No | 3/9/2016 | 3/9/2016 | | | | | |
| Shenzhen GaoRan Communication Co., Ltd. | SHE-373980 | CPLA | No | No | 9/8/2017 | 9/8/2017 | | | | | |
| Shenzhen Grandsun Electronic Co., Ltd. | SHE-341753 | CPLA | No | No | 9/7/2016 | 9/7/2016 | | | | | |
| Shenzhen Greenorange Mobile Communication Co., Ltd. | SHE-343329 | CPLA | No | No | 9/7/2016 | 9/7/2016 | | | | | |
| Shenzhen Highcharacter Science and Technology Development Co., Ltd. | SHE-353811 | CPLA | No | No | 11/28/2016 | 11/28/2016 | | | | | |
| Shenzhen Hipad Telecommunication Technology Co., Ltd. | SHE-338246 | CPLA | Yes | No | 1/1/2016 | 1/1/2016 | | | | | |
| Shenzhen Huiye Communication Technology Co., Ltd. | SHE-340189 | CPLA | Yes | No | 1/1/2016 | 1/1/2016 | | | | | |
| Shenzhen iRedscarf S&T Co., Ltd. | SHE-371020 | CPLA | No | No | 7/7/2017 | 7/7/2017 | | | | | |
| Shenzhen Jumping-spider Technology Co., Ltd. | SHE-359532 | CPLA | No | No | 3/21/2017 | 3/21/2017 | | | | | |
| Shenzhen Kenxinda Technology Co., Ltd. | SHE-303341 | CPLA | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| ShenZhen KingBerry Information Technologies Limited | SHE-367201 | CPLA | No | No | 8/7/2017 | 8/7/2017 | | | | | |
| Shenzhen Kingsun Technology Co., Ltd. | SHE-340355 | CPLA | No | No | 1/1/2016 | 1/1/2016 | | | | | |
| Shenzhen KUKU BAO Technology Co., Ltd. | SHE-375916 | CPLA | No | No | 10/19/2017 | 10/19/2017 | | | | | |
| Shenzhen LianShang Communication Technology Limited | SHE-368959 | CPLA | No | No | 7/25/2017 | 7/25/2017 | | | | | |
| Shenzhen MK-Tech Software Technology Co., Ltd. | SHE-378239 | CPLA | No | No | 11/20/2017 | 11/20/2017 | | | | | |
| Shenzhen Mobile CarLink Technology Inc. | SHE-337383 | CPLA | No | No | 4/1/2016 | 4/1/2016 | | | | | |
| Shenzhen Newman Anpu Technology Co., Ltd. | SHE-308299 | CPLA | No | No | 7/28/2015 | 7/28/2015 | | | | | |
| Shenzhen Oceanwing Smart Innovation Co., Ltd. | SHE-361263 | CPLA | No | No | 4/7/2017 | 4/7/2017 | | | | | |
| Shenzhen Ococci Technology Ltd. | SHE-353809 | CPLA | No | No | 11/28/2016 | 11/28/2016 | | | | | |
| Shenzhen Ouxin Computer Telecommunication Scientific Co., Ltd. | SHE-375264 | CPLA | No | No | 12/1/2017 | 12/1/2017 | | | | | |
| Shenzhen Primo Tech Co., Ltd. | SHE-354966 | CPLA | No | No | 1/19/2017 | 1/19/2017 | | | | | |
| Shenzhen Qianhai Answer Technology Co., Ltd. | SHE-332823 | CPLA | No | No | 12/31/2015 | 12/31/2015 | | | | | |
| Shenzhen Quchuang Technology Co., Ltd. | SHE-333969 | CPLA | No | No | 2/8/2016 | 2/8/2016 | | | | | |
| Shenzhen ROOBO Intelligent Technology Co., Ltd. | SHE-356401 | CPLA | No | No | 11/21/2016 | 11/21/2016 | | | | | |
| Shenzhen Sangfei Consumer Communications Co., Ltd. | SHE-303218 | CPLA | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| Shenzhen Unicair Communication Technology Co., Ltd. | SHE-302341 | CPLA | No | No | 1/1/2015 | 1/1/2015 | | | | | |
| Shenzhen Yecon Industry Co., Ltd. | SHE-305681 | CPLA | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| Shenzhen Yingqu Technology Company Ltd. d/b/a inWatch | SHE-315363 | CPLA | No | No | 11/23/2015 | 11/23/2015 | | | | | |
| Shenzhen Yuantongcheng Technology Co., Ltd. | SHE-316049 | CPLA | No | No | 12/31/2015 | 12/31/2015 | | | | | |
| Shenzhen Yunovo Technology Co., Ltd. | SHE-356165 | CPLA | No | No | 1/25/2017 | 1/25/2017 | | | | | |
| Shenzhen Zeusis Technologies Co., Ltd. | SHE-334720 | CPLA | No | No | 1/21/2016 | 1/21/2016 | | | | | |
| Shenzhen Zhijifu Technology Co., Ltd. | SHE-353947 | CPLA | No | No | 12/5/2016 | 12/5/2016 | | | | | |
| Shenzhen Zowee Technology Co., Ltd. | SHE-307423 | CPLA | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| Sichuan MOBA Industry Co., Ltd. | SIC-301620 | CPLA | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| SIM Technology Group (BVI) Limited | SIM-300013 | CPLA | No | No | 1/1/2015 | 1/1/2015 | | | | | |
| SIM Technology Group (BVI) Limited | SIM-377134 | CPLA | No | No | 10/16/2017 | 10/16/2017 | | | | | |
| Simowireless Technology Co., Limited | SIM-339934 | CPLA | No | No | 6/21/2016 | 6/21/2016 | | | | | |
| Sky Light Electronic (Shenzhen) Limited | SKY-340043 | CPLA | No | No | 6/11/2016 | 6/11/2016 | | | | | |
| Smart Gadgets (Shenzhen), Ltd. | SMA-311776 | CPLA | No | No | 9/24/2015 | 9/24/2015 | | | | | |
| Smartisan Technology Co., Ltd. | SMA-303461 | CPLA | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| Smartron India Private Limited | SMA-357358 | CPLA | No | No | 4/11/2017 | 4/11/2017 | | | | | |
| Sony Mobile Communications Inc. | SON-312110 | CPLA | No | No | 10/1/2015 | 10/1/2015 | | | | | |
| Suzhou Nodecom Technology Co., Ltd. | SUZ-332833 | CPLA | No | No | 12/31/2015 | 12/31/2015 | | | | | |
| Synertek, Inc. | SYN-302416 | CPLA | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| TabCom Inc. | TAB-301621 | CPLA | No | No | 1/1/2015 | 1/1/2015 | | | | | |
| Techfaith Wireless Technology Group Limited | TEC-303468 | CPLA | No | No | 1/1/2015 | 1/1/2015 | | | | | |
| Teleepoch Limited | TEL-303338 | CPLA | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| Thing-talk Wireless Communication Technologies Corporation Limited | THI-301486 | CPLA | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| Topmax Glory Limited | TOP-302093 | CPLA | No | No | 1/1/2015 | 1/1/2015 | | | | | |

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

## Revenues and WCDMA units sold under WCDMA and CDMA license agreements signed between OEMs and Qualcomm
*Federal Trade Commission v. Qualcomm Incorporated*, Case No. 5:17-cv-00220-LHK-NMC (N.D. Cal.)
Summary Pursuant to Federal Rule of Evidence 1006

| Company name | Contract number | License type | WCDMA-only license (as flagged in Nevo report) | WCDMA license signed before LTE (before 2011) | License effective date | | In first 5 years of WCDMA license | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | CDMA | WCDMA | Total royalty | Total gross handset revenue | MediaTek WCDMA units | Qualcomm WCDMA units | Total WCDMA units |
| TP-Link Technologies Co., Ltd. | TPL-239060 | CPLA | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| Unipro Communication Technology (Shanghai) Co., Ltd. | UNI-355669 | CPLA | No | No | 1/4/2017 | 1/4/2017 | | | | | |
| Vietnam Post and Telecommunication Industry Technology JSC | VIE-361036 | CPLA | No | No | 2/20/2017 | 2/20/2017 | | | | | |
| Waytone (Beijing) Communications Co., Ltd. | WAY-306440 | CPLA | No | No | 6/24/2015 | 6/24/2015 | | | | | |
| Wingtech Mobile Communication Co., Ltd. | WIN-308894 | CPLA | No | No | 1/1/2015 | 1/1/2015 | | | | | |
| Xiamen Cheerzing IOT Technology Co., Ltd. | XIA-336598 | CPLA | No | No | 4/1/2016 | 4/1/2016 | | | | | |
| Xiamen Four-Faith Communication Technology Co., Ltd. | XIA-372040 | CPLA | No | No | 7/20/2017 | 7/20/2017 | | | | | |
| Xiamen Hongkang Network Communication Equipment Co., Ltd. | XIA-302188 | CPLA | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| Xiamen Meitu Mobile Technology Co., Ltd. | XIA-370075 | CPLA | No | No | 7/1/2017 | 7/1/2017 | | | | | |
| Xi'an Morecom Technology Co., Ltd. | XIA-336453 | CPLA | No | No | 4/20/2016 | 4/20/2016 | | | | | |
| Xiaomi Corporation | XIA-315365 | CPLA | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| Xiaomi Corporation | XIA-343899 | CPLA | No | No | 10/1/2015 | 10/1/2015 | | | | | |
| Xinsite Electronics (Hong Kong) Limited | XIN-353424 | CPLA | No | No | 10/26/2016 | 10/26/2016 | | | | | |
| Yangzhou New Telecom Science & Technology Co., Ltd. | YAN-300027 | CPLA | Yes | No | 1/1/2015 | 1/1/2015 | | | | | |
| Yulong Computer Telecommunication Scientific (Shenzhen) Co., Ltd. | YUL-338016 | CPLA | No | No | 1/1/2016 | 1/1/2016 | | | | | |
| Zhongshan Readboy Electronics Co., Ltd. | ZHO-334744 | CPLA | No | No | 2/18/2016 | 2/18/2016 | | | | | |
| Zhuhai Ewpe Information Technology Inc. | ZHU-332396 | CPLA | No | No | 12/1/2015 | 12/1/2015 | | | | | |
| Zooma (Shanghai) Electronic Technology Development Co., Ltd. | ZOO-335395 | CPLA | No | No | 3/7/2016 | 3/7/2016 | | | | | |
| ZTEWelink Technology Co., Ltd. | SHE-365943 | CPLA | No | No | 12/8/2017 | 12/8/2017 | | | | | |
| CEC Telecom Co. Ltd. | CEC-02775 | CFA | No | No | 10/11/2001 | | | | | | |
| Dalian Daxian Group Co., Ltd. | DAL-02860 | CFA | No | No | 12/17/2001 | | | | | | |
| Dalian Huanyu Mobile Science and Technology Co., Ltd. | HUA-04493 | CFA | No | No | 4/15/2003 | | | | | | |
| Datang Telecom Technology Co., Ltd. | DAT-02868 | CFA | No | No | 12/25/2001 | | | | | | |
| Eastern Communications Company Ltd. | EAS-02895 | CFA | No | No | 12/14/2001 | | | | | | |
| Guangzhou Southern Hi-Tech Co., Ltd. | GUA-03244 | CFA | No | No | 11/6/2001 | | | | | | |
| Hisense Group Co., Ltd. | HIS-03288 | CFA | Yes | Yes | 9/10/2001 | 4/30/2005 | | | | | |
| Huawei Device Co., Ltd. | HUA-05049 | CFA | No | No | 5/29/2003 | | | | | | |
| Huawei Device Co., Ltd. | HUA-109361 | CFA | Yes | Yes | | 7/21/2004 | | | | | |
| Huizhou TCL Mobile Communication Co., Ltd. | TCL-02728 | CFA | Yes | Yes | 10/8/2001 | 5/5/2005 | | | | | |
| Langchao Group Co., Ltd. | LAN-03423 | CFA | No | No | 11/7/2001 | | | | | | |
| Lenovo Mobile Communication Technology Ltd. | LEG-05519 | CFA | Yes | Yes | 6/30/2003 | 3/28/2007 | | | | | |
| Ningbo Bird Co., Ltd. | NIN-03993 | CFA | Yes | No | 12/24/2001 | 7/21/2011 | | | | | |
| Potevio Industrial Co., Ltd. | BEI-02763 | CFA | No | No | 12/13/2001 | | | | | | |
| Qingdao Haier Telecom Co., Ltd. | HAI-03248 | CFA | Yes | Yes | 9/21/2001 | 6/22/2005 | | | | | |
| Shenzhen Konka Telecommunications Technology Co., Ltd. | KON-03414 | CFA | Yes | No | 11/8/2001 | 3/30/2011 | | | | | |
| Xiamen Overseas Chinese Electronic Co., Ltd. | XIA-04287 | CFA | No | No | 11/9/2001 | | | | | | |
| ZTE Corporation | ZTE-04301 | CFA | Yes | Yes | 6/28/2001 | 1/1/2005 | | | | | |

Source: This figure is an extract of data produced by Qualcomm as QNDCAL04960854, QAPPCMSD09835535, QNDCAL01103273, QNDCAL01103274, QNDCAL01103275, QNDCAL01103276, QNDCAL01103277, QNDCAL01103278, QNDCAL01103279, and QNDCAL04878274.

Notes:
[1] WCDMA royalties and units are calculated by limiting to handsets with WCDMA capability.

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY