# CX0861



**Subject:** Call with Paul Jacobs
**From:** Jeff Williams <jwilliams@apple.com>
**Received(Date):** Tue, 11 Jan 2011 13:07:06 -0800
**Date:** Tue, 11 Jan 2011 13:07:06 -0800

Qualcomm attempted several resets from the face-to-face meeting, including an attempt to say the short term chip pricing concessions were part of the $500M to $1B that Altman had discussed so the transition fund was much less. I think most of that is behind us and there is general agreement on the $250M CDMA and $750M transition fund, and the issue is how it is spread it.

As you know, our proposal to Paul was to have the $250M delivered in 2011 and 2012, and a transition fund consisting of four equal annual payments from 2011 through 2014 for the $750M. The agreement we sent them right after the meeting required the first payment upon shipment of their UMTS product and then equivalent payments on the anniversaries of that shipment.

Qualcomm is OK having the $250M delivered in 2011 and 2012, but has been pushing to have the $750M delivered in 2013-2015. Their argument is that the total package is $1B and we don't start using their chips until late 2011, so it's appropriate to spread the $1B across the entire 5 year period with the incentive growing as our volumes grow.

In our original proposal, $625M ($250M CDMA + $375M) would be delivered in roughly the first year of using UMTS chips. Mollenkopf has been saying that QTL will not contribute anything to the deal, and that the impact to his QCT financials for the incentive payments of both CDMA and chips will be very material in 2011 and 2012 when our chip business together is just getting started. He is worried about the street response. He also makes the "spread argument" above there isn't as much incentive in the out years to retain us and our proposal doesn't capture the essence of a five year deal.

I've pushed back that the $250M is separate. It was something Paul agreed to do earlier, and the licensing guys are making a fortune off of us anyway in the next two years (phones plus iPads) such that this $250M is peanuts for them. That leaves the $750M, and I've argued that the spread is reasonable and that transition funds usually happen leading up to transitions anyway.

In subsequent rounds, we proposed a volume-based plan that allows us to earn transition funds in 2011 and 2012 if our volumes are strong and spread things later if not. That way, Steve avoids the risk of a large lump sum payment against small incremental revenue from us. In the last discussion, Steve came around on this concept and said he would agree if he could get the QTL guys to fund the $250M.

Supposedly, that's the final stick point....but you never know with Qualcomm. It seems like every discussion I have with them is a reset.

Steve has the following proposal from us. I'm still waiting to hear if they want to remove exclusivity.

I think you should just push that the deal is done if they will only sort our their internal mess.

APPLE HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    APL-QC-FTC_08272303

CX0861-001

`date-sent` 1294780026 `flags` 33815745 `sender` Jeff Williams <jwilliams@apple.com>
`subject` Call with Paul Jacobs `to`

APPLE HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-QC-FTC_08272304

CX0861-002