# CX8260

# REDACTED VERSION

| From: | Marv Blecker |
|---|---|
| To: | Jacobs, Paul; Altman, Steve; Jha, Sanjay |
| CC: | Aberle, Derek; Hartogs, Mike; Samimi, Abbaseh; Cobb, Gregory |
| Sent: | 12/8/2006 1:04:30 AM |
| Subject: | RE: apple ipod-phone deal |

At 04:55 PM 12/7/2006, Jacobs, Paul wrote:

The point that Sanjay made about memory is an interesting one. Other companies' reaction to Apple may cause phones to come to market with a lot more memory in them than what we currently project, which would make those averages go up.

If the averages go up, it is not an issue for us (actually it is good) with respect to this deal as they are asking for the lesser of ▮▮▮ or the average. As long as the average is above ▮▮▮ they would be at ▮▮▮

BTW, if they use plug-in memory cards (as some are now doing) they will deduct those from the ASP before computing royalties.

Paul

**From:** Altman, Steve
**Sent:** Thursday, December 07, 2006 2:39 PM
**To:** Blecker, Marv; Jha, Sanjay; Jacobs, Paul
**Cc:** Aberle, Derek; Hartogs, Mike; Samimi, Abbaseh; Cobb, Gregory
**Subject:** RE: apple ipod-phone deal

**From:** Marv Blecker [ mailto:mblecker@qualcomm.com]
**Sent:** Thursday, December 07, 2006 2:33 PM
**To:** exc
**Cc:** Aberle, Derek; Hartogs, Mike; Samimi, Abbaseh; Cobb, Gregory
**Subject:** apple ipod-phone deal

EXHIBIT APPLE 6
MARVIN BLECKER
02-22-18
Patricia Y. Schuler, CSR No. 11949
US LEGAL SUPPORT

I just spoke with Jeff Williams at Apple to "work up" the deal "agreed upon" between PJ and SJ. Seems like there remain some misunderstanding/miscommunications as indicated below.

Key aspects:

1. Apple will use a licensed ODM (initially Foxconn/HonHai) to supply the iPod-Phone but wants to be assured that if license terminates we can work out something to achieve the same result wrt the royalty. [I said I expect we can work out something on this]

I am not sure what you have in mind here. In this case, is Apple becoming the licensee? I have very significant concerns implementing a rebate if Apple is the licensee.

2. Apple believes PJ offered a **rebate** on the royalty paid by their supplier of any amount above the lesser of (a) ▮▮▮ r (b) the average royalty paid to Q during the prior year. I said that I thought it we offered to rebate just the amount above a flat ▮▮▮ and will need to check with PJ on what he offered. I also mentioned that ▮▮▮ s already lower than our average royalty.

This is what I was concerned would happen. It is not what Paul offered on any of the calls I was on, but I suspect it is what Steve Jobs had in mind. By the way, since we are talking about WCDMA (as opposed to the ASP of WCDMA and CDMA2000), the average royalty is

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX8260-001

probably more like  instead of

3. Apple believes the deal is **through end of 2012** regardless of chipset supplier. [see discussion of chipset supply below. After that discussion I said that I thought Paul was actually proposing through 2010 with extension through 2012 if they were using our chips. Jeff said that SJ was clear on 2012 without conditions.]

4. **Apple Public commitment** to WCDMA vs. WiMax for their next gen products. They will do something, but need to be careful about poisoning the market for their initial 2G product.

We are most interested in their making it clear that they have no plans for supporting WiMax.

5.On **chipset supply**, he admitted that PJ asked for a commit to use our chip and SJ may have said ok as long as it is the most competitive available. **But,** they don't want a contract saying that because they don't want to get into a position litigating whether or not it is "the most competitive." For example, he said that for their first product they determined, on technical performance/features criteria, that the QCT chip is not the most competitive and have chosen a different chip solution. He said that they expect we would disagree and he wouldn't want to get into litigation over this. This is when I brought up the concept of terminating in 2010 unless they are using our chip in which case it extends to 2012. His response was that SJ was clear that it must go through 2012 unconditionally. He is willing to include some language to the effect that they will include QCT's chips in their evaluation and selection of the most competitive chip, but it has to be in their judgment.

This is what I was willing to live with. I just wanted SJ to himself spend time meeting with us so that we could pitch him on why they made the wrong choice and why our chip will be the best for them.

He had already asked one of his lawyers to draft something (either a term sheet or draft agmt, he wasn't sure) and will forward it to me.

Paul - how does the above fit with what you recollect?
Other comments?

Marv Blecker
(858) 658-4210
(858) 651-1975 (fax)

This message (including any attachments) is intended only for the use of the addressee(s) named above. It may contain information that is LEGALLY PRIVILEGED and CONFIDENTIAL and should not be read, copied or otherwise used by any other person. If you are not the intended recipient, you are hereby notified that any use, retention, disclosure, copying, printing, forwarding or dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

Marv Blecker
(858) 658-4210
(858) 651-1975 (fax)

This message (including any attachments) is intended only for the use of the addressee(s) named above. It may contain information that is LEGALLY PRIVILEGED and CONFIDENTIAL and should not be read, copied or otherwise used by any other person. If you are not the intended recipient, you are hereby notified that any use, retention, disclosure, copying, printing, forwarding or dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q2014FTC03520715

CX8260-002