# CX0526

# REVISED REDACTED VERSION

```
          From:  Michael Miramontes <miramontes@apple.com>
 Received(Date): Tue, 25 Jan 2011 14:56:38 -0800
       Subject:  Fwd: Checking In
            To:  David Tom <davidtom@apple.com>
    Attachment:  Eureka-Apple TA 2011-1-19 v2 DBT.docx
    Attachment:  Maverick Deal elements External(012111)vc.pdf
          Date:  Tue, 25 Jan 2011 14:56:38 -0800
```

## Attorney Client Privilege

Michael Miramontes
Legal - Hardware Products
☐ Apple Inc.
office (408) 862-2340 | cell (408) 239-9735
miramontes@apple.com

APPLE CONFIDENTIAL.
THIS TRANSMISSION IS PRIVILEGED AND CONTAINS CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE PERSON(S) NAMED ABOVE. DO NOT FORWARD. ANY OTHER DISTRIBUTION, RETRANSMISSION, COPYING, OR DISCLOSURE IS STRICTLY PROHIBITED. IF YOU ARE NOT APPROVED TO SEE THE INFORMATION CONTAINED IN THIS EMAIL OR ITS ATTACHMENTS, OR IF YOU HAVE OTHERWISE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY ME IMMEDIATELY BY TELEPHONE (408-862-2340) OR RETURN EMAIL, AND DELETE THIS MESSAGE AND ANY ATTACHED FILES FROM YOUR SYSTEM.

Begin forwarded message:

> From: Kim Cooper <cooper@apple.com>
> Date: January 25, 2011 2:02:18 PM PST
> To: Michael Miramontes <miramontes@apple.com>
> Cc: Kim Cooper <cooper@apple.com>, David Tom <davidtom@apple.com>
> Subject: Fwd: Checking In
>

## Attorney Client Privilege

> Kim
>
>

Confidential                                                                AAPL-FTC-00107137
                                                                            CX0526-001

```
>
>
>
> Begin forwarded message:
>
>> From: Jeff Williams <jwilliams@apple.com>
>> Date: January 24, 2011 7:51:47 AM PST
>> To: David Tom <davidtom@apple.com>
>> Cc: Kim Cooper <cooper@apple.com>, Bruce Sewell <bsewell@apple.com>, Denise
Hackett <hackett@apple.com>
>> Subject: Fwd: Checking In
```

**Attorney Client Privilege**

```
>> Begin forwarded message:
>>
>>> From: "Mollenkopf, Steven" <stevenm@qualcomm.com>
>>> Date: January 24, 2011 6:07:50 AM PST
>>> To: Jeff Williams <jwilliams@apple.com>
>>> Cc: "Mollenkopf, Steven" <stevenm@qualcomm.com>
>>> Subject: Re: Checking In
>>>
>>>
>>> Jeff,
>>>
>>> Attached is a deck explaining the changes we would like to make to the
>>> most recent draft.
>>>
>>> We added back in the launch commitments for the transition fund and the
>>> MDF and increased the qualifying quarterly volume to ▮ for 2011.  We need
>>> this for a legal reason.
>>>
>>> For the VIF, we will need to clarify the language so that it applies to
>>> purchases after 1 Oct 2011.  This is the inventory issue that Jim
>>> mentioned on the phone.
>>>
>>> For the VIF, we added in a design notification and ability to terminate as
>>> a compromise for having no clawback.  I think this is a reasonable balance
>>> here to the issue and provides some protection for us without impacting
>>> your ability to use the monies.
>>>
>>> We also changed the payout table for 2012.  Looking at your run rates
>>> (even without VZW and CDMA global footprints), the earlier schedule is not
>>> enough of a stretch given the large increase in payout.  We added in
>>> another step to help us fund the increase in incentive.
>>>
>>> Lastly, we added back in the language on general design commitments (see
```

```
>>> our page7) that fell out of this draft. They were in the earlier ones and
>>> are important to us.
>>>
>>> Talk to you later today. Seems like we are getting close.
>>>
>>> steve
>>>
>>>
>>>
>>> -----Original Message-----
>>> From: Jeff Williams <jwilliams@apple.com>
>>> Date: Fri, 21 Jan 2011 21:13:13 -0800
>>> To: Steven Mollenkopf <stevenm@qualcomm.com>
>>> Subject: Re: Checking In
>>>
>>>> Thanks.  Let me know.  I didn't expect any surprises, so that may be
>>>> oversight on our part. I'll check when I get your account.
>>>>
>>>> Jeff
>>>>
>>>> On Jan 21, 2011, at 7:05 PM, Mollenkopf, Steven wrote:
>>>>
>>>>>
>>>>> Reasonable news.  Spent the day trying to understand the differences
>>>>> between the latest draft and what we expected.  Some conceptual changes
>>>>> that surprised us (launch commitments removed, etc...) and some things I
>>>>> would characterize as typical of entering the drafting phase.
>>>>>
>>>>> I still remain concerned about the lack of any teeth in the deal in the
>>>>> out-years but understand your clawback concerns.
>>>>>
>>>>> I will send a detailed account in the morning.  I would suggest a
>>>>> face-to-face early next week (Tuesday) to close out drafting in real
>>>>> time
>>>>> as concerned it will be a volley of red-lines.
>>>>>
>>>>> We are getting there.
>>>>>
>>>>> steve
>>>>>
>>>>> -----Original Message-----
>>>>> From: Jeff Williams <jwilliams@apple.com>
>>>>> Date: Fri, 21 Jan 2011 17:07:26 -0800
>>>>> To: Steven Mollenkopf <stevenm@qualcomm.com>
>>>>> Subject: Checking In
>>>>>
>>>>>> Any good news from your side?
```

```
>>>>>
>>>>
>>>
>>
>>
>
```

**Attorney Client Privilege**

Michael Miramontes

Legal - Hardware Products

☐ Apple Inc.

office (408) 862-2340 | cell (408) 239-9735

miramontes@apple.com

APPLE CONFIDENTIAL.

THIS TRANSMISSION IS PRIVILEGED AND CONTAINS CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE PERSON(S) NAMED ABOVE. DO NOT FORWARD. ANY OTHER DISTRIBUTION, RETRANSMISSION, COPYING, OR DISCLOSURE IS STRICTLY PROHIBITED. IF YOU ARE NOT APPROVED TO SEE THE INFORMATION CONTAINED IN THIS EMAIL OR ITS ATTACHMENTS, OR IF YOU HAVE OTHERWISE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY ME IMMEDIATELY BY TELEPHONE (408-862-2340) OR RETURN EMAIL, AND DELETE THIS MESSAGE AND ANY ATTACHED FILES FROM YOUR SYSTEM.

Begin forwarded message:

From: Kim Cooper <cooper@apple.com>

Date: January 25, 2011 2:02:18 PM PST

To: Michael Miramontes <miramontes@apple.com>

Cc: Kim Cooper <cooper@apple.com>, David Tom <davidtom@apple.com>

Confidential

AAPL-FTC-00107140
CX0526-004

Subject: Fwd: Checking In

**Attorney Client Privilege**

Kim

Begin forwarded message:

**From:** Jeff Williams <jwilliams@apple.com>
**Date:** January 24, 2011 7:51:47 AM PST
**To:** David Tom <davidtom@apple.com>
**Cc:** Kim Cooper <cooper@apple.com>, Bruce Sewell <bsewell@apple.com>, Denise Hackett <hackett@apple.com>
**Subject: Fwd: Checking In**

**Attorney Client Privilege**

Begin forwarded message:

**From:** "Mollenkopf, Steven" <stevenm@qualcomm.com>
**Date:** January 24, 2011 6:07:50 AM PST
**To:** Jeff Williams <jwilliams@apple.com>
**Cc:** "Mollenkopf, Steven" <stevenm@qualcomm.com>
**Subject: Re: Checking In**

Jeff,

Attached is a deck explaining the changes we would like to make to the most recent draft.

We added back in the launch commitments for the transition fund and the MDF and increased the qualifying quarterly volume to ▮ for 2011. We need this for a legal reason.

For the VIF, we will need to clarify the language so that it applies to purchases after 1 Oct 2011. This is the inventory issue that Jim mentioned on the phone.

For the VIF, we added in a design notification and ability to terminate as

a compromise for having no clawback. I think this is a reasonable balance here to the issue and provides some protection for us without impacting your ability to use the monies.

We also changed the payout table for 2012. Looking at your run rates (even without VZW and CDMA global footprints), the earlier schedule is not enough of a stretch given the large increase in payout. We added in another step to help us fund the increase in incentive.

Lastly, we added back in the language on general design commitments (see our page7) that fell out of this draft. They were in the earlier ones and are important to us.

Talk to you later today. Seems like we are getting close.

steve

-----Original Message-----
From: Jeff Williams <jwilliams@apple.com>
Date: Fri, 21 Jan 2011 21:13:13 -0800
To: Steven Mollenkopf <stevenm@qualcomm.com>
Subject: Re: Checking In

Thanks. Let me know. I didn't expect any surprises, so that may be

oversight on our part. I'll check when I get your account.

Jeff

On Jan 21, 2011, at 7:05 PM, Mollenkopf, Steven wrote:

Reasonable news. Spent the day trying to understand the differences

between the latest draft and what we expected. Some conceptual changes

that surprised us (launch commitments removed, etc...) and some things I

would characterize as typical of entering the drafting phase.

I still remain concerned about the lack of any teeth in the deal in the

out-years but understand your clawback concerns.

I will send a detailed account in the morning. I would suggest a

face-to-face early next week (Tuesday) to close out drafting in real

time

as concerned it will be a volley of red-lines.

We are getting there.

steve

-----Original Message-----

From: Jeff Williams <jwilliams@apple.com>

Date: Fri, 21 Jan 2011 17:07:26 -0800

To: Steven Mollenkopf <stevenm@qualcomm.com>

Subject: Checking In

Any good news from your side?

Confidential



# Transition Agreement Between Maverick and QUALCOMM
(revised 1/21/11)

QUALCOMM CONFIDENTIAL AND PROPRIETARY - Restricted Distribution — For Discussion Purposes Only

PAGE 1

AAPL-FTC-00107144
CX0526-008

Confidential

## Maverick Deal Elements

1. Transition Fund — $250M
2. Marketing Development Fund — $150M
3. Variable Incentive — $600M

QUALCOMM CONFIDENTIAL AND PROPRIETARY – Restricted Distribution – For Discussion Purposes Only

AAPL-FTC-00107145
CX0526-009

PAGE 2

Confidential

**QUALCOMM**
CDMA Technologies

# Transition Fund - $250M

## Key Terms

- Objective of $250M is to fund the transition to QC solutions over time

- Split into two annual even payments in Q1'12 & Q1'13

- To be eligible for the funding, Maverick must launch a global UMTS product containing a QC UMTS chipset by January 2012.

- To earn and retain the funding, Maverick must purchase a minimum of ▇ (for 2011) and ▇ (for 2012, 2013, and Q1'2014) of Maverick product containing QC chipsets per quarter from Q1'2011 to Q1'2014 (for 2011, the ▇ threshold shall be regardless of technology; for 2012-Q1'2014, the ▇ threshold must be met by QC UMTS or QC Multimode UMTS/LTE chipsets only).

- If Maverick doesn't meet the minimum amount (a) in 2011 (▇ per quarter), then the 1st payment in 2012 will be adjusted based on the shortfall for each qtr (i.e., ▇); (b) in ▇ ▇, then the 2nd payment in 2013 will be adjusted based on the shortfall for each qtr ▇; (c) in 2013 and Q1'2014 (▇ per qtr), then w/in 45 days after end of Q1'2014, May will pay QC for the shortfall for each qtr (i.e., ▇).

QUALCOMM CONFIDENTIAL AND PROPRIETARY – Restricted Distribution – For Discussion Purposes Only

AAPL-FTC-00107146
CX0526-010

Confidential



# Marketing Development Fund - $150M

## Key Terms

- Objective of fund is to contribute to the costs of Maverick's marketing efforts to drive demand for global sales of Maverick's UMTS products and QC's solutions
- Total amount capped at $150M, regardless of volume
  - Up to $25M 18.75M of marketing cost per quarter for ~~eight~~ <u>six</u> quarters
  - Initial quarterly payment to commence on Maverick's launch of a global UMTS platform containing a QC UMTS chipset
- ~~If Maverick launches any device, with a non-QC modem (regardless of technology), Maverick shall notify QC and return to QC the MDF payments for the prior quarter, and QC will no longer be obligated to make any future MDF payments that otherwise would be required.~~

QUALCOMM CONFIDENTIAL AND PROPRIETARY - Restricted Distribution -- For Discussion Purposes Only

AAPL-FTC-00107147
CX0526-011

Confidential

# Variable Incentive Fund - $600M

## Key Terms

- Total annual cap of $200M, lifetime cap of $600M through 2015

- ~~Start date is 1/1/2012. VIF begins Oct. 1, 2011 for QC chipsets sold to an AP and incorporated into a Maverick Product which is purchased by Maverick after this date.~~

- Payouts dependent upon volume of Maverick product containing QC chipset per year per payout table attached; failure to meet volume thresholds for any payment in any individual year has no impact on prior years or eligibility in subsequent years.

- All technologies (CDMA/UMTS/LTE) may be counted toward volume counters, to maximize Maverick's flexibility

- If Maverick begins design/development of RF Development Boards which contain a non-QC modem, Maverick will provide notice of such development to QC and QC will no longer be obligated to make any future VIF payments that otherwise would be required.

- ~~If Maverick launches any device with a non-QC modem (regardless of technology), Maverick shall notify QC and return to QC all Variable Incentive Fund amounts paid by QC in the then-current year and in the immediately preceding calendar year, and QC will no longer be obligated to make any future VIF payments that otherwise would be required.~~

QUALCOMM CONFIDENTIAL AND PROPRIETARY - Restricted Distribution -- For Discussion Purposes Only

Confidential

AAPL-FTC-00107148
CX0526-012

# Variable Incentive Fund - $600M Cont…

## Maverick Proposal

| | Payment Amount | Volume |
|---|---|---|
| **2012** | US$200,000,000 | |
| | US$100,000,000 | |
| | no payment | |
| **2013** | US$200,000,000 | |
| | US$150,000,000 | |
| | US$100,000,000 | |
| | no payment | |
| **2014** | US$200,000,000 | |
| | US$150,000,000 | |
| | US$100,000,000 | |
| | no payment | |
| **2015** | unpaid balance | |

## QCT Proposal

| | Payment Amount | Volume |
|---|---|---|
| **2012** | US$200,000,000 | |
| | US$150,000,000 | |
| | US$100,000,000 | |
| | no payment | |
| **2013** | US$200,000,000 | |
| | US$150,000,000 | |
| | US$100,000,000 | |
| | no payment | |
| **2014** | US$200,000,000 | |
| | US$150,000,000 | |
| | US$100,000,000 | |
| | no payment | |
| **2015** | US$200,000,000 | |
| | US$150,000,000 | |
| | US$100,000,000 | |
| | no payment | |

QUALCOMM CONFIDENTIAL AND PROPRIETARY - Restricted Distribution -- For Discussion Purposes Only

QUALCOMM CDMA Technologies

PAGE 6

Confidential

AAPL-FTC-00107149
CX0526-013

**Qualcomm**
CDMA Technologies

## Additional Requirements

- In the event that any IP claim is initiated by Maverick, the agreement would terminate and Maverick would lose eligibility for any future payments (i.e., Transition Fund, MDF, and Variable Incentive Fund) that otherwise would be required.

- If Maverick launches any device, with a non QC modem (regardless of technology), Maverick shall notify QC, and QC will no longer be obligated to make any future payments that otherwise would be required.

- Maverick will reimburse Qualcomm all amounts paid, without interest, if before December 31, 2013 Maverick has commercially sold a single or multimode LTE product that incorporates a non QC modem.

PAGE 7

QUALCOMM CONFIDENTIAL AND PROPRIETARY - Restricted Distribution -- For Discussion Purposes Only

AAPL-FTC-00107150
CX0526-014
Confidential

This document withheld for Privilege

Confidential

AAPL-FTC-00107151
CX0526-015