# CX0855

# REVISED REDACTED VERSION



# Project Hamilton

Last revised February 24, 2014

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108170

CX0855-001

Hamilton | Objectives

- Freedom to use the best cellular chipset available for Apple products

- Competitive pricing independent of patent licenses

# Redacted - Privileged

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108171

CX0855-002



Confidential

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

# Hamilton | Transition Agreement Basics

- Transition Fund (TF)
  - $250M paid annually in two installments in March 2012 and 2013
- Marketing and Development Fund (MDF)
  - $150M paid quarterly in six installments through December 2012
- Marketing Fund* (MF) paid annually 45 days after December 31st during the Term
  - $2.50 per Apple Phone with a Sales Price ≥ $200
  - $1.50 per Apple Tablet with a Sales Price ≥ $180
- Variable Incentive Funds (VIFs) piad annually 45 days after October 1st in 2014-16 based on prior 12-month volume
  - Up to $600M in 2014 -2015
  - Up to ████ in 2015 and 2016

**Attorney Client Privilege**

*Added in the First Amendment effective January 1, 2013

Privileged and Confidential

4

Apple Proprietary & Confidential

2/28/14

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108173

CX0855-004

# Hamilton | Business Cooperation and Patent Agreement Basics

- Rebates until effective Apple Phone Royalty is ▮▮ and Apple Tablet Royalty is ▮▮

  **Attorney Client Privilege**

  – To be paid quarterly no later than 30 days after receipt of the Apple Report and all royalties due

- Termination:

  – Expires on December 31, 2016

  **Attorney Client Privilege**

Apple Proprietary & Confidential

Privileged and Confidential
5

2/28/14

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108174

CX0855-005

# Hamilton | Proposal

- Secure supply commitment for 2016/17 chipsets with Qualcomm

# Redacted - Privileged

- Add either IMC or Broadcom as a supplier in 2H 2016 or 1H 2017
  - -- Select alternate by TBD for at least one product
  - -- Lock-in commercial terms and begin engineering effort immediately
  - -- Award product mix to Qualcomm and the alternate in mid-2015

**Attorney Client Privilege**

Apple Proprietary & Confidential

Privileged and Confidential

6

2/28/14

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108175

CX0855-006

Hamilton | 2016/17 Chipset Counter-Proposal

- 2016/17 SOW
  - NTE pricing for MDM9645 / MDM9625 and MDM9615 cost reduction

# Redacted - Privileged

Apple Proprietary & Confidential

Privileged and Confidential
7

2/28/14

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108176

CX0855-007



# Hamilton | Price Targets

| Qualcomm Quote | | Apple Counter | | Internal Target | External Target |
|---|---|---|---|---|---|
| MDM9625 | | MDM9625 | $9.25 | $10.00 | $8.00 |
| MDM9645 | | MDM9645 | $15.50 | $18.00 | $12.50 |
| MDM9615 | | MDM9615 | $14.00 | $17.00 | N/A |

Apple Proprietary & Confidential

Privileged and Confidential

8

2/28/14

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108177

CX0855-008



## Hamilton | New 2017/18 Variable Incentive Funds

| Low-End Chipsets | | High-End Chipsets | |
|---|---|---|---|
| Payment Amount* | Annual Volume | Payment Amount* | Annual Volume |
| | ≥ 75M | | ≥ 75M |
| | ≥ 60 and < 75M | | ≥ 60 and < 75M |
| | ≥ 50M and < 60M | | ≥ 50M and < 60M |
| | < 100M | | < 100M |

*Payable 45 days after October 1, 2017
Privileged and Confidential

Apple Proprietary & Confidential

9

2/28/14

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108178

CX0855-009

Hamilton | SEP License for Chipsets

# Redacted - Privileged

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108179

CX0855-010



# Hamilton | Legal Options

**Attorney Client Privilege**

Privileged and Confidential

11

Apple Proprietary & Confidential

2/28/14

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108180

CX0855-011



Hamilton | Legal Timeline & Strategy

Privileged and Confidential

**Attorney Client Privilege**

Apple Proprietary & Confidential

2/28/14

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108181

CX0855-012

Privileged and Confidential

# Hamilton | RFP Summary



**Quote Summary**

| | | | 2016 CQ2 | 2016 CQ3 | 2016 CQ4 | 2017 CQ1 | Comments / Adjustments |
|---|---|---|---|---|---|---|---|
| High End | Qualcomm | MDM9645 | | | | | |
| | IMC | XMM7460 | $14.10 | $14.00 | $13.96 | $13.80 | * Need to add GPS & ET |
| | BRCM | BCM21990 | $14.24 | $14.04 | $13.84 | $13.77 | * Need to add ET |

| | | | 2016 CQ2 | 2016 CQ3 | 2016 CQ4 | 2017 CQ1 | Comments / Adjustments |
|---|---|---|---|---|---|---|---|
| Low End | Qualcomm | MDM9625 | | | | | |
| | IMC | XMM7262 | $9.00 | $8.90 | $8.80 | $8.80 | * Need to add GPS & ET |
| | BRCM | BCM21899 | $11.24 | $11.04 | $10.84 | $10.68 | * Need to add GPS & ET |

**Solution Summary (Avg 12mth)**



Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108182

CX0855-013



## Hamilton | Agreement Summary & Royalty Impact

**Strategic Terms Agreement**
Redacted - Privileged

**BCPA**
Redacted - Privileged

**Transition Agreement**
Redacted - Privileged

|  | iPhone | iPad!  !! | Average |
|---|---|---|---|
| Base Royalty |  |  |  |
| BCPA |  |  |  |
| Transition Agreement |  |  |  |

Apple Proprietary & Confidential

Privileged and Confidential

2/28/14

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108183

CX0855-014



Discussion

Privileged and Confidential

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108184

CX0855-015



Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108185

CX0855-016

## Cellular Chipsets | Considerations

- Qualcomm's latest response-
  - MDM9645: ▮▮▮▮▮
  - MDM9625: ▮▮▮▮ No Marketing Incentive)
  - BCPA & TA Extended by 1 year (Incremental ▮▮▮▮ in CY17)
- Various Factors to Consider-

# Redacted - Privileged

- We need to model for two scenarios-
  - Qualcomm charges ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108186

CX0855-017



Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

## Cellular Chipsets | Scenarios

| | Current Offers! | | Anticipated Offers | |
|---|---|---|---|---|
| Effective Royalties | TA Expires | BCPA & TA Expires | TA Expires | BCPA & TA Expires |
| MDM9645 / MDM9625 | ██████████████ | | $20.50 / $10.50 | |
| Competitive Alternate | $14.40 / $10.55 | | $12.50 / $9.00 | |
| 12 months Savings Analysis | ████████████████████████ | | | |
| Disputed Marketing Fund | | | | |

- Volume Assumption: 30M legacy, 80M Low-end, 240M High-end

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108188

CX0855-019

## Cellular Chipsets | Next Steps

**Current Qualcomm Offer**

- MDM9645 Quote: ▮▮▮▮▮▮▮

- MDM9625 Quote: ▮▮▮▮▮▮▮
  - Marketing Incentive not applied to MDM9625 products

- Transition Agreement extended

- ▮▮▮▮▮ Marketing Incentive (CY17)

**Proposed Counter-offer**

- Focus on low-end only
  - MDM9625: $9.25 by CQ3_'16 with more aggressive price curve starting in CQ3_'14

  Redacted - Privileged

  - MDM9615: $13.50

  Redacted - Privileged

Apple Proprietary & Confidential

Privileged and Confidential
20

2/28/14

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108189

CX0855-020



Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY



# 2016 RFP Update

Last revised January 20th, 2014

Privileged and Confidential

Apple Proprietary & Confidential

2/28/14

Confidential

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108191

CX0855-022



Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY



Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108193

CX0855-024



# Cellular Chipsets | Transition Agreement Impact - 2015

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108194

CX0855-025



# Cellular Chipsets | Transition Agreement Impact - 2016

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108195

CX0855-026



# Cellular Strategy

Last revised Dec 16th, 2013

Privileged and Confidential

Apple Proprietary & Confidential

2/28/14

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108196

CX0855-027

# Agenda

- Qualcomm Relationship Update
- Market & EcoSystem Summary
- RFP Status
- Next Steps

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108197

CX0855-028

# Qualcomm | Relationship Update

■ Qualcomm successfully ramped 5th chipset with Apple in 2013

   – MDM6600, MDM6610, MDM9600, MDM9615 v2.4 and MDM9615 v3.0

■ Two chipsets in development

   – MDM9625 and MDM9635

■ Supply & support improving, but still not transparent

■ Qualcomm has recently pushed for additional business in non chipset categories:

   – Connectivity

   – Antenna Tuners

   – RF Components

   – Audio

■ Apple's response to date has been that without adequate and fair terms and conditions, we can't proceed.

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108198

CX0855-029



Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108199

CX0855-030

# Cellular Market | Modem Market Share

Privileged and Confidential

## 2012-1Q_13 Competitive Sourcing Strategy

       

Source: http://blogs.strategyanalytics.com/HCT/
& Strategy Analytics SpecTRAX

● QCOMM ● Others

### LTE Market Share (Revenue)

■ QCOMM  ■ Others



- 2013: Qualcomm on Gen 3 LTE products!
- CQ4'13: Intel shipped XMM7160 LTE modem!
- CQ1'14: Broadcom expects to ship LTE-Advanced SoC (Renesas Mobile MP6530) !
- 1H14: Ericsson to ramp LTE-Advanced modem M7450

### CQ2 Top Smartphones - Modem Vendor

| Phone | Baseband Vendor |
|---|---|
| Apple iPhone 5 | Qualcomm |
| Applie iPhone 4S | Qualcomm |
| Blackberry Z10 | Qualcomm |
| LG Optimus | Qualcomm |
| Nokia Lumia 520 | Qualcomm |
| Nokia Lumia 710 | Qualcomm |
| Nokia Lumia 820 | Qualcomm |
| Nokia Lumia 920 | Qualcomm |
| Samsung Galaxy S III | LTE: Qualcomm ; Certain Non-LTE versions: Intel |
| Samsung Galaxy S III mini | ST-Ericsson |
| Samsung Galaxy S4 | LTE: Qualcomm ; Certain Non-LTE versions: Intel |
| Samsung Galaxy Tab | Qualcomm |
| Samsung Galaxy Y | Broadcom |
| Sony Xperia Z | Qualcomm |

31

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108200

CX0855-031

# Cellular Market | Modem Market Share



2007 Modem Market Share   2013 Modem Market Share

Privileged and Confidential
32

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108201

CX0855-032

# Cellular Market | Acquired or Quit

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108202

CX0855-033

# Cellular Market | Who is left?

**Warts?**



**Options?**

MEDIATEK

**Market Dominance**

SAMSUNG











ERICSSON

Privileged and Confidential
34

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108203

CX0855-034

# Wireless Deals | Battle for the Future of Connected Devices

## Cellular Assets

**2010**: Renesas purchased **Nokia Modem Assets ($200M)**

**Oct 10**: **Broadcom** purchased **Beceem ($316M)**
4G wireless platform solutions

**Jan '11: Intel** purchased **Infineon'** Wireless Solutions focused on LTE RF technology **($1.4B)**

**May'11: Nvidia** purchased **Icera UK** based company soft modem chipsets for the mobile device market **($367M)**

**Aug' 12?: Intel** purchased **Moto** Chipset Team (CDMA Assets included)

**Aug'13: Intel** purchased **Fujitsu** Semiconductor Wireless Products Inc focused on multimode LTE RF Transceiver

**Jul & Nov '13: Tsinghua Unigroup** acquired **Spreadtrum** **$1.7B & RDA Microelectronics - $910M** Cellular & Connectivity

**Sep'13: Broadcom** purchased **Renesas** LTE Related Assets **($164M)**

## Connectivity Assets

**Jun' 07: Broadcom** purchased **GlobalLocate** GPS  **($146M)**

**Jan'11: Qualcomm** purchased **Atheros** WiFi **($3.1B)**

**July'12: Samsung** acquires **CSR** Mobile WiFi **($310M)**

**May 13: Intel** acquires **ST-Erric** GNSS Business **(Undisclosed)**

**Jun'13: Apple** licensed and hired **TI's** Wilink technology team **($315M)**

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108204

CX0855-035

# Broadcom | Investments in Cellular

 = Cellular (3G,   ) + Connectivity (   )

Connectivity OM's are in the 28-33% range, GM's are in 49-53% range

|  | Mobile & Wireless | Cellular | Connectivity |
|---|---|---|---|
| Revenue ($M) | 3800 | 1000 | 2800 |
| SG&A ($M) | 266 | 70 | 196 |
| R&D ($M) | 1000 | 600 | 400 |
| OM ($M) | 562 (15%) | -220 | 782 (28%) |
| GM ($M) | 1828 (48%) | 450 (45%) | 1378 (49%) |

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108205

CX0855-036

## Broadcom | ROI ?

- Broadcom's Cellular Investments
  - $400M in acquisitions
  - $600M in Annual R&D
- How long can this last?
- QCOM's trades at a premium because of strong cellular position
  - BRCM & Intel want this same premium and need to challenge QCOM
- **Will BRCM stay in this market w/o an Apple design win?**

|       | Rev (ttm) | GM% (ttm) | Market Cap | P/S x |
|-------|-----------|-----------|------------|-------|
| QCOM  | $24B      | 60%       | $125B      | 5.2   |
| BRCM  | $8B       | 50%       | $15B       | 1.9   |
| INTC  | $52B      | 63%       | $123B      | 2.4   |

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108206

CX0855-037

# Cellular Market | What happens if BRCM loses?

**Market Dominance**



**Options?**





**What Should we do?**

Confidential                                                    AAPL-FTC-00108207
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

CX0855-038



Confidential

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108208

CX0855-039

# Cellular Strategy | Timeline & Next Steps



**Nov & Dec '13**
- **Initial technical optons completed**
- Begin Negotiations w/ alternate sources

**Jan '14**
- "Initial" negotiations conclude
- Restart engineering evaluations

**Feb '14**
- Evaluate strategic, commercial and technical pros / cons of down selecting a 2nd supplier
- Green light in-depth technical eval

**Mar '14**
- SoW and program closure
- **Product identified for intersection?**
- Final price negotiation & leverage other business elements

**April '14**
- Decision ?

| | Pros | Cons |
|---|---|---|
| BROADCOM. | - Keeps 3 legitimate chipset players healthy<br>- Leverage overall Connectivity & Custom Si<br>- Cultural fit | - Fragmented team and execution risk<br>- Little or no in the trenches experience with BRCM's team |
| (intel) | - Past experiences with team, more of a known entity<br>- Leverage overall Mac business<br>- Fab ownership, less beholden to TSMC | - Monopolists mindset, similar to QCOM |

Apple Proprietary & Confidential

Privileged and Confidential

40

2/28/14

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

# Cellular Strategy | Summary

- Qualcomm's dominance of the modem space continues to increase as the market consolidates further

- No technical reason to change…..so the decision to add a 2nd modem supplier is **first and foremost strategic** & will yield significant savings

- **Strategic** because…..

  – Promote future innovation and reduce dependance

  – We want suppliers competing for our business, not trying to drive a higher allocation of the market value against us

  – Long-term integration (SOC + BB, Cellular & BT/WiFi, etc)

- Next Steps

  – 2nd source or status quo - decision needed **(Team)**

  – Close initial price negotiations with BRCM & IMC **(January / GSM Team)**

  – Conclude further in-depth due diligence **(March / HW & SW Teams)**

  – Decision - Down selection & product intersection

Apple Proprietary & Confidential

Privileged and Confidential
41

2/28/14

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108210

CX0855-041

## Cellular Strategy | Summary

| | Qualcomm | Broadcom | IMC |
|---|---|---|---|
| Supply Terms | | | |
| Forecasting | | | |
| IP | | | |
| LOL | ███████ | | |
| | | | |
| | | | |

Confidential
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

AAPL-FTC-00108211

CX0855-042