# CX5360

# REVISED REDACTED VERSION

| | |
|---|---|
| **From:** | McCloskey, Marc |
| **To:** | Lederer, Jim; Mollenkopf, Steven; Amon, Cristiano; Mehta, Sanjay; Katouzian, Alex; Weiser, Jonathan |
| **Sent:** | 12/11/2010 2:24:01 AM |
| **Subject:** | RE: attorney client communication : maverick deal presentation material |

Post meeting I've re-cut a few of the financial P/L slides.
Slide6 Shows Operating Margin with the full asks of Maverick
Slides 7-9 Show P/L's with a ███████████
Slides 10-12 P/L's with no incentives
The slides we looked at today are in backup

Thanks
Marc

**From:** McCloskey, Marc
**Sent:** Friday, December 10, 2010 1:45 PM
**To:** McCloskey, Marc; Lederer, Jim; Mollenkopf, Steven; Amon, Cristiano; Mehta, Sanjay; Katouzian, Alex; Weiser, Jonathan
**Subject:** RE: attorney client communication : maverick deal presentation material

Please use the attached for our 3pm review.  I have made a few updates to the financial views and slide commentary.
Please delete the previous analysis.

**From:** McCloskey, Marc
**Sent:** Thursday, December 09, 2010 10:42 PM
**To:** Lederer, Jim; Mollenkopf, Steven; Amon, Cristiano; Mehta, Sanjay; Katouzian, Alex; Weiser, Jonathan
**Subject:** RE: attorney client communication : maverick deal

Attached is an updated financial deck
Slides 1-2 TAM walk
Slide 3-4 Program/Device Mix
Slides 5-7 Financials assuming ████ incentive on 9x15
Slides 8-10 Price history

Please do not forward the attachment.

Thanks
Marc

**From:** Lederer, Jim
**Sent:** Thursday, December 09, 2010 7:31 PM
**To:** Mollenkopf, Steven; Amon, Cristiano; Mehta, Sanjay; McCloskey, Marc; Katouzian, Alex
**Cc:** Weiser, Jonathan
**Subject:** Re: attorney client communication : maverick deal

Marc and I spent time this morning and spec'd it out and should have tonight I think.

**From:** Mollenkopf, Steven
**Sent:** Thursday, December 09, 2010 07:17 PM
**To:** Mollenkopf, Steven; Amon, Cristiano; Lederer, Jim; Mehta, Sanjay; McCloskey, Marc; Katouzian, Alex
**Cc:** Weiser, Jonathan
**Subject:** RE: attorney client communication : maverick deal

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q2014FTC00352403
Q2017MDL1_00237804

CX5360-001

Do we have any of the analysis ready to be sent around?

steve

---

**From:** Mollenkopf, Steven
**Sent:** Wednesday, December 08, 2010 6:11 PM
**To:** Amon, Cristiano; Lederer, Jim; Mehta, Sanjay; McCloskey, Marc; Katouzian, Alex
**Cc:** Weiser, Jonathan; Mollenkopf, Steven
**Subject:** RE: attorney client communication : maverick deal

Lets get it done before the end of their week.

Steve

Sent from my Windows Phone

---

**From:** Amon, Cristiano
**Sent:** Thursday, December 09, 2010 10:01 AM
**To:** Mollenkopf, Steven; Lederer, Jim; Mehta, Sanjay; McCloskey, Marc; Katouzian, Alex
**Cc:** Weiser, Jonathan
**Subject:** Re: attorney client communication : maverick deal

Jim and Sanjay,

I am back in San Diego on Thursday evening. Let's get together Friday am to go over the numbers.

Otherwise, we can have a call in the next 24h.

Cristiano
(From Beijing)

---

**From:** Mollenkopf, Steven
**Sent:** Wednesday, December 08, 2010 03:16 PM
**To:** Mollenkopf, Steven; Lederer, Jim; Mehta, Sanjay; Amon, Cristiano; McCloskey, Marc; Katouzian, Alex
**Cc:** Weiser, Jonathan
**Subject:** RE: attorney client communication : maverick deal

Also, we need to understand what level of pain we are willing to take to get this business.  What is our walkaway?

steve

---
**From:** Mollenkopf, Steven
**Sent:** Wednesday, December 08, 2010 3:15 PM
**To:** Lederer, Jim; Mehta, Sanjay; Amon, Cristiano; McCloskey, Marc; Katouzian, Alex
**Cc:** Mollenkopf, Steven; Weiser, Jonathan
**Subject:** FW: attorney client communication : maverick deal

Guys,

I have another call with Jeff on Friday AM.    It is short.

As prep, can I get the following:

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

·       Updated value of the business with their proposed structure (rebate does not apply to ▇▇▇▇

·       Comparison of our previous moves (I argued that the transition fund was already paid in the price move, but he had different data that showed we moved ▇▇▇▇

·       Look at structure of pay out  (looking for loopholes in their structure and how we ensure we pay after we get the designs, KEY POINT that I want several eyes on)

Main thing is to get confidence in the LTE designs which I believe they will have multiple market offers on that make an ▇▇▇▇ structure too difficult.

I will sync with Derek and Steve A. on the plane home from Asia this evening.

Jonathan,

REDACTED FOR PRIVILEGE

Thanks.

steve

_____

**From:** Mollenkopf, Steven
**Sent:** Tuesday, December 07, 2010 6:49 PM
**To:** Aberle, Derek; Altman, Steve; Lederer, Jim; Weiser, Jonathan; Rosenberg, Don
**Cc:** Mollenkopf, Steven
**Subject:** attorney client communication : maverick deal

Guys,

Here is what came out of the call I had with Jeff on Friday.  The action was for us to capture what was said (and I pushed back on the number of course) and understand their starting point for rebate (their view is after 6x15).

I have not looking at this in any detail but I assume there is a significant amount of hair.

He is what I wrote down as next steps from Friday call (internal only not agreed with Jeff):

·       Need to make sure their understanding reflects QTL takeaway from meeting  (they had question about "CDMA give" – capped at ▇▇▇▇ or whatever it is)

·       Need payment and earn-out mechanism that aligns with goal of design-ins and exclusivity

·       Push back on numbers (both transition fund and rebate)

·       Need mechanism to prevent them attacking the business and us continuing to pay (conceptually agreed)

They want to close it quickly, but I am not sure that is in our best interest -- as we are paying, we learn more and they get more pregnant.

We should sync on this on the plane home.  I will ack it back to Jeff but not propose anything.

Steve (catching up on email)

-----Original Message-----
From: Jeff Williams [mailto:jwilliams@apple.com]
Sent: Monday, December 06, 2010 11:25 AM
To: Mollenkopf, Steven
Subject: Try this one instead

Hi Steve,

I hope your travel to Asia is going well.

Attached is a write-up that I think captures what we discussed.  It was a little more
complicated to write than I thought, but at least it's fairly short.    It references
the chip agreement.


The key points are:

The transition fund of the $750M payable for four years starting with the first UMTS
design win and every year thereafter as long as we are doing all new stuff with your
chips (in excess spread across 4 years of design wins which is likely 5+ years of
product sales).

██████████ on chip purchases excluding the chips that you have already made price
movements on.

CDMA at ██████

Altman request that the funding stops if we seek legal action (similar to the
Marketing Incentive Agreement).

 << File: Eureka-Apple TA 2010-12-06 DBT.docx >>

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM         Q2014FTC00352406
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                Q2017MDL1_00237807

CX5360-004

FILE PRODUCED NATIVELY

Decemeber 2010 update rev1.pptx

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM          Q2014FTC00352407
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                 Q2017MDL1_00237808

                                                          CX5360-005

# Maverick Handset Walk

**QUALCOMM**
CDMA Technologies

| | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|
| CDMA | 221 | 215 | 204 | 199 | 193 |
| WCDMA | 409 | 478 | 556 | 623 | 692 |
| LTE | 4 | 12 | 33 | 66 | 97 |
| **Total Handsets** | **634** | **705** | **793** | **888** | **982** |
| | | | | | |
| CDMA | 75 | 101 | 117 | 127 | 127 |
| WCDMA | 268 | 358 | 450 | 515 | 575 |
| LTE | 4 | 12 | 33 | 66 | 97 |
| **Total Smartphones** | **347** | **471** | **600** | **708** | **799** |
| | | | | | |
| CDMA | 23 | 28 | 30 | 32 | 32 |
| WCDMA | 20 | 51 | 56 | 62 | 67 |
| LTE | 0 | 2 | 5 | 10 | 16 |
| **Total QCT Maverick Units** | **43** | **81** | **92** | **103** | **114** |
| | | | | | |
| CDMA | 10% | 13% | 15% | 16% | 17% |
| WCDMA | 5% | 11% | 10% | 10% | 10% |
| LTE | 0% | 17% | 15% | 15% | 16% |
| **% of Total Handsets** | **7%** | **11%** | **12%** | **12%** | **12%** |

QUALCOMM CONFIDENTIAL AND PROPRIETARY  Internal Use ONLY - Restricted Distribution

CX5360-006

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

# Maverick Tablet Walk

| | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|
| Apple iPad Units | 20 | 27 | 34 | 39 | 42 |
| Android / Chrome Units | 8 | 16 | 24 | 33 | 40 |
| Consumer Win8 | | 3 | 16 | 27 | 37 |
| WebOS/Meego/QNX | 3 | 5 | 7 | 9 | 11 |
| **Total Tablets** | **31** | **51** | **80** | **107** | **130** |
| | | | | | |
| CDMA | 6 | 4 | 5 | 7 | 8 |
| WCDMA | 11 | 16 | 21 | 22 | 24 |
| LTE | 2 | 11 | 25 | 38 | 50 |
| **Total Connected Tablets** | **18** | **31** | **50** | **67** | **82** |
| | | | | | |
| CDMA | 4 | 2 | - | - | - |
| WCDMA | 7 | 8 | 9 | 9 | 8 |
| LTE | 1 | 6 | 11 | 14 | 17 |
| **Total QCT Maverick Units** | **12** | **17** | **20** | **23** | **25** |
| | | | | | |
| CDMA | 13% | 4% | 0% | 0% | 0% |
| WCDMA | 23% | 16% | 11% | 8% | 6% |
| LTE | 3% | 12% | 14% | 13% | 13% |
| **% of Total Tablets** | **39%** | **33%** | **25%** | **21%** | **19%** |

QUALCOMM CONFIDENTIAL AND PROPRIETARY  Internal Use ONLY - Restricted Distribution

CX5360-007

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

# Program Summary – Unit Mix



| Program | MSM | Device | Launch | Technology | C2K | WCDMA | Total Vol | C2k% | WCDMA% |
|---|---|---|---|---|---|---|---|---|---|
| 1. Moots | 6600 | iphone | Q1'11 | CDMA only | 16 | | 16 | 100% | 0% |
| 2. Moots 2 | 6600 | tablet | Q2'11 | CDMA only | 12 | | 12 | 100% | 0% |
| 3. Mav 4 | 9x00 | tablet | Q3'11 | LTE/MM | 18 | 9 | 27 | 67% | 33% |
| 4. Trek | 6x10 | iphone | Q3'11 | Multimode | 15 | 55 | 70 | 21% | 79% |
| 5. SVLTE Fusion | 6x10+9x00 | iphone | Q1'12 | CDMA only | 13 | 0 | 13 | 100% | 0% |
| 6. Mav 3 | 6x15 | iphone | Q2'12 | Multimode | 36 | 67 | 102 | 35% | 65% |
| 7. Mav 5 | 9x15 | iphone/tablet | Q2'13 | LTE/MM | 101 | 189 | 289 | 35% | 65% |
| Vol Mu's | | | | | 211 | 320 | 531 | 40% | 60% |

Legend: Mav5 9x15, Mav4 9x00, SVLTE Fusion, Trek 6x10, Mav3 6x15, Moots/26x00

SVLTE FUSION

QUALCOMM CONFIDENTIAL AND PROPRIETARY  Internal Use ONLY - Restricted Distribution

CX5360-008

PAGE 3

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

QUALCOMM
CDMA Technologies

## Units by Device Type

| Base Case | CY11 | CY12 | CY13 | CY14 | CY15 | Total |
|---|---|---|---|---|---|---|
| QCT C2K/LTE Units | 23 | 30 | 32 | 35 | 37 | 156 |
| QCT WCDMA Units | 20 | 51 | 60 | 68 | 78 | 277 |
| **iPhone Units** | **43** | **81** | **92** | **103** | **114** | **433** |
| | | | | | | |
| QCT C2K/LTE Units | 12 | 13 | 10 | 9 | 10 | 55 |
| QCT WCDMA Units | 1 | 3 | 10 | 14 | 15 | 43 |
| **Total Tablets** | **12** | **17** | **20** | **23** | **25** | **98** |
| | | | | | | |
| QCT C2K/LTE Units | 35 | 43 | 42 | 44 | 47 | 211 |
| QCT WCDMA Units | 20 | 54 | 70 | 82 | 93 | 320 |
| **Total Units** | **55** | **97** | **112** | **126** | **140** | **531** |
| _Note:_ | | | | | | |
| LTE devices 9x00/9x15 units | 4 | 13 | 43 | 117 | 140 | 316 |

**WCDMA includes 92xx units**

QUALCOMM CONFIDENTIAL AND PROPRIETARY  Internal Use ONLY - Restricted Distribution

CX5360-009

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

PAGE 4

QUALCOMM
CDMA Technologies

# QCT/Customer ASK's

- **QCT ASKS FOR MDF FUND**
  - Exclusivity
  - Joint Marketing
  - WLAN/BT 2013



| Transition Fund | MAV ASK $750M | QCT GIVE $500M | |
|---|---|---|---|

QUALCOMM CONFIDENTIAL AND PROPRIETARY  Internal Use ONLY - Restricted Distribution

CX5360-010

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

# Total Operating Margin with <u>Mavericks</u> Request

## Incentive Reflects Mavericks asks of QCT: $750M Transition Fund &

QUALCOMM CONFIDENTIAL AND PROPRIETARY  Internal Use ONLY - Restricted Distribution

CX5360-011

PAGE 6

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

# Total Operating Margin Summary

**$500M Incentive**

CX5360-012

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

CX5360-013

# CDMA/LTE Margin Summary



QUALCOMM CONFIDENTIAL AND PROPRIETARY  Internal Use ONLY - Restricted Distribution

CX5360-014

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY



Total Operating Margin Summary

CX5360-015

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY



# WCDMA Operating Margin Summary

CX5360-016

QUALCOMM CONFIDENTI

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

# CDMA/LTE Margin Summary

QUALCOMM CONFIDENTIAL AND PROPRIETARY  Internal Use ONLY - Restricted Distribution

CX5360-017

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

# Price History MDM6k



QUALCOMM CONFIDENTIAL AND PROPRIETARY  Internal Use ONLY - Restricted Distribution

CX5360-018

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

# Price History MDM9K

QUALCOMM
CDMA Technologies

QUALCOMM CONFIDENTIAL AND PROPRIETARY  Internal Use ONLY - Restricted Distribution

CX5360-019

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

QUALCOMM PROPRIETARY & CONFIDENTIAL

CX5360-020

PAGE 15

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

# BACKUP

QUALCOMM CONFIDENTIAL AND PROPRIETARY  Internal Use ONLY - Restricted Distribution

CX5360-021

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

PAGE 16

QUALCOMM CONFIDENTIAL AND PROPRIETARY  Internal Use ONLY - Restricted Distribution

CX5360-022

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

PAGE 17

QUALCOMM CONFIDENTIAL AND PROPRIETARY  Internal Use ONLY - Restricted Distribution

CX5360-023

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

PAGE 18

QUALCOMM CONFIDENTIAL AND PROPRIETARY  Internal Use ONLY - Restricted Distribution

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

CX5360-024

PAGE 19

QUALCOMM CONFIDENTIAL AND PROPRIETARY  Internal Use ONLY - Restricted Distribution

CX5360-025

PAGE 20

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

QUALCOMM CONFIDENTIAL AND PROPRIETARY  Internal Use ONLY - Restricted Distribution

CX5360-026

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

PAGE 21

## Substitution Analysis



QUALCOMM CONFIDENTIAL AND PROPRIETARY  Internal Use ONLY - Restricted Distribution

CX5360-027

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

QUALCOMM CONFIDENTIAL AND PROPRIETARY - Internal Use ONLY – Restricted Distribution

CX5360-028

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

CX5360-029

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

**All pricing above is with Maverick except for gray shaded box**

QUALCOMM CONFIDENTIAL AND PROPRIETARY  Internal Use ONLY - Restricted Distribution

CX5360-030

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

QUALCOMM CONFIDENTIAL AND PROPRIETARY  Internal Use ONLY - Restricted Distribution

CX5360-031

PAGE 26

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

QUALCOMM CONFIDENTIAL AND PROPRIETARY  Internal Use ONLY - Restricted Distribution

CX5360-032

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY



CX5360-033

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY