# CX5389

# REVISED REDACTED VERSION

**To:** Jacobs, Paul[pjacobs@qualcomm.com]
**Cc:** Mollenkopf, Steven[stevenm@qualcomm.com]; Keitel, Bill[wkeitel@qualcomm.com]
**From:** Mollenkopf, Steven
**Sent:** Sun 3/3/2013 5:26:48 PM
**Importance:** Normal
**Subject:** FW: maverick deals are done
**MAIL_RECEIVED:** Sun 3/3/2013 5:26:50 PM
Mav key terms and financial summary.pptx

Paul,

I started to write you an email and then saw that the information was already captured by the Finance folks for Bill. Key financials are on the last two pages. The comparison to the strat plan is positive because we assumed share loss in 2014 and 2015. The 2014 numbers are mix dependent. We are expecting a richer mix and CA is more broadly adopted than was assumed.

I would assume that it is also positive relative to QTL's strat plan as well, but Bill would need to confirm. On an economic basis to the license we extended in late 2012 (and they did not take) this is also positive to QTL by roughly [REDACTED] per device at these volumes.

There is a mistake in the deck, the clawback for the 2013 and 2014 VIF is a device launched with non-QCT baseband, any device. The new monies tie to phone and tablets (so they could launch a watch with someone else and still get those funds). I was OK with that given the scope of our deal.

The most relevant comparisons however should have been to made to the case where they fight on IP and spin up a second source in 2014 and 2015. In this case, we would have lost Mav 10 low, Mav 13 and bunch of the Mav 7/8 volume in 2014 and 2015. You can size the impact on page 6. It is huge and has a large strategic downside.

Net-net, we are setup up pretty well for the next few years.

steve


**From:** <Mehta>, Sanjay <sanjaym@qti.qualcomm.com>
**Date:** Saturday, March 2, 2013 5:39 PM
**To:** Steve Mollenkopf <stevenm@qualcomm.com>, "Lederer, Jim" <jlederer@qti.qualcomm.com>, "Amon, Cristiano" <camon@qti.qualcomm.com>, "Renduchintala, Murthy" <murthyr@qti.qualcomm.com>
**Cc:** "McCloskey, Marc" <mmcclosk@qti.qualcomm.com>, "Wyatt, Will" <wwyatt@qti.qualcomm.com>
**Subject:** FW: maverick deals are done


Please find enclosed the slides that were sent to Bill. The change from prior sent is the 2nd slide which notes agreements the agreements and their objectives to give Bill some context.


**From:** Mehta, Sanjay
**Sent:** Saturday, March 02, 2013 5:35 PM
**To:** Keitel, Bill
**Cc:** Lederer, Jim
**Subject:** RE: maverick deals are done


+Jim L



Bill:

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Q2014FTC01823202
Q2017MDL1_01661999

CX5389-001

Please find enclosed a couple more slides. One to give you more of a landscape of the agreements we have and then noting the changes. Also, 2 slides a the end which show the QCT economics of the deal with incentives noted at the bottom. Last slide notes the incentive split over time for your reference.

Let me know if you would like to discuss.

Sanjay

**From:** Keitel, Bill
**Sent:** Saturday, March 02, 2013 9:53 AM
**To:** Mehta, Sanjay
**Subject:** RE: maverick deals are done

Okay. Thanks.

**From:** Mehta, Sanjay
**Sent:** Saturday, March 02, 2013 8:22 AM
**To:** Keitel, Bill
**Subject:** RE: maverick deals are done

Bill:

In the interest of time I wanted to get you something quickly so that you could be prepared for questions. We are compiling a more complete deck that is being worked on today / tomorrow. Please expect an update.

Call if you have any questions.

Sanjay

**From:** Mehta, Sanjay
**Sent:** Friday, March 01, 2013 6:20 PM
**To:** Keitel, Bill
**Subject:** RE: maverick deals are done

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Q2014FTC01823203
Q2017MDL1_01662000

CX5389-002

Bill:

Per your request, please find enclosed a summary of the prior agreements and the amendments we just agreed. Let me know if you'd like to discuss over the weekend for a few minutes (no big plans, but, kids sports stuff on Sat morning.......afternoon Sat would work best for a quick chat). Have a good weekend.

Sanjay

**From:** Keitel, Bill
**Sent:** Friday, March 01, 2013 7:40 AM
**To:** Mehta, Sanjay
**Subject:** FW: maverick deals are done

Would like to see a summary of key terms – this agreement vs prior agreement.

Thanks,

**From:** Mollenkopf, Steven
**Sent:** Thursday, February 28, 2013 7:59 PM
**To:** exc
**Cc:** Mollenkopf, Steven
**Subject:** FW: maverick deals are done

Done. Lots of good work across multiple orgs.

steve

**From:** <Mollenkopf>, Steve Mollenkopf <stevenm@qualcomm.com>
**Date:** Thursday, February 28, 2013 7:56 PM
**To:** Derek Aberle <daberle@qualcomm.com>, "Chen, Victoria" <vchen@qti.qualcomm.com>, "Weiser, Jonathan" <jweiser@qti.qualcomm.com>, Eric Reifschneider <ereif@qualcomm.com>, "Gonell, Fabian" <fgonell@qualcomm.com>, "Lederer, Jim" <jlederer@qti.qualcomm.com>, "Mehta, Sanjay" <sanjaym@qti.qualcomm.com>, "Renduchintala, Murthy" <murthyr@qti.qualcomm.com>, "McCloskey, Marc" <mmcclosk@qti.qualcomm.com>, "Koliander, Eric" <erick@qti.qualcomm.com>

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q2014FTC01823204
Q2017MDL1_01662001

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

CX5389-003

Cc: Don Rosenberg <djr@qualcomm.com>, Steve Mollenkopf <stevenm@qualcomm.com>
Subject: maverick deals are done

The deal is signed. Thanks everyone for all the hard work and long hours to get it completed. It puts us in the strong position through 2016. It is a good outcome for us.

It is best to keep all the details and the existence of the deals to a limited group. Team needs to be focused on execution now.

steve

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Q2014FTC01823205
Q2017MDL1_01662002

CX5389-004

FILE PRODUCED NATIVELY

Mav key terms and financial summary.pptx

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q2014FTC01823206
Q2017MDL1_01662003

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

CX5389-005

## Objectives covered in slides

1) Scope of existing contracts and key changes

2) Financial and incentive summary

QUALCOMM CONFIDENTIAL AND PROPRIETARY Internal Use ONLY - Restricted Distribution

CX5389-006

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

# QCT Contract Summary



## Signed & Executed Pre 2013

- **Strategic Terms Agreement (STA)**
  - Executed – December 2009
  - Purpose – Governs general T&C's in which QCT/Mav operate under for chipset purchases. For example Forecasting, Purchase Orders, Payment Terms, MFC Warranty, Excessive Failures ….

- **Transition Agreement (TA)**
  - Executed - February 2011
  - Purpose – Three Components for "switching costs" requires 100% Maverick share
    - Transition Fund (TF) $250M (QCT/QTL Share)
    - Marketing Development Fund (MDF) $150M
    - Variable Incentive Fund (VIF) $600M (up to $200M/yr)

- **Statement of Works**
  - Executed – Multiple Projects (Moots, Trek, Mav 4, Mav5)
  - Purpose – Governs "Project" specific T&C's. ASP, Rebate terms. "Locks" QCT into supplying Maverick forecast

## Post 2013 Major Amendments

- **Strategic Terms Agreement (STA)**
  - Significant Changes
    - Mav visibility at our Fabs,
    - Free Engineering Deliverables,
    - Mav has compliance rights for Excess Chipsets

- **Transition Agreement (TA)**
  - Significant Changes - requires 100% Maverick share for Phones/Tablets
    - Marketing Development Fund (MDF) on a per unit basis ▮ and ▮
    - Variable Incentive Fund (VIF) additional VIF in 2015 & 2016

- **Statement of Works**
  - Executed – Multiple Projects (Mav 7/8, Mav 10, Mav 13)
  - Significant Changes – Locks QCT into supplying Maverick forecast for 28nm HPM & 20nm SoC. One time rebalance inventory between ODM's

The following slides go into further depth on the amended T&C's for STA, TA, & SOW's

QUALCOMM CONFIDENTIAL AND PROPRIETARY Internal Use ONLY - Restricted Distribution

CX5389-007

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

# Strategic Terms Agreement (STA) Amendment

- **Apple and Qualcomm shall meet with Qualcomm's foundries to review the Forecast and the Manufacturing plan. Qualcomm will provide WIP and Shipment reports**

- **Free Engineering Support** ■■■■■■■
  - MTPs: up to thirty (30) per Qualcomm Chipset
  - Engineering Samples: up to twenty-five thousand (25,000) per Qualcomm Chipset
  - Industry standard Interoperability Testing: $■ credit (per SOW) to be applied towards testing and certification costs
  - Training: two (2) domestic training sessions and two (2) international training sessions per SOW

- **Maverick has compliance rights (audit) on Excess Chipsets**

QUALCOMM CONFIDENTIAL AND PROPRIETARY Internal Use ONLY - Restricted Distribution

CX5389-008

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY



# Statement of Work (SOW)

- One time rebalance inventory between Authorized Purchasers (ODM's). Return and re-shipment must occur within the same fiscal quarter.
- Rebate Mav to the Low Tier price on a quarterly basis
- Mav to pay QC adder for "Carrier Aggregation enabled" product at the time of activation on a monthly basis
- Sourcing Plan agreed to qualify 2 foundries and 3 SATS per ASIC
- For Mav 7/8, Mav 10, & Mav 13 we are now locked in to supply per Mav's forecast (Note initial forecast has been included in the SOW)

**QUALCOMM**
CDMA Technologies

QUALCOMM CONFIDENTIAL AND PROPRIETARY Internal Use ONLY - Restricted Distribution

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

CX5389-010

## QCT Mav Direct Margin Summary – Final Deal

**QUALCOMM** CDMA Technologies

**New deal structure**
100% share in wireless phones and tablet markets through 2016

**iPhone/iPad Program wins**
Mav 7/8 (MDM9615M) 2013
Mav 10 (MDM9625M) 2014
Mav 13 (MDM9635M) 2015

QUALCOMM CONFIDENTIAL AND PROPRIETARY Internal Use ONLY - Restricted Distribution

CX5389-011

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

**Maverick Incentive Summary**

QUALCOMM CONFIDENTIAL AND PROPRIETARY Internal Use ONLY - Restricted Distribution

CX5389-012

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY