UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>QUALCOMM INCORPORATED, et al.,<br><br>Defendants. | Case No. 17-CV-00220-LHK<br><br>**ORDER RE THIRD PARTY MOTIONS TO SEAL** |

Any third-party motion to seal testimony or documents to be used at trial must be filed by 10:00 a.m. one business day prior to when the testimony or document is to be introduced at trial. Otherwise, the Court will deem the sealing motion untimely and will deny the sealing motion with prejudice.

**IT IS SO ORDERED.**

Dated: January 14, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 17-CV-00220-LHK
ORDER RE THIRD PARTY MOTIONS TO SEAL