UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No.17-CV-00220-LHK<br><br>**ORDER GRANTING IN PART AND DENYING IN PART AVANCI'S RENEWED MOTION TO SEAL**<br><br>Re: Dkt. No. 1280, 1291 |

The Court finds that Avanci has not been diligent in filing its motions to seal. If Avanci fails to file any future sealing motion by 10:00 a.m. the business day in advance of the day on which Avanci information will be used at trial, the Court will deny Avanci's motion with prejudice.

Before the Court is Avanci's renewed administrative motion to seal. Applying the compelling reasons standard, the Court orders as follows:

| Document | Portions of Pages | Ruling |
|---|---|---|
| JX0116 | 2, 17, 48-49, 73-74, 97-98, and 121-122, selected portions | DENIED. |
| JX0116 | 126, selected portion | GRANTED. |

1

Case No. 17-cv-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART AVANCI'S RENEWED MOTION TO SEAL

United States District Court
Northern District of California


| Document | Portions of Pages | Ruling |
|---|---|---|
| JX0116 | 127-135, selected portions | DENIED. |
| JX0116 | 137, selected portions | DENIED. |

Avanci must refile by 6:00 p.m. Pacific Time on Monday, January 14, 2019, JX0116 publicly with redactions consistent with this order and this Court's Order Granting in Part and Denying in Part Qualcomm's Motion to Seal, ECF No. 1263.

**IT IS SO ORDERED.**

Dated: January 14, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 17-cv-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART AVANCI'S RENEWED MOTION TO SEAL