KEKER VAN NEST & PETERS LLP
Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 676-2289
Facsimile: (415) 397-7188

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet (*pro hac vice*)
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-0060
Facsimile: (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Geoffrey T. Holtz (SBN 191370)
Geoffrey.holtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for Defendant
QUALCOMM INCORPORATED

*Additional Counsel listed on the Signature Page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br>a Delaware corporation,<br><br>Defendant. | Case No. 5:17-CV-0220-LHK-NMC<br><br>**QUALCOMM'S WITNESS LIST FOR JANUARY 15, 2019 (TRIAL DAY 6) (SEALING REQUESTS CURRENT AS OF JANUARY 14 1 P.M.)** |

The FTC has indicated that it expects to rest its case on January 15, 2019. Qualcomm respectfully submits its list of witnesses that it may call on January 15, 2019 following the conclusion of the FTC's case, together with the status of any relevant sealing requests that have been made or that are anticipated. Qualcomm will endeavor to update this list as further information regarding any sealing requests is received.

| **Witness** | **Affiliated Company** | **Witness's Testimony Previously Heard In FTC's Case** | **Status of Any Sealing Requests** |
|---|---|---|---|
| Dr. Irwin Jacobs (live) | Qualcomm | n/a | On January 13, 2019, Qualcomm filed a motion to seal portions of trial exhibits designated for use with Dr. Jacobs. (ECF No. 1282.) Qualcomm does not object to the use of these trial exhibits in open court so long as the public monitor is turned off while they are displayed and the information sought to be sealed is not revealed during questioning. |
| Dr. Durga Malladi (live) | Qualcomm | n/a | Qualcomm does not anticipate filing a motion to seal any trial exhibits or testimony pertaining to Dr. Malladi. |
| Scott McGregor (by deposition) (time permitting) | Broadcom | January 8, 2019 | On January 11, 2019, Qualcomm gave notice to Broadcom that it may play Qualcomm's designated testimony on January 15, 2019. Broadcom has indicated that it will request sealing of portions of Qualcomm's designations. |

| Witness | Affiliated Company | Witness's Testimony Previously Heard In FTC's Case | Status of Any Sealing Requests |
|---|---|---|---|
| Nanfen Yu (by deposition) (time permitting) | Huawei | January 4 and 7, 2019 | On January 15, 2019, the Court granted in part and denied in part Huawei's motion to seal designated testimony. (ECF No. 1279.) |
| John Grubbs (by deposition) (time permitting) | Blackberry | January 8, 2019 | On January 11, 2019, Qualcomm gave notice to Blackberry that it may play Qualcomm's designated testimony on January 15, 2019. |
| Ira Blumberg (by deposition) (time permitting) | Lenovo | January 4, 2019 | On January 11, 2019, Qualcomm gave notice to Lenovo that it may play Qualcomm's designated testimony on January 15, 2019. |
| Stefan Wolff (by deposition) (time permitting) | Intel | n/a | On January 11, 2019, Qualcomm gave notice to Intel that it may play Qualcomm's designated testimony on January 15, 2019. |
| Thomas Lindner (by deposition) (time permitting) | Intel | n/a | On January 11, 2019, Qualcomm gave notice to Intel that it may play Qualcomm's designated testimony on January 15, 2019. |

| Witness | Affiliated Company | Witness's Testimony Previously Heard In FTC's Case | Status of Any Sealing Requests |
|---|---|---|---|
| Eric Reifschneider (by deposition) (time permitting) | Qualcomm | January 4, 2019 | Qualcomm will not request to seal Qualcomm's designated testimony of Mr. Reifschneider. |
| Eushuk Andrew Hong (by deposition) (time permitting) | Samsung | January 8, 2019 | Samsung has indicated that it will not move to seal the designated testimony or documents. |
| Yooseok Kim (by deposition) (time permitting) | Samsung | n/a | Samsung has indicated that it will not move to seal the designated testimony or documents. |

CRAVATH, SWAINE & MOORE LLP

*s/ Gary A. Bornstein*
_____
Gary A. Bornstein
Yonatan Even
  Worldwide Plaza
    825 Eighth Avenue
      New York, NY 10019
        Telephone:  (212) 474-1000
          Facsimile:  (212) 474-3700
            gbornstein@cravath.com
            yeven@cravath.com

Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
KEKER, VAN NEST & PETERS LLP
  633 Battery Street
    San Francisco, CA 94111
      Telephone:  (415) 676-2289
        Facsimile:  (415) 397-7188
          rvannest@keker.com
          epaige@keker.com
          jsessions@keker.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
  101 Park Avenue
    New York, NY 10178
      Telephone:  (212) 369-6000
        Facsimile:  (212) 309-6001
           richard.taffet@morganlewis.com

Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
  One Market, Spear Street Tower
    San Francisco, CA 94105
      Telephone:  (415) 442-1000
        Facsimile:  (415) 442-1001
           geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*