UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, | Case No.17-CV-00220-LHK |
|---|---|
| Plaintiff, | **ORDER GRANTING INTEL'S MOTION TO SEAL QX122** |
| v. | Re: Dkt. No. 1254 |
| QUALCOMM INCORPORATED, | |
| Defendant. | |

On December 31, 2018, the parties filed a joint administrative motion to seal portions of Qualcomm's opposition to Bain's motion to quash the trial subpoena to Christopher Johnson. ECF No. 1060. On January 8, 2019, the Court denied without prejudice the motion as to Byar's Exhibits B, C, and E. ECF No. 1198. The Court ordered Bain or Intel to file motions to seal Byar's Exhibits B, C, and E by January 11, 2019. *Id.* Before the Court is Intel's motion to seal portions of Exhibit QX122, (Byar's Exhibit C). ECF No. 1254. Applying the compelling reasons standard, the Court orders as follows:

| **Document** | **Portions of Pages** | **Ruling** |
|---|---|---|
| QX122 | ECF page 5 of 31, selected portions | GRANTED. |

1

Case No. 17-CV-00220-LHK
ORDER GRANTING INTEL'S MOTION TO SEAL QX122

| Document | Portions of Pages | Ruling |
|---|---|---|
| QX122 | ECF page 6, selected portions | GRANTED. |
| QX122 | ECF page 10, selected portions | GRANTED. |
| QX122 | ECF page 14, selected portions | GRANTED. |
| QX122 | ECF page 19, selected portions | GRANTED. |
| QX122 | ECF page 20, selected portions | GRANTED. |
| QX122 | ECF page 21, selected portions | GRANTED. |
| QX122 | ECF page 29, selected portions | GRANTED. |
| QX122 | ECF page 31, selected portions | GRANTED. |

The slides in Exhibit QX122 are only numbered through slide 16. For clarity, the Court refers to the ECF page numbers. Intel shall publicly file Exhibit QX122 consistent with this Order by Tuesday, January 15, 2019. Neither Bain nor Intel filed a motion requesting sealing of Exhibit B or Exhibit E to the Byar Declaration by January 11, 2019. *See* ECF No. 1198. Accordingly, Qualcomm shall publicly file unredacted versions of these exhibits by Monday, January 14, 2019.

**IT IS SO ORDERED.**

Dated: January 14, 2019

_____
LUCY H. KOH
United States District Judge

2

Case No. 17-CV-00220-LHK
ORDER GRANTING INTEL'S MOTION TO SEAL QX122