Jennifer Milici, D.C. Bar No. 987096
Daniel Matheson, D.C. Bar No. 502490
Mark J. Woodward, D.C. Bar No. 479537
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>　　　　　　　Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S RESPONSE TO BRODCOM'S JANUARY 14, 2019 MOTION TO SEAL PORTIONS OF VIDEOTAPED DEPOSITION TESTIMONY OF SCOTT MCGREGOR** |

On January 14, 2019, Broadcom filed a motion to seal portions of the videotaped deposition testimony of former Broadcom CEO Scott McGregor that Qualcomm has disclosed in advance of Tuesday, January 15 (Trial Day 6). ECF No. 1297. On Saturday, January 12, 2019, FTC counsel asked Broadcom counsel to include the following statement in any Broadcom motion to seal the designated testimony: "The FTC believes that the information disclosed through the designated testimony is general in nature, but recognizes that the Court previously granted a motion to seal similar testimony. (ECF No. 1139.) On that basis, the FTC does not oppose Broadcom's sealing request." The FTC stands by its position.

Dated: January 14, 2019

          Respectfully submitted,

          FEDERAL TRADE COMMISSION,

          */s/ Jennifer Milici*
          Jennifer Milici
          Daniel Matheson
          Mark J. Woodward
          Federal Trade Commission
          600 Pennsylvania Avenue, N.W.
          Washington, D.C. 20580
          (202) 326-2912; (202) 326-3496 (fax)
          jmilici@ftc.gov

          ***Attorneys for Federal Trade Commission***