# EXHIBIT 1 TO HUAWEI'S MOTION TO SEAL
# (PUBLIC REDACTED VERSION)
# <u>PURSUANT TO ECF 1279</u>

Page 42

Page

Page 43

**Q I'm sorry. I'm sorry. Right now, as we sit here today, is Huawei withholding royalty payments to Qualcomm?**

Page

Page 44

A Yes, we are renegotiating the licensing terms with Qualcomm.

**Q Is Huawei withholding royalty payments for -- with respect to all of its agreements with Qualcomm? Or just some of them?**

A Just some of them that we're in dispute.

**Q Which ones are those?**

A The subscriber units.

Page

Page 45

Page

Page 46

[redacted]

Page 47

```
17    Q    Do you know how long Huawei has been
18 withholding royalty payments from Qualcomm?
19    A    Yes.
20    Q    How long?
21    A    Approximately a year.
22    Q    And do you know in that year period how much
23 Huawei has withheld?
24    A    I don't know the specific number.
```
[redacted]

Page 48

[redacted]

Page 49

[redacted]

Page 70

**Q Right now. During the period in which Huawei has withheld the royalty payments that otherwise would have made Qualcomm, Qualcomm has continued to supply Huawei with chips, hasn't it?**

A Yes. It was because of the decisions made by NDRC and KFDC.

Page

Page 72

**Page**

Page 71

**Page**

Page 73

**Page**

I declare, under Penalty of Perjury, that the foregoing is true and correct.

Executed this ______ day of ______________, 2018, at

_________________________________________________.

________________________________

NANFEN YU

CERTIFICATE OF REPORTER

I, Heatherlynn Gonzalez, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause; that said deposition was taken down in shorthand by me, a disinterested person, at the time place therein stated; and that the testimony of said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, that review of the transcript was offered. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of cause, and that I'm not related to any of the parties thereto.

Dated: Wednesday, March 14, 2018

Heatherlynn Gonzalez

Heatherlynn Gonzalez, CSR 13646