UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER REGARDING PARTIES' FILING DEADLINES AND CLOSING ARGUMENTS** |

As the Court stated on the record on Monday, January 14, 2019:

(1) The parties shall file their high priority objections ("HPOs") for the Tuesday, January 22, 2019 trial day by Friday, January 18, 2019, at 8:00 a.m.;

(2) Going forward, the parties shall file with their HPOs any motions to seal testimony or documents to be used the next trial day; and

(3) The parties are each limited to 50 slides at closing arguments and the parties must use each slide during closing arguments.

**IT IS SO ORDERED.**

Dated: January 14, 2019

_____
LUCY H. KOH
United States District Judge