# EXHIBIT 1 TO HUAWEI'S MOTION TO SEAL
# (PUBLIC REDACTED VERSION)
# <u>PURSUANT TO ECF 1279</u>

Page 42

Page 43

23   Q   I'm sorry.  I'm sorry.  Right now, as we sit
24 here today, is Huawei withholding royalty payments to
25 Qualcomm?

Page 44

1    A   Yes, we are renegotiating the licensing
2 terms with Qualcomm.
3    Q   Is Huawei withholding royalty payments for
4 -- with respect to all of its agreements with
5 Qualcomm?  Or just some of them?
6    A   Just some of them that we're in dispute.
7    Q   Which ones are those?
8    A   The subscriber units.

Page 45

Page 46

[redacted]

Page

Page 47

17    Q    Do you know how long Huawei has been
18 withholding royalty payments from Qualcomm?
19    A    Yes.
20    Q    How long?
21    A    Approximately a year.
22    Q    And do you know in that year period how much
23 Huawei has withheld?
24    A    I don't know the specific number.
[redacted]

Page

Page 48

[redacted]

Page

Page 49

Page

Page 70

```
20    Q   Right now.  During the period in which
21 Huawei has withheld the royalty payments that
22 otherwise would have made Qualcomm, Qualcomm has
23 continued to supply Huawei with chips, hasn't it?
24    A   Yes.  It was because of the decisions made
25 by NDRC and KFDC.
```
Page

Page 71

Page

Page 72

Page

Page 73

Page

Page 222

Page 224

```
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 223

Page 225

```
1     I declare, under Penalty of Perjury, that the
2 foregoing is true and correct.
3     Executed this _____ day of _____,
4 2018, at
5 _____.
6
7
8
9
10            _____
11                    NANFEN YU
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
NANFEN YU - 03/14/2018                              Page 226

```
                                          Page 226
 1              CERTIFICATE OF REPORTER
 2      I, Heatherlynn Gonzalez, a Certified Shorthand
 3  Reporter, hereby certify that the witness in the
 4  foregoing deposition was by me duly sworn to tell the
 5  truth, the whole truth, and nothing but the truth in
 6  the within-entitled cause; that said deposition was
 7  taken down in shorthand by me, a disinterested
 8  person, at the time place therein stated; and that
 9  the testimony of said witness was thereafter reduced
10  to typewriting, by computer, under my direction and
11  supervision;
12      That before completion of the deposition, that
13  review of the transcript was offered.  If requested,
14  any changes made by the deponent (and provided to the
15  reporter) during the period allowed are appended
16  hereto.
17      I further certify that I am not of counsel or
18  attorney for either or any of the parties to the said
19  deposition, nor in any way interested in the event of
20  cause, and that I'm not related to any of the parties
21  thereto.
22  Dated:   Wednesday, March 14, 2018
23         Heatherlynn Gonzalez
24         _____
25         Heatherlynn Gonzalez, CSR 13646
```