UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, | Case No. 17-CV-00220-LHK |
|---|---|
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART BROADCOM'S ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| QUALCOMM INCORPORATED, | |
| Defendant. | Re: Dkt. No. 1297 |

Applying the compelling reasons standard, the Court rules on Broadcom's motion to seal as follows:

| Document | Portions of Pages | Ruling |
|---|---|---|
| McGregor Deposition | 15:24-16:2 | DENIED. |
| McGregor Deposition | 240:14-24 | GRANTED. |

**IT IS SO ORDERED.**

Dated: January 14, 2019

_____
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART BROADCOM'S ADMINISTRATIVE MOTION TO SEAL