UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No.17-cv-00220-LHK<br><br>**ORDER GRANTING IN PART AND DENYING IN PART QUALCOMM'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. No. 1282 |

Before the Court is Qualcomm's administrative motion to seal portions of trial exhibits. ECF No. 1282. Applying the compelling reasons standard, the Court orders as follows:

| Document | Portions of Pages | Ruling |
|---|---|---|
| CX6719 | 002, selected portions | GRANTED. |
| CX6814 | 002, selected portions | GRANTED. |
| CX6814 | 007-011, selected portions | GRANTED. |
| CX6823 | 001-002, selected portions | GRANTED. |
| CX6823 | 007-010, selected portions | GRANTED. |
| CX8267 | 002, selected portions | DENIED. |

**IT IS SO ORDERED.**

Dated: January 14, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No. 17-cv-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART QUALCOMM'S ADMINISTRATIVE MOTION TO SEAL