UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>QUALCOMM INCORPORATED,<br><br>   Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER GRANTING INTEL'S MOTION TO SEAL QX0110**<br><br>Re: Dkt. No. 1296 |

Intel's past and current motions to seal do not clearly identify which pages Intel seeks to seal. In the instant motion, QX0110 does not appear to have pagination. Intel's proposed order appears to assume the pages are one number fewer than the ECF pagination. The Court therefore follows that convention. However, if Intel has any further sealing motions, Intel must clearly number the pages of documents it seeks to seal.

Applying the compelling reasons standard, the Court rules on Intel's motion to seal as follows:

| Document | Portions of Pages | Ruling |
|---|---|---|
| QX0110 | 7, 11, 17, 22-28, 30, 34, 37, 39, selected portions[1] | GRANTED. |

**IT IS SO ORDERED.**

Dated:  January 14, 2019

_____
LUCY H. KOH
United States District Judge

---

[1] In a declaration, Intel states that it seeks to seal those portions of QX0110 "marked with red boxes." ECF No. 1296-2, ¶ 6. Intel has marked with red boxes portions of pages 7 and 34 of QX0110, but does not specifically identify those pages in its motion or proposed order. ECF Nos. 1296, 1296-3. The Court presumes that Intel wishes to seal the portions on pages 7 and 34 marked with red boxes. Moving forward, Intel shall specifically identify all those portions of documents or testimony that it seeks to seal in both its motion to seal and its proposed order.