UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER RE HIGH PRIORITY OBJECTIONS FOR JANUARY 15, 2019**<br><br>Re: Dkt. Nos. 1289, 1290 |

Before the Court are the Federal Trade Commission's ("FTC") high priority objections ("HPO") and responses, ECF No. 1290, and Qualcomm Inc.'s ("Qualcomm") HPOs and responses, ECF No. 1289, for January 15, 2019, day 6 of the trial. Having considered the parties' briefs, the relevant law, the Federal Rules of Evidence, the record in this case, and balancing the factors set forth in Federal Rule of Evidence 403, the Court rules as follows:

| FTC Objections | Ruling |
|---|---|
| **Irwin Jacobs, former Qualcomm**<br>FTC HPO #1: QX9205 | OVERRULED, but "quotes from or summaries of portions of newspaper articles, websites, press releases, or emails" may not be introduced for the truth of the matter asserted. |
| **Yooseok Kim, Samsung**<br>FTC HPO #2: QX0562 | SUSTAINED. |

1
Case No. 17-CV-00220-LHK
ORDER RE HIGH PRIORITY OBJECTIONS FOR JANUARY 15, 2019

| | |
|---|---|
| **Ira Blumberg, Lenovo** | |
| FTC HPO #3: Blumberg Dep. 110:6-21, 112:3-113:4 | SUSTAINED. |
| **Isabel Mahe, Apple** | |
| FTC HPO #4: QX1464 | OVERRULED as to Mahe's email, but SUSTAINED as to the emails drafted by Mucke, Schell, and Mansfield. The parties must redact QX1464 so that it includes only Mahe's email. |
| Mahe Dep., 124:9-14, 125:12-13 | OVERRULED. |
| **Thomas Lindner, Intel** | |
| FTC HPO #5: QX0113 | OVERRULED as to Sauer's email, but SUSTAINED as to emails drafted by Martin, Zhang, Eggers, and Hanke. The parties must redact QX0113 so that it includes only Sauer's email. |
| | |
| **Qualcomm Objections** | |
| **Andrew Hong, Samsung** | |
| Qualcomm HPO #1: Hong Dep. 249:9-16 | SUSTAINED. |
| **Nanfen Yu, Huawei** | |
| Qualcomm HPO #2: Yu Dep. 70:20-71:10 | OVERRULED. |
| **Irwin Jacobs, former Qualcomm** | |
| Qualcomm HPO #3: CX6823  Qualcomm HPO #4: CX7991 | OVERRULED without prejudice as to CX6823 and CX7991. The FTC may seek to lay a foundation at trial. If the FTC cannot do so, Qualcomm's objection will be sustained. |
| Qualcomm HPO #5: CX8267 | SUSTAINED. |

**IT IS SO ORDERED.**

Dated:  January 14, 2019

_____
LUCY H. KOH
United States District Judge

2
Case No. 17-CV-00220-LHK
ORDER RE HIGH PRIORITY OBJECTIONS FOR JANUARY 15, 2019