KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest (SBN 84065)
rvannest@keker.com
Eugene M. Paige (SBN 202849)
epaige@keker.com
Justina Sessions (SBN 270914)
jsessions@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile:  (415) 397-7188

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein *(pro hac vice)*
gbornstein@cravath.com
Yonatan Even *(pro hac vice)*
yeven@cravath.com
825 Eighth Avenue
New York, New York 10019-7475
Telephone: (212) 474-1000
Facsimile:  (212) 474-3700

Attorneys for Defendant
QUALCOMM INCORPORATED

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet *(pro hac vice)*
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Facsimile:  (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Willard K. Tom *(pro hac vice)*
willard.tom@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Telephone: (202) 739-3000
Facsimile:  (202) 739-3001

MORGAN, LEWIS & BOCKIUS LLP
Geoffrey T. Holtz (SBN 191370)
gholtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile:  (415) 442-1001

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED,<br>a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**DECLARATION OF GEOFFREY T. HOLTZ IN SUPPORT OF REVISED ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANT QUALCOMM'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>Courtroom:  8, 4th Floor<br>Judge:      Hon. Lucy H. Koh |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Holtz Declaration ISO Admin. Motion to Seal
Case No. 5:17-cv-00220-LHK-NMC

## DECLARATION OF GEOFFREY T. HOLTZ

I, Geoffrey T. Holtz, declare and state that:

1.        I am an attorney licensed to practice law in the State of California, a partner of Morgan, Lewis & Bockius LLP, and counsel of record for Defendant Qualcomm Incorporated ("Qualcomm").  I submit this declaration in support of Qualcomm Incorporated's Revised Administrative Motion to File Under Seal Portions of Defendant Qualcomm's Proposed Findings Of Fact And Conclusions Of Law ("Proposed Findings"). I have personal knowledge of the facts set forth herein, or my knowledge is based upon my review of records of this case.  If called upon as a witness in this action, I could and would testify competently thereto.

2.        Portions of Qualcomm's Proposed Findings contain information that have been designated confidential by Qualcomm and/or third parties.  I have been informed by Qualcomm and third parties that this information retains independent economic value from not being generally known to, and not being readily ascertainable through proper means to the general public.

3.        Specifically, Qualcomm's Proposed Findings contains and references the following information designated by Qualcomm and third parties Apple, AT&T, Ericsson, Huawei, Intel, InterDigital, LG, Marvell, MediaTek, Motorola/Lenovo, Nokia, Panasonic, Samsung, Sony, Via Licensing, and ZTE as properly subject to sealing:

**Table 1: Proposed Redactions In Qualcomm's Proposed Findings**

| Requesting Party | Citation | Relevant Standard | ¶ in Qualcomm or 3rd Party Decl ISO Sealing |
|---|---|---|---|
| Qualcomm | ¶ 036 | Compelling | Exh. 1 (Gettinger) ¶ 21 |
| Qualcomm | ¶ 037 | Compelling | Exh. 1 (Gettinger) ¶ 17 |
| LGE | ¶ 039 | Compelling | Exh. 11 (Eimer) ¶ 5, 7 |
| LGE | ¶ 040 | Compelling | Exh. 11 (Eimer) ¶ 4, 7 |
| Samsung | ¶ 040 | Compelling | Exh. 17 (Park) ¶ 5-6, 8-10 |
| Qualcomm | ¶ 040 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| LGE | ¶ 042 | Compelling | Exh. 11 (Eimer) ¶ 5, 7 |
| Ericsson | ¶ 048 | Compelling | Exh. 6 (Lucarelli) ¶ 7 |
| Qualcomm | ¶ 059 | Compelling | Exh. 1 (Gettinger) ¶ 21 |
| LGE | ¶ 063 | Compelling | Exh. 11 (Eimer) ¶ 4, 7 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

Holtz Declaration ISO Admin. Motion to Seal
Case No. 5:17-cv-00220-LHK-NMC

| Nokia | ¶ 063 | Compelling | Exh. 15 (Koppelman) ¶ 3-5 |
|---|---|---|---|
| Qualcomm | ¶ 064 | Compelling | Exh. 1 (Gettinger)  ¶ 17 |
| Lenovo and Motorola | ¶ 083 | Compelling | Exh. 10 (Blumberg) ¶ 6.a |
| Qualcomm | ¶ 084 | Compelling | Exh. 2 (Arner)  ¶ 14 |
| Qualcomm | ¶ 085 | Compelling | Exh. 1 (Gettinger)  ¶ 20 |
| Qualcomm | ¶ 086, Page 13, Line 17 | Compelling | Exh. 1 (Gettinger)  ¶ 21 |
| Motorola | ¶ 090 | Compelling | Exh. 14 (Madderom) ¶ 6.c |
| Lenovo | ¶ 092 | Compelling | Exh. 10 (Blumberg) ¶ 6.b |
| Qualcomm | ¶ 092 | Compelling | Exh. 1 (Gettinger)  ¶ 15 |
| Lenovo | ¶ 094 | Compelling | Exh. 10 (Blumberg) ¶ 6.c |
| Qualcomm | ¶ 094, Lines 25-26 | Compelling | Exh. 1 (Gettinger)  ¶ 15 |
| Lenovo | ¶ 096 | Compelling | Exh. 10 (Blumberg) ¶ 6.d |
| Lenovo | ¶ 100 | Compelling | Exh. 10 (Blumberg) ¶ 6.e |
| Motorola | ¶ 102 | Compelling | Exh. 14 (Madderom) ¶ 6.d |
| Lenovo | ¶ 103 | Compelling | Exh. 10 (Blumberg) ¶ 6.f |
| Qualcomm | ¶ 103 | Compelling | Exh. 1 (Gettinger)  ¶ 15 |
| Motorola | ¶ 106 | Compelling | Exh. 14 (Madderom) ¶ 6.e |
| Motorola | ¶ 107 | Compelling | Exh. 14 (Madderom) ¶ 6.f |
| Motorola | ¶ 108 | Compelling | Exh. 14 (Madderom) ¶ 6.g |
| Qualcomm | ¶ 110 | Compelling | Exh. 1 (Gettinger)  ¶ 15 |
| Qualcomm | ¶ 111 | Compelling | Exh. 1 (Gettinger)  ¶ 15 |
| Qualcomm | ¶ 115 | Compelling | Exh. 1 (Gettinger)  ¶ 15 |
| Qualcomm | ¶ 117 | Compelling | Exh. 1 (Gettinger)  ¶ 15 |
| Blackberry | ¶ 118 | Compelling | Request Granted in Blackberry Motion to Seal ECF No. 1113 |
| Huawei | ¶ 123 | Compelling | Exh. 7 (Geiszler) ¶ 3 |
| Huawei | ¶ 125 | Compelling | Exh. 7 (Geiszler) ¶ 3 |
| Huawei | ¶ 127 | Compelling | Exh. 7 (Geiszler) ¶ 3 |
| Qualcomm | ¶ 127 | Compelling | Exh. 1 (Gettinger)  ¶ 15 |
| Huawei | ¶ 130 | Compelling | Exh. 7 (Geiszler) ¶ 3 |
| Huawei | ¶ 132 | Compelling | Exh. 7 (Geiszler) ¶ 3 |
| Huawei | ¶ 133 | Compelling | Exh. 7 (Geiszler) ¶ 3 |

Holtz Declaration ISO Admin. Motion to Seal
Case No. 5:17-cv-00220-LHK-NMC

| Huawei | ¶ 136 | Compelling | Exh. 7 (Geiszler) ¶ 3 |
|---|---|---|---|
| Huawei | ¶ 137 | Compelling | Exh. 7 (Geiszler) ¶ 3 |
| Huawei | ¶ 138 | Compelling | Exh. 7 (Geiszler) ¶ 3 |
| Huawei | ¶ 140 | Compelling | Exh. 7 (Geiszler) ¶ 3 |
| Qualcomm | ¶ 140 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| Huawei | ¶ 141 | Compelling | Exh. 7 (Geiszler) ¶ 3 |
| Qualcomm | ¶ 141 | Compelling | Exh. 2 (Arner) ¶ 15 |
| Huawei | ¶ 142 | Compelling | Exh. 7 (Geiszler) ¶ 3 |
| Qualcomm | ¶ 142 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| Huawei | ¶ 143 | Compelling | Exh. 7 (Geiszler) ¶ 3 |
| Qualcomm | ¶ 143 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| Huawei | ¶ 144 | Compelling | Exh. 7 (Geiszler) ¶ 3 |
| Nokia | ¶ 150 | Compelling | Exh. 15 (Koppelman) ¶ 3-5 |
| Qualcomm | ¶ 150 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| Nokia | ¶ 153 | Compelling | Exh. 15 (Koppelman) ¶ 3-5 |
| Qualcomm | ¶ 153, Lines 15-17 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| Nokia | ¶ 154 | Compelling | Exh. 15 (Koppelman) ¶ 3-5 |
| Qualcomm | ¶ 154 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| Qualcomm | ¶ 156 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| Qualcomm | ¶ 157 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| Sony | ¶ 159 | Compelling | Exh. 18 (Hill) ¶ 5 |
| Sony | ¶ 160 | Compelling | Exh. 18 (Hill) ¶ 5 |
| Sony | ¶ 162 | Compelling | Exh. 18 (Hill) ¶ 5 |
| Ericsson | ¶ 164 | Compelling | Exh. 6 (Lucarelli) ¶ 7 |
| Sony | ¶ 164 | Compelling | Exh. 18 (Hill) ¶ 5 |
| Ericsson | ¶ 165 | Compelling | Exh. 6 (Lucarelli) ¶ 7 |
| Sony | ¶ 165 | Compelling | Exh. 18 (Hill) ¶ 5 |
| Ericsson | ¶ 166 | Compelling | Exh. 6 (Lucarelli) ¶ 7 |
| Sony | ¶ 166 | Compelling | Exh. 18 (Hill) ¶ 5 |
| Sony | ¶ 167 | Compelling | Exh. 18 (Hill) ¶ 5 |
| Ericsson | ¶ 167 | Compelling | Exh. 6 (Lucarelli) ¶ 7 |
| Ericsson | ¶ 168 | Compelling | Exh. 6 (Lucarelli) ¶ 7 |
| Sony | ¶ 168 | Compelling | Exh. 18 (Hill) ¶ 5 |
| Sony | ¶ 172 | Compelling | Exh. 18 (Hill) ¶ 5 |
| Sony | ¶ 173 | Compelling | Exh. 18 (Hill) ¶ 5 |
| Sony | ¶ 174 | Compelling | Exh. 18 (Hill) ¶ 5 |
| Sony | ¶ 175 | Compelling | Exh. 18 (Hill) ¶ 5 |
| Qualcomm | ¶ 176 | Compelling | Exh. 1 (Gettinger) ¶ 15; Exh. 2 (Arner) ¶ 14 |
| Sony | ¶ 179 | Compelling | Exh. 18 (Hill) ¶ 5 |
| Sony | ¶ 180 | Compelling | Exh. 18 (Hill) ¶ 5 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| Sony | ¶ 181 | Compelling | Exh. 18 (Hill) ¶ 5 |
|------|-------|------------|---------------------|
| Sony | ¶ 182 | Compelling | Exh. 18 (Hill) ¶ 5 |
| Qualcomm | ¶ 182 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| Sony | ¶ 183 | Compelling | Exh. 18 (Hill) ¶ 5 |
| Qualcomm | ¶ 183 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| Sony | ¶ 184 | Compelling | Exh. 18 (Hill) ¶ 5 |
| Sony | ¶ 185 | Compelling | Exh. 18 (Hill) ¶ 5 |
| Panasonic | ¶ 187 | Compelling | Exh. 16 (Iwabuchi) Declaration ¶ 4, Row 8 and Addendum |
| Panasonic | ¶ 190 | Compelling | Exh. 16 (Iwabuchi) Declaration ¶ 4, Row 1 and Addendum |
| Panasonic | ¶ 191 | Compelling | Exh. 16 (Iwabuchi) Declaration ¶ 4, Row 2 and Addendum |
| Qualcomm | ¶ 193 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| Qualcomm | ¶ 194 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| Panasonic | ¶ 195 | Compelling | Exh. 16 (Iwabuchi) Declaration ¶ 4, Row 3 and Addendum |
| Qualcomm | ¶ 195 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| Panasonic | ¶ 196 | Compelling | Exh. 16 (Iwabuchi) Declaration ¶ 4, Row 4 and Addendum |
| Qualcomm | ¶ 196 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| Qualcomm | ¶ 198 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| Panasonic | ¶ 199 | Compelling | Exh. 16 (Iwabuchi) Declaration ¶ 4, Row 9 and Addendum |
| Qualcomm | ¶ 199 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| Panasonic | ¶ 200 | Compelling | Exh. 16 (Iwabuchi) Declaration ¶ 4, Row 5 and Addendum |
| Qualcomm | ¶ 200 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| Panasonic | ¶ 201 | Compelling | Exh. 16 (Iwabuchi) Declaration ¶ 4, Row 6 and Addendum |
| Qualcomm | ¶ 201 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| ZTE | ¶ 203 | Compelling | Exh. 20 (Wood) ¶ 5 |
| Qualcomm | ¶ 203 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| ZTE | ¶ 204 | Compelling | Exh. 20 (Wood) ¶ 5 |
| Qualcomm | ¶ 204 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| ZTE | ¶ 205 | Compelling | Exh. 20 (Wood) ¶ 5 |
| ZTE | ¶ 206 | Compelling | Exh. 20 (Wood) ¶ 5 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

Holtz Declaration ISO Admin. Motion to Seal
Case No. 5:17-cv-00220-LHK-NMC

| ZTE | ¶ 208 | Compelling | Exh. 20 (Wood) ¶ 5 |
|---|---|---|---|
| ZTE | ¶ 209 | Compelling | Exh. 20 (Wood) ¶ 6 |
| ZTE | ¶ 210 | Compelling | Exh. 20 (Wood) ¶ 6 |
| Qualcomm | ¶ 210 | Compelling | Exh. 1 (Gettinger) ¶ 15; Exh. 2 (Arner) ¶ 15 |
| ZTE | ¶ 211 | Compelling | Exh. 20 (Wood) ¶ 5 |
| Qualcomm | ¶ 211 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| ZTE | ¶ 212 | Compelling | Exh. 20 (Wood) ¶ 5 |
| LGE | ¶ 213 | Compelling | Exh. 11 (Eimer) ¶ 5, 7 |
| Qualcomm | ¶ 214 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| Samsung | ¶ 214 | Compelling | Exh. 17 (Park) ¶ 5-6, 8-10 |
| Qualcomm | ¶ 216 | Compelling | Exh. 1 (Gettinger) ¶ 15, 19 |
| Samsung | ¶ 216 | Compelling | Exh. 17 (Park) ¶ 5-6, 8-10 |
| Qualcomm | ¶ 217 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| Qualcomm | ¶ 221 | Compelling | Exh. 1 (Gettinger) ¶ 15, 19 |
| Samsung | ¶ 221 | Compelling | Exh. 17 (Park) ¶ 5-6, 8-10 |
| Qualcomm | ¶ 222 | Compelling | Exh. 1 (Gettinger) ¶ 19 |
| Qualcomm | ¶ 223 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| Qualcomm | ¶ 225 | Compelling | Exh. 1 (Gettinger) ¶ 19 |
| Samsung | ¶ 225 | Compelling | Exh. 17 (Park) ¶ 5, 7, 8-10 |
| Qualcomm | ¶ 227 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| Samsung | ¶ 227 | Compelling | Exh. 17 (Park) ¶ 5-6, 8-10 |
| Qualcomm | ¶ 228 | Compelling | Exh. 1 (Gettinger) ¶ 20 |
| Samsung | ¶ 228, Page 31 (percentage values) | Compelling | Exh. 17 (Park) ¶ 5, 7, 8-10 |
| LGE | ¶ 230 | Compelling | Exh. 11 (Eimer) ¶ 4-5, 7 |
| LGE | ¶ 231 | Compelling | Exh. 11 (Eimer) ¶ 4, 7 |
| Qualcomm | ¶ 231 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| LGE | ¶ 234 | Compelling | Exh. 11 (Eimer) ¶ 4, 7 |
| LGE | ¶ 235 | Compelling | Exh. 11 (Eimer) ¶ 4, 7 |
| Qualcomm | ¶ 235, Lines 8-9 | Compelling | Exh. 1 (Gettinger) ¶ 19, 20; Exh. 2 (Arner) ¶ 18 |
| LGE | ¶ 236 | Compelling | Exh. 11 (Eimer) ¶ 4, 7 |
| LGE | ¶ 239 | Compelling | Exh. 11 (Eimer) ¶ 4, 7 |
| Qualcomm | ¶ 239 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| LGE | ¶ 241 | Compelling | Exh. 11 (Eimer) ¶ 4, 7 |
| MediaTek | ¶ 258 | Compelling | Exh. 13 (Holtzman) ¶ 3 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

Holtz Declaration ISO Admin. Motion to Seal
Case No. 5:17-cv-00220-LHK-NMC

| Motorola | ¶ 258 | Compelling | Exh. 14 (Madderom) ¶ 6.h |
|---|---|---|---|
| Intel | ¶ 258 | Compelling | Exh. 8 (Ford) Paragraphs 8-10 |
| Qualcomm | ¶ 259 | Compelling | Exh. 1 (Gettinger) ¶ 18 |
| Qualcomm | ¶ 260 | Compelling | Exh. 1 (Gettinger) ¶ 18 |
| Qualcomm | ¶ 262 | Compelling | Exh. 1 (Gettinger) ¶ 18 |
| Qualcomm | ¶ 263 | Compelling | Exh. 1 (Gettinger) ¶ 18 |
| Qualcomm | ¶ 264 | Compelling | Exh. 1 (Gettinger) ¶ 18 |
| LGE | ¶ 265 | Compelling | Exh. 11 (Eimer) ¶ 4, 7 |
| Panasonic | ¶ 265 | Compelling | Exh. 16 (Iwabuchi) Declaration ¶ 4, Row 7 and Addendum |
| Sony | ¶ 265 | Compelling | Exh. 18 (Hill) ¶ 5 |
| ZTE | ¶ 265 | Compelling | Exh. 20 (Wood) ¶ 6 |
| Qualcomm | ¶ 265 | Compelling | Exh. 1 (Gettinger) ¶ 18 |
| Qualcomm | ¶ 266 | Compelling | Exh. 1 (Gettinger) ¶ 18 |
| Motorola | ¶ 267 | Compelling | Exh. 14 (Madderom) ¶ 6.i |
| Qualcomm | ¶ 307 | Compelling | Exh. 3 (Pankaj) ¶ 12 |
| Qualcomm | ¶ 308 | Compelling | Exh. 3 (Pankaj) ¶ 14 |
| Nokia | ¶ 371 | Compelling | Exh. 15 (Koppelman) ¶ 3-5 |
| Ericsson | ¶ 372 | Compelling | Exh. 6 (Lucarelli) ¶ 7 |
| Nokia | ¶ 395 | Compelling | Exh. 15 (Koppelman) ¶ 3-5 |
| Ericsson | ¶ 395 | Compelling | Exh. 6 (Lucarelli) ¶ 7 |
| Nokia | ¶ 396 | Compelling | Exh. 15 (Koppelman) ¶ 3-5 |
| Ericsson | ¶ 397 | Compelling | Exh. 6 (Lucarelli) ¶ 7 |
| Ericsson | ¶ 398 | Compelling | Exh. 6 (Lucarelli) ¶ 7 |
| Huawei | ¶ 398 | Compelling | Exh. 7 (Geiszler) ¶ 3 |
| Interdigital | ¶ 399 | Compelling | Exh. 9 (McElvaine) ¶ 6 |
| Intel | ¶ 400 | Compelling | Exh. 8 (Ford) ¶ 11 |
| Motorola | ¶ 402 | Compelling | Exh. 14 (Madderom) ¶ 6.j |
| MediaTek | ¶ 405 | Compelling | Exh. 13 (Holtzman) ¶ 3 |
| MediaTek | ¶ 406 | Compelling | Exh. 13 (Holtzman) ¶ 3 |
| Marvell | ¶ 407 | Compelling | Exh. 12 (Etienne-Cummings) Paragraphs 7-9 |
| MediaTek | ¶ 407 | Compelling | Exh. 13 (Holtzman) ¶ 3 |
| Ericsson | ¶ 407 | Compelling | Exh. 6 (Lucarelli) ¶ 7 |
| Apple | ¶ 409 | Compelling | Exh. 4 (Takashima) ¶ 4 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

Holtz Declaration ISO Admin. Motion to Seal
Case No. 5:17-cv-00220-LHK-NMC

| Intel | ¶ 410 | Compelling | Exh. 8 (Ford) ¶ 11 |
|---|---|---|---|
| Via Licensing | ¶ 410 | Compelling | Exh. 19 (Maghame) ¶ 4 |
| Huawei | ¶ 410 | Compelling | Exh. 7 (Geiszler) ¶ 3 |
| Apple | ¶ 411 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Via Licensing | ¶ 411 | Compelling | Exh. 19 (Maghame) ¶ 4 |
| MediaTek | ¶ 412 | Compelling | Exh. 13 (Holtzman) ¶ 3 |
| Interdigital | ¶ 413 | Compelling | Exh. 9 (McElvaine) ¶ 6 |
| MediaTek | ¶ 413 | Compelling | Exh. 13 (Holtzman) ¶ 3 |
| Huawei | ¶ 413 | Compelling | Exh. 7 (Geiszler) ¶ 3 |
| Ericsson | ¶ 414 | Compelling | Exh. 6 (Lucarelli) ¶ 7 |
| Qualcomm | ¶ 425 | Compelling | Exh. 1 (Gettinger) ¶ 17 |
| Qualcomm | ¶ 426 | Compelling | Exh. 1 (Gettinger) ¶ 17 |
| Samsung | ¶ 427 | Compelling | Exh. 17 (Park) ¶ 5-6, 8-10 |
| Qualcomm | ¶ 427, Lines 7-11 | Compelling | Exh. 1 (Gettinger) ¶ 20, 22 |
| Qualcomm | ¶ 429 | Compelling | Exh. 1 (Gettinger) ¶ 21 |
| Apple | ¶ 431 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Intel | ¶ 431 | Compelling | Exh. 8 (Ford) Paragraphs 8-10 |
| Apple | ¶ 433 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Apple | ¶ 434 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Qualcomm | ¶ 437 | Compelling | Exh. 2 (Arner) ¶ 15 |
| Qualcomm | ¶ 438(b) | Compelling | Exh. 2 (Arner) ¶ 15 |
| Apple | ¶ 438(d) | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Qualcomm | ¶ 438(d) | Compelling | Exh. 2 (Arner) ¶ 15 |
| Qualcomm | ¶ 438(f) | Compelling | Exh. 2 (Arner) ¶ 14 |
| Apple | ¶ 440 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Qualcomm | ¶ 440 | Compelling | Exh. 2 (Arner) ¶ 15 |
| Apple | ¶ 441 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Qualcomm | ¶ 441 | Compelling | Exh. 2 (Arner) ¶ 15 |
| Apple | ¶ 442 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Qualcomm | ¶ 442 | Compelling | Exh. 2 (Arner) ¶ 15 |
| Apple | ¶ 443 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Ericsson | ¶ 443 | Compelling | Exh. 6 (Lucarelli) ¶ 7 |
| Apple | ¶ 444 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Qualcomm | ¶ 444 | Compelling | Exh. 2 (Arner) ¶ 15 |
| Apple | ¶ 445 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Qualcomm | ¶ 445 | Compelling | Exh. 2 (Arner) ¶ 15 |
| Apple | ¶ 446 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Qualcomm | ¶ 446 | Compelling | Exh. 2 (Arner) ¶ 15 |
| Apple | ¶ 448 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Qualcomm | ¶ 448 | Compelling | Exh. 2 (Arner) ¶ 15 |
| Apple | ¶ 449 | Compelling | Exh. 4 (Takashima) ¶ 4 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

Holtz Declaration ISO Admin. Motion to Seal
Case No. 5:17-cv-00220-LHK-NMC

| Qualcomm | ¶ 449 | Compelling | Exh. 2 (Arner) ¶ 15 |
|---|---|---|---|
| Apple | ¶ 451 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Qualcomm | ¶ 451 | Compelling | Exh. 2 (Arner) ¶ 15, 18 |
| Apple | ¶ 452 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Apple | ¶ 454 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Apple | ¶ 455 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Intel | ¶ 455 | Compelling | Exh. 8 (Ford) ¶ 8-10 |
| Apple | ¶ 456 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Apple | ¶ 457 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Apple | ¶ 458 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Intel | ¶ 458 | Compelling | Exh. 8 (Ford) ¶ 8-10 |
| Apple | ¶ 459 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Ericsson | ¶ 459 | Compelling | Exh. 6 (Lucarelli) ¶ 7 |
| Apple | ¶ 460 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Apple | ¶ 461 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Apple | ¶ 462 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Intel | ¶ 462 | Compelling | Exh. 8 (Ford) ¶ 8-10 |
| Apple | ¶ 463 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Intel | ¶ 463 | Compelling | Exh. 8 (Ford) ¶ 8-10 |
| Apple | ¶ 464 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Intel | ¶ 464 | Compelling | Exh. 8 (Ford) ¶ 8-10 |
| Apple | ¶ 465 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Apple | ¶ 466 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Apple | ¶ 467 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Apple | ¶ 468 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Intel | ¶ 468 | Compelling | Exh. 8 (Ford) ¶ 5-7 |
| Intel | ¶ 469 | Compelling | Exh. 8 (Ford) ¶ 5-7 |
| Apple | ¶ 470 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Intel | ¶ 470 | Compelling | Exh. 8 (Ford) ¶ 5-7 |
| Motorola | ¶ 493 | Compelling | Exh. 14 (Madderom) ¶ 6.k |
| Motorola | ¶ 495 | Compelling | Exh. 14 (Madderom) ¶ 6.l. |
| Motorola | ¶ 496 | Compelling | Exh. 14 (Madderom) ¶ 6.m |
| Qualcomm | ¶ 498 | Compelling | Exh. 2 (Arner) ¶ 15 |
| MediaTek | ¶ 502 | Compelling | Exh. 13 (Holtzman) ¶ 3 |
| Apple | ¶ 503 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| MediaTek | ¶ 503 | Compelling | Exh. 13 (Holtzman) ¶ 3 |
| Intel | ¶ 510 | Compelling | Exh. 8 (Ford) ¶ 5-7 |
| Qualcomm | ¶ 524 | Compelling | Exh. 2 (Arner) ¶ 15 |
| Lenovo | ¶ 525 | Compelling | Exh. 10 (Blumberg) ¶ 6.g |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

Holtz Declaration ISO Admin. Motion to Seal
Case No. 5:17-cv-00220-LHK-NMC

| Motorola | ¶ 527 | Compelling | Exh. 14 (Madderom) ¶ 6.n |
|---|---|---|---|
| Huawei | ¶ 528 | Compelling | Exh. 7 (Geiszler) ¶ 3 |
| Apple | ¶ 530 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Apple | ¶ 532 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Apple | ¶ 534 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Apple | ¶ 536 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| MediaTek | ¶ 536 | Compelling | Exh. 13 (Holtzman) ¶ 3 |
| Apple | ¶ 537 (including chart) | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Qualcomm | ¶ 538 | Compelling | Exh. 2 (Arner) ¶ 14 |
| Apple | ¶ 542 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Ericsson | ¶ 542 | Compelling | Exh. 6 (Lucarelli) ¶ 7 |
| Marvell | ¶ 543 | Compelling | Exh. 12 (Etienne-Cummings) ¶ 7-9 |
| ZTE | ¶ 552 | Compelling | Exh. 20 (Wood) ¶ 3 |
| Qualcomm | ¶ 552 | Compelling | Exh. 2 (Arner) ¶ 14 |
| Motorola | ¶ 553 | Compelling | Exh. 14 (Madderom) ¶ 6.o |
| Qualcomm | ¶ 553 | Compelling | Exh. 2 (Arner) ¶ 15 |
| Qualcomm | ¶ 554 | Compelling | Exh. 2 (Arner) ¶ 14, 19 |
| Apple | ¶ 555 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Qualcomm | ¶ 557 | Compelling | Exh. 3 (Pankaj) ¶ 14 |
| MediaTek | ¶ 566 | Compelling | Exh. 13 (Holtzman) ¶ 3 |
| Qualcomm | ¶ 571 | Compelling | Exh. 1 (Gettinger) ¶ 15 |
| ZTE | ¶ 571 | Compelling | Exh. 20 (Wood) ¶ 6 |
| Huawei | ¶ 571 | Compelling | Exh. 7 (Geiszler) ¶ 3 |
| Qualcomm | ¶ 573 | Compelling | Exh. 3 (Pankaj) ¶ 15 |
| Qualcomm | ¶ 606 | Compelling | Exh. 2 (Arner) ¶ 19 |
| Qualcomm | ¶ 620 | Compelling | Exh. 2 (Arner) ¶ 19 |
| MediaTek | ¶ 650 | Compelling | Exh. 13 (Holtzman) ¶ 3 |
| Qualcomm | ¶ 666 | Compelling | Exh. 1 (Gettinger) ¶ 23 |
| Apple | ¶ 674 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Intel | ¶ 674 | Compelling | Exh. 8 (Ford) ¶ 5-7 |
| MediaTek | ¶ 676 | Compelling | Exh. 13 (Holtzman) ¶ 3 |
| Apple | ¶ 702 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Qualcomm | ¶ 702 | Compelling | Exh. 2 (Arner) ¶ 15 |
| Apple | ¶ 703 | Compelling | Exh. 4 (Takashima) ¶ 4 |
| Qualcomm | ¶ 703 | Compelling | Exh. 2 (Arner) ¶ 15 |
| Apple | ¶ 704 | Compelling | Exh. 4 (Takashima) ¶ 4 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.     Pursuant to the Court's September 5, 2018 and December 7, 2018 orders, Qualcomm contacted all aforementioned third parties between December 5, 2018 and December 7, 2018 to discuss the sealing of third-party confidential information.  Qualcomm and the aforementioned third parties provided Qualcomm with declarations supporting their requests to seal portions of the Proposed Findings:

a.   Attached as **Exhibit 1** to this declaration is the declaration of Matthew Gettinger, supporting Qualcomm's request to file portions of the Proposed Findings under seal.

b.   Attached as **Exhibit 2** to this declaration is the declaration of Zachary Arner, supporting Qualcomm's request to file portions of the Proposed Findings under seal.

c.   Attached as **Exhibit 3** to this declaration is the declaration of Rajesh Pankaj, supporting Qualcomm's request to file portions of the Proposed Findings under seal.

d.   Attached as **Exhibit 4** to this declaration is the declaration of Edward H. Takashima, supporting Apple's request to file portions of the Proposed Findings under seal.

e.   Attached as **Exhibit 5** to this declaration is the declaration of Jana I. Seidl, supporting AT&T's request to file portions of the Proposed Findings under seal.

f.   Attached as **Exhibit 6** to this declaration is the declaration of Andrew L. Lucarelli, supporting Ericsson's request to file portions of the Proposed Findings under seal.

g.   Attached as **Exhibit 7** to this declaration is the declaration of Steven M. Geiszler, supporting Huawei's request to file portions of the Proposed Findings under seal.

h.   Attached as **Exhibit 8** to this declaration is the declaration of Mark Ford, supporting Intel's request to file portions of the Proposed Findings under seal.

i.   Attached as **Exhibit 9** to this declaration is the declaration of Ranae McElvaine, supporting InterDigital's request to file portions of the Proposed Findings under seal.

Holtz Declaration ISO Admin. Motion to Seal
Case No. 5:17-cv-00220-LHK-NMC

j.  Attached as **Exhibit 10** to this declaration is the declaration of Ira Blumberg, supporting Lenovo's request to file portions of the Proposed Findings under seal.

k.  Attached as **Exhibit 11** to this declaration is the declaration of Nathan P. Eimer, supporting LG's request to file portions of the Proposed Findings under seal.

l.  Attached as **Exhibit 12** to this declaration is the declaration of Shamita Etienne-Cummings, supporting Marvell's request to file portions of the Proposed Findings under seal.

m.  Attached as **Exhibit 13** to this declaration is the declaration of Steven C. Holtzman, supporting MediaTek's request to file portions of the Proposed Findings under seal.

n.  Attached as **Exhibit 14** to this declaration is the declaration of Todd Madderom, supporting Motorola's and Lenovo's requests to file portions of the Proposed Findings under seal.

o.  Attached as **Exhibit 15** to this declaration is the declaration of Ryan Koppelman, supporting Nokia's request to file portions of the Proposed Findings under seal.

p.  Attached as **Exhibit 16** to this declaration is the declaration of Bradley S. Lui, which attaches the redacted declaration and addendum of Takemi Iwabuchi, supporting Panasonic's request to file portions of the Proposed Findings under seal. Mr. Iwabuchi's initial declaration in support of sealing is not attached. That declaration, which was to be publicly filed, contained quotes verbatim from Qualcomm's Findings of Fact, including the information Panasonic sought to be sealed. Upon notice that Qualcomm could not submit under seal Panasonic's declaration in support of sealing absent yet another motion to seal necessitating further declarations, Panasonic submitted a revised declaration on Monday, December 17. Counsel for Panasonic received a list of proposed redactions on December 6, 2018 and corresponding paragraph numbers on December 11. Counsel for Panasonic presented Qualcomm with Panasonic's initial sealing

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

11

Holtz Declaration ISO Admin. Motion to Seal
Case No. 5:17-cv-00220-LHK-NMC

declaration on December 13.  All references in the table above are to Mr.

Iwabuchi's redacted declaration and addendum.

q.   Attached as **Exhibit 17** to this declaration is the declaration of Sanghoon Park,

supporting Samsung's request to file portions of the Proposed Findings under seal.

r.   Attached as **Exhibit 18** to this declaration is the declaration of Lee Hill, supporting

Sony's request to file portions of the Proposed Findings under seal.

s.   Attached as **Exhibit 19** to this declaration is the declaration of Taraneh Maghame,

supporting Via Licensing's request to file portions of the Proposed Findings under

seal.

t.   Attached as **Exhibit 20** to this declaration is the declaration of James Ray Wood,

supporting ZTE's request to file portions of the Proposed Findings under seal.

5.   Based on the foregoing, Qualcomm has proposed redactions to its Proposed

Findings and requests that the Court seal the unredacted Proposed Findings.  Attached to this

declaration is a version of Qualcomm's Proposed Findings that contains the proposed redactions.

6.   I am the ECF user whose identification and password are being used to make this

filing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories of these

documents have concurred in this filing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this

14th day of January, 2019 in San Jose, California.

/s/ *Geoffrey T. Holtz*

Geoffrey T. Holtz

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

12                Holtz Declaration ISO Admin. Motion to Seal
Case No. 5:17-cv-00220-LHK-NMC