# CX8267

| | |
|---|---|
| **From:** | Blecker, Marv |
| **To:** | Jacobs, Paul; Jha, Sanjay; Mollenkopf, Steven; Jacobs, Jeff |
| **CC:** | exc; Aberle, Derek; Hartogs, Mike |
| **Sent:** | 2/22/2008 3:05:19 PM |
| **Subject:** | Re: RIM MFN and MDF |

At 10:53 PM 2/21/2008, Jacobs, Paul wrote:

During dinner, RIM asked about some kind of MFN for chips. I told them that it wouldn't guarantee them the same pricing because they don't have the same volumes as the bigger customers, but they would still like some kind of assurance for similarly situated customers. I assume this is a reasonable thing to do for them. Mike Lazaridis is the contact for this.

They are very focused on taking the slot in carrier line ups that was previously held by Motorola, and thus growing their volumes dramatically. They see Nokia as their key competitor, and would like to structure some carrier focused marketing programs, as well. Given the price point of their products and the size of the associated royalty, we should look hard at how we can contribute to them taking share from Nokia. Jim Basilie would be the contact, and JJ should work with him.

While I don't disagree with your sentiment regarding taking share from Nokia, you should keep in mind that the positions they have taken in their lawsuit against Motorola wrt FRAND and their positions in ETSI and elsewhere have been diametrically opposed to our positions and our business model.

Paul

This message (including any attachments) is intended only for the use of the addressee(s) named above. It may contain information that is LEGALLY PRIVILEGED and CONFIDENTIAL and should not be read, copied or otherwise used by any other person. If you are not the intended recipient, you are hereby notified that any use, retention, disclosure, copying, printing, forwarding or dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

Marv Blecker
(858) 658-4210
(858) 651-1975 (fax)

Paul Jacobs
18 April 2018
Harry A. Palter, California CSR No. 7708