# CX0599

# REVISED REDACTED VERSION

From: Jeff Williams <jwilliams@apple.com>
Subject: Fwd: 3G royalty for iPad
Received(Date): Thu, 05 Aug 2010 10:15:38 -0700
Cc: Kim Cooper <cooper.k@apple.com>, Tony Blevins <tblevins@apple.com>
To: David Tom <davidtom@apple.com>
Date: Thu, 05 Aug 2010 10:15:38 -0700

per our discussion this morning....

Begin forwarded message:

**From:** Tim Cook <tcook@apple.com>

**Date:** August 4, 2010 9:14:59 PM PDT

**To:** Jeff Williams <jwilliams@apple.com>, Bruce Sewell <bsewell@apple.com>

**Subject: Fwd: 3G royalty for iPad**

Begin forwarded message:

From: "Jacobs, Paul" <pjacobs@qualcomm.com>
Date: August 4, 2010 1:35:40 PM PDT
To: Tim Cook <tcook@apple.com>
Subject: Re: 3G royalty for iPad

Tim,

There does appear to be some confusion here.

Although earlier this year you requested that we agree to modify the marketing incentive agreement to cover larger screen devices like the iPad, I did not agree to your request. Also, the current marketing incentive agreement that covers the iPhone is not a royalty agreement - it is an agreement that was entered into for a specific purpose in 2007, which was to incentivize Apple for a period of time to develop and sell WCDMA iPhones instead of WiMax iPhones.

We did discuss potentially providing Apple with a rebate on larger screen devices like the iPad, but as part of a larger business relationship between the companies, including Apple's use of Qualcomm chips in its iPhones and devices like the iPad. However, as you said, we haven't yet been able to close on these future business opportunities.

I will look forward to discussing this and other topics when we meet next week.

Best regards,
Paul

Confidential

AAPL-FTC-00061199
CX0599-001

HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY

On Aug 1, 2010, at 1:11 PM, Tim Cook wrote:

Paul,

In our discussion of January 14, you had agreed to pay us a ▮▮▮▮▮▮▮ per iPad so that our net royalty was $7.50 which is the same as the amount we currently pay for iPhone.   I heard today that Qualcomm is refusing to pay us the rebate for last quarter.  I realize we are having ongoing discussions about future business opportunities and the overall royalty payment but these discussions shouldn't interfere with this rebate.   I'd appreciate if you would break the log jam for us----there maybe just some confusion or misunderstanding.

I'm looking forward to seeing you soon.

Best Regards,

Tim

Confidential

**HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY**

AAPL-FTC-00061200

CX0599-002