# JX0037

# REVISED REDACTED VERSION

**Subject:** Re: Qualcom
**From:** "Jeff Williams" <jwilliams@apple.com>
**To:** "Steve Jobs" <sjobs@apple.com>
**Cc:** "Phil Schiller" <schiller@apple.com>, "Tony Fadell" <tfadell@apple.com>,"Greg (Joz) Jozwiak" <joz@apple.com>, "Tim Cook" <tcook@apple.com>
**Date:** Wed, 15 Nov 2006 05:45:28 +0000

Great news.  I agree we should take it with the extension to 2012 and the elimination of the cap.

On Nov 14, 2006, at 3:45 PM, Steve Jobs wrote:

I spoke with Paul Jacobs (CEO) and Steve Altman (President) of Qualcom this afternoon.

The good part:  They are willing to rebate us for any payments above $7.50 per phone that we make to one of their licensed ODMs.  They have met our request.

The not-so-good part: They want this to expire at the end of 2010, and to limit it to ███████ phones.  They see this as a █████ ██████ "incentive" to get us into their camp (regular royalty rate of █████ per phone - $7.50 net payment = $10 per phone incentive x ███████ phones = ██████ )

I will try to push the expiration date to the end of 2012, which would be 5 years from the first shipment of our 3G phone in early 2008, and get them to eliminate the cap on the number of phones.  If they would agree to this, I think we should take it.

Agree?

Steve

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-QC_13381832

CX0846-001
JX0037-001