# EXHIBIT A

FEDERAL TRADE COMMISSION
Jennifer Milici
J. Alexander Ansaldo
Joseph R. Baker
Elizabeth A. Gillen
Daniel Matheson
Mark Woodward
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Tel.: (202) 326-2912
Fax: (202) 326-3496
jmilici@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
825 Eighth Avenue
New York, New York 10019-7475
Telephone: (212) 474-1000
Facsimile:  (212) 474-3700

KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest (SBN 84065)
rvannest@keker.com
Eugene M. Paige (SBN 202849)
epaige@keker.com
Justina Sessions (SBN 270914)
jsessions@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile:  (415) 397-7188

MORGAN, LEWIS & BOCKUS LLP
Richard S. Taffet (*pro hac vice*)
richard.taffet@morganlewis.com
101 Park Avenue
New York, New York 10178-0060
Tel: (212) 309-6000
Fax: (212) 309-6001

Attorneys for Defendant
QUALCOMM INCORPORATED

*Additional Counsel in the Signature Block*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>             Plaintiff,<br><br>       vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>             Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**JOINT STIPULATION REGARDING UNDISPUTED FACTS** |

Plaintiff the Federal Trade Commission ("FTC") and Defendant Qualcomm Incorporated ("Qualcomm") (collectively, the "Parties") respectfully submit this Joint Stipulation Regarding Undisputed Facts.

The following facts are undisputed, and the Parties hereby stipulate to them for incorporation into the trial record without the necessity of supporting testimony or exhibits. However, the Parties agree that neither Party will object to the presentation of evidence in support of these stipulated facts at trial on the ground that such facts were the subject of this stipulation. The Parties agree that the stipulation of facts below is made without prejudice to each Party's ability to bring any motions *in limine*.

For purposes of the stipulated facts below: "Cellular Handsets" shall refer to complete cellular end-user cellular telephones, including feature phones and smartphones.

1.     QUALCOMM Incorporated ("Qualcomm") is headquartered in San Diego, California.

2.     Since at least 1989, Qualcomm has been, and is now, a corporation.

3.     Since at least 1989, Qualcomm has been, and is now, engaged in interstate and international commerce.

4.     Qualcomm's operating segment relating to its chip and software business is called Qualcomm CDMA Technologies ("QCT"). Qualcomm's operating segment relating to the licensing of its patents is called Qualcomm Technology Licensing ("QTL").

5.     In 2012, Qualcomm created Qualcomm Technologies, Inc. ("QTI"), a wholly owned subsidiary of Qualcomm. QTI operates substantially all of Qualcomm's products and services businesses, including QCT, as well as substantially all of Qualcomm's engineering, research and development functions. Qualcomm continues to operate QTL.

6.     Qualcomm CDMA Technologies Asia -Pacific Pte. Ltd. ("QCTAP"), a Singapore company, is a wholly owned indirect subsidiary of Qualcomm.

7.     Cellular communications depend on widely distributed networks that implement cellular communications standards.

Joint Stipulation Regarding Undisputed Facts
Case No. 5:17-cv-00220-LHK

8.      Some OEMs have purchased multimode modem chips for use in Cellular Handsets intended for operation on the major U.S. wireless networks.

9.      Cellular Handsets are designed, marketed, and sold by original equipment manufacturers ("OEMs") such as Samsung, Huawei, Apple, Xiaomi, Oppo, Vivo, Google, Lenovo/Motorola Mobility, and LG.

10.     Consumers purchase Cellular Handsets for a variety of reasons, including for (a) their ability to transmit and receive data at high-speeds over cellular networks, such as those implementing LTE, the highest-speed cellular standard which has been widely commercialized to date, and (b) their ability to perform voice calls.

11.     The Third Generation Partnership Project ("3GPP") and the Third Generation Partnership Project 2 ("3GPP2") are global collaborative partnerships of standards development/standards-setting organizations ("SDOs" or "SSOs") and other industry participants that develop technical specifications for cellular standards.

12.     The current "organizational partners" of 3GPP are seven regional SDOs, specifically: the European Telecommunications Standards Institute ("ETSI"), the Alliance for Telecommunications Industry Solutions ("ATIS"), the Association of Radio Industries and Businesses, Japan ("ARIB"), the Telecommunication Technology Committee, Japan ("TTC"), the China Communications Standards Association ("CCSA"), the Telecommunications Standards Development Society, India ("TSDSI"), and the Telecommunications Technology Association, Korea ("TTA").

13.     The current organizational partners of 3GPP2 are five regional SDOs, specifically: the Telecommunications Industry Association ("TIA"), ARIB, TTC, CCSA, and TTA.

14.     Cellular communications standards have evolved over "generations," including second-generation ("2G"), third-generation ("3G"), and fourth-generation ("4G") standards.

15.     2G cellular standards include the Global System for Mobile ("GSM") and cdmaOne (also sometimes called "TIA/EIA/IS-95" or "IS-95").

16.     ETSI adopted GSM as a cellular standard. ETSI also adopted General Packet

2                Joint Stipulation Regarding Undisputed Facts
                 Case No. 5:17-cv-00220-LHK

Radio Service ("GPRS") and Enhanced Data Global Evolution ("EDGE") as improvements to GSM. These are considered 2G standards.

17.     GSM uses time division multiple access ("TDMA") technology.

18.     TIA adopted cdmaOne as a cellular standard. TIA also adopted IS-95A and IS-95B as improvements to cdmaOne. These are considered 2G standards.

19.     cdmaOne uses code division multiple access ("CDMA") technology.

20.     3G cellular standards include the Universal Mobile Telecommunications System ("UMTS") and CDMA2000.

21.     UMTS is an umbrella term for three 3G cellular air interfaces standardized within 3GPP: UTRA-FDD, commonly called Wideband CDMA ("WCDMA"), used worldwide; UTRA-TDD High Chip Rate, having little deployment; and UTRA-TDD Low Chip Rate, commonly called Time Division-Synchronous CDMA ("TD-SCDMA"), used primarily in China. The term HSDPA refers to certain additional UMTS features included in Release 5. HSUPA refers to certain additional UMTS features included in Release 6. The combination of HSDPA and HSUPA is commonly called HSPA, and HSPA/HSPA+ refers to certain additional UMTS features included in Release 7 and beyond.

22.     Included within the CDMA2000 family of standards are CDMA2000 1x, often called 1xRTT, and High Rate Packet Data, often called 1xEV-DO or EV-DO.

23.     CDMA2000 was standardized by 3GPP2.

24.     In the United States, AT&T and T-Mobile have operated WCDMA networks. Verizon and Sprint have operated CDMA2000 networks.

25.     All four major U.S. carriers (Verizon, AT&T, T-Mobile and Sprint) have deployed Long Term Evolution ("LTE"), which also encompasses the LTE Advanced, or "LTE-A," standard), as their 4G standard.

26.     LTE uses orthogonal frequency division multiple access ("OFDMA") technology for downlink transmissions and single-carrier frequency division multiple access ("SC-FDMA") technology for uplink transmissions.

Joint Stipulation Regarding Undisputed Facts
Case No. 5:17-cv-00220-LHK

27. LTE was standardized by 3GPP.

28. Apple does not manufacture iPhones and iPads itself but instead uses third-party manufacturers ("Contract Manufacturers") to manufacture those products.

29. The Contract Manufacturers that currently manufacture iPhones and/or iPads for Apple include: (i) FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., and Foxconn International Holdings Limited (collectively "Foxconn"), (ii) Pegatron Corporation ("Pegatron"), (iii) Wistron Corporation ("Wistron"), and (iv) Compal Electronics, Inc. ("Compal").

30. In January 2007, Apple and Qualcomm entered into a Marketing Incentive Agreement, effective as of January 8, 2007 ("MIA").

31. In February 2011, Apple, Qualcomm, and QCTAP entered into a Transition Agreement, effective as of February 11, 2011 ("TA").

32. On February 28, 2013, Apple, Qualcomm, and QCTAP entered into a First Amendment to Transition Agreement, effective as of January 1, 2013 ("FATA").

33. On February 28, 2013, Apple and Qualcomm entered into a Business Cooperation and Patent Agreement, effective as of January 1, 2013 ("BCPA").

34. In September and October of 2005, Qualcomm and Foxconn entered into a Subscriber Unit License Agreement effective October 18, 2005.

35. In April 2010, Qualcomm and Pegatron entered into a Subscriber Unit License Agreement effective April 29, 2010.

36. In May 2007, Qualcomm and Wistron entered into a Subscriber Unit License Agreement effective May 23, 2007.

37. In February 2000, Qualcomm and Compal entered into a Subscriber Unit License Agreement effective February 10, 2000.

38. On July 24, 1990, Qualcomm entered a license agreement with AT&T, which had an effective date of July 3, 1990.

39. On March 22, 2000, Qualcomm entered a license agreement with Research In Motion Limited ("RIM"), a corporate predecessor of BlackBerry Limited ("BlackBerry"), which

Joint Stipulation Regarding Undisputed Facts
Case No. 5:17-cv-00220-LHK

had an effective date of March 22, 2000.

40.     On March 21, 2001, Qualcomm entered a license agreement amendment with RIM, which had an effective date of March 21, 2001.

41.     RIM and Qualcomm further amended the March 22, 2000 SULA in an agreement entered January 26, 2011, with an effective date of October 1, 2010.

42.     RIM and Qualcomm entered a further amendment to the March 22, 2000 SULA effective December 2, 2012, with a signature date of December 31, 2012.

43.     Qualcomm and Huawei entered into a Contract for the License of Certain Technology for the Manufacturing and Sale of Certain CDMA Infrastructure Equipment on September 22, 2001.

44.     On May 29, 2003, Huawei and Qualcomm entered into a Contract between Qualcomm Incorporated and Huawei Technologies Co. Ltd. for the License of Certain Technology for the Manufacturing and Sale of Certain CDMA Subscriber Units, with an effective date of May 29, 2003.

45.     Qualcomm and Huawei entered into a Memorandum of Understanding, dated July 21, 2004.

46.     On May 27, 2013, Qualcomm and Huawei entered into an Amendment to Subscriber Unit License Agreement.

47.     On December 15, 2014, Huawei and Qualcomm entered a Subscriber Unit License Agreement, with an effective date of July 1, 2014.

48.     On December 15, 2014, Huawei and Qualcomm entered an Amendment to Subscriber Unit License Agreement, with an effective date of July 1, 2014, amending the Contract for the License of Certain Technology for the Manufacturing and Sale of Certain CDMA Subscriber Units, dated May 29, 2003.

49.     On June 30, 2003, Qualcomm and Legend Mobile Communication Technology Ltd. ("Legend") executed a Contract between Qualcomm Incorporated and Legend Mobile Communication Technology Ltd. for the License of Certain Technology for the Manufacturing

and Sale of Certain CDMA Subscriber Units.

50.     Lenovo Mobile Communication Technology Ltd. ("Lenovo") is a successor in interest to Legend.

51.     On March 28, 2007, Qualcomm and Lenovo executed an Amendment to Contract between Qualcomm Incorporated and Lenovo Mobile Communication Technology Ltd. for the License of Certain Technology for the Manufacturing and Sale of Certain CDMA Subscriber Units.

52.     On June 27, 2013, Qualcomm and Lenovo executed an Amendment to Subscriber Unit License Agreement, with an effective date of June 28, 2013.

53.     On October 30, 2014, Lenovo announced that it had completed the acquisition of Motorola Mobility.

54.     On September 26, 1990, Qualcomm and Motorola Inc. executed a DS-CDMA Technology Agreement, effective as of September 26, 1990.

55.     On September 26, 1990, Qualcomm entered a license agreement with Motorola Inc., which had an effective date of September 26, 1990.

56.     On or about May 19, 2000, Qualcomm and Motorola, Inc. amended the Agreement to Amend the Patent License Agreement and Technology License Agreement and Software License Agreement, with an effective date of March 23, 2000.

57.     Qualcomm and Motorola, Inc. executed a Second Amendment to the Agreement to Amend the Patent License Agreement and Technology License Agreement and Software License Agreement, with an effective date of April 11, 2003.

58.     On March 19, 2007, Qualcomm and Motorola, Inc. executed an Agreement to Amend the Patent License Agreement, with an effective date of September 30, 2006.

59.     On May 15, 2013, Qualcomm and Motorola Mobility executed a Rights Termination Agreement, with an effective date of May 15, 2013.

60.     On August 31, 1993, Qualcomm entered an Infrastructure and Subscriber Unit License and Technical Assistance Agreement with Goldstar Information & Communications Ltd.

Joint Stipulation Regarding Undisputed Facts
Case No. 5:17-cv-00220-LHK

61.     Goldstar Information & Communications, Ltd. is a corporate predecessor to LG Electronics ("LGE").

62.     Qualcomm and LG Information & Communications, Ltd. entered into an Amendment to Subscriber Unit License and Technical Assistance Agreement, with an effective date of March 17, 1998.

63.     LG Information & Communications, Ltd. is a corporate predecessor to LGE.

64.     Qualcomm and LGE  entered into an Amendment to Infrastructure and Subscriber Unit License and Technical Assistance Agreement, with an effective date of March 15, 2000.

65.     On or about December 11, 2003, Qualcomm filed a Request for Arbitration with the International Chamber of Commerce in a matter captioned *Qualcomm v. LG Electronics, Inc.*

66.     On or about February 24, 2004, LGE filed an Answer to Request for Arbitration and Counterclaims.

67.     On July 11, 2004, Qualcomm and LGE entered into the Amendment to Infrastructure and Subscriber Unit License and Technical Assistance Agreement, effective as of that date.

68.     On July 11, 2004, Qualcomm and LGE entered into a Settlement and Release with Qualcomm, July 11, 2004, effective as of that date.

69.     On May 14, 2007, Qualcomm and LGE entered into an Amendment to the Infrastructure and Subscriber Unit License and Technical Assistance Agreement, with an effective date of January 1, 2007.

70.     On May 14, 2007, Qualcomm and LGE entered into a contract titled "Agreement", with an effective date of January 1, 2007.

71.     On September 19, 2010, Qualcomm and LGE entered into an Amendment to Infrastructure and Subscriber Unit License and Technical Assistance Agreement, with an effective date of September 16, 2010.

72.     On September 19, 2010, Qualcomm and LGE entered into an Amendment to Agreement, with an effective date of September 16, 2010.

7

73.     On or about December 11, 2015, LGE filed a Request for Arbitration with the International Chamber of Commerce in a matter captioned *LG Electronics Inc. v. Qualcomm Inc*.

74.     On or about February 18, 2016, Qualcomm filed a response to LGE's request for arbitration.

75.     On April 16, 2016, Qualcomm and LGE entered into a Settlement Agreement and Release, with an effective date of April 16, 2016.

76.     On April 16, 2016, Qualcomm and LGE entered into an Amendment to License Agreements, with an effective date of January 1, 2016.

77.     On November 19, 2009, Qualcomm and MediaTek, Inc. ("MediaTek") executed a Non-Exhaustive CDMA ASIC Agreement.

78.     On November 19, 2009, Qualcomm and MediaTek entered into a Non-Exhaustive Patent Non-Assertion Agreement.

79.     On August 22, 2013, Qualcomm and MediaTek entered into an Amendment and Suspension Agreement, with an effective date of July 1, 2013.

80.     On September 3, 1993, Samsung and Qualcomm entered into an Infrastructure and Subscriber Unit License and Technical Assistance Agreement.

81.     Samsung and Qualcomm entered into an Amendment to Infrastructure and Subscriber Unit License and Technical Assistance Agreement ("Samsung 1997 SULA Amendment"), with an effective date of November 17, 1997.

82.     Samsung and Qualcomm entered into an Amendment to Infrastructure and Subscriber Unit License and Technical Assistance Agreement, with an effective date of March 29, 2004.

83.     On November 4, 2009, Samsung and Qualcomm entered into an Amendment to Infrastructure and Subscriber Unit License and Technical Assistance Agreement, with an effective date of January 1, 2009 ("Samsung 2009 SULA Amendment").

84.     On March 1, 2012, Sony Mobile and Qualcomm entered into a Temporary Agreement, effective February 29, 2012.

Joint Stipulation Regarding Undisputed Facts
Case No. 5:17-cv-00220-LHK

85.     On May 3, 2012, Sony Mobile and Qualcomm entered into a Subscriber Unit Patent License Agreement, the terms of which were effective beginning February 16, 2012, and terminated on September 30, 2012 ("May 2012 Sony Mobile Interim License").

86.     On October 1, 2012, Sony Mobile and Qualcomm entered into an amendment to the May 2012 Sony Mobile Interim License.

87.     On November 12, 2012, Sony Mobile and Qualcomm entered into a Subscriber Unit Patent License Agreement, the terms of which were effective beginning October 1, 2012.

88.     On September 29, 2015, Qualcomm and Sony Corporation entered into a CDMA Complete Terminal Patent License Agreement, with an effective date of October 1, 2015.

89.     On June 30, 1997, Qualcomm and LSI Logic Corporation ("LSI Logic") entered into an ASIC Patent License Agreement, with an effective date of June 27, 1997.

90.     On March 12, 2003, Qualcomm, LSI Logic, and VIA Telecom, Inc. ("VIA Telecom") entered into an Assignment of ASIC Patent License Agreement.

91.     On April 1, 2015, Qualcomm and VIA Telecom entered into an Amendment to ASIC Patent License Agreement, with an effective date of March 31, 2015.

92.     On September 4, 2015, VIA Telecom sent Qualcomm a notice exercising its right to terminate the June 27, 1997 agreement, as amended.

93.     On June 28, 2001, Qualcomm and ZTE Corporation ("ZTE") entered a Contract for the License of Certain Technology for the Manufacturing and Sale of Certain CDMA Subscriber Units.

94.     On November 14, 2004, Qualcomm and ZTE entered an Amendment to the Contract between Qualcomm Incorporated and ZTE Corporation for the License of Certain Technology for the Manufacturing and Sale of Certain CDMA Subscriber Units, effective January 1, 2005.

95.     On July 19, 2011, Qualcomm and ZTE entered an Amendment to the Contract between Qualcomm Incorporated and ZTE Corporation for the License of Certain Technology for the Manufacturing and Sale of Certain CDMA Subscriber Units.

Joint Stipulation Regarding Undisputed Facts
Case No. 5:17-cv-00220-LHK

96.     On July 19, 2011, Qualcomm and ZTE entered an OFDMA Subscriber Unit License Agreement, which had an effective date of July 1, 2011.

97.     On September 27, 2015, Qualcomm and ZTE entered an Amendment to the Contract Between Qualcomm Incorporated and ZTE Corporation for the License of Certain Technology for the Manufacturing and Sale of Certain CDMA Subscriber Units, which had an effective date of January 1, 2015.

98.     On September 27, 2015, Qualcomm and ZTE entered the First Amendment to OFDMA Subscriber Unit License Agreement, which had an effective date of January 1, 2015.

99.     Qualcomm's license agreements typically provide Qualcomm with consideration that includes running royalties calculated as a percentage of the licensee's wholesale net selling price of the end-user device (minus applicable deductions), subject to royalty caps.

100.    ███████████████████████████

101.    Apple's internal codename for Qualcomm is Eureka.

102.    Qualcomm's internal codename for Apple is Maverick.

103.    ███████████████████████

104.    Intel's internal codename for Apple is ICE.

105.    ███████████████████████████

106.    ███████████████████████

107.    ████████████████████████████

108.    ████████████████████████████████

109.    ███████████████████████████████████

110.    Current Qualcomm employment histories are stipulated to as of October 2018.

111.    Derek Aberle was President of Qualcomm from 2014 until January 3, 2018, when he left the company.  His prior roles at Qualcomm included Legal Counsel (2000 to 2005), General Manager of Licensing (2005-2008), Executive Vice President and President of QTL (2008 to 2011) and Executive Vice President and Group President of QTL (2011 to 2014).

112.    Baaziz Achour is Senior Vice President of Engineering at QTI.  He has been in

Joint Stipulation Regarding Undisputed Facts
Case No. 5:17-cv-00220-LHK

1  this role for approximately ten years, and has worked at Qualcomm since 1993.

2      113.   Jeffrey (Jeff) Altman worked in Business Development within QTL from 1998

3  until his retirement on January 3, 2018.  He joined Qualcomm in 1992.

4      114.   Steven (Steve) Altman was President of Qualcomm from 2005 to 2011, and Vice

5  Chairman from November 2011 until his retirement in January 2014.  Prior to those roles, he had

6  worked at Qualcomm since 1989, in various roles including General Counsel, Senior Vice

7  President and Vice President.

8      115.   Cristiano Amon is President of Qualcomm, a position he has held since January

9  2018, and oversees Qualcomm's semiconductor business.  He was previously Executive Vice

10  President and President of QCT from 2015 to December 2018, and was Executive Vice President

11  and Co-President of QCT from 2012 to 2015.  He started at Qualcomm in 1995 and since then,

12  excluding a period from June 1999 to November 2001 during which he was not employed by

13  Qualcomm, has held various other roles relating to Qualcomm's semiconductor business.

14      116.   Robert (Xiaopeng) An was Senior Director of Business Development at QTL,

15  located in Beijing, until August 2018.  He began working at Qualcomm in approximately 2010.

16      117.   Marvin (Marv) Blecker was Senior Vice President of QTL from April 1995 to

17  April 2005 and General Manager of QTL from November 2001 to April 2005, and then President

18  of QTL from April 2005 through October 2008, also serving as Executive Vice President of

19  Qualcomm from 2006 through October 2008. He also served as Senior Vice President of QTL

20  from October 2008 until his retirement in February 2014. He joined Qualcomm in 1992.

21      118.   Lorenzo Casaccia is Vice President of Technical Standards at Qualcomm Europe

22  Inc.  He has been the lead for Qualcomm's 3GPP technical standards efforts since 2008.  He

23  joined Qualcomm in 2001.

24      119.   Yunhui Chae-Banks is Vice President of Business Development at QTL a position

25  she has held since 2016.  Prior to her current role, she was an attorney for QTL and other

26  Qualcomm business units since she started at Qualcomm in 2003.

27      120.   Anand Chandrasekher was Senior Vice President and General Manager for

28

11          Joint Stipulation Regarding Undisputed Facts

Qualcomm's Datacenter Technologies Inc. from December 2015 until departing Qualcomm in July 2018. He previously was Senior Vice President for Business Development of the Data Center Group from October 2013 to December 2015, and was Senior Vice President and Chief Marketing Officer from August 2012, when he joined Qualcomm, until October 2013.

121.    Liren Chen is Senior Vice President of Engineering and Legal Counsel in QTL, where he leads QTL's technology and product management team. He has been a Senior Vice President of Engineering and Legal Counsel since October 2015; prior to that, from February 2009, he was Vice President of Engineering and Legal Counsel in the Intellectual Property and Strategic IP departments. He joined Qualcomm in 1996.

122.    Victoria (Vicky) Chen is Senior Vice President, Legal Counsel at QTI. She started at Qualcomm in 1998 as Attorney in the subscriber unit group. That group was sold to Kyocera Wireless in 2000, and she re-joined Qualcomm in 2004.

123.    David Cianflone is Senior Vice President, Finance at QTL. Prior to his current position, he has held various finance roles for different Qualcomm business units since he started in 1998.

124.    George Davis is Executive Vice President and Chief Financial Officer for Qualcomm, and has been since he joined Qualcomm in March 2013.

125.    Jim Doh was Vice Chairman, Qualcomm Asia, from approximately 2014 until his retirement in January 2017. He previously held various other roles, including Senior Vice President of Worldwide Sales, President of QCT Asia, and Senior Vice President and President of QCT, since he started at Qualcomm in 1997.

126.    Deborah Dwight is Vice President, Division Counsel at QTL, a position she has held since May 2017. She previously held various other roles as an attorney in QTL and in Qualcomm's Corporate Legal department since starting at the company in 2001.

127.    Fabian Gonell is Senior Vice President, Licensing Strategy, and Legal Counsel at QTL and has been in this role since 2017. Prior to his current role, he has held roles as Division Counsel and as an attorney in QTL since 2009, and as an attorney in Qualcomm's Corporate

Legal department from 2007 to 2009.

128.    Matthew Grob was Executive Vice President of Technology from April 2017 until May 2018.  He previously was Qualcomm's Chief Technology Officer from 2011 to March 2017, Senior Vice President of Engineering in Qualcomm's Corporate R&D unit from 2006 to 2010, and held other engineering roles at Qualcomm since starting at the company in 1991.

129.    Kirti Gupta was Director of Economic Strategy within Qualcomm's Strategic Intellectual Property group from approximately 2012 through 2016, when she assumed her current role as Senior Director of Economic Strategy within Qualcomm's legal department.  She previously held various other roles since starting in Qualcomm, with the exception of a brief period from late 2008 through early 2009, when she was not a Qualcomm employee.

130.    Michael Hartogs was Senior Vice President and Division Counsel of QTL from October 2006 until 2012, and was Vice President and Division Counsel of QTL from June 2005 until February 2012.  He held roles in Qualcomm's Corporate Legal department when since he joined the company in 1999.

131.    Irwin Jacobs was a co-founder of Qualcomm in 1985.  He has served as President, Chief Executive Officer and Chairman of the company.  He left his role as Chief Executive Officer in 2005 and retired from Qualcomm in 2009.

132.    Paul Jacobs served as Chairman of the Qualcomm Board of Directors from March 2009 to March 2014, as Executive Chairman of the Board of Directors from March 2014 to March 2018.  Mr. Jacobs also served as a Director from June 2005 to March 2018. He served as Chief Executive Officer from June 2005 to March 2014.  He began working at Qualcomm full-time in 1990.

133.    Sanjay Jha was President of QCT from 2003 to 2008, as well as Chief Operating Officer of Qualcomm from 2006 to 2008.  He also served as Executive Vice President of QCT from 2003 to 2006.  He joined Qualcomm in 1994.

134.    Aliyar (Alex) Katouzian is Senior Vice President and General Manager of the Mobile Business Operations Unit at QTI.  He joined Qualcomm in October 2002.

13                      Joint Stipulation Regarding Undisputed Facts
                         Case No. 5:17-cv-00220-LHK

135.     Eric Koliander is Vice President, Sales, in QCT.  He joined Qualcomm in 2006.

136.     Keith Kressin is Senior Vice President of Product Management at QTI, a position he has held since 2015.  He has held various other roles in QTI and QCT since he joined Qualcomm in 2008.

137.     James (Jim) Lederer was Executive Vice President and General Manager of QCT from May 2009 until his retirement in January 2014.  He previously held other roles at Qualcomm since he joined the company in 1997.

138.     Louis (Lou) Lupin was Senior Vice President, General Counsel, from 2000 to 2006, and Executive Vice President and General Counsel of Qualcomm from 2006 to August 2007.  He served as Legal Consultant from August 2007 until his retirement in August 2014.  He previously held other roles at Qualcomm.  He joined Qualcomm in 1995.

139.     Durga Malladi is Senior Vice President of Engineering and General Manager of 4G/5G at QTI.  He has held this role since June 2018.  He held various other roles, including Senior Vice President, Vice President of Engineering, Senior Director of Engineering, and Senior Engineer, since he started at Qualcomm in 1998.

140.     Roger Martin was Senior Vice President, Chief IP Strategist at Qualcomm, from October 2008 until his retirement in March 2018.  From April 2003 to October 2008 he served as Vice President, Patent Counsel, and has held various other roles since he joined Qualcomm in 1993.

141.     Sanjay Mehta is Senior Vice President for Compute Products, a role has held since July 2018.  He previously was Senior Vice President of QCT China from 2016 to July 2018, and held various other roles in QCT since he started at Qualcomm in 2004.

142.     Steven (Steve) Mollenkopf is Chief Executive Officer of Qualcomm, a position he has held since March 2014.  Prior to being Chief Executive Officer, he was President from November 2011 to March 2014, Chief Operating Officer from approximately November 2011 to December 2013, and prior to that he was Executive Vice President and President of QCT.  He previously held various other roles at Qualcomm since he started with the company in 1994.

14

143.    Kun Qian is Vice President of Business Development at QTL.  He has been in this role since April 2017.  Prior to that role, he was Vice President, Account Management, from November 2016 to April 2017.  Before 2016 he was responsible for QCT's China sales, and he held various other sales roles since he started at Qualcomm in 2004.

144.    Eric Reifschneider was Senior Vice President at QTL from March 2016 until his departure from the company in July 2016.  He previously served as Senior Vice President and General Manager of QTL from April 2012, when he started at Qualcomm, to March 2016.

145.    Hank Robinson worked at QCT in various sales positions from approximately 2000 through 2015.  His last position was Vice President of Sales in QCT.

146.    Alexander (Alex) Rogers is Executive Vice President of Qualcomm and President of QTL, positions he has held since 2016.  He previously held other roles in QTL and Qualcomm's Corporate Legal department since joining the company in 2001.

147.    Abbaseh Samimi is Vice President of Strategic Market Analysis and Contracts at QTL, a position she has held since October 2008.  She has held other roles at Qualcomm since joining the company in 1996.

148.    James (Jim) Thompson is Executive Vice President of Engineering and Chief Technology Officer of QTI.  Previously, he was Senior Vice President of Engineering within QCT's Engineering Management unit, and Mr. Thompson has overseen all of QCT engineering since 2004.  He joined Qualcomm in 1992.

149.    Edward (Ed) Tiedemann, Jr., is Senior Vice President, Engineering within the Qualcomm Standards and Industry Organization unit at QTI.

150.    Jonathan Weiser is Senior Vice President and Division Counsel at QTI, positions he has held since June 2011.  He joined Qualcomm in 1994.

151.    Serge Willenegger is Senior Vice President and General Manager of Industrial IOT in QTI's Swiss Department business unit.  He joined Qualcomm in 1995.

152.    David (Dave) Wise is Senior Vice President and Treasurer at Qualcomm, positions he has held since December 2015.  He held various other roles since he joined Qualcomm in

Joint Stipulation Regarding Undisputed Facts
Case No. 5:17-cv-00220-LHK

1   1997.

2          153.    William (Will) Wyatt is Vice President, Finance at QTI, a position he began in

3   October 2012.  He joined Qualcomm in 2005.

Dated:  November 29, 2018

Respectfully submitted,

FEDERAL TRADE COMMISSION,

*/s/ Jennifer Milici*
Jennifer Milici

J. Alexander Ansaldo
Joseph R. Baker
Elizabeth A. Gillen
Daniel Matheson
Mark Woodward
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Tel.:  (202) 326-2912
Fax:  (202) 326-3496
jmilici@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

CRAVATH, SWAINE & MOORE LLP,

*/s/ Gary A. Bornstein*
Gary A. Bornstein
Yonatan Even

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
gbornstein@cravath.com
yeven@cravath.com

17                 Joint Stipulation Regarding Undisputed Facts
                        Case No. 5:17-cv-00220-LHK

Robert A. Van Nest
Eugene M. Paige
Justina Sessions
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Tel: (415) 391-5400
Fax: (415) 397-7188
rvannest@keker.com
epaige@keker.com
jsessions@keker.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel: (212) 309-6000
Fax: (212) 309-6001
richard.taffet@morganlewis.com

Willard K. Tom
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Tel: (202) 739-3000
Fax: (202) 739 3001
willard.tom@morganlewis.com

Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415) 442-1001
geoffrey.holtz@morganlewis.com

*Attorneys for Defendant Qualcomm Incorporated*

Joint Stipulation Regarding Undisputed Facts
Case No. 5:17-cv-00220-LHK