UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, | Case No.17-CV-00220-LHK |
|---|---|
| Plaintiff, | **ORDER DENYING MOTION TO SEAL THE JOINT PRETRIAL STATEMENT** |
| v. | Re: Dkt. No. 1314 |
| QUALCOMM INCORPORATED, | |
| Defendant. | |

Before the Court is the joint administrative motion to seal portions of the Joint Pretrial Statement. ECF No. 1314. Applying the compelling reasons standard, the Court orders as follows:

| Document | Portions of Pages | Ruling |
|---|---|---|
| Exhibit A | ¶¶ 100, 103, 105-109 | DENIED. |
| Exhibit F | Description of JX0109 | DENIED. |

The parties shall refile the exhibits consistent with this order by January 16, 2019.

**IT IS SO ORDERED.**

Dated: January 15, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No. 17-CV-00220-LHK
ORDER DENYING MOTION TO SEAL THE JOINT PRETRIAL STATEMENT