UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER DENYING MOTION TO SEAL QUALCOMM'S PRETRIAL BRIEF**<br><br>Re: Dkt. No. 1059 |

Applying the compelling reasons standard, the Court DENIES Qualcomm's motion to seal Qualcomm's pretrial brief, ECF No. 1059. Qualcomm shall file an unredacted version of its pretrial brief publicly by January 15, 2019.

**IT IS SO ORDERED.**

Dated: January 15, 2019

_____
LUCY H. KOH
United States District Judge