United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER DENYING WITHOUT PREJUDICE QUALCOMM'S REVISED MOTION TO SEAL ITS PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>Re: Dkt. No. 1310 |

Applying the compelling reasons, the Court DENIES without prejudice Qualcomm's revised motion to seal its proposed findings of fact and conclusions of law, ECF No. 1310. Qualcomm's motion is overly broad because it seeks to seal information that has been disclosed publicly at trial. For example, third party witnesses have testified publicly as to aspects of their agreements with Qualcomm; yet, Qualcomm seeks to seal even the existence of the agreements. Qualcomm shall file a more narrowly tailored motion to seal its proposed findings of fact and conclusions of law by February 8, 2019. Qualcomm's motion to seal shall not seek to seal any information that is disclosed during the trial. Moreover, Qualcomm must work with third parties in advance of filing its motion, and the third party declarations must accompany Qualcomm's

1

Case No. 17-CV-00220-LHK
ORDER DENYING WITHOUT PREJUDICE QUALCOMM'S REVISED MOTION TO SEAL ITS PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

motion.

**IT IS SO ORDERED.**

Dated: January 15, 2019

_____
LUCY H. KOH
United States District Judge