KEKER VAN NEST & PETERS LLP
Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 676-2289
Facsimile: (415) 397-7188

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet (*pro hac vice*)
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-0060
Facsimile: (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Geoffrey T. Holtz (SBN 191370)
Geoffrey.holtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for Defendant
QUALCOMM INCORPORATED

*Additional Counsel listed on the Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALCOMM INCORPORATED,<br>a Delaware corporation,<br><br>    Defendant. | Case No. 5:17-CV-0220-LHK-NMC<br><br>**QUALCOMM'S WITNESS LIST FOR JANUARY 18, 2019 (TRIAL DAY 7)** |

Qualcomm respectfully submits its list of witnesses that it may call on January 18, 2019, together with the status of any relevant sealing requests that have been made or that are anticipated. Qualcomm will endeavor to update this list as further information regarding any sealing requests is received.

| **Witness** | **Affiliated Company** | **Witness's Testimony Previously Heard In FTC's Case** | **Status of Any Sealing Requests** |
|---|---|---|---|
| Dr. James Thompson (live) | Qualcomm | n/a | Qualcomm will file any motion to seal, if necessary, by 8:00 a.m. on January 17. |
| Fabian Gonell (live) | Qualcomm | n/a | Qualcomm will file any motion to seal, if necessary, by 8:00 a.m. on January 17. On January 16, Qualcomm also notified the following third parties that it might use certain documents with this witness and requested that third parties file any motion to seal by 10:00 a.m. on January 17: Sony, Apple, Motorola/Lenovo and Huawei. |

1

| Witness | Affiliated Company | Witness's Testimony Previously Heard In FTC's Case | Status of Any Sealing Requests |
|---|---|---|---|
| Michael Hartogs (live) | Qualcomm | n/a | Qualcomm will file any motion to seal, if necessary, by 8:00 a.m. on January 17.  On January 16, Qualcomm also notified the following third parties that it might use certain documents with this witness and requested that third parties file any motion to seal by 10:00 a.m. on January 17: MediaTek. |
| Matthias Sauer (live) | Apple | n/a | On January 16, Qualcomm provided notice to Apple of the documents the parties may use with Mr. Sauer and requested that Apple file any motion to seal by 10:00 a.m. on January 17.  On January 16, Qualcomm also notified the following third parties that it might use certain documents with this witness and requested that third parties file any motion to seal by 10:00 a.m. on January 17: Intel and Broadcom. |
| Liren Chen (live) | Qualcomm | n/a | Qualcomm will file any motion to seal, if necessary, by 8:00 a.m. on January 17. |
| Scott McGregor (by deposition) (time permitting) | Broadcom | January 8, 2019 | On January 14, 2019, the Court granted in part and denied in part Broadcom's motion to seal.  (ECF No. 1303.) |

2

| Witness | Affiliated Company | Witness's Testimony Previously Heard In FTC's Case | Status of Any Sealing Requests |
|---|---|---|---|
| Nanfen Yu (by deposition) (time permitting) | Huawei | January 4 and 7, 2019 | On January 14, 2019, the Court granted in part and denied in part Huawei's motion to seal.  (ECF No. 1279.) |
| John Grubbs (by deposition) (time permitting) | Blackberry | January 8, 2019 | Blackberry indicated that it would not file a motion to seal. |
| Ira Blumberg (by deposition) (time permitting) | Lenovo | January 4, 2019 | Motorola/Lenovo indicated it would not file a motion to seal. |
| Stefan Wolff (by deposition) (time permitting) | Intel | n/a | On January 14, 2019, the Court granted court Intel's motion to seal QX0110. (ECF 1305.) |
| Thomas Lindner (by deposition) (time permitting) | Intel | n/a | On January 14, 2019, the Court granted court Intel's motion to seal QX0110. (ECF 1305.) |

3

| Witness | Affiliated Company | Witness's Testimony Previously Heard In FTC's Case | Status of Any Sealing Requests |
|---|---|---|---|
| Eric Reifschneider (by deposition) (time permitting) | Qualcomm | January 4, 2019 | Qualcomm will not request to seal Qualcomm's designated testimony of Mr. Reifschneider. |
| Eushuk Andrew Hong (by deposition) (time permitting) | Samsung | January 8, 2019 | Samsung has indicated that it will not move to seal the designated testimony. |
| Yooseok Kim (by deposition) (time permitting) | Samsung | n/a | Samsung has indicated that it will not move to seal the designated testimony or documents. |
| Christina Petersson (by deposition) (time permitting) | Ericsson | January 14, 2019 | Ericsson indicated it would not make a further motion to seal the designated testimony or documents, noting that JX0120 had already been sealed in part. (ECF No. 1236.) |

| Witness | Affiliated Company | Witness's Testimony Previously Heard In FTC's Case | Status of Any Sealing Requests |
|---|---|---|---|
| Martin Zander (by deposition) (time permitting) | Ericsson | n/a | Ericsson indicated it would not seek to seal the designated testimony or documents. |
| Ranae McElvaine (by deposition) (time permitting) | InterDigital | n/a | Interdigital filed a motion to seal on January 16 (ECF No. 1329) seeking to seal portions of the designated testimony. |
| Todd Madderom (by deposition) (time permitting) | Motorola | | On January 14, Qualcomm gave notice to Motorola/Lenovo of the designated testimony and documents it might play and requested that Motorola/Lenovo file any motion to seal by 10:00 a.m. on January 17. |

CRAVATH, SWAINE & MOORE LLP

*s/ Gary A. Bornstein*

Gary A. Bornstein
Yonatan Even
  Worldwide Plaza
    825 Eighth Avenue
      New York, NY 10019
        Telephone: (212) 474-1000
          Facsimile: (212) 474-3700
            gbornstein@cravath.com
            yeven@cravath.com

Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
KEKER, VAN NEST & PETERS LLP
  633 Battery Street
    San Francisco, CA 94111
      Telephone: (415) 676-2289
        Facsimile: (415) 397-7188
          rvannest@keker.com
          epaige@keker.com
          jsessions@keker.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
  101 Park Avenue
    New York, NY 10178
      Telephone: (212) 369-6000
        Facsimile: (212) 309-6001
          richard.taffet@morganlewis.com

Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
  One Market, Spear Street Tower
    San Francisco, CA 94105
      Telephone: (415) 442-1000
        Facsimile: (415) 442-1001
          geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*