UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALCOMM INCORPORATED,<br><br>    Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER GRANTING HUAWEI'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. No. 1340 |

Applying the compelling reasons standard, the Court rules on Huawei's motion to seal as follows. By Friday, January 18, 2019, at 5:00 p.m., Huawei shall refile a redacted public version of the below document consistent with the Court's sealing rulings.

| Document | Portions of Pages | Ruling |
|---|---|---|
| QX2259 | QXQ2014FTC00891406 to QXQ2014FTC00891407 | GRANTED. |

**IT IS SO ORDERED.**

Dated: January 17, 2019

_____
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-00220-LHK
ORDER GRANTING HUAWEI'S ADMINISTRATIVE MOTION TO SEAL