UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | Case No. 17-CV-00220-LHK |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING IN PART AND DENYING IN PART LENOVO AND MOTOROLA'S ADMINISTRATIVE MOTION TO SEAL** |
| QUALCOMM INCORPORATED, | |
| Defendant. | Re: Dkt. No. 1339 |

Applying the compelling reasons standard, the Court rules on Lenovo and Motorola's motion to seal as follows. By Friday, January 18, 2019, at 5:00 p.m., Lenovo and Motorola shall refile a redacted public version of the below documents consistent with the Court's sealing rulings. For QX2459, Lenovo and Motorola's motion and this order use the PowerPoint's actual pagination.

| Document | Portions of Pages | Ruling |
|---|---|---|
| QX2459 | QX2459 from page 5 to 6 | GRANTED. |
| QX2459 | QX2459 page 7 | DENIED. |
| QX2459 | QX2459 page 8 to 9 | GRANTED. |
| QX2459 | QX2459 page 10 | <u>Chart in the top left</u><br>GRANTED as to the amounts in the spending column and spending share column. DENIED as to the companies in the category and vendor list.<br><br><u>Graph in top right</u><br>GRANTED. |

1

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART LENOVO AND MOTOROLA'S ADMINISTRATIVE MOTION TO SEAL

| Document | Portions of Pages | Ruling |
|---|---|---|
| | | <u>Summary in bottom half of page</u><br>GRANTED as to the percentage of procurement spending in the first bullet. DENIED as to the remainder of the Summary. |
| QX9266 | Q2014FTC03100365 to Q2014FTC03100367 | GRANTED. |
| QX9266 | Q2014FTC03100371 to Q2014FTC03100372 | GRANTED. |
| QX9266 | Q2014FTC03100400 | GRANTED. |

**IT IS SO ORDERED.**

Dated: January 17, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

United States District Court
Northern District of California

2
Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART LENOVO AND MOTOROLA'S ADMINISTRATIVE MOTION TO SEAL