UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | Case No. 17-CV-00220-LHK |
|---|---|
| Plaintiff, | **ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| QUALCOMM INCORPORATED, | Re: Dkt. No. 1341 |
| Defendant. | |

Applying the compelling reasons standard, the Court rules on Apple's motion to seal as follows. By Friday, January 18, 2019, at 5:00 p.m., Apple shall refile a redacted public version of the below document consistent with the Court's sealing rulings.

| Document | Portions of Pages | Ruling |
|---|---|---|
| QX9073 | APL-QC_04435819 to APL_QC_04435820 | GRANTED. |
| QX9073 | APL_QC_04435822 | GRANTED. |
| QX9073 | APL_QC_04435827 | GRANTED. |

**IT IS SO ORDERED.**

Dated: January 17, 2019

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1

Case No. 17-CV-00220-LHK
ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO SEAL