REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED
(Re Docket 1342 and 1340)


CONFIDENTIAL -For Discussion Purposes Only

Huawei Draft
Dated 11/14/2013

## Huawei's Proposal to Certain Terms of 3G & 4G Subscriber Unit and Infrastructure Equipment Licenses

### Grant-back Rights under Huawei's CDMA/WCDMA/OFDMA patents

- Huawei would grant to Qualcomm an exhaustive license under Huawei's CDMA essential patents with the right to terminate such exhaustive license for sales to a Qualcomm customer who asserts CDMA patents against Huawei or Huawei products
- Huawei would grant to Qualcomm an exhaustive and perpetual license under Huawei's WCDMA essential patents which are applied on or before December 31, 2013 with the right to terminate such exhaustive license for sales to a Qualcomm customer who asserts WCDMA patents against Huawei or Huawei products
- Huawei would grant to Qualcomm a covenant to exhaust all rights, actions, cause for actions, claims, proceedings, procedures, appeals and other enforcement methods as applicable under Huawei OFDMA essential patents against downstream third parties before initiating any lawsuit under Huawei OFDMA essential patents against Qualcomm with the right to terminate such covenant if Qualcomm first brings any patent infringement action against Huawei's infrastructure equipments (*since both parties have not entered into any OFDMA license agreement for infrastructure equipment yet*)
- No rights or covenants are granted for any CDMA/WCDMA/OFDMA non-essential patents

### Term of Amendment to C2K SULA, Definitive Agreement for WCDMA Subscriber Unit and Modem Card and OFDMA Subscriber Unit License Agreement

- Right to terminate the C2K amendment for convenience would be suspended until January 1, 2019 and advance notice of termination would be required six months prior to the termination date
- The definitive agreement for WCDMA Subscriber Unit and Modem Card would have a term of five years. Both parties shall meet and negotiate the terms and conditions applicable after the term of the agreement one year prior to the expiration of the agreement
- The term of the OFDMA Subscriber Unit license agreement would be five years

### Royalty for Data Card/Modules

- Huawei would have the right to sell up to ▉▉▉▉▉ in aggregate, of (a) CDMA/WCDMA/OFDMA PC card modems and External wireless modem, (b) CDMA/WCDMA/OFDMA embedded modules that are sold by Huawei to distributors ("Distributor Modules") or sold by Huawei directly to car manufacturers ("Car Modules"), and (c) CDMA/WCDMA/OFDMA access point sold during the next five years for a non-refundable lump sum fee payment of ▉▉▉▉▉ and a fixed royalty of ▉▉▉▉▉ for each additional products(i.e., above the ▉▉▉▉▉

TIME | HUAWEI Confidential | Page1, Total2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

D☒P☐ Exhibit QX2259
Deponent Dina
Date 3-12-18 Rptr HG
Epiq
http //epiqglobal com

Q2014FTC00891406
Q2017MDL1_00775611





- identified in (a), (b) and (c) sold during those five years
- Huawei would have only non-exhaustive rights with regards to Distributor Modules other than Distributor Modules incorporated into M2M devices (for which the equivalent of exhaustive rights would be granted upon incorporation of such Distributor Modules into M2M devices. If a Distributor Module for which Huawei has paid the applicable royalty under the above paragraph is incorporated into a complete device sold by another Qualcomm licensee, Qualcomm would agree that such licensee's royalty for its licensed products incorporating Distributor Module provided by Huawei shall be deducted by ▮▮▮
- No connector or physical dimension restriction on PC card modem
- The lump sum fee payment of ▮▮▮ would be made by two installments in the first and second year respectively
- Embedded modules excluding Distributor Modules, Car Modules and M2M modules would be subject to ▮▮▮ ▮▮▮ sold during the calendar year immediately preceding the calendar year in which such embedded modules are Sold

### Patent Transfer

- Qualcomm would agree to purchase from Huawei ▮ patent families each year during the next five years (2014-2018), which will be selected from the patent list identified by Qualcomm
- Qualcomm would pay Huawei ▮▮▮ upon the completion of patent transfer in the first year, and the payment upon completion of patent transfer in the subsequent four years shall be ▮▮▮ each year, i.e. the total payment from Qualcomm to Huawei shall be ▮▮▮

### Other Terms and Conditions for Subscriber Units and Modem Cards

- Qualcomm's standard rate for LTE essential patents shall be 3.25% as being consistent to Qualcomm's public statement
- Royalty for femto cell shall be calculated in accordance with the infrastructure agreements
- Deduction of cost/price of CDMA ASICs purchased from Qualcomm for CDMA modems or modules sold in China shall remain effective

### Royalty for WCDMA and OFDMA Infrastructure Equipment

- Both Parties would discuss applicable royalty for both WCDMA and OFDMA infrastructure equipments next year before the expiration of the Interim Period of the WCDMA infrastructure license agreement dated February 4, 2010
- 

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q2014FTC00891407
Q2017MDL1_00775612