UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, | Case No. 17-CV-00220-LHK |
|---|---|
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART INTERDIGITAL'S MOTION TO SEAL** |
| v. | |
| QUALCOMM INCORPORATED, | Re: Dkt. No. 1329 |
| Defendant. | |

Before the Court is InterDigital's administrative motion to seal. ECF No. 1329. InterDigital's exhibits to its administrative motion to seal do not bear trial exhibit numbers. InterDigital's Exhibit A is QX3502. By Friday, January 18, 2019, at 5:00 p.m., InterDigital shall file a redacted public version of the below documents consistent with the Court's sealing rulings.

Applying the compelling reasons standard, the Court orders as follows:

| Document | Portions of Pages | Ruling |
|---|---|---|
| QX3502 (Exhibit A) | IDCC-FTCQCOM-0000139, selected portions | GRANTED as to the two royalty rate numbers, but DENIED as to the remainder of the highlighted portion. |

1

| Document | Portions of Pages | Ruling |
|---|---|---|
| QX3502 (Exhibit A) | IDCC-FTCQCOM-0000140, selected portions | GRANTED as to (1) the two royalty rate numbers, (2) the percentage of the total number of likely essential WCDMA and LTE patents and patent applications, through the end of that sentence, and (3) the second full paragraph on the page. DENIED as to the remainder. |
| QX3502 (Exhibit A) | IDCC-FTCQCOM-0000141, selected portions | GRANTED. |
| QX3502 (Exhibit A) | IDCC-FTCQCOM-0000142, selected portions | GRANTED as to the top two lines of the page. DENIED as to the highlighted paragraph following the word "Response:". |
| QX3502 (Exhibit A) | IDCC-FTCQCOM-0000143, selected portions | GRANTED as to the first highlighted sentence, which is the second sentence of the first full paragraph on this page. DENIED as to the second highlighted sentence, which is the second full paragraph on this page. |
| QX3502 (Exhibit A) | IDCC-FTCQCOM-0000144, selected portions | DENIED. |
| McElvaine Deposition (Exhibit B) | 30:19-31:15 | DENIED. |
| McElvaine Deposition (Exhibit C) | 40:11-41:10 | DENIED. |

**IT IS SO ORDERED.**

Dated: January 17, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART INTERDIGITAL'S MOTION TO SEAL