UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALCOMM INCORPORATED,<br><br>    Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER RE HIGH PRIORITY OBJECTIONS FOR JANUARY 18, 2019**<br><br>Re: Dkt. Nos. 1336, 1338 |

Before the Court are the Federal Trade Commission's ("FTC") high priority objections ("HPO") and responses, ECF No. 1338, and Qualcomm Inc.'s ("Qualcomm") HPOs and responses, ECF No. 1336, for January 18, 2019, day 7 of the trial. Having considered the parties' briefs, the relevant law, the Federal Rules of Evidence, the record in this case, and balancing the factors set forth in Federal Rule of Evidence 403, the Court rules as follows:

| FTC Objections | Ruling |
|---|---|
| **Martin Zander, Ericsson**<br>FTC HPO #1: QX2929 | OVERRULED. |
| **Liren Chen, Qualcomm**<br>FTC HPO #2: Chen Testimony | OVERRULED, but Mr. Chen may only testify to the matters within the scope of his Rule 30(b)(6) deposition. |
| FTC HPO #3: QX9240 | OVERRULED. Mr. Chen must lay the |

1

|  | foundation for the business records exception for Slides 3-6, 27, 41-42.  The remaining slides may not be admitted for the truth of the matter asserted. |
|---|---|
| **Fabian Gonell, Qualcomm** |  |
| FTC HPO #4: QX9226 | OVERRULED without prejudice.  Qualcomm may seek to lay a foundation at trial.  If Qualcomm cannot do so, the FTC's objection will be sustained. |
| FTC HPO #5: QX2259 | OVERRULED. |
| FTC HPO #6: QX9325 | SUSTAINED. |
| **Michael Hartogs, Qualcomm** |  |
| FTC HPO #7: QX0218 | OVERRULED, but may not be admitted for the truth of the matter asserted. |
| **Todd Madderom, Motorola** |  |
| FTC HPO #8: Madderom Dep. 84:8-16 | SUSTAINED. |
|  |  |
| **Qualcomm Objections** |  |
| **Fabian Gonell, Qualcomm** |  |
| Qualcomm HPO #1: CX5173 | OVERRULED. |
| Qualcomm HPO #2: CX6786 | SUSTAINED, but the FTC may introduce the audio recording. |
| **Michael Hartogs, Qualcomm** |  |
| Qualcomm HPO #3: CX5708 | OVERRULED as to the October 31, 2006 email to Hartogs.  SUSTAINED as to all the later emails for which Hartogs is not a sender or recipient. |

**IT IS SO ORDERED.**

Dated: January 17, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2
Case No. 17-CV-00220-LHK
ORDER RE HIGH PRIORITY OBJECTIONS FOR JANUARY 18, 2019