UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALCOMM INCORPORATED,<br><br>    Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER GRANTING IN PART AND DENYING IN PART QUALCOMM'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. No. 1333 |

Applying the compelling reasons standard, the Court rules on Qualcomm's motion to seal as follows:

| Document | Portions of Pages | Ruling |
|---|---|---|
| CX5173 | CX5173-016 | GRANTED. |
| CX5173 | CX5173 from page 022 to 024 | GRANTED. |
| CX6488 | CX6488 from page 002 to 005 | GRANTED. |
| CX6488 | CX6488 from page 008 to 009 | GRANTED. |
| CX6488 | CX6488 from page 012 to 014 | GRANTED. |
| CX6488 | CX6488-016 | GRANTED. |
| CX6488 | CX6488-018 | GRANTED. |
| CX6786 | CX6786 from page 045 to 046 | GRANTED. |
| CX6786 | CX6786 from page 048 to 049 | GRANTED. |
| CX6786 | CX6786 from page 051 to 052 | GRANTED. |
| CX7961 | CX7961-001 | GRANTED. |

1

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART QUALCOMM'S ADMINISTRATIVE MOTION TO SEAL

| Document | Portions of Pages | Ruling |
|---|---|---|
| CX7961 | CX7961 from page 004 to 005 | GRANTED. |
| CX7961 | CX7961 from page 007 to 011 | GRANTED. |
| CX7961 | CX7961-013 | GRANTED. |
| JX0023 | JX0023-003 | GRANTED. |
| JX0023 | JX0023 from page 010 to 011 | GRANTED. |
| JX0023 | JX0023-057 | GRANTED. |
| JX0105 | JX0105-005 | GRANTED. |
| JX0105 | JX0105 from page 010 to 011 | GRANTED. |
| JX0105 | JX0105 from page 031 to 032 | GRANTED. |
| JX0105 | JX0105 from page 070 to 132 | GRANTED. |
| QX1725 | AAPL-FTC-00131619 | GRANTED. |
| QX1725 | AAPL-FTC-00131640 | GRANTED. |
| QX1725 | AAPL-FTC-00131642 | GRANTED. |
| QX1725 | AAPL-FTC-00131644 | GRANTED. |
| QX1725 | AAPL-FTC-00131672 to AAPL-FTC-00131674 | GRANTED. |
| QX1725 | AAPL-FTC-00131676 | GRANTED. |
| QX2259 | Q2014FTC00891406 to Q2014FTC00891407 | GRANTED. |
| QX9208 | Q2014FTC00660712 | GRANTED. |
| QX9208 | Q2014FTC00660715 to Q2014FTC00660716 | GRANTED. |
| QX9208 | Q2014FTC00660719 | GRANTED. |
| QX9208 | Q2014FTC00660730 to Q2014FTC00660731 | GRANTED. |
| QX9208 | Q2014FTC00660733 to Q2014FTC00660734 | GRANTED. |
| QX9208 | Q2014FTC00660758 to Q2014FTC00660770 | GRANTED. |
| QX9263 | Q2014FTC00332031 | GRANTED. |
| QX9263 | Q2014FTC00332034 | GRANTED. |
| QX9263 | Q2014FTC00332036 to Q2014FTC00332037 | GRANTED. |
| QX9263 | Q2014FTC00332044 to Q2014FTC00332046 | GRANTED. |
| QX9311 | QNDCAL01094868 | GRANTED. |
| QX9311 | QNDCAL01094875 to QNDCAL01094876 | GRANTED. |
| QX9311 | QNDCAL01094904 to QNDCAL01094906 | GRANTED. |
| CX5703 | CX5703 from page 001 to 002 | GRANTED. |
| CX6477 | CX6477-003 | GRANTED. |
| QX9313 | QNDCAL01916028 to QNDCAL01916029 | GRANTED. |
| CX1101 | CX1101 from page 002 to 003 | GRANTED. |
| CX7143 | QNDCAL04937530 | GRANTED. |
| CX7143 | QNDCAL04937533 | GRANTED. |
| CX7143 | QNDCAL04937538 | GRANTED. |
| CX7143 | QNDCAL04937539 | GRANTED. |
| CX7143 | QNDCAL04937540 | DENIED. |
| CX7143 | QNDCAL04937541 | DENIED. |
| CX7143 | QNDCAL04937542 | DENIED. |

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART QUALCOMM'S ADMINISTRATIVE MOTION TO SEAL

| Document | Portions of Pages | Ruling |
|---|---|---|
| CX7143 | QNDCAL04937543 | DENIED. |
| CX7143 | QNDCAL04937544 | DENIED. |
| CX7143 | QNDCAL04937545 | GRANTED. |
| CX7143 | QNDCAL04937546 | GRANTED. |
| CX7143 | QNDCAL04937547 | GRANTED. |
| CX5409 | CX5409-001 | GRANTED as to two percentage numbers only. DENIED as to the remainder. |
| CX5409 | CX5409-002 | GRANTED as to price per chip in first paragraph and as to the four numbers in the second paragraph. DENIED as to the remainder |
| CX6312 | CX6312 from page 001 to 002 | GRANTED. |
| CX6312 | CX6312-003 | DENIED. |
| CX6312 | CX6312 from page 004 to 005 | GRANTED. |
| CX6312 | CX6312-007 | GRANTED. |
| CX6333 | CX6333 from page 001 to 002 | GRANTED. |
| CX9073 | APL-QC_04435819 | DENIED. The Court already granted Apple's more narrowly-tailored sealing request as to this page. |
| CX9073 | APL-QC_04435820 | DENIED as moot. The Court already granted Apple's sealing of Qualcomm and IMC's quotes and solution summaries. |
| CX9073 | APL-QC_04435827 | DENIED. The Court already granted Apple's more narrowly-tailored sealing request as to this page. |

**IT IS SO ORDERED.**

Dated: January 17, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

3
Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART QUALCOMM'S ADMINISTRATIVE MOTION TO SEAL