# EXHIBIT 1
# TO APPLE INC.'S
# MOTION TO SEAL

# (QX9073)
# PUBLIC REDACTED VERSION



# Project Antique

Last revised April 22nd 2014

Apple Proprietary & Confidential

4/22/14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-QC_04435808

# Antique

- **<u>Project Antique Summary & Agenda</u>**

  – Quick LTE Summary

  – Cellular Market Summary & Qualcomm Spend

  – Project Antique

    – Technical Summary

    – Commercial Summary

  – Summary of Next Steps

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    APL-QC_04435809



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Cellular Market | Spectrum Demand Increasing



Apple Proprietary & Confidential

4/22/14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-QC_04435811

# Cellular Market | Proliferation of Band Combinations



Apple Proprietary & Confidential

4/22/14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-QC_04435812

# Cellular Market | Modem Market Share



**2007 Modem Market Share**

**2013 Modem Market Share**

Modem = Smartphone BB processors

6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-QC_04435813

# Cellular Market | Modem Market Share

## 2013-CY Competitive Sourcing Strategy

     

Source: http://blogs.strategyanalytics.com/HCT/
& Strategy Analytics SpecTRAX

● **QCOMM**   ● **Others**

## LTE Market Share (Revenue)

■ QCOMM   ■ Others



CY13 Baseband Rev.

- 2013: Qualcomm on Gen 3 LTE products
- CQ4'13: Intel shipped XMM7160 LTE modem
- CQ1'14: Broadcom expects to ship LTE-Advanced SoC (Renesas Mobile MP6530)
- 1H14: Ericsson to ramp LTE-Advanced modem M7450

7

## 2013 Top Smartphones - Modem Vendor

| Phone | Baseband Vendor |
|---|---|
| Apple iPhone 5s | Qualcomm |
| HTC One | Qualcomm |
| Moto X | Qualcomm |
| Google Nexus 5 | Qualcomm |
| Galaxy Note 3 | Qualcomm |
| Nokia Lumia 1020 | Qualcomm |
| Samsung Galaxy S4 | LTE: Qualcomm ; Certain Non-LTE versions: Intel |
| LG G2 | Qualcomm |
| Blackberry Z30 | Qualcomm |
| Sony Xperia Z | Qualcomm |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    APL-QC_04435814

# Qualcomm | Spend

| Annual Spend with QCM ($) | | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|
| | Q Spend | $2.7B | $3.4B | $3.7B | $4.9B | $5.2B |
| | % of Q Rev | 13.2% | 13.3% | 13.8% | 16.8% | TBD |

- **Summary:**
  - Innovation spanning ~400Mu of chipsets!
  - **Crossing 1/2 BILLION in 2014**
- **Operations**:
  - Operational alignment has improved
  - Delivery / Forecasting process is better than it has ever been

- **Technical Engagement:**
  - Strong Support, great team
  - The right partner, but not the only partner
- **Pricing**:
  - Without a market competitor in LTE, Qualcomm's pricing remains high
  - Recent RFPs (2013, 2014, 2015 chipsets) have not yielded a technically competent 2nd source

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Antique | Summary

 

- **August '13**
  - Technical requirements defined and RFQs sent
  - Flagship & low cost version chipset

- **October '13**
  - RFQ responses from vendors
  - BRCM Acquires Renesas

- **November '13**
  - Initial negotiations with QCOM
  - IMC and BRCM sharpen quotes

- **January - March '14**
  - Project Antique begins
  - Vendor negotiations on going (terms and price)
  - Qualcomm negotiation stalls

- **April '14**
  - Project Antique concludes
  - Exec Review
  - Close SoW and contracts with vendor(s)

- **<u>Antique Recommendation:  Engage SUPPLIER X on 2016 flagship programs</u>**

  - 2016 price reduction on non CDMA SKUs, lowering our average purchase price of modems dramatically

  - Increase long-term competitiveness and not over-pay for the same functionality

  - Improve our royalty leverage

Apple Proprietary & Confidential

9

4/22/14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-QC_04435816

QX9073

# Project Antique | Feature and KPI Comparison

|  |  | *Eureka* | *Intel* | *Broadcom* |
|---|---|---|---|---|
|  |  | MDM9x45 | XMM7360 | BCM21990 |
| Key Features | | all mandatory features<br>+CDMA<br>+inter/intra-band UL CA | all mandatory features<br>+intra-band UL CA<br>+40MHz ET | all mandatory features<br>+inter/intra-band CA |
| Chipset | Baseband | MDM9x45, 20nm | XGOLD736, 28nm | BCM21990, 28nm |
| | PMIC | PMD9645, 180nm | X-PMU736 65nm | BCM59990, 130nm |
| | RF Transceiver | WTR3925+WTR4905, 28nm | 2x SMARTi5 28nm | 1xBCM2098, 40nm |
| Performance | PCB Area<br>(Core Chipset Area)[1] | 283 | 282 | 264 |
| | Power | good standby/voice/LTE data<br>average HSPA data | good good data/CDRX<br>update on talk/standby<br>pending | good standby/CDRX<br>good HSPA data<br>average LTE data |
| Schedule | | ES:    Nov '14<br>FC:    Mar '15<br>CS:    Jun'15 | ES:[2]  Jan '15<br>FC:    Mar'15<br>CS:    Jun '15 | ES:    Dec'14<br>FC:    Mar'15<br>CS:    Jun '15 |

*[1]10mm² adder for GPS included for Karoo and Fire; Includes area for ET modulator; final values pending, review updates from Eureka and Intel*
*[2]RF ES (w/ Smarti5+ XG726) in Oct '14*

Apple Proprietary & Confidential

4/2014

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-QC_04435817



# Antique | Assessment Summary Per Team

Legend:
- Excellent / Higher Confidence
- Satisfactory / Reasonable Confidence
- Weak / Lower Confidence

Apple Proprietary & Confidential

4/22/14

**RF–HW**

- Karoo technical summary & execution capability green rating due to strong RF systems engineering, RFFE customization/collaboration capability, and solid tool set/autonomous XCVR control via FB receiver.
- Fire gray rating is due to lack of system maturity for CA & ET technologies. Could not fully assess all aspects of their RF platform.
- Fire red ratings are due to design/schedule risk for the BCM2098 XCVR as well their relatively week RF systems engineering (especially wrt to the RFFE).

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-QC_04435818



## Qualcomm | Flagship & RFP History

**LTE Introduction**
**Mav5 & Mav7/8**

**Mav 10**

ASPs

$30.00
$22.50
$15.00
$7.50
$0

Mav 7/8 Competitor
Mav 10 Competitor

2012 CQ2 2012 CQ3 2012 CQ4 2013 CQ1 2013 CQ2 2013 CQ3 2014 CQ1 2014 CQ2 2014 CQ3 2014 CQ4 2015 CQ1 2015 CQ2

○ **Market Price**

\* Note: Low end 2016 chipset available well ahead of requirement date from Apple

Apple Proprietary & Confidential

12

4/22/14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-QC_04435819

# Antique | Negotiation Summary



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-QC_04435820

# Antique | Business Comparison

| | Description | Intel | Broadcom |
|---|---|---|---|
| **Expected Contract Terms** | • MFC pricing<br>• Supply Constraints<br>• EOL liability<br>• Warranties<br>• SW & Development | • (almost) standard MFC clause<br>• Reluctant to fully commit to prioritize Apple in supply constraint situation<br>• Better EOL terms than Eureka, on par with Fire<br>• Accepts Apple-exclusive customizations + full source code access | • (Almost) standard MFC + supply constraint clauses<br>• Better EOL terms than Eureka, on par with Karoo<br>• Accepts Apple-exclusive customizations, but challenging on other SW terms |
| **Delivery Performance** | • Past & Present Delivery Experiences | • Strong and detailed account rep<br>• Flexible delivery (N90)<br>• No recent iOS ramp experience<br>• Concerns on "Intel" Allocation | • Long lead-times<br>• Not flexible with pull ins and push outs for module makers<br>• Better OPS support needed |
| **IPR** | • Pass Through Rights<br>• Protective Portfolio<br>• Indemnity<br>• CNTS and springing license | • No disclosure of pass through rights<br>• Portfolio has broad, deep semiconductor coverage<br>• More sophisticated in litigation and coordination of defense<br>• Standard coverage and exclusions; special exclusion for SEPs<br>• Objections to CNTS or springing license | • No disclosure of pass through rights<br>• Aggressively asserts as plaintiff; more likely to become adverse<br>• Cellular modem portfolios are on par but Karoo has many more declared SEP assets<br>• Standard coverage and exclusions; special exclusion for SEPs<br>• Objections to CNTS or springing license |
| **Strategic Benefits** | • Strategic Business Benefits | • Open to licensing cellular IP (integration)<br>• Leverage Intel owned FABs for supply<br>• Concerns with monopolistic behavior | • Open to licensing cellular IP (integration)<br>• Keep BRCM in the cellular industry<br>• Leverage opportunities with WiFi<br>• Renesas integration not guaranteed |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Apple Proprietary & Confidential

4/22/14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-QC_04435822



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-QC_04435823

# Antique | Next Steps

- **Summary**

  - **Engineering Evaluation:** Unanimously in favor of Intel

  - **Business Terms:** Both suppliers can / will be price competitive and contracts will be improved. Contract terms with Qualcomm are not favorable.

  - Need to engage with a 2nd Chipset Partner for long-term competitiveness and will involve split SKUs in 2016 to address CDMA Carriers

    - VoLTE could address CDMA concerns in 2017?  (TBD)

- **Next Steps**

  - VP Prep 4/23, SVP Review 4/24

- **Questions**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                   APL-QC_04435824



## Backup

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Antique | Assessment "Verdicts"

| | Verdict | Description |
|---|---|---|
| 🟢 | Excellent<br>Higher Confidence | Notable unique feature or significantly better performance compared to incumbent solution; Enabling either product differentiation or development effort or manufacturing capes advantages |
| 🟡 | Satisfactory<br>Reasonable Confidence | By and large on par with incumbent solution; no blocking points found;<br>Reasonable confidence that all required features and KPIs can likely be met within the project schedule |
| 🔴 | Weak<br>Lower Confidence | Potential or confirmed critical areas that require further scrutiny or bear risk of additional effort; lesser degree of confidence because of degree of maturity or experience the vendor has demonstrated |

**Note:** No blocking points were found so far, therefore not captured in above categories.
Any blockers will have to be called out explicitly.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    APL-QC_04435826





Apple Proprietary & Confidential

20

4/22/14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-QC_04435827