KEKER VAN NEST & PETERS LLP
Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 676-2289
Facsimile: (415) 397-7188

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet (*pro hac vice*)
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-0060
Facsimile: (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Geoffrey T. Holtz (SBN 191370)
Geoffrey.holtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for Defendant
QUALCOMM INCORPORATED

*Additional Counsel listed on the Signature Page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br>　v.<br><br>QUALCOMM INCORPORATED,<br>a Delaware corporation,<br><br>　　　　Defendant. | Case No. 5:17-CV-0220-LHK-NMC<br><br>**QUALCOMM'S WITNESS LIST FOR JANUARY 18, 2019 (TRIAL DAY 7)** |

Qualcomm respectfully submits its list of witnesses that it may call on January 18, 2019, together with the status of any relevant sealing requests that have been made or that are anticipated. Qualcomm will endeavor to update this list as further information regarding any sealing requests is received.

| Witness | Affiliated Company | Witness's Testimony Previously Heard In FTC's Case | Status of Any Sealing Requests |
|---|---|---|---|
| Dr. James Thompson (live) | Qualcomm | n/a | The Court has granted Qualcomm's motion to seal certain documents that may be used with Thompson during his testimony. (ECF No. 1351.) |
| Eric Reifschneider (by deposition) (time permitting) | Qualcomm | January 4, 2019 | Qualcomm will not request to seal Qualcomm's designated testimony of Mr. Reifschneider. |

1

| Witness | Affiliated Company | Witness's Testimony Previously Heard In FTC's Case | Status of Any Sealing Requests |
|---|---|---|---|
| Fabian Gonell (live) | Qualcomm | n/a | The Court has granted Qualcomm's motion to seal as to certain documents potentially to be used with Gonell.  (ECF No. 1351.)  On January 16, Qualcomm also notified the following third parties that it might use certain documents with this witness and requested that third parties file any motion to seal by 10:00 a.m. on January 17: Sony, Apple, Motorola/Lenovo and Huawei.  Motorola/Lenovo filed a motion to seal (ECF No. 1339) that the Court granted in part, including a document that might be used with Gonell.  (ECF No. 1343.) |
| Matthias Sauer (live) | Apple | n/a | Apple moved the Court to seal certain documents that might be used with the witness (ECF No. 1341), which the Court granted.  (ECF No. 1344.)  The Court also sealed a document that might be used with the witness at Apple's request prior.  (ECF No. 1232.)  On January 16, Qualcomm also notified the following third parties that it might use certain documents with this witness and requested that third parties file any motion to seal by 10:00 a.m. on January 17: Intel and Broadcom.he |

| Witness | Affiliated Company | Witness's Testimony Previously Heard In FTC's Case | Status of Any Sealing Requests |
|---|---|---|---|
| Michael Hartogs (live) | Qualcomm | n/a | The Court has granted Qualcomm's motion to seal as to certain documents potentially to be used with Hartogs.  (ECF No. 1351.)  On January 16, Qualcomm also notified the following third parties that it might use certain documents with this witness and requested that third parties file any motion to seal by 10:00 a.m. on January 17: MediaTek. |
| Liren Chen (live) | Qualcomm | n/a | The Court granted Qualcomm's motion to seal as to certain documents potentially to be used with Chen.  (ECF No. 1351.) |
| John Grubbs (by deposition) (time permitting) | Blackberry | January 8, 2019 | Blackberry indicated that it would not file a motion to seal. |
| Ira Blumberg (by deposition) (time permitting) | Lenovo | January 4, 2019 | Motorola/Lenovo indicated it would not file a motion to seal. |

| Witness | Affiliated Company | Witness's Testimony Previously Heard In FTC's Case | Status of Any Sealing Requests |
|---|---|---|---|
| Todd Madderom (by deposition) (time permitting) | Motorola | January 11, 2019 | On January 14, Qualcomm gave notice to Motorola/Lenovo of the designated testimony and documents it might play and requested that Motorola/Lenovo file any motion to seal by 10:00 a.m. on January 17. |
| Scott McGregor (by deposition) (time permitting) | Broadcom | January 8, 2019 | On January 14, 2019, the Court granted in part and denied in part Broadcom's motion to seal. (ECF No. 1303.) |
| Nanfen Yu (by deposition) (time permitting) | Huawei | January 4 and 7, 2019 | On January 14, 2019, the Court granted in part and denied in part Huawei's motion to seal. (ECF No. 1279.) |
| Martin Zander (by deposition) (time permitting) | Ericsson | n/a | Ericsson indicated it would not seek to seal the designated testimony or documents. |
| Stefan Wolff (by deposition) (time permitting) | Intel | n/a | On January 14, 2019, the Court granted court Intel's motion to seal QX0110. (ECF 1305.) |

| Witness | Affiliated Company | Witness's Testimony Previously Heard In FTC's Case | Status of Any Sealing Requests |
|---|---|---|---|
| Thomas Lindner (by deposition) (time permitting) | Intel | n/a | On January 14, 2019, the Court granted court Intel's motion to seal QX0110. (ECF 1305.) |

CRAVATH, SWAINE & MOORE LLP

*s/ Gary A. Bornstein*

Gary A. Bornstein
Yonatan Even
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
gbornstein@cravath.com
yeven@cravath.com

Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
Telephone:  (415) 676-2289
Facsimile:  (415) 397-7188
rvannest@keker.com
epaige@keker.com
jsessions@keker.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone:  (212) 369-6000
Facsimile:  (212) 309-6001
richard.taffet@morganlewis.com

Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001
geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*