UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 17-CV-00220-LHK |
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART HUAWEI'S ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| QUALCOMM INCORPORATED, | Re: Dkt. No. 1353 |
| Defendant. | |

Applying the compelling reasons standard, the Court rules on Huawei's motion to seal as follows. By Tuesday, January 22, 2019, at 12:00 p.m., Huawei shall refile a redacted public version of the below document consistent with the Court's sealing rulings.

| Document | Portions of Pages | Ruling |
|---|---|---|
| Ding Deposition | 124:18-19 | GRANTED. |
| Ding Deposition | 124:22-25 | GRANTED. |
| Ding Deposition | 125:7-12 | GRANTED. |
| Ding Deposition | 126:14-17 | GRANTED. |
| Ding Deposition | 126:21-22 | DENIED. |

**IT IS SO ORDERED.**

Dated: January 18, 2019

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

United States District Court
Northern District of California