UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>QUALCOMM INCORPORATED,<br><br>　　　　Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER GRANTING IN PART AND DENYING IN PART BROADCOM'S MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 1359 |

Applying the compelling reasons standard, the Court rules on Broadcom's motion to seal as follows. By Tuesday, January 22, 2019, at noon, Broadcom shall file redacted public versions of the below documents consistent with the Court's sealing rulings.

| Document | Portions of Pages | Ruling |
|---|---|---|
| QX1005 | Entirety | DENIED. |
| QX1009 | BRCM174660 | DENIED. |
| QX1009 | BRCM174661 | GRANTED. |
| Rango Deposition | 68:1-19, 22-24; 69:11-70:15; 70:18-24 | DENIED. |

**IT IS SO ORDERED.**

Dated: January 18, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

1
Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART BROADCOM'S MOTION TO FILE UNDER SEAL