UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | Case No. 17-CV-00220-LHK |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING QUALCOMM'S ADMINISTRATIVE MOTION TO SEAL** |
| QUALCOMM INCORPORATED, | Re: Dkt. No. 1352 |
| Defendant. | |

Applying the compelling reasons standard, the Court rules on Qualcomm's motion to seal as follows. For the Chipty Demonstrative, Qualcomm's motion and this order use the PowerPoint's actual pagination.

| Document | Portions of Pages | Ruling |
|---|---|---|
| QX2778 | FTC-Nokia-0000009 | GRANTED. |
| Lee Deposition | 58:22 | GRANTED. |
| Lee Deposition | 58:25 | GRANTED. |
| Lee Deposition | 59:1 | GRANTED. |
| Lee Deposition | 59:4 | GRANTED. |
| Lee Deposition | 106:5-7 | GRANTED. |
| QX9220 | Q2014FTC02110079 | GRANTED. |
| Chipty Demonstrative | Slide 3 | GRANTED. |
| Chipty Demonstrative | Slide 14 | GRANTED. |

**IT IS SO ORDERED.**

Dated: January 18, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-00220-LHK
ORDER GRANTING QUALCOMM'S ADMINISTRATIVE MOTION TO SEAL