United States District Court
Northern District of California

1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                   SAN JOSE DIVISION

11

12  | FEDERAL TRADE COMMISSION, | Case No. 17-cv-00220-LHK |
13  | Plaintiff, | **ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO SEAL** |
14  | v. | |
15  | QUALCOMM INCORPORATED, | Re: Dkt. No. 1360 |
16  | Defendant. | |

17

18      Before the Court is Samsung's administrative motion to seal portions of trial testimony and

19  trial exhibits to be introduced on January 22, 2019. ECF No. 1360. Applying the compelling

20  reasons standard, the Court orders as follows:

21

| Document | Pages | Ruling |
|---|---|---|
| QX0558A | SFT-0014133 to SFT-0014134, selected numbers | GRANTED. |
| Deposition of Injung Lee | 58:22, 58:25, 59:1, 59:4, 106:6, selected numbers | GRANTED as to the selected numbers, which are enclosed in red boxes. Samsung does not seek to seal the yellow highlighted portions of the testimony. |

1

Case No. 17-cv-00220-LHK
ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO SEAL

| Document | Pages | Ruling |
|---|---|---|
| QX9331 | SFT-07228696 and SFT-07228697, selected portions | GRANTED. |

Samsung shall file a redacted version of the above documents consistent with this Court's sealing rulings by Tuesday, January 22, 2019 at 12:00 p.m.

**IT IS SO ORDERED.**

Dated: January 18, 2019

_____
LUCY H. KOH
United States District Judge

2

Case No. 17-cv-00220-LHK
ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO SEAL