United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 17-CV-00220-LHK |
| Plaintiff, | **ORDER RE HIGH PRIORITY OBJECTIONS FOR JANUARY 22, 2019; PROVIDING FURTHER INSTRUCTIONS RE CLOSING ARGUMENTS** |
| v. | |
| QUALCOMM INCORPORATED, | |
| Defendant. | Re: Dkt. Nos. 1357, 1358 |

Before the Court are the Federal Trade Commission's ("FTC") high priority objections ("HPO") and responses, ECF No. 1358, for January 22, 2019, day 8 of the trial. Having considered the parties' briefs, the relevant law, the Federal Rules of Evidence, the record in this case, and balancing the factors set forth in Federal Rule of Evidence 403, the Court rules as follows:

| FTC Objections | Ruling |
|---|---|
| **Injung Lee, Samsung** | |
| FTC HPO #1: QX0546 and Lee Dep. 36:9-16, 36:25-37:1, 39:24-40:5 | SUSTAINED. |
| FTC HPO #2: QX0558 and Lee Dep. 261:8-18, 261:23-262:1, 262:7-8, 262:15, 262:17-19 | SUSTAINED. |
| FTC HPO #3: QX0551 and Lee Dep. 64:24-65:3 | OVERRULED. |

1

Case No. 17-CV-00220-LHK
ORDER RE HIGH PRIORITY OBJECTIONS FOR JANUARY 22, 2019; PROVIDING FURTHER
INSTRUCTIONS RE CLOSING ARGUMENTS

| Robert Rango, former Broadcom | |
|---|---|
| FTC HPO #4: QX1005 | SUSTAINED as to McGregor's May 8, 2014 email to Hurlston with carbon copy to Samueli and Brandt.<br><br>OVERRULED as to Henderson's May 7, 2014 email to Rango and others, but this email may not be offered for the truth of the matter asserted.  The parties must redact McGregor's email from QX1005. |
| Rango Dep. 67:12-68:19, 68:22-24, 69:11-70:15, 70:18-24, 71:2-15 | OVERRULED. |
| **Qualcomm Objections** | |
| **Hojin Kang, Samsung** | |
| Qualcomm HPO #1: Kang Dep. 63:2-6, 63:9-11, 152:25-153:3 | SUSTAINED. |
| **Jianxin Ding, Huawei** | |
| Qualcomm HPO #2: Ding Dep. 299:11-25 | SUSTAINED. |
| **Lorenzo Casaccia, Qualcomm** | |
| Qualcomm HPO #3: CX6138 | SUSTAINED as to Martin's April 18, 2015 email to Kaskoun and Kenagy.<br><br>OVERRULED as to the remaining emails, of which Lorenzo Casaccia is a recipient or sender.  The parties must redact Martin's email from CX6138.<br><br>OVERRULED as to the slides, which are pages 003 to 037. |
| Qualcomm HPO #4: CX8262 | OVERRULED. |

**Trial Exhibits**

The Court thanks the parties for the trial exhibits in the Courtroom and Qualcomm for the two carts.  However, the trial exhibits in Chambers plus the binders the parties are providing for each witness are sufficient.  The parties may take back the trial exhibits and carts that are in the courtroom.  In addition, yet a further set of exhibits provided by the parties is not needed.  The Court requests that the parties take back these eight boxes on Tuesday, January 22, 2019.

**Closing Arguments**

Closing arguments will be Tuesday, January 29, 2019, from 1:30 to 4:00 p.m.  The parties

Case No. 17-CV-00220-LHK
ORDER RE HIGH PRIORITY OBJECTIONS FOR JANUARY 22, 2019; PROVIDING FURTHER
INSTRUCTIONS RE CLOSING ARGUMENTS

United States District Court
Northern District of California

1   shall file any HPOs related to closing arguments by Monday, January 28, 2019, at 5:00 p.m.

2   **IT IS SO ORDERED.**

3   Dated:  January 18, 2019

4   _____
    LUCY H. KOH
5   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. 17-CV-00220-LHK
ORDER RE HIGH PRIORITY OBJECTIONS FOR JANUARY 22, 2019; PROVIDING FURTHER
INSTRUCTIONS RE CLOSING ARGUMENTS