# Federal Trade Commission vs. Qualcomm Incorporated
## Case No. 17-cv-00220-LHK

# Richard Donaldson (8/15/2018)

**Donaldson, Richard** - *08/15/2018*

**Page 9**

| | | |
|---|---|---|
| 9 | :25 | Did you have direct responsibility for |
| 10 | :1 | RICHARD L. DONALDSON, ESQUIRE |
| | 2 | developing any licensing programs or strategies |
| | 3 | regarding cellular wireless patents? |
| | 4 | MS. GILLEN: Object to the form. |
| | 5 | A No, I did not. |