KEKER VAN NEST & PETERS LLP
Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 676-2289
Facsimile: (415) 397-7188

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet (*pro hac vice*)
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-0060
Facsimile: (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Geoffrey T. Holtz (SBN 191370)
Geoffrey.holtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br>a Delaware corporation,<br><br>Defendant. | Case No. 5:17-CV-0220-LHK-NMC<br><br>**QUALCOMM'S WITNESS LIST FOR JANUARY 22, 2019 (TRIAL DAY 8)** |

Qualcomm respectfully submits its list of witnesses that it may call on January 22, 2019, together with the status of any relevant sealing requests that have been made or that are anticipated.  Qualcomm will endeavor to update this list as further information regarding any sealing requests is received.

| **Witness** | **Affiliated Company** | **Witness's Testimony Previously Heard In FTC's Case** | **Status of Any Sealing Requests** |
|---|---|---|---|
| Jeff Andrews (live) | Qualcomm expert | n/a | No party has filed a motion to seal relating to Dr. Andrews's testimony. |
| Lorenzo Casaccia (live) | Qualcomm | n/a | No party has filed a motion to seal relating to Mr. Casaccia's testimony. |
| Dirk Weiler (live) | Nokia | n/a | No party has filed a motion to seal relating to Mr. Weiler's testimony. |
| Marvin Blecker (by deposition) | Qualcomm | January 15, 2019 | Qualcomm does not request sealing of Mr. Blecker's testimony. |

1

| Witness | Affiliated Company | Witness's Testimony Previously Heard In FTC's Case | Status of Any Sealing Requests |
|---|---|---|---|
| Tasneem Chipty (live) | Qualcomm expert | n/a | On January 16, Qualcomm notified Apple, Samsung, Intel and Bain that it may use certain documents with Dr. Chipty and requested that they file any motion to seal by 10:00 a.m. on January 18.  Neither Bain nor Apple has filed a motion to seal.  On January 18, the Court granted Qualcomm's motion to seal portions of slides 3 and 14 of the Chipty demonstrative (ECF No. 1365), and Samsung's motion to seal QX9331.  (ECF No. 1367.)  The Court granted a motion by Intel to seal portions of a document that may be used with Dr. Chipty.  (ECF No. 1189.)  The Court also granted a motion by Qualcomm, Samsung, Avanci, and Nokia to seal portions of a document that may be used. (ECF No. 1263.) |
| Edward Snyder (live) | Qualcomm expert | n/a | No party has filed a motion to seal related to Dr. Snyder's testimony. |
| Stefan Wolff (by deposition) (time permitting) | Intel | n/a | On January 11, Qualcomm gave notice to Intel of the designated testimony of Mr. Wolff and requested that it file a motion with the Court if it wanted to seal the testimony.  No motion to seal Mr. Wolff's testimony has been filed. |

2

| Witness | Affiliated Company | Witness's Testimony Previously Heard In FTC's Case | Status of Any Sealing Requests |
|---|---|---|---|
| Thomas Lindner (by deposition) (time permitting) | Intel | n/a | On January 14, 2019, the Court granted Intel's motion to seal QX0110.  (ECF No. 1305.)  No motion to seal Mr. Lindner's testimony has been filed. |
| Eushuk Andrew Hong (by deposition) (time permitting) | Samsung | January 8, 2019 | Samsung has indicated that it will not move to seal the designated testimony. |
| Yooseok Kim (by deposition) (time permitting) | Samsung | n/a | Samsung has indicated that it will not move to seal the designated testimony or documents. |
| Alex Kojin Kang (by deposition) (time permitting) | Samsung | n/a | On January 15 and 16, Qualcomm gave notice to Samsung of the designated testimony of Mr. Kang and requested that it file any motion to seal by 10:00 a.m. on January 18.  Samsung has not filed a motion to seal Mr. Kang's testimony. |

| Witness | Affiliated Company | Witness's Testimony Previously Heard In FTC's Case | Status of Any Sealing Requests |
|---|---|---|---|
| Injung Lee (by deposition) (time permitting) | Samsung | January 11, 2019 | The Court has granted Samsung's motion to seal portions of the testimony and exhibits of Mr. Lee. (ECF No. 1367.) It has also granted Qualcomm's motion to seal portions of Mr. Lee's testimony. (ECF No. 1365.) |
| Seungho Ahn (by deposition) (time permitting) | Samsung | n/a | On January 15 and 16, Qualcomm gave notice to Samsung of the designated testimony of Dr. Ahn and requested that it file any motion to seal by 10:00 a.m. on January 18. Samsung has not filed a motion to seal Dr. Ahn's testimony. |
| Robert Rango (by deposition) (time permitting) | Broadcom | n/a | The Court denied Broadcom's request to seal portions of Mr. Rango's testimony, but sealed part of a related document. (ECF No. 1364.) |
| Jianxin (Jason) Ding (by deposition) (time permitting) | Huawei | n/a | The Court granted Huawei's motion to seal portions of Mr. Ding's testimony. (ECF No. 1363.) |

CRAVATH, SWAINE & MOORE LLP

*/s/ Gary A. Bornstein*

Gary A. Bornstein
Yonatan Even
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
gbornstein@cravath.com
yeven@cravath.com

Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 676-2289
Facsimile: (415) 397-7188
rvannest@keker.com
epaige@keker.com
jsessions@keker.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 369-6000
Facsimile: (212) 309-6001
richard.taffet@morganlewis.com

Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*

5