UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER GRANTING IN PART AND DENYING IN PART THE FTC'S MOTION TO BEGIN THE FTC'S REBUTTAL CASE ON JANUARY 28, 2019**<br><br>Re: Dkt. Nos. 1374, 1375 |

The Court GRANTS the FTC's motion to begin its rebuttal case on Monday, January 28, 2019, at 9:00 a.m., in the event that Qualcomm closes its case prior to the end of the day on Friday, January 25, 2019. The Court DENIES the FTC's request to adjust the briefing schedule for High Priority Objections ("HPOs"). The same schedule for HPO disclosures and filings shall apply as throughout the trial. Specifically, HPOs for Monday, January 28, 2019, shall be due by 8:00 a.m. on Friday, January 25, 2019.

The Court adopts Qualcomm's proposed schedule for HPOs regarding closing argument slides. Specifically, the parties shall file HPOs regarding closing argument slides no later than 8:00 a.m. on Tuesday, January 29, 2019.

1

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: January 21, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART THE FTC'S MOTION TO BEGIN THE FTC'S
REBUTTAL CASE ON JANUARY 28, 2019