| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>Robert A. Van Nest (SBN 84065)<br>rvannest@keker.com<br>Eugene M. Paige (SBN 202849)<br>epaige@keker.com<br>Justina Sessions (SBN 270914)<br>jsessions@keker.com<br>Bryn Williams (SBN 301699)<br>bwilliams@keker.com<br>633 Battery Street<br>San Francisco, CA  94111-1809<br>Telephone:   (415) 391-5400<br>Facsimile:    (415) 397-7188<br><br>CRAVATH, SWAINE & MOORE LLP<br>Gary A. Bornstein *(pro hac vice)*<br>gbornstein@cravath.com<br>Yonatan Even *(pro hac vice)*<br>yeven@cravath.com<br>825 Eighth Avenue<br>New York, NY  10019-7475<br>Telephone:   (212) 474-1000<br>Facsimile     (212) 474-3700 | MORGAN, LEWIS & BOCKIUS LLP<br>Richard S. Taffet *(pro hac vice)*<br>richard.taffet@morganlewis.com<br>101 Park Avenue<br>New York, NY  10178-0060<br>Telephone:   (212) 309-6000<br>Facsimile:    (212) 309-6001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Willard K. Tom *(pro hac vice)*<br>willard.tom@morganlewis.com<br>1111 Pennsylvania Avenue, NW<br>Washington, DC  20004-2541<br>Telephone:   (202) 739-3000<br>Facsimile:    (202) 739-3001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Geoffrey T. Holtz (SBN 191370)<br>gholtz@morganlewis.com<br>One Market Plaza, Spear Street Tower<br>San Francisco, CA  94105-1596<br>Telephone:   (415) 442-1000<br>Facsimile:    (415) 442-1001 |

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>QUALCOMM INCORPORATED, a Delaware Corporation,<br><br>　　　　　Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**NOTICE OF WITHDRAWAL OF JESSELYN K. FRILEY**<br><br>Dept:　　　Courtroom 8, 4th Floor<br>Judge:　　　Hon. Lucy H. Koh<br><br>Date Filed: January 17, 2017<br><br>Trial Date: January 4, 2019 |

PLEASE TAKE NOTICE that Jesselyn K. Friley is no longer associated with the law firm of Keker, Van Nest & Peters, LLP and has withdrawn her appearance as counsel for Defendant Qualcomm Incorporated.

Robert A. Van Nest, Eugene M. Paige, and Justina Sessions of Keker, Van Nest & Peters LLP remain as counsel of record for Defendant Qualcomm Incorporated.

Dated: January 22, 2019

KEKER, VAN NEST & PETERS LLP

By: */s/ Robert A. Van Nest*
Robert A. Van Nest (SBN 84065)
Eugene M. Paige (SBN 202849)
Justina Sessions (SBN 270914)
Bryn Williams (SBN 301699)
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Tel.:   (415) 391-5400
Fax:   (415) 397-7188
rvannest@keker.com
epaige@keker.com
jsessions@keker.com
bwilliams@keker.com

Gary A. Bornstein *(pro hac vice)*
Yonatan Even *(pro hac vice)*
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel.:   (212) 474-1000
Fax:   (212) 474-3700
gbornstein@cravath.com
yeven@cravath.com

Richard S. Taffet *(pro hac vice)*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel.:   (212) 309-6000
Fax:   (212) 309-6001
richard.taffet@morganlewis.com

| | |
|---|---|
| 1 | Willard K. Tom *(pro hac vice)* |
| 2 | MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004-2541 |
| 3 | Tel.:   (202) 739-3000<br>Fax:   (202) 739 3001 |
| 4 | willard.tom@morganlewis.com |
| 5 | Geoffrey T. Holtz (SBN 191370) |
| 6 | MORGAN, LEWIS & BOCKIUS LLP<br>One Market Plaza, Spear Street Tower<br>San Francisco, CA 94105-1596 |
| 7 | Tel.:   (415) 442-1000<br>Fax:   (415) 442-1001 |
| 8 | donn.pickett@morganlewis.com<br>gholtz@morganlewis.com |
| 10 | Attorneys for Defendant<br>QUALCOMM INCORPORATED |