# EXHIBIT 1 TO HUAWEI'S MOTION TO SEAL

# (PUBLIC REDACTED VERSION)

# <u>PURSUANT TO ECF 1363</u>

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
JIAN XIN DING - 03/12/2018

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA
                      SAN JOSE DIVISION
 3

 4  FEDERAL TRADE COMMISSION,     )
                                  )
 5              Plaintiff,        )
                                  )
 6              VS.               ) CASE NO.
                                  ) 17-CV-00220-LHK-NMC
 7  QUALCOMM INCORPORATED, a      )
    Delaware Corporation,         )
 8                                )
                Defendant.        )
 9                                )
                                  )
10  In re:  Qualcomm Antitrust    ) CASE NO.
    Litigation                    ) 17-ND-02773-LHK-NMC
11  _____ )

12                UNITED STATES DISTRICT COURT

13              SOUTHERN DISTRICT OF CALIFORNIA

14  _____
    IN RE:  QUALCOMM LITIGATION   ) CASE NO.
15  _____ ) 3:17-CV-00108-GPC-MOD

16                **HIGHLY CONFIDENTIAL
                  ATTORNEY'S EYES ONLY**
17

18     VIDEOTAPED DEPOSITION OF JIAN XIN DING

19                    HONG KONG

20              Monday, March 12, 2018

21

22

23

24  REPORTED BY:
    HEATHERLYNN GONZALEZ
25  CSR #13646
```

```
                                              Page 122
```

```
                                                                Page 124
 2    Q   If you look at what's been marked as Exhibit
 3 2259, this is entitled Huawei's Proposal to Certain
 4 Terms of 3G and 4G Subscriber Unit and Infrastructure
 5 Equipment Licenses, dated November 14th, 2013.
 6        Are you familiar with this document?
 7    A   Yes.
 8    Q   Did you have any role in the composition of
 9 this document, Exhibit 259?
10    A   Yes, I did.
```

```
                                              Page 123
```

```
                                                                Page 125
```

Page 126

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

21     THE WITNESS: Yes. Yes the proposal -- the
22 letter from the Huawei show that.

Page 128

Page 127

Page 129

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
JIAN XIN DING - 03/12/2018           Pages 170..172

Page 170

```
14       THE VIDEOGRAPHER:  This marks the end of
15  Disk Number 5 on Jian Xin Ding, Volume One.
16       Going off the record.  The time is 6:05.
17            (At the hour of 6:05 p.m. the
18             proceedings were concluded.)
19                      -oOo-
```

Page 171

```
 1      I declare, under Penalty of Perjury, that the
 2  foregoing is true and correct.
 3      Executed this _____ day of _____,
 4  2018, at
 5  _____.
...
10       _____
11                JIAN XIN DING
```

Page 172

```
 1              CERTIFICATE OF REPORTER
 2      I, Heatherlynn Gonzalez, a Certified Shorthand
 3  Reporter, hereby certify that the witness in the
 4  foregoing deposition was by me duly sworn to tell the
 5  truth, the whole truth, and nothing but the truth in
 6  the within-entitled cause; that said deposition was
 7  taken down in shorthand by me, a disinterested
 8  person, at the time place therein stated; and that
 9  the testimony of said witness was thereafter reduced
10  to typewriting, by computer, under my direction and
11  supervision;
12      That before completion of the deposition, that
13  review of the transcript was offered.  If requested,
14  any changes made by the deponent (and provided to the
15  reporter) during the period allowed are appended
16  hereto.
17      I further certify that I am not of counsel or
18  attorney for either or any of the parties to the said
19  deposition, nor in any way interested in the event of
20  cause, and that I'm not related to any of the parties
21  thereto.
22  Dated:  Monday, March 12, 2018
23          *Heatherlynn Gonzalez* (signature)
24          _____
25          Heatherlynn Gonzalez, CSR 13646
```