KEKER VAN NEST & PETERS LLP
Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 676-2289
Facsimile: (415) 397-7188

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet (*pro hac vice*)
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-0060
Facsimile: (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Geoffrey T. Holtz (SBN 191370)
Geoffrey.holtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FEDERAL TRADE COMMISSION

      Plaintiff,

    v.

QUALCOMM INCORPORATED,
a Delaware corporation,

      Defendant.

Case No. 5:17-CV-0220-LHK-NMC

**QUALCOMM'S WITNESS LIST FOR
JANUARY 25, 2019 (TRIAL DAY 9)**

Qualcomm respectfully submits its list of witnesses that it may call on January 25, 2019, together with the status of any relevant sealing requests that have been made or that are anticipated.  Qualcomm will endeavor to update this list as further information regarding any sealing requests is received.

| **Witness** | **Affiliated Company** | **Witness's Testimony Previously Heard In FTC's Case** | **Status of Any Sealing Requests** |
| --- | --- | --- | --- |
| Chris Johnson (live) | Bain | n/a | Contemporaneously with the filing of this witness list, Qualcomm has disclosed the exhibits it may use with Mr. Johnson to Intel and to Bain, and has requested that they file any motions to seal by 10:00 a.m. on January 24, 2019. |
| Aviv Nevo (live) | Qualcomm expert | n/a | Contemporaneously with the filing of this witness list, Qualcomm has disclosed the exhibits and demonstratives it may use with Prof. Nevo to third parties, and has requested that they file any motions to seal by 10:00 a.m. on January 24, 2019. Qualcomm will file a motion to seal portions of certain exhibits and demonstratives it intends to use with Prof. Nevo by 8:00 a.m. on January 24, 2019. |

| **Witness** | **Affiliated Company** | **Witness's Testimony Previously Heard In FTC's Case** | **Status of Any Sealing Requests** |
|---|---|---|---|
| Christina Petersson (by deposition) (time permitting) | Ericsson | January 14, 2019 | The Court has granted in part Ericsson's motion to seal portions of QX3502.  (ECF No. 1236.)  Ericsson has indicated it will not move to seal the designated testimony. |
| Ranae McElvaine (by deposition) (time permitting) | InterDigital | n/a | The Court has granted in part InterDigital's motion to seal portions of QX3502.  (ECF No. 1347.)  The Court denied InterDigital's motion to seal portions of Ms. McElvaine's designated testimony.  (ECF No. 1347.) |
| Ilkka Rahnasto (by deposition) (time permitting) | Nokia | n/a | The Court has granted Qualcomm's motion to seal portions of QX2778. (ECF No. 1365.)  Nokia has sought to seal additional portions of QX2778.  (ECF No. 1381.)  No motion to seal Mr. Rahnasto's testimony has been filed. |

| Witness | Affiliated Company | Witness's Testimony Previously Heard In FTC's Case | Status of Any Sealing Requests |
|---|---|---|---|
| Alex Rogers (live) | Qualcomm | n/a | Contemporaneously with the filing of this witness list, Qualcomm has disclosed the exhibits it may use with Mr. Rogers to third parties, and has requested that they file any motions to seal by 10:00 a.m. on January 24, 2019.  Qualcomm will file a motion to seal portions of certain exhibits it intends to use with Mr. Rogers by 8:00 a.m. on January 24, 2019. |
| Injung Lee (by deposition) (time permitting) | Samsung | January 11, 2019 | The Court has granted Samsung's motion to seal portions of the testimony and exhibits of Mr. Lee. (ECF No. 1367.)  It has also granted Qualcomm's motion to seal portions of Mr. Lee's testimony. (ECF No. 1365.) |
| Seungho Ahn (by deposition) (time permitting) | Samsung | n/a | On January 15 and 16, Qualcomm gave notice to Samsung of the designated testimony of Dr. Ahn and requested that it file any motion to seal by 10:00 a.m. on January 18.  Samsung has not filed a motion to seal Dr. Ahn's testimony. |

3

| Witness | Affiliated Company | Witness's Testimony Previously Heard In FTC's Case | Status of Any Sealing Requests |
|---|---|---|---|
| Yooseok Kim (by deposition) (time permitting) | Samsung | n/a | Samsung has indicated that it will not move to seal the designated testimony or documents. |
| Alex Kojin Kang (by deposition) (time permitting) | Samsung | n/a | On January 15 and 16, Qualcomm gave notice to Samsung of the designated testimony of Mr. Kang and requested that it file any motion to seal by 10:00 a.m. on January 18. Samsung has not filed a motion to seal Mr. Kang's testimony. |
| Robert Rango (by deposition) (time permitting) | Broadcom | n/a | The Court denied Broadcom's request to seal portions of Mr. Rango's testimony, but sealed part of a related document. (ECF No. 1364.) |

4

| Witness | Affiliated Company | Witness's Testimony Previously Heard In FTC's Case | Status of Any Sealing Requests |
|---|---|---|---|
| Jianxin (Jason) Ding (by deposition) (time permitting) | Huawei | n/a | The Court granted Huawei's motion to seal portions of Mr. Ding's testimony. (ECF No. 1363.) |

5

CRAVATH, SWAINE & MOORE LLP

*/s/ Gary A. Bornstein*

Gary A. Bornstein
Yonatan Even
    Worldwide Plaza
       825 Eighth Avenue
         New York, NY 10019
            Telephone:  (212) 474-1000
              Facsimile:  (212) 474-3700
                 gbornstein@cravath.com
                 yeven@cravath.com

Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
KEKER, VAN NEST & PETERS LLP
    633 Battery Street
       San Francisco, CA 94111
         Telephone:  (415) 676-2289
            Facsimile:  (415) 397-7188
               rvannest@keker.com
               epaige@keker.com
               jsessions@keker.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
    101 Park Avenue
       New York, NY 10178
         Telephone:  (212) 369-6000
            Facsimile:  (212) 309-6001
               richard.taffet@morganlewis.com

Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
       San Francisco, CA 94105
         Telephone:  (415) 442-1000
            Facsimile:  (415) 442-1001
              geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*

6