UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, | Case No. 17-CV-00220-LHK |
|---|---|
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART NOKIA'S ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| QUALCOMM INCORPORATED, | Re: Dkt. No. 1381, 1382, 1383 |
| Defendant. | |

Before the Court is Nokia's motion to seal portions of trial exhibit QX2778. ECF No. 1381. Applying the compelling reasons standard, the Court orders as follows:

| Document | Portions of Pages | Ruling |
|---|---|---|
| QX2778 | CX4321-007 to 008, selection including last six lines of 007 and first four lines of 008 | DENIED. |
| QX2778 | CX4321-008 to 009, section entitled "Nokia Technologies' Program Rates for its Cellular SEPs." | GRANTED as to the first full paragraph, including bullet points, and as to the second full paragraph. DENIED as to the section title, the third full paragraph, and footnote 1. |
| QX2778 | 009-010, selection in the section entitled "Nokia Solutions & Networks" | GRANTED. |

1

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART NOKIA'S ADMINISTRATIVE MOTION TO SEAL

| Document | Portions of Pages | Ruling |
|---|---|---|
| QX2778 | CX4321-010, third full paragraph on page | GRANTED as to the last two sentences of the paragraph, DENIED as to the remainder. |
| QX2778 | CX4321-014, selected paragraph following "Nokia Response to Specification No. 3" | GRANTED as to the last sentence of the paragraph, DENIED as to the remainder. |
| QX2778 | CX4321-015 to 016, selected paragraphs following "Nokia Response to Specification No. 5" | GRANTED as to actual litigation costs numbers, otherwise DENIED. |
| QX2778 | CX4321-017, selection following "Nokia Response to Specification No. 8" | DENIED. |

Qualcomm previously submitted a more narrowly tailored sealing request regarding the section entitled "LTLO Rates and Terms for Cellular SEPs" located on page CX4321-009. ECF No. 1352. The Court granted Qualcomm's request. ECF No. 1365. Accordingly, the Court now DENIES as moot Nokia's request. Only the selections indicated by Qualcomm shall remain sealed.

Qualcomm filed two motions to remove the same document which was filed as ECF No. 1377-2. Those two motions are ECF No. 1382 and 1383. The Court GRANTS Qualcomm's motion at ECF No. 1382 and DENIES Qualcomm's motion at ECF No. 1383 as moot. Accordingly, the Clerk is directed to remove ECF No. 1377-2.

Qualcomm shall publicly file a redacted version of QX2778 consistent with the Court's sealing rulings by January 24, 2019, at 12:00 p.m.

**IT IS SO ORDERED.**

Dated: January 23, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge