UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER REQUIRING ERICSSON TO FILE SEALED UNREDACTED VERSIONS OF DOCUMENTS FOR SEALING MOTION**<br><br>Re: Dkt. No. 1391 |

Before the Court is Ericsson's administrative motion to seal. ECF No. 1391. Ericsson has mistakenly filed two copies of the redacted versions of its documents and has failed to file unredacted versions of the documents it seeks to seal. Thus, the Court cannot evaluate the information Ericsson seeks to seal. Ericsson shall file the unredacted versions of its documents so that the Court can asses Ericsson's motion to seal.

**IT IS SO ORDERED.**

Dated: January 23, 2019

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1

Case No. 17-CV-00220-LHK
ORDER REQUIRING ERICSSON TO FILE SEALED UNREDACTED VERSIONS OF DOCUMENTS FOR SEALING MOTION