| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>Robert A. Van Nest - # 84065<br>rvannest@keker.com<br>Eugene M. Paige - # 202849<br>epaige@keker.com<br>Justina Sessions - # 270914<br>jsessions@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188<br><br>CRAVATH, SWAINE & MOORE LLP<br>Gary A. Bornstein *(pro hac vice)*<br>gbornstein@cravath.com<br>Yonatan Even *(pro hac vice)* yeven@cravath.com<br>825 Eighth Avenue<br>New York, New York 10019-7475<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>Attorneys for Defendant<br>QUALCOMM INCORPORATED | MORGAN, LEWIS & BOCKIUS LLP<br>Richard S. Taffet *(pro hac vice)*<br>richard.taffet@morganlewis.com<br>101 Park Avenue<br>New York, NY 10178-0060<br>Telephone: (212) 309-6000<br>Facsimile:  (212) 309-6001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Willard K. Tom *(pro hac vice)*<br>willard.tom@morganlewis.com<br>1111 Pennsylvania Avenue NW<br>Washington, DC 20004-2541<br>Telephone: (202) 739-3000<br>Facsimile:  (202) 739-3001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Geoffrey T. Holtz (SBN 191370)<br>gholtz@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile:  (415) 442-1001 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>QUALCOMM INCORPORATED,<br>a Delaware corporation,<br><br>　　　　Defendant. | NO. 5:17-CV-00220-LHK-NMC<br><br>**DEFENDANT QUALCOMM INCORPORATED'S BRIEF RE OFFER OF PROOF**<br><br>JUDGE:  Hon. Lucy H. Koh<br><br>Trial Date: January 4, 2019 |

Defendant Qualcomm Incorporated ("Qualcomm") submits this brief to apprise the Court of the status of the parties' meet and confer that the Court directed on the subject of Qualcomm's offer of proof pursuant to Fed. R. Evid. 103 regarding evidence of competitive conditions after March 30, 2018.

As the Court directed, Qualcomm provided its draft offer of proof to the FTC on Tuesday, January 22, 2018.  The parties met and conferred by telephone on January 23, 2018 and exchanged proposals regarding a procedure for Qualcomm to make its offer of proof.  However, as of the time of this filing, the parties have not been able to come to an agreement.

The FTC insists that this issue must be resolved now during Qualcomm's case, and that Qualcomm expend its trial time to make the offer of proof.  It further insists that the FTC should have the opportunity to object to Qualcomm's proffer, but without offering that it will do so during its own trial time.  Qualcomm has advised the FTC that the FTC's proposal would impose unnecessary and additional burdens on both Qualcomm and the Court, and that it would be filing this brief.  The FTC confirmed that it will file its response brief by 12:00 noon on January 24th.

By this brief Qualcomm asks the Court to accept its written proffer or allow Qualcomm to orally present its proffer in Court on January 25, 2019 before the testimony of Alex Rogers and Aviv Nevo.  Qualcomm has the right under Rule 103 of the Federal Rules of Evidence to submit an offer of proof in order to preserve for appeal any claim of error in an evidentiary ruling.  Fed. R. Evid. 103(a)(2) ("if the ruling excludes evidence, a party informs the court of its substance by an offer of proof . . ."); *see United States v. Serrano*, 582 F. App'x 729, 730 (9th Cir. 2014) (under Federal Rule of Evidence 103(a)(2), court of appeals cannot review a claim of improper exclusion of evidence where that evidence was not presented to the district court); *see also United States v. Vardanian,* 116 F.3d 487 (9th Cir. 1997)( the court of appeals "cannot review a claim of improper exclusion of evidence where the evidence was not presented to the court"); *United States v. Pacheco*, 912 F.2d 297, 304 (9th Cir. 1990) ("We cannot review evidence that was not presented to the district court").  It would be error for the Court to refuse to permit Qualcomm to make an offer of proof under Rule 103.  *United States. v. James*, 510 F.2d 546, 551 (5th Cir. 1975) ("The judge erred in refusing to allow James' counsel to make an offer of proof").

As represented in court, the evidence that is the subject of Qualcomm's offer of proof includes: (a) 59 5G license agreements signed after March 30, 2018; (b) 5G modem announcements from Samsung, Intel, and MediaTek; and (c) FCC announcements regarding the rollout of 5G.  This evidence is directly relevant to the questions of whether the FTC can meet its burden of proof to establish that Qualcomm's challenged conduct violates the antitrust laws and whether the FTC is entitled to the injunctive relief it seeks in this case, and, if so, its scope.  All of this evidence post-dates the March 30, 2018 fact discovery deadline.  It was not included on Qualcomm's trial exhibit list as Qualcomm was mindful that such evidence had been excluded by the Court's orders.  (*See* Dkts. 995, 997, 1015.)

Qualcomm therefore requests the opportunity to make its proffer either in writing or orally before it calls its witnesses on Friday, January 25, 2018.

Dated:  January 23, 2019

KEKER, VAN NEST & PETERS LLP

By: */s/ Robert A. Van Nest*
Robert A. Van Nest (SBN 84065)
Eugene M. Paige (SBN 202849)
Justina Sessions (SBN 270914)
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile:  (415) 397-7188
rvannest@keker.com
epaige@keker.com
jsessions@keker.com

Gary A. Bornstein *(pro hac vice)*
Yonatan Even *(pro hac vice)*
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel.: (212) 474-1000
Fax: (212) 474-3700
gbornstein@cravath.com
yeven@cravath.com

Richard S. Taffet *(pro hac vice)*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel.: (212) 309-6000
Fax: (212) 309-6001
richard.taffet@morganlewis.com

Willard K. Tom *(pro hac vice)*
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Tel.: (202) 739-3000
Fax: (202) 739 3001
willard.tom@morganlewis.com

Geoffrey T. Holtz (SBN 191370)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel.: (415) 442-1000
Fax: (415) 442-1001
gholtz@morganlewis.com

Attorneys for Defendant
QUALCOMM INCORPORATED