| | |
|---|---|
| CRAVATH, SWAINE & MOORE LLP<br>Gary A. Bornstein (*pro hac vice*)<br>gbornstein@cravath.com<br>Yonatan Even (*pro hac vice*)<br>yeven@cravath.com<br>825 Eighth Avenue<br>New York, New York 10019-7475<br>Telephone: (212) 474-1000<br>Facsimile:  (212) 474-3700<br><br>KEKER, VAN NEST & PETERS LLP<br>Robert A. Van Nest (SBN 84065)<br>rvannest@keker.com<br>Eugene M. Paige (SBN 202849)<br>epaige@keker.com<br>Justina K. Sessions (SBN 270914)<br>jsessions@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile:  (415) 397-7188<br><br>Attorneys for Defendant<br>QUALCOMM INCORPORATED | MORGAN LEWIS & BOCKIUS LLP<br>Richard S. Taffet (*pro hac vice*)<br>richard.taffet@morganlewis.com<br>101 Park Avenue<br>New York, New York 10178-0060<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br><br>MORGAN LEWIS & BOCKIUS LLP<br>Willard K. Tom (*pro hac vice*)<br>willard.tom@morganlewis.com<br>1111 Pennsylvania Ave. NW<br>Washington, DC 20004-2541<br>Telephone: (202) 739-3000<br>Facsimile:  (202) 739-3001<br><br>MORGAN LEWIS & BOCKIUS LLP<br>Geoffrey T. Holtz (SBN 191370)<br>geoffrey.holtz@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile:  (415) 442-1001 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | NO. 5:17-CV-00220-LHK-NMC<br><br>**DECLARATION OF DAVID ZUCKERMAN IN SUPPORT OF QUALCOMM INCORPORATED'S ADMINISTRATIVE MOTION TO SEAL CERTAIN PORTIONS OF TRIAL EXHIBITS AND TRIAL DEMONSTRATIVES**<br><br>CTRM:  8, 4th Floor<br><br>JUDGE:  Hon. Lucy H. Koh |

I, David Zuckerman, declare as follows:

1. I am the Senior Vice President, Legal Counsel and Assistant Secretary of Qualcomm Incorporated ("Qualcomm"), a position I have held since November 18, 2017. Prior to that, I was Vice President, Legal Counsel and Assistant Secretary. I have been employed at Qualcomm since January 9, 2012 and have worked in Corporate Legal since that time.

2. I submit this declaration in support of sealing portions of Trial Exhibit CX8196 (the "Trial Exhibit") that have been designated for use at trial on January 25, 2019.

3. The contents of this declaration are true and correct to the best of my knowledge, information and belief, and are based on my personal knowledge of Qualcomm's policies and practices as they relate to the treatment of confidential information, the materials that were provided to me and reviewed by me, or conversations with other knowledgeable employees of Qualcomm Incorporated ("Qualcomm") and its affiliates. If called upon as a witness in this action, I could and would testify competently thereto.

4. Qualcomm follows a practice of requiring confidential treatment of information related to Qualcomm's internal business analysis, revenue and cost forecasts, pricing and valuation strategies, and decision-making related to corporate matters as this information incorporates highly sensitive and proprietary information and processes that Qualcomm relies upon to pursue its commercial interests. In my experience and to the best of my knowledge, the confidentiality measures described above have been strictly followed by Qualcomm and its employees.

5. I have reviewed the information described herein, which is contained in the Trial Exhibit, to determine whether it includes information that Qualcomm would consider confidential under the practices and policies described above. Based on this review, I believe that the Trial Exhibit includes confidential Qualcomm information.

6. The disclosure of Qualcomm's confidential information, such as information contained in the Trial Exhibit could harm Qualcomm's business prospects and opportunities.

7. In my experience and to the best of my knowledge, the confidentiality obligations

1  specified above have always been strictly followed at Qualcomm.  I was informed of
2  Qualcomm's practices and policies described herein when I first joined Qualcomm, and I have
3  informed others at Qualcomm of our confidentiality obligations and practices.

4      8.    Dissemination of information in the Trial Exhibit has been tightly controlled, and
5  Qualcomm went to great lengths to maintain the confidentiality of this information.  Personnel
6  were given access to this information on a need-to-know basis, and those with access to data
7  storage locations where such confidential information is stored and maintained were advised of
8  the need to maintain its confidentiality and restrict its dissemination.

9      9.    I have reviewed the information described herein, which is contained in the Trial
10  Exhibit to determine whether it includes information that Qualcomm would consider confidential
11  under the practices and policies described above.  Based on this review, I believe that the Trial
12  Exhibit includes confidential Qualcomm information.

13      10.    To the best of my knowledge, the information in the Trial Exhibit reflects the type
14  of information Qualcomm maintains as confidential.  The Trial Exhibit reveals details about
15  Qualcomm, including its future business plans and forecasts.

### **CX8196**

17      11.    Specifically, the following portions of CX8196, a set of materials for a Board of
18  Directors Meeting dated December 4, 2017, reflect confidential internal business strategy and
19  related considerations such as internal metrics that inform business strategy, financial estimates
20  and projections (including revenue and cost forecasts), technical analyses, and/or projections of
21  future opportunities and growth strategies for 2019 and beyond:

- CX8196-073: highlighted portions
- CX8196-129: highlighted portions
- CX8196-130: highlighted portions
- CX8196-133: in full

26  To the best of my knowledge, this information constitutes Qualcomm trade secrets. Public
27  disclosure of this information may harm Qualcomm by disclosing internal business strategy and

financial estimates and may unfairly benefit actual and potential third parties with respect to Qualcomm's actual or projected business opportunities, or its financial performance of Qualcomm or its affiliates.

12. As mentioned above, the information in the Trial Exhibit reflects multiple categories of information, including internal financial information, projections, forecasts, and estimates, strategic plans for the future, and technical specifications.

13. Public disclosure of the information described above may harm Qualcomm and unfairly benefit actual and potential third parties with respect to Qualcomm's business plans and strategies. Disclosure of that information described above may also assist Qualcomm's competitors in seeking to win business opportunities away from Qualcomm.

14. Qualcomm recognizes and protects the enormous value of its confidential information through its various policies and procedures designed to protect confidential information from disclosure.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that I executed this declaration on January 23, 2019, in San Diego, California.

*/s/ David Zuckerman*
David Zuckerman