UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER DENYING HTC AMERICA, INC'S ADMINISTRATIVE MOTION TO SEAL WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 1404 |

On January 24, 2019, third party HTC America, Inc. filed a motion to file under seal portions of 3 trial exhibits. ECF No. 1404. Under the Civil Local Rules, a party seeking to seal information must file a public redacted version of the documents for which sealing is sought and must file the unredacted documents sealed with the portions sought to be sealed highlighted in yellow. HTC America has failed to file either a public redacted version or a sealed unredacted highlighted version with its motion, so the Court is unable to assess the information HTC America seeks to seal. Therefore, the Court DENIES HTC America's motion without prejudice. HTC America shall refile its motion to seal by 11:30 a.m. today, January 24, 2019.

**IT IS SO ORDERED.**

1
Case No. 17-CV-00220-LHK
ORDER DENYING HTC AMERICA, INC'S ADMINISTRATIVE MOTION TO SEAL WITHOUT PREJUDICE

Dated: January 24, 2019

_____
LUCY H. KOH
United States District Judge

2
Case No. 17-CV-00220-LHK
ORDER DENYING HTC AMERICA, INC'S ADMINISTRATIVE MOTION TO SEAL WITHOUT PREJUDICE