UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>QUALCOMM INCORPORATED,<br><br>　　　　Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER DENYING WITHOUT PREJUDICE ERICSSON'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 1391 |

On January 23, 2019, the Court ordered Ericsson to file sealed unredacted versions of the documents that it seeks to seal, ECF No. 1393. Ericsson has failed to do so. Accordingly, the Court cannot assess the information Ericsson seeks to seal, ECF No. 1391. The Court DENIES without prejudice Ericsson's motion. Ericsson shall refile its motion with sealed unredacted versions of the documents that it seeks to seal by January 24, 2019, at 12:00 p.m.

**IT IS SO ORDERED.**

Dated: January 24, 2019

　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No. 17-CV-00220-LHK
ORDER DENYING WITHOUT PREJUDICE ERICSSON'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL