UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALCOMM INCORPORATED,<br><br>    Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER REGARDING CX6786-R** |

CX6786-R, a recording of Qualcomm's meeting with the Internal Revenue Service, has been admitted into evidence. Qualcomm offered to prepare a certified transcript of the recording for the Court's convenience. The parties shall jointly file a certified transcript of the recording on Tuesday, January 29, 2019.

**IT IS SO ORDERED.**

Dated: January 24, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge