UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER GRANTING ZTE (USA) INC.'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. No. 1405 |

Applying the compelling reasons standard, the Court rules on ZTE's motion to seal as follows. None of the documents ZTE seeks to seal have internal pagination. ZTE's motion appears to follow the convention that the first page of each document is page 1. Therefore, the Court follows ZTE's convention.

| Document | Portions of Pages | Ruling |
|---|---|---|
| QX9148 | Page 4 | GRANTED. |
| QX9148 | Page 6 | GRANTED. |
| QX9166 | Page 3 | GRANTED. |
| QX9166 | Page 4 | GRANTED. |
| QX9180 | Page 3 | GRANTED. |
| QX9180 | Page 5 | GRANTED. |

**IT IS SO ORDERED.**

Dated: January 24, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-00220-LHK
ORDER GRANTING ZTE (USA) INC.'S ADMINISTRATIVE MOTION TO SEAL