United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, | Case No. 17-CV-00220-LHK |
|---|---|
| Plaintiff, | **ORDER GRANTING PANASONIC'S ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| QUALCOMM INCORPORATED, | Re: Dkt. No. 1403 |
| Defendant. | |

Applying the compelling reasons standard, the Court rules on Panasonic's motion to seal as follows. Panasonic's motion appears to follow the convention that the first page of each document is page 1. Therefore, the Court follows Panasonic's convention.

| Document | Portions of Pages | Ruling |
|---|---|---|
| QX9351 | Page 2 | GRANTED. |
| QX9351 | Page 3 | GRANTED. |
| QX9148 | Page 2 | GRANTED. |

**IT IS SO ORDERED.**

Dated: January 24, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1