UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER RE HIGH PRIORITY OBJECTIONS FOR JANUARY 25, 2019**<br><br>Re: Dkt. Nos. 1399, 1401 |

Before the Court are the Federal Trade Commission's ("FTC") high priority objections ("HPO"), ECF No. 1401, and Qualcomm's responses, ECF No. 1399, for January 25, 2019, day 9 of the trial. Having considered the parties' briefs, the relevant law, the Federal Rules of Evidence, and balancing the factors set forth in Federal Rule of Evidence 403, the Court rules as follows:

| FTC Objections | Ruling |
|---|---|
| **Alex Rogers, Qualcomm** | |
| FTC HPO #1: QX9283 | SUSTAINED as to the second sentence of the fourth paragraph on the first page of Rogers' letter beginning with "Not once during." SUSTAINED as to the fifth paragraph, which begins at the bottom of page 1 and continues to the top of page 2, from the third sentence of the fifth paragraph to the end of the paragraph. The parties must redact the above portions |

| | |
|---|---|
| | from QX9283. |
| | OVERRULED as to the remainder of Rogers' letter, but the letter may not be offered for the truth of the matter asserted. |
| **Chris Johnson, Bain** | |
| FTC HPO #2: QX0092 | OVERRULED, but Qualcomm must lay the foundation to admit this as a business record. |
| FTC HPO #3: QX0124 | OVERRULED, but Qualcomm must lay the foundation to admit this as a business record. |
| **Aviv Nevo, Qualcomm Expert** | |
| FTC HPO #4: QX9166 | OVERRULED without prejudice as to whether the analysis was disclosed in Professor Nevo's expert report. The Court does not know the opinion that Professor Nevo will offer as to QX9166 and does not have a copy of Professor Nevo's expert report.<br><br>OVERRULED as to the FTC's remaining objections. |

Not including today's HPO responses, Qualcomm has filed its HPOs and responses under seal. Qualcomm subsequently filed public unredacted versions of its HPOs and responses for January 4, January 8, and January 11. Qualcomm failed to file public unredacted versions of its remaining HPOs and responses. Accordingly, by January 25, 2019 at 12:00 p.m., Qualcomm shall file public versions of its HPOs and responses for January 11, January 14, January 15, January 18, and January 22. The public versions shall only redact any information consistent with this Court's sealing orders.

**IT IS SO ORDERED.**

Dated:  January 24, 2019

_____
LUCY H. KOH
United States District Judge