UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, | Case No. 17-CV-00220-LHK |
|---|---|
| Plaintiff, | **ORDER GRANTING HUAWEI'S ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| QUALCOMM INCORPORATED, | Re: Dkt. No. 1402 |
| Defendant. | |

Applying the compelling reasons standard, the Court rules on Huawei's motion to seal as follows. Huawei has excerpted the portions it seeks to seal from the underlying documents. Therefore, there are no page numbers associated with the documents Huawei seeks to seal.

| Document | Portions of Pages | Ruling |
|---|---|---|
| QX9148 | Highlighted portions | GRANTED. |
| QX9180 | Highlighted portions | GRANTED. |

**IT IS SO ORDERED.**

Dated: January 24, 2019

_____
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-00220-LHK
ORDER GRANTING HUAWEI'S ADMINISTRATIVE MOTION TO SEAL