United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER GRANTING INTEL'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. No. 1400 |

Applying the compelling reasons standard, the Court rules on Intel's motion to seal, ECF No. 1400, as follows. The Court uses the internal pagination of the PowerPoint document.

| Document | Portions of Pages | Ruling |
|---|---|---|
| QX121 | PowerPoint Slide 4 | GRANTED. |

**IT IS SO ORDERED.**

Dated: January 24, 2019

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

1

Case No. 17-CV-00220-LHK
ORDER GRANTING INTEL'S ADMINISTRATIVE MOTION TO SEAL