UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER GRANTING LENOVO AND MOTOROLA'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. No. 1398 |

Applying the compelling reasons standard, the Court rules on Lenovo and Motorola's motion to seal, ECF No. 1398, as follows. Lenovo and Motorola have excerpted the portions they seek to seal from the underlying documents. Therefore, there are no page numbers associated with the documents Lenovo and Motorola seek to seal.

| Document | Portions of Pages | Ruling |
|---|---|---|
| QX9148 | Highlighted portions | GRANTED. |
| QX9180 | Highlighted portions | GRANTED. |

**IT IS SO ORDERED.**

Dated: January 24, 2019

_____
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-00220-LHK
ORDER GRANTING LENOVO AND MOTOROLA'S ADMINISTRATIVE MOTION TO SEAL