UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER GRANTING COMPAL, FIH MOBILE, HON HAI PRECISION, WISTRON, AND PEGATRON'S MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 1410 |

Applying the compelling reasons standard, the Court rules on FIH Mobile and Hon Hai Precision (collectively, "Foxconn"); Compal Electronics; Wistron; and Pegatron's motion to seal as follows.

| Document | Portions of Pages | Ruling |
|---|---|---|
| QX9148 | Contractual Upfront Payment spreadsheet entries for Compal, FIH Mobile, Foxconn Brasil, Pegatron, and Wistron on pages 1, 2, 4 | GRANTED. |
| QDX9351 | Foxconn dollar amounts and bars on Slide 14 | GRANTED. |
| QDX9351 | Foxconn dollar amounts on Slide 20 | GRANTED. |

**IT IS SO ORDERED.**

Dated:  January 24, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-00220-LHK
ORDER GRANTING COMPAL, FIH MOBILE, HON HAI PRECISION, WISTRON, AND PEGATRON'S MOTION TO FILE UNDER SEAL