UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, | Case No. 17-CV-00220-LHK |
|---|---|
| Plaintiff, | **ORDER GRANTING ASUSTEK'S MOTION TO FILE UNDER SEAL** |
| v. | |
| QUALCOMM INCORPORATED, | Re: Dkt. No. 1412 |
| Defendant. | |

Applying the compelling reasons standard, the Court rules on Asustek's motion to seal as follows.

| Document | Portions of Pages | Ruling |
|---|---|---|
| QX9148 | Selected portions on page 1 | GRANTED. |

**IT IS SO ORDERED.**

Dated: January 24, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-00220-LHK
ORDER GRANTING ASUSTEK'S MOTION TO FILE UNDER SEAL