UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, Plaintiff, v. QUALCOMM INCORPORATED, Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER GRANTING KYOCERA'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. No. 1413 |
|---|---|

Applying the compelling reasons standard, the Court rules on Kyocera's motion to seal, ECF No. 1413, as follows. The Court follows the convention that the first page of the below document is page 1.

| Document | Portions of Pages | Ruling |
|---|---|---|
| QX9148 | Page 2 | GRANTED. |

**IT IS SO ORDERED.**

Dated: January 24, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No. 17-CV-00220-LHK
ORDER GRANTING KYOCERA'S ADMINISTRATIVE MOTION TO SEAL