UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, | Case No. 17-CV-00220-LHK |
|---|---|
| Plaintiff, | **ORDER GRANTING NOKIA'S MOTION TO FILE UNDER SEAL** |
| v. | Re: Dkt. No. 1409 |
| QUALCOMM INCORPORATED, | |
| Defendant. | |

Applying the compelling reasons standard, the Court rules on Nokia's motion to seal as follows.

| Document | Portions of Pages | Ruling |
|---|---|---|
| QX9148 | Selected rows on page 2 | GRANTED. |
| QX9180 | Selected row on page 2 | GRANTED. |

**IT IS SO ORDERED.**

Dated: January 24, 2019

_____
LUCY H. KOH
United States District Judge

1

Case No. 17-CV-00220-LHK
ORDER GRANTING NOKIA'S MOTION TO FILE UNDER SEAL