UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALCOMM INCORPORATED,<br><br>    Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER GRANTING ERICSSON'S MOTIONS TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 1411, 1419 |

Applying the compelling reasons standard, the Court rules on Ericsson's motions to seal, ECF Nos. 1411 and 1419, as follows.

| Document | Portions of Pages | Ruling |
|---|---|---|
| JX0008 | JX0008-005 | GRANTED. |
| JX0008 | JX0008-007 | GRANTED. |
| JX0008 | JX0008-009 | GRANTED. |
| QX9148 | Portions of selected row on page 4 | GRANTED. |
| QX9180 | Portions of selected row on page 2 | GRANTED. |

**IT IS SO ORDERED.**

Dated: January 24, 2019

_____
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-00220-LHK
ORDER GRANTING ERICSSON'S MOTIONS TO FILE UNDER SEAL