UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER GRANTING IN PART AND DENYING IN PART QUALCOMM'S MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 1395, 1396, 1397 |

Applying the compelling reasons standard, the Court rules on Qualcomm's motion to seal as follows.

| Document | Selected portions of Pages | Ruling |
|---|---|---|
| CX5185 | Selected portions of 003 | GRANTED. |
| CX6579 | Selected portions of 001 | GRANTED. |
| CX6594 | Selected portions of 028, 032, 064-66 | GRANTED. |
| CX6607 | Selected portions of 012 | DENIED. |
| CX6607 | Selected portions of 019-020, 025, 028, 058-059 | GRANTED. |
| CX7571 | Selected portions of 003-006 | GRANTED. |
| CX7618 | Selected portions of 029-034, 076, 086, 106, 126, 136, 146, 156 | GRANTED. |
| CX7629 | Selected portions of 030-035, 075, 085, 105, 115, 125, 135, 145, 155 | GRANTED. |

1

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART QUALCOMM'S MOTION TO FILE UNDER SEAL

| Document | Selected portions of Pages | Ruling |
|---|---|---|
| CX8290 | Selected portions of 003-005, 007 | GRANTED. |
| JX0013 | Selected portions of 004, 008, 010, 012-016, 026, 030-031 | GRANTED. |
| JX0112 | Selected portions of 002-003, 006-007, 018-019 | GRANTED. |
| JX0113 | Selected portions of 002-003, 006-007, 019-020 | GRANTED. |
| JX0114 | Selected portions of 002-003, 017 | GRANTED. |
| QX9236 | Selected portions of Q2014FTC03294150, Q2014FTC03294152, Q2014FTC03294153, Q2014FTC03294155, Q2014FTC03294161, Q2014FTC03294162, Q2014FTC03294166, Q2014FTC03294176, Q2014FTC03294181, Q2014FTC03294186 | GRANTED. |
| CX8196 | Selected portions of 073 | GRANTED. |
| CX8196 | Selected portions of 129 | GRANTED. |
| CX8196 | Selected portions of 130 | GRANTED. |
| CX8196 | Selected portions of 133 | GRANTED. |
| CX7122 | Selected portions of 008 | GRANTED. |
| CX7122 | Selected portions of 009 | DENIED. |
| CX7122 | Selected portions of 015 | GRANTED. |
| CX7122 | Selected portions of 016 | GRANTED. |
| CX7122 | Selected portions of 024 | GRANTED. |
| CX7122 | Selected portions of 048-050 | GRANTED. |
| CX7122 | Selected portions of 054 | GRANTED. |
| CX7122 | Selected portions of 057 | GRANTED. |
| CX7122 | Selected portions of 063 | GRANTED. |
| CX7122 | Selected portions of 068 | GRANTED. |
| CX7122 | Selected portions of 070 | DENIED as to the second bullet point under "Licensing Focus," GRANTED as to the third bullet point. |
| CX7122 | Selected portions of 071 | GRANTED. |
| CX7122 | Selected portions of 073 | GRANTED as to the selected list of early candidates for licensees, DENIED as to the last bullet point under "Messaging approach." |
| CX7122 | Selected portions of 074 | GRANTED. |
| CX7122 | Selected portions of 077 | DENIED. |
| CX7122 | Selected portions of 078-079 | GRANTED. |
| CX7122 | Selected portions of 081 | GRANTED. |

| Document | Selected portions of Pages | Ruling |
|---|---|---|
| CX7122 | Selected portions of 082 | DENIED. |
| CX7122 | Selected portions of 083 | DENIED. |
| CX7122 | Selected portions of 089-090 | GRANTED. |
| CX7122 | Selected portions 095-096 | GRANTED. |
| CX7122 | Selected portions of 101 | DENIED. |
| CX7122 | Selected portions of 103-115 | GRANTED. |
| CX7122 | Selected portions of 122 | GRANTED. |
| CX7122 | Selected portions of 128-131 | GRANTED. |
| CX7122 | Selected portions of 144-145 | GRANTED. |
| CX7122 | Selected portions of 147 | GRANTED. |
| CX7122 | Selected portions of 152 | DENIED as to bullet point under "Summary." DENIED as to bullet points under "Key considerations," except GRANTED as to specific dollar amounts in the third bullet point. GRANTED as to bullet points under "Team Recommendation." |
| CX7122 | Selected portions of 157-158 | GRANTED. |
| CX7122 | Selected portions of 160-162 | GRANTED. |
| CX7122 | Selected portions of 164-168 | GRANTED. |
| JX0009 | Selected numbers on 006, 009 | GRANTED. |
| JX0017 | Selected numbers on 011, 014, 015, 037-041 | GRANTED. |
| JX0038 | Selected number on 008 | GRANTED. |
| JX0038 | 010 | GRANTED as to specific percentage of chipset purchase price and as to specific percentages of royalties under the Indemnity heading. DENIED as to the remainder. |
| JX0038 | Selected portions of 012-014 | GRANTED. |
| JX0038 | Selected portions of 019-020 | GRANTED. |
| JX0046 | 010-011 | GRANTED as to selected numbers. DENIED as to paragraph beginning "then Nokia shall owe." |
| JX0046 | Selected portions of 015-019 | GRANTED. |
| JX0046 | Selected portions of 023-024 | GRANTED. |
| JX0046 | Selected portions of 0026 | DENIED. |
| JX0046 | Selected portions of 029-031 | GRANTED. |
| QX9148 | Selected portions | GRANTED. |
| QX9166 | Selected portions | GRANTED. |
| QX9180 | Selected portions | GRANTED. |
| QDX9351 | Page 12, selected portions | GRANTED. |
| QDX9351 | Page 14, selected portions | GRANTED. |

3
Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART QUALCOMM'S MOTION TO FILE UNDER SEAL

| Document | Selected portions of Pages | Ruling |
|---|---|---|
| QDX9351 | Page 20, selected portions | GRANTED. |
| QDX9351 | Page 27, selected portions | GRANTED. |
| FTC Demonstrative, "Copy of 13 CDMA and WCDMA Rates" | Selected portions of pages 1-6, 8-9 | GRANTED. |
| FTC Demonstrative, "Copy of Contracts Review" | Selected portions of pages 1-10 | GRANTED. |

Qualcomm shall publicly file redacted versions of these documents consistent with the Court's sealing rulings by January 25, 2019, at 12:00 p.m.

**IT IS SO ORDERED.**

Dated: January 24, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge