Jennifer Milici, D.C. Bar No. 987096
J. Alexander Ansaldo, Va. Bar No. 75870
Joseph R. Baker, D.C. Bar No. 490802
Wesley G. Carson, D.C. Bar No. 1009899
Elizabeth A. Gillen, Cal. Bar No. 260667
Daniel Matheson, D.C. Bar No. 502490
Mark J. Woodward, D.C. Bar No. 479537
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S LIST OF WITNESSES FOR TRIAL DAY 10, JANUARY 28, 2019**<br><br>Courtroom:  7, 4th Floor<br>Judge:       Hon. Lucy H. Koh |

Plaintiff Federal Trade Commission submits the following list of rebuttal witnesses it intends to call live and by videotaped or stenographically recorded deposition on Monday, January 28, 2019 (Trial Day 10).

1. Professor Carl Shapiro, FTC economic expert (live)

2. Injung Lee, Samsung (by videotaped deposition) (time permitting)*

3. Yooseok Kim, Samsung (by videotaped deposition) (time permitting)*

4. Seungho Ahn, Samsung (by videotaped deposition) (time permitting)*

5.  Jianxin (Jason) Ding, Huawei (by videotaped deposition) (time permitting)*

6.  Nanfen (Nancy) Yu, Huawei (by videotaped deposition) (time permitting)*

7.  Richard Blaylock, counsel for ZTE (by videotaped deposition) (time permitting)*

8.  John Grubbs, Blackberry (by videotaped deposition) (time permitting)*

9.  Derek Aberle, former Qualcomm (by videotaped deposition and recorded investigational hearing read into the record) (time permitting)*

10. Jeff Altman, former Qualcomm (by videotaped deposition) (time permitting)*

* All designated deposition clips are short.  The FTC will present the testimony only if time permits.

Dated:  January 24, 2019                                    Respectfully submitted,

                                                            FEDERAL TRADE COMMISSION


                                                             _/s/ Jennifer Milici_
                                                            Jennifer Milici
                                                            J. Alexander Ansaldo
                                                            Joseph R. Baker
                                                            Wesley G. Carson
                                                            Elizabeth A. Gillen
                                                            Daniel Matheson
                                                            Mark J. Woodward
                                                            Federal Trade Commission
                                                            600 Pennsylvania Avenue, N.W.
                                                            Washington, D.C. 20580
                                                            (202) 326-2912; (202) 326-3496 (fax)
                                                            jmilici@ftc.gov

                                                            ***Attorneys for Federal Trade Commission***