UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, | Case No. 17-CV-00220-LHK |
|---|---|
| Plaintiff, | **ORDER GRANTING HUAWEI'S MOTION TO FILE UNDER SEAL** |
| v. | Re: Dkt. No. 1436 |
| QUALCOMM INCORPORATED, | |
| Defendant. | |

Applying the compelling reasons standard, the Court rules on Huawei's motion to seal as follows:

| Document | Portions of Pages | Ruling |
|---|---|---|
| Jian Xin Ding Deposition | 224:5-7, 226:1-3 | GRANTED. |

**IT IS SO ORDERED.**

Dated:  January 25, 2019

_____
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-00220-LHK
ORDER GRANTING HUAWEI'S MOTION TO FILE UNDER SEAL