UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, | Case No. 17-CV-00220-LHK |
|---|---|
| Plaintiff, | **ORDER GRANTING QUALCOMM'S ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| QUALCOMM INCORPORATED, | Re: Dkt. No. 1432 |
| Defendant. | |

Applying the compelling reasons standard, the Court rules on Qualcomm's motion to seal as follows:

| Document | Portions of Pages | Ruling |
|---|---|---|
| FTC's Shapiro Rebuttal Trial Demonstrative | Selected portions of pages 10-11 | GRANTED. |
| CX4401 | Selected portions of pages 001-002, 005, 008, 011 | GRANTED. |
| Injung Lee Deposition | Selected portions of 227:20-23 | GRANTED. |

Qualcomm shall publicly file redacted versions of these documents consistent with the Court's sealing rulings by January 28, 2019, at 12:00 p.m.

**IT IS SO ORDERED.**

1

Case No. 17-CV-00220-LHK
ORDER GRANTING QUALCOMM'S ADMINISTRATIVE MOTION TO SEAL

Dated: January 25, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No. 17-CV-00220-LHK
ORDER GRANTING QUALCOMM'S ADMINISTRATIVE MOTION TO SEAL