UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | Case No. 17-CV-00220-LHK |
|---|---|
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART FIH MOBILE AND HON HAI PRECISION INDUSTRY'S ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| QUALCOMM INCORPORATED, | |
| Defendant. | Re: Dkt. No. 1437 |

Applying the compelling reasons standard, the Court rules on FIH Mobile and Hon Hai Precision Industry's motion to seal, ECF No. 1437, as follows.

| Document | Portions of Pages | Ruling |
|---|---|---|
| CX4401 | Foxconn_0000175068 to Foxconn_0000175069 | DENIED as to Skiver Comment on page Foxconn_0000175069. GRANTED otherwise. |
| CX4401 | Foxconn_0000175071 to Foxconn_0000175072 | GRANTED. |
| CX4401 | Foxconn_0000175075 to Foxconn_0000175076 | GRANTED. |

**IT IS SO ORDERED.**

Dated: January 25, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART FIH MOBILE AND HON HAI PRECISION INDUSTRY'S ADMINISTRATIVE MOTION TO SEAL