UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>QUALCOMM INCORPORATED,<br><br>  Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER RE HIGH PRIORITY OBJECTIONS FOR JANUARY 28, 2019**<br><br>Re: Dkt. Nos. 1434, 1435 |

Before the Court are the Federal Trade Commission's ("FTC") high priority objections ("HPO") and responses, ECF No. 1435, and Qualcomm Incorporated's ("Qualcomm") HPOs and responses, ECF No. 1434, for January 28, 2019, day 10 of the trial. Having considered the parties' briefs, the relevant law, the Federal Rules of Evidence, and balancing the factors set forth in Federal Rule of Evidence 403, the Court rules as follows:

| FTC Objections | Ruling |
|---|---|
| **Yooseok Kim, Samsung** | |
| FTC HPO #1: Qualcomm's completeness designation of Kim Dep. 32:2-19 | SUSTAINED. |
| **Injung Lee, Samsung** | |
| FTC HPO #2: Qualcomm completeness designations<br>Lee Dep. 72:19-20 | OVERRULED. |

1

Case No. 17-CV-00220-LHK
ORDER RE HIGH PRIORITY OBJECTIONS FOR JANUARY 28, 2019

| | |
|---|---|
| Lee Dep. 73:19-21, 73:24-74:1, 74:9-11, 74:14 | SUSTAINED |
| **Qualcomm Objections** | |
| **Richard Blaylock, ZTE** | |
| Qualcomm HPO #1: Blaylock Testimony | OVERRULED. |
| **Seungho Ahn, Samsung** | |
| Qualcomm HPO #2: Ahn Dep. 103:19, 103:22-104:18 | OVERRULED, but may not be admitted for the truth of the matter asserted. |
| **Injung Lee, Samsung** | |
| Qualcomm HPO #3: Lee Dep. 72:14-18, 74:16-25, 75:5-9 | OVERRULED. |

**IT IS SO ORDERED.**

Dated:  January 25, 2019

_____
LUCY H. KOH
United States District Judge

2
Case No. 17-CV-00220-LHK
ORDER RE HIGH PRIORITY OBJECTIONS FOR JANUARY 28, 2019