UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, | Case No. 17-CV-00220-LHK |
|---|---|
| Plaintiff, | **ORDER RE HIGH PRIORITY OBJECTIONS FOR JANUARY 29, 2019** |
| v. | |
| QUALCOMM INCORPORATED, | Re: Dkt. Nos. 1459, 1460 |
| Defendant. | |

Before the Court are Qualcomm Incorporated's ("Qualcomm") high priority objections ("HPO"), ECF No. 1459, and the Federal Trade Commission's ("FTC") responses, ECF No. 1460, for January 29, 2019, day 11 of the trial. Having considered the parties' briefs, the relevant law, the Federal Rules of Evidence, and balancing the factors set forth in Federal Rule of Evidence 403, the Court rules as follows:

| Qualcomm Objections | Ruling |
|---|---|
| Qualcomm HPO #1: FTC Slide 29 | OVERRULED. |
| Qualcomm HPO #2: FTC Slide 30 | OVERRULED. |
| Qualcomm HPO #3: FTC Slide 34 | OVERRULED. |
| Qualcomm HPO #4: FTC Slide 43 | OVERRULED. |

**IT IS SO ORDERED.**

Dated: January 29, 2019

_____
LUCY H. KOH
United States District Judge

Case No. 17-CV-00220-LHK
ORDER RE HIGH PRIORITY OBJECTIONS FOR JANUARY 29, 2019

2