UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, | Case No.17-CV-00220-LHK |
|---|---|
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART QUALCOMM'S ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| QUALCOMM INCORPORATED, | Re: Dkt. No. 1450 |
| Defendant. | |

Applying the compelling reasons standard, the Court rules on Qualcomm's motion to seal as follows.

| **Document** | **Selected Portions of Pages** | **Ruling** |
|---|---|---|
| CX6594 | Selected portions of 028, 032, 064-066 | DENIED AS MOOT. Sealing granted at ECF No. 1430. |
| CX6594 | Selected portions of 058 | GRANTED as to two graphs. DENIED as to the fact that QTL total shareholder return contribution is more than twice that of QCT core and equivalent to that of QCT growth. |

1

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART QUALCOMM'S ADMINISTRATIVE MOTION TO SEAL

| Document | Selected Portions of Pages | Ruling |
|---|---|---|
| CX6594 | Selected portions of 009, 030, 045, 052-055, 059, 061, 071-072 | GRANTED. |
| CX7618 | 029-034, 076, 086, 106, 126, 136, 146, 156 | DENIED AS MOOT. Sealing granted at ECF No. 1430. |
| CX7618 | Selected portions of 003-004, 013-018, 042-047, 058-074, 078-080, 083-085, 088-090, 093-096, 098-100, 103-105, 108-110, 113-116, 118-120, 123-125, 128-130, 133-135, 138-140, 143-145, 148-150, 153-155, 158-160, 163-166, 168-170, 173-175 | GRANTED. |
| CX7629 | 030-035, 075, 085, 105, 115, 125, 135, 145, 155 | DENIED AS MOOT. Sealing granted at ECF No. 1430. |
| CX7629 | Selected portions of 005, 014-019, 042-047, 057-073, 077-079, 082-084, 087-089, 092-095, 097-099, 102-104, 107-109, 112-114, 117-119, 122-124, 127-129, 132-134, 137-139, 142-144, 147-149, 152-154, 157-159, 162-165, 167-169, 172-174 | GRANTED. |
| CX8196 | 073, 129, 130, 133 | DENIED AS MOOT. Sealing granted at ECF No. 1430. |
| CX8196 | Selected portion of 009 | DENIED. |
| CX8196 | Selected portions of 141 | DENIED as to the "Strategic relationship" title and first bullet beneath title; GRANTED as to the third and fourth bullets beneath title. |
| CX8196 | Selected portions of 014-015, 039, 041-042, 044-045, 047, 049-051, 054-059, 062-063, 078, 109-110, 113-116, 118, 128, 131, 134, 136, 140, 287, 292-293 | GRANTED. |
| CX8195 | Selected portions of 023, 026, 028, 033-034, 036-037, 040, 042, 046, 049, 051, 056-057, 059-060, 063, 065 | GRANTED. |

Qualcomm shall publicly file redacted versions of these documents consistent with the Court's sealing rulings by Monday, February 4, 2019.

**IT IS SO ORDERED.**

2

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART QUALCOMM'S ADMINISTRATIVE MOTION TO SEAL

Dated: January 31, 2019

_____
LUCY H. KOH
United States District Judge

3

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART QUALCOMM'S ADMINISTRATIVE MOTION TO SEAL