UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PARTIES' REVISED MOTIONS TO SEAL PRETRIAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>Re: Dkt. Nos. 1469, 1470 |

Plaintiff Federal Trade Commission ("FTC") has filed a revised administrative motion to file under seal the FTC's pretrial proposed findings of fact and conclusions of law. ECF No. 1469. Defendant Qualcomm Incorporated ("Qualcomm") has filed a revised administrative motion to file under seal Qualcomm's pretrial proposed findings of fact and conclusions of law. ECF No. 1470.

The Court notes that Qualcomm has publicly disclosed much of its royalty rate information. *See, e.g.*, ECF No. 1169 at 1 ("Qualcomm has historically sought royalty rates of 5% of the net selling price of complete devices that implement 2G and/or 3G standards (whether or not the handsets also implement 4G LTE standards), subject to certain royalty caps."). In

1

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART PARTIES' REVISED MOTIONS TO SEAL PRETRIAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Qualcomm's Statement Regarding Public Licensing Information, ECF No. 1169, Qualcomm stated that the general terms of Qualcomm's Chinese Patent License Agreements are "widely known." *Id.* at 2. Specifically, Qualcomm charges royalties of 5% for multimode 3G/4G devices and 3.5% for 3-mode LTE-TDD devices that do not implement CDMA or WCDMA. *Id.* Both Qualcomm's licensing attorney Fabian Gonell and Qualcomm's expert Professor Aviv Nevo testified extensively about Qualcomm's royalty rates publicly. *See, e.g.*, Tr. 1400:17-1401:4; Tr. 1875:23-1876:6.

Applying the compelling reasons standard, the Court rules on the parties' motions to seal as follows.

| Motion to Seal | Requesting Party or Parties | Portions of Paragraph | Ruling |
| --- | --- | --- | --- |
| ECF No. 1469 | Qualcomm | ¶ 108 | DENIED. |
| ECF No. 1469 | Qualcomm | ¶ 109 | GRANTED. |
| ECF No. 1469 | Qualcomm | ¶ 128 | DENIED. |
| ECF No. 1469 | MediaTek | ¶ 140 | GRANTED. |
| ECF No. 1469 | Qualcomm | ¶ 309 | DENIED. |
| ECF No. 1469 | Qualcomm | ¶ 311 | DENIED. |
| ECF No. 1470 | Samsung, Qualcomm | ¶ 40 | DENIED. |
| ECF No. 1470 | Qualcomm | ¶ 85 | GRANTED. |
| ECF No. 1470 | Qualcomm | ¶ 90 | DENIED. |
| ECF No. 1470 | Qualcomm | ¶ 92 | DENIED. |
| ECF No. 1470 | Qualcomm | ¶ 94 | DENIED. |
| ECF No. 1470 | Lenovo, Qualcomm | ¶ 97 | GRANTED. |
| ECF No. 1470 | Lenovo, Qualcomm | ¶ 100 | DENIED. Qualcomm's standard CPLA rates were revealed in the public testimony of Fabian Gonell. Tr. 1400:17-1401:4. |
| ECF No. 1470 | Lenovo, Qualcomm | ¶ 103 | DENIED. |
| ECF No. 1470 | BlackBerry, Qualcomm | ¶ 110 | GRANTED as to the upfront fee amount in the 2000 BlackBerry SULA, but DENIED as to the royalty rate. |
| ECF No. 1470 | Qualcomm | ¶ 111 | DENIED. |
| ECF No. 1470 | BlackBerry, Qualcomm | ¶ 115 | GRANTED. |

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART PARTIES' REVISED MOTIONS TO SEAL PRETRIAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

| Motion to Seal | Requesting Party or Parties | Portions of Paragraph | Ruling |
|---|---|---|---|
| ECF No. 1470 | Qualcomm | ¶ 117 | GRANTED. |
| ECF No. 1470 | Qualcomm | ¶ 127 | DENIED. |
| ECF No. 1470 | Huawei, Qualcomm | ¶ 132 | GRANTED. |
| ECF No. 1470 | Huawei, Qualcomm | ¶ 136 | DENIED as to royalty rates for sales in China, but GRANTED as to royalty rates for sales outside of China. |
| ECF No. 1470 | Qualcomm | ¶ 142 | GRANTED. |
| ECF No. 1470 | Huawei, Qualcomm | ¶ 143 | GRANTED. |
| ECF No. 1470 | Nokia, Qualcomm | ¶ 150 | GRANTED as to the upfront license fee amount, but DENIED as to the royalty rate in the 2001 Nokia Agreement. |
| ECF No. 1470 | Nokia, Qualcomm | ¶ 154 | GRANTED as to the upfront license fee amount, but DENIED as to the royalty rates in the 2008 Nokia Agreement. |
| ECF No. 1470 | Qualcomm | ¶ 156 | GRANTED. |
| ECF No. 1470 | Qualcomm | ¶ 157 | GRANTED. |
| ECF No. 1470 | Sony, Qualcomm | ¶ 160 | GRANTED as to the upfront fee amount, but DENIED as to the royalty rate in the 1996 Sony SULA. |
| ECF No. 1470 | Sony, Ericsson, Qualcomm | ¶ 165 | DENIED. |
| ECF No. 1470 | Sony | ¶ 166 | DENIED. |
| ECF No. 1470 | Sony | ¶ 167 | DENIED. |
| ECF No. 1470 | Qualcomm | ¶ 176 | GRANTED. |
| ECF No. 1470 | Sony, Qualcomm | ¶ 182 | GRANTED as to the royalty rate on line 26 on page 24, but DENIED as to the remainder, which was revealed in Gonell's public testimony. Trans. 1407:12-14. |
| ECF No. 1470 | Sony, Qualcomm | ¶ 183 | DENIED as to royalty rates for sales in China, but GRANTED as to royalty rates for sales outside of China. |
| ECF No. 1470 | Panasonic, Qualcomm | ¶¶ 187, 190 | DENIED. |
| ECF No. 1470 | Qualcomm | ¶ 194 | DENIED. |
| ECF No. 1470 | Panasonic, Qualcomm | ¶ 195 | GRANTED as to the specific dollar amounts for settlement costs and royalty cap, but otherwise DENIED. |
| ECF No. 1470 | Panasonic, Qualcomm | ¶ 196 | DENIED. |
| ECF No. 1470 | Qualcomm | ¶ 198 | DENIED. |
| ECF No. 1470 | Panasonic, Qualcomm | ¶ 199 | GRANTED as to lines 2-3 of page 27, |

| Motion to Seal | Requesting Party or Parties | Portions of Paragraph | Ruling |
|---|---|---|---|
| | | | but DENIED as to line 1 of page 27. |
| ECF No. 1470 | Panasonic, Qualcomm | ¶ 200 | GRANTED as to the specific royalty rate and the specific amount of royalties paid in protest, but otherwise DENIED. |
| ECF No. 1470 | Panasonic, Qualcomm | ¶ 201 | GRANTED. |
| ECF No. 1470 | ZTE, Qualcomm | ¶¶ 203, 204, 206 | DENIED. |
| ECF No. 1470 | ZTE, Qualcomm | ¶¶ 209-210 | DENIED. |
| ECF No. 1470 | ZTE, Qualcomm | ¶ 211 | DENIED as to royalty rates for sales in China, but GRANTED as to royalty rates for sales outside of China. |
| ECF No. 1470 | Samsung, Qualcomm | ¶ 214 | GRANTED as to the upfront fee amount, but DENIED as to the royalty rates in the 1993 Samsung Agreement. |
| ECF No. 1470 | Samsung, Qualcomm | ¶ 216 | GRANTED as to the cap on total royalties due, but DENIED as to the royalty rate in the 2004 Samsung Agreement. |
| ECF No. 1470 | Samsung, Qualcomm | ¶ 221 | GRANTED. |
| ECF No. 1470 | Qualcomm | ¶ 222 | DENIED. |
| ECF No. 1470 | Samsung, Qualcomm | ¶ 227 | GRANTED. |
| ECF No. 1470 | Qualcomm | ¶ 228 | GRANTED. |
| ECF No. 1470 | Samsung, Qualcomm | ¶ 231 | GRANTED as to the upfront fee amount, but DENIED as to the royalty rates in the 1993 LG Agreement. |
| ECF No. 1470 | Qualcomm | ¶ 235 | DENIED. |
| ECF No. 1470 | Intel, Motorola/Lenovo | ¶ 258 | GRANTED only as to specific dollar amounts, but otherwise DENIED. |
| ECF No. 1470 | Qualcomm, Panasonic | ¶ 265 | DENIED. |
| ECF No. 1470 | Qualcomm | ¶ 266 | DENIED. |
| ECF No. 1470 | Huawei | ¶ 398 | GRANTED. |
| ECF No. 1470 | Via | ¶¶ 400, 405 | GRANTED. |
| ECF No. 1470 | Via, MediaTek | ¶ 406 | GRANTED. |
| ECF No. 1470 | MediaTek, Marvell | ¶ 407 | DENIED. |
| ECF No. 1470 | Apple | ¶ 409 | GRANTED. |
| ECF No. 1470 | Via | ¶ 410 | GRANTED. |
| ECF No. 1470 | Apple | ¶ 411 | GRANTED. |
| ECF No. 1470 | Via | ¶ 412 | GRANTED. |
| ECF No. 1470 | MediaTek | ¶ 413 | DENIED. |
| ECF No. 1470 | Qualcomm | ¶ 426 | DENIED. |
| ECF No. 1470 | Qualcomm | ¶¶ 427, 438(d) | GRANTED. |
| ECF No. 1470 | Qualcomm | ¶¶ 442, 446, | DENIED. |

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART PARTIES' REVISED MOTIONS TO SEAL
PRETRIAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

| Motion to Seal | Requesting Party or Parties | Portions of Paragraph | Ruling |
|---|---|---|---|
|  |  | 448 |  |
| ECF No. 1470 | Apple | ¶¶ 466-467 | GRANTED. |
| ECF No. 1470 | MediaTek | ¶¶ 502-503 | DENIED. |
| ECF No. 1470 | Qualcomm | ¶ 524 | DENIED. |
| ECF No. 1470 | Motorola/Lenovo | ¶¶ 525, 527 | GRANTED. |
| ECF No. 1470 | Marvell | ¶ 543 | DENIED. |
| ECF No. 1470 | ZTE, Qualcomm | ¶ 552 | DENIED. |
| ECF No. 1470 | Qualcomm | ¶¶ 553-554 | DENIED. |
| ECF No. 1470 | ZTE, Qualcomm | ¶ 571 | GRANTED. |
| ECF No. 1470 | Qualcomm | ¶ 573 | GRANTED. |

The parties shall refile their pretrial proposed findings of fact and conclusions of law in public redacted form consistent with the above rulings by Friday, February 22, 2019.

**IT IS SO ORDERED.**

Dated:  February 15, 2019

_____
LUCY H. KOH
United States District Judge

5

Case No. 17-CV-00220-LHK
ORDER GRANTING IN PART AND DENYING IN PART PARTIES' REVISED MOTIONS TO SEAL PRETRIAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW