Daniel J. Stephenson (SBN 270722)
dan.stephenson@klgates.com
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone:    (310) 552 5000
Facsimile:    (310) 552 5001

*Attorneys for Lenovo (United States), Inc. and Motorola Mobility LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>            Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>            Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE that Christina N. Goodrich of K&L Gates LLP hereby enters her appearance on behalf of non-parties Lenovo (United States), Inc. and Motorola Mobility LLC. Ms. Goodrich respectfully requests that all pleadings, orders, motions, notices and other papers in connection with this action henceforth be served on her.

Dated: February 25, 2019

K&L GATES LLP

*/s/ Christina N. Goodrich*
Christina N. Goodrich (SBN 261722)

*Counsel for Lenovo (United States), Inc. and Motorola Mobility LLC*