CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven @cravath.com
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet (*pro hac vice*)
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-0060
Facsimile: (212) 309-6001

KEKER VAN NEST & PETERS LLP
Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 676-2289
Facsimile: (415) 397-7188

MORGAN, LEWIS & BOCKIUS LLP
Geoffrey T. Holtz (SBN 191370)
geoffrey.holtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for Defendant
QUALCOMM INCORPORATED

*Additional Counsel listed on the Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>       Plaintiff,<br><br>    v.<br><br>QUALCOMM INCORPORATED,<br> a Delaware corporation,<br><br>       Defendant. | Case No. 5:17-CV-0220-LHK-NMC<br><br>**QUALCOMM INCORPORATED'S STATEMENT OF RECENT DECISION** |

Pursuant to Civil L.R. 7-3(d)(2), Qualcomm Incorporated respectfully submits this Statement of Recent Decision bringing to the Court's attention the D.C. Circuit's recent decision in *United States v. AT&T, Inc.*, No. 18-5214, 2019 WL 921544 (D.C. Cir. Feb. 26, 2019), a true and correct copy of which is attached hereto as Exhibit A.

Dated: February 26, 2019                                Respectfully submitted,


                                                        CRAVATH, SWAINE & MOORE LLP

                                                        *s/ Gary A. Bornstein*
                                                        Gary A. Bornstein
                                                        Yonatan Even
                                                            Worldwide Plaza
                                                                825 Eighth Avenue
                                                                    New York, NY 10019
                                                                        Telephone:  (212) 474-1000
                                                                            Facsimile:  (212) 474-3700
                                                                                gbornstein@cravath.com
                                                                                yeven@cravath.com

                                                        Robert A. Van Nest
                                                        Eugene M. Paige
                                                        Justina K. Sessions
                                                        KEKER, VAN NEST & PETERS LLP
                                                            633 Battery Street
                                                                San Francisco, CA 94111
                                                                    Telephone:  (415) 676-2289
                                                                        Facsimile:  (415) 397-7188
                                                                            rvannest@keker.com
                                                                            epaige@keker.com
                                                                            jsessions@keker.com

                                                        Richard S. Taffet
                                                        MORGAN, LEWIS & BOCKIUS LLP
                                                            101 Park Avenue
                                                                New York, NY 10178
                                                                    Telephone:  (212) 369-6000
                                                                        Facsimile:  (212) 309-6001
                                                                            richard.taffet@morganlewis.com

|   |   |
|---|---|
| 1 | Willard K. Tom |
|   | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | 1111 Pennsylvania Avenue, N.W. |
|   | Washington, DC 20004 |
| 3 | Telephone:  (202) 739-3000 |
|   | Facsimile:  (202) 739-3001 |
| 4 | willard.tom@morganlewis.com |

Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001
geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*