Aaron Ross, D.C. Bar No. 1026902
Jennifer Milici, D.C. Bar No. 987096
J. Alexander Ansaldo, Va. Bar No. 75870
Joseph R. Baker, D.C. Bar No. 490802
Daniel Matheson, D.C. Bar No. 502490
Mark J. Woodward, D.C. Bar No. 479537
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-3696; (202) 326-3496 (fax)
aross@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 5:17-CV-00220-LHK |
| Plaintiff, | **NOTICE OF WITHDRAWAL** |
| v. | CTRM: Courtroom 8 |
| QUALCOMM INCORPORATED, a Delaware corporation, | JUDGE: Hon. Lucy H. Koh |
| Defendant. | |

PLEASE TAKE NOTICE that the undersigned counsel, Aaron Ross, hereby withdraws as counsel of record for Plaintiff Federal Trade Commission.

Other lawyers of the Federal Trade Commission, including the remaining signatories on this notice, remain as counsel of record for Plaintiff Federal Trade Commission.

Dated:  March 1, 2019

FEDERAL TRADE COMMISSION

*/s/ Aaron Ross*
Aaron Ross
Jennifer Milici
J. Alexander Ansaldo
Joseph R. Baker
Daniel Matheson
Mark J. Woodward
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-3696; (202) 326-3496 (fax)
aross@ftc.gov

**Attorneys for Federal Trade Commission**