KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest - # 84065
rvannest@keker.com
Eugene M. Paige - # 202849
epaige@keker.com
Justina Sessions - # 270914
jsessions@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein *(pro hac vice)*
gbornstein@cravath.com
Yonatan Even *(pro hac vice)*
yeven@cravath.com
825 Eighth Avenue
New York, New York 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

Attorneys for Defendant
QUALCOMM INCORPORATED

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet *(pro hac vice)*
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Facsimile:  (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Willard K. Tom *(pro hac vice)*
willard.tom@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Telephone: (202) 739-3000
Facsimile:  (202) 739-3001

MORGAN, LEWIS & BOCKIUS LLP
Geoffrey T. Holtz (SBN 191370)
gholtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile:  (415) 442-1001

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED,<br>a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**QUALCOMM INCORPORATED'S STATEMENT OF RECENT DECISION**<br><br>**CIVIL L.R. 7-3(d)(2)**<br><br>Judge: Hon. Lucy H. Koh |

1 | Pursuant to Civil L.R. 7-3(d)(2), Qualcomm Incorporated ("Qualcomm") respectfully
2 | submits this Statement of Recent Decision bringing to the Court's attention the Japan Fair Trade
3 | Commission's recent decision in Case No. 2010 (Han) No. 1, dated March 14, 2019, revoking the
4 | Cease and Desist Order ("CDO") issued by the JFTC on September 28, 2009.  A true and correct
5 | copies of the Japanese language version of the Decision is attached to the Declaration of
6 | Yoshihito Shibata, which is submitted as Exhibit A hereto.  Qualcomm will submit a certified
7 | translation of the Decision promptly.  The JFTC's CDO was the subject of trial testimony at Tr.
8 | 2051:2-23; 2067:8-2070:13.

Dated:  March 15, 2019                MORGAN, LEWIS & BOCKIUS LLP

                                        By:   /s/ Geoffrey T. Holtz

| | |
|---|---|
| 1 | Robert A. Van Nest (SBN 84065) |
| 2 | Eugene M. Paige (SBN 202849) |
|   | Justina Sessions (SBN 270914) |
| 3 | KEKER, VAN NEST & PETERS LLP |
|   | 633 Battery Street |
| 4 | San Francisco, CA 94111-1809 |
|   | Telephone: (415) 391-5400 |
| 5 | Facsimile:  (415) 397-7188 |
| 6 | Gary A. Bornstein *(pro hac vice)* |
|   | Yonatan Even *(pro hac vice)* |
| 7 | CRAVATH, SWAINE & MOORE LLP |
|   | Worldwide Plaza |
| 8 | 825 Eighth Avenue |
|   | New York, NY 10019-7475 |
| 9 | Tel.: (212) 474-1000 |
|   | Fax: (212) 474-3700 |
| 10 | gbornstein@cravath.com |
|   | yeven@cravath.com |
| 11 | Richard S. Taffet *(pro hac vice)* |
| 12 | MORGAN, LEWIS & BOCKIUS LLP |
|   | 101 Park Avenue |
| 13 | New York, NY 10178-0060 |
|   | Tel.: (212) 309-6000 |
| 14 | Fax: (212) 309-6001 |
|   | richard.taffet@morganlewis.com |
| 15 | Willard K. Tom *(pro hac vice)* |
|   | MORGAN, LEWIS & BOCKIUS LLP |
| 16 | 1111 Pennsylvania Avenue NW |
|   | Washington, DC 20004-2541 |
| 17 | Tel.: (202) 739-3000 |
|   | Fax: (202) 739 3001 |
| 18 | willard.tom@morganlewis.com |
| 19 | Geoffrey T. Holtz (SBN 191370) |
|   | MORGAN, LEWIS & BOCKIUS LLP |
| 20 | One Market, Spear Street Tower |
|   | San Francisco, CA 94105-1596 |
| 21 | Tel.: (415) 442-1000 |
|   | Fax: (415) 442-1001 |
| 22 | gholtz@morganlewis.com |
| 23 | Attorneys for Defendant |
|    | QUALCOMM INCORPORATED |

2

STATEMENT OF RECENT DECISION
Case No. 5:17-cv-00220-LHK-NMC