KEKER VAN NEST & PETERS LLP
Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 676-2289
Facsimile: (415) 397-7188

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet (*pro hac vice*)
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-0060
Facsimile: (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Geoffrey T. Holtz (SBN 191370)
Geoffrey.holtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>       Plaintiff,<br><br>  v.<br><br>QUALCOMM INCORPORATED,<br>a Delaware corporation,<br><br>      Defendant. | Case No. 5:17-CV-0220-LHK-NMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING EXHIBITS ADMITTED AT TRIAL** |

Pursuant to the Court's request, the Federal Trade Commission and Qualcomm Incorporated (the "Parties") respectfully submit this Stipulation and [Proposed] Order Concerning Exhibits Admitted at Trial:

**WHEREAS,** on March 15, 2019, the Court requested that the Parties file a stipulation and proposed order stipulating to the trial exhibits admitted during trial of this matter; and

**WHEREAS** no Party waives any properly preserved objections to the admitted exhibits.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel:

The chart attached hereto as Exhibit A is a list of the exhibits that were admitted at trial, subject to the limitations on admissibility shown in Exhibit A and without waiver of any properly preserved objections made by a Party to the admitted exhibits.

March 22, 2019                              Respectfully Submitted,

                                           CRAVATH, SWAINE & MOORE LLP

                                           *s/ Gary A. Bornstein*
                                           Gary A. Bornstein
                                           Yonatan Even
                                                Worldwide Plaza
                                                825 Eighth Avenue
                                                New York, NY 10019
                                                   Telephone:  (212) 474-1000
                                                     Facsimile:  (212) 474-3700
                                                        gbornstein@cravath.com
                                                        yeven@cravath.com

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
Telephone:  (415) 676-2289
Facsimile:  (415) 397-7188
rvannest@keker.com
epaige@keker.com
jsessions@keker.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone:  (212) 369-6000
Facsimile:  (212) 309-6001
richard.taffet@morganlewis.com

Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001
geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*


FEDERAL TRADE COMMISSION

*s/ Jennifer Milici*
Jennifer Milici
Daniel Matheson
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov
dmatheson@ftc.gov

*Attorneys for Federal Trade Commission*

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

_____
                      Hon. Lucy H. Koh
                      U.S. District Judge

3