| | |
|---|---|
| KEKER VAN NEST & PETERS LLP<br>Robert A. Van Nest<br>Eugene M. Paige<br>Justina K. Sessions<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 676-2289<br>Facsimile: (415) 397-7188<br><br>CRAVATH, SWAINE & MOORE LLP<br>Gary A. Bornstein (*pro hac vice*)<br>gbornstein@cravath.com<br>Yonatan Even (*pro hac vice*)<br>yeven@cravath.com<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700 | MORGAN, LEWIS & BOCKIUS LLP<br>Richard S. Taffet (*pro hac vice*)<br>richard.taffet@morganlewis.com<br>101 Park Avenue<br>New York, NY 10178-0060<br>Telephone: (212) 309-0060<br>Facsimile: (212) 309-6001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Geoffrey T. Holtz (SBN 191370)<br>Geoffrey.holtz@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br><br>Attorneys for Defendant<br>QUALCOMM INCORPORATED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>    Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br>a Delaware corporation,<br><br>    Defendant. | Case No. 5:17-CV-0220-LHK-NMC<br><br>**STIPULATION CONCERNING ADMITTED TRIAL EXHIBITS SUBMITTED TO THE CLERK'S OFFICE** |

Pursuant to the Court's request, the Federal Trade Commission and Qualcomm Incorporated (the "Parties") respectfully submit this Stipulation Concerning Admitted Trial Exhibits Submitted to the Clerk's Office:

**WHEREAS**, the Court has requested that the Parties submit to the Clerk's office a complete and accurate set of exhibits admitted at trial;

**WHEREAS**, the Court also has requested that the Parties stipulate to the completeness and accuracy of the exhibits that are submitted to the Clerk's office;

**WHEREAS**, the Parties exchanged electronic copies of all exhibits admitted at trial, including (1) a public set of the exhibits bearing redactions of information filed under seal and (2) a sealed set of the exhibits showing (in highlights) what portions of the exhibits were filed under seal;

**WHEREAS**, the Parties agreed that the electronic copies they exchanged are a complete and accurate set of the exhibits admitted at trial during this matter;

**WHEREAS**, pursuant to an agreement with the FTC, Qualcomm arranged for the printing of the electronic copies and the delivery of printed copies to the Court;

**WHEREAS**, based on a reasonable review of the printed copies, Qualcomm represents that the printed copies match the agreed-to electronic copies;

**WHEREAS**, no Party waives any properly preserved objections to the admitted exhibits;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel:

The exhibits submitted to the Clerk's office are a complete and accurate set of exhibits admitted during the trial of this matter.

| | |
|---|---|
| April 10, 2019 | Respectfully Submitted, |

                                                     CRAVATH, SWAINE & MOORE LLP

                                                   *s/ Gary A. Bornstein*

Gary A. Bornstein
Yonatan Even
  Worldwide Plaza
    825 Eighth Avenue
      New York, NY 10019
        Telephone:  (212) 474-1000
          Facsimile:  (212) 474-3700
            gbornstein@cravath.com
            yeven@cravath.com

Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
KEKER, VAN NEST & PETERS LLP
  633 Battery Street
    San Francisco, CA 94111
      Telephone:  (415) 676-2289
        Facsimile:  (415) 397-7188
          rvannest@keker.com
          epaige@keker.com
          jsessions@keker.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
  101 Park Avenue
    New York, NY 10178
      Telephone:  (212) 369-6000
        Facsimile:  (212) 309-6001
          richard.taffet@morganlewis.com

Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
  One Market, Spear Street Tower
    San Francisco, CA 94105
      Telephone:  (415) 442-1000
        Facsimile:  (415) 442-1001
          geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*

FEDERAL TRADE COMMISSION

*s/ Jennifer Milici* _____
Jennifer Milici
Daniel Matheson
   600 Pennsylvania Avenue, N.W.
      Washington, D.C. 20580
         (202) 326-2912; (202) 326-3496 (fax)
            jmilici@ftc.gov
            dmatheson@ftc.gov

*Attorneys for Federal Trade Commission*

**FILER'S ATTESTATION**

I, Gary A. Bornstein, am the ECF user whose identification and password are being used to file this Stipulation.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories on this document have concurred in this filing.

*s/ Gary A. Bornstein*
Gary A. Bornstein