United States District Court
Northern District of California

# DOCUMENT LOCATOR

CASE NUMBER ............................ 5:17-cv-220-LHK

DATE FILED ............................... 4/12/2019

    Reporter's Transcript ............................

    Trial Exhibits ............................ X

    Lodged Documents ............................

    Sealed Documents ............................

    CJA Financial Documents ............................

    Other ............................

## LOCATION

    Expando File
    (Located next to case file) ............................

    Overflow Shelf ............................

    Exhibit Room ............................ X

Five boxes of trial exhibits in binders from the 17cv2200 FTC v. Qualcomm matter:

Box 1: Admitted Trial Exhibits Volumes 1-3
Box 2: Admitted Trial Exhibits Volumes 4-5
Box 3: Admitted Trial Exhibits Volumes 6-7
Box 4: SEALED Admitted Trial Exhibits Volumes 1-2
Box 5: SEALED Admitted Trial Exhibits Volumes 3-4