DANIEL E. HAAR
*Acting Chief, Competition Policy & Advocacy Section*
U.S. Department of Justice
Antitrust Division
950 Pennsylvania Avenue, N.W.
Office 3230
Washington, D.C. 20530-0001
(202) 598-2846
daniel.haar@usdoj.gov

Attorney for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br>Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**STATEMENT OF INTEREST OF THE UNITED STATES OF AMERICA** |

NOTICE OF ATTORNEY APPEARANCE
Case No. 5:17-cv-00220-LHK

1    Please add DANIEL E. HAAR on behalf of the United States in the above-noted case, with

2    an address of:

3        U.S. Department of Justice
         Antitrust Division, Appellate Section

4        950 Pennsylvania Ave. NW
         Office 3224

5        Washington, DC 20530

6    Dated: May 2, 2019

7                                           /s/ Daniel E. Haar
                                            DANIEL E. HAAR
8                                           *Acting Chief, Competition Policy &*
                                            *Advocacy Section*
9                                           U.S. Department of Justice
                                            Antitrust Division
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1

NOTICE OF ATTORNEY APPEARANCE
Case No. 5:17-cv-00220-LHK