UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>          Plaintiff,<br><br>     v.<br><br>QUALCOMM INCORPORATED,<br><br>          Defendant. | Case No. 17-CV-00220-LHK<br><br>**JUDGMENT** |

On May 21, 2019, the Court entered its Findings of Fact and Conclusions of Law, and found that Defendant violated the Federal Trade Commission Act. ECF No. 1490. Accordingly, the Clerk shall enter judgment in favor of Plaintiff. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 21, 2019

_____
LUCY H. KOH
United States District Judge

Case No. 17-CV-00220-LHK
JUDGMENT

1