SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
ghalling@sheppardmullin.com
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
mscarborough@sheppardmullin.com
MONA SOLOUKI, Cal. Bar No. 215145
msolouki@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415.434.9100
Facsimile:    415.434.3947

Attorneys for Non-Parties
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG SEMICONDUCTOR, INC. and
SAMSUNG ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>             Plaintiff,<br><br>QUALCOMM INCORPORATED,<br><br>             Defendant. | Case No. 5:17-cv-0220-LHK<br><br>The Hon. Lucy H. Koh<br><br>**NONPARTY SAMSUNG'S ADMINISTRATIVE MOTION TO MAINTAIN UNDER SEAL PREVIOUSLY-SEALED CONFIDENTIAL MATERIAL REFLECTED IN THE COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

1    Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5, and
2 consistent with this Court's Orders regarding sealing, non-parties Samsung Electronics Co., Ltd.,
3 Samsung Semiconductor, Inc., and Samsung Electronics America, Inc. (collectively "Samsung")
4 move this Court for an order to seal and redact certain previously-sealed Samsung confidential
5 material that appear to have been inadvertently disclosed in the Court's Findings of Fact and
6 Conclusions of Law, which was filed on May 21, 2019.
7    The disclosed information reflects the highly sensitive and confidential settlement amount
8 agreed to by Samsung and Qualcomm in the January 2018 settlement agreement, which the Court
9 previously determined met the standards for sealing.  *See* ECF 1174 at 3. The confidential
10 settlement amount is reflected at the following pages and lines of the Court's Findings of Fact and
11 Conclusions of Law: page 61, line 7; page 219, line 10; and page 231, line 19.  As the Court
12 previously agreed, the public disclosure of the specific monetary value of the settlement between
13 Qualcomm and Samsung to Samsung's competitors, who have (or had) similar licensing disputes
14 with Qualcomm, would irreparably harm Samsung's business advantage, as such competitors
15 could use that information in negotiations with Qualcomm to obtain the same or better settlement
16 terms from Qualcomm. Moreover, this request is narrowly-tailored to only the settlement amount
17 of the settlement agreement.  Accordingly, Samsung respectfully moves this Court to issue an
18 Order to seal the above-referenced portions of its Findings of Fact and Conclusions of Law.
19    Samsung continues to study the Court's Findings of Fact and Conclusions of Law, which
20 spans more than 230 pages, to ensure that other previously-sealed confidential material has not
21 been inadvertently disclosed which may need re-sealing.
22 //
23 //
24 //
25 //
26 //
27 //
28

1  Dated: May 22, 2019

2                                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4                          By            */s/ Gary L. Halling*
5                                               GARY L. HALLING
                                             Attorneys for Non-Parties
6                                          Samsung Electronics Co., Ltd.,
                                       Samsung Semiconductor, Inc., and
7                                      Samsung Electronics America, Inc.

SMRH:4830-6735-2471.1

-2-
SAMSUNG'S MOTION TO MAINTAIN UNDER SEAL PREVIOUSLY-SEALED CONFIDENTIAL MATERIAL REFLECTED IN THE COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW