KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest - # 84065
rvannest@keker.com
Eugene M. Paige - # 202849
epaige@keker.com
Cody S. Harris - #255302
charris@keker.com
Justina Sessions - # 270914
jsessions@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391 5400
Facsimile:     (415) 397 7188

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein *(pro hac vice)*
gbornstein@cravath.com
Yonatan Even *(pro hac vice)*
yeven@cravath.com
825 Eighth Avenue
New York, New York 10019-7475
Telephone: (212) 474-1000
Facsimile:  (212) 474-3700

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet *(pro hac vice)*
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Facsimile:  (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Willard K. Tom *(pro hac vice)*
willard.tom@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Telephone: (202) 739-3000
Facsimile:  (202) 739-3001

MORGAN, LEWIS & BOCKIUS LLP
Geoffrey T. Holtz (SBN 191370)
gholtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile:  (415) 442-1001

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br>a Delaware corporation<br><br>Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**DEFENDANT QUALCOMM INCORPORATED'S MOTION TO SHORTEN TIME**<br><br>Dept.:     Courtroom 8, 4th Floor<br>Judge:     Hon. Lucy H. Koh |

Defendant Qualcomm Incorporated, by and through undersigned counsel, hereby respectfully moves pursuant to Civil L. R. 6-3(a)(4) for an order shortening the time for the Court to hear, and the Federal Trade Commission to respond, to Qualcomm's Motion for Stay Pending Appeal, (the "Stay Motion"), which Qualcomm filed concurrently with this motion.  In accordance with Civil L. R. 6-3(a), Qualcomm's Motion to Change Time is supported by the Declaration of Bryn Williams, counsel for Qualcomm, and a proposed order, filed concurrently herewith.  Qualcomm has conferred with the Federal Trade Commission, which declined to stipulate to the relief requested in this motion.  Decl. of Bryn Williams ("Williams Decl.") ¶ 10.

Qualcomm respectfully requests that the Court shorten the briefing and hearing time for its Stay Motion by (a) ordering the FTC to submit any response to Qualcomm's Stay Motion by May 31, 2019, and (b) scheduling a hearing on Qualcomm's motion as soon thereafter as practicable.

Good cause exists to shorten time.  In particular, as detailed in its Stay Motion, the injunction issued by this Court in its Findings of Fact and Conclusions of Law, (Dkt. 1490 (the "Order")), requires Qualcomm to fundamentally reorganize the way it does business, renegotiate existing license agreements, and adopt licensing practices at odds with decades of history and settled industry practice. (Mot. for Stay at 7-10; Rogers Decl. ¶¶ 4-5.)  Implementing these changes will irreparably harm Qualcomm if the Court's Order is overturned, and the risk of irreparable harm increases with each day the Court's injunction stays in place. (Mot. for Stay at 7-10; Rogers Decl. ¶¶ 6-10.)  Finally, staying the injunction pending appeal will neither harm competition nor impair the public interest; indeed, for the reasons set forth in the Stay Motion, a timely stay will ensure that Qualcomm can obtain effective appellate review of the Order and support the public interest.  (Mot. for Stay at 20-22.)

Shortening the FTC's time to respond to the motion will not impose any prejudice on the FTC, which has been on notice of Qualcomm's intent to move for a stay since May 24, 2019. (Williams Decl. ¶ 10.)

In light of the gravity of the Court's injunction, the substantial risk of irreparable harm that could be caused by any undue delay, and the lack of prejudice to the FTC, Qualcomm

1 respectfully requests that the Court shorten time for briefing and hearing Qualcomm's Stay
2 Motion.

Respectfully Submitted,

Dated:  May 28, 2019              CRAVATH, SWAINE & MOORE LLP

*s/ Gary Bornstein*
Gary A. Bornstein
Yonatan Even
   Worldwide Plaza
      825 Eighth Avenue
         New York, NY 10019-7475
            Telephone: (212) 474-1000
               Facsimile: (212) 474-3700
                  gbornstein@cravath.com
                  yeven@cravath.com

Robert A. Van Nest
Eugene M. Paige
Cody S. Harris
Justina Sessions
KEKER, VAN NEST & PETERS LLP
   633 Battery Street
      San Francisco, CA 94111-1809
         Telephone:  (415) 676-2289
            Facsimile:  (415) 397-7188
               rvannest@keker.com
               epaige@keker.com
               charris@keker.com
               jsessions@keker.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
   101 Park Avenue
      New York, NY 10178-0060
         Telephone:  (212) 369-6000
            Facsimile:  (212) 309-6001
               richard.taffet@morganlewis.com

Willard K. Tom
MORGAN, LEWIS & BOCKIUS LLP
   1111 Pennsylvania Avenue, NW
      Washington, DC 20004-2541
         Telephone:  (202) 739-3000
            Facsimile:  (202) 739 3001
               willard.tom@morganlewis.com

Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market Plaza, Spear Street Tower
San Francisco, CA 94105-1596
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001
gholtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*