KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest (SBN 84065)
rvannest@keker.com
Eugene M. Paige (SBN 202849)
epaige@keker.com
Cody S. Harris (SBN 255302)
charris@keker.com
Justina Sessions (SBN 270914)
jsessions@keker.com
633 Battery Street
San Francisco, CA  94111-1809
Telephone:   (415) 391-5400
Facsimile:   (415) 397-7188

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein *(pro hac vice)*
gbornstein@cravath.com
Yonatan Even *(pro hac vice)*
yeven@cravath.com
825 Eighth Avenue
New York, NY  10019-7475
Telephone:   (212) 474-1000
Facsimile:   (212) 474-3700

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet *(pro hac vice)*
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY  10178-0060
Telephone:   (212) 309-6000
Facsimile:   (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Willard K. Tom *(pro hac vice)*
willard.tom@morganlewis.com
1111 Pennsylvania Avenue, NW
Washington, DC  20004-2541
Telephone:   (202) 739-3000
Facsimile:   (202) 739-3001

MORGAN, LEWIS & BOCKIUS LLP
Geoffrey T. Holtz (SBN 191370)
gholtz@morganlewis.com
One Market Plaza, Spear Street Tower
San Francisco, CA  94105-1596
Telephone:   (415) 442-1000
Facsimile:   (415) 442-1001

Attorneys for Defendant
QUALCOMM INCORPORATED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a<br>Delaware Corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK-NMC<br><br>**DECLARATION OF BRYN WILLIAMS IN SUPPORT OF MOTION TO CHANGE TIME**<br><br>Dept:   Courtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh<br><br>Date Filed: January 17, 2017<br><br>Trial Date: January 4, 2019 |

1

## DECLARATION OF BRYN WILLIAMS

2   I, Bryn Williams, declare and state that:

3          1.       I am an attorney licensed to practice law in the State of California and am an

4   attorney at the law firm of Keker, Van Nest & Peters, LLP, counsel for Defendant Qualcomm

5   Incorporated.  I submit this declaration in support of Qualcomm's Motion to Change Time.  I

6   have knowledge of the facts set forth herein, and if called upon as a witness, I could testify

7   competently under oath.

8          2.       On May 21, 2019, this Court issued Findings of Fact and Conclusion of Law (the

9   "Order"), ECF No. 1490, and entered judgment in favor of the FTC in the above-captioned

10  matter. ECF No. 1492.

11         3.       On May 28, 2019, Defendant filed a Motion for Stay Pending Appeal (the "Stay

12  Motion").

13         4.       As detailed in the Stay Motion and in the accompanying declaration of Alex

14  Rogers, the Court's Order would impose irreparable harm to Qualcomm if not stayed pending

15  appeal by requiring Qualcomm to immediately change longstanding licensing and sales

16  practices, renegotiate hundreds of license agreements, and force Qualcomm to offer exhaustive

17  licenses to competing chip makers.

18         5.       As detailed in the Stay Motion and in the accompanying declaration of Alex

19  Rogers, many of these changes would be impossible to unwind if the Order were overturned. For

20  example, Qualcomm would not be able to unwind licensing agreements it has renegotiated in the

21  shadow of an Order that is later overturned.

22         6.       As detailed in the Stay Motion, staying the injunction pending appeal will neither

23  harm competition nor impair the public interest.

24         7.       Given these circumstances, Qualcomm believes that expedited consideration of

25  the Stay Motion is appropriate, and that substantial harm and prejudice would occur if the Court

26  does not shorten time to hear the Stay Motion.  The probability of irreparable harm detailed in

27  the Stay Motion and in the accompanying declaration of Alex Rogers increases with each day the

28  Court's injunction stays in place.

8.      In accordance with Civ. L.R. 6-3(a)(5), a list of all previous time modifications in this case, whether by stipulation or Court order is attached to this declaration as Exhibit A.

9.      As this Court has entered judgment in favor of the FTC, the requested time modification would have no effect on the schedule for the case.

10.     Before filing this motion, Qualcomm attempted to obtain a stipulation to the requested time change.  Undersigned counsel for Qualcomm emailed counsel for the FTC on Friday, May 24, 2019, requesting that the FTC stipulate to the relief sought in this motion and offering to meet-and-confer further.  Counsel for the FTC responded by email the same day, stating without further explanation that "[t]he FTC will not stipulate to the request to shorten time."

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 28th day of May 2019, in San Francisco, California.

By: _____
Bryn Williams

DECLARATION OF BRYN WILLIAMS IN SUPPORT OF MOTION TO CHANGE TIME
Case No. 5:17-cv-00220–LHK-NMC