KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest - # 84065
rvannest@keker.com
Eugene M. Paige - # 202849
epaige@keker.com
Cody S. Harris - #255302
charris@keker.com
Justina Sessions - # 270914
jsessions@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391 5400
Facsimile:      (415) 397 7188

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein *(pro hac vice)*
gbornstein@cravath.com
Yonatan Even *(pro hac vice)*
yeven@cravath.com
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile:  (212) 474-3700

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet *(pro hac vice)*
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Facsimile:  (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Willard K. Tom *(pro hac vice)*
willard.tom@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Telephone: (202) 739-3000
Facsimile:  (202) 739-3001

MORGAN, LEWIS & BOCKIUS LLP
Geoffrey T. Holtz (SBN 191370)
gholtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile:  (415) 442-1001

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>    Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED,<br> a Delaware corporation<br><br>    Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**NOTICE OF APPEAL** |

# NOTICE OF APPEAL

PLEASE TAKE NOTICE that Qualcomm Incorporated, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on May 21, 2019, and from all associated orders and opinions, including without limitation the Findings of Fact and Conclusions of Law and the injunction entered therein on May 21, 2019.

Respectfully submitted,

Dated:  May 31, 2019                             CRAVATH, SWAINE & MOORE LLP

*s/ Gary A. Bornstein*
Gary A. Bornstein
Yonatan Even
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
gbornstein@cravath.com
yeven@cravath.com

Robert A. Van Nest
Eugene M. Paige
Cody S. Harris
Justina Sessions
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  (415) 676-2289
Facsimile:  (415) 397-7188
rvannest@keker.com
epaige@keker.com
charris@keker.com
jsessions@keker.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Telephone:  (212) 369-6000
Facsimile:  (212) 309-6001
richard.taffet@morganlewis.com

1  Willard K. Tom
   MORGAN, LEWIS & BOCKIUS LLP
2  1111 Pennsylvania Avenue, NW
   Washington, DC 20004-2541
3  Telephone:  (202) 739-3000
   Facsimile:  (202) 739 3001
4  willard.tom@morganlewis.com

5  Geoffrey T. Holtz
   MORGAN, LEWIS & BOCKIUS LLP
6  One Market Plaza, Spear Street Tower
   San Francisco, CA 94105-1596
7  Telephone:  (415) 442-1000
   Facsimile:  (415) 442-1001
8  gholtz@morganlewis.com

9  *Attorneys for Qualcomm Incorporated*