# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
| |
|---|
| Qualcomm Incorporated |

Name(s) of counsel (if any):
| |
|---|
| Gary A. Bornstein<br>Yonatan Even<br>CRAVATH, SWAINE & MOORE LLP |

Address: 825 Eighth Avenue, New York, NY 10019

Telephone number(s): 2124741000

Email(s): gbornstein@cravath.com / yeven@cravath.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
| |
|---|
| Federal Trade Commission |

Name(s) of counsel (if any):
| |
|---|
| Jennifer Milici |

Address: 400 7th Street SW, Washington, DC 20024

Telephone number(s): 2023262912

Email(s): jmilici@ftc.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

> Qualcomm Incorporated

Name(s) of counsel (if any):

> Robert Van Nest / Eugene M. Paige / Cody S. Harris / Justina Sessions
> KEKER, VAN NEST & PETERS LLP

Address: 633 Battery Street

Telephone number(s): 4156762289

Email(s): rvannest@keker.com / epaige@keker.com / charris@keker.com / jsessions@keker.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⊙ Yes  ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Qualcomm Incorporated

Name(s) of counsel (if any):

Richard S. Taffet / Willard K. Tom / Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP

Address: One Market Plaza, Spear Street Tower, San Francisco, CA 94105

Telephone number(s): 4154421000

Email(s): richard.taffet@morganlewis.com / willard.tom@morganlewis.com / gholtz@morganlewis.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*