Amanda Tessar (admitted *pro hac vice*)
ATessar@perkinscoie.com
**PERKINS COIE LLP**
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone: 303.291.2357
Facsimile: 303.291.2457

Sarah E. Fowler, California Bar #264838
SFowler@perkinscoie.com
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4489
Facsimile: 650.838.4350

**ATTORNEYS FOR AMICI CURIAE
ACT | THE APP ASSOCIATION**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA,
SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 5:17-cv-00220-LHK |
| Plaintiff, | |
| v. | **NOTICE OF NAME CHANGE** |
| QUALCOMM INCORPORATED, a Delaware corporation, | |
| Defendant. | |

1 | PLEASE TAKE NOTICE that Sarah E. Stahnke, attorney for Amicus Curiae ACT | The App Association, has changed her name to Sarah E. Fowler.  Accordingly, Ms. Fowler's email address has changed to SFowler@perkinscoie.com.  All other contact information for Ms. Fowler remains the same.

DATED:  June 11, 2019

**PERKINS COIE LLP**

By:  */s/ Sarah E. Fowler*
　　　　Sarah E. Fowler

**ATTORNEYS FOR AMICUS CURIAE ACT | THE APP ASSOCIATION**