UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                Plaintiff,<br><br>    v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>                Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**[PROPOSED] ORDER GRANTING MOTION OF ACT | THE APP ASSOCIATION FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF IN OPPOSITION TO QUALCOMM'S MOTION FOR STAY PENDING APPEAL**<br><br>Place: Courtroom 8<br>Judge: Hon. Lucy Koh |

-1-

1  Good cause appearing, the motion of ACT | The App Association for leave to file a brief as
2  *amicus curiae* is hereby GRANTED.

5  DATED:  June 12, 2019          By: *Lucy H. Koh*
                                  Hon. Lucy H. Koh
6                                 UNITED STATES DISTRICT JUDGE