EIMER STAHL LLP
Nathan P. Eimer
neimer@eimerstahl.com
Brian Y. Chang (SBN 287757)
bchang@eimerstahl.com
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
Phone: (312) 660-7600
Fax: (312) 692-1718

*Attorneys for LG Electronics, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br>v.<br><br>QUALCOMM INCORPORATED,<br>a Delaware corporation,<br><br>Defendant. | Case No. 5:17-CV-00220-LHK-NMC<br><br>**[PROPOSED] ORDER GRANTING MOTION OF LG ELECTRONICS, INC. FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE IN OPPOSITION TO QUALCOMM'S MOTION TO STAY THE JUDGMENT PENDING APPEAL** |

LG Electronics, Inc. ("LGE") has filed a Motion for Leave to File a Brief as *Amicus Curiae* in Opposition to Qualcomm's Motion to Stay the Judgment Pending Appeal. Having reviewed the Motion and *Amicus Curiae* Brief, and for good cause showing, the Court hereby GRANTS LGE's Motion.

**IT IS SO ORDERED.**

DATED: June  12 , 2019.

_____
LUCY H. KOH
United States District Court Judge