| | |
|---|---|
| CRAVATH, SWAINE & MOORE LLP<br>Gary A. Bornstein (*pro hac vice*)<br>gbornstein@cravath.com<br>Yonatan Even (*pro hac vice*)<br>yeven@cravath.com<br>825 Eighth Avenue<br>New York, New York 10019-7475<br>Telephone:  (212) 474-1000<br>Facsimile:  (212) 474-3700<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Richard S. Taffet (*pro hac vice*)<br>richard.taffet@morganlewis.com<br>101 Park Avenue<br>New York, NY 10178-0060<br>Telephone:  (212) 309-6000<br>Facsimile:  (212) 309-6001<br><br>Attorneys for Defendant<br>QUALCOMM INCORPORATED | MORGAN, LEWIS & BOCKIUS LLP<br>Willard K. Tom (*pro hac vice*)<br>willard.tom@morganlewis.com<br>1111 Pennsylvania Avenue NW<br>Washington, DC 20004-2541<br>Telephone:  (202) 739-3000<br>Facsimile:   (202) 739 3001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Donn P. Pickett (SBN 72257)<br>donn.pickett@morganlewis.com<br>Geoffrey T. Holtz (SBN 191370)<br>geoffrey.holtz@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Telephone:  (415) 442-1000<br>Facsimile:  (415) 442-1001 |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**QUALCOMM INCORPORATED'S NOTICE REGARDING TRANSCRIPTS**<br><br>Courtroom:  8, 4th Floor<br>Judge:       Hon. Lucy H. Koh |

Pursuant to Ninth Circuit Rule 10-3.1, Defendant-Appellant Qualcomm Incorporated respectfully submits the attached Transcript Designation Forms. Qualcomm further certifies that all transcripts have been ordered and completed, but certain transcripts have not yet been filed on the docket by the court reporters.

Dated: July 1, 2019

                              Respectfully submitted,

                              CRAVATH, SWAINE & MOORE LLP,

                              /s/ Gary Bornstein
                                   Gary A. Bornstein
                                   Yonatan Even

                              Worldwide Plaza
                                825 Eighth Avenue
                                 New York, NY 10019
                                  Tel: (212) 474-1000
                                    Fax: (212) 474-3700
                                       gbornstein@cravath.com
                                         yeven@cravath.com

                              Richard S. Taffet
                              MORGAN, LEWIS & BOCKIUS LLP
                                101 Park Avenue
                                 New York, NY 10178-0060
                                  Tel: (212) 309-6000
                                  Fax: (212) 309-6001
                                       richard.taffet@morganlewis.com

                              Willard K. Tom
                              MORGAN, LEWIS & BOCKIUS LLP
                              1111 Pennsylvania Ave. NW
                                Washington, DC 20004-2541
                                  Tel: (202) 739-3000
                                  Fax: (202) 739 3001
                                       willard.tom@morganlewis.com

                              Donn P. Pickett
                              Geoffrey T. Holtz
                              MORGAN, LEWIS & BOCKIUS LLP
                              One Market, Spear Street Tower
                              San Francisco, CA 94105-1126
                                  Tel: (415) 442-1000
                                  Fax: (415) 442-1001
                                       donn.pickett@morganlewis.com
                                       geoffrey.holtz@morganlewis.com

                              *Attorneys for Qualcomm Incorporated*