UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER DENYING QUALCOMM'S MOTION FOR STAY PENDING APPEAL**<br><br>Re: Dkt. No. 1495 |

The Court SUSTAINS the Federal Trade Commission's objections to Qualcomm's Exhibits C, D, and E that Qualcomm filed with Qualcomm's reply brief. Exhibits C, D, and E are offered in support of a new argument raised for the first time in Qualcomm's reply brief. *See Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007) ("The district court need not consider arguments raised for the first time in a reply brief.").

In addition, the Court GRANTS the FTC's motion to strike Exhibit F. Exhibit F is not an exhibit from the January 2019 11-day bench trial in the instant case or part of the discovery or record in the instant case. Instead, Exhibit F is the entire 31-page slide deck for Qualcomm's April 16, 2019 opening statement for a jury trial in an entirely different case in the Southern District of California. Although Qualcomm's reply brief cites only one page from the entire slide

deck, Qualcomm improperly seeks to insert the entire slide deck into this record. Moreover, the single slide that Qualcomm's reply brief cites is not responsive to any argument in the FTC's or amici's briefs. Thus, the Court need not consider it. *Zamani*, 491 F.3d at 997. Nor has Qualcomm authenticated the document that the slide purports to excerpt. Accordingly, Exhibit F is stricken from the record.

Having reviewed the parties' briefing on Qualcomm's motion for stay pending appeal, ECF Nos. 1495, 1500, 1506; amicus briefs in opposition to Qualcomm's motion submitted by LG Electronics, Inc. and ACT, the App Association, ECF Nos. 1501-1, 1503-2; the arguments and evidence from the 11-day trial; the Court's 233-page Findings of Fact and Conclusions of Law, ECF No. 1490; the record in this case; and the relevant law, the Court hereby DENIES Qualcomm's motion for stay pending appeal.

**IT IS SO ORDERED.**

Dated: July 3, 2019

_____
LUCY H. KOH
United States District Judge