FILED

JUL 23 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff-Appellee,<br><br>SAMSUNG ELECTRONICS COMPANY, LTD.; et al.,<br><br>Intervenors-Pending,<br><br>v.<br><br>QUALCOMM INCORPORATED, A Delaware corporation,<br><br>Defendant-Appellant. | No.   19-16122<br><br>D.C. No. 5:17-cv-00220-LHK<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: SCHROEDER, CANBY, and CHRISTEN, Circuit Judges.

The unopposed motions of Samsung, Intel Corporation, Ericsson, Inc, and MediaTek Inc. to intervene are granted (Docket Entry Nos. 17, 21, 34, 35).

The unopposed motions of Ericsson, Inc., and the Honorable Paul R. Michel to file amicus briefs in support of Qualcomm's motion for a stay pending appeal are granted (Docket Entry Nos. 24, 28).

The motion for a stay pending appeal will be addressed by subsequent order.

AT/MOATT