| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | JUL 29 2019 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff-Appellee,<br><br>NOKIA TECHNOLOGIES OY,<br><br>        Intervenor-Pending,<br><br> v.<br><br>QUALCOMM INCORPORATED, A Delaware corporation,<br><br>        Defendant-Appellant,<br><br>SAMSUNG ELECTRONICS COMPANY, LTD.; et al.,<br><br>        Intervenors. | No.   19-16122<br><br>D.C. No. 5:17-cv-00220-LHK<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: SCHROEDER, CANBY, and CHRISTEN, Circuit Judges.

      The unopposed motion of Nokia Technologies Oy to intervene (Docket Entry No. 48) is granted.

      The unopposed motions of ACT ‖ The App Association and MediaTek Inc. to file amicus briefs in opposition to the motion for stay (Docket Entry Nos. 37, 50) are granted.

      The consent motion of the United States to file a statement of interest (Docket Entry No. 38) is granted.

AT/MOATT

All other pending motions will be addressed in subsequent orders.

The previously established briefing schedule remains in effect.