| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>SEP 4 2019<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff-Appellee,<br><br>  v.<br><br>QUALCOMM INCORPORATED, A Delaware corporation,<br><br>    Defendant-Appellant,<br><br>SAMSUNG ELECTRONICS COMPANY, LTD.; et al.,<br><br>    Intervenors. | No.   19-16122<br><br>D.C. No. 5:17-cv-00220-LHK<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before:  Peter L. Shaw, Appellate Commissioner.

Appellant's motion to seal and intervenors' motions to maintain under seal portions of appendix volume I to appellant's motion for a stay pending appeal (Docket Entry Nos. 10, 52, 55, 57, 60, and 61) are granted.  Within 14 days after the date of this order, appellant shall submit a redacted appendix volume I for public filing that redacts those portions of appendix volume I addressed in appellant's motion to seal (Docket Entry No. 10) and intervenors' motions to maintain the seal (Docket Entry Nos. 52, 55, 57, 60, and 61).  The Clerk shall maintain under seal appellant's motion to seal and intervenors' motions to maintain the seal (Docket Entry Nos. 10, 52, 55, 57, 60, and 61).