UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 28 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | No.   19-16122 |
| Plaintiff-Appellee, | D.C. No. 5:17-cv-00220-LHK
Northern District of California,
San Jose |
| v. | |
| QUALCOMM INCORPORATED, A Delaware corporation, | ORDER |
| Defendant-Appellant, | |
| SAMSUNG ELECTRONICS COMPANY, LTD.; et al., | |
| Intervenors, | |
| ------------------------------ | |
| NOKIA TECHNOLOGIES OY; et al., | |
| Intervenors. | |

Before: RAWLINSON and CALLAHAN, Circuit Judges, and S. MURPHY,[*] District Judge.

Judge Rawlinson and Judge Callahan vote to deny the petition for rehearing en banc, and Judge Murphy so recommends.  The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to

---

[*] The Honorable Stephen Joseph Murphy III, United States District Judge for the Eastern District of Michigan, sitting by designation.

rehear the matter en banc.  Fed. R. App. P. 35.  The petition for rehearing en banc, filed September 25, 2020, is DENIED.