UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 06 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>QUALCOMM INCORPORATED, A Delaware corporation,<br><br>　　　　Defendant - Appellant,<br><br>SAMSUNG ELECTRONICS COMPANY, LTD.; et al.,<br><br>　　　　Intervenors,<br><br>------------------------------<br><br>NOKIA TECHNOLOGIES OY; et al.,<br><br>　　　　Intervenors. | No. 19-16122<br><br>D.C. No. 5:17-cv-00220-LHK<br>U.S. District Court for Northern California, San Jose<br><br>**MANDATE** |

The judgment of this Court, entered August 11, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7